# EXHIBIT 1



DOLLAR GENERAL STORE #14321
WHITE LAKE, NY 845-887-0225

CV LACTOSE FREE 2  070744010085 E    4.25
TOTAL SALE                           $4.25
MasterCard              8142 CTLS     $4.25
AUTH# 69848P
REF: 000000011572 AID: A0000000041010
2022-09-04  21:18:44  14321 01        0957

8902308660391391183169134191673351113111352

------------------CUT HERE------------------
*********************************************** *
* Complete survey at dgcustomerfirst.com *
*              For a chance to              *
*WIN A $100 Gift Card*
* Weekly Drawings, Must be 18+ to enter *
*              Survey Code              *
*        1420-1868-1156-362             *
*********************************************** *
------------------CUT HERE------------------
SATURDAY SEPT. 10TH ONLY!
DG Store Coupon           Valid 9/10/2022

$5 OFF $25
$5 off your purchase of
$25 or more (pretax)

OR SHOP ONLINE: USE PROMO CODE DGSAVESEP

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes:
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X5627531129902431

------------------CUT HERE------------------

DOLLAR GENERAL STORE #14321
WHITE LAKE, NY 845-887-0225

KELL EGGO BTRMLK W 038000402906 E    3.25
CV LACTOSE FREE WH 070744010078 E    4.25
TOTAL SALE                          $7.50
MasterCard              8142 CTLS   $7.50
AUTH# 21916P
REF: 000000005177 AID: A0000000041010
2022-09-18  15:57:06  14321 02        1022

8902309311216391187169169191673352113321652

--------CUT HERE--------
***************************************** *
* Complete survey at dgcustomerfirst.com *
*              For a chance to            *
*WIN A $100 Gift Card*
* Weekly Drawings, Must be 18+ to enter   *
*            Survey Code                  *
1420-2918-1170-333
***************************************** *

--------CUT HERE--------

**SATURDAY SEPT. 24TH ONLY!**
DG Store Coupon          Valid 9/24/2022

# $5 OFF $25

$5 off your purchase of
**$25 or more** (pretax)

OR SHOP ONLINE: USE PROMO CODE DGSAVESEP

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes:
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X2582571220812431

--------CUT HERE--------



