IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

| Plaintiff | Case Number |

vs.

Defendant

Full Caption of Earlier Filed Case: *

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |

vs.

Defendant

Page 1

*See attached supplement

IH-32                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

\_\_\_\_  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

\_\_\_\_  Open          (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _____  Date: _____

Firm: _____

United States District Court
for the
Southern District of New York
Related Case Statement Supplement

1. *NORMAN HUSAR, on behalf of himself and those similarly situated, Plaintiff v. DOLGEN MIDWEST LLC d/b/a DOLLAR GENERAL, Defendant.*
   a. Case No.: 22-CI-01419 (Commonwealth of Kentucky), removed to US District Court for the Eastern District of Kentucky (Case No.: 2:23-cv-00002-DLB-CJS).
   b. Status of Earlier Filed Case: Open.
   c. Procedural status and summary of any court rulings: On January 5, 2023, Defendant removed the matter to the Eastern District of Kentucky. On January 12, 2023, Defendant filed a motion to dismiss. That motion has not yet been fully briefed and is otherwise pending decision.
   d. Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case: The newly filed case concerns similar allegations against Dollar General as to their actions in charging consumers higher prices than those advertised on shelves.

2. *RYAN BUTTON, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED, Plaintiff, vs. DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, AND JOHN DOES 1-500, INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE, Defendants.*
   a. Case No.: MON-L-002774-22 (Superior Court of New Jersey, Law Division, Monmouth County), removed to US District Court for the District of New Jersey (Case No.: 3:22-cv-07028-MAS-RLS)
   b. Status of Earlier Filed Case: Open.
   c. Procedural status and summary of any court rulings: On December 5, 2022, Defendants removed the matter to the District of New Jersey. On January 16, 2023, Button filed a motion to remand, or in the alternative permit jurisdictional discovery. This motion has not yet been briefed and is otherwise pending decision. The case has been stayed pending the decision on the remand motion.
   d. Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case: The newly filed case concerns similar allegations against Dollar General as to their actions in charging consumers higher prices than those advertised on shelves.

3. *NORMAN HUSAR, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED, Plaintiff vs. DOLGEN MIDWEST, LLC D/B/A DOLLAR GENERAL, Defendant*
   a. Civil Action Docket No.: 22-CV-207195 (LORAIN COUNTY COMMON PLEAS LORAIN COUNTY, OHIO), removed to the Northern District of Ohio on November 14, 2022 (Case No.: 1:22-cv-02044-JG).
   b. Status of Earlier Filed Case: Open.
   c. Procedural status and summary of any court rulings: On November 14, 2022, Defendant removed the matter to the Northern District of Ohio. On November 21,

      2022, Defendant filed a motion to dismiss. This motion has not yet been briefed and is otherwise pending decision.
   d. Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case: The newly filed case concerns similar allegations against Dollar General as to their actions in charging consumers higher prices than those advertised on shelves.

4. *STATE OF OHIO ex rel. ATTORNEY GENERAL DAVE YOST, Plaintiff Vs. DOLLAR GENERAL CORPORATION D/B/A DOLLAR GENERAL, Defendant.*
   a. BUTLER COUNTY COMMON PLEAS COURT BUTLER COUNTY, OHIO Civil Action Docket No.: CV-2022 11 1812
   b. Status of Earlier Filed Case: Open.
   c. Procedural status and summary of any court rulings: On November 1, 2022, the State of Ohio, through its Attorney General, commenced the action. On January 6, 2023, Defendant filed a Motion to Dismiss. That motion is pending decision. On January 11, 2023, the Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction. That motion is pending decision.
   d. Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case: The newly filed case concerns similar allegations against Dollar General as to their actions in charging consumers higher prices than those advertised on shelves.