IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
JOSEPH WOLF, CARMEN WOLF,                  :
ON BEHALF OF THEMSELVES AND THOSE          :   Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,                        :
                                           :
      Plaintiffs,                          :
v.                                         :   **MOTION TO ADMIT COUNSEL**
                                           :   ***PRO HAC VICE***
DOLLAR GENERAL CORPORATION,                :
DOLGEN NEW YORK, LLC D/B/A                 :
DOLGEN, DOLGENCORP OF TEXAS,               :
INC., INDIVIDUALLY, JOINTLY,               :
SEVERALLY, OR IN THE ALTERNATIVE,          :
                                           :
      Defendants.                          :
------------------------------------------ X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, R. Trent Taylor, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Dollar General Corporation, Dolgen New York, LLC d/b/a Dolgen, and Dolgencorp of Texas, Inc. (collectively, "Defendants" or "DG") in the above-captioned action.

I am a member in good standing of the Bars of the Supreme Court of Virginia and the Supreme Court of Tennessee, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Richmond, Virginia        Respectfully Submitted,
       March 7, 2023

                                              /s/ *R. Trent Taylor*
                                              R. Trent Taylor
                                              MCGUIREWOODS LLP
                                              Gateway Plaza
                                              800 East Canal Street

Richmond, Virginia 23219
Telephone: (804) 775-1182
Facsimile: (804) 225-5409
rtaylor@mcguirewoods.com

*Counsel for Defendants*