**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X

JOSEPH WOLF, CARMEN WOLF,
ON BEHALF OF THEMSELVES AND THOSE
SIMILARLY SITUATED,

              Plaintiffs,

        v.

DOLLAR GENERAL CORPORATION,
DOLGEN NEW YORK, LLC D/B/A
DOLGEN, DOLGENCORP OF TEXAS,
INC., INDIVIDUALLY, JOINTLY,
SEVERALLY, OR IN THE ALTERNATIVE,

              Defendants.

:   Case No. 7:23-cv-00558-PMH

:   **AFFIDAVIT OF R. TRENT**
:   **TAYLOR IN SUPPORT OF**
:   **MOTION TO ADMIT COUNSEL**
:   ***PRO HAC VICE***

------------------------------------ X

COMMONWEALTH OF VIRGINIA   )
                         )   ss:
CITY OF RICHMOND           )

      R. TRENT TAYLOR, being duly sworn, hereby deposes and says as follows:

      1.     I am a Partner at the law firm of McGuireWoods LLP, and I submit this affidavit in support of my motion for admission to practice *pro hac vice* in this action.

      2.     As shown on the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the Supreme Court of Virginia and the Supreme Court of Tennessee.

      3.     I have never been convicted of a felony.

      4.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      5.     There are no pending disciplinary proceedings against me in any state or federal Court.

6.     Wherefore, your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants Dollar General Corporation, Dolgen New York, LLC d/b/a Dolgen, and Dolgencorp of Texas, Inc.

_____
R. Trent Taylor
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Phone: (804) 775-1182
Fax: (804) 225-5409
Email: rtaylor@mcguirewoods.com

*Counsel for Defendants*

Sworn to before me this
___ day of March, 2023

_____
Notary Public