# EXHIBIT A

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Richard Trent Taylor

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 14, 1999, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 28th day of February, 2023.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Donna Gilmore*
Donna Gilmore, D.C.

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Richard Trent Taylor

was admitted to practice as an attorney and counsellor at the bar of this Court on February 25, 2002.

I further certify that so far as the records of this office are concerned, Richard Trent Taylor is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of February
A.D. 2023

By: _____
*Deputy Clerk*