IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
JOSEPH WOLF, CARMEN WOLF,  :
ON BEHALF OF THEMSELVES AND THOSE  :  Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,  :
 :
      Plaintiffs,  :
v.  :  **[PROPOSED] ORDER FOR**
 :  **ADMISSION *PRO HAC VICE***
DOLLAR GENERAL CORPORATION,  :
DOLGEN NEW YORK, LLC D/B/A  :
DOLGEN, DOLGENCORP OF TEXAS,  :
INC., INDIVIDUALLY, JOINTLY,  :
SEVERALLY, OR IN THE ALTERNATIVE,  :
 :
      Defendants.  :
------------------------------------------ X

    The motion of **R. TRENT TAYLOR** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of the Supreme Court of Virginia and the Supreme Court of Tennessee; and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | R. Trent Taylor |
| Firm Name: | MCGUIREWOODS LLP |
| Address: | Gateway Plaza |
|  | 800 East Canal Street |
|  | Richmond, VA 23219-3916 |
| Phone Number: | (804) 775-1182 |
| Fax Number: | (804) 225-5409 |
| E-Mail: | rtaylor@mcguirewoods.com |

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel in the above entitled action for Defendants Dollar General Corporation, Dolgen New York, LLC d/b/a Dolgen, and Dolgencorp of Texas, Inc. (collectively, "Defendants" or "DG").

    **IT IS HEREBY ORDERED** that R. TRENT TAYLOR is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of

1

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____, 2023

                                                _____
                                                         Hon. Philip M. Halpern, U.S.D.J.