IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>    Plaintiffs,<br> v.<br><br>DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 7:23-cv-00558-PMH<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  I, R. Trent Taylor, hereby certify that on this 7th day of March, 2023, I caused true and correct copies of the foregoing:

1) Motion to Admit Counsel *Pro Hac Vice*;

2) Affidavit of R. Trent Taylor in Support of Motion to Admit Counsel *Pro Hac Vice*, and the exhibits annexed thereto; and

3) [Proposed] Order for Admission *Pro Hac Vice*

to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF System.

Dated: Richmond, Virginia
    March 7, 2023

                /s/ *R. Trent Taylor*
                R. Trent Taylor
                MCGUIREWOODS LLP
                Gateway Plaza
                800 East Canal Street
                Richmond, Virginia 23219
                Telephone: (804) 775-1182
                Facsimile: (804) 225-5409
                rtaylor@mcguirewoods.com

                *Counsel for Defendants*

171167920