**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOSEPH WOLF, CARMEN WOLF,                          :
ON BEHALF OF THEMSELVES AND THOSE       :       Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,                                          :
                                                                              :
                    Plaintiffs,                                        :
            v.                                                             :       **NOTICE OF APPEARANCE**
                                                                              :
DOLLAR GENERAL CORPORATION,                 :
DOLGEN NEW YORK, LLC D/B/A                      :
DOLGEN, DOLGENCORP OF TEXAS,               :
INC., INDIVIDUALLY, JOINTLY,                        :
SEVERALLY, OR IN THE ALTERNATIVE,        :
                                                                              :
                    Defendants.                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the undersigned, Philip A. Goldstein, hereby appears as

counsel for Defendants Dollar General Corporation, Dolgen New York, LLC d/b/a Dolgen, and

Dolgencorp of Texas, Inc. (collectively, "Defendants"), and requests that all parties and interested

persons serve copies of any and all papers, notices and correspondence on the undersigned at the

address listed below.

Dated: New York, New York
           March 8, 2023

                                                                    /s/ Philip A. Goldstein
                                                                    Philip A. Goldstein
                                                                    MCGUIREWOODS LLP
                                                                    1251 Avenue of the Americas, 20th Floor
                                                                    New York, New York 10020
                                                                    Phone: (212) 548-2167
                                                                    pagoldstein@mcguirewoods.com

                                                                    *Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2023, I caused a true and correct copy

of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the

Court's CM/ECF system.  Counsel of record are registered CM/ECF users and will be served by

the CM/ECF System.


Dated: New York, New York
      March 8, 2023

                                */s/ Philip A. Goldstein*
                                Philip A. Goldstein

                                *Counsel for Defendants*


171647357