IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
JOSEPH WOLF, CARMEN WOLF,                :
ON BEHALF OF THEMSELVES AND THOSE    :    Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,                           :
                                                      :
            Plaintiffs,                         :
          v.                                     :    [PROPOSED] ORDER FOR
                                                      :    ADMISSION *PRO HAC VICE*
DOLLAR GENERAL CORPORATION,               :
DOLGEN NEW YORK, LLC D/B/A                 :
DOLGEN, DOLGENCORP OF TEXAS,              :
INC., INDIVIDUALLY, JOINTLY,                   :
SEVERALLY, OR IN THE ALTERNATIVE,   :
                                                       :
            Defendants.                    :
------------------------------------------ X

       The motion of **R. TRENT TAYLOR** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of the Supreme Court of Virginia and the Supreme Court of Tennessee; and that his contact information is as follows:

              Applicant's Name:    R. Trent Taylor
              Firm Name:            M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
              Address:               Gateway Plaza
                                     800 East Canal Street
                                     Richmond, VA 23219-3916
              Phone Number:       (804) 775-1182
              Fax Number:          (804) 225-5409
              E-Mail:                 rtaylor@mcguirewoods.com

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel in the above entitled action for Defendants Dollar General Corporation, Dolgen New York, LLC d/b/a Dolgen, and Dolgencorp of Texas, Inc. (collectively, "Defendants" or "DG").

      **IT IS HEREBY ORDERED** that R. TRENT TAYLOR is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of

1

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: White Plains, New York
       March 10, 2023

                                                                             Hon. Philip M. Halpern, U.S.D.J.