**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED, | Case No. 7:23-cv-00558-PMH |
| Plaintiffs, | |
| v. | |
| DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE, | **MOTION FOR ADMISSION PRO HAC VICE OF J. HUNTER BRYSON** |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, J. Hunter Bryson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action.

I am in good standing of the bar of the Supreme Court of the State of North Carolina, as shown in the Certificate of Good Standing and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

**DATED:** April 24, 2023          Respectfully Submitted,

*s/ J. Hunter Bryson*
J. Hunter Bryson
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W. Morgan St.
Raleigh, NC 27603

Tel.:    (919) 600-5000
Fax:    (919) 600-5035
*hbryson@milberg.com*