UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>              Plaintiffs,<br><br>   v.<br><br>DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,<br><br>              Defendants. | Case No. 7:23-cv-00558-PMH<br><br>**<u>DECLARATION OF J. HUNTER BRYSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>** |

       I, J. Hunter Bryson, being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

       1.       I have been retained to represent Plaintiffs Jospeh Wolf, Carmen Wolf, on behalf of themselves and those similarly situated ("Plaintiffs") in this cause of action.

       2.       I am a new resident of the State of New York and submitted my complete application for admission to the New York Bar, First Appellate Division, on November 21, 2022 and am awaiting the next steps regarding my admission on motion without examination.

       3.       I am in good standing of the bar of the Supreme Court of the State of North Carolina, as shown in the Certificate of Good Standing.

       4.       There are no pending disciplinary actions against me.

       5.       I have not been subject to any disciplinary proceedings.

       6.       I have not been subject to any suspension proceedings.

       7.       I have not been subject to any disbarment proceedings.

8. I have not been subject to any criminal charges or proceedings.

9. I have never been convicted of a felony.

10. I have not, either by resignation, withdrawal, or otherwise terminated or attempted to terminate my office as any attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

11. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

DATED: April 24, 2023           Respectfully Submitted,

*s/ J. Hunter Bryson*
J. Hunter Bryson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan St.
Raleigh, NC 27603
Tel.:   (919) 600-5000
Fax:   (919) 600-5035
hbryson@milberg.com