UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>                  Plaintiffs,<br><br>  v.<br><br>DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,<br><br>                  Defendants. | Case No. 7:23-cv-00558-PMH<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF J. HUNTER BRYSON** |

The motion of J. Hunter Bryson, for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of North Carolina and that his contact information is as follows:

> J. Hunter Bryson
> MILBERG COLEMAN BRYSON
> PHILLIPS GROSSMAN, PLLC
> 900 W. Morgan St.
> Raleigh, NC 27603
> Tel.:   (919) 600-5000
> Fax:   (919) 600-5035
> hbryson@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Jospeh Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that J. Hunter Bryson is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable Victor Marrero
United States District Judge