UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLF, et at.,

                Plaintiffs,

-against-

DOLLAR GENERAL CORPORATION, et al.,

                Defendants.

**ORDER**

23-CV-00558 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared by telephone for a pre-motion conference on April 26, 2023 at 2:30 p.m. At the conference, Defendants' motion to strike class allegations was withdrawn without prejudice to raising the issue when and if a class certification motion is made. Additionally, Plaintiffs' first claim for relief was withdrawn without prejudice, and the Court construed the allegations therein as supplementing the basis for allegations in Plaintiffs' second claim for relief.

After hearing the parties and reviewing the parties' letter submissions regarding Defendants' anticipated motion to strike and motion to dismiss (Docs. 15-18), for the reasons stated and as discussed on the record, the Court directed:

(1) The parties to, by May 12, 2023, meet and confer concerning the basis on which to continue to maintain the action against Dollar General Corporation and Dolgencorp of Texas;

(2) Plaintiffs to, by May 12, 2023, amend their Complaint with respect to the matters discussed herein; and

(3) Defendants' time to move, answer, or otherwise respond to the Amended Complaint be extended to June 2, 2023.

See transcript.

SO ORDERED:

Dated: White Plains, New York
April 26, 2023

_____
PHILIP M. HALPERN
United States District Judge

2