**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED, | Case No. 7:23-cv-00558-PMH |
| Plaintiffs, | |
| v. | |
| DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE, | **MOTION FOR ADMISSION PRO HAC VICE OF ZOE AARON** |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Zoe Aaron hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action.

I am in good standing of the bar of the Supreme Court of the State of New Jersey, as shown in the Certificate of Good Standing and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

**DATED:** April 28, 2023      Respectfully Submitted,

*s/ Zoe Aaron*
Zoe Aaron
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10023
Tel.:    (856) 928-9023
*zaaron@milberg.com*