## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br> v.<br><br>DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,<br><br>     Defendants. | Case No. 7:23-cv-00558-PMH<br><br><br><br><br><br>**DECLARATION OF ZOE AARON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Zoe Aaron, being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

1. I have been retained to represent Plaintiffs Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated ("Plaintiffs") in this cause of action.

3. I am in good standing of the bar of the Supreme Court of the State of New Jersey, as shown in the Certificate of Good Standing.

4. There are no pending disciplinary actions against me.

5. I have not been subject to any disciplinary proceedings.

6. I have not been subject to any suspension proceedings.

7. I have not been subject to any disbarment proceedings.

8. I have not been subject to any criminal charges or proceedings.

9. I have never been convicted of a felony.

10. I have not, either by resignation, withdrawal, or otherwise terminated or attempted to terminate my office as any attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

11. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

DATED: April 28, 2023			Respectfully Submitted,

*s/ Zoe Aaron*
Zoe Aaron
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
405 East 50th Street
New York, NY 10023
Tel.:   (856) 928-9023
zaaron@milberg.com