## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED, | Case No. 7:23-cv-00558-PMH |
| Plaintiffs, | |
| v. | |
| DOLLAR GENERAL CORPORATION, DOLGEN NEW YORK, LLC D/B/A DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE, | **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF ZOE AARON** |
| Defendants. | |

The motion of Zoe Aaron, for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the State of New Jersey and that her contact information is as follows:

> Zoe Aaron
> MILBERG COLEMAN BRYSON
> PHILLIPS GROSSMAN, PLLC
> 405 East 50th Street
> New York, NY 10023
> Tel.:    (856) 928-9023
> zaaron@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Jospeh Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Zoe Aaron is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

White Plains, New York

Dated: May 1, 2023

_____

Honorable Philip M. Halpern
United States District Judge