# EXHIBIT 5







```
DOLLAR GENERAL STORE #14321
    1334 STATE ROUTE 17B,
      WHITE LAKE, NY 12786
        (845) 887-0225

         SALE TRANSACTION


  LOL LF VANILLA YOGURT        $0.75
  34500635493
  LOL LF VANILLA YOGURT        $0.75
  34500635493
  LOL LF VANILLA YOGURT        $0.75
  34500635493
  LOL HALF    HALF ESL         $4.00
  34500632027

  Items in Transaction:4
  Balance to pay               $6.25
    MasterCard                 $6.25
  ------------------------------------

   PAYMENT CARD PURCHASE TRANSACTION
            CUSTOMER COPY

  MASTERCARD        ************8142
  Type:  MOBILE     Auth Code: 77041P
  MID: *******27013 TID:      ****6000
  TOTAL PURCHASE               $6.25


       No Cardholder Verification


       Please retain for your records

  ------------------------------------

         Save Time. Save Money.
       Every Day! At Dollar General

  STORE  TILL  TRANS.    DATE
  14321   11   34087   12-11-22 1:43 PM

  Your cashier was: SCO
```

