# EXHIBIT 4

FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
11/01/2022 03:14 PM
CV 2022 11 1812

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO ex rel.<br>ATTORNEY GENERAL<br>DAVE YOST<br>30 E. Broad Street, 14th Floor<br>Columbus, Ohio 43215<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION<br>d/b/a DOLLAR GENERAL<br>100 Mission RDG<br>Goodlettsville, TN 37072<br><br>　　　　　Defendant. | CASE NO.<br><br>JUDGE<br><br><br><br><br><br><br>**COMPLAINT AND REQUEST FOR**<br>**DECLARATORY JUDGMENT,**<br>**INJUNCTIVE RELIEF,**<br>**CONSUMER RESTITUTION, AND**<br>**CIVIL PENALTIES** |

## JURISDICTION AND VENUE

1. Plaintiff, State of Ohio, through Attorney General Dave Yost, having reasonable cause to believe that violations of Ohio's consumer protection laws have occurred, brings this action in the public interest and on behalf of the State of Ohio under the authority vested in the Attorney General by R.C. 1345.07.

2. The actions of Defendant Dollar General Corporation, as described below, have occurred in Ohio, including in Butler County, and, as set forth below, are in violation of the Consumer Sales Practices Act ("CSPA"), R.C. 1345.01 et seq., and its Substantive Rules, Ohio Administrative Code ("O.A.C") 109:4-3-01 et seq.

3. Jurisdiction over the subject matter of this action lies with this Court pursuant to R.C. 1345.04 of the CSPA.

4. This Court has venue to hear this case pursuant to Ohio Civ. R. 3(C)(3) because Butler County is one of the Ohio counties in which the Defendant conducted activity that gave rise to the claim for relief.

1

**DEFENDANT**

5. Defendant is a Tennessee corporation that has been registered with the Tennessee Secretary of State since May 29, 1998.

6. Defendant's principal place of business is 100 Mission RDG, Goodlettsville, Tennessee 37072.

7. Defendant engaged in consumer transactions using the name Dollar General.

8. Defendant registered the trade name, Dollar General, with the Ohio Secretary of State on March 2, 2015.

9. Defendant is a "supplier," as that term is defined in R.C. 1345.01(C), as Defendant engaged in the business of effecting "consumer transactions," either directly or indirectly, by soliciting or selling goods or services to "consumers" for purposes that were primarily for personal, family or household use, as those terms are defined in R.C. 1345.01(A), (C) and (D).

**STATEMENT OF FACTS**

10. Defendant has been at all times relevant to this action engaged in the business of selling consumer goods in the State of Ohio, including in Butler County.

11. Defendant offers sales of household goods at multiple store locations throughout Ohio using advertisements on their shelves to display the price of goods.

12. When the goods are scanned for purchase at the register, the price that is charged to the consumer is different than the price advertised on the shelf.

13. Consumers are damaged when they pay prices higher than the advertised price, whether they realize the pricing difference at the point of sale or not.

## CAUSE OF ACTION: VIOLATIONS OF THE CSPA

### Count I – Unfair and Deceptive Acts and Practices

14. Plaintiff incorporates by reference, as if completely rewritten herein, the allegations set forth in Paragraphs One through Thirteen (1-13) of this Complaint.

15. Defendant committed unfair or deceptive acts or practices in violation of the CSPA, R.C. 1345.02(A) and R.C. 1345.02(B)(8), by representing that a specific price advantage exists, if it does not.

16. The acts or practices described above have been previously determined by Ohio courts to violate the CSPA, R.C. 1345.01 et seq. Defendants committed said violations after such decisions were available for public inspection pursuant to R.C. 1345.05(A)(3).

### Count II - Bait Advertising

17. Plaintiff incorporates by reference, as if completely rewritten herein, the allegations set forth in Paragraphs One through Thirteen (1-13) of this Complaint.

18. Defendant committed unfair or deceptive acts or practices in violation of the CSPA, R.C. 1345.02(A), and the Bait Advertising Rule, O.A.C. 109:4-3-03, by making offers of sales of goods when such offers are not a bona fide effort to sell such a good.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

A. DECLARE, pursuant to R.C. 1345.07(A)(1), that each act or practice complained of herein violates the CSPA, R.C. 1345.01 et seq., and its Substantive Rules, O.A.C. 109:4-3-01 et seq., in the manner set forth in this Complaint.

B.     ISSUE A PERMANENT INJUNCTION, pursuant to R.C. 1345.07(A)(2), enjoining Defendant, doing business under its own name or any other names, its agents, representatives, salespersons, employees, successors, or assigns, and all other persons acting in concert and participation with Defendant, directly or indirectly, from engaging in the acts or practices of which Plaintiff complains and from further violating the CSPA, R.C. 1345.01 et seq., and its Substantive Rules, O.A.C. 109:4-3-01 et seq., including, but not limited to, violating the specific statutes and rules alleged to have been violated herein.

