# EXHIBIT 5





Shelf tags (left to right):

- Item Price — /$2 — Unit Price 11.2¢ — F-6 / F1 — ...523
- Land O Lakes Yogurt Strwbry Banana 6oz — Item Price 3/$2 — 0345-0063-5356 — 1/22 — F-6 / F1 — Unit Price 11.2¢
- Land O Lakes Yogurt LF Vanilla 6oz — Item Price 3/$2 — 0345-0063-5493 — 1/22 — F-6 / F1 — Unit Price 11.2¢
- Land O Lakes Yogurt Blueberry 6oz — Unit Price 11.2¢



DOLLAR GENERAL STORE #14321
1334 STATE ROUTE 17B,
WHITE LAKE, NY 12786
(845) 887-0225

SALE TRANSACTION

| | |
|---|---|
| LOL LF VANILLA YOGURT | $0.75 |
| 34500635493 | |
| LOL LF VANILLA YOGURT | $0.75 |
| 34500635493 | |
| LOL LF VANILLA YOGURT | $0.75 |
| 34500635493 | |
| LOL HALF    HALF ESL | $4.00 |
| 34500632027 | |

Items in Transaction: 4
Balance to pay                $6.25
   MasterCard                 $6.25

------------------------------------

PAYMENT CARD PURCHASE TRANSACTION
CUSTOMER COPY

MASTERCARD              ************8142
Type:  MOBILE       Auth Code: 77041P
MID: *******27013   TID:      ****6000
TOTAL PURCHASE                   $6.25

No Cardholder Verification

Please retain for your records

------------------------------------

Save Time. Save Money.
Every Day! At Dollar General

| STORE | TILL | TRANS. | DATE |
|---|---|---|---|
| 14321 | 11 | 34087 | 12-11-22  1:43 PM |

Your cashier was: SCO

