

Javier Merino <jmerino@dannlaw.com>

## Wolf/Dollar General Amended Complaint

**Goldstein, Philip A.** <PaGoldstein@mcguirewoods.com>                                   Tue, May 23, 2023 at 11:22 AM
To: Javier Merino <jmerino@dannlaw.com>
Cc: "Taylor, R. Trent" <rtaylor@mcguirewoods.com>, "Gunn, Travis C." <TGunn@mcguirewoods.com>, "Talbott, Frank V" <FTalbott@mcguirewoods.com>, "Chubb, Brogan S." <BChubb@mcguirewoods.com>, Marc Dann <mdann@dannlaw.com>, JONATHAN RUDNICK <jonr@jonrudlaw.com>, Brian Flick <bflick@dannlaw.com>, Andrew Wolf <awolf@dannlaw.com>

Hi Javier,

Hope all is well with you.  If you recall, on April 26 Judge Halperin requested that you withdraw Plaintiffs' claim for declaratory judgment without prejudice, which was the first claim in the original complaint.  In doing so, the Judge instructed Plaintiffs' to leave this claim out of the amended complaint.  *See also* ECF No. 22 (stating "Plaintiffs' first claim for relief was withdrawn without prejudice, and the Court construed the allegations therein as supplementing the basis for allegations in Plaintiffs' second claim for relief.").  Despite the Court's holding and counsel's representation at the April 26 hearing, the amended complaint filed on May 12 contains a declaratory judgment claim which is substantively identical to the declaratory judgment claim in the original complaint.  Therefore, pursuant to the Court's order and counsel's representations, Dollar General requests that Plaintiff file an amended complaint removing the first cause of action for declaratory judgment.

Thank you and please let us know if you have any questions or would like to discuss.

Regards,

**Philip A. Goldstein**
Counsel
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
T:   +1 212 548 2167
M: +1 516 902 1599
pagoldstein@mcguirewoods.com
Bio | VCard | LinkedIn | www.mcguirewoods.com

**McGuireWoods**

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*