Columbus | Cincinnati | Cleveland | New Jersey | New York 

**Javier L. Merino, Esq.***

201-355-3440
*Direct Telephone*

JMerino@DannLaw.com
*Email*

216-373-0536
*Fax*

June 11, 2023

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wolf v. Dollar General Corporation, et al.*
              Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

As you are aware, The Dann Law Firm represents Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs") in the above referenced matter against Dolgen New York, LLC d/b/a Dolgen ("Dollar General"). In accordance with Section 2.B of Your Honor's Individual Practices, we submit this letter to advise the court that a Rule 16(c) initial conference has not been scheduled within two months after service of the complaint. We submit this letter with Dollar General's counsel's consent.

Respectfully submitted,

**The Dann Law Firm, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
*Counsel for Plaintiffs and the Putative Class*

Cc:    All Counsel of Record (via ECF)

NJ Address
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only