IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOSEPH WOLF, CARMEN WOLF,                :
ON BEHALF OF THEMSELVES AND THOSE        :  Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,                      :
                                         :
                Plaintiffs,              :
        v.                               :  **MOTION TO ADMIT COUNSEL**
                                         :  ***PRO HAC VICE***
DOLGEN NEW YORK, LLC D/B/A DOLGEN,       :
                                         :
                Defendants.              :
------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Travis C. Gunn, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Dolgen New York, LLC ("Dollar General") in the above-captioned action.

I am a member in good standing of the Bars of the Supreme Court of Virginia, the United States Supreme Court, the United States Court of Appeals for the 4th Circuit, the United States Court of Appeals for the 8th Circuit, the United States Court of Appeals for the 11th Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Richmond, Virginia
       July 13, 2023

                                    Respectfully Submitted,

                                    /s/ Travis C. Gunn
                                    Travis C. Gunn
                                    MCGUIREWOODS LLP
                                    Gateway Plaza
                                    800 East Canal Street

                Richmond, Virginia 23219
                Telephone: (804) 775-7622
                Facsimile: (804) 698-2039
                tgunn@mcguirewoods.com

*Counsel for Defendant*