IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

| | | |
|---|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED, | : : : : | Case No. 7:23-cv-00558-PMH |
| Plaintiffs, | : : | |
| v. | : : : | **AFFIDAVIT OF TRAVIS C. GUNN IN SUPPORT OF** |
| DOLGEN NEW YORK, LLC D/B/A DOLGEN, | : : | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| Defendants. | : | |

------------------------------------------ X

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| | ) | ss: |
| CITY OF RICHMOND | ) | |

TRAVIS C. GUNN, being duly sworn, hereby deposes and says as follows:

1. I am a Counsel at the law firm of McGuireWoods LLP, and I submit this affidavit in support of my motion for admission to practice *pro hac vice* in this action.

2. As shown on the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Supreme Court of Virginia. I am also a member in good standing of the Bars of the United States Supreme Court, the United States Court of Appeals for the 4th Circuit, the United States Court of Appeals for the 8th Circuit, the United States Court of Appeals for the 11th Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

1

5.    There are no pending disciplinary proceedings against me in any state or federal Court.

6.    Wherefore, your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Dolgen New York, LLC.

_____
Travis C. Gunn
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Phone: (804) 775-7622
Fax: (804) 698-2039
Email: tgunn@mcguirewoods.com

*Counsel for Defendant*

Sworn to before me this
__12__ day of July, 2023

_____
Notary Public

[Notary Seal: ISABELLA SOPHIA TERRONO, NOTARY PUBLIC, REG # 7995782, MY COMMISSION EXPIRES 06/30/2026, COMMONWEALTH OF VIRGINIA]

2