# Exhibit A

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Travis Cory Gunn

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Travis Cory Gunn is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 7th day of July
A.D. 2023

By: _____
*Deputy Clerk*