IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED, | : : : : |
| Plaintiffs, | : |
| v. | : Case No. 7:23-cv-00558-PMH : [PROPOSED] ORDER FOR : ADMISSION *PRO HAC VICE* |
| DOLGEN NEW YORK, LLC D/B/A DOLGEN, | : : |
| Defendants. | : |

---

The motion of **TRAVIS C. GUNN** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of the Supreme Court of Virginia, the United States Supreme Court, the United States Court of Appeals for the 4th Circuit, the United States Court of Appeals for the 8th Circuit, the United States Court of Appeals for the 11th Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Western District of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Travis C. Gunn |
| Firm Name: | MCGUIREWOODS LLP |
| Address: | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219-3916 |
| Phone Number: | (804) 775-7622 |
| Fax Number: | (804) 698-2039 |
| E-Mail: | tgunn@mcguirewoods.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel in the above entitled action for Defendant Dolgen New York, LLC.

**IT IS HEREBY ORDERED** that TRAVIS C. GUNN is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____, 2023

_____
Hon. Philip M. Halpern, U.S.D.J.