IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOSEPH WOLF, CARMEN WOLF,                    :
ON BEHALF OF THEMSELVES AND THOSE            :   Case No. 7:23-cv-00558-PMH
SIMILARLY SITUATED,                          :
                                             :
             Plaintiffs,                     :
        v.                                   :   **CERTIFICATE OF SERVICE**
                                             :
DOLGEN NEW YORK, LLC D/B/A DOLGEN,           :
                                             :
             Defendants.                     :
------------------------------------- X

I, Travis C. Gunn, hereby certify that on this 13th day of July, 2023, I caused true and correct copies of the foregoing:

1) Motion to Admit Counsel *Pro Hac Vice*;

2) Affidavit of Travis C. Gunn in Support of Motion to Admit Counsel *Pro Hac Vice*, and the exhibits annexed thereto; and

3) [Proposed] Order for Admission *Pro Hac Vice*

to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF System.

Dated: Richmond, Virginia
      July 13, 2023

                                                  */s/ Travis C. Gunn*
                                                  Travis C. Gunn
                                                  MCGUIREWOODS LLP
                                                  Gateway Plaza
                                                  800 East Canal Street
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 775-7622
                                                  Facsimile: (804) 698-2039
                                                  tgunn@mcguirewoods.com

                                                  *Counsel for Defendant*

176316447