**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, | : |
| ON BEHALF OF THEMSELVES AND THOSE | :    Case No. 7:23-cv-00558-PMH |
| SIMILARLY SITUATED, | : |
| | : |
|          Plaintiffs, | : |
| v. | :    **NOTICE OF APPERANCE** |
| | : |
| DOLGEN NEW YORK, LLC D/B/A DOLGEN, | : |
| | : |
|          Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **PLEASE TAKE NOTICE** that the undersigned, Travis C. Gunn, hereby appears as *pro hac vice* counsel for Defendant Dolgen New York, LLC ("Dollar General"), and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: Richmond, Virginia
        July 20, 2023

                         */s/ Travis C. Gunn*
                         Travis C. Gunn
                         MCGUIREWOODS LLP
                         Gateway Plaza
                         800 East Canal Street
                         Richmond, Virginia 23219
                         Telephone: (804) 775-7622
                         Facsimile: (804) 698-2039
                         tgunn@mcguirewoods.com

                         *Counsel for Defendant Dolgen New York, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of July, 2023, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF System.

Dated: Richmond, Virginia
      July 20, 2023                    */s/ Travis C. Gunn*
                                       Travis C. Gunn

                                       *Counsel for Defendant Dolgen New York, LLC*

176725647