UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLF, et at.,

                Plaintiffs,

-against-

DOLLAR GENERAL CORPORATION, et al.,

                Defendants.

**ORDER**

23-CV-00558 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared by telephone for an initial pre-trial conference on July 20, 2023 at 2:30 p.m. At the conference, the Court granted Plaintiffs permission to file a Second Amended Complaint *nunc pro tunc*. The pleading at Doc. 26 is therefore deemed the operative complaint. The Court also granted Defendants' request to deem their Answer filed at Doc. 28 to be their Answer to the Second Amended Complaint.

    A Civil Case Discovery Plan and Scheduling Order will be docketed separately.

                                SO ORDERED:

Dated:   White Plains, New York
            July 20, 2023

                                PHILIP M. HALPERN
                                United States District Judge