# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

> The parties are directed to submit via ECF a fully executed copy of the proposed Confidentiality Order for the Court's review and consideration.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 18, 2023

October 18,

**By ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Wolf, et al. v. Dolgen of New York, LLC*
               Case No. 7:23-cv-0558-PMH
               **Proposed Confidentiality Order**

Dear Judge Halpern:

      This firm represents Defendant Dolgen of New York, LLC ("Dollar General") in the above-referenced matter. Enclosed for Your Honor's review and consideration is a copy of the Court's Model Confidentiality Agreement and Protective Order, which contains a proposed addition to Paragraph 16 in track change form (Exhibit A). In accordance with your Individual Practice 1.I, Dollar General submits this requested revision to clarify the obligations of persons receiving Confidential material, ensuring that certain industry standards are followed when transmitting material designated Confidential.

      If the proposed revision to the Confidentiality Order meets with Your Honor's approval, the parties respectfully request that a clean copy of the revised Confidentiality Order (Exhibit B) be So Ordered and entered with the Clerk of the Court.

      Thank you for your time and consideration of this matter.

                                    Respectfully Submitted,

                                    */s/ Philip A. Goldstein*

                                    Philip A. Goldstein

PAG:
Enclosures
cc:    All Counsel of Record (by ECF)