Columbus | Cincinnati | Cleveland | New J

Javier L. Merino, Esq.*
JMerino@DannLaw.com
Email

201-355-3440
Direct Telephone

October 19, 2023

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthou
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. The case management conference scheduled for February 14, 2024 is rescheduled to April 8, 2024 at 11:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 40.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 19, 2023

Re:   *Wolf v. Dollar General Corporation, et a*
      Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

As you are aware, The Dann Law Firm represents Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs") in the above referenced matter against Dolgen New York, LLC d/b/a Dolgen ("Dollar General"). In accordance with Section 1.C of Your Honor's Individual Practices, the Wolfs and Dollar General (collectively, the "Parties") submit this joint letter motion requesting a forty-five (45) day extension of the discovery deadlines and attach a proposed revised Civil Case Discovery Plan and Scheduling Order. The original discovery deadlines as set forth in the July 21, 2023 Civil Case Discovery Plan and Scheduling Order are as follows: Motions due by 8/21/2023; Non-Expert Depositions due by 10/17/2023; Expert Deposition due by 1/5/2024; Fact Discovery due by 11/17/2023; Expert Discovery, including depositions due by 1/5/2024. Discovery due by 1/5/2024. The Parties state the following in support of this request. First, Dollar General is still completing its responses to the Wolfs' Request for Production of Documents, of which there were 104 such requests. The Wolfs served Dollar General with their original document production demand on August 2, 2023. On September 11, 2023, Dollar General provided its first batch of responses, consisting of nearly 5,000 pages of documents. On September 29, 2023, Dollar General provided its second batch of responses,

NJ Address
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only

consisting of over 2,000 pages of documents. On October 10, 2023, Dollar General provided its third batch of responses, consisting of over 13,000 pages. Dollar General will provide its final batch of documents on or before October 20, 2023. With a fact discovery deadline of November 17, 2023, the Wolfs believe that the October 20, 2023 production date leaves insufficient time for Plaintiffs to review for sufficiency, raise objections, if any, and complete fact depositions. The Wolfs also believe that it leaves insufficient time for Plaintiffs to evaluate the same with their experts so that they could meet their expert disclosure and report deadlines. Dollar General is willing to accommodate Plaintiff's request for an extension. This is the Parties' first request for an extension of the discovery deadlines.

Respectfully submitted,

**The Dann Law Firm, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
*Counsel for Plaintiffs and the Putative Class*

**McGuireWoods LLP**

*/s/ Philip A. Goldstein*
Philip A. Goldstein

*Counsel for Dolgen New York, LLC*