UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DOLGEN NEW YORK, LLC D/B/A DOLGEN,<br><br>Defendant. | Case No. 7:23-cv-00558 (PMH)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF SCOTT C. HARRIS** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Scott C. Harris hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs, Joseph Wolf and Carmen Wolf, in the above-captioned action.

I am in good standing of the bar of the Supreme Court of the States of Florida, Georgia, and North Carolia, as shown in the Certificates of Good Standing and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

**DATED:** December 20, 2023

Respectfully Submitted,

*s/ Scott C. Harris*
Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel.:   (919) 600-5000
sharris@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

<em>s/ Scott C. Harris</em><br>
Scott C. Harris