UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DOLGEN NEW YORK, LLC D/B/A DOLGEN ,<br><br>                    Defendant. | Case No. 7:23-cv-00558 (PMH)<br><br>**DECLARATION OF SCOTT C. HARRIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Scott C. Harris, being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

1. I have been retained to represent Plaintiffs in this cause of action.

2. I am in good standing of the bar of the Supreme Court of the States of Florida, Georgia, and North Carolina, as shown in the Certificates of Good Standing.

3. There are no pending disciplinary actions against me.

4. I have not been subject to any disciplinary proceedings.

5. I have not been subject to any suspension proceedings.

6. I have not been subject to any disbarment proceedings.

7. I have not been subject to any criminal charges or proceedings.

8. I have never been convicted of a felony.

9. I have not, either by resignation, withdrawal, or otherwise terminated or attempted to terminate my office as any attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023

Respectfully Submitted,

*s/ Scott C. Harris*
Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel.:   (919) 600-5000
*sharris@milberg.com*