## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DOLGEN NEW YORK, LLC d/b/a DOLGEN,<br><br>                    Defendant. | Case No.: 7:23-cv-00558 (PMH) |

### PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM A. EDWARDS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Adam A. Edwards hereby moves this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Plaintiffs, Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action.

I am in good standing of the bar of the Supreme Court of the State of Tennessee, as shown in the Certificate of Good Standing and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court I have attached the affidavit pursuant to Local Rule 1.3.

DATED: December 27, 2023

*/s/ Adam A. Edwards*
Adam A. Edwards*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
aedwards@milberg.com

Gary Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

J. Hunter Bryson
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022 Tel:
(630) 796-0903
hbryson@milberg.com

Javier L. Merino, Esq.
**THE DANN LAW FIRM. PC**
1520 U.S. Hwy. 130 – Suite 101
North Brunswick, NJ  08902

*\* Pro Hac Vice application forthcoming*

*Attorneys for Plaintiffs, on behalf of
themselves and others similarly situated*