## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DOLGEN NEW YORK, LLC d/b/a DOLGEN,<br><br>                    Defendant. | Case No.: 7:23-cv-00558 (PMH) |

### DECLARATION OF ADAM A. EDWARDS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Adam A. Edwards, being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

1.      I have been retained to represent Plaintiffs Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated ("Plaintiffs") in this cause of action.

2.      I am in good standing of the Supreme Court of the State of Tennessee, as shown in the Certificate of Good Standing.

3.      There are no pending disciplinary actions against me.

4.      I have not been subject to any disciplinary proceedings.

5.      I have not been subject to any suspension proceedings.

6.      I have not been subject to any disbarment proceedings.

7.      I have not been subject to any criminal charges or proceedings.

8.      I have never been convicted of a felony.

9.    I have not, either by resignation, withdrawal, or otherwise terminated or attempted to terminate my office as any attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.


DATED: December 27, 2023

_____

Adam A. Edwards