# Supreme Court of Tennessee
## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Adam Arthur Edwards

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 4, 2004, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 19th day of December, 2023.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By *Donna Gilmore*
Donna Gilmore, D.C.



Middle Division

**RECEIPT**

Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681
Tax ID#: 62-6001445

**RECEIPT # 170587**
RECEIPT DATE:
DECEMBER 19, 2023

PAID BY:  Milberg Coleman Bryson Phillips Grossman, LLC (NC)
900 West Morgan Street
Raleigh, NC 27603

Clerk: LAM
Receipted: $50.00

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Check | | 1105 | $50.00 |

| DESCRIPTION | COMMENTS | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Certificate of Good Standing | | 1 | $50.00 | $50.00 |

| | TOTAL | $50.00 |
|---|---|---|

| INVOICE | BALANCE DUE |
|---|---|
| #203369 | $0.00 |

**Certificate of Good Standing ~ Adam A. Edwards**