## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DOLGEN NEW YORK, LLC D/B/A DOLGEN,<br><br>　　　　　Defendant. | Case No. 7:23-cv-00558 (PMH)<br><br>**MOTION FOR ADMISSION <br>*PRO HAC VICE* OF TRENTON R. KASHIMA** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Trenton R. Kashima hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs, Joseph Wolf and Carmen Wolf, in the above-captioned action.

I am in good standing of the bar of the Supreme Court of the State of California, as shown in the Certificate of Good Standing and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

**DATED:** December 27, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/ Trenton R. Kashima*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Trenton R. Kashima
　　　　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　402 W. Broadway, Suite 1760
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　　Tel.:　(619) 810-7047
　　　　　　　　　　　　　　　　　　　　　　　*tkashima@milberg.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 27, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                              *s/ Trenton R. Kashima*
                                              Trenton R. Kashima