UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DOLGEN NEW YORK, LLC D/B/A DOLGEN,<br><br>　　　　　　　　Defendant. | Case No. 7:23-cv-00558 (PMH)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF TRENTON R. KASHIMA** |

The motion of Trenton R. Kashima, for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

> Trenton R. Kashima
> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
> 402 W. Broadway, Suite 1760
> San Diego, CA 92101
> Tel.:   (619) 810-7047
> tkashima@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that Trenton R. Kashima is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge