UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLGEN NEW YORK, LLC d/b/a DOLGEN,<br><br>Defendant. | Case No.: 7:23-cv-00558 (PMH) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ADAM A. EWARDS**

The motion of Adam A. Edwards, for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Tennessee and that his contact information is as follows:

> Adam A. Edwards
> MILBERG COLEMAN BRYSON
> PHILLIPS GROSSMAN, PLLC
> 800 S. Gay Street, Suite 1100
> Knoxville, TN 37929
> Tel.: 865-247-0080
> Fax: 865-522-0049
> aedwards@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Joseph Wolf, Carmen Wolf, on behalf of themselves and those similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Adam A. Edwards to practice *pro hac vice* in the above-captioned action in the United States Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December 28, 2023
      White Plains, New York

_____
Honorable Philip M. Halpern
United States District Judge