Columbus | Cincinnati | Cleveland | New Jersey | New York 

**Javier L. Merino, Esq.***

201-355-3440　　　　　　　　　　　　　JMerino@DannLaw.com　　　　　　　　　　　　　216-373-0536
*Direct Telephone*　　　　　　　　　　　　　　*Email*　　　　　　　　　　　　　　　　　　*Fax*

March 22, 2024

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wolf v. Dolgen New York, LLC*
                Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

      As you are aware, The Dann Law Firm along with Milberg represent Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs") in the above referenced matter against Dolgen New York, LLC d/b/a Dolgen ("Dollar General", the parties collectively, the "Parties"). In accordance with Paragraph 10 of the Second Amended Civil Case Discovery Plan and Scheduling Order, D.E. 47, the Parties submit this joint letter concerning settlement and mediation.

      The parties have discussed and intend to proceed with a mediation in the near future. The parties have decided on a mediator, and pending further discussion about a couple of issues, will work to finalize a date.

Respectfully submitted,


**THE DANN LAW FIRM, PC**　　　　　　　　　　　**MCGUIREWOODS LLP**

/s/ Javier L. Merino　　　　　　　　　　　　　　　　*/s/ R. Trent Taylor*
Javier L. Merino, Esq.　　　　　　　　　　　　　　R. Trent Taylor, Esq.
*Counsel for Plaintiffs and the Putative Class*　　　　*Counsel for Defendant Dolgen New York, LLC*

---

NJ Address　　　　　　　　　　　　　　　　DannLaw.com　　　　　　　　　　　　　　　　NY Address
1520 U.S. Highway 130, Suite 101　　　　　　877-475-8100　　　　　　　　　　　　42 Broadway, 12th Floor
North Brunswick, NJ 08902　　　　　　　　*Licensed in NJ and NY*　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**By Appointment Only**