


Columbus | Cincinnati | Cleveland | New Jersey | New York

**Javier L. Merino, Esq.***

| | | |
|---|---|---|
| 201-355-3440 | JMerino@DannLaw.com | 216-373-0536 |
| *Direct Telephone* | *Email* | *Fax* |

May 29, 2024

<u>**Via ECF**</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Wolf, et al. v. Dolgen New York, LLC*
     Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  The Dann Law Firm and Milberg represent Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs") in the above referenced matter against Dolgen New York, LLC d/b/a Dolgen ("Dollar General", the parties collectively, the "Parties"). In accordance with Section 1.C. of Your Honor's Individual Practices, the Wolfs submit this letter-motion requesting a brief, one-week extension of both the Wolfs' deadline to respond to Dollar General's Rule 56.1 Statement of Facts, and in turn, Dollar General's deadline to submit its pre-motion letter for summary judgment.

  On May 16, 2024, Dollar General serve[d] [...] of Material Facts, consisting of 182 paragra[phs...] Pursuant to Section 1.E.iv. of Your Honor's I[ndividual Practices,] their responses is May 30, 2024. As noted in [...] (D.E. 57), the Parties attended mediation on M[ay ...] In an effort to curb attorneys' fees and costs [...] hopes that the matter would be resolved at [...] responsive statement. Unfortunately, the mat[ter ...] Wolfs now must draft their response to Doll[ar General's ...] Between that, and between the May 27, 2024 [...] time to prepare their responsive statements an[d ...] request that the deadline for them to serve Dol[lar General ...] and declarations be extended to June 6, 2024, a[nd ...] pre-motion letter for summary judgment also b[e ...]

  Dollar General consents to this reque[st ...] deadline to respond to Dollar General's Rule [56.1 ...] and this is the Parties' second request to extend the deadline to file pre-motion letters for summary judgment. The Court granted in part and denied in part the Parties' previous request to stay summary judgment deadlines. (D.E. 57).

> Application granted to the extent that Plaintiffs' deadline to respond to the Rule 56.1 Statement is extended to June 13, 2024 and the parties' deadline for filing pre-motion letters concerning summary judgment is extended to June 17, 2024. The parties are reminded the single document representing the movant's Rule 56.1 Statement and the opposing party's responses thereto may not exceed 25 double-spaced pages, in accordance with Rule 4(E) of this Court's Individual Practices.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 58.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>     May 29, 2024

*May 29, 2024*
*Page 2*

Respectfully submitted,

**The Dann Law Firm, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
*Counsel for Plaintiffs and the Putative Class*


Cc:     All Counsel of Record (via ECF)