UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLF, et at.,

           Plaintiffs,

-against-

DOLLAR GENERAL CORPORATION, et al.,

           Defendants.

**ORDER**

23-CV-00558 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the case management conference scheduled for June 18, 2024 is adjourned to **July 22, 2024 at 10:30 a.m.** in Courtroom 520 of the White Plains courthouse.

**SO ORDERED:**

Dated:   White Plains, New York
         June 12, 2024

_____
PHILIP M. HALPERN
United States District Judge