**McGuireWoods**

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

June 24, 2024

**By ECF**

Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *Wolf et al. v. Dolgen New York, LLC*,
           Case No. 7:23-cv-00558-PMH
           *Request to Adjourn Case Management Conference*

Dear Judge Halpern,

> Application granted. The July 22, 2024 case management conference is hereby adjourned to August 13, 2024 at 12:00 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 61.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           June 25, 2024

    We represent defendant Dolgen New [York, LLC ("Dollar General") in this] matter. We write to respectfully request tha[t the case management conference scheduled for July] 22, 2024 be adjourned and rescheduled. Th[e conference, which was initially] scheduled for June 18, 2024, was *sua spon*[*te* adjourned by the Court due to a] scheduling conflict. Plaintiffs consent to thi[s request.]

    Dollar General requests an adjournm[ent of this conference because Crystal] Taylor, lead counsel for Dollar General, is s[cheduled to appear at an in-person] hearing before the Honorable Stephen V. W[ilson in the Central District of] California on July 22, 2024, the date to whic[h this conference was adjourned.] Accordingly, Dollar General respectfully [requests that the conference be] adjourned to a date and time on which Mr. T[aylor is available.]

    Counsel for the parties have conferred and are available on the following dates to reschedule the case management conference: August 7, 8, 9, 12, 13, 14, and 16. This is any party's first request for an adjournment of the July 22, 2024 case management conference. No other deadlines are affected by this request.

    Thank you for your consideration on this matter.

                                                 Respectfully submitted,

                                                 */s/ Philip A. Goldstein*

                                                 Philip A. Goldstein

cc: All Counsel of Record (via ECF)