

Columbus | Cincinnati | Cleveland | New Jersey | New York

**Javier L. Merino, Esq.***

201-355-3440  
Direct Telephone

JMerino@DannLaw.com  
Email

216-373-0536  
Fax

September 26, 2024

**<u>Via ECF</u>**

Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wolf, et al. v. Dolgen New York, LLC*
               Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

      We, with co-counsel, represent Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs") in the above matter against Dolgen New York, LLC ("Dollar General"). We write to advise Your Honor that in attempting to file the joint status report earlier today, we inadvertently submitted the wrong document. (D.E. 76). Enclosed is the correct letter.

      We apologize to Dollar General, its counsel, and the Court for the inadvertent filing.

Respectfully submitted,

/s/ Javier L. Merino
Javier L. Merino

cc: All counsel of record

Enclosure

NJ Address  
1520 U.S. Highway 130, Suite 101  
North Brunswick, NJ 08902

DannLaw.com  
877-475-8100  
*Licensed in NJ and NY

NY Address  
42 Broadway, 12th Floor  
New York, NY 10007  
**By Appointment Only**

 

Columbus | Cincinnati | Cleveland | New Jersey | New York

**Javier L. Merino, Esq.***

201-355-3440
*Direct Telephone*

JMerino@DannLaw.com
*Email*

216-373-0536
*Fax*

September 26, 2024

<u>Via ECF</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wolf, et al. v. Dolgen New York, LLC*
                  Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

      Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter with a status update regarding settlement in accordance with Your Honor's order provided at the August 29, 2024 in-person hearing.

      The Parties have had multiple conversations with the mediator since the last status report, (D.E. 75), and the two sides continue to work on a possible resolution.

Respectfully submitted,

| THE DANN LAW FIRM, PC | MCGUIREWOODS LLP |
|---|---|
| <u>/s/ Javier L. Merino</u> | <u>/s/ Philip A. Goldstein</u> |
| Javier L. Merino, Esq. | Philip A. Goldstein, Esq. |
| *Counsel for Plaintiffs and the Putative Class* | *Counsel for Defendant Dolgen New York, LLC* |

NJ Address
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only