Columbus  |  Cincinnati  |  Cleveland  |  New Jersey  |  New York  

**Javier L. Merino, Esq.***

*201-355-3440*  
*Direct Telephone*

JMerino@DannLaw.com  
*Email*

*216-373-0536*  
*Fax*

October 24, 2024

<u>**Via ECF**</u>

Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Wolf, et al. v. Dolgen New York, LLC*
             Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

      Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter with a status update regarding settlement in accordance with Your Honor's order provided at the August 29, 2024 in-person hearing.

      The Parties have had multiple conversations with each other since the last status report. (D.E. 78). Furthermore, the parties are having separate meetings with the mediator on Wednesday, October 30.

Respectfully submitted,

| | |
|---|---|
| **THE DANN LAW FIRM, PC** | **MCGUIREWOODS LLP** |
| <u>/s/ Javier L. Merino</u> | <u>/s/ Philip A. Goldstein</u> |
| Javier L. Merino, Esq. | Philip A. Goldstein, Esq. |
| *Counsel for Plaintiffs and the Putative Class* | *Counsel for Defendant Dolgen New York, LLC* |

NJ Address
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
**By Appointment Only**