Philip A. Goldstein, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Phone: (212) 548-2100
Fax: (212) 548-2150
*pagoldstein@mcguirewoods.com*
*Counsel for Defendant Dolgen New York, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X
JOSEPH WOLF, CARMEN WOLF,                          :   Case No. 7:23-cv-00558 (PMH)
ON BEHALF OF THEMSELVES AND THOSE    :
SIMILARLY SITUATED,                                          :
                                                                                  :   **CERTIFICATE OF SERVICE**
                            Plaintiffs,                                    :
                                                                                  :
            v.                                                                  :
                                                                                  :
DOLGEN NEW YORK, LLC D/B/A DOLGEN,   :
                                                                                  :
                            Defendant.                                 :
------------------------------------------------------------------ X

      I HEREBY CERTIFY that on this 27th day of September 2024, I caused a true and correct copy of:

      (1)    Dolgen New York, LLC's ("Dollar General") Notice of Motion for Summary Judgment;

      (2)    Dollar General's Memorandum of Law in Support of Its Motion for Summary Judgment;

      (3)    Dollar General's Local Civil Rule 56.1 Statement;

      (4)    Declaration of Philip A. Goldstein in Support of Dollar General's Motion for Summary Judgment, and exhibit(s) annexed thereto;

      (5)    Declaration of Mia Savaloja in Support of Dollar General's Motion for Summary Judgment, and exhibit(s) annexed thereto;

  (6) Declaration of André Carter in Support of Dollar General's Motion for Summary Judgment; and

  (7) this Certificate of Service,

to be served on Plaintiffs' counsel of record via electronic mail as indicated below:

Javier L. Merino
Dann Law Firm
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Email: jmerino@dannlaw.com

Adam A. Edwards
Milberg Coleman Bryson Phillips Grossman, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Email: aedwards@milberg.com

John Hunter Bryson
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: hbryson@milberg.com

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

Trenton R. Kashima
Milberg Coleman Bryson Phillips Grossman, PLLC
402 West Broadway, Suite 1760
San Diego, CA 92101
Email: tkashima@milberg.com

Zoe Aaron
Milberg Coleman Bryson Phillips Grossman, PLLC
405 E. 50th Street
New York, NY 10023
Email: zaaron@milberg.com

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, NY
      September 27, 2024

*/s/ Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Tele: (212) 548-2167
Email: pagoldstein@mcguirewoods.com