C.     ASSESS, FINE, AND IMPOSE upon Defendant a civil penalty of $25,000 for each separate and appropriate violation described herein, pursuant to R.C. 1345.07(D).

D.     ORDER Defendant, pursuant to R.C. 1345.07(B), to pay actual damages to all consumers injured by the conduct of Defendant.

E.     ISSUE AN INJUNCTION prohibiting Defendant from engaging in business as a supplier in any consumer transaction in Ohio until such time as Defendant has satisfied all monetary obligations ordered by this Court or any other Ohio court, in connection with a consumer transaction.

F.     GRANT the Plaintiff its costs in bringing this action including, but not limited to, the costs of collecting on any judgment awarded.

G.     ORDER Defendant to pay all court costs.

H.     GRANT such other relief as the Court deems to be just, equitable, and appropriate.

                                    Respectfully submitted,

                                    DAVE YOST
                                    Ohio Attorney General

                                    /s/ *Lisa M. Treleven*
                                    LISA M. TRELEVEN (0086628)

5

Assistant Attorney General<br>
Consumer Protection Section<br>
411 Vine Street, 17th Floor<br>
Cincinnati, Ohio 45202<br>
(513)852-1527 (phone)<br>
(866)347-2545 (fax)<br>
Lisa.Treleven@OhioAGO.gov<br>
Counsel for Plaintiff, State of Ohio

# CV 2022 11 1812 OHIO ATTORNEY GENERAL vs. DOLLAR GENERAL CORPORATION et al -OSTER

- Case Type:
- CIVIL - GENERAL
- Case Status:
- Open
- File Date:
- 11/01/2022
- DCM Track:
- Action:
- CONSUMER SALES PRACTICES ACT-TRANSACTIONS O.R.C. 1345.01<13 (H)
- Status Date:
- 11/01/2022
- Case Judge:
- Oster Jr., Honorable Michael A.
- Next Event:
- 01/12/2023

All Information | Party | Event | Docket | Disposition | Financial | Receipt

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 11/01/2022 | FUNDS ON DEPOSIT FOR COURT COST. | $0.00 | |
| 11/01/2022 | INSTRUCTIONS TO THE CLERK: Mail a certified copy of the complaint to the Attorney General's Consumer Protection Division pursuant to ORC 1345.09(E). | | |
| 11/01/2022 | General Division Special Projects Fee pursuant to Local Rule 4.13. | $165.00 | |
| 11/01/2022 | Legal aid fees pursuant to ORC 2303.210 (C). | $26.00 | |
| 11/01/2022 | General Division Arbitration/Mediation Special Project Fee pursuant Local Rule 4.12. | $30.00 | |
| 11/01/2022 | Clerk of Courts Computerization Fee pursuant to ORC 2303.201 (B)(1). | $20.00 | |
| 11/01/2022 | Court Computerization Fee pursuant to ORC 2303.201 (A)(1). | $6.00 | |
| 11/01/2022 | Complaint & Filing fee for each cause of action ORC 2303.20(A). Attorney: TRELEVEN, LISA (0086628) | $25.00 | Image |
| 11/01/2022 | NOTICE OF APPEARANCE FILED Attorney: TRELEVEN, LISA (0086628) | $2.00 | Image |
| 11/01/2022 | PRECIPE FOR SERVICE Attorney: TRELEVEN, LISA (0086628) | $0.00 | Image |
| 11/01/2022 | SERVICE COPIES | $1.00 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 11/02/2022 | AMENDED COMPLAINT FILED<br>Attorney: TRELEVEN, LISA (0086628) | $35.00 | Image |
| 11/02/2022 | PRECIPE FOR SERVICE<br>Attorney: TRELEVEN, LISA (0086628) | $0.00 | Image |
| 11/02/2022 | PRECIPE FOR SERVICE<br>Attorney: TRELEVEN, LISA (0086628) | $0.00 | Image |
| 11/02/2022 | SERVICE COPIES | $1.00 | |
| 11/04/2022 | ELECTRONIC CERTIFIED MAIL COVERSHEET (IMPB BARCODE) | $6.00 | Image |
| 11/04/2022 | Issue Date: 11/04/2022<br>Service: SUMMONS BY CERTIFIED MAIL<br>Method: E-CERTIFIED MAIL (w/ ERR)<br>Cost Per: $0.00<br><br>DOLLAR GENERAL CORPORATION<br>C/O DOLGEN MIDWEST LLC<br>100 MISSION RIDGE<br>GOODLETTSVILLE, TN   37072<br>Tracking No: Z000058287 | $0.00 | |
| 11/04/2022 | SUMMONS ON COMPLAINT BY CERTIFIED MAIL ISSUED.<br><br>SUMMONS ON COMPLAINT BY CERTIFIED MAIL<br>Sent on: 11/04/2022  15:48:35.56 | $1.00 | Image |
| 11/04/2022 | ELECTRONIC CERTIFIED MAIL COVERSHEET (IMPB BARCODE) | $6.00 | Image |
| 11/04/2022 | Issue Date: 11/04/2022<br>Service: COPY BY CERTIFIED MAIL<br>Method: E-CERTIFIED MAIL (w/ ERR)<br>Cost Per: $0.00<br><br>STATE OF OHIO<br>CONSUMER SALES PROTECTION DIVISION<br>30 E BROAD STREET<br>COLUMBUS, OH   43215<br>Tracking No: Z000058288 | $0.00 | |
| 11/04/2022 | COPY BY CERTIFIED MAIL ISSUED.<br><br>COPY ISSUED BY CERTIFIED MAIL<br>Sent on: 11/04/2022  15:51:14.99 | $0.00 | Image |
| 11/07/2022 | ELECTRONIC CERTIFIED MAIL COVERSHEET (IMPB BARCODE) | $12.00 | Image |

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 11/07/2022 | Issue Date: 11/07/2022<br>Service: SUMMONS ON AMENDED COMPLAINT<br>Method: E-CERTIFIED MAIL (w/ ERR)<br>Cost Per: $0.00<br><br>DOLLAR GENERAL CORPORATION<br>C/O DOLGEN MIDWEST LLC<br>100 MISSION RIDGE<br>GOODLETTSVILLE, TN  37072<br>Tracking No: Z000058300<br><br>DOGEN MIDWEST LLC<br>C/O CORPORATION SERVICE COMPANY<br>3366 RIVERSIDE DR STE 103<br>UPPER ARLINGTON, OH  43221<br>Tracking No: Z000058301 | $0.00 | |
| 11/07/2022 | SUMMONS ON AMENDED COMPLAINT ISSUED.<br><br>AMENDED SUMMONS<br>Sent on: 11/07/2022  09:20:48.95 | $1.00 | Image |
| 11/15/2022 | RETURN RECEIPT OF CERTIFIED MAIL OF<br>Method   : E-CERTIFIED MAIL (w/ ERR)<br>Issued   : 11/07/2022<br>Service  : SUMMONS ON AMENDED COMPLAINT<br>Served   : 11/09/2022<br>Return   : 11/15/2022<br>On       : DOGEN MIDWEST LLC<br>Signed By : WILLIAM P<br><br>Reason   : CERTIFIED MAIL SERVICE SUCCESSFUL<br>Comment  :<br><br>Tracking # : Z000058301 | $0.00 | Image |
| 12/02/2022 | COURT ADMINISTRATION OFFICE HAS SCHEDULED:<br>Event: STATUS REPORT HEARING<br>Date: 01/12/2023   Time: 9:50 am<br>Judge: Oster Jr., Honorable Michael A.   Location: General Division Court, GSC 3rd Floor, Courtroom A | | |
| 12/02/2022 | COURT ADMINISTRATION OFFICE  ISSUED NOTICE TO REPORT<br><br>NOTICE TO REPORT OSTER<br>Sent on: 12/02/2022  12:21:12.13 | $2.00 | Image |
| 12/06/2022 | STIPULATION FOR EXTENSION OFTIME TO RESPOND AMENDED COMPLAINT AND REQUEST FOR DECLARATORY RELIEF, CONSUMER RESTITUTION, AND CIVIL PENALTIES FILED<br>Attorney: MOORE, BRANDON P (0092716) | $0.00 | Image |

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 12/06/2022 | APPEARANCE OF COUNSEL FILED<br>Attorney: MOORE, BRANDON P (0092716)  Receipt: 1037669  Date: 12/06/2022 | $2.00 | Image |
| 12/07/2022 | RETURN RECEIPT OF CERTIFIED MAIL OF<br>  Method    : E-CERTIFIED MAIL (w/ ERR)<br>  Issued    : 11/04/2022<br>  Service   : SUMMONS BY CERTIFIED MAIL<br>  Served    : 11/15/2022<br>  Return    : 12/07/2022<br>  On        : DOLLAR GENERAL CORPORATION<br>  Signed By : ILLEGIBLE<br><br>  Reason    : CERTIFIED MAIL SERVICE SUCCESSFUL<br>  Comment   :<br><br>  Tracking # : Z000058287 | $0.00 | Image |
| 12/08/2022 | RETURN RECEIPT OF CERTIFIED MAIL OF<br>  Method    : E-CERTIFIED MAIL (w/ ERR)<br>  Issued    : 11/04/2022<br>  Service   : COPY BY CERTIFIED MAIL<br>  Served    : 11/17/2022<br>  Return    : 12/08/2022<br>  On        : STATE OF OHIO<br>  Signed By : JOHN ANDERSON<br><br>  Reason    : CERTIFIED MAIL SERVICE SUCCESSFUL<br>  Comment   :<br><br>  Tracking # : Z000058288 | $0.00 | Image |