# EXHIBIT 4





**Planet Depos®**
We Make It *Happen*™

# Transcript of Carmen Wolf

**Date:** January 9, 2024
**Case:** Wolf, et al. -v- Dolgen New York, LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3    -----------------------------x

4    JOSEPH WOLF, CARMEN WOLF,        :

5    ON BEHALF OF THEMSELVES AND      :

6    THOSE SIMILARLY SITUATED         :

7              Plaintiffs,            :   Case No.:

8    v.                              :   7:23-cv-00558-P

9    DOLGEN NEW YORK, LLC D/B/A       :

10   DOLGEN,                          :

11             Defendant.            :

12   -----------------------------x

13             Deposition of CARMEN WOLF

14                  Washington, D.C.

15              Tuesday, January 9, 2024

16                    9:59 a.m.

17

18

19

20

21

22

23   Job No.:  520642

24   Pages:  1 - 177

25   Transcribed by:  Molly Bugher

1  Deposition of CARMEN WOLF, held at:

2       405 E 50th Street

3       New York, NY 10022

4       Phone: (212) 594-5300

5

6

7

8

9            Pursuant to Notice, before Enrique

10 Casas, Notary Public in and for the State of New

11 York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS JOSEPH WOLF, et al.:

3         HUNTER BRYSON, ESQUIRE

4         MILBERG COLEMAN & GROSSMAN LLP

5         405 East 50th Street

6         New York, NY 10022

7         Phone: (212) 594-5300

8    AND

9         JAVIER MERINO, ESQUIRE

10        DANN LAW

11        1520 Highway 130

12        North Brunswick, NJ 08902

13        Phone: (201) 355-3440

14

15   ON BEHALF OF DEFENDANT DOLGEN:

16        TRENT TAYLOR, ESQUIRE

17        MCGUIREWOODS LLP

18        800 East Canal Street

19        Richmond, VA 23219

20        Phone: (804) 775-1000

21

22   ALSO PRESENT:

23        HAROLD RODRIGUEZ - PD Videographer

24        MUSKAAN ZAIDI - Trainee

25
```

```
1                    C O N T E N T S

2

3    EXAMINATION OF CARMEN WOLF                    PAGE

4         By Mr. Taylor............................ 7

5         By Mr. Merino......................... 174

6

7                    E X H I B I T S

8    NUMBER      DESCRIPTION                       PAGE

9    CWolf 1     CV................................ 13

10   CWolf 2     Complaint......................... 20

11   CWolf 3     Photos........................... 26

12   CWolf 4     Responses........................ 55

13   CWolf 5     Report........................... 77

14   CWolf 6     Photos........................... 84

15   CWolf 7     Photos........................... 87

16   CWolf 8     Photos........................... 97

17   CWolf 9     Photos.......................... 103

18   CWolf 10    Statement....................... 105

19   CWolf 11    Chart........................... 113

20   CWolf 12    Disclosures..................... 113

21   CWolf 13    Agreement....................... 116

22   CWolf 14    Statement....................... 118

23   CWolf 15    Report.......................... 121

24   CWolf 16    Photos.......................... 122

25   CWolf 17    Photos.......................... 126
```

```
1                    E X H I B I T S

2                      (Continued)

3       NUMBER      DESCRIPTION                     PAGE

4       CWolf 18    Photos........................... 128

5       CWolf 19    Photos........................... 130

6       CWolf 20    Photo............................ 131

7       CWolf 21    Responses........................ 132

8       CWolf 22    Responses........................ 133

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2              VIDEOGRAPHER:  Here begins media number
3    1 in the videotaped deposition of Carmen Wolf in
4    the matter of Wolf et. al. vs. Dolgen New York,
5    LLC, in United States District Court for the
6    Southern District of New York, case number 723-CV-
7    00558-PMH.  Today's date is January 9, 2024.  The
8    time on the video monitor is 9:59 a.m.  The
9    videographer today is Harold Rodriguez
10   representing Planet Depos.  This video deposition
11   is taking place at 405 E. 50th Street, New York,
12   New York, 10022.
13              Would counsel please voice identify
14   themselves and state whom they represent?
15              MR. MERINO:  Javier Marino of the Dann
16   Law Firm, counsel for the Plaintiffs and the
17   punitive class.
18              MR. BRYSON:  Hunter Bryson from Milberg
19   on the half of Plaintiffs and the proposed class.
20              MR. TAYLOR:  Trent Taylor from McGuire
21   Woods on behalf of the Defendant, Dolgen New York,
22   LLC, doing business as Dollar General.
23              VIDEOGRAPHER:  The court reporter today
24   is Enrique Casa representing Planet Depos.  Will
25   the witness now be sworn in, please?
```

1                       CARMEN WOLF,

2      a witness, having been duly sworn or affirmed, was

3      examined and testified as follows:

4                  MR. TAYLOR:  All right.  Before we get

5      started, I just wanted to put on the record that

6      the protective order in this case governs the

7      testimony and exhibits and we will make the

8      appropriate confidentiality designations if

9      necessary pursuant to that.  All right.  So let's

10     get started.

11              EXAMINATION BY COUNSEL FOR DEFENDANTS,

12              DOLGEN NEW YORK, LLC D/B/A DOLGEN

13     BY MR. TAYLOR:

14         Q:   Good morning, Ms. Wolf.

15         A:   Good morning.

16         Q:   Before we begin, I just want to ask you,

17     have you ever been in a deposition before?

18         A:   No.

19         Q:   So let's go over a few guidelines that

20     might help make this an easier process for all of

21     us.  The first one is to make sure that when I ask

22     you a question you are giving an answer and make

23     sure you give a verbal answer instead of nodding

24     heads, that kind of thing just so our court

25     reporter can take it down, okay?

1        A:    Okay.

2        Q:    The second thing is we should let each

3    other finish.  So I'm going to try very hard to

4    let you finish with your answer before I say

5    something else, and if you can just do the same

6    when I'm asking a question, then it will make it

7    easier for our court reporter to take down our

8    testimony.  Is that acceptable?

9        A:    Yes.

10       Q:    And if you don't understand a question

11   at any point, just let me know and I will be happy

12   to try to rephrase it or say it in a different way

13   so that it is something that you can understand,

14   okay?

15       A:    Okay.

16       Q:    And if you don't let me know that you

17   don't understand a question, then I'm going to

18   assume that you understand the question, okay?

19       A:    Okay.

20       Q:    Well, I'm certain that throughout the

21   day we will probably want to take some breaks.

22   And if at any point want to take a break, whether

23   it's a bathroom break or just get some fresh air,

24   whatever, just let me know.  The only thing I ask

25   is that you answer the question that is pending

1    before we take the break, okay?

2         A:    Okay.

3         Q:    So just a few preliminary questions.  Do

4    you have any medical condition that would prevent

5    you from answering my questions fully, truthfully,

6    and accurately?

7         A:    No.

8         Q:    Are you currently on any medications

9    that would affect your ability to completely and

10   truthfully answer the questions today?

11        A:    No.

12        Q:    And you understand that you are

13   testifying under oath here today, right?

14        A:    Yes.

15        Q:    And that for all intents and purposes

16   you are testifying to a jury and that the

17   videotape of this proceeding may be shown to the

18   jury?

19        A:    Yes.

20        Q:    Can you state your full name for the

21   record?

22        A:    Carmen Elizabeth Wolf.

23        Q:    And what's your current address?

24        A:    3220 92nd Street, East Elmhurst, New

25   York 11369.

1      Q:    And how long have you lived at that

2    address?

3      A:    Five years.

4      Q:    And is Wolf your maiden name or your

5    married --

6      A:    My married name.

7      Q:    What's your maiden name?

8      A:    Viciedo.

9      Q:    Can you spell that?

10      A:    V-I-C-I-E-D-O.

11      Q:    E --

12      A:    D as in dog, O.

13      Q:    Okay, thank you.  And what is your date

14    of birth?

15      A:    March 17, 1982.

16      Q:    And are you currently married?

17      A:    Yes.

18      Q:    And who are you married to?

19      A:    Joseph Wolf.

20      Q:    And how long have you been married?

21      A:    Ten years.

22      Q:    And do you have children?

23      A:    Yes.

24      Q:    And how many children?

25    A:    Two.

1      Q:    And what are their names?

2      A:    Arabella Wolf and Penelope Wolf.

3      Q:    And how old are they?

4      A:    Penelope is 4 and Arabella is 7.

5      Q:    And the address that you previously

6   mentioned, who lives there with you?

7      A:    All of us, me, and Joe, Arabella, and

8   Penelope.

9      Q:    Anyone else?

10     A:    No.

11     Q:    Has anyone else lived at that residence

12  with you over the last three years?

13     A:    No.

14     Q:    Do you have any membership in any clubs,

15  churches, or organizations?

16     A:    No.

17     Q:    Any elected positions?

18     A:    No.

19     Q:    Any volunteer activities that you

20  regularly do?

21     A:    No.

22     Q:    Any hobbies?

23     A:    No.

24     Q:    Being a parent, right?

25  A:    Takes up a lot of time.

1       Q:    Yes, I hear you.  I have three of my

2  own.

3             So I wanted to ask you about any

4  relatives that you may have living either in the

5  state of New York or the state of New Jersey.  Do

6  you have any relatives that live in the state of

7  New York or the state of New Jersey?

8             MR. MERINO:  Objection to form.  You can

9  answer.

10      A:    By relatives you mean my family or

11 any --

12      Q:    People who -- I mean, I'm not looking

13 necessarily for cousins, but siblings, parents.

14      A:    My mom and my sisters live in Queens.

15      Q:    And what's your mom's name?

16      A:    Mariam.

17      Q:    And what about your sister?

18      A:    Jennifer.

19      Q:    Okay, and --

20      A:    Claudia, two sisters.

21      Q:    Claudia.

22      A:    And then two brothers in New Jersey.

23      Q:    And what are their names?

24      A:    Al and Laz; A-Z.

25 Q:    A-Z, okay.

1      Q:    And what are their occupations?

2      A:    Good question.

3      Q:    My Laz, he is a standup comedian and

4   then just does odd jobs.  I will be really honest.

5   I'm not sure what Al does.  My sister Claudia, she

6   works for like a -- she's a manager of a

7   construction company, she is the office manager.

8   And then my sister Jennifer, she does like

9   billings for I think an advertising agency.

10     Q:    And is your mother still working?

11     A:    No.

12     Q:    Did she have an occupation at one point?

13           MR. MERINO:  Objection to form.  You can

14   answer.

15     A:    She worked in a factory making ties.

16     Q:    All right.

17           MR. TAYLOR:  I want to mark as an

18   exhibit --

19     Q:    I'm just handing you Exhibit CWolf 1.

20           (Exhibit CWolf 1 was marked for

21   identification.)

22     Q:    And if you could, just take a quick look

23   at that and then let me know once you've looked at

24   it.

25   A:    Okay.

1       Q:    Do you recognize this document?

2       A:    Yes.

3       Q:    And what is it?

4       A:    It's my resume.

5       Q:    And does it look to be up-to-date?

6       A:    Mm-hmm.

7       Q:    Is that a yes?

8       A:    Yes, sorry.  Yes.

9       Q:    So is your -- what is your current job?

10      A:    I'm a teacher.

11      Q:    And is that at the public school 291?

12      A:    Yes.

13      Q:    And what exactly do you teach there?

14      A:    I am a special education teacher, full-

15  time in a self-contained classroom.

16      Q:    And what do you mean by self-contained?

17      A:    I have 12 students, one teacher, and one

18  professional.  So all the students have special

19  needs.

20      Q:    And you've been in that position since

21  2004?

22      A:    Yes.

23      Q:    You can set that aside for now.  Have

24  you ever worked in retail before?

25  A:    No.

1       Q:   All right.  Have you -- I asked you

2  earlier whether or not you had been deposed before

3  in a deposition.  I wanted to ask you whether you

4  have testified in court at any kind of hearing or

5  trial before?

6       A:   No.

7       Q:   Have you ever filed a worker's

8  compensation claim before?

9       A:   No.

10      Q:   Have you ever filed a Social Security

11 claim?

12      A:   No.

13      Q:   Have you ever been convicted of a

14 felony?

15      A:   No.

16      Q:   Have you filed for bankruptcy protection

17 within the last five years?

18      A:   No.

19      Q:   Have you spoken with the media or a

20 member of the media at all about this lawsuit?

21      A:   No.

22      Q:   I wanted to now shift and ask you what

23 you did to prepare for this deposition.  Can you

24 tell me what you did to prepare?

25 A:   Yes.  I met with my lawyers and I

1   reviewed documents.

2        Q:   And I wanted to ask about when you met

3   with your lawyers.  On how many occasions did you

4   meet with your lawyers to prepare for this

5   deposition?

6        A:   About four.

7        Q:   And when was the most recent time?

8        A:   This morning.

9        Q:   And what time did you arrive here this

10  morning?

11       A:   About 9:00, 9:05.

12       Q:   And how long did you meet with your

13  attorneys this morning?

14       A:   About a half hour, 45 minutes.

15       Q:   And who in particular did you meet with?

16       A:   Javier and Hunter.

17       Q:   And did you review any documents this

18  morning?

19       A:   Yes.

20       Q:   And do you recall what you reviewed?

21       A:   Pictures and the complaint.

22       Q:   I'm sorry, what was the last --

23       A:   The complaint.

24       Q:   Okay, got it.  Anything else that you

25  recall?

1      A:    No.

2      Q:    Was there anyone else present in the

3  room with you when you were meeting with your

4  attorneys this morning?

5      A:    No.

6      Q:    Prior to this morning, when was the last

7  time you met with your attorneys?

8      A:    Last night.

9      Q:    And was that in person or virtual?

10      A:    It was on the phone.

11      Q:    The phone, okay.  And what time was that

12  phone call?

13      A:    Like 6:15, 6:20.

14      Q:    And how long did you speak for?

15      A:    Twenty minutes maybe.

16      Q:    And who in particular did you speak

17  with?

18      A:    Javier and Hunter.

19      Q:    Prior to that phone call last night,

20  when was the -- can you tell me the next prior

21  time that you either spoke with or met with your

22  attorneys to prepare for this deposition?

23      A:    Last week.

24      Q:    Do you remember what day?

25  A: No.  Hold on, I'm trying to think.  I

1  think it was Wednesday.

2       Q:   And did you meet with them in person?

3       A:   Virtually.

4       Q:   And how long did you meet with them for?

5       A:   About an hour.

6       Q:   About an hour, okay.  And who did you

7  meet with virtually?

8       A:   Javier and Hunter.

9       Q:   Was there anyone else present either on

10  their end or your end?

11       A:   Not that I recall, no.

12       Q:   Was your husband -- did he participate

13  in that virtual session?

14       A:   Yes.

15       Q:   All right.  And then was there another

16  time that you met or communicated with your

17  attorneys to prepare for this deposition?

18       A:   Yes, about two weeks ago.

19       Q:   And was that virtual?

20       A:   Yes.

21       Q:   And how long to that session last?

22       A:   Also about an hour, maybe an hour and a

23  half.

24       Q:   And who did you meet with at that time?

25  A:   Javier, Hunter, and Jeff.

1    Q:   And Jeff?

2    A:   Yeah, another attorney.

3    Q:   Do you remember his last name?

4    A:   (No audible response.)

5    Q:   All right.  He's an attorney with one of

6  their Law Firms?

7    A:   Yes.

8    Q:   Is that your understanding?

9    A:   Yes.

10   Q:   And did your husband participate in that

11 session?

12   A:   Yes.

13   Q:   We talked about documents that you

14 reviewed this morning.  Were there any other

15 documents that you reviewed on -- during any of

16 these other three sessions?

17   A:   No, maybe the discovery questions.

18   Q:   Do you recall on the virtual sessions,

19 did they share documents via the screen to look

20 at?  Do you recall?

21       MR. MERINO:  Objection to form.  You can

22 answer.

23   A:   I don't recall if they showed me the

24 documents.

25 MR. TAYLOR:  I want to mark another

1   exhibit.  I know you've never seen that before.

2        Q:   I'm handing you what has been marked as

3   CWolf 2.

4            (Exhibit CWolf 2 was marked for

5   identification.)

6        Q:   Just want to take just a second to take

7   a look at it.  And just let me know when you're

8   ready for me to ask some questions about it.

9        A:   Okay.

10       Q:   Do you know what this document is?

11       A:   Yes.

12       Q:   And what is it?

13       A:   This is a complaint.

14       Q:   And have you seen it before?

15       A:   Yes.

16       Q:   All right.  So there are some questions

17  I want to ask you about certain parts of this.

18  And maybe we can start on page 2, paragraph 5.

19  And paragraph 5 reads, Plaintiffs reside in East

20  Elmhurst, New York and own a vacation home in

21  Bethel, New York; is that accurate?

22       A:   Yes.

23       Q:   I have some questions about this

24  vacation home.  Do you -- who is -- who owns that

25  vacation home?

1      A:   On paper, Joe.

2      Q:   That was the question.  I didn't know

3  whether you were on the deed or not.

4      A:   No.

5      Q:   But he's on the deed?

6      A:   Mm-hmm.

7      Q:   Did -- do you know when he purchased

8  that property?

9      A:   It closed December, I believe it was

10  2020.

11     Q:   Okay, got it.  And what is the address

12  of that property?

13     A:   30 Berkshire Trail.

14     Q:   And is that in a particular subdivision?

15          MR. MERINO:  Objection to form.  You can

16  answer.

17     A:   Smallwood.

18     Q:   Smallwood, okay.  And how often do

19  either you or he or both of you go there?

20     A:   Almost every weekend.

21     Q:   About how long -- do you drive there?

22     A:   Mm-hmm.

23     Q:   About how long a drive is that?

24          MR. MERINO:  Objection to form.  You can

25  answer.

1        A:    Sorry.  Two hours.

2        Q:    And what do you do there?  Is it just a

3   place to relax?  Or is there particular activities

4   that you typically do there?

5            MR. MERINO:  Objection to form.  You can

6   answer.

7        A:    Depends on the season, but just a place

8   for the family to hang out at.

9        Q:    Got it.  All right.  I wanted to move on

10  to paragraph 11, which is on page 3.  It says

11  Plaintiffs regularly shop at the Dollar General

12  located at 1334 New York, 17B White Lake, New

13  York.  Is that a true statement?

14       A:    Yes.

15       Q:    And do you know which Dollar General

16  that is?

17            MR. MERINO:  Objection to form.  You can

18  answer.

19       A:    Yes.

20       Q:    And have you shopped there?

21       A:    Yes.

22       Q:    Do you recall when the last time you

23  shopped there was?

24       A:    Over a week ago.

25  Q:  And was it you shopped there or your

1    husband?  Or both of you?

2        A:   I'm sorry.  I don't understand the

3    question.

4        Q:   So you said that the last time you

5    shopped there was about a week ago.

6            MR. MERINO:  Objection to the

7    characterization of the testimony.  She said a

8    little over a week ago.

9            MR. TAYLOR:  Okay, sorry, a little over

10   a week ago.

11       Q:   And I'm just wondering, can you tell me

12   about that visit to Dollar General?

13           MR. MERINO:  Objection to form.  You can

14   answer.

15       A:   You're asking who went that last time?

16       Q:   Mm-hmm.

17       A:   I believe it was Joe.

18       Q:   You didn't go that time?

19       A:   Huh-uh.

20           COURT REPORTER:  I'm sorry.  Is that a

21   no?

22           THE WITNESS:  No.  Sorry.

23       Q:   Do you recall the last time that you

24   went to that Dollar General in White Lake?

25   A:   Maybe two weeks ago.

1    Q:   Do you recall on that visit what you

2    purchased?

3    A:   Milk.

4    Q:   Do you recall what kind of milk?

5    A:   Chocolate milk.

6    Q:   Was the chocolate milk for you?

7    A:   No.

8    Q:   I already knew the answer to that

9    question.  And do you recall buying anything else

10   on that visit other than chocolate milk?

11   A:   No, I don't recall.

12   Q:   The shopping at that Dollar General, who

13   in your family is -- is there sort of a typical

14   who goes and purchases things there?  Or is it

15   both of you?

16   A:   I want to say it's both of us.

17   Q:   When you go to that White Lake General

18   to purchase items, do you ever go as a family or

19   that usually just one of you who goes?  Or does it

20   vary?

21   A:   Usually not as a family.

22   Q:   Do you and Joe ever go shop at that

23   Dollar General in White Lake together at the same

24   time?

25   A:   No.

1      Q:    Because of the kids?

2      A:    Yeah.

3      Q:    Understood.  Understood.  When you do

4  shop at the White Lake Dollar General, do -- is

5  there a typical way that you usually pay?  Cash,

6  credit card, some of the method?

7      A:    Always credit card I believe.

8      Q:    Okay, got it.  Do you recall at that

9  White Lake New York Dollar General store whether

10 there is a self-service checkout?

11     A:    Yes, there is.

12     Q:    Do you happen to recall how long it's

13 been there?

14          MR. MERINO:  Objection to form.  You can

15 answer.

16     A:    No, I don't recall.

17     Q:    Have you ever used the self-service

18 checkout at the White Lake New York Dollar General

19 store?

20     A:    Maybe a few times.

21     Q:    When you shop at the Dollar General

22 White Lake store, do you have a usual practice in

23 terms of whether you use the self-checkout or

24 whether you have a Dollar General employee check

25 you out?

1           MR. MERINO:  Objection to form.  You can

2    answer.

3        A:    I usually go to the employee -- where

4    the employee checks you -- scans you out.

5        Q:    I want to show you another exhibit if I

6    can.  All right.  I'm handing you CWolf 3.

7           (Exhibit CWolf 3 was marked for

8    identification.)

9        Q:    You can take a look at that and I'm

10   going to ask you some questions about this.  Let

11   me know when you've had a chance to review it.

12       A:    Okay.

13       Q:    Do these photographs look familiar to

14   you?

15       A:    Yes.

16       Q:    Did you take these photographs?

17       A:    My daughter did.

18       Q:    Your daughter did?  Oh, which one?

19       A:    Arabella.

20       Q:    And do you recall when they were taken?

21       A:    I don't recall.

22       Q:    And were they taken with your phone?

23       A:    Yes.

24       Q:    And was that the iPhone 12 Mini?

25   A:    Yes.

1      Q:   And do you still have that phone?

2      A:   No.

3      Q:   And were these photographs in exhibit --

4  in CWolf Exhibit 3, were they taken at the White

5  Lake Dollar General store?

6      A:   Yes.

7      Q:   And do you recall -- well, did you ask

8  your daughter to take these photographs?

9      A:   She had -- was playing with my phone and

10 I asked for it back.  She said why, and I said I

11 want to take a picture, she took -- she said, I

12 will do it, and she did.

13     Q:   And is that true of all of these

14 photographs?

15          COURT REPORTER:  Just watch the mic a

16 little.

17          THE WITNESS:  Oh, sorry.

18          COURT REPORTER:  You can move it towards

19 you.

20          THE WITNESS:  I'm sorry?

21          COURT REPORTER:  You can move it towards

22 you a little bit.

23     A:   Yes.

24     Q:   And sorry, you said it was which is

25 daughter?

1        A:    The older one, Arabella, yes.

2        Q:    Okay.  And so it's your testimony that

3    you did not ask her to take these photographs?

4        A:    No.

5        Q:    She just took them?

6        A:    Well, I asked for my phone back and she

7    said, why, and I said I was going to take pictures

8    of the register and she said, I will do it, and

9    then she took them.

10       Q:    I see.  Got it.  And why did you want to

11   take a picture of the register?

12       A:    I assumed that the lawyers wanted the

13   picture of the register.

14       Q:    Do you recall whether or not you had

15   been asked to?  Or did you just sort of do it on

16   your own accord?

17       A:    I don't recall.

18       Q:    And let me ask this.  Are these

19   pictures -- this is what the checkout by an

20   employee area at the White Lake Dollar General

21   looks like?

22            MR. MERINO:  Objection to form.  You can

23   answer.

24       A:    The day I took the picture, yes.

25   Q:    And I'm assuming the person in that

1    photograph, is that the Dollar General employee?

2         A:    Yes.

3         Q:    All right.  Do you -- have you ever --

4    do you know who -- what the name of the employee

5    is?

6         A:    No.

7         Q:    And do you happen recall what you were

8    purchasing at the White Lake Dollar General on the

9    day that these photographs were taken?

10        A:    The Halloween stuff.

11        Q:    Yeah, and are the things that are being

12   shown here, like the paddle ball, is that what you

13   were purchasing?

14        A:    Yes, that's what we purchased.

15        Q:    Got it, understood.  And if you go to,

16   let's see, one, two, three, four -- the fourth

17   page, the very bottom in very small print it says

18   the last two digits are 73.

19        A:    73, yeah.

20        Q:    So do you see in the middle of the

21   photograph a Toshiba monitor that says HLWNDIY

22   Powerball, one dollar?

23        A:    Yes.

24        Q:    And is it your understanding that that

25   is a monitor that shows what item has been scanned

1    and the price of that item?

2         A:    For that day, yes.

3         Q:    And is that monitor something that you

4    look at when you are purchasing items at the White

5    Lake Dollar General store?

6              MR. MERINO:  Objection to form.  You can

7    answer.

8         A:    I don't recall.  It depends.

9         Q:    And what does it depend on?

10        A:    My children.

11        Q:    Whether or not you're distracted by them

12   or --

13        A:    Yes.

14        Q:    When they are not with you, would it be

15   your usual practice to look at the monitor as you

16   are checking out?

17             MR. MERINO:  Objection to form.  You can

18   answer.

19        A:    I am almost always with them.  So I

20   cannot say.

21        Q:    Let me back up for just a second because

22   I just want to make sure I understand.  When you

23   are -- when you shop at the White Lake Dollar

24   General store, are your children typically with

25   you?  Or are you typically there by yourself and

1    the children are back with Joe at the house?  Or

2    does it vary?

3        A:    They are typically with me.

4        Q:    Oh, okay, got it.  And when you take --

5    excuse me -- take them to the White Lake Dollar

6    General store, does Joe usually come with you?

7        A:    No.

8        Q:    Would you agree that the Toshiba monitor

9    that we just mentioned shows the prices -- excuse

10   me -- the items that are being scanned and the

11   price of the items that consumers are able to view

12   as they are checking out?

13            MR. MERINO:  Objection to form.  You can

14   answer.

15       A:    That day, yes.

16       Q:    Has there ever been -- do you -- well,

17   let me ask you this.  Do you recall whether that

18   monitor has been there at the White Lake Dollar

19   General store for the last three years?

20            MR. MERINO:  Objection to form.  You can

21   answer.

22       A:    I don't recall.

23       Q:    Is there ever in essence that you can

24   recall where that monitor was -- when you were

25   shopping at the White Lake Dollar General store,

1    when that monitor was not working?

2           MR. MERINO:  Objection to form.  You can

3    answer.

4        A:   I don't recall.

5        Q:   Am I correct in saying that there have

6    been occasions when you have shopped at the White

7    Lake Dollar General store when you have looked at

8    this monitor as you were checking out?

9           MR. MERINO:  Objection to form.

10   Objection, mischaracterizes testimony.  You can

11   answer.

12       A:   Can you ask the question again, please?

13       Q:   Sure.  Am I correct in saying that there

14   have been occasions when you have shopped at the

15   White Lake Dollar General store where you have

16   looked at this monitor as you were checking out?

17          MR. MERINO:  Objection to form.

18   Objection, mischaracterizes testimony.  You can

19   answer.

20       A:   That day, yes.

21       Q:   Have there been other days that you can

22   recall when you look at the monitor as you were

23   shopping at the White Lake Dollar General store?

24          MR. MERINO:  Objection to form.  You can

25   answer.

1        A:   I don't recall.

2        Q:   All right.  I want to turn to page 1 of

3   that exhibit.  And you see at the very bottom, the

4   right hand corner there is some -- where it says

5   receipt?  You see that?

6        A:   Yes.

7        Q:   And is that where, after you have

8   checked out at the White Lake Dollar General

9   store, where you can receive your receipt?

10            MR. MERINO:  Objection to form.  You can

11  answer.

12       A:   I don't recall.  They usually hand it to

13  me.

14       Q:   That's fair.  Let me ask it a different

15  way.  Do you typically receive a receipt after

16  checking out at the White Lake Dollar General

17  store when you shop there?

18       A:   Yes.

19       Q:   And do -- what do you do with the

20  receipt once they give it to you after you have

21  shopped at the White Lake Dollar General store?

22            MR. MERINO:  Objection to form.  You can

23  answer.

24       A:   Usually I hold onto it but eventually

25  throw it out.

1       Q:    Is there a typical practice about how

2    long you hang onto it for?

3       A:    About a week.

4       Q:    And was the purpose for hanging onto a?

5             MR. MERINO:  Objection to form.  You can

6    answer.

7       A:    There is a coupon on there.

8       Q:    Do you ever use the coupons on the

9    receipt at the White Lake Dollar General store?

10      A:    It's always my intention to.

11      Q:    Do you recall ever having used the

12   coupon in the past?

13      A:    I don't recall.  Maybe.

14      Q:    Got it.  And do you -- once you receive

15   the receipt after shopping at the White Lake

16   Dollar General store, do you typically review it

17   at all?  Or do you just hang onto it and save it

18   for later?  Or something else?

19            MR. MERINO:  Objection to form.  You can

20   answer.

21      A:    I usually -- sometimes I review it.

22      Q:    And when you sometimes review it, what's

23   the purpose of reviewing it?

24      A:    To look at what I bought and look at the

25   prices.

1       Q:    And do you typically -- when you do

2  review it, do you typically review it right after

3  it happened?  While you are in the store?  Or at

4  some point later?

5       A:    Later.

6       Q:    And what is your typical practice about

7  when that later would be?

8       A:    Some point at home.

9       Q:    At home?

10      A:    Mm-hmm.

11      Q:    Is there -- you said that you will, I

12  think, and correct me if I'm wrong, you will

13  sometimes keep receipts for like a week.  Is there

14  a particular place where you keep those receipts?

15      A:    Yes, a drawer.

16      Q:    At your -- at the vacation home?

17      A:    Yes.

18      Q:    Let me ask this question.  One of the

19  things in this case we had sort of asked for your

20  receipts and we received a number of them.  Do you

21  recall looking into that drawer to see if you had

22  any Dollar General receipts that needed to be

23  provided in discovery?

24      A:    Yes.

25  Q:    And were all of the Dollar General

1  receipts in that drawer provided to your

2  attorneys?

3       A:   Yes.

4       Q:   Okay, great.  And the receipts, am I

5  correct in that it is your understanding that

6  there were receipts that are given to customers

7  who have completed a transaction at the White Lake

8  Dollar General store show the name of the products

9  purchased and the price of those products?

10          MR. MERINO:  Objection to form.  You can

11 answer.

12      A:   Can you ask the question again, please?

13      Q:   Sure.  What's your recollection of what

14 is shown on a receipt that is given to you after

15 purchasing items that the White Lake Dollar

16 General store?

17      A:   The name of the item and the price.

18      Q:   Got it.  Understood.  Thank you.  You

19 can set aside that for now.  We actually are going

20 to go back to Exhibit 2, which is the complaint.

21          I want to focus on paragraph 12 of the

22 complaint, which is on page 3.  And it states,

23 while shopping at Dollar General White Lake in

24 late summer, 2022, Joseph noticed the

25 discrepancies between the prices and merchandise

1  advertise on the shelves and what they were

2  charged and paid at checkout.  Do you see that?

3       A:   Yes.

4       Q:   Is that consistent with your

5  recollection?

6       A:   Yes.

7       Q:   Do you recall whether Joseph mentioned

8  some of these price discrepancies that he noticed

9  at the Dollar General White Lake to you?

10       A:   Can you ask the question again?

11       Q:   Sure.  Let me ask it in a less

12  convoluted way.  So with regard to this, I'm just

13  wondering whether Joe ever discussed these price

14  discrepancies that he noticed that the White Lake

15  Dollar General with you.

16       A:   Did you tell me about the --

17       Q:   Yeah.

18       A:   Yes.

19       Q:   Do you recall the first time he told you

20  about it?

21       A:   It was during that first one in

22  September 2022.

23       Q:   Do you recall -- can you tell me what

24  you remember about what he told you about it the

25  first time he told you about it?

1   A: He just told me that he was charged more

2 than what the price was on the shelf.

3   Q: And did he say anything else about it?

4   A: I don't recall.

5   Q: I want to move down to paragraph 14

6 where it says in September 2022, Joseph made two

7 purchases at the White Lake Dollar General store

8 using Carmen's credit card of which Joseph is an

9 authorized user, during which Defendant charged

10 him a higher price for his merchandise than the

11 advertised shelf price.  And then it says the

12 discrepancies are outlined below and it has a

13 short chart there that goes over the page 4 and it

14 depicts two dates, September 18, in September 4.

15    Is paragraph 14 of the complaint

16 consistent with your recollection?

17    MR. MERINO:  Objection to form.  You can

18 answer.

19   A: Yes.

20   Q: I wanted to ask you for a moment about

21 the credit card.  So it says he was using your

22 credit card.  And I just wanted to understand

23 about the credit card situation that you have.  Is

24 the credit card -- so why is it that he was using

25 your credit card?

1      A:    It's not my credit card.  It's a joint

2  credit card.  I'm not really sure why.  I guess

3  the credit card company has me as being -- but

4  it's our joint credit card.  We both use it.

5      Q:    And Joseph is named as an authorized

6  user?

7      A:    Yes.

8      Q:    And what's -- and you each have your own

9  card?

10      A:    Yes.

11      Q:    And the card that he has, does it have

12  his name on it or your name on it?

13      A:    His name.

14      Q:    And do you have the last four digits?

15  Are they the same for both cards?  Or are they

16  different?

17          MR. MERINO:  Objection to form.  You can

18  answer.

19      A:    I believe they have the same.  I don't

20  know, to be honest.

21      Q:    That's fair.  Can you tell me the last

22  four digits of your credit card?  If you recall.

23      A:    I believe it is -- I don't recall.

24  Sorry.

25  Q:  Do you own -- and sorry.  The credit

1    card that is being referred to here for which you

2    and Joseph have a joint account, who is the bank

3    that that's through?

4              MR. MERINO:  Objection to form.  You can

5    answer.

6         A:   Citibank.

7         Q:   And that's a MasterCard?

8         A:   Yes.

9         Q:   Do you own any other credit cards?

10        A:   Yes.

11        Q:   And how many other ones?

12        A:   One.

13        Q:   And that credit card, who is the bank on

14   that one?

15        A:   Capital One.

16        Q:   Based in Richmond, Virginia, correct?

17   Okay.  And is that a MasterCard or Visa?  Or

18   something else?

19        A:   That's a Visa.

20        Q:   And is that a joint account?  Or is that

21   just in your name?

22        A:   That's a joint account?

23        Q:   And is -- how often do you use that

24   credit card, the Visa?

25   A:   Not often.

1      Q:    Is there a particular purpose for which

2   you use that card as opposed to the MasterCard?

3      A:    Costco only takes Visa.

4      Q:    I feel you.  So would it be fair to say,

5   and correct me if I'm wrong, but you primarily use

6   for that card be for Costco?

7      A:    Costco and traveling abroad.

8      Q:    Got it, okay.  Would you have ever used

9   that Visa at the White Lake Dollar General to make

10  purchases?

11     A:    Most likely not, but I don't 100 percent

12  recall.

13     Q:    Have you checked about whether there are

14  any Dollar General transactions on that credit

15  card over the last three years?

16     A:    Yes.

17     Q:    And were there any?

18     A:    I don't recall.

19     Q:    We may follow up with your counsel about

20  that.  So let's go to the September 4 transaction

21  that's listed here in paragraph 14, where it says

22  that 2 percent lactose-free milk was purchased at

23  the White Lake Dollar General.  Do you see that?

24     A:    Yes.

25  Q:    Were you with Joe when he purchased that

1    2 percent lactose-free milk at the White Lake

2    Dollar General on September 4?

3        A:   No.

4        Q:   And do you recall why he was purchasing

5    lactose-free milk on that day?

6            MR. MERINO:  Objection to form.  You can

7    answer.

8        A:   Probably for my daughter.

9        Q:   And why is that?

10           MR. MERINO:  Objection to form.  You can

11   answer.

12       A:   Because she still drank milk back then.

13       Q:   And which daughter is that?

14       A:   Penelope, the little one.

15       Q:   The four-year-old?

16       A:   Yes.

17       Q:   And does -- is any member of your family

18   lactose intolerant?

19       A:    Not diagnosed, but it's just easier on

20   the stomach I guess.

21       Q:    Is lactose-free milk something that you

22   or Joe have purchased in the past prior to the

23   September 4, 2022 transaction?

24           MR. MERINO:  Objection to form.  You can

25   answer.

1      A:   Yes.

2      Q:   And is that sort of a decision that

3  y'all made that there is a preference for lactose-

4  free milk?

5           MR. MERINO:  Objection to form.  You can

6  answer.

7      A:   Sometimes.

8      Q:   All right.  So this lactose-free milk

9  transaction occurred on September 4.  Was it after

10  this transaction that show mentioned price

11  discrepancies at the Dollar General White Lake

12  store to you?

13      A:   Can you just repeat the question?

14      Q:   So you may recall that in paragraph 12

15  we were -- it was saying that Joe noticed

16  discrepancies and then I asked you whether or not

17  he had talked to you about it and you said that he

18  had.  And I'm wondering whether or not that

19  conversation that he had, was it after the

20  September 4 transaction about lactose -- for

21  lactose-free milk?  Or was it at some other point

22  in time where he had that conversation?

23      A:   I don't recall.

24      Q:   And do you recall him having a

25  conversation with you specifically about being

1    overcharged for the lactose-free milk on September

2    4?

3            MR. MERINO:  Objection to form.  You can

4    answer.

5        A:   Yes, he told me about the discrepancy.

6        Q:   And do you recall -- can you tell me

7    what you recall about that conversation?

8        A:   He just said he had been charged more

9    than what was on the shelf.

10       Q:   Did you have a reaction to that?

11           MR. MERINO:  Objection to form.  You can

12   answer.

13       A:   I was surprised.

14       Q:   And did you say anything back to him?

15       A:   I don't recall.

16       Q:   Do you recall when it was that he

17   realized that he had been overcharged?  Was it on

18   September 4?  Was it at a later point?

19           MR. MERINO:  Objection to form.  You can

20   answer.

21       A:   I believe it was on September 4.

22       Q:   Do you recall whether he realized that

23   he had been overcharged once he got home?  Or

24   whether he came home and he already knew that he

25   had been overcharged?

1        A:    I believe once he got home.

2        Q:    Do you recall reviewing or looking at

3    the receipt he had for the September 4

4    transaction?

5        A:    I don't recall.

6        Q:    Did he mention to you any photographs or

7    pictures that he had taken of the shelf price of

8    the lactose-free milk that was purchased during

9    the September 4 transaction?

10       A:    I don't recall.

11       Q:    Moving on to the September 18

12   transaction, which was also for lactose-free milk,

13   but actually I think was whole milk as opposed to

14   2 percent.  That September 18 transaction that is

15   mentioned in paragraph 14, were you with Joe when

16   he purchased that lactose-free milk at the White

17   Lake Dollar General store?

18       A:    I don't think so.

19       Q:    And do you recall him -- or having a

20   discussion with him about that September 18

21   transaction?

22       A:    I don't recall.

23       Q:    Do you recall him having or showing you

24   a receipt or a photograph of the lactose-free milk

25   purchased on September 18 at the White Lake New

1  York store?

2      A:   I don't recall.

3      Q:   All right.  I want to move on to

4  paragraph 22.  And it says on or about September

5  11, 2022, Joseph, again using Carmen's credit card

6  made another purchase at the White Lake Dollar

7  General store during which it, Dollar General,

8  still charged him a higher price for its

9  merchandise than the advertised shelf price.  The

10 discrepancy is outlined below.  And it shows a

11 purchase of low-fat vanilla yogurt at the White

12 Lake store.  Do you see that?

13     A:   Yes.

14     Q:   That particular transaction on September

15 11, were you with Joe when he purchased the low-

16 fat vanilla yogurt on December 11 at the White

17 Lake Dollar General store?

18     A:   I don't think so.

19     Q:   Do you recall having any conversations

20 with Joe about that December 11, 2022 transaction

21 at the White Lake Dollar General store?

22     A:   I believe he told me he had been

23 overcharged again.

24     Q:   And do you recall when he realized that

25 he had been overcharged?

1       A:    I believe it was at home.

2       Q:    And do you recall specifically what he

3   said to you about that?

4       A:    He stated that he had been overcharged

5   again.

6       Q:    And what was your response if any?

7       A:    I was surprised.

8       Q:    And why were you surprised?

9             MR. MERINO:   Objection to form.   You can

10  answer.

11      A:    I couldn't believe it was happening --

12  it happened again with a different item.

13      Q:    And did you say anything verbally in

14  response to it?

15      A:    I don't recall.

16      Q:    Did he show you the receipt for the

17  December 11, 2022 transaction?

18      A:    I don't recall.

19      Q:    Do you recall whether or not he showed

20  you any pictures or photographs of the shelf price

21  label of the vanilla yogurt that he purchased on

22  December 11?

23      A:    I don't recall.

24      Q:    Was there any discussion with Joe for

25  any of these three transactions about raising the

1   overcharging issue with Dollar General employees?

2         A:   By this time, December 11, 2022, we were

3   already -- we had already sought legal counsel.

4         Q:   Understood.  Let me ask you this.  So

5   for the September transactions, was there --

6   September 2022 transactions.  Was there any

7   discussion with Joe about raising the issue of

8   overcharging with the Dollar General employees at

9   the White Lake store?

10        A:   We decided to seek legal counsel.

11        Q:   And I understand.  Before you decided to

12  seek legal counsel, was there any discussion about

13  raising the issue with the employees at the White

14  Lake store?

15        A:   We decided to seek legal counsel because

16  we didn't think it was our responsibility.

17        Q:   Understood.  And so let me just ask it

18  this way.  Before you decided to seek legal

19  counsel, was there any discussion between you and

20  him about raising it with -- raising the

21  overcharged issue with the White Lake Dollar

22  General employees?

23             MR. MERINO:  Objection to form.  You can

24  answer.

25  A: I don't recall.  I know we decided to

1    seek legal counsel.

2         Q:    And who ultimately decided to seek legal

3    counsel?  Was it your decision?  His decision?

4    Both of you?

5         A:    Both of us.

6         Q:    And am I correct that at the time that

7    legal counsel was sought, you had not been

8    overcharged at the White Lake Dollar General store

9    to your knowledge?  Is that accurate?

10             MR. MERINO:  Objection to form.  You can

11   answer.

12        A:    As far as I knew that I had been aware

13   of, at that point, no.

14        Q:    And no, you had not been overcharged?

15        A:    No, I had not been overcharged that I

16   knew of.

17        Q:    Did Joe, during or around the time of

18   these transactions in September and December 2022,

19   were you aware that Joe was taking photographs or

20   pictures of the shelf labels at the Dollar General

21   store?

22             MR. MERINO:  Objection to form.  You can

23   answer.

24        A:    Yes.

25   Q:    And do you know why he was taking those

1    pictures?

2         A:    To check for the price discrepancies.

3         Q:    Prior to September 2022, had Joe, to

4    your knowledge, ever taken photographs of shelf

5    price labels to check for prices in the past?

6              MR. MERINO:  Objection to form.  You can

7    answer.

8         A:    No.

9         Q:    Prior to September 2022, had you ever

10   taken photographs or pictures of shelf price

11   labels to check for prices at the Dollar General

12   White Lake store?

13             MR. MERINO:  Objection to form.  You can

14   answer.

15        A:    Can you please repeat the question?

16        Q:    Sure.  Just wondering whether or not you

17   had ever taken any photographs of shelf price

18   labels at the White Lake Dollar General store

19   prior to September 2022.

20        A:    For comparison shopping, maybe, but I

21   don't 100 percent recall.

22        Q:    Do you recall taking any photographs --

23   you said for comparison shopping; is that right?

24   What do you mean by that?

25   A: To compare whether Dollar General and

1  another store have -- who has the better price for

2  the same item I want.

3      Q:    And is that something -- comparison-

4  shopping, is that something that you typically do?

5      A:    Yes.

6      Q:    And do you do that when you are at the

7  vacation home as well as during the week when you

8  live in Queens?

9          MR. MERINO:  Objection to form.  You can

10  answer.

11      A:    I do it whenever I can.

12      Q:    And the -- how close is the Dollar

13  General store, the White Lake Dollar General store

14  to you and Joe's vacation home?

15      A:    Two-minute drive, if that.

16      Q:    Do you ever walk there?

17      A:    No.

18      Q:    And what -- are there other stores that

19  you shop at in addition to the White Lake Dollar

20  General when you are at the vacation home?

21          MR. MERINO:  Objection to form.  You can

22  answer.

23      A:    Sometimes we go to Walmart or ShopRite.

24      Q:    And how far a drive is the Walmart from

25  your vacation home?

1      A:    At least a 40 minute round trip.

2      Q:    What about the ShopRite?

3      A:    Same.

4      Q:    What town of those in?

5      A:    They are in Monticello.

6      Q:    Monticello, okay.  Is there a Dollar

7   General in Monticello as well?

8      A:    Not that I'm aware of.

9      Q:    Did you -- so we talked a little bit

10  about Joe taking pictures of shelf price labels.

11  Did you ever tell him to do that?  Or is that

12  something he did on his own?

13          MR. MERINO:  Objection to form.  You can

14  answer.

15     A:    That's something he did on his own.

16     Q:    All right.  So I want to move to

17  paragraph 64, which is on page 12.  And I just

18  want to focus on the first sentence of that.

19     A:    I'm sorry.  Say that again.

20     Q:    I just want to focus on the first

21  sentence of that.  And it says as a direct and

22  proximate result of defendant's unlawful deceptive

23  acts and practices, plaintiffs and the other

24  members, the class, suffered and continue to

25  suffer injuries based on the difference of price

1    advertise on the shelf versus the price charged at

2    checkout.  Do you see that?

3        A:   Yes.

4        Q:   And I wanted to ask you specifically

5    about what injuries you have suffered, setting

6    aside what Joe has suffered.  Could you tell me

7    what injuries that you have suffered as a result

8    of the alleged price discrepancies at Dollar

9    General?

10            MR. MERINO:  Objection to form.  You can

11   answer.

12       A:   I was overcharged and I defer to my

13   attorneys.

14       Q:   When you say you were overcharged, is

15   that referring to one of the two September 2022

16   incidents?  Or the December 2022 incident?

17       A:   I referred to all of them.  It's a joint

18   account.

19       Q:   And so -- and I just want to understand,

20   right?  So is it your decision that because Joe

21   was overcharged using a joint account, then you

22   were overcharged as well?

23            MR. MERINO:  Objection to form.  You can

24   answer.

25   A:   Yes.

1     Q:   And do you know how much Joe was

2  overcharged in the two September 2022 incidents

3  and the December 2022 transaction combined?

4     A:   Can you rephrase the question?

5     Q:   Yeah, I'm just wondering the

6  different -- sort of the amount of the overcharges

7  that are mentioned in this complaint, Exhibit 2.

8  Would that be $.45?

9     A:   Overall out-of-pocket, yes.

10     Q:   Are there any other injuries or damages

11  that you, Carmen Wolf, are seeking in this

12  lawsuit?

13       MR. MERINO:  Objection to form.  You can

14  answer.

15     A:   I defer to my attorneys.

16     Q:   I thought you might say that.

17       MR. TAYLOR:  You can set aside Exhibit 2

18  for now.  You want to take a quick break?

19       MR. MERINO:  Up to you.

20       MR. TAYLOR:  Sure.

21       MR. MERINO:  Yeah?

22       (Off the record at 11:09 a.m., resuming

23  at 11:17 a.m.)

24  BY MR. TAYLOR:

25  Q:  All right.  I have marked Exhibit 4,

1  which I'm handing you.  And I wanted to ask you

2  whether you recognized Exhibit 4.

3          (Exhibit CWolf 4 was marked for

4  identification.)

5      A:    Yes.

6      Q:    What is it?

7      A:    It is the responses to the questions.

8      Q:    Interrogatories?

9      A:    Yes.

10     Q:    And you've seen this before?

11     A:    Yes.

12     Q:    Did you review these before they were

13 finalized?

14     A:    Yes.

15     Q:    I just wanted to go through some of the

16 transactions that are discussed in here, and I

17 want to turn your attention to page 4.  And this

18 is the supplemental answer to interrogatory 1

19 which starts there in the middle of the page.  And

20 the first two sentences -- the first three

21 sentences of that supplemental answer deal with

22 the September 4, 2022 transaction, and the

23 September 18, 2022 transaction and the December

24 11, 2022 transaction at White Lake Dollar General

25 store; do you see that?

1        A:    Yes.

2        Q:    Those three transactions I just

3   mentioned, September 4, 2022, September 18, 2022,

4   and December 11, 2022, you were not present with

5   Joel when those transactions were made at the

6   White Lake dollars general store, correct?

7        A:    Correct.

8        Q:    So I want to move to the next of which

9   is April 11, 2023 and it states, on April 11, 2023

10  Plaintiffs purchased waffles, chicken, taco

11  ingredients, hotdogs, dog food, among other items.

12  Plaintiffs paid 37.90 for the transactions.  Do

13  you see that?

14       A:    Yes.

15       Q:    Do you recall whether you were present

16  for that April 11, 2023 transaction?

17       A:    Is it -- it says other items.  Is this

18  the -- the tuna purchase date?

19       Q:    I believe so.

20       A:    Then yes.

21       Q:    And we'll come back to that here in a

22  minute.  Farther down, it says, in addition, on

23  occasion, Plaintiffs have bought milk, pancake

24  mix, eggs, and potentially other items, e.g.,

25  batteries from Dollar General store 14321; do you

1    see that?

2         A:    Yes.

3         Q:    Is that an accurate statement?

4         A:    Yes.

5         Q:    Do you recall any other items that you

6    would typically purchase from the white Lake

7    Dollar General store?

8              MR. MERINO:  Object to form.  You can

9    answer.

10        A:    It's typically food items and the

11   Halloween stuff.

12        Q:    Got it.  Okay.  How many times have you

13   shopped at the white Lake Dollar General store?

14   How many times did you shop at the Dollar General

15   white Lake store in 2023?

16             MR. MERINO:  Object to form.  You can

17   answer.

18        A:    Me personally?

19        Q:    Yeah.

20        A:    A couple of times a month, every month.

21        Q:    Got it.  And has the frequency of how

22   many times you go to Dollar General and make

23   purchases changed since the lawsuit against Dollar

24   General was filed?

25   A:    No.

1      Q:   Interrogatory 2 on page 5, the question,

2 it is describe how you first became aware of

3 potential price discrepancies at Dollar General

4 stores.  Plaintiffs do not recall any specific

5 date regarding awareness of potential

6 discrepancies between what Defendant Dollar

7 General advertised and how it overcharged its

8 customers.

9        So I wanted to ask you how you first

10 heard about price discrepancies at Dollar General.

11 Can you tell me who, or how you first heard about

12 it?

13        MR. MERINO:  Object to form.  You can

14 answer.

15      A:   My husband Joe told me.

16      Q:   And was that before the September 4,

17 2022 transaction where he purchased lactose free

18 milk?

19      A:   I don't recall.

20      Q:   Prior to September 4, 2022 have you ever

21 had, or been present for a conversation with

22 Andrew Wolf about Dollar General?

23        MR. MERINO:  Objection to form.  You can

24 answer.

25 A:   No.

1      Q:    Are you aware that Andrew Wolf is a

2 lawyer?

3      A:    Yes.

4      Q:    And were you aware that Andrew Wolf is a

5 lawyer with the Dann Law Firm who has brought this

6 lawsuit?

7            MR. MERINO:  Object to form.  You can

8 answer.

9      A:    Yes.

10      Q:    All right.  I wanted to ask you, Ms.

11 Wolf, whether you ever noticed a price discrepancy

12 at any retailer other than Dollar General?

13            MR. MERINO:  Object to form.  You can

14 answer.

15      A:    Not that I've noticed, no.

16      Q:    Have you ever sought a refund for any

17 reason from a retailer that you can recall?

18            MR. MERINO:  Object to form.  You can

19 answer.

20      A:    Can you restate the question?

21      Q:    Sure.  Have you ever sought a refund

22 from a retailer for any reason that you can

23 recall?

24      A:    Like returning an item?

25 Q:    Yeah.

1    A:    Yes.

2    Q:    And do recall which retailers you have

3  sought a refund from?

4         MR. MERINO:  Object to form.  You can

5  answer.

6    A:    Cosco.

7    Q:    And did you get -- was that an exchange

8  of items or was it a refund where you got your

9  money back?

10   A:    Refund where I got money back.

11   Q:    Do you recall when that was?

12   A:    Most recently maybe over the summer.

13   Q:    And do you recall the circumstances

14  surrounding that request for refund?

15        MR. MERINO:  Object to form.  You can

16  answer.

17   A:    It didn't fit.  It was clothes.

18   Q:    Do you recall any other instances where

19  you might have sought a refund from a retailer

20  other than the clothes at Costco that we just

21  talked about?

22        MR. MERINO:  Object to form.  You can

23  answer.

24   A:    Amazon.

25  Q: And can you tell me the circumstances

1    behind that?

2         A:    Same thing.  It's probably something

3    that didn't fit.

4         Q:    And do you recall when that was with

5    Amazon?

6              MR. MERINO:  Object to form.  You can

7    answer.

8         A:    Probably sometime in the fall.

9         Q:    Have there been other instances where

10   you have sought refunds from retailers in the past

11   other than the two that we just talked about?

12             MR. MERINO:  Object to form.  You can

13   answer.

14        A:    Not that I recall.

15        Q:    Do -- have you ever gone and talk to

16   customer service at a retailer for any reason

17   other than the refund situations at Costco and

18   Amazon that we just talked about?

19             MR. MERINO:  Object to form.  You can

20   answer.

21        A:    No.  Not unless I'm looking for an item

22   that I don't see.

23        Q:    And have you at a retailer asked

24   employees where you can find certain items if you

25   can't find them?

1          MR. MERINO:  Object to form.  You can

2   answer.

3        A:    Sometimes.

4        Q:    Have you ever done that at White Lake

5   Dollar General store to your recollection?

6        A:    Not that I recall.

7        Q:    Have you ever had any conversations with

8   a Dollar General employee at a White Lake Dollar

9   General store for any reason?

10          MR. MERINO:  Object to form.  You can

11   answer.

12        A:    Besides a good morning and a hello or a

13   goodbye, no.

14        Q:    All right.  I want to turn your

15   attention to Interrogatory 5 on page 7.  And I

16   want to go down to the very bottom where it

17   supplemental answer and then it goes over to the

18   next page.  And it reads, sometime after September

19   of 2022 -- within 2022 Plaintiffs recall at least

20   one occasion where Dollar General attempted to

21   overcharge Plaintiffs and Plaintiff, Mr. Wolf,

22   objected.

23          The Dollar General employee, name

24   unknown, removed Mr. Wolf from the checkout lines,

25   sent him to a separate area where the price could

1    be investigated.  Dollar General did correct the

2    overcharged price at the register.

3            I wanted to ask you, were you with Mr.

4    Wolf when this incident occurred that is described

5    in the supplemental answer to Interrogatory 5?

6        A:   No.

7        Q:   So you didn't witness what happened?

8        A:   No.

9        Q:   All right.  Did Mr. Wolf talk with you

10   about it after it happened?

11       A:   Yes.

12       Q:   Can you recall what he told you?

13       A:   He just said that it took a long time.

14       Q:   Did he tell you how long it took?

15       A:   No.  I don't recall.  Maybe he did.

16       Q:   Do you recall approximately when that

17   occurred?  Was it September, October, November or

18   December?

19       A:   I don't recall.

20       Q:   All right.  Do you happen to recall what

21   the item was that the price was corrected for?

22       A:   I don't recall.

23       Q:   And did you have a response when he told

24   you about that?

25   MR. MERINO:  Object to form.  You can

1   answer.

2        A:    About how long it took?

3        Q:    Yeah.  Well, just about the incident in

4   general.

5        A:    I was surprised it took so long.

6        Q:    And why were you surprised?

7        A:    Because he said it took a really long

8   time.

9        Q:    But he didn't tell you how long?

10        A:    I don't recall.

11        Q:    And did he tell you that the price was

12   corrected by the Dollar General employee?

13        A:    I believe so.

14        Q:    All right.  I want to turn your

15   attention to Interrogatory 7 in the response to

16   that which is on page 9.  And the question itself

17   asks to identify all communications that you have

18   had with any person and your association regarding

19   the claims or allegations of price discrepancies.

20   And the supplemental answer says, on or before

21   September 4, 2022 Attorney Andrew R. Wolf, of the

22   Dann Law Firm contacted Joseph Wolf for the

23   purpose of providing legal advice.

24             And do you see that?

25   A:    Yes.

1          Q:    I wanted to ask you about that sentence.

2     Do you recall that happening?

3          A:    Joe told me about it.

4          Q:    And what did Joe tell you?

5          A:    That he was speaking with somebody from

6     the Law Firm.

7          Q:    Did he tell you who?

8          A:    I don't recall.

9          Q:    Do you recall when he told you about it?

10    Was it before the September 4, 2022 transaction

11    where he purchased lactose free milk?  Or was it

12    after?

13         A:    I don't recall.

14         Q:    Do you ever see Joe's father, Andrew

15    Wolf?

16         A:    Yes.

17         Q:    And do you recall hearing any

18    conversation that Joe had with Andrew Wolf at any

19    point prior to September 4, 2022, or on September

20    4, 2022 related to Dollar General and price

21    issues?

22         A:    No.

23         Q:    And in particular there was testimony

24    yesterday from Mr. Wolf about Andrew Wolf

25    mentioning some issues at Dollar General with

1    regard to pricing.  And I'm just wondering whether

2    you were a part of that conversation?  Whether you

3    recall being part of that conversation or not?

4             MR. MERINO:  Object to form.  You can

5    answer.

6         A:   No.

7         Q:   When was the first time that you spoke

8    with an attorney about the price discrepancies at

9    Dollar General?  Whether separately or as part of

10   a conversation with Joe?

11        A:   I don't recall the exact date, but --

12   I'm sorry.  Can you repeat the question again?

13        Q:   Yeah.  I'm just wondering when the first

14   time that you spoke with a lawyer about --

15        A:   Me personally?

16        Q:   Personally, whether you were on the

17   phone with Joe or whether it was sort of separate?

18        A:   At some point last year.

19        Q:   Do you recall whether it was before or

20   after September 4, 2022 that transaction where he

21   bought lactose free milk?

22        A:   I believe it was after.

23        Q:   And do you recall how that conversation

24   took place?  Was it in person, phone, virtual?

25   Something else?

1          MR. MERINO:  Object to form.  You can

2    answer.

3       A:   It wasn't in person.  So it was either

4    on the phone or virtually.

5       Q:   And do you recall who you spoke with,

6    who was the attorney?

7          MR. MERINO:  Object to form.  You can

8    answer.

9       A:   I'm not 100 percent sure but it was

10   either Jeff or Javier probably.

11      Q:   And so either Jeff or Javier was the

12   first lawyer that you recall speaking with about

13   Dollar General and price discrepancy issues?

14      A:   Yes.

15      Q:   Do you recall, at any point in 2022

16   speaking with Andrew Wolf about Dollar General?

17      A:   No.

18      Q:   All right.  To date have you ever spoken

19   with Andrew Wolf about Dollar General?

20         MR. MERINO:  Object to form.  Objection

21   to the extent it infringes on attorney/client

22   privilege issue.

23      Q:   Yes.  And just to be clear, I'm not

24   asking for the substance of any conversation.  I'm

25   just wondering if you've ever spoken with him

1    about Dollar General.  And Javier is right to make

2    that objection because we don't want you getting

3    into the content.  I just want to know if you've

4    ever spoken with him about it at any point?

5        A:    No.

6        Q:    All right.  I want to move to

7    Interrogatory 9 which starts on page 10 and moves

8    over to page 11.  And it just asks whether -- or

9    excuse me to identify all social networking

10   websites and forums, organizations, that kind of

11   thing and it says in the supplemental answer,

12   Carmen Wolf does not have social media whatsoever;

13   is that correct?

14       A:    Yes.

15       Q:    So no TikTok account for you?

16       A:    Nothing.

17       Q:    Okay.  And let me ask you this.  Are you

18   aware as to whether Joe has ever posted on social

19   media about this lawsuit?

20       A:    No.

21       Q:    I believe you said earlier you've never

22   been part of a lawsuit before; is that correct?

23       A:    Correct.

24       Q:    Okay.  Before this case?  Have you ever

25   been part of a class action, not like in the case,

1  but received, you know, a communication that you

2  were eligible to receive some type of payment from

3  a settlement?

4         MR. MERINO:  Object to form.  You can

5  answer.

6      A:   Like a document in the mail?

7      Q:   Yeah.

8      A:   Yes.

9      Q:   Do you recall what the circumstances

10 were around receiving something in the mail like

11 that?

12     A:   No, I don't recall.

13     Q:   Do you recall whether or not you

14 actually sent in anything in response to that?

15         MR. MERINO:  Object to form.  You can

16 answer.

17     A:   I did not.

18     Q:   Have you ever been sued in lawsuit

19 before?

20     A:   No.

21     Q:   Have you ever visited the Dollar General

22 website?

23         MR. MERINO:  Object to form.  You can

24 answer.

25 MR. MERINO:  Object to form.  You can

1    answer.

2         A:    No.

3         Q:    Have you ever used the Dollar General

4    mobile application?

5         A:    No.

6         Q:    All right.  Have you ever provided your

7    phone number to Dollar General -- let me just

8    leave it there.  Have you ever provided your phone

9    number to Dollar General?

10        A:    No.

11        Q:    I know that there is just a way to get

12   coupons and sometimes people enter their phone

13   number at the checkout in order to receive a

14   discount; is that something that you've ever done

15   at Dollar General?

16             MR. MERINO:  Objection asked and

17   answered.  You can answer the question.

18             MR. TAYLOR:  Just clarifying.

19        A:    No.

20        Q:    You can set aside that document for now.

21             Once you became aware of the potential

22   for price discrepancies at Dollar General, in

23   particular the White Lake Dollar General store,

24   did that change how you shopped at that Dollar

25   General store?

1          MR. MERINO:  Object to form.  You can

2    answer.

3      A:    Could you repeat the question?

4      Q:    Sure.  I believe you testified, and

5    correct me if I'm wrong, that at some point close

6    in time to the September 4, 2022, transaction

7    where your husband purchased the lactose free milk

8    that you became aware that he had been overcharged

9    at the White Lake Dollar General store.  And I'm

10   just wondering once you knew that whether that

11   changed how you shopped at the White Lake Dollar

12   General store?

13         MR. MERINO:  Object to form.  You can

14   answer.

15     A:    I guess I don't understand.  What do you

16   mean by, like, frequency, types of items?

17     Q:    That's a very fair question.  And I

18   guess what I'm really asking is whether that

19   changed how closely you paid attention to the

20   prices at the Whtie Lake Dollar General store.

21         MR. MERINO:  Object to form.  You can

22   answer.

23     A:    It depended on whether I was with my

24   kids or not.

25   Q:Got it.  Do you -- typically, when you

1    shop do you look at the shelf price tag before you

2    select an item to purchase?

3         A:   Yes.

4         Q:   And why do you do that?

5         A:   To see if I want to pay that price for

6    that item.

7         Q:   And in your family, who does sort of the

8    grocery shopping when you're in Queens during the

9    week?

10            MR. MERINO:  Object to form.  You can

11   answer.

12        A:   I do.

13        Q:   And where do you typically -- what store

14   or stores do you go to to do that?

15        A:   Costco.

16        Q:   I thought that would be the answer.

17            Anywhere else that you go to?

18        A:   Sometimes Aldi.

19        Q:   And is the Costco, is that close to you

20   all's residence in Queens?

21        A:   It's --

22            MR. MERINO:  Object to form.  You can

23   answer.

24        A:   It's close to my mother's house.  And

25   I --

1    Q:    And where does your mother live?

2    A:    In Regal Park.

3    Q:    That's in New Jersey or in New York?

4    A:    No, no.  In Queens.

5    Q:    In Queens?  Okay.  Got it.  Prior to you

6    being aware -- or excuse me, prior to September 4,

7    2022, did you look at the shelf price tags at the

8    White Lake Dollar General store when you did

9    shopping there?

10          MR. MERINO:  Object to form.  You can

11   answer.

12   A:    I'm sorry, can you just repeat the

13   question?

14   Q:    Sure.  So prior to September 54, 2022,

15   did you look at the shelf price labels at the

16   White Lake Dollar General store when you were

17   doing shopping there?

18   A:    Yes.

19   Q:    We may have already talked about this a

20   little bit.  And prior to September 4, 2022 did

21   you look at the monitor at the register to see

22   what the prices of items that were being scanned

23   at checkout were at the White Lake Dollar General

24   store?

25   MR. MERINO:  Object to form.  You can

1   answer.

2        A:   I don't recall.  It depends.

3        Q:   After you were aware of the overcharging

4   incident on September 4th, and then the two

5   subsequent transactions that your husband was

6   allegedly overcharged on September 18th and

7   December 11th, did you look at the monitor at the

8   register at the While Lake Dollar General store

9   more frequently, less frequently, or about the

10  same?

11           MR. MERINO:  Object to form.  You can

12  answer.

13       A:   About the same as before.

14       Q:   Do you -- are there other family members

15  that you know of who shop at Dollar General?

16           MR. MERINO:  Object to form.  You can

17  answer.

18       A:   Only when they come visit us.

19       Q:   At the vacation home?

20       A:   Mm-hmm.

21       Q:   Understood.  Is that a yes?

22       A:   Yes.

23       Q:   When you shop at the White Lake Dollar

24  General store, is your sort of a typical kind of

25  day that you would usually go?

1          A:    No.

2          Q:    Is there a typical amount of money that

3    you would usually spend, a long list, a short

4    list?

5                MR. MERINO:  Object to form.  You can

6    answer.

7          A:    It was usually a short list.

8          Q:    When you go to the White Lake Dollar

9    General store do you write out a list of what it

10   is that you plan to get?  Is it a mental list?  Do

11   you have anything like that?

12               MR. MERINO:  Object to form.  You can

13   answer.

14         A:    I'm sorry.  You said to have a mental

15   list?

16         Q:    Yeah, or a written list?

17         A:    No, I don't write anything down.

18         Q:    You have a better memory than I do.  Do

19   you know going in when you go to the White Lake

20   Dollar General store do you know going in sort of

21   what you need to get or what you plan to get?

22         A:    Yes.

23         Q:    Do you ever make what might be called

24   impulse buys at a Dollar General?  Something that

25   you didn't intend to buy but you saw and you said

1    oh, you know, I might like that and then you

2    purchase it?

3         A:    My kids.  Other than that, no.

4         Q:    The so we were talking earlier about,

5    like, milk.  Is there a particular -- do you go to

6    the White Lake Dollar General store in the past

7    was there a particular sort of brand of milk that

8    you would purchase or want to purchase?

9              MR. MERINO:  Object to form.  You can

10   answer.

11        A:    What do you mean?  Like white milk

12   versus chocolate milk?

13        Q:    Well, yeah.  That's a fair question.

14   Sometimes there is brand loyalty.  Like, my son is

15   like I really love this particular brand of milk.

16        A:    Oh, no.

17        Q:    What about particular kind of milk, you

18   know, whether it was chocolate, or white, or

19   whole, or skim, or 2 percent or lactose free; any

20   of those kinds of --  do you have a particular

21   preference when you go into the White Lake Dollar

22   General to buy milk for you note -- do you have

23   any preferences?

24             MR. MERINO:  Object to form.  You can

25   answer.

1    A:    It depends.  In the past it was more

2    white because my daughters were younger, and now

3    it's more chocolate.

4    Q:    Do you recall having shopped at a Dollar

5    General store other than the White Lake Dollar

6    General store?

7    A:    No.

8    MR. TAYLOR:  Bear with me one second.

9    I'm going to mark another exhibit.  Exhibit 5?

10    COURT REPORTER:  Yes.

11    (Exhibit CWOLF 5 was marked for

12    identification.)

13    Q:    I'm handing you Exhibit 5.  If you want

14    to take a minute to look at it.  And then I'm

15    going to ask some questions about it.

16    A:    Okay.

17    Q:    All right.  Have you ever seen Exhibit 5

18    before?

19    A:    Yes.

20    Q:    And when was the first time that you saw

21    it?

22    A:    I don't recall, but a few weeks ago.

23    Q:    And what's your understanding of what

24    this document, this Exhibit 5 is?

25    A:  This is all the contents of the cell

1  phone.

2      Q:   And whose cell phone in particular?

3      A:   Mine.

4      Q:   The iPhone 12 Mini was your phone?

5      A:   Mm-hmm.

6      Q:   Yes?

7      A:   Yes.  Sorry.

8      Q:   I know, it's hard for me too.  So I

9  wanted to ask you some questions and go through

10  this a little bit.  I wanted to direct your

11  attention first of all to page 2.

12      A:   Mm-hmm.

13      Q:   And the very first instant message down

14  at the bottom says, it is from Joe My Bubba, to

15  Carmen Wolf; am I correct in assuming that Joe My

16  Bubba is Joe Wolf?

17      A:   Yes.

18      Q:   And the date, the time stamp of this

19  particular instant message is 10/29/2022 and the

20  body of the message says, I'm sure only Dollar

21  General would work with him now.  I wanted to ask

22  you if you knew what this message meant or was

23  about?

24      A:   I don't recall.

25  Q:   And do you recall wither it was in

1    response to another text message that we can't see

2    here or sort of the circumstances behind your

3    husband sending this to you?

4        A:    I don't know.

5        Q:    The next message on page 3 at the

6    bottom, 178 is -- looks to be a message from Patty

7    Decedio, am I pronouncing that right?

8        A:    [D' cetio]

9        Q:    [D' cetio] okay.  To you; is that

10   correct?

11       A:    I'm sorry.  You're looking at number 2?

12       Q:    Yes.

13       A:    Yes.

14       Q:    In the time stamp is 3/23/23?

15       A:    Mm-hmm.

16       Q:    Yes?

17       A:    Yes.

18       Q:    In  the body since I wonder if Dollar

19   General would have had it too; do you see that?

20       A:    Yes.

21       Q:    First of all, who is Patty?

22       A:    My sister.

23       Q:    Your sister.  Okay.  Older, younger?

24       A:    Younger.

25   Q:    Do you recall what was meant by, I

1   wonder if Dollar General would have had it too?

2   Or what that was about?

3        A:   No.

4        Q:   Okay.  The third message down there

5   is -- looks to be from you to Joe on 4/22/23.  And

6   it says, I'll just get done thing at Dollar

7   General; do you see that?

8        A:   Yes.

9        Q:   Do you know what that is referring to?

10        A:   No.

11        Q:   The fourth one is from Joe to you on

12   4/24/23 and the body says, can you send me the new

13   receipt from the latest Dollar General purchase;

14   do you see that?

15        A:   Yes.

16        Q:   Do you recall what that was about?

17        A:   No.

18        Q:   All right.  Do you recall receiving or

19   having some receipts from the -- from Dollar

20   General purchases around that time?

21        A:   No, I don't recall.

22        Q:   So the fifth message is from Jennifer

23   Decido (phonetic) to you on 6/24/23 and it says

24   Hey, Pat, we just picked up some lol (phonetic) --

25   A:   Lays.

1     Q:    Oh, Lays at Dollar General.

2     A:    She spelled it wrong, yeah.

3     Q:    Do you recall this text message?

4     A:    Well, it's not to me.  It's to Patty so

5  I'm assuming it was -- like we have a group chat.

6     Q:    Ah, got it.  Understood.  Who is

7  Jennifer, your sister?

8     A:    My sister.

9     Q:    Younger or older?

10     A:    Younger.

11     Q:    And so your understanding the lol was

12  Lays?

13     A:    Oh, I'm just inferring.  That doesn't

14  look like a real word to me, sorry.  I didn't mean

15  to interrupt you.

16     Q:    No, no, that's fine.  But, like, potato

17  chips?

18     A:    Probably.  The kids.  But I'm not sure.

19     Q:    Let me ask you this.  Have you ever had

20  any conversations with Pat or Patty or Jennifer

21  about this lawsuit?

22     A:    No.

23     Q:    Do they know that you have filed suit

24  against Dollar General?

25  A:    I don't think so.

1    Q:   Have you ever warned them that they need

2  to be careful about prices at Dollar General?

3         MR. MERINO:   Object to form.  You can

4  answer.

5    A:   No.

6    Q:   All right.  Why not?

7         MR. MERINO:   Object to form.  You can

8  answer.

9    A:   Because they don't really shop there.

10   Q:   Well, this fifth particular message

11 seems to suggest that maybe Jennifer had purchased

12 a product at Dollar General; is that right?

13        MR. MERINO:   Object to form.  You can

14 answer.

15   A:   I can't speculate.  It says we.  So.

16   Q:   You want to flip to the next page, which

17 is 6 from Emily Smallwood to you dated 8/18/23.

18 Who is Emily Smallwood?

19   A:   A neighbor in Smallwood.

20   Q:   Okay.  So --

21   A:   Her name is not Smallwood.  I just put

22 that so I know what Emily I'm talking to.

23   Q:   Understood.  That's very smart.  Okay so

24 a neighbor -- Smallwood is the vacation home?

25 A:   Mm-hmm.

1    Q:   Got it.

2    A:   Yes.  Sorry.

3    Q:   And do you know Emily's last name?

4    A:   No.

5    Q:   All right.  And the body of the message

6    says I know.  Hitting DG for something for the

7    breakfast buffet.  Do you recall this particular

8    text message and what it was about?

9    A:   There was a swimming thing at the beach

10   and they asked people to bring stuff.

11   Q:   Okay and when you say the beaches that

12   the ocean beach or?

13   A:   A lake beach in Smallwood.  The local

14   community.

15   Q:   What lake is that?  White Lake?

16   A:   Mountain Lake.

17   Q:   Mountain Lake.  Okay.  Do any of your

18   neighbors know that you filed suit against Dollar

19   General?  Have you told them?

20   A:   No.

21   Q:   Have you ever warned any of your

22   neighbors that they should be careful shopping at

23   Dollar General because of   the price

24   discrepancies?

25   A:   No.

1          MR. MERINO:  Object to form.  You can

2    answer.

3        Q:   And why not?

4          MR. MERINO:  Object to form.  You can

5    answer.

6        A:   I don't assume that they are going to be

7    overcharged.

8        Q:   The seventh message is from Joe to you

9    dated 1/27/23, and it's a New York Times article

10   on lead in baby food.  Do you see that?

11       A:   Yes.

12       Q:   Do you know why Joe sent this to you?

13       A:   I'm sorry.  Repeat the question?

14       Q:   Sure.  Do you know why Joe sent this to

15   you?

16       A:   Just to be aware that there is lead in

17   baby food.

18       Q:   Were -- is baby food something that you

19   purchased at that point in time?

20       A:   No.

21          MR. TAYLOR:  Bear with me just one

22   second.  Let's mark this as Exhibit 6.

23          (Exhibit CWolf 6 was marked for

24   identification.)

25   Q: I'm handing you CWolf Exhibit 6 and I

1   wanted to ask you do you recognize this?

2      A:   No.

3      Q:   Did you take this picture?

4      A:   I don't think so.

5      Q:   Do you have any understanding as to

6   whether or not this picture sort of came with that

7   article that Joe texted you about lead in baby

8   food?

9      A:   I don't know.

10      Q:   Do you know who took this picture?

11      A:   No.

12      Q:   All right.  You can set that aside.

13   Going back to Exhibit 5, if you go to the next

14   page, page 5, which has at the bottom 178 and the

15   eighth native message is -- looks to be from you

16   to Joe on 4/24/23; do you see that?

17      A:   Mm-hmm.  Yes.  Yes.

18      Q:   And it looks to have some pictures that

19   are attached; do you see that?

20      A:   Yes.

21      Q:   And those pictures appear to be a couple

22   of  photographs of tuna, and then, a couple of --

23   several photographs of a receipt showing a number

24   of items that have been purchased, including tuna;

25   does that look to be right?

1       A:    Yes.

2       Q:    And do you recall sending that text to

3  Joe?

4       A:    Yes.

5       Q:    And what was the purpose of that text?

6       A:    To show him that I had been overcharged.

7       Q:    And what were you overcharged for?

8       A:    The tuna.

9       Q:    And that -- so was that the first time

10 that you are aware that you have been overcharged

11 at a Dollar General?

12      A:    Me personally?

13      Q:    Yeah.

14      A:    Yes.

15      Q:    Have there been any other instances

16 cents in this purchase of the tuna where you have

17 personally been overcharged at a Dollar General

18 store?

19           MR. MERINO:  Object to form.  You can

20 answer.

21      A:    That I am aware of, no.

22      Q:    Understood.

23           MR. TAYLOR:  All right.  I'm marking

24 another exhibit.  This will be 7?

25 COURT REPORTER:  Yes.

1          (Exhibit CWolf 7 was marked for

2     identification.)

3          Q:   I'm handing you CWolf 7.  If you want to

4     flip through that.

5               All right.  Do you recognize these?

6          A:   Yes.

7          Q:   And how do you recognize them?  Did you

8     make these photographs?

9          A:   Yes, I took them.

10         Q:   And did you take every single one of

11    these with your iPhone Mini 12?

12         A:   Yes.

13         Q:   If you can turn to the fifth page which

14    is -- has a Bates number 50 on the side.  Do you

15    recall taking this photo with your iPhone Mini?

16         A:   Yes.

17         Q:   Because it seems like a really good

18    photo.  I'm just wondering whether it was

19    something else.  But your recollection is that you

20    took this with the iPhone Mini as well?

21              MR. MERINO:  Objection asked and

22    answered.  You can answer.

23         A:   Yes.

24         Q:   And so if you go to that receipt, and

25    let's go to the one that has the Bates number 54

1    at the bottom.

2            And the date of this transaction was,

3    you see sort of there at the bottom below total

4    savings, April 11, 2023; do you see that?

5        A:    Yes.

6        Q:    And at 1:05 p.m.?

7        A:    Yes.

8        Q:    Is that consistent with your

9    recollection of when you purchase these?

10        A:    I believe so.

11        Q:    I wanted to ask a few questions here

12    about it.  So I see that the last two items on the

13    receipt are Lays Wavy Barbeque and Lays Regular 8

14    ounce.  And then, it has store discount below

15    that.  Do you recall what that store discount is?

16            MR. MERINO:  Object to form.  You can

17    answer.

18        A:    No.

19        Q:    Do you recall whether or not used any

20    coupons for that?

21            MR. MERINO:  Object to form.  You can

22    answer.

23        A:    No, I did not.

24        Q:    You didn't use any coupons?

25    A:    No.

1      Q:    And it looks like a MasterCard ending in

2   6329 was used for this?

3      A:    Yes.

4      Q:    And 6329, is that one of the credit card

5   you have?

6      A:    Yes.

7      Q:    Okay.  Got it.  And do you recall

8   whether you took these photographs of the tuna

9   shelf price labeled before or after you purchased

10   the products?

11      A:    I believe it was after.

12      Q:    Do you recall how close in time it was

13   to after you made the transaction?

14      A:    I believe it was right after.

15      Q:    Let me turn your attention to page 10 of

16   Exhibit 5, 178 is the Bates number there.  And

17   near the bottom you will see a second and third up

18   from the bottom that appears to be photographs of

19   the tuna and it gives a time that they were taken

20   as 1:06 p.m. on April 11; do you see that?

21      A:    Yes.

22      Q:    Is that consistent with your

23   recollection?

24      A:    I believe so.

25   Q:So I'm wondering in your own words, if

1   you could explain to me sort of what happened when

2   you went to the Dollar General on April 11, 2023

3   and made these purchases, and what happened after

4   that transaction?

5           MR. MERINO:  Object to form.  You can

6   answer.

7       A:   Can you please rephrase the question?

8       Q:   Yeah.  I just wondering if you could

9   walk me through your visit to Dollar General on

10  April 11, 2023.

11      A:   I went to get the items.  I paid.  I

12  wanted to verify for myself if there were any

13  price discrepancies so I took a picture.  I was

14  with my children so it was a little chaotic.  And

15  then, I didn't realize the price discrepancies

16  until I got home.

17      Q:   So let me ask you this.  Am I correct in

18  saying that after the transaction on April 11,

19  2023 you only took pictures of the shelf and price

20  label for tuna?

21      A:   Yes, I believe so.

22      Q:   When is it that that was the only shelf

23  price label that you took a picture of on that

24  date?

25  A:   When I was at the register I thought

1   that it might have been off.

2      Q:  And how did you realize that might have

3   been off, but looking at the monitor or some other

4   reason?

5      A:  I don't recall.  But -- I don't recall

6   if it was the monitor are the receipt.  I was with

7   the girls so it was a little crazy.  So I said,

8   let me take a picture and check closely.  I could

9   be wrong.  When I get home.  And they're not

10   screwing me up.

11      Q:  So who in your household each tuna?

12      A:  Me.

13      Q:  Do you make, like, tuna salad or?

14      A:  Yes.

15      Q:  And am I correct in saying that based on

16   the shelf price label you believe that you should

17   have been charged $1 for the tuna and you were

18   actually charged $1.15.

19        MR. MERINO:  Object to form.  You can

20   answer.

21      A:  Correct.

22      Q:  So I believe said, and correct me if I

23   am wrong, that you thought it was possible you had

24   been overcharged at the store which is why you

25   took the picture, but that you checked it later at

1    home to see whether you had actually been

2    overcharged; is that right?

3        A:   Yes.

4        Q:   And at what point do you recall checking

5    it out?  Was it the same day, was it the next day?

6    Some other time?

7        A:   I don't recall.  It could have been

8    later that day.

9        Q:   And once you realize that you had been

10   overcharged what, if any actions did you take?

11           MR. MERINO:  Objection.  Object to form.

12   You can answer.

13       A:   I told Joe about it and shared it with

14   the lawyers.

15       Q:   And what did you specifically say to

16   Joe?

17       A:   That I was overcharged.

18       Q:   What was his reaction?

19       A:   He was surprised.

20       Q:   Did he indicate why he was surprised

21   because he had been previously overcharged, right?

22           MR. MERINO:  Object to form.  You can

23   answer.

24       A:   I guess we were both surprised that it

25   continued to happen.

1      Q:   Did, as a result of this overcharging

2   did -- when did you -- you said that you sent it

3   to the attorneys.  Do you recall when you sent it

4   to the attorneys?

5      A:   No, I don't recall.  I believe Joe sent

6   it.

7      Q:   Did -- after this overcharging that

8   occurred on April 11, 2023, did you discuss with

9   your husband going back to the Dollar General and

10  raising this issue with the employees there to try

11  to get it corrected?

12          MR. MERINO:  Objection to form.  You can

13  answer.

14     A:   No.  I didn't think it was my -- we were

15  already in the lawsuit so I sent it to the

16  lawyers.

17     Q:   All right.  So I want to go back to

18  Exhibit 5 which is the report.  And you want to go

19  to page 6, which is number 10 in the native

20  messages.  Do you see that?

21     A:   Yes.

22     Q:   And it looks to be a text message from

23  you to Joe on 9/24/23.  And it looks to attach

24  some of the photographs from Exhibit 3 that we

25  looked at earlier.  Do you see that?

1          A:    Yes.

2          Q:    And is it consistent with your

3    recollection in terms of when you took photos of

4    the -- work when her daughter took photos of the

5    monitor at the White Lake Dollar General store?

6                MR. MERINO:  Object to the form.  You

7    can answer.

8          A:    I'm sorry.  What you mean.

9          Q:    So I just want to make sure.  So the

10   data this is 9/24/23 --

11         A:    Okay.

12         Q:    -- this text message and if you actually

13   go to the next page on page 7, you will see at the

14   very bottom it has one of those photos of the

15   monitor from Exhibit 3.  And it has a created date

16   of 9/24/23, do you see that?

17         A:    Yes.

18         Q:    Is that consistent with your

19   recollection as to when the photos of the monitor

20   at the Dollar General White Lake store that are

21   depicted in Exhibit 3, when those photos were

22   taken?

23                MR. MERINO:  Objection to form.  You can

24   answer.

25   A: I'm sorry.  Are you asking me is this

1  when the photos were actually taken?

2       Q:    Yeah.   Is that consistent with your

3  memory?

4       A:    The same date, right?  Oh.  Let me see.

5       Q:    I'm just asking whether --

6       A:    I took the picture.

7       Q:    Well, whether you have any reason to

8  think that that date of when these photos were

9  taken is incorrect?

10           MR. MERINO:   Objection to form.  You can

11  answer.

12       A:    I don't think so.

13       Q:    So you do believe that these photos were

14  taken on or about 9/24/23?

15       A:    Yes.

16       Q:    Okay.  Got it.

17       A:    I'm sorry. You --

18       Q:    Sure.

19       A:    9/24, you mean?  You said 9/23.

20       Q:    Yeah.  9/24/2023.

21       A:    Okay.

22       Q:    Trying to make sure I get the year

23  right.

24       A:    No worries.

25  Q:    But I'm confused because it's 2024 now.

1    Okay.  So this message back to page 6 that you

2    sent to Joe attaching these photos of the monitor,

3    why did you send those photos to him?

4         A:    I thought the attorneys one of the

5    pictures.

6         Q:    Do you know whether or not Joe sent this

7    on to the attorneys?

8         A:    No, I don't know.

9         Q:    Did you have any conversations about

10   these photos with Joe?

11        A:    Other than sending it to him, no.

12        Q:    All right.  I want to turn your

13   attention to page 8 in Exhibit 5.  And do you see

14   at the very top there is a picture of baby food.

15   You may recall that we had looked at that picture

16   earlier as Exhibit 6.  Do you recall that?

17        A:    Yes.

18        Q:    Do you know why this photo of baby food

19   appeared on --

20        A:    No.

21        Q:    Okay.

22             MR. TAYLOR:  So I'm going to show you

23   another exhibit now.  It will be Exhibit 8, I

24   believe.

25   (Exhibit CWolf 8 was marked for

1    identification.)

2        Q:    All right.  I'm handing you Exhibit 8.

3    I want you to take a look at that and know when

4    you are done.

5        A:    Yes.

6        Q:    Do you recognize these photos?

7        A:    I don't recall exactly when I took them

8    but they look like photos I may have taken.

9        Q:    And let me refer you to page 9 of

10   Exhibit 5, and which is Bates number 178.  You

11   will see starting on number 20 there are some of

12   these photos that are in Exhibit 8; do you'll see

13   that?

14       A:    Yes.

15       Q:    And for each one of those has a date of

16   June 5, 2022; do you see that?

17       A:    Yes.

18       Q:    All right.  Well, first of all, did you

19   take these photos?

20       A:    Probably, on my phone.

21       Q:    Do you recall my these photos were

22   taken?

23       A:    Most likely comparison-shopping.

24       Q:    And let me ask it this way, do you reach

25   specifically recall doing comparison-shopping,

1    that's why you took it or is it that you don't

2    remember but you think that might be a reason?

3            MR. MERINO:  Objection to form.  You can

4    answer.

5        A:   I often do comparison-shopping, so yes

6    this is comparement (sic) shopping.

7        Q:   And when you often do -- you say you

8    often do comparison-shopping, when you are doing

9    comparison-shopping do you typically take pictures

10   of shelf price tags?

11       A:   Yes.

12       Q:   And I believe, unless I'm mistaken, that

13   the only photographs of shelf price tags other

14   than the tuna that we discussed and these that

15   were taken on 6/5/2022, those are the only photos

16   of comparison-shopping that were on your phone

17   that were given to us.  Do you know why that is?

18   Do you believe that maybe there were some other

19   photos on your phone of comparison-shopping that

20   were not captured with this?

21           MR. MERINO:  Objection to form.  You can

22   answer.

23       A:   Could you rephrase the question, please?

24       Q:   Sure.  So I'm just trying to understand

25   if you're doing comparison-shopping why there is

1    not more photos of shelf price tags on here in

2    this report in Exhibit 5.

3            MR. MERINO:  Objection to form.  You can

4    answer.

5        A:   I'm sorry.  Maybe I'm just not

6    understanding the question.  But you're saying why

7    aren't there any other pictures of Dollar General

8    shelf prices?

9        Q:   Yeah.

10       A:   I don't recall.  I don't know.  This is

11   just the items I was -- I use most frequently and

12   why I would come there.

13       Q:   Okay what were you comparing these items

14   to?

15       A:   Prices at different stores.

16       Q:   And what were those other stores?

17       A:   Probably Walmart, ShopRite.

18       Q:   Okay and if you will look at the fourth

19   one which is -- I believe that's Ramen; do you see

20   that?

21       A:   Yes.

22       Q:   With a price of $0.35.  Do you eat

23   Ramen, or anybody in your family eat Ramen?

24       A:   Yes.

25     MR. MERINO:  Object to form.  But you

1    can answer.

2        Q:    And it's your testimony that you were

3    doing comparison-shopping for this Ramen at Dollar

4    General?

5            MR. MERINO:  Object to form.  You can

6    answer.

7        A:    Can you repeat the question?

8        Q:    Sure.  Is it your testimony that you

9    were doing comparison-shopping at the White Lake

10   Dollar General store for the item depicted in

11   Exhibit 8, page ending in 13 of Top Ramen?

12       A:    Yes.

13       Q:    And do you recall what the outcome of

14   that cost comparison was?

15           MR. MERINO:  Object to form.  You can

16   answer.

17       A:    No, I don't recall.

18       Q:    Let me go back just for a second to the

19   pictures in Exhibit 8.  Were these taken at the

20   White Lake Dollar General store?

21       A:    Yes.

22       Q:    All right.  And do you know whether you

23   actually purchased any of these items?

24           MR. MERINO:  Object to form.  You can

25   answer.

1       A:   Purchase them at White Lake that day?

2       Q:   At any time.

3            MR. MERINO:  Object to form.  You can

4    answer.

5       A:   I'm sure I purchase these items at some

6    point.

7       Q:   The first item is Stella cans item price

8    7.25.  Do either you or your husband drink Stella?

9            MR. MERINO:  Object to form.  You can

10   answer.

11      A:   Yes, and for guests.

12      Q:   So these items in Exhibit 8 were you

13   taking these photos for any purpose related to

14   price discrepancies?

15           MR. MERINO:  Objection.  Asked and

16   answered.  Object to form.  You can answer.

17      A:   No.

18      Q:   At the time you took these photos on

19   June 5, 2022 were you aware of the potential for

20   price discrepancies at the White Lake Dollar

21   General store?

22           MR. MERINO:  Object to form.  You can

23   answer.

24      A:   No.

25      Q:   I want to understand a little bit about

1   the comparison-shopping that you were doing.  I

2   believe you had indicated earlier that Dollar

3   General is very close to the vacation home whereas

4   other stores are much farther away.  If that's the

5   case, what was your intention behind doing

6   comparison-shopping at the White Lake Dollar

7   General store?

8           MR. MERINO:  Objection.  Asked and

9   answered.  Object to form.  You can answer.

10          A:   I wanted -- I was probably going to

11  Walmart or ShopRite and I wanted to see -- compare

12  the prices to them.

13          Q:   And do -- how often do you go to the

14  Walmart or ShopRite in Monticello?

15          A:   Not very often.

16          Q:   Do you recall the last time you went to

17  either Walmart or ShopRite in Monticello?

18          A:   Probably over Christmas break.

19          Q:   And just help me with geography a little

20  bit.  Is Monticello on the way on the route

21  between the vacation home and where you live in

22  Queens?

23          MR. MERINO:  Object to form.  You can

24  answer.

25          A:   Yes.

1      Q:    Okay.  So is it that you go by

2   Monticello on the way to and from the vacation

3   home?

4              MR. MERINO:  Object to form.  You can

5   answer.

6      A:    Yes.

7              MR. TAYLOR:  You can set that aside for

8   now.  And you can set aside Exhibit 5 for now.

9   All right.  I'm marking another exhibit.  Is that

10  9?

11             COURT REPORTER:  Yeah.

12             (Exhibit CWolf 9 was marked for

13  identification.)

14     Q:    What has been marked as CWolf 9.

15     A:    Yes.

16     Q:    If you can take a look at that.  Do you

17  recognize that?

18     A:    Yes.

19     Q:    And did you take these photographs?

20     A:    If it was on my phone, then yes.

21     Q:    Well, so that's the curious thing.  They

22  work on anyone's phone.  They were just loose.

23     A:    Oh.

24     Q:    So I'm just trying to understand where

25  these came from.  And any information that you

1   have that could him like me I would appreciate.

2       A:   I don't know.

3       Q:   Do you have a specific recollection of

4   taking photographs of what appears to be whole

5   milk at Dollar General?

6       A:   I take lots of different pictures of

7   different items so I'm not sure.

8       Q:   But you don't have a specific

9   recollection of taking these pictures?

10      A:   No.

11      Q:   And you wouldn't know whether or not

12  your husband took these photos or not; would you?

13      A:   No.

14      Q:   Is there anybody in your family who

15  drinks whole milk, or who did over the last two

16  years?

17      A:   My daughters.

18      Q:   You may notice on here that it doesn't

19  appear that there's actually a price for this

20  milk.  Do you see that?

21      A:   I'm sorry.  Say that again?

22      Q:   It doesn't appear to have a shelf price

23  check for the milk.

24      A:   If you look at 12 I believe there might

25  be one on the bottom.I could be wrong.

1      Q:    Yeah, it looks to be on the bottom.  If

2  you look at the second page, at least on those

3  two, it looks to me like there is not a shelf

4  price tag; do you see that?

5      A:    Yes.

6      Q:    Do you ever recall having seen at the

7  White Lake Dollar General store where there is not

8  a specific shelf price tag on products?

9      A:    I don't recall.

10           MR. TAYLOR:  Okay.  You can set that

11  aside for a minute.  All right.  Here's another

12  exhibit.

13           (Exhibit CWolf 10 was marked for

14  identification.)

15      Q:    I'm handing you CWolf 10.  Why don't you

16  take a quick look through it and let me know when

17  you're done and I will ask you some questions on

18  it.

19      A:    Okay.

20      Q:    Do you recognize this document?

21      A:    Yes.

22      Q:    And what is it?

23      A:    It's a credit card statement.

24      Q:    And this is for the MasterCard?

25      A:    I believe so, yes.

```
1        Q:    Okay so help me out with one thing.  So

2   you see on the first page it says card, Carmen W,

3   and then it says 7698.  What is the 7698, if you

4   know?

5        A:    That's the Visa.

6        Q:    So 7698 is the Visa?

7        A:    Yes.

8        Q:    Got it.  So you did check whether you

9   made the Dollar Store purchases with the Visa?

10       A:    Yes.

11       Q:    Fantastic.  Okay.  After the first two

12  pages, is that a difference treatment them for the

13  MasterCard?

14       A:    Yes, I believe so.

15       Q:    Okay.  Got it.  That makes more sense.

16  And let me ask you this.  And if you don't know

17  the answer to this it's fine, but if you look on

18  yes it has a Bates number ending in 80 which is

19  like the fourth or fifth page, fifth page.  Do you

20  see that?

21       A:    Yes.

22       Q:    And it's got three transactions on there

23  in April.  And so it has the first two ended the

24  third one at the end of it it says digital account

25  number.  Do you see that?
```

1    A:    Yes.

2    Q:    Okay.  Can you know what that digital

3  account number signifies?

4    A:    No.

5    Q:    And I just -- I was wondering whether or

6  not that could signify the transaction was made by

7  Joe with his card as opposed to you with your

8  card?

9         MR. MERINO:  Objection to form.

10  Objection asked and answered.  You can answer.

11    Q:    Would it be on the other side?

12    A:    I don't know.

13    Q:    So I want to turn to the page ending in

14  81, the Bates.  Do you see that?

15    A:    Mm-hmm.

16    Q:    And this is from June 2022; do you see

17  that?

18    A:    Yes.

19    Q:    And it has --

20    A:    I'm sorry, you said June -- oh yes,

21  okay.

22    Q:    And it has three Family Dollar

23  transactions and one Dollar General transaction;

24  do you see that?

25    A:    Yes.

1      Q:   Do you know where this Family Dollar in

2   Bronx is?

3      A:   Yes.

4      Q:   Have you shopped there in the past?

5      A:   Yes.

6      Q:   With these three transactions have

7   been -- likely to have been made by you as opposed

8   to Joe?

9      A:   Yes.

10     Q:   And how often do you shop at that Family

11  Dollar?

12     A:   Very rarely.

13     Q:   Is that near your workplace?

14     A:   Yes.

15     Q:   And so in June it looks like there were

16  three transactions, one for 57.78, one for 32.72

17  and one for 62.10; do you see that?

18     A:   Yes.

19     Q:   Do you have any recollection as to what

20  you are purchasing on those dates?

21          MR. MERINO:  Objection to form.  You can

22  answer.

23     A:   Most likely for my classroom.

24     Q:   What time text so what does the school

25  year run for your school?

1              MR. MERINO:  Object to form.  You can

2     answer.

3          A:   It's through the end of June, probably

4     like 27, 28, 29.

5          Q:   And when do you all start?

6              MR. MERINO:  Object to form.  You can

7     answer.

8          A:   The Monday after Labor Day.

9          Q:   Do you recall ever having made any

10    photos of shelf price tags or receipts from Family

11    Dollar?

12             MR. MERINO:  Object to form.  You can

13    answer.

14         A:   I don't recall.

15         Q:   At any point did you have any

16    discussions with anyone, including your husband,

17    Joe, filing a lawsuit against Family Dollar?

18             MR. MERINO:  Object to form.  You can

19    answer.

20         A:   I'm sorry.  Can you please repeat the

21    question?

22         Q:   Sure.  Do you recall ever having a

23    conversation with anyone, including your husband

24    Joe, about possibly filing a lawsuit against

25    Family Dollar?

1          MR. MERINO:  Object to form.  You can

2    answer.

3        A:    No.

4        Q:    Do you recall ever experiencing any

5    price discrepancies at Family Dollar?

6          MR. MERINO:  Object to form.  You can

7    answer.

8        A:    No.

9        Q:    All right.  I want to turn your

10   attention to two pages pass that to number 83.

11   And you will see at the very top there are two

12   transactions on October 29th at the Mongaup Valley

13   Dollar General; do you see that?

14       A:    Yes.

15       Q:    Is it your understanding the Mongaup

16   Valley Dollar General is the same as the White

17   Lake New York Dollar General?

18       A:    Yes.

19       Q:    Do you know why there would be two

20   transactions on one day at the Dollar General?

21          MR. MERINO:  Objective one.  You can

22   answer.

23       A:    Probably forgot to get something.

24       Q:    At any point after the September 4, 2022

25   transaction that Joe made where he was overcharged

1  for lactose-free milk, has there been any

2  incidents when you went into the White Lake Dollar

3  General store wanting to find a price discrepancy

4  and document it?

5          MR. MERINO:  Object to form.  You can

6  answer.

7      A:   I'm sorry.  Can you please repeat the

8  question?

9      Q:   Sure.  After the September 4, 2022

10 transaction that Joe made for the lactose free

11 milk has there been any instance when you have

12 gone to the White Lake Dollar General store

13 wanting to find a price discrepancy and document

14 it?

15          MR. MERINO:  Object to form.  You can

16 answer.

17      A:   No.

18          THE WITNESS:  I'm sorry.  Is it me or is

19 it getting really hot in here?

20          MR. TAYLOR:  It is.  I'll tell you what,

21 why don't we take a quick break, and go off the

22 record a moment.

23          (Off the record at 12:43 p.m., resuming

24 at 12:57 p.m.)

25 BY MR. TAYLOR:

1          Q:   All right, as well, you can set aside

2     Exhibit 10 for the moment.  Do you want to go back

3     for just a moment to Exhibit 7.  It's the pictures

4     of the tuna and the receipt.  And I just wanted to

5     ask you is on that first page you took a picture

6     of the price, the shelf price tag for the tuna; do

7     you see that?

8          A:   Yes.

9          Q:   Do you recall on that day, April 11,

10    2023, whether you look at the shelf price prior to

11    the transaction or before you purchase the tuna?

12              MR. MERINO:  Object to form.  You can

13    answer.

14         A:   I'm sorry.  Can you just repeat the

15    question, please?

16         Q:   Sure.  I'm just wondering whether you

17    recall whether or not you look at what the shelf

18    price tag was for the tuna before you purchased it

19    at the White Lake Dollar General on April 11,

20    2023.

21         A:   I don't recall.

22              MR. TAYLOR:  Are you can set that aside.

23    I'm going to move quickly through some exhibits

24    here.  That will be Exhibit 11.

25              (Exhibit CWolf 11 was marked for

1    identification.)

2         Q:   I'm handing you Exhibit 11.  And I just

3    want to ask you whether you recognize this.

4         A:   So I know -- I read somewhere about the

5    weights and measures.  Did it look exactly like

6    this, I cannot say for sure, but I did read about

7    the weights and measures.

8         Q:   And here is my question.  My question

9    is -- my understanding is, I guess, these

10   documents were requested for like a freedom of

11   information act or the equivalent in New York.  My

12   question is whether or not either you or your

13   husband, if you know, made any such freedom of

14   information request for these documents.

15        A:   I don't recall.  I will defer to my

16   lawyers.

17        MR. TAYLOR:  And it may very well be

18   that they did it but I just wanted to ask the

19   question.  You can set that exhibit aside.  All

20   right.  I'm going to mark this as 12.

21        (Exhibit CWolf 12 was marked for

22   identification.)

23        Q:   I'm handing you Exhibit 12.  Take a look

24   at that and let me know once you've had a chance

25   to look at it.

1          A:    Okay.

2          Q:    Have you ever seen this document before,

3     Exhibit 12?

4          A:    Yes, I believe so.

5          Q:    And this is Plaintiffs' initial

6     disclosures, and I wanted to ask you specifically

7     about the two, and it says -- this is asking the

8     individuals and entities who may either possess

9     discoverable information that supports Plaintiffs'

10    claims or who may be called as witnesses at the

11    trial by Plaintiffs.  And it lists you and Joseph

12    Wolf.  And then, you know, Dollar General and

13    whatnot.

14          And I'm wondering, are there any other

15    individuals that you are aware of who might have

16    information bearing on the claims in your lawsuit

17    that is not listed here?

18          MR. MERINO:  Object to form.  You can

19    answer.

20          A:    No, not that I'm aware of.

21          Q:    And did you collect relevant documents

22    and provide them to your attorneys that might be

23    relevant to this lawsuit?

24          MR. MERINO:  Object to form.  You can

25    answer.

1      A:   Yes.

2      Q:   Can you tell me what your process for

3  doing so was?

4           MR. MERINO:  Object to form.  You can

5  answer.

6      A:   Can you rephrase the question?

7      Q:   Sure.  So I'm just wondering sort of

8  what you did too, you know, find documents that

9  might be relevant to this lawsuit and what your

10 process for making sure that you found all of the

11 relevant information was?

12          MR. MERINO:  Object to form.  You can

13 answer.

14     A:   I handed them receipts, credit card

15 statements, pictures.

16     Q:   Are there any other sort of categories

17 of documents that you can think of that might

18 be -- that you haven't previously provided your

19 attorneys that you may have in your possession?

20          MR. MERINO:  Object to form.  You can

21 answer.

22     A:   No.

23          MR. TAYLOR:  You can set that document

24 aside for now.  I'll mark this as Exhibit 13.

25          (Exhibit CWolf 13 was marked for

1    identification.)

2         Q:    I'm handing you Exhibit 13.  Do you

3    recognize this document?

4         A:    Yes.

5         Q:    And what is it?

6         A:    It is the retainer agreement.

7         Q:    And if you turn to the fourth page,

8    Bates number ending in 69 --

9         A:    Yes.

10        Q:    -- you'll see a signature line; do you

11   see that?.

12        A:    Yes.

13        Q:    And it appears to have the electronic

14   signature of you and Joe dated September 20, 2022;

15   is that accurate?

16        A:    Yes.

17        Q:    Is that consistent with your memory as

18   to when you signed this retainer agreement?

19        A:    I remember signing the agreement.  I

20   cannot -- you know, I think it was around that

21   date.

22        Q:    Sorry.  Say again?

23        A:    It was about that date but I can't say

24   for sure, 100 percent if that was the date.  I do

25   remember signing the agreement.

1        Q:    If you look on the first page it

2   mentions a lawyer by the name of Johnathan

3   Rudnicke; do you see that, at the very top?

4        A:    In the first page?

5        Q:    Yeah in the first paragraph under

6   parties.

7        A:    Oh yes.

8        Q:    Do you know who Johnathan Rudnicke is?

9        A:    I believe he works at the Law Firm.

10       Q:    Which Law Firm?

11       A:    At the Dann Law -- no.  I am not sure

12   actually.  I am not sure.

13       Q:    Have you ever met with our spoken with,

14   communicated with Johnathan Rudnicke to your

15   knowledge?

16       A:    No.

17       Q:    Do you have any friends or relatives who

18   work at the Dann Law Firm to your knowledge?

19            MR. MERINO:  Object to form.  You can

20   answer.

21       A:    Do I know anyone that works at the Dann

22   Law Firm?  Andrew Wolf.

23       Q:    Anyone besides Andrew Wolf?

24       A:    The lawyers I have been speaking with.

25       Q:    Prior to this case --

1      A:   Oh, I'm sorry.

2      Q:   Yeah it was my fault, that's fine.  I

3 didn't ask a very good question.  So prior to this

4 lawsuit and prior to retaining the Dann Law Firm

5 did you know anyone that worked at the Dann Law

6 Firm besides Andrew Wolf?

7      A:   No.

8           MR. TAYLOR:  You can set that document

9 aside.  We will mark that as Exhibit 14.

10           (Exhibit CWolf 14 was marked for

11 identification.)

12      Q:   I'm handing you Exhibit 14.  Do you

13 recognize this document?

14      A:   Yes.

15      Q:   And what is it?

16      A:   A credit card statement.

17      Q:   And is this for the Citi MasterCard?

18      A:   Yes.

19      Q:   And do you recall -- did you pull this

20 credit card statement from the web to provide to

21 your attorneys?

22      A:   I'm sorry.  Repeat the question.

23      Q:   Yeah.  So I was wondering who actually

24 pulled this credit card statement, or whether it's

25 a copy of a paper statement.

1      A:    I believe it was online, and online

2    statement and I don't know if it was me or Joe who

3    looked it up.

4      Q:    Do you know why it lists only your name

5    at the top of page 1 of this exhibit?

6           MR. MERINO:  Object to form.  You can

7    answer.

8      A:    No, because it is a joint credit card so

9    I'm not sure.

10     Q:    And if you go to page 3 with a Bates

11   number ending in 68 of this Exhibit 14.

12     A:    I'm sorry.  Say that one more time.

13   Where am I looking?

14     Q:    It's page 3, ending in 68.

15     A:    Okay.

16     Q:    And you will see amidst the sea of black

17   here --

18     A:    Yes.

19     Q:    -- there is an entry dated April 11 for

20   a purchase of 37.90 at the Mongaup Valley, which

21   our understanding is the White Lake, New York

22   Dollar General; do you see that?

23     A:    Yes.

24     Q:    And that, I believe is the date and the

25   amount for the transaction that was previously

1    discussed that you made for the tuna that --

2            (Audio interference)

3            THE WITNESS:  I'm sorry.  I don't know

4    why this keeps falling.  I'm so sorry.  Can you

5    just repeat that?

6        Q:    Sure.  This entry appears to be the same

7    transaction that we previously discussed were you

8    purchased the tuna that we talked about for

9    Exhibit 7.  Would you agree with me on that?  Do

10   you need to look?

11       A:    Yeah.  I believe so.  Yes.

12       Q:    And then, if you go a few pages beyond

13   that to Bates number ending in 74, on Exhibit 14,

14   you will see another transaction dated December

15   11th at the Dollar General for 6.25; do you see

16   that?

17       A:    Yes.

18       Q:    Ended that your understanding that that

19   transaction was made by Joe as opposed to you?

20            MR. MERINO:  Object to form.  You can

21   answer.

22       A:    What do I know if this was him or me

23   sentence the joint credit card?

24       Q:    Yeah.

25       A:    I believe that is -- give me one second.

1   Yes, I believe it was Joe.

2           MR. TAYLOR:  Okay.  You can set aside

3   that exhibit.  All right.  I want to mark this as

4   Exhibit 15.

5           (Exhibit CWolf 15 was marked for

6   identification.)

7       Q:   I'm handing you Exhibit 15.  This is a

8   Siforce (phonetic) report for an iPhone 12 Pro Max

9   have you ever seen this document before?

10      A:   Yes.

11      Q:   And the iPhone 12 Pro Max would that

12  have been your husband's phone?

13      A:   Yes.

14      Q:   Okay.  I wanted to ask you a few

15  questions about a few things on here.  And I want

16  to start with the fourth page with a Bates number

17  ending in 252.  Number 8 at the bottom.  And it

18  has a native -- it has a -- from a phone number 1-

19  646-673-7934; do you see that?

20      A:   Yes.

21      Q:   Is that your phone number?

22      A:   Yes.

23      Q:   And it is to 1-732-406-5909; do you see

24  that?

25      A:   Yes.

1      Q:    And is that Joe's cell phone?

2      A:    Yes.

3      Q:    And it has a timestamp of December 11,

4  2022; do you see that?

5      A:    Yes.

6      Q:    All right.  And then the body of it

7  says, 3 Land O'Lake vanilla yogurts.  Take a

8  picture of prices.  Bread crumbs, horseradish,

9  small heavy cream; do you see that?

10     A:    Yes.

11     Q:    Do you recall sending this text message

12 to Joe?

13     A:    I do not recall.

14     Q:    And you will agree with me that this is

15 the same date as the transaction that Joe made

16 where he purchased the vanilla yogurt; is that

17 correct?

18     A:    Yes, the same date.

19           MR. TAYLOR:  I'll show you another

20 exhibit.  Exhibit 16?

21           COURT REPORTER:  Yes.

22           (Exhibit CWolf 16 was marked for

23 identification.)

24     Q:    All right.  I'm handing you Exhibit 16.

25     A:    Thank you.

1       Q:    All right.  And I will represent to you

2    that these are photos of shelf price of yogurt and

3    then a receipt from the transaction on December

4    11, 2022.  And if you go to the fourth page you

5    will see the receipt.

6             Okay.  Are you there?

7       A:    Yeah.

8       Q:    So I want --

9       A:    Oh.

10      Q:    Yeah, that's fine.  You see on this

11   receipt dated 12/11/2022 that the time stamp of

12   the transaction is 1:43 p.m.?

13            MR. MERINO:  Object to form.  You can

14   answer.

15      A:    Yes.

16      Q:    And that's about an hour after this text

17   message in Exhibit 15 that you sent to Joe, right?

18      A:    Yes.

19      Q:    And this transaction on December 11,

20   2022, I believe you had previously testified that

21   it was Joe that made the transaction and you were

22   not present; is that correct?

23      A:    Yes.

24            MR. MERINO:  Object to form.  You can

25   answer.

1      Q:   Do you recall why you wanted or needed

2   yogurt, bread crumbs, horseradish, small heavy

3   cream --

4           MR. MERINO:  Object to form.  You can

5   answer.

6      Q:   -- on that date.

7      A:   I do not recall.

8      Q:   Sounds like maybe you had a recipe or

9   something.

10          Okay.  So the first item is 3 Land

11  O'Lake vanilla yogurts.  Take picture of prices.

12  Do you recall why you said take picture of prices?

13          MR. MERINO:  Object to form.  You can

14  answer.

15     A:   I do not recall.

16     Q:   Have you had any conversations with Joe

17  prior to December 11, 2022 about taking pictures

18  of Dollar General shelf price labels?

19          MR. MERINO:  Object to form.  Object.

20  Asked and answered.  You can answer.

21     A:   Sorry, can you please repeat the

22  question?

23     Q:   Sure.  Prior to December 11, prior to

24  the date of this transaction, do you recall having

25  discussions with Joe about taking pictures of

1    Dollar General shefl price lables?

2              MR. MERINO:  Object to form.  Object.

3    Asked and answered.  You can answer.

4         A:    Prior to December 11th?  Yeah, we -- he

5    took pictures for the other two purchases that he

6    made in September so we did discusss taking

7    pictures.

8         Q:    And would the purpose of you saying,

9    take picture of prices, would that have been

10   related to giving evidence for the lawsuit?

11             MR. MERINO:  Object to form.  Object.

12   Asked and answered.  You can answer.

13        A:    We were sending the pictures to our

14   lawyers.

15        Q:    And that's why you said take picture of

16   prices here?

17             MR. MERINO:  Object to form.  Object

18   asked and answered.  You can answer.

19        A:    Well, we're sending pictures.  I can't

20   say exactly why this -- that was the message for

21   that day.  But I know we were sending pictures to

22   the lawyers.

23        Q:    Who in your family, if anyone, eats

24   yogurt?

25        MR. MERINO:  Object to form.  You can

1    answer.

2         A:   The kids.

3         Q:   Do you eat yogurt?

4              MR. MERINO:  Object to form.  You can

5    answer.

6         A:   No.

7         Q:   Do you know why this particular text

8    message was not listed in Exhibit 5 which was the

9    report from your phone?

10             MR. MERINO:  Object to form.  You can

11   answer.

12        A:   No.

13             MR. TAYLOR:  You can set aside the

14   yogurt one for now, which is Exhibit 16.  All

15   right.  I'll mark this if I can as --

16             COLURT REPORTER:  17.

17             MR. TAYLOR:  Sorry, what number?

18             COURT REPORTER:  17.

19             MR. TAYLOR:  17, okay.

20             (Exhibit CWolf 17 was marked for

21   identification.)

22        Q:   All right.  I'm handing you Exhibit 17.

23   Do you recognize these photos by chance?

24        A:   Yes, I've seen them before.

25        Q:   And do you know who took them?

1      A:    I believe it was Joe.

2      Q:    Let me ask you this.  Do you ever recall

3   takign pictures of either receipts or shelf price

4   tags in a Dollar General with Joes' phone as

5   opposed to your own?

6           MR. MERINO:  Object to form.  You can

7   answer.

8      A:    No.

9      Q:    So these photos in Exhibit 17, do you

10  know why Joe took these photos?

11          MR. MERINO:  Object to form.  You can

12  answer.

13     A:    Probably comparison shopping.

14     Q:    All right.  Does Joe do comparison

15  shopping as well?

16     A:    No.  I might have asked him for them.

17     Q:    Do you specifically asking him to do

18  comparison shopping or is that an assumption you

19  have made?

20          MR. MERINO:  Object to form.  You can

21  answer.

22     A:    No.  I don't.

23     Q:    Could Joe have been taking pictures of

24  these shelf price tag for these eggs for price

25  discrepancy reasons?

1           MR. MERINO:  Object to form.  You can

2    answer.

3         A:   I don't kow.

4         Q:   Do you recall him having any

5    conversation -- did you have any conversation with

6    him about these pictures of the eggs and why he

7    took them?

8         A:   No.  I don't recall.

9           MR. TAYLOR:  All right.  You can set

10   that aside.  I'll mark this as Exhibit 18.

11           (Exhibit CWolf 18 was marked for

12   identification.)

13        Q:   Okay . I'm handing you Exhibit 18.  Have

14   you seen these photos before?

15        A:   Yes.

16        Q:   And who took them to your knowledge?

17        A:   Joe.

18        Q:   And this appears to show the September

19   4, 2022 transaction related to lactose free milk;

20   is that correct?

21        A:   Yes.

22        Q:   And do you recall the first time that he

23   showed you these photos?

24        A:   I believe when he was overcharged.

25        Q:   Was it -- do you recall whether it was

1    the same day, like right after the transaction?

2    Did he come home and say oh geez, look at this.

3    Or was it at some point after that?

4         A:   I don't recall.

5         Q:   You will see on the receipt on the

6    second page of this down below it has, complete

7    survey at DGcustomerfirst.com for a chance to win

8    it would hundred dollar gift card.  Have you ever

9    completed a survey for Dollar General?

10              MR. MERINO:  Object to form.  Object.

11   Asked and answered.  You can answer.

12        A:   No.

13              MR. MERINO:  You asked if she's been on

14   a Dollar General website before, but you can

15   answer.  In the below that you see a coupon.

16   Saturday, September 10 only, $5 off 25.  Have you

17   ever used a store coupon like that at Dollar

18   General?

19              MR. MERINO:  Object to form.  You can

20   answer.

21        A:   It's always my intention to but I don't

22   always miss the date.  So no.

23        Q:   So you don't recall.

24        A:   Not that I recall.

25      MR. TAYLOR:  All right.  You can set

1    that aside.  This is 19.

2            (Exhibit CWolf 19 was marked for

3    identification.)

4        Q:   I'm handing you Exhibit 19.  Have you

5    seen this document before?

6        A:   Yes.

7        Q:   And would this be shelf price tags and a

8    receipt for the September 18, 2022, transaction at

9    the Dollar General White Lake store?

10       A:   I'm sorry.  Can you repeat your

11   question?

12       Q:   Would this be pictures of shelf price

13   labels and the picture of the receipt for the

14   September 18, 2022 transaction at the White Lake

15   New York store?

16       A:   Yes.

17       Q:   And am I correct in saying that Joe is

18   the one who did this transaction and that you were

19   not present?

20            MR. MERINO:  Object to form.  You can

21   answer.

22       A:   Yes.

23       Q:   Do you recall what point you first saw

24   these photos?

25       A:   I do not recall.

1      Q:   Do you recall when it was, you know,

2    right when Joe got home from Dollar General or was

3    that at some point after that?

4            MR. MERINO:  Object to form.  Object.

5    Asked and answered.  You can answer.

6      A:   I cannot recall.

7            MR. TAYLOR:  Okay you can set that

8    aside.  This is 20.

9            (Exhibit CWolf 20 was marked for

10   identification.)

11     Q:   I'm handing you what's been marked as

12   Exhibit 20.  Have you ever seen that photo before?

13     A:   Yes.

14     Q:   And do you know who took it?

15     A:   Joe.

16     Q:   Do you know when he took it?

17     A:   I don't recall that the date is here.

18     Q:   Do you know why he took it?

19     A:   I do not recall.

20     Q:   Do you know if it had anything to do

21   with price discrepancies or not?

22           MR. MERINO:  Object to form.  Object.

23   Asked and answered.  You can answer.

24     A:   No.

25     Q:   When you don't know?

1      A:    I don't know why he took the picture at

2  all.

3      Q:    Have you ever seen at a quite late

4  Dollar General sort of handwritten signs

5  indicating the price of items?  Like what's

6  depicted here in Exhibit 20?

7      A:    Not that I recall.

8           MR. TAYLOR:  Okay.  You can set that

9  aside.  This is 21.

10          (Exhibit CWolf 21 was marked for

11  identification.)

12     Q:    I'm showing you what has been marked as

13  Exhibit 21.  Have you ever seen that before?

14     A:    Yes.

15     Q:    And I'm going to ask you some questions

16  about it.  Are you aware of any receipts for the

17  White Lake Dollar General store that you have that

18  you have not turned over to your attorneys?

19          MR. MERINO:  Object to form.  You can

20  answer.  Objection.  Asked and answered.

21     A:    No.

22     Q:    Have you had any communications with a

23  man by the name of Norman Huzar (phonetic)?

24          MR. MERINO:  Object to form.  You can

25  answer.

1       A:    No.

2       Q:    You had any communications with someone

3    but the name of Wyan Button?

4             MR. MERINO:   Object to form.  You can

5    answer.

6       A:    No.

7             I'm handing you what's been marked as

8    Exhibit 22.  MR. TAYLOR:   You can set that

9    document aside.  This is 22.

10            (Exhibit CWolf 22 was marked for

11   identification.)

12      Q:    I'm handing you what has been marked

13   Exhibit 22.  If you want to take a look at that

14   and let me know once you have.

15      A:    Okay.

16      Q:    All right.  Do you recognize this

17   document?

18      A:    I think so.  It looks very familiar to

19   some -- a lot of documents I think.

20      Q:    Legal documents can look the same.  I

21   understand.  So these are something called

22   requests for admission that are asking for

23   certain -- you know, admit something and then

24   there's a response.  And I want to go through a

25   few of these.  In particular, I want to start with

1    RFA 2 which is on page 4.  And it's asking that

2    Carmen Wolf's individual claims against Dollar

3    General seek to recover injuries or damages

4    resulting from only the September 4, and September

5    18, and December 11 purchases from the White Lake

6    Dollar General store.  Do you see that?

7         A:    Yes.

8         Q:    All right.  It gives the response as you

9    denied on the next page.  It says, while the

10   complaint identifies specific instances of Dollar

11   General's misconduct, plaintiffs also allege

12   damage -- damages premised on Dollar General's

13   widespread practice of overcharging customers

14   across the entire state of New York.  Okay.  And

15   then, it says, while specific incidences of Dollar

16   General's overcharging are referenced in the

17   Second Amended Complaint, the Plaintiffs allege

18   harm caused by Dollar General due to the

19   broadscale and frequency of Dollar General's

20   pricing misconduct.

21            So one of the things I wanted to ask you

22   is how much money you, Carmen Wolf, are out-of-

23   pocket because of the alleged overcharges by

24   Dollar General?

25       MR. MERINO:  Object to form.  You can

1    answer.

2         A:    My out of pockets are about $0.45.

3         Q:    And that is from the September 4, 2022,

4    September 18, 2022 and the December 11, 2022

5    purchases?

6         A:    I believe so.

7         Q:    And the reasoning that you're saying

8    that you are out-of-pocket is because you share a

9    joint account with Joe?

10             MR. MERINO:  Object to form.  You can

11   answer.

12        A:    Correct.

13        Q:    Let me ask you this.  That credit card

14   that, I'm talking about the Citi MasterCard, who

15   pays that?

16             MR. MERINO:  Object to form.  You can

17   answer.

18        A:    We both do.

19        Q:    And is that paid with -- is it paid with

20   a joint account, an account that you and your

21   husband share or some other account?

22             MR. MERINO:  Object to form.  You can

23   answer.

24        A:    It's paid by a joint checking account.

25        Q:    Were you aware, prior to September 4,

1   2022, that a customer could seek a refund for

2   merchandise bought from a Dollar General store?

3          MR. MERINO:  Object to form.  You can

4   answer.

5      A:   Can you please repeat the question?

6      Q:   Sure.  Prior to September 4, 2022, were

7   you aware that a customer could ask for a refund

8   for merchandise that they purchased from a Dollar

9   General store?

10          MR. MERINO:  Object to form.  You can

11   answer.

12      A:   I had never asked for one so I didn't

13   know what Dollar General's policies were.

14      Q:   Did you have an assumption that there

15   was a policy that they would refund money?

16          MR. MERINO:  Object to form.  Object.

17   Asked and answered.  You can answer.

18      A:   As I mentioned before I never asked so I

19   didn't know what their policies were.

20      Q:   I know you said earlier that there have

21   been times where you asked for a refund from other

22   retailers.  Can you recall an instance where you

23   have asked for a refund from any retailer and been

24   denied a refund?

25      MR. MERINO:  Object to form.  You can

1  answer.

2       A:   I can't recall.

3       Q:   We previously discussed the April 11,

4  2023 transaction that you may for the tuna and

5  other items.

6       A:   Mm-hmm.

7       Q:   And I wanted to ask you, and I believe

8  your prior testimony was, and correct me if I'm

9  wrong on this, was that you didn't ask for a

10  refund because you had already filed a lawsuit at

11  that point; do I have that right?

12            MR. MERINO:   Object to form.  You can

13  answer.

14       A:   I said I didn't realize the price

15  discrepancy until I got home.  And then, since we

16  were in the lawsuit I just sent it to my lawyers.

17       Q:   If you had not been in a lawsuit or you

18  have not already filed suit, would you have

19  considered asking Dollar General for a refund for

20  the difference in price the next time that you

21  were in Dollar General?

22            MR. MERINO:   Object to form.  You can

23  answer.

24       A:   I don't know what I would have done.  I

25  only know what I did, which is go home, realize

1    there was a price discrepancy and send it to my

2    lawyers.

3         Q:    Going back to --

4              MR. TAYLOR:  Well, never mind.  I'm

5    going to withdraw that question.

6         Q:    And I want to move to RFA 94.

7         A:    94?

8         Q:    Yeah, which is on page 40 of Exhibit 22.

9    Okay.  RFA 94 of Exhibit 22, page 40.  And it

10   reads that Carmen Wolf believes that it is prudent

11   to check prices on one's receipt after a

12   transaction to ensure price accuracy; do you see

13   that?

14        A:    Yes, I see it.

15        Q:    Do you agree with the statement that it

16   is prudent to check prices on one's receipt after

17   a transaction to ensure price accuracy?

18             MR. MERINO:  Object to form.  You can

19   answer.

20        A:    I believe that Dollar General should

21   charge accurate prices.

22        Q:    I understand that.  But specifically

23   what I'm asking is do you believe it is a good

24   idea for consumers to check prices on one's

25   receipt after a transaction to ensure price

1  accuracy?

2       A:    Again, I think that Dollar General

3  should charge accurate prices.  I don't think it's

4  my responsibility.

5       Q:    And that's fine.  When you say it's not

6  your responsibility do you mean it's not your

7  responsibility to check prices on your receipt

8  after a transaction to make sure of price

9  accuracy?

10      A:    I don't assume --

11            MR. MERINO:  Object to form.  You can

12  answer.

13      A:    I don't assume that there would be a

14  price discrepancy.

15      Q:    And I just want to understand what email

16  you said it's not your responsibility, what you

17  meant by that.  So let me just ask that.  What do

18  you mean when you say -- when you said it was not

19  your responsibility?

20            MR. MERINO:  Object to form.  You can

21  answer.

22      A:    I mean that Dollar General should charge

23  accurate prices and I shouldn't have to check to

24  make sure that I'm being charged the accurate

25  price.

1     Q:   Do you know why receipts are provided to

2  consumers?

3       MR. MERINO:  Object to form.  You can

4  answer.

5     A:   To have documentation of what you

6  bought.

7     Q:   Do you believe that consumers should not

8  check the receipts after transaction?

9       MR. MERINO:  Object to form.  Object.

10  Asked and answered.  You can answer.

11     A:   Can you repeat the question?

12     Q:   Sure.  Do you believe that consumers

13  should not check prices on the receipt they

14  receive after transaction?

15       MR. MERINO:  Object to form.  Object.

16  Asked and answered.

17     A:   Again, I believe that Dollar General

18  should charge accurate prices and I shouldn't have

19  to check to see if the price is accurate.

20     Q:   I want to move to RFA 96, which is the

21  next page, page 41 of Exhibit 22.  And it reads

22  admit that Carmen Wolf believes it is prudent to

23  observe the prices of the items on the cash

24  register display during checkout to ensure price

25  accuracy; do you see that?

1        A:    Yes.

2        Q:    Do you understand that the cash register

3   display is that monitor that we looked at in

4   Exhibit 3 earlier?

5        A:    Yes.

6            MR. MERINO:  Object to form.  And I

7   think all object to mischaracterizing testimony, I

8   think.  You can answer.

9            MR. TAYLOR:  Sorry, I'm just trying to

10  understand what?

11           MR. MERINO:  Well, I think the testimony

12  is this that the monitor was for that day.  And I

13  think you're kind of conflating with this RFA

14  which ask and transactions in general.  So I think

15  it is a bit of the mischaracterization to ask in

16  an RFA generally about a monitor which she

17  testified was there for that day.

18           MR. TAYLOR:  Okay.  I disagree with that

19  but you can obviously make whatever objections you

20  want.

21       Q:    So let me ask you this, do the cash

22  register display -- what I was asking was, just to

23  make sure were on the same page in terms of

24  vocabulary here and what that means.  And you

25  understand that that it is the monitor that was

1   depicted in the photos in Exhibit 3, right?

2            MR. MERINO:  Object to form.  You can

3   answer.

4        A:   So you're basically asking me is that

5   what a monitor looks like?

6        Q:   Well, I'm asking -- I just want to make

7   sure were on the same page as far as what we're

8   talking about.  I'm going to ask another question.

9        A:   Okay.  The monitor in the picture in

10  Exhibit -- okay.  You're saying this is what the

11  monitor -- what a monitor looks like?

12       Q:   Yeah.  I mean, so when we talk about

13  monitor, that's what I mean.  Okay?

14       A:   Okay.  I see a monitor.

15       Q:   In the same term cash register display

16  would refer to that monitor as well in terms of my

17  question.  Okay?

18       A:   Okay.

19       Q:   The first of all, let me ask this

20  question.  Have you ever noticed that cash

21  registers display or monitor at the quite late

22  Dollar General store on any date other than the

23  date you took these photos?

24            MR. MERINO:  Object to form.  Object.

25  Asked and answered.  You can answer.

1     A:    Can you repeat that one more time,
2  please?
3     Q:    Sure.  I'm asking whether or not you
4  ever recall seeing that monitor or cash register
5  display at the Dollar General in White Lake on any
6  occasion other than the date in which you took the
7  photos in Exhibit 3?
8         MR. MERINO:  Objection.  Asked and
9  answered.  Object to form.  You can answer.
10     A:    I don't recall.  I just know that that's
11  what it looked like that day.
12     Q:    Is it your testimony that there was any
13  occasion that you visited Dollar General in White
14  Lake where there was not a cash register display
15  or monitor?
16         MR. MERINO:  Object to form.  Objection.
17  Asked and answered and you know, I think it's  --
18  you can answer the question.
19     A:    I don't recall.  I just know that's what
20  it looked like that day.
21     Q:    And I understand that.  And I guess is
22  my question.  And I just want to -- I'm just
23  trying to be clear here.  Do you specifically
24  recall that there wasn't a monitor any other times
25  or you don't know?

1           MR. MERINO:  I'm going to object to this

2      line of questioning.  I think, you know, it's

3      mischaracterizing Mrs. Wilson testimony.  You

4      know, you've asked her the same question multiple

5      times.  You defined the monitor as that particular

6      monitor within that picture which she says she

7      only recalls from that day.  So you know, I think

8      if she's repeatedly said she doesn't know if that

9      exact monitor, that exact cash register wasn't

10     there, you know, on other days.  Now, if you are

11     asking generally, you know, monitors and cash

12     registers than I think you need to clarify that

13     definition to be one like that instead of that

14     specific.

15           MR. TAYLOR:  You want to be sworn in?

16           MR. MERINO:  No.

17           MR. TAYLOR:  Because that was about a

18     two minute talking objection.  That is improper,

19     and it is inappropriate.  And we have gotten along

20     here in this deposition, but I am simply trying to

21     understand, and I don't feel like I have gotten an

22     exact answer to my question.  And you are welcome

23     to object to it.  I'm not trying to trick Ms.

24     Wolf, I just want to understand and be clear about

25     what the testimony is.And you're talking

1  objection is compounding and making it more

2  difficult to do so.  So I would ask that you not

3  do that.  Your objection is noted.  Let me try

4  this again.  I don't think I ever said the exact

5  monitor.

6          MR. MERINO:  Well you did.  You pointed

7  to the picture and you said this monitor.

8          MR. TAYLOR:  Well, no.  What I'm saying

9  is this is an example of a monitor.  I'm not

10 saying it is the exact monitor or the exact cash

11 register display.  I want to make sure that we are

12 on the same page in terms of what we are talking

13 about.  And so you know if you're splitting hairs

14 here I'm happy to rephrase the question and ask it

15 again.

16          And you know, what I am trying to

17 understand is whether or not there is a specific

18 recollection of there not being a monitor, or

19 there beign a monitor, or I don't know.  And

20 whatever it is, it is.  But I just want to get a

21 clear answer to that question.  Okay?  And I

22 understand.

23 BY MR. TAYLOR:

24     Q:   And let me direct the question back to

25 you Ms. Wolf.  And I understand that you have

1    previously testified that your daughter took a

2    photograph of this particular monitor depicted in

3    Exhibit 3.  My question is, do you recall seeing

4    any kind of monitor or cash register display at

5    the checkout at the White Lake, New York store on

6    any other occasion that you have made purchases

7    there?

8              MR. MERINO:  Object to form.  You can

9    answer.

10        A:    Does Dollar General have monitors in the

11   front, yes, they have monitors.

12        Q:    And my question is do you believe --

13   well, first do you know why those monitors exist?

14   Why they are there?

15             MR. MERINO:  Object to form.  You can

16   answer.

17        A:    The monitors are there to show you what

18   you are buying.

19        Q:    And the price, right?

20             MR. MERINO:  Object to form.  You can

21   answer.

22        A:    Yes, the price.

23        Q:    And do you believe it is a good idea for

24   customers to observe the prices of the items on a

25   monitor or cash register display at checkout to

1   ensure price accuracy?

2           MR. MERINO:  Object to form.  You can

3   answer.

4       A:   No, I don't think it's our

5   responsibility to check.

6       Q:   All right.  I want to move to number 98

7   which is on page 42 of Exhibit 22.  All right.

8   And it says, admit that Carmen Wolf believes that

9   once a noticed it is prudent to request a refund

10  of the difference between the shelf price and the

11  checkout price if the latter is higher; do you see

12  that?

13      A:   Yes, I see it.

14      Q:   What I want to ask you is this.  Do you

15  believe that once noticed it is a good idea for a

16  consumer to request a refund of the difference

17  between shelf price and the checkout price if the

18  checkout price is higher?

19          MR. MERINO:  Object to form.  You can

20  answer.

21      A:   Can you repeat the question, please?

22      Q:   Sure.  Do you believe that once noticed

23  it is a good idea for customers to request a

24  refund of the difference between the shelf price

25  and the checkout price if the checkout price is

1    higher?

2            MR. MERINO:  Object to form.  You can

3    answer.

4        A:    I don't know about any other customers.

5    I know what I did the day that I noticed at home

6    that the price was higher, and I opted to send it

7    to the lawyers.

8        Q:    And do you have an opinion as to whether

9    other customers -- it would be a good idea for

10   them to request a refund and to let Dollar General

11   know about the inaccurate price?

12           MR. MERINO:  Object to form.  You can

13   answer.

14       A:    Again, I don't have an opinion about

15   other customers.  I just know what I did.

16       Q:    On April 11, 2023, when you purchased

17   the tuna and there was an overcharge you did not

18   inform a Dollar General employee at the White Lake

19   store about this overcharge, correct?

20           MR. MERINO:  Object to form.  You can

21   answer.

22       A:    I didn't realize until I got home.

23       Q:    But you didn't at some later point let

24   them know about the overcharge, correct?

25       MR. MERINO:  Object to form.  You can

1    answer.

2         A:    Correct.

3         Q:    Did it matter to you that other

4    customers might have suffered the same price

5    discrepancy for the same item at a later point

6    given that you didn't inform the Dollar General of

7    the price discrepancy?

8              MR. MERINO:  Object to form.  You can

9    answer.

10        A:    Can you repeat the question, please?

11        Q:    Sure.  So I believe you testified that

12   you did not let Dollar General know about the

13   overcharge of the tuna.  Did it matter to you that

14   other customers might be overcharge for that same

15   item going forward?

16             MR. MERINO:  Object to form.  You can

17   answer.

18        A:    It doesn't matter to me.  That's why I'm

19   in this lawsuit.

20        Q:    Do you have an opinion about whether you

21   could have prevented other customers from being

22   overcharged in the hours and days later by simply

23   letting Dollar General know that there was an

24   overcharge of the tuna?

25        MR. MERINO:  Object to form.  You can

1   answer.

2          A:   I don't know if it would've made a

3   difference.

4          Q:   Did you think about that at the time?

5               MR. MERINO:  Object to form.  You can

6   answer.

7          A:   I thought about the bigger picture of

8   the class action and I sent it to my lawyers.

9          Q:   Could you have done both?  Obviously you

10  had already filed suit, but could you still have

11  told them?  Was there anything preventing you from

12  telling Dollar General about the overcharge of the

13  tuna after the April 11, 2022, transaction?

14              MR. MERINO:  Object to form.  You can

15  answer.

16         A:   I can't say what I could have done.  I

17  just know what I did do.

18         Q:   What's your understanding of who you

19  represent in this lawsuit?

20         A:   I --

21              MR. MERINO:  Object to form.  Sorry.

22  Objection to form.  You can answer.

23         A:   I am the class representative of anyone

24  that has been overcharge from the date the lawsuit

25  wasfiled and the three years previous.

1          Q:    And do you know what states that

2     encompasses?

3          A:    It is New York, Southern District.

4          Q:    And so it's your understanding that you

5     represent other consumers from the Dollar General,

6     correct?

7          A:    Correct.

8          Q:    What would you say to a customer who

9     purchased tuna at the White Lake Dollar General

10    store the day after you experienced your price

11    overcharge and they realize that you did not speak

12    up and say anything to Dollar General, and that

13    that could have prevented them from being

14    overcharged?

15          MR. MERINO:    Object to form.    You can

16    answer.

17         A:    Can you please repeat the question?

18         Q:    Sure.    What would you say to a class

19    member who you say that you represent who was

20    overcharged buying tuna at the White Lake Dollar

21    General after you had been overcharge, and they

22    realize that you did not speak up or bring that

23    overcharge to Dollar General's attention, which

24    could have prevented them from being overcharged?

25       MR. MERINO:    Object to form.    You can

1   answer.

2        A:    That situation did not happen so I don't

3   know what I would have done in that situation.  I

4   just know that I am thinking of the whole class

5   which is why I am part of the lawsuit.

6        Q:    Okay.  When you say it didn't happen,

7   how do you know that others didn't buy tuna after

8   you did at that White Lake store and had an

9   overcharge?

10            MR. MERINO:  Object to form.  Objection.

11  Mischaracterizes testimony.  You can answer.

12       A:    Can you repeat the question?

13       Q:    And maybe I misheard you and feel free

14  to correct me.  But I thought you said that didn't

15  happen.  And maybe I'm unclear about what you mean

16  by that, but I thought you were referring to the

17  fact that no one purchased tuna at the White Lake

18  Dollar General store and was overcharge after you

19  were.  So my question is how do you know that is,

20  in fact, true?

21            MR. MERINO:  Object to form.  Objection

22  to the extent it mischaracterizes testimony.  You

23  can answer.

24       A:    Correct me if I'm wrong.  I thought you

25  said what would I say to someone if they mentioned

1    that they were overcharge.  That's why I said the

2    situation did not happen so I do not know.

3         Q:   Got it.  Understood.

4              And sitting here today do you regret not

5    bringing that overcharge to Dollar General's

6    attention?

7              MR. MERINO:  Object to form.  You can

8    answer.

9         A:   I decided to send it to my lawyers.

10   Again, to serve the better of all the class

11   because these discrepancies have happened on other

12   items as well.

13        Q:   Well, I'm asking whether you regret not

14   doing that.  And if you don't that's fine.  I'm

15   just trying to understand, or you know want an

16   answer to that question whether or not you regret

17   not bringing it to Dollar General's attention, the

18   overcharge on April 11, 2023?

19             MR. MERINO:  Object to form.  You can

20   answer.

21        A:   I have no specific feelings on it.  I

22   sent to my lawyers for the greater good of the

23   class.

24             MR. TAYLOR:  All right.  You can put

25   that away.  I'm going to go back real quick and do

1  a couple of other things.  I want to go back real

2  quick to Exhibit 16.  You're having an easier time

3  finding them than I am.

4      Q:    So Exhibit 16, if you may recall --

5          MR. TAYLOR:  You with me, Javier?

6          MR. MERINO:  Yeah.

7      Q:    -- is the yogurt.  The December 11,

8  2022 -- December 11, 2022, transaction.  Okay.

9  You with me?

10      A:    Yes.

11      Q:    And you see that there are photos of the

12  shelf price of the yogurt; do you see that?

13      A:    Yes.

14      Q:    And that is on the first, second, fifth,

15  and 6 inches of Exhibit 16, right?

16      A:    Yes.

17      Q:    Did you ever see the shelf labels in the

18  store on December 11, 2022?

19          MR. MERINO:  Object to form.  You can

20  answer.

21      A:    I didn't go to the store that day.

22      Q:    So you didn't see the shelf labels?

23          MR. MERINO:  Object to form.  Object.

24  Mischaracterizes testimony.  You can answer.

25      A:    I didn't see them that day, no.

```
1        Q:   And let me ask you a little bit of

2    point.  Did you see these shelf labels for the

3    yogurt prior to the transaction where your husband

4    bought them?

5        A:   I don't recall.

6        Q:   Would you have seen them on December 11,

7    2022, the shelf lables of the yogurt on December

8    11, 2022, prior to the time your husband bought

9    it?

10       A:   Can you please repeat the question?

11       Q:   Sure.  So your husband purchased the

12   yogurt on December 11, 2022.  And he took photos

13   of them and -- of the shelf price labels and the

14   receipt.  And my question is, you didn't see the

15   shelf price labels of the yogurt depicted in

16   Exhibit 16 on December 11, 2022 prior to the

17   transaction where your husband bought them?

18            MR. MERINO:  Object to form.  You can

19   answer.

20       A:   Okay.  You're asking if I've seen these

21   shelf prices before he bought them?

22       Q:   Yes.

23       A:   The day of?

24       Q:   Yes.

25       A:   No.
```

1        Q:    You can set that aside.  All right.  I'm

2   going to refer you back to Exhibit 18, which is

3   the lactose free milk transaction on September 4,

4   2022.

5        A:    Yes.

6        Q:    Did you see the shelf price labels for

7   the lactose free milk in the Dollar General on

8   September 4th, prior to the transaction that your

9   husband made when he purchased them?

10           MR. MERINO:  Object to form.  You can

11   answer.

12       A:    I did not go to the store that day with

13   him, so no I did not see them.

14       Q:    You can set that aside.  And the next

15   one I wanted to refer you to is Exhibit 19.  This

16   is a transaction that occurred on September 18,

17   2022, lactose free milk as well.  On September 18,

18   2022, did you see the shelf label price of the

19   lactose free milk in the White Lake Dollar General

20   store prior to the transaction that your husband

21   made on that date buying it?

22           MR. MERINO:  Object to form.  You can

23   answer.

24       A:    I did not go to the store that day so I

25   did not see the price.

1        Q:    Ms. Wolf, can you describe in your own

2   words what this lawsuit's about?

3            MR. MERINO:  Object to form.  You can

4   answer.

5        A:    This lawsuit is about Dollar General

6   overcharging customers.

7        Q:    And what do you hope to gain out of this

8   lawsuit?

9            MR. MERINO:  Object to form.  You can

10  answer.

11       A:    I hope that Dollar General will stop

12  overcharging, get relief for my class and anything

13  else I defer to my attorneys.

14       Q:    Do you have an expectation that you will

15  receive some money from this lawsuit?

16            MR. MERINO:  Object to form.  You can

17  answer.

18       A:    I refer to my lawyers.

19       Q:    And I understand that, but just separate

20  and apart from speaking with your attorneys, do

21  you have an expectation?  And if you don't that's

22  fine.  But if you have an expectation that you

23  will receive some type of compensation or money

24  from this lawsuit?

25            MR. MERINO:  Objection.  Asked and

1    answered.  Object to form.  You can answer.

2        A:    I expect to get relief for the class.

3        Q:    Do you expect to get any relief

4    personally for what you are out-of-pocket?

5            MR. MERINO:  Object to form.  Object

6    asked and answered.  You can answer.

7        A:    I expect to get the relief for the

8    class.

9        Q:    And I just want to make sure I

10   understand what you're saying there.  Does that

11   mean that you don't expect to get any compensation

12   for what you allege you are out-of-pocket?

13           MR. MERINO:  Object to form.  Object

14   asked and answered.  You can answer.

15       A:    I expect to get relief for the whole

16   class.

17       Q:    So nothing specific for you?

18       A:    Whatever the class -- I expect to get

19   the relief for the whole class.  Whatever the

20   class gets.

21       Q:    Are you angry at Dollar General?

22           MR. MERINO:  Object to form.  You can

23   answer.

24       A:    I have no feelings.  I just don't think

25   that Dollar General should be overcharging.

1      Q:    Do you want to punish Dollar General?

2            MR. MERINO:  Object to form.  You can

3      answer the question.

4      A:    I just want Dollar General to fix the

5      overcharging issues it has.

6      Q:    Why have you continue to shop at Dollar

7      General even after you filed a lawsuit against

8      them?

9            MR. MERINO:  Object to form.  You can

10     answer the question.

11     A:    Dollar General is two minutes or less

12     from my house.  The nearest store is 40 minutes

13     driving around trip not considering how much time

14     I spent in there.  I'm only in Bethel on the

15     weekends.  I am not going to spend hours shopping,

16     especially if I just need milk or eggs for me and

17     my kids for a quick breakfast.

18     Q:    Do you shop at Dollar General less now

19     than you did before it filed the lawsuit?

20            MR. MERINO:  Object to form.  You can

21     answer.

22     A:    About the same.

23     Q:    Do you want to shut down Dollar General

24     stores in New York?

25     MR. MERINO:  Object to form.  You can

1    answer.

2         A:    No.   I just want them to correct their

3    pricing.

4         Q:    Are you seeking to change anything

5    specific about the Dollar General stores in New

6    York?

7              MR. MERINO:   Object to form.   You can

8    answer.

9         A:    That the charge correct -- accurate

10   prices.

11        Q:    Do you have any thoughts on how they

12   could best -- how they could best do that?

13             MR. MERINO:   Object to form.   You can

14   answer.

15        A:    I defer to my lawyers.

16        Q:    Why did you initially decide to become

17   involved in this lawsuit?

18             MR. MERINO:   Object to form.   You can

19   answer.

20        A:    I wanted to stop Dollar General from

21   overcharging people.

22        Q:    Was it because -- what was your primary

23   motivation, was it because you were out too much

24   money, the principle of the thing, something else?

25     MR. MERINO:   Object to form.   Object.

1  Asked and answered.  You can answer.

2       A:   I wanted Dollar General to stop

3  overcharging everybody.  All customers, not just

4  me.

5       Q:   Did anyone ever suggest to you that you

6  should make purchases at Dollar General to obtain

7  evidence for a lawsuit?

8            MR. MERINO:  Object to form.  You can

9  answer.

10      A:   No.

11      Q:   Do you know how many items are in a

12  Dollar General

13           MR. MERINO:  Object to form.  You can

14  answer.

15      A:   I believe I saw in the lawsuit a couple

16  of thousand.

17      Q:   Let me represent to you that it may be

18  as many as 15,000.  Do you have an opinion about

19  whether retailers should be required to have 100

20  percent of the prices completely accurate 100

21  percent of the time?

22           MR. MERINO:  Object to form.  You can

23  answer.

24      A:   I believe retailers should always charge

25  accurate prices.

1      Q:    Do -- are you aware that mistakes can

2   sometimes happen?

3            MR. MERINO:  Object to form.  You can

4   answer.

5      A:    Can you repeat the question, please?

6      Q:    Sure.  Are you aware that mistakes can

7   sometimes happen in terms of changing the prices

8   and putting the price tags on the shelves?

9            MR. MERINO:  Object to form.  You can

10  answer.

11     A:    I believe for a retailers selling a

12  product they should have accurate pricing.

13     Q:    And that's 100 percent of the time with

14  no exceptions?

15           MR. MERINO:  Object to form.  You can

16  answer.

17     A:    I believe if you are in the line of

18  business of selling something to people you should

19  be accurate.

20     Q:    100 percent of the time?

21           MR. MERINO:  Object to form.  You can

22  answer.

23     A:    I believe that if you are in the

24  business of selling items that yes, you should be

25  accurate.

1        Q:    100 percent of the time?

2              MR. MERINO:  Object to form.  You can

3    answer.

4        A:    I believe that if you are in the

5    business of selling things that you should be

6    accurate.

7        Q:    Okay and I just -- what I am asking is

8    when you say accurate do you mean 100 percent

9    accurate, or is there any give in that answer?

10             MR. MERINO:  Object to form.  You can

11   answer.

12       A:    I believe you should be accurate 100

13   percent of the time.

14       Q:    Do you know how much time you have spent

15   on this lawsuit thus far?

16             MR. MERINO:  Object to form.  You can

17   answer.

18       A:    Including today?

19       Q:    Including today.

20       A:    15 hours.

21       Q:    You'll find it funny that your husband

22   asked the exact same question.

23             Let me ask you this because I forgot to

24   ask it earlier.  When you go into the White Lake

25   Dollar General store how long do you typically

1   spend there?  Is it sort of an in and out type of

2   thing or do you sort of walk the aisles, are you

3   know, a longer period of time?

4              MR. MERINO:  Object to form.  You can

5   answer.

6        A:   It's usually in and out.

7        Q:   I figured.  With kids I know how it is.

8              Have you ever spoken to a government

9   employee about price disparities?

10             MR. MERINO:  Object to form.  You can

11  answer.

12       A:   Can you repeat the question?

13       Q:   Sure.  Have you ever spoken to a

14  government employee about price discrepancies such

15  as making the complaint to the state or with the

16  county?

17             MR. MERINO:  Object to form.  You can

18  answer.

19       A:   No.

20       Q:   And why not?

21             MR. MERINO:  Object to form.  You can

22  answer.

23       A:   I have not been aware of any other price

24  discrepancies when this occurred we decided to

25  seek legal counsel.

1          Q:    Do you have an understanding about

2     whether you could have made a complaint to a

3     county or state official about Dollar General

4     price discrepancies?

5               MR. MERINO:  Object to form.  You can

6     answer.

7          A:    Can you please repeat the question?

8          Q:    Sure.  Did you have an understanding

9     about whether you could have made a complaint to a

10    state or county official about Dollar General

11    price discrepancies?

12              MR. MERINO:  Object to form.  You can

13    answer.

14         A:    I'm not sure.  But if -- I'm sure

15    there's a way for me to look it up.

16         Q:    Sorry, say that again?

17         A:    I said no, I'm not sure.

18         Q:    But you didn't make a complaint to a

19    state or county official about Dollar General

20    price discrepancies, correct?

21              MR. MERINO:  Object to form.  You can

22    answer.

23         A:    Correct.

24         Q:    And forgive me if I have already touched

25    on this, have you spoken to any friends or family

1     about Dollar General price discrepancies

2               MR. MERINO:  Object to form.  You can

3     answer.

4          A:   No.

5          Q:   And you've never -- have you ever warned

6     any friends or family, you know, hey, be careful

7     about Dollar General there, you know, some of the

8     prices are not right?

9               MR. MERINO:  Object to form.  You can

10    answer.

11         A:   No.

12         Q:   I believe we talked earlier, you said

13    you were aware that your husband at one point got

14    an incorrect price fixed at the White Lake Dollar

15    General; is that correct?

16              MR. MERINO:  Object to form.  You can

17    answer.

18         A:   Yes, he told me about it.

19         Q:   But you weren't with him at the time?

20         A:   No.

21         Q:   And that occurred at some point in 2022?

22         A:   I believe so.  I'm not really sure when

23    it occurred.

24         Q:   And he told you that he had gotten the

25    price fixed, right?

1        MR. MERINO:  Object to form.  Object.

2    Asked and answered.  You can answer.

3        A:    Yes.  He told me it took a very long

4    time, but yes.

5        Q:    And so when you did your transaction on

6    April 11, 2023 regarding the tuna, and when you

7    realized it you understood that if you went to

8    Dollar General and asked for the price to be

9    corrected that it would be corrected and you would

10   get the difference in what you paid and what the

11   shelf price was?

12        MR. MERINO:  Object to form.  Object to

13   it mischaracterizes testimony.  You can answer.

14        A:    Can you please repeat the question?

15        Q:    Sure.  When you did the April 11, 2023

16   transaction where you purchased the tuna, and some

17   other things, and you were overcharged for the

18   tuna.  You knew because of the prior instance

19   where your husband had had the price fixed, that

20   if you had raised the issue at some point to

21   Dollar General, the White Lake Dollar General

22   store, then the price would have been fixed?

23        MR. MERINO:  Object to form.  Object to

24   mischaracterizes testimony.  You can answer.

25        A:    I was -- I was already at home when I

1  realized that the price discrepancy.  And we had

2  already started the lawsuit so I decided to share

3  it with my lawyers.

4      Q:   Yeah, I understand that.  But I guess my

5  question is notwithstanding that, you knew that if

6  you had gone to Dollar General that you could have

7  gotten that price corrected?

8          MR. MERINO:  Object to form.  Object,

9  mischaracterizes testimony.  You can answer the

10  question.

11     A:   I don't know what would have happened if

12  I had gone back.  I didn't go back so I can't

13  answer that.

14     Q:   But you were aware that your husband had

15  previously gotten a price fixed that was incorrect

16  at the White Lake Dollar General store, correct?

17         MR. MERINO:  Objection.  Asked and

18  answered twice.  You can answer.

19     A:   Yes.  It took a very long time and had

20  to be verified, yes.

21     Q:   You live at least during the week in

22  Queens, right?

23     A:   Yes.

24     Q:   Prices at retailers for groceries and

25  that kind of thing, is it higher in Queens than it

1  is in -- around your vacation home is?

2          MR. MERINO:  Object to form.  You can

3  answer.

4      A:    I don't know.  I don't recall.

5      Q:    Is that something that you pay attention

6  to, sort of the differences in prices between

7  Queens versus White Lake, New York?

8          MR. MERINO:  Object to form.  You can

9  answer.

10     A:    Sometimes.

11     Q:    Do you have an understanding as to what

12 your responsibilities and duties are in this

13 lawsuit?

14     A:    Yes.

15     Q:    And what are they?

16         MR. MERINO:  Object to form.  You can

17 answer.

18     A:    To pursue the case vigorously.  To hire

19 counsel knowledgeable in the area and to represent

20 my class and get relief for my class.

21     Q:    And what qualifies you to represent that

22 class?

23         MR. MERINO:  Object to form.  You can

24 answer.

25 A:    I was overcharged like others in my

1    class.

2         Q:   All right have you ever spoken or

3    communicated with any other specific individual

4    other than your husband who has been overcharged

5    at a Dollar General store in New York?

6              MR. MERINO:  Object to form.  You can

7    answer.

8         A:   No.

9         Q:   Do you believe that customers of Dollar

10   General who not overcharged should still be

11   compensated?

12             MR. MERINO:  Object to form.  You can

13   answer.

14        A:   I defer to my lawyers.

15        Q:   Do you believe that you represent

16   consumers at Dollar General stores to never look

17   at the shelf price?

18             MR. MERINO:  Object to form.  You can

19   answer.

20        A:   I defer to my attorneys.

21        Q:   Dollar General's in New York are

22   incorrect?

23             MR. MERINO:  Object to form.  You can

24   answer.

25        A:   Can you repeat the question, please?

1      Q:    Sure.  Are you contending that every

2    price that Dollar General stores are incorrect?

3    Dollar General stores in New York are incorrect?

4      A:    No.

5      Q:    Are you contending that every consumer

6    who shops at a Dollar General store in New York

7    has experienced an overcharge?

8           MR. MERINO:  Object to form.  Object,

9    asked and answered.  You can answer.

10     A:    If I was overcharged, I believe others

11   were overcharged as well.

12     Q:    And I understand that.  I guess my

13   question was a bit different.  Are you contending

14   that every person who shops at a Dollar General

15   store in New York experiences a price overcharge?

16          MR. MERINO:  Object to form.  Object

17   asked and answered.  You can answer.

18     A:    I can't say about everyone, but I just

19   know that I was overcharged and if I was

20   overcharged other people probably were overcharged

21   too.

22     Q:    Do you know how many customers who shop

23   at New York Dollar General stores have periods

24   price discrepancies?

25     MR. MERINO:  Object to form.  You can

1    answer.

2          A:    I don't know.

3          Q:    If you wanted to know the answer to that

4    question how would you find out?

5                MR. MERINO:  Object to form.  You can

6    answer.

7          A:    Can you repeat the question?

8          Q:    Sure.  If you wanted to know the answer

9    to that question about how many people -- many

10   customers of Dollar General stores in New York

11   have experienced price discrepancies how would you

12   find that out?

13               MR. MERINO:  Object to form.  You can

14   answer.

15         A:    I'm not sure.

16         Q:    Is it your contention that the way that

17   you shop at Dollar General stores is exactly the

18   same as what other -- how other consumers shop at

19   Dollar General stores in New York?

20               MR. MERINO:  Object to form.  Objection.

21   Asked and answered.  You can answer.

22         A:    Can you please rephrase the question?

23         Q:    Sure.  I guess what I'm trying to get at

24   is due you believe that every customer who shops

25   at a Dollar General store in New York had the

1    exact same experience that you had?

2            MR. MERINO:  Object to form.  Objection

3    asked and answered.  You can answer.

4        A:   I can't speak for other customers.  I

5    can only speak for the experience that I have had.

6        Q:   Are you suing over any activities or

7    actions of Dollar General that we have not

8    discussed here today?

9            MR. MERINO:  Object to form.  You can

10   answer.

11       A:   Can you please repeat the question?

12       Q:   Sure.  Is your lawsuit against Dollar

13   General -- does it relate to any activities or

14   actions of Donald General that we haven't

15   discussed here today?

16           MR. MERINO:  Object to form.  You can

17   answer.

18       A:   I don't believe so, no.

19       Q:   Are you claiming any damages that we

20   have not discussed here today?

21           MR. MERINO:  Object to form.  You can

22   answer.

23       A:   I defer to my attorneys.

24       Q:   I thought you might say that.  Okay.

25    MR. TAYLOR:  Do y'all intend to ask any

1   questions?

2           MR. MERINO:  If we could just have two

3   minutes to talk?

4           MR. TAYLOR:  You want to go off the

5   record for a second?

6           MR. MERINO:  Yeah.  Let's go off the

7   record.

8           (Off the record at 2:31 p.m., resuming

9   at 2:36 p.m.)

10          MR. TAYLOR:  I have no further questions

11  at this time.

12       EXAMINATION BY COUNSEL FOR PLAINTIFFS

13   JOSEPH WOLF, CARMEN WOLF, ON BEHALF OF THEMSELVES

14            AND THOSE SIMILARLY SITUATED

15  BY MR. MERINO:

16      Q:   Mrs. Wolf, do you remember testifying

17  before about your out-of-pocket losses for the

18  overcharges?

19      A:   Yes.

20      Q:   Do you remember testifying before about

21  being overcharged in April of 2023 for tuna?

22      A:   Yes.

23      Q:   The amount that you were overcharged for

24  that purchase, would you count that as an out of

25  pocket loss?

1          MR. TAYLOR:  Objection.  Form.

2      A:    Yes.

3      Q:    And would you count that as an --

4          MR. MERINO:  Actually I withdraw that

5  last question and I have no further question.

6          MR. TAYLOR:  Okay.  I have no further

7  questions either.  I do want to put on the record

8  that I will leave this deposition open for now in

9  case there are any issues with ongoing discovery

10 and feel free to make your objection.

11         MR. MERINO:  And we object to keeping

12 the deposition open.

13         (Off the record at 2:37 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2              I, Enrique Casas, the officer before

3    whom the foregoing proceedings were taken, do

4    hereby certify that any witness(es) in the

5    foregoing proceedings were fully sworn; that the

6    proceedings were recorded by me and thereafter

7    reduced to typewriting by a qualified

8    transcriptionist; that said digital audio

9    recording of said proceedings are a true and

10   accurate record to the best of my knowledge,

11   skills, and ability; and that I am neither counsel

12   for, related to, nor employed by any of the

13   parties to this case and have no interest,

14   financial or otherwise, in its outcome.

15

16

17   _____

18   ENRIQUE CASAS,

19   NOTARY PUBLIC FOR THE STATE OF NEW YORK

20   1/10/2024

21

22

23

24

25

1                    CERTIFICATE OF TRANSCRIBER

2              I, Molly Bugher, do hereby certify that

3     this transcript was prepared from the digital

4     audio recording of the foregoing proceeding; that

5     said transcript is a true and accurate record of

6     the proceedings to the best of my knowledge,

7     skills, and ability; and that I am neither counsel

8     for, related to, nor employed by any of the

9     parties to the case and have no interest,

10    financial or otherwise, in its outcome.

11

12    _____

13    Molly Bugher, CDLT-161

14    January 22, 2024

15

16

17

18

19

20

21

22

23

24

25

| A |
| --- |

**a-z**
12:24, 12:25
**ability**
9:9, 176:11,
177:7
**able**
31:11
**abroad**
41:7
**acceptable**
8:8
**accord**
28:16
**account**
40:2, 40:20,
40:22, 53:18,
53:21, 68:15,
106:24, 107:3,
135:9, 135:20,
135:21, 135:24
**accuracy**
138:12, 138:17,
139:1, 139:9,
140:25, 147:1
**accurate**
20:21, 49:9,
57:3, 116:15,
138:21, 139:3,
139:23, 139:24,
140:18, 140:19,
160:9, 161:20,
161:25, 162:12,
162:19, 162:25,
163:6, 163:8,
163:9, 163:12,
176:10, 177:5
**accurately**
9:6
**across**
134:14
**act**
113:11
**action**
68:25, 150:8
**actions**
92:10, 173:7,

173:14
**activities**
11:19, 22:3,
173:6, 173:13
**acts**
52:23
**actually**
36:19, 45:13,
69:14, 91:18,
92:1, 94:12,
95:1, 100:23,
104:19, 117:12,
118:23, 175:4
**addition**
51:19, 56:22
**address**
9:23, 10:2,
11:5, 21:11
**admission**
133:22
**admit**
133:23, 140:22,
147:8
**advertise**
37:1, 53:1
**advertised**
38:11, 46:9,
58:7
**advertising**
13:9
**advice**
64:23
**affect**
9:9
**affirmed**
7:2
**after**
33:7, 33:15,
33:20, 34:15,
35:2, 36:14,
43:9, 43:19,
62:18, 63:10,
65:12, 66:20,
66:22, 74:3,
89:9, 89:11,
89:13, 89:14,
90:3, 90:18,
93:7, 106:11,

109:8, 110:24,
111:9, 123:16,
129:1, 129:3,
131:3, 138:11,
138:16, 138:25,
139:8, 140:8,
140:14, 150:13,
151:10, 151:21,
152:7, 152:18,
159:7
**again**
32:12, 36:12,
37:10, 46:5,
46:23, 47:5,
47:12, 52:19,
66:12, 104:21,
116:22, 139:2,
140:17, 145:4,
145:15, 148:14,
153:10, 165:16
**against**
57:23, 81:24,
83:18, 109:17,
109:24, 134:2,
159:7, 173:12
**agency**
13:9
**ago**
18:18, 22:24,
23:5, 23:8,
23:10, 23:25,
77:22
**agree**
31:8, 120:9,
122:14, 138:15
**agreement**
4:21, 116:6,
116:18, 116:19,
116:25
**ah**
81:6
**air**
8:23
**aisles**
164:2
**al**
3:2, 6:4,
12:24, 13:5

**aldi**
72:18
**all**
7:4, 7:9, 7:20,
9:15, 11:7,
13:16, 14:18,
15:1, 15:20,
18:15, 19:5,
20:16, 22:9,
26:6, 27:13,
29:3, 33:2,
34:17, 35:25,
43:8, 46:3,
52:16, 53:17,
54:25, 59:10,
62:14, 63:9,
63:20, 64:14,
64:17, 67:18,
68:6, 68:9,
70:6, 77:17,
77:25, 78:11,
79:21, 80:18,
82:6, 83:5,
85:12, 86:23,
87:5, 93:17,
96:12, 97:2,
97:18, 100:22,
103:9, 105:11,
109:5, 110:9,
112:1, 113:19,
115:10, 121:3,
122:6, 122:24,
123:1, 126:14,
126:22, 127:14,
128:9, 129:25,
132:2, 133:16,
134:8, 141:7,
142:19, 147:6,
147:7, 153:10,
153:24, 156:1,
161:3, 170:2
**all's**
72:20
**allegations**
64:19
**allege**
134:11, 134:17,
158:12

alleged
53:8, 134:23
allegedly
74:6
almost
21:20, 30:19
along
144:19
already
24:8, 44:24,
48:3, 73:19,
93:15, 137:10,
137:18, 150:10,
165:24, 167:25,
168:2
also
3:22, 18:22,
45:12, 134:11
always
25:7, 30:19,
34:10, 129:21,
129:22, 161:24
amazon
60:24, 61:5,
61:18
amended
134:17
amidst
119:16
among
56:11
amount
54:6, 75:2,
119:25, 174:23
andrew
58:22, 59:1,
59:4, 64:21,
65:14, 65:18,
65:24, 67:16,
67:19, 117:22,
117:23, 118:6
angry
158:21
another
18:15, 19:2,
19:25, 26:5,
46:6, 51:1,
77:9, 79:1,

86:24, 96:23,
103:9, 105:11,
120:14, 122:19,
142:8
answered
70:17, 87:22,
101:16, 102:9,
107:10, 124:20,
125:3, 125:12,
125:18, 129:11,
131:5, 131:23,
132:20, 136:17,
140:10, 140:16,
142:25, 143:9,
143:17, 158:1,
158:6, 158:14,
161:1, 167:2,
168:18, 171:9,
171:17, 172:21,
173:3
answering
9:5
anybody
99:23, 104:14
anyone
11:9, 11:11,
17:2, 18:9,
109:16, 109:23,
117:21, 117:23,
118:5, 125:23,
150:23, 161:5
anyone's
103:22
anything
16:24, 24:9,
38:3, 44:14,
47:13, 69:14,
75:11, 75:17,
131:20, 150:11,
151:12, 157:12,
160:4
anywhere
72:17
apart
157:20
appear
85:21, 104:19,
104:22

appeared
96:19
appears
89:18, 104:4,
116:13, 120:6,
128:18
application
70:4
appreciate
104:1
appropriate
7:8
approximately
63:16
april
56:9, 56:16,
88:4, 89:20,
90:2, 90:10,
90:18, 93:8,
106:23, 112:9,
112:19, 119:19,
137:3, 148:16,
150:13, 153:18,
167:6, 167:15,
174:21
arabella
11:2, 11:4,
11:7, 26:19,
28:1
area
28:20, 62:25,
169:19
aren't
99:7
around
49:17, 69:10,
80:20, 116:20,
159:13, 169:1
arrive
16:9
article
84:9, 85:7
aside
14:23, 36:19,
53:6, 54:17,
70:20, 85:12,
103:7, 103:8,
105:11, 112:1,

112:22, 113:19,
115:24, 118:9,
121:2, 126:13,
128:10, 130:1,
131:8, 132:9,
133:9, 156:1,
156:14
asked
15:1, 27:10,
28:6, 28:15,
35:19, 43:16,
61:23, 70:16,
83:10, 87:21,
101:15, 102:8,
107:10, 124:20,
125:3, 125:12,
125:18, 127:16,
129:11, 129:13,
131:5, 131:23,
132:20, 136:12,
136:17, 136:18,
136:21, 136:23,
140:10, 140:16,
142:25, 143:8,
143:17, 144:4,
157:25, 158:6,
158:14, 161:1,
163:22, 167:2,
167:8, 168:17,
171:9, 171:17,
172:21, 173:3
asking
8:6, 23:15,
67:24, 71:18,
94:25, 95:5,
114:7, 127:17,
133:22, 134:1,
137:19, 138:23,
141:22, 142:4,
142:6, 143:3,
144:11, 153:13,
155:20, 163:7
asks
64:17, 68:8
association
64:18
assume
8:18, 84:6,

139:10, 139:13
**assumed**
28:12
**assuming**
28:25, 78:15,
81:5
**assumption**
127:18, 136:14
**attach**
93:23
**attached**
85:19
**attaching**
96:2
**attempted**
62:20
**attention**
55:17, 62:15,
64:15, 71:19,
78:11, 89:15,
96:13, 110:10,
151:23, 153:6,
153:17, 169:5
**attorney**
19:2, 19:5,
64:21, 66:8,
67:6, 67:21
**attorneys**
16:13, 17:4,
17:7, 17:22,
18:17, 36:2,
53:13, 54:15,
93:3, 93:4,
96:4, 96:7,
114:22, 115:19,
118:21, 132:18,
157:13, 157:20,
170:20, 173:23
**audible**
19:4
**audio**
120:2, 176:8,
177:4
**authorized**
38:9, 39:5
**aware**
49:12, 49:19,
52:8, 58:2,

59:1, 59:4,
68:18, 70:21,
71:8, 73:6,
74:3, 84:16,
86:10, 86:21,
101:19, 114:15,
114:20, 132:16,
135:25, 136:7,
162:1, 162:6,
164:23, 166:13,
168:14
**awareness**
58:5
**away**
102:4, 153:25

**B**

**baby**
84:10, 84:17,
84:18, 85:7,
96:14, 96:18
**back**
27:10, 28:6,
30:21, 31:1,
36:20, 42:12,
44:14, 56:21,
60:9, 60:10,
85:13, 93:9,
93:17, 96:1,
100:18, 112:2,
138:3, 145:24,
153:25, 154:1,
156:2, 168:12
**ball**
29:12
**bank**
40:2, 40:13
**bankruptcy**
15:16
**barbeque**
88:13
**based**
40:16, 52:25,
91:15
**basically**
142:4
**bates**
87:14, 87:25,

89:16, 97:10,
106:18, 107:14,
116:8, 119:10,
120:13, 121:16
**bathroom**
8:23
**batteries**
56:25
**beach**
83:9, 83:12,
83:13
**beaches**
83:11
**bear**
77:8, 84:21
**bearing**
114:16
**became**
58:2, 70:21,
71:8
**because**
25:1, 30:21,
42:12, 48:15,
53:20, 64:7,
68:2, 77:2,
82:9, 83:23,
87:17, 92:21,
95:25, 119:8,
134:23, 135:8,
137:10, 144:17,
153:11, 160:22,
160:23, 163:23,
167:18
**become**
160:16
**been**
7:2, 7:17,
10:20, 14:20,
15:2, 15:13,
20:2, 25:13,
28:15, 29:25,
31:16, 31:18,
32:6, 32:14,
32:21, 44:8,
44:17, 44:23,
44:25, 46:22,
46:25, 47:4,
49:7, 49:12,

49:14, 49:15,
58:21, 61:9,
68:22, 68:25,
69:18, 71:8,
85:24, 86:6,
86:10, 86:15,
86:17, 91:1,
91:3, 91:17,
91:24, 92:1,
92:7, 92:9,
92:21, 103:14,
108:7, 111:1,
111:11, 117:24,
121:12, 125:9,
127:23, 129:13,
131:11, 132:12,
133:7, 133:12,
136:21, 136:23,
137:17, 150:24,
151:21, 164:23,
167:22, 170:4
**before**
2:9, 7:4, 7:16,
7:17, 8:4, 9:1,
14:24, 15:2,
15:5, 15:8,
20:1, 20:14,
48:11, 48:18,
55:10, 55:12,
58:16, 64:20,
65:10, 66:19,
68:22, 68:24,
69:19, 72:1,
74:13, 77:18,
89:9, 112:11,
112:18, 114:2,
121:9, 126:24,
128:14, 129:14,
130:5, 131:12,
132:13, 136:18,
155:21, 159:19,
174:17, 174:20,
176:2
**begin**
7:16
**begins**
6:2
**behalf**
1:5, 3:2, 3:15,

6:21, 174:13
**behind**
61:1, 79:2,
102:5
**beign**
145:19
**being**
11:24, 29:11,
31:10, 39:3,
40:1, 43:25,
66:3, 73:6,
73:22, 139:24,
145:18, 149:21,
151:13, 151:24,
174:21
**believe**
21:9, 23:17,
25:7, 39:19,
39:23, 44:21,
45:1, 46:22,
47:1, 47:11,
56:19, 64:13,
66:22, 68:21,
71:4, 88:10,
89:11, 89:14,
89:24, 90:21,
91:16, 91:22,
93:5, 95:13,
96:24, 98:12,
98:18, 99:19,
102:2, 104:24,
105:25, 106:14,
114:4, 117:9,
119:1, 119:24,
120:11, 120:25,
121:1, 123:20,
127:1, 128:24,
135:6, 137:7,
138:20, 138:23,
140:7, 140:12,
140:17, 146:12,
146:23, 147:15,
147:22, 149:11,
161:15, 161:24,
162:11, 162:17,
162:23, 163:4,
163:12, 166:12,
166:22, 170:9,

170:15, 171:10,
172:24, 173:18
**believes**
138:10, 140:22,
147:8
**below**
38:12, 46:10,
88:3, 88:14,
129:6, 129:15
**berkshire**
21:13
**besides**
62:12, 117:23,
118:6
**best**
160:12, 176:10,
177:6
**bethel**
20:21, 159:14
**better**
51:1, 75:18,
153:10
**between**
36:25, 48:19,
58:6, 102:21,
147:10, 147:17,
147:24, 169:6
**beyond**
120:12
**bigger**
150:7
**billings**
13:9
**birth**
10:14
**bit**
27:22, 52:9,
73:20, 78:10,
101:25, 102:20,
141:15, 155:1,
171:13
**black**
119:16
**body**
78:20, 79:18,
80:12, 83:5,
122:6
**both**
21:19, 23:1,

24:15, 24:16,
39:4, 39:15,
49:4, 49:5,
92:24, 135:18,
150:9
**bottom**
29:17, 33:3,
62:16, 78:14,
79:6, 85:14,
88:1, 88:3,
89:17, 89:18,
94:14, 104:25,
105:1, 121:17
**bought**
34:24, 56:23,
66:21, 136:2,
140:6, 155:4,
155:8, 155:17,
155:21
**brand**
76:7, 76:14,
76:15
**bread**
122:8, 124:2
**break**
8:22, 8:23,
9:1, 54:18,
102:18, 111:21
**breakfast**
83:7, 159:17
**breaks**
8:21
**bring**
83:10, 151:22
**bringing**
153:5, 153:17
**broadscale**
134:19
**bronx**
108:2
**brothers**
12:22
**brought**
59:5
**brunswick**
3:12
**bryson**
3:3, 6:18

**bubba**
78:14, 78:16
**buffet**
83:7
**bugher**
1:25, 177:2,
177:13
**business**
6:22, 162:18,
162:24, 163:5
**button**
133:3
**buy**
75:25, 76:22,
152:7
**buying**
24:9, 146:18,
151:20, 156:21
**buys**
75:24

---

**C**

---

**call**
17:12, 17:19
**called**
75:23, 114:10,
133:21
**came**
44:24, 85:6,
103:25
**can't**
61:25, 79:1,
82:15, 116:23,
125:19, 137:2,
150:16, 168:12,
171:18, 173:4
**canal**
3:18
**cannot**
30:20, 113:6,
116:20, 131:6
**cans**
101:7
**capital**
40:15
**captured**
98:20
**card**
25:6, 25:7,

38:8, 38:21,
38:22, 38:23,
38:24, 38:25,
39:1, 39:2,
39:3, 39:4,
39:9, 39:11,
39:22, 40:1,
40:13, 40:24,
41:2, 41:6,
41:15, 46:5,
89:4, 105:23,
106:2, 107:7,
107:8, 115:14,
118:16, 118:20,
118:24, 119:8,
120:23, 129:8,
135:13

**cards**
39:15, 40:9

**careful**
82:2, 83:22,
166:6

**carmen**
1:4, 1:13, 2:1,
4:3, 6:3, 7:1,
9:22, 54:11,
68:12, 78:15,
106:2, 134:2,
134:22, 138:10,
140:22, 147:8,
174:13

**carmen's**
38:8, 46:5

**casa**
6:24

**casas**
2:10, 176:2,
176:18

**case**
1:7, 6:6, 7:6,
35:19, 68:24,
68:25, 102:5,
117:25, 169:18,
175:9, 176:13,
177:9

**cash**
25:5, 140:23,
141:2, 141:21,

142:15, 142:20,
143:4, 143:14,
144:9, 144:11,
145:10, 146:4,
146:25

**categories**
115:16

**caused**
134:18

**cdlt**
177:13

**cell**
77:25, 78:2,
122:1

**cents**
86:16

**certain**
8:20, 20:17,
61:24, 133:23

**certificate**
176:1, 177:1

**certify**
176:4, 177:2

**cetio**
79:8, 79:9

**chance**
26:11, 113:24,
126:23, 129:7

**change**
70:24, 160:4

**changed**
57:23, 71:11,
71:19

**changing**
162:7

**chaotic**
90:14

**characterization**
23:7

**charge**
138:21, 139:3,
139:22, 140:18,
160:9, 161:24

**charged**
37:2, 38:1,
38:9, 44:8,
46:8, 53:1,
91:17, 91:18,

139:24

**chart**
4:19, 38:13

**chat**
81:5

**check**
25:24, 50:2,
50:5, 50:11,
91:8, 104:23,
106:8, 138:11,
138:16, 138:24,
139:7, 139:23,
140:8, 140:13,
140:19, 147:5

**checked**
33:8, 41:13,
91:25

**checking**
30:16, 31:12,
32:8, 32:16,
33:16, 92:4,
135:24

**checkout**
25:10, 25:18,
28:19, 37:2,
53:2, 62:24,
70:13, 73:23,
140:24, 146:5,
146:25, 147:11,
147:17, 147:18,
147:25

**checks**
26:4

**chicken**
56:10

**children**
10:22, 10:24,
30:10, 30:24,
31:1, 90:14

**chips**
81:17

**chocolate**
24:5, 24:6,
24:10, 76:12,
76:18, 77:3

**christmas**
102:18

**churches**
11:15

**circumstances**
60:13, 60:25,
69:9, 79:2

**citi**
118:17, 135:14

**citibank**
40:6

**claim**
15:8, 15:11

**claiming**
173:19

**claims**
64:19, 114:10,
114:16, 134:2

**clarify**
144:12

**clarifying**
70:18

**class**
6:17, 6:19,
52:24, 68:25,
150:8, 150:23,
151:18, 152:4,
153:10, 153:23,
157:12, 158:2,
158:8, 158:16,
158:18, 158:19,
158:20, 169:20,
169:22, 170:1

**classroom**
14:15, 108:23

**claudia**
12:20, 12:21,
13:5

**clear**
67:23, 143:23,
144:24, 145:21

**client**
67:21

**close**
51:12, 71:5,
72:19, 72:24,
89:12, 102:3

**closed**
21:9

**closely**
71:19, 91:8

**clothes**
60:17, 60:20

clubs
11:14
coleman
3:4
collect
114:21
colurt
126:16
com
129:7
combined
54:3
come
31:6, 56:21,
74:18, 99:12,
129:2
comedian
13:3
communicated
18:16, 117:14,
170:3
communication
69:1
communications
64:17, 132:22,
133:2
community
83:14
company
13:7, 39:3
compare
50:25, 102:11
comparement
98:6
comparing
99:13
comparison
50:20, 50:23,
51:3, 100:14,
127:13, 127:14,
127:18
comparison-shopp-
ing
97:23, 97:25,
98:5, 98:8,
98:9, 98:16,
98:19, 98:25,
100:3, 100:9,

102:1, 102:6
compensated
170:11
compensation
15:8, 157:23,
158:11
complaint
4:10, 16:21,
16:23, 20:13,
36:20, 36:22,
38:15, 54:7,
134:10, 134:17,
164:15, 165:2,
165:9, 165:18
complete
129:6
completed
36:7, 129:9
completely
9:9, 161:20
compounding
145:1
condition
9:4
confidentiality
7:8
conflating
141:13
confused
95:25
considered
137:19
considering
159:13
consistent
37:4, 38:16,
88:8, 89:22,
94:2, 94:18,
95:2, 116:17
construction
13:7
consumer
147:16, 171:5
consumers
31:11, 138:24,
140:2, 140:7,
140:12, 151:5,
170:16, 172:18

contacted
64:22
contending
171:1, 171:5,
171:13
content
68:3
contention
172:16
contents
77:25
continue
52:24, 159:6
continued
5:2, 92:25
conversation
43:19, 43:22,
43:25, 44:7,
58:21, 65:18,
66:2, 66:3,
66:10, 66:23,
67:24, 109:23,
128:5
conversations
46:19, 62:7,
81:20, 96:9,
124:16
convicted
15:13
convoluted
37:12
copy
118:25
corner
33:4
correct
32:5, 32:13,
35:12, 36:5,
40:16, 41:5,
49:6, 56:6,
56:7, 63:1,
68:13, 68:22,
68:23, 71:5,
78:15, 79:10,
90:17, 91:15,
91:21, 91:22,
122:17, 123:22,
128:20, 130:17,

135:12, 137:8,
148:19, 148:24,
149:2, 151:6,
151:7, 152:14,
152:24, 160:2,
160:9, 165:20,
165:23, 166:15,
168:16
corrected
63:21, 64:12,
93:11, 167:9,
168:7
cosco
60:6
cost
100:14
costco
41:3, 41:6,
41:7, 60:20,
61:17, 72:15,
72:19
could
13:22, 53:6,
62:25, 71:3,
90:1, 90:8,
91:8, 92:7,
98:23, 104:1,
104:25, 107:6,
127:23, 136:1,
136:7, 149:21,
150:9, 150:10,
150:16, 151:13,
151:24, 160:12,
165:2, 165:9,
168:6, 174:2
couldn't
47:11
counsel
6:13, 6:16,
7:11, 41:19,
48:3, 48:10,
48:12, 48:15,
48:19, 49:1,
49:3, 49:7,
164:25, 169:19,
174:12, 176:11,
177:7
count
174:24, 175:3

county
164:16, 165:3,
165:10, 165:19
couple
57:20, 85:21,
85:22, 154:1,
161:15
coupon
34:7, 34:12,
129:15, 129:17
coupons
34:8, 70:12,
88:20, 88:24
court
1:1, 6:5, 6:23,
7:24, 8:7, 15:4,
23:20, 27:15,
27:18, 27:21,
77:10, 86:25,
103:11, 122:21,
126:18, 176:1
cousins
12:13
crazy
91:7
cream
122:9, 124:3
created
94:15
credit
25:6, 25:7,
38:8, 38:21,
38:22, 38:23,
38:24, 38:25,
39:1, 39:2,
39:3, 39:4,
39:22, 39:25,
40:9, 40:13,
40:24, 41:14,
46:5, 89:4,
105:23, 115:14,
118:16, 118:20,
118:24, 119:8,
120:23, 135:13
crumbs
122:8, 124:2
curious
103:21

current
9:23, 14:9
currently
9:8, 10:16
customer
61:16, 136:1,
136:7, 151:8,
172:24
customers
36:6, 58:8,
134:13, 146:24,
147:23, 148:4,
148:9, 148:15,
149:4, 149:14,
149:21, 157:6,
161:3, 170:9,
171:22, 172:10,
173:4
cv
4:9, 6:6
cwolf
4:9, 4:10,
4:11, 4:12,
4:13, 4:14,
4:15, 4:16,
4:17, 4:18,
4:19, 4:20,
4:21, 4:22,
4:23, 4:24,
4:25, 5:4, 5:5,
5:6, 5:7, 5:8,
13:19, 13:20,
20:3, 20:4,
26:6, 26:7,
27:4, 55:3,
77:11, 84:23,
84:25, 87:1,
87:3, 96:25,
103:12, 103:14,
105:13, 105:15,
112:25, 113:21,
115:25, 118:10,
121:5, 122:22,
126:20, 128:11,
130:2, 131:9,
132:10, 133:10

**D**

d
79:8, 79:9

damage
134:12
damages
54:10, 134:3,
134:12, 173:19
dann
3:10, 6:15,
59:5, 64:22,
117:11, 117:18,
117:21, 118:4,
118:5
data
94:10
date
6:7, 10:13,
56:18, 58:5,
66:11, 67:18,
78:18, 88:2,
90:24, 94:15,
95:4, 95:8,
97:15, 116:21,
116:23, 116:24,
119:24, 122:15,
122:18, 124:6,
124:24, 129:22,
131:17, 142:22,
142:23, 143:6,
150:24, 156:21
dated
82:17, 84:9,
116:14, 119:19,
120:14, 123:11
dates
38:14, 108:20
daughter
26:17, 26:18,
27:8, 27:25,
42:8, 42:13,
94:4, 146:1
daughters
77:2, 104:17
day
8:21, 17:24,
28:24, 29:9,
30:2, 31:15,
32:20, 42:5,
74:25, 92:5,
92:8, 101:1,

109:8, 110:20,
112:9, 125:21,
129:1, 141:12,
141:17, 143:11,
143:20, 144:7,
148:5, 151:10,
154:21, 154:25,
155:23, 156:12,
156:24
days
32:21, 144:10,
149:22
deal
55:21
decedio
79:7
december
21:9, 46:16,
46:20, 47:17,
47:22, 48:2,
49:18, 53:16,
54:3, 55:23,
56:4, 63:18,
74:7, 120:14,
122:3, 123:3,
123:19, 124:17,
124:23, 125:4,
134:5, 135:4,
154:7, 154:8,
154:18, 155:6,
155:7, 155:12,
155:16
deceptive
52:22
decide
160:16
decided
48:10, 48:11,
48:15, 48:18,
48:25, 49:2,
153:9, 164:24,
168:2
decido
80:23
decision
43:2, 49:3,
53:20
deed
21:3, 21:5

**defendant**
1:11, 3:15,
6:21, 38:9, 58:6
**defendants**
7:11
**defendant's**
52:22
**defer**
53:12, 54:15,
113:15, 157:13,
160:15, 170:14,
170:20, 173:23
**defined**
144:5
**definition**
144:13
**denied**
134:9, 136:24
**depend**
30:9
**depended**
71:23
**depends**
22:7, 30:8,
74:2, 77:1
**depicted**
94:21, 100:10,
132:6, 142:1,
146:2, 155:15
**depicts**
38:14
**depos**
6:10, 6:24
**deposed**
15:2
**deposition**
1:13, 2:1, 6:3,
6:10, 7:17,
15:3, 15:23,
16:5, 17:22,
18:17, 144:20,
175:8, 175:12
**describe**
58:2, 157:1
**described**
63:4
**description**
4:8, 5:3

**designations**
7:8
**dg**
83:6
**dgcustomerfirst**
129:7
**diagnosed**
42:19
**didn't**
21:2, 23:18,
48:16
**difference**
52:25, 106:12,
137:20, 147:10,
147:16, 147:24,
150:3, 167:10
**differences**
169:6
**different**
8:12, 33:14,
39:16, 47:12,
54:6, 99:15,
104:6, 104:7,
171:13
**difficult**
145:2
**digital**
106:24, 107:2,
176:8, 177:3
**digits**
29:18, 39:14,
39:22
**direct**
52:21, 78:10,
145:24
**disagree**
141:18
**disclosures**
4:20, 114:6
**discount**
70:14, 88:14,
88:15
**discoverable**
114:9
**discovery**
19:17, 35:23,
175:9
**discrepancies**
36:25, 37:8,

37:14, 38:12,
43:11, 43:16,
50:2, 53:8,
58:3, 58:6,
58:10, 64:19,
66:8, 70:22,
83:24, 90:13,
90:15, 101:14,
101:20, 110:5,
131:21, 153:11,
164:14, 164:24,
165:4, 165:11,
165:20, 166:1,
171:24, 172:11
**discrepancy**
44:5, 46:10,
59:11, 67:13,
111:3, 111:13,
127:25, 137:15,
138:1, 139:14,
149:5, 149:7,
168:1
**discuss**
93:8
**discussed**
37:13, 55:16,
98:14, 120:1,
120:7, 137:3,
173:8, 173:15,
173:20
**discussion**
45:20, 47:24,
48:7, 48:12,
48:19
**discussions**
109:16, 124:25
**discusss**
125:6
**disparities**
164:9
**display**
140:24, 141:3,
141:22, 142:15,
142:21, 143:5,
143:14, 145:11,
146:4, 146:25
**distracted**
30:11

**district**
1:1, 1:2, 6:5,
6:6, 151:3
**document**
14:1, 20:10,
69:6, 70:20,
77:24, 105:20,
111:4, 111:13,
114:2, 115:23,
116:3, 118:8,
118:13, 121:9,
130:5, 133:9,
133:17
**documentation**
140:5
**documents**
16:1, 16:17,
19:13, 19:15,
19:19, 19:24,
113:10, 113:14,
114:21, 115:8,
115:17, 133:19,
133:20
**dog**
10:12, 56:11
**doing**
6:22, 73:17,
97:25, 98:8,
98:25, 100:3,
100:9, 102:1,
102:5, 115:3,
153:14
**dolgen**
1:9, 1:10,
3:15, 6:4, 6:21,
7:12
**dollars**
56:6
**donald**
173:14
**done**
62:4, 70:14,
80:6, 97:4,
105:17, 137:24,
150:9, 150:16,
152:3
**don't**
8:10, 8:16,

8:17, 19:23,
23:2, 24:11,
25:16, 26:21,
28:17, 30:8,
31:22, 32:4,
33:1, 33:12,
34:13, 38:4,
39:19, 39:23,
41:11, 41:18,
43:23, 44:15,
45:5, 45:10,
45:18, 45:22,
46:2, 46:18,
47:15, 47:18,
47:23, 48:25,
50:21, 63:22,
68:2
**down**
7:25, 8:7,
38:5, 56:22,
62:16, 75:17,
78:13, 80:4,
129:6, 159:23
**drank**
42:12
**drawer**
35:15, 35:21,
36:1
**drink**
101:8
**drinks**
104:15
**drive**
21:21, 21:23,
51:15, 51:24
**driving**
159:13
**due**
134:18, 172:24
**duly**
7:2
**during**
19:15, 37:21,
38:9, 45:8,
46:7, 49:17,
51:7, 72:8,
140:24, 168:21
**duties**
169:12

**E**

**each**
8:2, 39:8,
91:11, 97:15
**earlier**
15:2, 68:21,
76:4, 93:25,
96:16, 102:2,
136:20, 141:4,
163:24, 166:12
**easier**
7:20, 8:7,
42:19, 154:2
**east**
3:5, 3:18,
9:24, 20:19
**eat**
99:22, 99:23,
126:3
**eats**
125:23
**education**
14:14
**eggs**
56:24, 127:24,
128:6, 159:16
**eighth**
85:15
**either**
12:4, 17:21,
18:9, 21:19,
67:3, 67:10,
67:11, 101:8,
102:17, 113:12,
114:8, 127:3,
175:7
**elected**
11:17
**electronic**
116:13
**eligible**
69:2
**elizabeth**
9:22
**elmhurst**
9:24, 20:20
**else**
8:5, 11:9,

11:11, 16:24,
17:2, 18:9,
24:9, 34:18,
38:3, 40:18,
66:25, 72:17,
87:19, 157:13,
160:24
**email**
139:15
**emily**
82:17, 82:18,
82:22
**emily's**
83:3
**employed**
176:12, 177:8
**employee**
25:24, 26:3,
26:4, 28:20,
29:1, 29:4,
62:8, 62:23,
64:12, 148:18,
164:9, 164:14
**employees**
48:1, 48:8,
48:13, 48:22,
61:24, 93:10
**encompasses**
151:2
**end**
18:10, 106:24,
109:3
**ended**
106:23, 120:18
**ending**
89:1, 100:11,
106:18, 107:13,
116:8, 119:11,
119:14, 120:13,
121:17
**enrique**
2:9, 6:24,
176:2, 176:18
**ensure**
138:12, 138:17,
138:25, 140:24,
147:1
**enter**
70:12

**entire**
134:14
**entities**
114:8
**entry**
119:19, 120:6
**equivalent**
113:11
**especially**
159:16
**esquire**
3:3, 3:9, 3:16
**essence**
31:23
**et**
3:2, 6:4
**even**
159:7
**eventually**
33:24
**ever**
7:17, 14:24,
15:7, 15:10,
15:13, 24:18,
24:22, 25:17,
29:3, 31:16,
31:23, 34:8,
34:11, 37:13,
41:8, 50:4,
50:9, 50:17,
51:16, 52:11,
58:20, 59:11,
59:16, 59:21,
61:15, 62:4,
62:7, 65:14,
67:18, 67:25,
68:4, 68:18,
68:24, 69:18,
69:21, 70:3,
70:6, 70:8,
70:14, 75:23,
77:17, 81:19,
82:1, 83:21,
105:6, 109:9,
109:22, 110:4,
114:2, 117:13,
121:9, 127:2,
129:8, 129:17,

131:12, 132:3,
132:13, 142:20,
143:4, 145:4,
154:17, 161:5,
164:8, 164:13,
166:5, 170:2
**every**
21:20, 57:20,
87:10, 171:1,
171:5, 171:14,
172:24
**everybody**
161:3
**everyone**
171:18
**evidence**
125:10, 161:7
**exact**
66:11, 144:9,
144:22, 145:4,
145:10, 163:22,
173:1
**exactly**
14:13, 97:7,
113:5, 125:20,
172:17
**examination**
4:3, 7:11,
174:12
**examined**
7:3
**example**
145:9
**exceptions**
162:14
**exchange**
60:7
**excuse**
31:5, 31:9,
68:9, 73:6
**exhibits**
7:7, 112:23
**exist**
146:13
**expect**
158:2, 158:3,
158:7, 158:11,
158:15, 158:18

**expectation**
157:14, 157:21,
157:22
**experience**
173:1, 173:5
**experienced**
151:10, 171:7,
172:11
**experiences**
171:15
**experiencing**
110:4
**explain**
90:1
**extent**
67:21, 152:22

**F**

**fact**
152:17, 152:20
**factory**
13:15
**fair**
33:14, 39:21,
41:4, 71:17,
76:13
**fall**
61:8
**falling**
120:4
**familiar**
26:13, 133:18
**family**
12:10, 22:8,
24:13, 24:18,
24:21, 42:17,
72:7, 74:14,
99:23, 104:14,
107:22, 108:1,
108:10, 109:10,
109:17, 109:25,
110:5, 125:23,
165:25, 166:6
**fantastic**
106:11
**far**
49:12, 51:24,
142:7, 163:15

**farther**
56:22, 102:4
**fat**
46:16
**father**
65:14
**fault**
118:2
**feel**
41:4, 144:21,
152:13, 175:10
**feelings**
153:21, 158:24
**felony**
15:14
**few**
7:19, 9:3,
25:20, 77:22,
88:11, 120:12,
121:14, 121:15,
133:25
**fifth**
80:22, 82:10,
87:13, 106:19,
154:14
**figured**
164:7
**filed**
15:7, 15:10,
15:16, 57:24,
81:23, 83:18,
137:10, 137:18,
150:10, 159:7,
159:19
**filing**
109:17, 109:24
**finalized**
55:13
**financial**
176:14, 177:10
**find**
61:24, 61:25,
111:3, 111:13,
115:8, 163:21,
172:4, 172:12
**finding**
154:3
**fine**
81:16, 106:17,

118:2, 123:10,
139:5, 153:14,
157:22
**finish**
8:3, 8:4
**firm**
6:16, 59:5,
64:22, 65:6,
117:9, 117:10,
117:18, 117:22,
118:4, 118:6
**firms**
19:6
**first**
7:21, 37:19,
37:21, 37:25,
52:18, 52:20,
55:20, 58:2,
58:9, 58:11,
66:7, 66:13,
67:12, 77:20,
78:11, 78:13,
79:21, 86:9,
97:18, 101:7,
106:2, 106:11,
106:23, 112:5,
117:1, 117:4,
117:5, 124:10,
128:22, 130:23,
142:19, 146:13,
154:14
**fit**
60:17, 61:3
**five**
10:3, 15:17
**fix**
159:4
**fixed**
166:14, 166:25,
167:19, 167:22,
168:15
**flip**
82:16, 87:4
**focus**
36:21, 52:18,
52:20
**follow**
41:19

**follows**
7:3
**food**
56:11, 57:10,
84:10, 84:17,
84:18, 85:8,
96:14, 96:18
**foregoing**
176:3, 176:5,
177:4
**forgive**
165:24
**forgot**
110:23, 163:23
**forums**
68:10
**forward**
149:15
**found**
115:10
**four**
16:6, 29:16,
39:14, 39:22
**four-year-old**
42:15
**fourth**
29:16, 80:11,
99:18, 106:19,
116:7, 121:16,
123:4
**free**
43:4, 58:17,
65:11, 66:21,
71:7, 76:19,
111:10, 128:19,
152:13, 156:3,
156:7, 156:17,
156:19, 175:10
**freedom**
113:10, 113:13
**frequency**
57:21, 71:16,
134:19
**frequently**
74:9, 99:11
**fresh**
8:23
**friends**
117:17, 165:25,

166:6
**front**
146:11
**full**
9:20, 14:14
**fully**
9:5, 176:5
**funny**
163:21
**further**
174:10, 175:5,
175:6

**G**

**gain**
157:7
**geez**
129:2
**general's**
134:11, 134:12,
134:16, 134:19,
136:13, 151:23,
153:5, 153:17,
170:21
**generally**
141:16, 144:11
**geography**
102:19
**getting**
68:2, 111:19
**gift**
129:8
**girls**
91:7
**give**
7:23, 33:20,
120:25, 163:9
**given**
36:6, 36:14,
98:17, 149:6
**gives**
89:19, 134:8
**giving**
7:22, 125:10
**go**
7:19, 21:19,
23:18, 24:17,
24:18, 24:22,

26:3, 29:15,
36:20, 41:20,
51:23, 55:15,
57:22, 62:16,
72:14, 72:17,
74:25, 75:8,
75:19, 76:5,
76:21, 78:9,
85:13, 87:24,
87:25, 93:17,
93:18, 94:13,
100:18, 102:13,
103:1, 111:21,
112:2, 119:10,
120:12, 123:4,
133:24, 137:25,
153:25, 154:1,
154:21, 156:12,
156:24, 163:24,
168:12, 174:4,
174:6
**goes**
24:14, 24:19,
38:13, 62:17
**going**
8:3, 8:17,
26:10, 28:7,
36:19, 75:19,
75:20, 77:9,
77:15, 84:6,
85:13, 93:9,
96:22, 102:10,
112:23, 113:20,
132:15, 138:3,
138:5, 142:8,
144:1, 149:15,
153:25, 156:2,
159:15
**gone**
61:15, 111:12,
168:6, 168:12
**good**
7:14, 7:15,
13:2, 62:12,
87:17, 118:3,
138:23, 146:23,
147:15, 147:23,
148:9, 153:22

**goodbye**
62:13
**gotten**
144:19, 144:21,
166:24, 168:7,
168:15
**government**
164:8, 164:14
**governs**
7:6
**great**
36:4
**greater**
153:22
**groceries**
168:24
**grocery**
72:8
**grossman**
3:4
**group**
81:5
**guess**
39:2, 42:20,
71:15, 71:18,
92:24, 113:9,
143:21, 168:4,
171:12, 172:23
**guests**
101:11
**guidelines**
7:19

**H**

**hairs**
145:13
**half**
6:19, 16:14,
18:23
**halloween**
29:10, 57:11
**hand**
33:4, 33:12
**handed**
115:14
**handing**
13:19, 20:2,
26:6, 55:1,

77:13, 84:25,
87:3, 97:2,
105:15, 113:2,
113:23, 116:2,
118:12, 121:7,
122:24, 126:22,
128:13, 130:4,
131:11, 133:7,
133:12

**handwritten**
132:4

**hang**
22:8, 34:2,
34:17

**hanging**
34:4

**happen**
25:12, 29:7,
63:20, 92:25,
152:2, 152:6,
152:15, 153:2,
162:2, 162:7

**happened**
35:3, 47:12,
63:7, 63:10,
90:1, 90:3,
153:11, 168:11

**happening**
47:11, 65:2

**happy**
8:11, 145:14

**hard**
8:3, 78:8

**harm**
134:18

**harold**
3:23, 6:9

**heads**
7:24

**hear**
12:1

**heard**
58:10, 58:11

**hearing**
15:4, 65:17

**heavy**
122:9, 124:2

**held**
2:1

**hello**
62:12

**help**
7:20, 102:19,
106:1

**here**
6:2, 9:13,
16:9, 29:12,
40:1, 41:21,
55:16, 56:21,
79:2, 88:11,
99:1, 104:18,
111:19, 112:24,
113:8, 114:17,
119:17, 121:15,
125:16, 131:17,
132:6, 141:24,
143:23, 144:20,
145:14, 153:4,
173:8, 173:15,
173:20

**here's**
105:11

**hereby**
176:4, 177:2

**hey**
80:24, 166:6

**he's**
19:5, 21:5

**higher**
38:10, 46:8,
147:11, 147:18,
148:1, 148:6,
168:25

**highway**
3:11

**hire**
169:18

**hitting**
83:6

**hlwndiy**
29:21

**hobbies**
11:22

**hold**
17:25, 33:24

**home**
20:20, 20:24,

20:25, 35:8,
35:9, 35:16,
44:23, 44:24,
45:1, 47:1,
51:7, 51:14,
51:20, 51:25,
74:19, 82:24,
90:16, 91:9,
92:1, 102:3,
102:21, 103:3,
129:2, 131:2,
137:15, 137:25,
148:5, 148:22,
167:25, 169:1

**honest**
13:4, 39:20

**hope**
157:7, 157:11

**horseradish**
122:8, 124:2

**hot**
111:19

**hotdogs**
56:11

**hour**
16:14, 18:5,
18:6, 18:22,
123:16

**hours**
22:1, 149:22,
159:15, 163:20

**house**
31:1, 72:24,
159:12

**household**
91:11

**huh-uh**
23:19

**hundred**
129:8

**hunter**
3:3, 6:18,
16:16, 17:18,
18:8, 18:25

**husband**
18:12, 19:10,
23:1, 58:15,
71:7, 74:5,

79:3, 93:9,
101:8, 104:12,
109:16, 109:23,
113:13, 135:21,
155:3, 155:8,
155:11, 155:17,
156:9, 156:20,
163:21, 166:13,
167:19, 168:14,
170:4

**husband's**
121:12

**huzar**
132:23

**I**

**idea**
138:24, 146:23,
147:15, 147:23,
148:9

**identification**
13:21, 20:5,
26:8, 55:4,
77:12, 84:24,
87:2, 97:1,
103:13, 105:14,
113:1, 113:22,
116:1, 118:11,
121:6, 122:23,
126:21, 128:12,
130:3, 131:10,
132:11, 133:11

**identifies**
134:10

**identify**
6:13, 64:17,
68:9

**improper**
144:18

**impulse**
75:24

**inaccurate**
148:11

**inappropriate**
144:19

**inches**
154:15

**incidences**
134:15

incident
53:16, 63:4,
64:3, 74:4
incidents
53:16, 54:2,
111:2
including
85:24, 109:16,
109:23, 163:18,
163:19
incorrect
95:9, 166:14,
168:15, 170:22,
171:2, 171:3
indicate
92:20
indicated
102:2
indicating
132:5
individual
134:2, 170:3
individuals
114:8, 114:15
inferring
81:13
inform
148:18, 149:6
information
103:25, 113:11,
113:14, 114:9,
114:16, 115:11
infringes
67:21
ingredients
56:11
initial
114:5
initially
160:16
injuries
52:25, 53:5,
53:7, 54:10,
134:3
instance
111:11, 136:22,
167:18
instances
60:18, 61:9,

instant
78:13, 78:19
instead
7:23, 144:13
intend
75:25, 173:25
intention
34:10, 102:5,
129:21
intents
9:15
interest
176:13, 177:9
interference
120:2
interrogatories
55:8
interrogatory
55:18, 58:1,
62:15, 63:5,
64:15, 68:7
interrupt
81:15
intolerant
42:18
investigated
63:1
involved
160:17
iphone
26:24, 78:4,
87:11, 87:15,
87:20, 121:8,
121:11
issue
48:1, 48:7,
48:13, 48:21,
67:22, 93:10,
167:20
issues
65:21, 65:25,
67:13, 159:5,
175:9
item
29:25, 30:1,
36:17, 47:12,
51:2, 59:24,

86:15, 134:10

61:21, 63:21,
72:2, 72:6,
100:10, 101:7,
124:10, 149:5,
149:15
items
24:18, 30:4,
31:10, 31:11,
36:15, 56:11,
56:17, 56:24,
57:5, 57:10,
60:8, 61:24,
71:16, 73:22,
85:24, 88:12,
90:11, 99:11,
99:13, 100:23,
101:5, 101:12,
104:7, 132:5,
137:5, 140:23,
146:24, 153:12,
161:11, 162:24
itself
64:16
it's
8:23, 14:4,
25:12, 28:2,
34:10, 39:1,
39:4, 42:19,
53:17
i'm
8:3, 8:6, 8:17,
8:20, 12:12,
13:5, 13:19,
14:10, 16:22,
17:25, 20:2,
23:2, 23:11,
23:20, 26:6,
26:9, 27:20,
28:25, 35:12,
37:12, 39:2,
41:5, 43:18,
52:8, 52:19,
54:5

**J**

january
1:15, 6:7,
177:14

javier
3:9, 6:15,
16:16, 17:18,
18:8, 18:25,
67:10, 67:11,
68:1, 154:5
jeff
18:25, 19:1,
67:10, 67:11
jennifer
12:18, 13:8,
80:22, 81:7,
81:20, 82:11
jersey
12:5, 12:7,
12:22, 73:3
job
1:23, 14:9
jobs
13:4
joe
11:7, 21:1,
23:17, 24:22,
31:1, 31:6,
37:13, 41:25,
42:22, 43:15,
45:15, 46:15,
46:20, 47:24,
48:7, 49:17,
49:19, 50:3,
52:10, 53:6,
53:20, 54:1,
58:15, 65:3,
65:4, 65:18,
66:10, 66:17,
68:18, 78:14,
78:15, 78:16,
80:5, 80:11,
84:8, 84:12,
84:14, 85:7,
85:16, 86:3,
92:13, 92:16,
93:5, 93:23,
96:2, 96:6,
96:10, 107:7,
108:8, 109:17,
109:24, 110:25,
111:10, 116:14,

119:2, 120:19,
121:1, 122:12,
122:15, 123:17,
123:21, 124:16,
124:25, 127:1,
127:10, 127:14,
127:23, 128:17,
130:17, 131:2,
131:15, 135:9
**joe's**
65:14, 122:1
**joel**
56:5
**joes**
127:4
**joe's**
51:14
**johnathan**
117:2, 117:8,
117:14
**joint**
39:1, 39:4,
40:2, 40:20,
40:22, 53:17,
53:21, 119:8,
120:23, 135:9,
135:20, 135:24
**joseph**
1:4, 3:2,
10:19, 36:24,
37:7, 38:6,
38:8, 39:5,
40:2, 46:5,
64:22, 114:11,
174:13
**june**
97:16, 101:19,
107:16, 107:20,
108:15, 109:3
**jury**
9:16, 9:18

**K**

**keep**
35:13, 35:14
**keeping**
175:11
**keeps**
120:4

**kids**
25:1, 71:24,
76:3, 81:18,
126:2, 159:17,
164:7
**kind**
7:24, 15:4,
24:4, 68:10,
74:24, 76:17,
141:13, 146:4,
168:25
**kinds**
76:20
**knew**
24:8, 44:24,
49:12, 49:16,
71:10, 78:22,
167:18, 168:5
**knowledge**
49:9, 50:4,
117:15, 117:18,
128:16, 176:10,
177:6
**knowledgeable**
169:19
**kow**
128:3

**L**

**label**
47:21, 90:20,
90:23, 91:16,
156:18
**labeled**
89:9
**labels**
49:20, 50:5,
50:11, 50:18,
52:10, 73:15,
124:18, 130:13,
154:17, 154:22,
155:2, 155:13,
155:15, 156:6
**lables**
125:1, 155:7
**labor**
109:8
**lactose**
42:18, 43:3,

43:20, 58:17,
65:11, 66:21,
71:7, 76:19,
111:10, 128:19,
156:3, 156:7,
156:17, 156:19
**lactose-free**
41:22, 42:1,
42:5, 42:21,
43:8, 43:21,
44:1, 45:8,
45:12, 45:16,
45:24, 111:1
**land**
122:7, 124:10
**last**
11:12, 15:17,
16:22, 17:6,
17:8, 17:19,
17:23, 18:21,
19:3, 22:22,
23:4, 23:15,
23:23, 29:18,
31:19, 39:14,
39:21, 41:15,
66:18, 83:3,
88:12, 102:16,
104:15, 175:5
**late**
36:24, 132:3,
142:21
**later**
34:18, 35:4,
35:5, 35:7,
44:18, 91:25,
92:8, 148:23,
149:5, 149:22
**latest**
80:13
**latter**
147:11
**law**
3:10, 6:16,
19:6, 59:5,
64:22, 65:6,
117:9, 117:10,
117:11, 117:18,
117:22, 118:4,

118:5
**lawsuit**
15:20, 54:12,
57:23, 59:6,
68:19, 68:22,
69:18, 81:21,
93:15, 109:17,
109:24, 114:16,
114:23, 115:9,
118:4, 125:10,
137:10, 137:16,
137:17, 149:19,
150:19, 150:24,
152:5, 157:5,
157:8, 157:15,
157:24, 159:7,
159:19, 160:17,
161:7, 161:15,
163:15, 168:2,
169:13, 173:12
**lawsuit's**
157:2
**lawyer**
59:2, 59:5,
66:14, 67:12,
117:2
**lawyers**
15:25, 16:3,
16:4, 28:12,
92:14, 93:16,
113:16, 117:24,
125:14, 125:22,
137:16, 138:2,
148:7, 150:8,
153:9, 153:22,
157:18, 160:15,
168:3, 170:14
**lays**
80:25, 81:1,
81:12, 88:13
**laz**
12:24, 13:3
**lead**
84:10, 84:16,
85:7
**least**
52:1, 62:19,
105:2, 168:21

**leave**
70:8, 175:8
**legal**
48:3, 48:10,
48:12, 48:15,
48:18, 49:1,
49:2, 49:7,
64:23, 133:20,
164:25
**less**
37:11, 74:9,
159:11, 159:18
**let's**
84:22, 87:25,
174:6
**letting**
149:23
**let's**
7:9, 7:19,
29:16, 41:20
**likely**
41:11, 97:23,
108:7, 108:23
**line**
116:10, 144:2,
162:17
**lines**
62:24
**list**
75:3, 75:4,
75:7, 75:9,
75:10, 75:15,
75:16
**listed**
41:21, 114:17,
126:8
**lists**
114:11, 119:4
**little**
23:8, 23:9,
27:16, 27:22,
42:14, 52:9,
73:20, 78:10,
90:14, 91:7,
101:25, 102:19,
155:1
**live**
12:6, 12:14,

**51:8, 73:1,**
102:21, 168:21
**lived**
10:1, 11:11
**lives**
11:6
**living**
12:4
**llc**
1:9, 6:5, 6:22,
7:12
**llp**
3:4, 3:17
**local**
83:13
**located**
22:12
**lol**
80:24, 81:11
**long**
10:1, 10:20,
16:12, 17:14,
18:4, 18:21,
21:21, 21:23,
25:12, 34:2,
63:13, 63:14,
64:2, 64:5,
64:7, 64:9,
75:3, 163:25,
167:3, 168:19
**longer**
164:3
**look**
13:22, 14:5,
19:19, 20:7,
26:9, 26:13,
30:4, 30:15,
32:22, 34:24,
72:1, 73:7,
73:15, 73:21,
74:7, 77:14,
81:14, 85:25,
97:3, 97:8,
99:18, 103:16,
104:24, 105:2,
105:16, 106:17,
112:10, 112:17,
113:5, 113:23,

113:25, 117:1,
120:10, 129:2,
133:13, 133:20,
165:15, 170:16
**looked**
13:23, 32:7,
32:16, 93:25,
96:15, 119:3,
141:3, 143:11,
143:20
**looking**
12:12, 35:21,
45:2, 61:21,
79:11, 91:3,
119:13
**looks**
28:21, 79:6,
80:5, 85:15,
85:18, 89:1,
93:22, 93:23,
105:1, 105:3,
108:15, 133:18,
142:5, 142:11
**loose**
103:22
**loss**
174:25
**losses**
174:17
**lot**
11:25, 133:19
**lots**
104:6
**love**
76:15
**low**
46:15
**low-fat**
46:11
**loyalty**
76:14

| M |
|---|

**made**
38:6, 43:3,
46:6, 56:5,
89:13, 90:3,
106:9, 107:6,

108:7, 109:9,
110:25, 111:10,
113:13, 120:1,
120:19, 122:15,
123:21, 125:6,
127:19, 146:6,
150:2, 156:9,
156:21, 165:2,
165:9
**maiden**
10:4, 10:7
**mail**
69:6, 69:10
**make**
7:7, 7:20,
7:21, 7:22, 8:6,
30:22, 41:9,
57:22, 68:1,
75:23, 87:8,
91:13, 94:9,
95:22, 139:8,
139:24, 141:19,
141:23, 142:6,
145:11, 158:9,
161:6, 165:18,
175:10
**makes**
106:15
**making**
13:15, 115:10,
145:1, 164:15
**man**
132:23
**manager**
13:6, 13:7
**many**
10:24, 16:3,
40:11, 57:12,
57:14, 57:22,
161:11, 161:18,
171:22, 172:9
**march**
10:15
**mariam**
12:16
**marino**
6:15
**mark**
13:17, 19:25,

77:9, 84:22,
113:20, 115:24,
118:9, 121:3,
126:15, 128:10
**marked**
13:20, 20:2,
20:4, 26:7,
54:25, 55:3,
77:11, 84:23,
87:1, 96:25,
103:12, 103:14,
105:13, 112:25,
113:21, 115:25,
118:10, 121:5,
122:22, 126:20,
128:11, 130:2,
131:9, 131:11,
132:10, 132:12,
133:7, 133:10,
133:12
**marking**
86:23, 103:9
**married**
10:5, 10:6,
10:16, 10:18,
10:20
**mastercard**
40:7, 40:17,
41:2, 89:1,
105:24, 106:13,
118:17, 135:14
**matter**
6:4, 149:3,
149:13, 149:18
**max**
121:8, 121:11
**maybe**
17:15, 18:22,
19:17, 20:18,
23:25, 25:20,
34:13, 50:20,
60:12, 63:15,
82:11, 98:18,
99:5, 124:8,
152:13, 152:15
**mcguire**
6:20
**mcguirewoods**
3:17

**mean**
12:10, 12:12,
14:16, 50:24,
71:16, 76:11,
81:14, 94:8,
95:19, 139:6,
139:18, 139:22,
142:12, 142:13,
152:15, 158:11,
163:8
**means**
141:24
**meant**
78:22, 79:25,
139:17
**measures**
113:5, 113:7
**media**
6:2, 15:19,
15:20, 68:12,
68:19
**medical**
9:4
**medications**
9:8
**meet**
16:4, 16:12,
16:15, 18:2,
18:4, 18:7,
18:24
**meeting**
17:3
**member**
15:20, 42:17,
151:19
**members**
52:24, 74:14
**membership**
11:14
**memory**
75:18, 95:3,
116:17
**mental**
75:10, 75:14
**mention**
45:6
**mentioned**
11:6, 31:9,

37:7, 43:10,
45:15, 54:7,
56:3, 136:18,
152:25
**mentioning**
65:25
**mentions**
117:2
**merchandise**
36:25, 38:10,
46:9, 136:2,
136:8
**message**
78:13, 78:19,
78:20, 78:22,
79:1, 79:5,
79:6, 80:4,
80:22, 81:3,
82:10, 83:5,
83:8, 84:8,
85:15, 93:22,
94:12, 96:1,
122:11, 123:17,
125:20, 126:8
**messages**
93:20
**met**
15:25, 16:2,
17:7, 17:21,
18:16, 117:13
**method**
25:6
**mic**
27:15
**middle**
29:20, 55:19
**might**
7:20, 54:16,
60:19, 75:23,
76:1, 91:1,
91:2, 98:2,
104:24, 114:15,
114:22, 115:9,
115:17, 127:16,
149:4, 149:14,
173:24
**milberg**
3:4, 6:18

**milk**
24:3, 24:4,
24:5, 24:6,
24:10, 41:22,
42:1, 42:5,
42:12, 42:21,
43:4, 43:8,
43:21, 44:1,
45:8, 45:12,
45:13, 45:16,
45:24, 56:23,
58:18, 65:11,
66:21, 71:7,
76:5, 76:7,
76:11, 76:12,
76:15, 76:17,
76:22, 104:5,
104:15, 104:20,
104:23, 111:1,
111:11, 128:19,
156:3, 156:7,
156:17, 156:19,
159:16
**mind**
138:4
**mine**
78:3
**mini**
26:24, 78:4,
87:11, 87:15,
87:20
**minute**
52:1, 56:22,
77:14, 105:11,
144:18
**minutes**
16:14, 17:15,
159:11, 159:12,
174:3
**mischaracterizat-
ion**
141:15
**mischaracterizes**
32:10, 32:18,
152:11, 152:22,
154:24, 167:13,
167:24, 168:9
**mischaracterizing**
141:7, 144:3

misconduct
134:11, 134:20
misheard
152:13
miss
129:22
mistaken
98:12
mistakes
162:1, 162:6
mix
56:24
mm-hmm
14:6, 21:6,
21:22, 23:16,
35:10, 74:20,
78:5, 78:12,
79:15, 82:25,
85:17, 107:15,
137:6
mobile
70:4
molly
1:25, 177:2,
177:13
mom
12:14
moment
38:20, 111:22,
112:2, 112:3
mom's
12:15
monday
109:8
money
60:9, 60:10,
75:2, 134:22,
136:15, 157:15,
157:23, 160:24
mongaup
110:12, 110:15,
119:20
monitor
6:8, 29:21,
29:25, 30:3,
30:15, 31:8,
31:18, 31:24,
32:1, 32:8,

32:16, 32:22,
73:21, 74:7,
91:3, 91:6,
94:5, 94:15,
94:19, 96:2,
141:3, 141:12,
141:16, 141:25,
142:5, 142:9,
142:11, 142:13,
142:14, 142:16,
142:21, 143:4,
143:15, 143:24,
144:5, 144:6,
144:9, 145:5,
145:7, 145:9,
145:10, 145:18,
145:19, 146:2,
146:4, 146:25
monitors
144:11, 146:10,
146:11, 146:13,
146:17
month
57:20
monticello
52:5, 52:6,
52:7, 102:14,
102:17, 102:20,
103:2
more
38:1, 44:8,
74:9, 77:1,
77:3, 99:1,
106:15, 119:12,
143:1, 145:1
morning
7:14, 7:15,
16:8, 16:10,
16:13, 16:18,
17:4, 17:6,
19:14, 62:12
most
16:7, 41:11,
60:12, 97:23,
99:11, 108:23
mother
13:10, 73:1
mother's
72:24

motivation
160:23
mountain
83:16, 83:17
move
22:9, 27:18,
27:21, 38:5,
46:3, 52:16,
56:8, 68:6,
112:23, 138:6,
140:20, 147:6
moves
68:7
moving
45:11
much
54:1, 102:4,
134:22, 159:13,
160:23, 163:14
multiple
144:4
muskaan
3:24
myself
90:12

**N**

name
9:20, 10:4,
10:6, 10:7,
12:15, 19:3,
29:4, 36:8,
36:17, 39:12,
39:13, 40:21,
62:23, 82:21,
83:3, 117:2,
119:4, 132:23,
133:3
named
39:5
names
11:1, 12:23
native
85:15, 93:19,
121:18
nd
9:24
near
89:17, 108:13

nearest
159:12
necessarily
12:13
necessary
7:9
need
75:21, 82:1,
120:10, 144:12,
159:16
needed
35:22, 124:1
needs
14:19
neighbor
82:19, 82:24
neighbors
83:18, 83:22
neither
176:11, 177:7
networking
68:9
never
20:1, 68:21,
136:12, 136:18,
138:4, 166:5,
170:16
new
1:2, 1:9, 2:3,
2:10, 3:6, 6:4,
6:6, 6:11, 6:12,
6:21, 7:12,
9:24, 12:5,
12:7, 12:22,
20:20, 20:21,
22:12, 25:9,
25:18, 45:25,
73:3, 80:12,
84:9, 110:17,
113:11, 119:21,
130:15, 134:14,
146:5, 151:3,
159:24, 160:5,
169:7, 170:5,
170:21, 171:3,
171:6, 171:15,
171:23, 172:10,
172:19, 172:25,

176:19
**next**
17:20, 56:8,
62:18, 79:5,
82:16, 85:13,
92:5, 94:13,
134:9, 137:20,
140:21, 156:14
**night**
17:8, 17:19
**nj**
3:12
**nodding**
7:23
**norman**
132:23
**north**
3:12
**notary**
2:10, 176:1,
176:19
**note**
76:22
**noted**
145:3
**nothing**
68:16, 158:17
**notice**
2:9, 104:18
**noticed**
36:24, 37:8,
37:14, 43:15,
59:11, 59:15,
142:20, 147:9,
147:15, 147:22,
148:5
**notwithstanding**
168:5
**november**
63:17
**number**
4:8, 5:3, 6:2,
6:6, 35:20,
70:7, 70:9,
70:13, 79:11,
85:23, 87:14,
87:25, 89:16,
93:19, 97:10,

97:11, 106:18,
106:25, 107:3,
110:10, 116:8,
119:11, 120:13,
121:16, 121:17,
121:18, 121:21,
126:17, 147:6
**ny**
2:3, 3:6

---
**O**
---

**o'lake**
122:7, 124:11
**oath**
9:13
**objected**
62:22
**objection**
12:8, 13:13,
19:21, 21:15,
21:24, 22:5,
22:17, 23:6,
23:13, 25:14,
26:1, 28:22,
30:6, 30:17,
31:13, 31:20,
32:2, 32:9,
32:10, 32:17,
32:18, 32:24,
33:10, 33:22,
34:5, 34:19,
36:10, 38:17,
39:17, 40:4,
42:6, 42:10,
42:24, 43:5,
44:3, 44:11,
44:19, 47:9,
48:23, 49:10,
49:22, 50:6,
50:13, 51:9,
51:21, 52:13,
53:10, 53:23,
54:13, 58:23,
67:20, 68:2,
70:16, 87:21,
92:11, 93:12,
94:23, 95:10,
98:3, 98:21,

99:3, 101:15,
102:8, 107:9,
107:10, 108:21,
132:20, 143:8,
143:16, 144:18,
145:1, 145:3,
150:22, 152:10,
152:21, 157:25,
168:17, 172:20,
173:2, 175:1,
175:10
**objections**
141:19
**objective**
110:21
**observe**
140:23, 146:24
**obtain**
161:6
**obviously**
141:19, 150:9
**occasion**
56:23, 62:20,
143:6, 143:13,
146:6
**occasions**
16:3, 32:6,
32:14
**occupation**
13:12
**occupations**
13:1
**occurred**
43:9, 63:4,
63:17, 93:8,
156:16, 164:24,
166:21, 166:23
**ocean**
83:12
**october**
63:17, 110:12
**odd**
13:4
**office**
13:7
**officer**
176:2
**official**
165:3, 165:10,

165:19
**often**
21:18, 40:23,
40:25, 98:5,
98:7, 98:8,
102:13, 102:15,
108:10
**oh**
26:18, 27:17,
31:4, 76:1,
76:16, 81:1,
81:13, 95:4,
103:23, 107:20,
117:7, 118:1,
123:9, 129:2
**okay**
7:25, 8:1,
8:14, 8:15,
8:18, 8:19, 9:1,
9:2, 10:13,
12:19, 12:25,
13:25, 16:24,
17:11, 18:6,
20:9, 21:11,
21:18, 23:9,
25:8, 26:12,
28:2, 31:4,
36:4, 40:17,
41:8, 52:6,
57:12, 68:17,
68:24, 73:5,
77:16, 79:9,
79:23, 80:4,
82:20, 82:23,
83:11, 83:17,
89:7, 94:11,
95:16, 95:21,
96:1, 96:21,
99:13, 99:18,
103:1, 105:10,
105:19, 106:1,
106:11, 106:15,
107:2, 107:21,
114:1, 119:15,
121:2, 121:14,
123:6, 124:10,
126:19, 128:13,
131:7, 132:8,

133:15, 134:14,
138:9, 141:18,
142:9, 142:10,
142:13, 142:14,
142:17, 142:18,
145:21, 152:6,
154:8, 155:20,
163:7, 173:24,
175:6
**old**
11:3
**older**
28:1, 79:23,
81:9
**once**
13:23, 33:20,
34:14, 44:23,
45:1, 70:21,
71:10, 92:9,
113:24, 133:14,
147:9, 147:15,
147:22
**one**
7:21, 13:12,
14:17, 19:5,
24:19, 26:18,
28:1, 29:16,
29:22, 35:18,
37:21, 40:12,
40:14, 40:15,
42:14, 53:15,
62:20, 77:8,
80:11, 84:21,
87:10, 87:25,
89:4, 94:14,
96:4, 97:15,
99:19, 104:25,
106:1, 106:24,
107:23, 108:16,
108:17, 110:20,
110:21, 119:12,
120:25, 126:14,
130:18, 134:21,
136:12, 143:1,
144:13, 152:17,
156:15, 166:13
**one's**
138:11, 138:16,

138:24
**ones**
40:11
**ongoing**
175:9
**online**
119:1
**only**
8:24, 41:3,
74:18, 78:20,
90:19, 90:22,
98:13, 98:15,
119:4, 129:16,
134:4, 137:25,
144:7, 159:14,
173:5
**open**
175:8, 175:12
**opinion**
148:8, 148:14,
149:20, 161:18
**opposed**
41:2, 45:13,
107:7, 108:7,
120:19, 127:5
**opted**
148:6
**order**
7:6, 70:13
**organizations**
11:15, 68:10
**other**
8:3, 19:14,
19:16, 24:10,
32:21, 40:9,
40:11, 43:21,
51:18, 52:23,
54:10, 56:11,
56:17, 56:24,
57:5, 59:12,
60:18, 60:20,
61:9, 61:11,
61:17, 74:14,
76:3, 77:5,
86:15, 91:3,
92:6, 96:11,
98:13, 98:18,
99:7, 99:16,

102:4, 107:11,
114:14, 115:16,
125:5, 135:21,
136:21, 137:5,
142:22, 143:6,
143:24, 144:10,
146:6, 148:4,
148:9, 148:15,
149:3, 149:14,
149:21, 151:5,
153:11, 154:1,
164:23, 167:17,
170:3, 170:4,
171:20, 172:18,
173:4
**others**
152:7, 169:25,
171:10
**otherwise**
176:14, 177:10
**ounce**
88:14
**out**
22:8, 25:25,
26:4, 30:16,
31:12, 32:8,
32:16, 33:8,
33:16, 33:25,
75:9, 92:5,
106:1, 135:2,
157:7, 160:23,
164:1, 164:6,
172:4, 172:12,
174:24
**out-of**
134:22
**out-of-pocket**
54:9, 135:8,
158:4, 158:12,
174:17
**outcome**
100:13, 176:14,
177:10
**outlined**
38:12, 46:10
**over**
7:19, 11:12,
22:24, 23:8,

23:9, 38:13,
41:15, 60:12,
62:17, 68:8,
102:18, 104:15,
132:18, 173:6
**overall**
54:9
**overcharge**
62:21, 148:17,
148:19, 148:24,
149:13, 149:14,
149:24, 150:12,
150:24, 151:11,
151:21, 151:23,
152:9, 152:18,
153:1, 153:5,
153:18, 171:7,
171:15
**overcharged**
44:1, 44:17,
44:23, 44:25,
46:23, 46:25,
47:4, 48:21,
49:8, 49:14,
49:15, 53:12,
53:14, 53:21,
53:22, 54:2,
58:7, 63:2,
71:8, 74:6,
84:7, 86:6,
86:7, 86:10,
86:17, 91:24,
92:2, 92:10,
92:17, 92:21,
110:25, 128:24,
149:22, 151:14,
151:20, 151:24,
167:17, 169:25,
170:4, 170:10,
171:10, 171:11,
171:19, 171:20,
174:21, 174:23
**overcharges**
54:6, 134:23,
174:18
**overcharging**
48:1, 48:8,
74:3, 93:1,

93:7, 134:13,
134:16, 157:6,
157:12, 158:25,
159:5, 160:21,
161:3

**own**
12:2, 20:20,
28:16, 39:8,
39:25, 40:9,
52:12, 52:15,
89:25, 127:5,
157:1

**owns**
20:24

**P**

**paddle**
29:12

**page**
4:3, 4:8, 5:3,
20:18, 22:10,
29:17, 33:2,
36:22, 38:13,
52:17, 55:17,
55:19, 58:1,
62:15, 62:18,
64:16, 68:7,
68:8, 78:11,
79:5, 82:16,
85:14, 87:13,
89:15, 93:19,
94:13, 96:1,
96:13, 97:9,
100:11, 105:2,
106:2, 106:19,
107:13, 112:5,
116:7, 117:1,
117:4, 119:5,
119:10, 119:14,
121:16, 123:4,
129:6, 134:1,
134:9, 138:8,
138:9, 140:21,
141:23, 142:7,
145:12, 147:7

**pages**
1:24, 106:12,
110:10, 120:12

**paid**
37:2, 56:12,
71:19, 90:11,
135:19, 135:24,
167:10

**pancake**
56:23

**paper**
21:1, 118:25

**paragraph**
20:18, 20:19,
22:10, 36:21,
38:5, 38:15,
41:21, 43:14,
45:15, 46:4,
52:17, 117:5

**parent**
11:24

**parents**
12:13

**park**
73:2

**part**
66:2, 66:3,
66:9, 68:22,
68:25, 152:5

**participate**
18:12, 19:10

**particular**
16:15, 17:16,
21:14, 22:3,
35:14, 41:1,
46:14, 65:23,
70:23, 76:5,
76:7, 76:15,
76:17, 76:20,
78:2, 78:19,
82:10, 83:7,
126:7, 133:25,
144:5, 146:2

**parties**
117:6, 176:13,
177:9

**parts**
20:17

**pass**
110:10

**past**
34:12, 42:22,

50:5, 61:10,
76:6, 77:1,
108:4

**pat**
80:24, 81:20

**patty**
79:6, 79:21,
81:4, 81:20

**pay**
25:5, 72:5,
169:5

**payment**
69:2

**pays**
135:15

**pd**
3:23

**pending**
8:25

**penelope**
11:2, 11:4,
11:8, 42:14

**people**
12:12, 70:12,
83:10, 160:21,
162:18, 171:20,
172:9

**percent**
41:11, 41:22,
42:1, 45:14,
50:21, 67:9,
76:19, 116:24,
161:20, 161:21,
162:13, 162:20,
163:1, 163:8,
163:13

**period**
164:3

**periods**
171:23

**person**
17:9, 18:2,
28:25, 64:18,
66:24, 67:3,
171:14

**personally**
57:18, 66:15,
66:16, 86:12,

86:17, 158:4

**phone**
2:4, 3:7, 3:13,
3:20, 17:10,
17:11, 17:12,
17:19, 26:22,
27:1, 27:9,
28:6, 66:17,
66:24, 67:4,
70:7, 70:8,
70:12, 78:1,
78:2, 78:4,
97:20, 98:16,
98:19, 103:20,
103:22, 121:12,
121:18, 121:21,
122:1, 126:9,
127:4

**phonetic**
80:23, 80:24,
121:8, 132:23

**photo**
5:6, 87:15,
87:18, 96:18,
131:12

**photograph**
29:1, 29:21,
45:24, 146:2

**photographs**
26:13, 26:16,
27:3, 27:8,
27:14, 28:3,
29:9, 45:6,
47:20, 49:19,
50:4, 50:10,
50:17, 50:22,
85:22, 85:23,
87:8, 89:8,
89:18, 93:24,
98:13, 103:19,
104:4

**photos**
4:11, 4:14,
4:15, 4:16,
4:17, 4:24,
4:25, 5:4, 5:5,
94:3, 94:4,
94:14, 94:19,

94:21, 95:1,
95:8, 95:13,
96:2, 96:3,
96:10, 97:6,
97:8, 97:12,
97:19, 97:21,
98:15, 98:19,
99:1, 101:13,
101:18, 104:12,
109:10, 123:2,
126:23, 127:9,
127:10, 128:14,
128:23, 130:24,
142:1, 142:23,
143:7, 154:11,
155:12
**picked**
80:24
**picture**
27:11, 28:11,
28:13, 28:24,
85:3, 85:6,
85:10, 90:13,
90:23, 91:8,
91:25, 95:6,
96:14, 96:15,
112:5, 122:8,
124:11, 124:12,
125:9, 125:15,
130:13, 132:1,
142:9, 144:6,
145:7, 150:7
**pictures**
16:21, 28:7,
28:19, 45:7,
47:20, 49:20,
50:1, 50:10,
52:10, 85:18,
85:21, 90:19,
96:5, 98:9,
99:7, 100:19,
104:6, 104:9,
112:3, 115:15,
124:17, 124:25,
125:5, 125:7,
125:13, 125:19,
125:21, 127:3,
127:23, 128:6,

130:12
**place**
6:11, 22:3,
22:7, 35:14,
66:24
**plaintiff**
62:21
**plaintiffs**
1:7, 3:2, 6:16,
6:19, 20:19,
22:11, 52:23,
56:10, 56:12,
56:23, 58:4,
62:19, 62:21,
114:5, 114:9,
114:11, 134:11,
134:17, 174:12
**plan**
75:10, 75:21
**planet**
6:10, 6:24
**playing**
27:9
**please**
6:13, 6:25,
32:12, 36:12,
50:15, 90:7,
98:23, 109:20,
111:7, 112:15,
124:21, 136:5,
143:2, 147:21,
149:10, 151:17,
155:10, 162:5,
165:7, 167:14,
170:25, 172:22,
173:11
**pmh**
6:7
**pocket**
134:23, 174:25
**pockets**
135:2
**point**
8:11, 8:22,
13:12, 35:4,
35:8, 43:21,
44:18, 49:13,
65:19, 66:18,

67:15, 68:4,
71:5, 84:19,
92:4, 101:6,
109:15, 110:24,
129:3, 130:23,
131:3, 137:11,
148:23, 149:5,
155:2, 166:13,
166:21, 167:20
**pointed**
145:6
**policies**
136:13, 136:19
**policy**
136:15
**position**
14:20
**positions**
11:17
**possess**
114:8
**possession**
115:19
**possible**
91:23
**possibly**
109:24
**posted**
68:18
**potato**
81:16
**potential**
58:3, 58:5,
70:21, 101:19
**potentially**
56:24
**powerball**
29:22
**practice**
25:22, 30:15,
34:1, 35:6,
134:13
**practices**
52:23
**preference**
43:3, 76:21
**preferences**
76:23

**preliminary**
9:3
**premised**
134:12
**prepare**
15:23, 15:24,
16:4, 17:22,
18:17
**prepared**
177:3
**present**
3:22, 17:2,
18:9, 56:4,
56:15, 58:21,
123:22, 130:19
**prevent**
9:4
**prevented**
149:21, 151:13,
151:24
**preventing**
150:11
**previous**
150:25
**previously**
11:5, 92:21,
115:18, 119:25,
120:7, 123:20,
137:3, 146:1,
168:15
**prices**
31:9, 34:25,
36:25, 50:5,
50:11, 71:20,
73:22, 82:2,
99:8, 99:15,
102:12, 122:8,
124:11, 124:12,
125:9, 125:16,
138:11, 138:16,
138:21, 138:24,
139:3, 139:7,
139:23, 140:13,
140:18, 140:23,
146:24, 155:21,
160:10, 161:20,
161:25, 162:7,
166:8, 168:24,

169:6

**pricing**
66:1, 134:20,
160:3, 162:12

**primarily**
41:5

**primary**
160:22

**principle**
160:24

**print**
29:17

**prior**
17:6, 17:19,
17:20, 42:22,
50:3, 50:9,
50:19, 58:20,
65:19, 73:5,
73:6, 73:14,
73:20, 112:10,
117:25, 118:3,
118:4, 124:17,
124:23, 125:4,
135:25, 136:6,
137:8, 155:3,
155:8, 155:16,
156:8, 156:20,
167:18

**privilege**
67:22

**pro**
121:8, 121:11

**probably**
8:21, 42:8,
61:2, 61:8,
67:10, 81:18,
97:20, 99:17,
102:10, 102:18,
109:3, 110:23,
127:13, 171:20

**proceeding**
9:17, 177:4

**proceedings**
176:3, 176:5,
176:6, 176:9,
177:6

**process**
7:20, 115:2,

115:10

**product**
82:12, 162:12

**products**
36:8, 36:9,
89:10, 105:8

**professional**
14:18

**pronouncing**
79:7

**property**
21:8, 21:12

**proposed**
6:19

**protection**
15:16

**protective**
7:6

**provide**
114:22, 118:20

**provided**
35:23, 36:1,
70:6, 70:8,
115:18, 140:1

**providing**
64:23

**proximate**
52:22

**prudent**
138:10, 138:16,
140:22, 147:9

**public**
2:10, 14:11,
176:1, 176:19

**pull**
118:19

**pulled**
118:24

**punish**
159:1

**punitive**
6:17

**purchase**
24:18, 46:6,
46:11, 56:18,
57:6, 72:2,
76:2, 76:8,
80:13, 86:16,

88:9, 101:1,
101:5, 112:11,
119:20, 174:24

**purchased**
21:7, 24:2,
29:14, 36:9,
41:22, 41:25,
42:22, 45:8,
45:16, 45:25,
46:15, 47:21,
56:10, 58:17,
65:11, 71:7,
82:11, 84:19,
85:24, 89:9,
100:23, 112:18,
120:8, 122:16,
136:8, 148:16,
151:9, 152:17,
155:11, 156:9,
167:16

**purchases**
24:14, 38:7,
41:10, 57:23,
80:20, 90:3,
106:9, 125:5,
134:5, 135:5,
146:6, 161:6

**purchasing**
29:8, 29:13,
30:4, 36:15,
42:4, 108:20

**purpose**
34:4, 34:23,
41:1, 64:23,
86:5, 101:13,
125:8

**purposes**
9:15

**pursuant**
2:9, 7:9

**pursue**
169:18

**put**
7:5, 82:21,
153:24, 175:7

**putting**
162:8

———— **Q** ————

**q:got**
71:25

**q:so**
89:25

**qualified**
176:7

**qualifies**
169:21

**queens**
12:14, 51:8,
72:8, 72:20,
73:4, 73:5,
102:22, 168:22,
168:25, 169:7

**question**
7:22, 8:6,
8:10, 8:17,
8:18, 8:25,
13:2, 21:2,
23:3, 24:9,
32:12, 35:18,
36:12, 37:10,
43:13, 50:15,
54:4, 58:1,
59:20, 64:16,
66:12, 70:17,
71:3, 71:17,
73:13, 76:13,
84:13, 90:7,
98:23, 99:6,
100:7, 109:21,
111:8, 112:15,
113:8, 113:12,
113:19, 115:6,
118:3, 118:22,
124:22, 130:11,
136:5, 138:5,
140:11, 142:8,
142:17, 142:20,
143:18, 143:22,
144:4, 144:22,
145:14, 145:21,
145:24, 146:3,
146:12, 147:21,
149:10, 151:17,
152:12, 152:19,
153:16, 155:10,
155:14, 159:3,
159:10, 162:5,
163:22, 164:12,

165:7, 167:14,
168:5, 168:10,
170:25, 171:13,
172:4, 172:7,
172:9, 172:22,
173:11, 175:5
**questioning**
144:2
**questions**
9:3, 9:5, 9:10,
19:17, 20:8,
20:16, 20:23,
26:10, 55:7,
77:15, 78:9,
88:11, 105:17,
121:15, 132:15,
174:1, 174:10,
175:7
**quick**
13:22, 54:18,
105:16, 111:21,
153:25, 154:2,
159:17
**quickly**
112:23
**quite**
132:3, 142:21

**R**
**raised**
167:20
**raising**
47:25, 48:7,
48:13, 48:20,
93:10
**ramen**
99:19, 99:23,
100:3, 100:11
**rarely**
108:12
**reach**
97:24
**reaction**
44:10, 92:18
**read**
113:4, 113:6
**reads**
20:19, 62:18,

138:10, 140:21
**ready**
20:8
**real**
81:14, 153:25,
154:1
**realize**
90:15, 91:2,
92:9, 137:14,
137:25, 148:22,
151:11, 151:22
**realized**
44:17, 44:22,
46:24, 167:7,
168:1
**really**
13:4, 39:2,
64:7, 71:18,
76:15, 82:9,
87:17, 111:19,
166:22
**reason**
59:17, 59:22,
61:16, 62:9,
91:4, 95:7, 98:2
**reasoning**
135:7
**reasons**
127:25
**recalls**
144:7
**receipt**
33:5, 33:9,
33:15, 33:20,
34:9, 34:15,
36:14, 45:3,
45:24, 47:16,
80:13, 85:23,
87:24, 88:13,
91:6, 112:4,
123:3, 123:5,
123:11, 129:5,
130:8, 130:13,
138:11, 138:16,
138:25, 139:7,
140:13, 155:14
**receipts**
35:13, 35:14,

35:20, 35:22,
36:1, 36:4,
36:6, 80:19,
109:10, 115:14,
127:3, 132:16,
140:1, 140:8
**receive**
33:9, 33:15,
34:14, 69:2,
70:13, 140:14,
157:15, 157:23
**received**
35:20, 69:1
**receiving**
69:10, 80:18
**recent**
16:7
**recently**
60:12
**recipe**
124:8
**recognize**
14:1, 85:1,
87:5, 87:7,
97:6, 103:17,
105:20, 113:3,
116:3, 118:13,
126:23, 133:16
**recognized**
55:2
**recollection**
36:13, 37:5,
38:16, 62:5,
87:19, 88:9,
89:23, 94:3,
94:19, 104:3,
104:9, 108:19,
145:18
**record**
7:5, 9:21,
54:22, 111:22,
111:23, 174:5,
174:7, 174:8,
175:7, 175:13,
176:10, 177:5
**recorded**
176:6
**recording**
176:9, 177:4

**recover**
134:3
**reduced**
176:7
**refer**
97:9, 142:16,
156:2, 156:15,
157:18
**referenced**
134:16
**referred**
40:1, 53:17
**referring**
53:15, 80:9,
152:16
**refund**
59:16, 59:21,
60:3, 60:8,
60:10, 60:14,
60:19, 61:17,
136:1, 136:7,
136:15, 136:21,
136:23, 136:24,
137:10, 137:19,
147:9, 147:16,
147:24, 148:10
**refunds**
61:10
**regal**
73:2
**regard**
37:12, 66:1
**regarding**
58:5, 64:18,
167:6
**register**
28:8, 28:11,
28:13, 63:2,
73:21, 74:8,
90:25, 140:24,
141:2, 141:22,
142:15, 143:4,
143:14, 144:9,
145:11, 146:4,
146:25
**registers**
142:21, 144:12
**regret**
153:4, 153:13,

153:16
**regular**
88:13
**regularly**
11:20, 22:11
**relate**
173:13
**related**
65:20, 101:13,
125:10, 128:19,
176:12, 177:8
**relatives**
12:4, 12:6,
12:10, 117:17
**relax**
22:3
**relevant**
114:21, 114:23,
115:9, 115:11
**relief**
157:12, 158:2,
158:3, 158:7,
158:15, 158:19,
169:20
**remember**
17:24, 19:3,
37:24, 98:2,
116:19, 116:25,
174:16, 174:20
**removed**
62:24
**repeat**
43:13, 50:15,
66:12, 71:3,
73:12, 84:13,
100:7, 109:20,
111:7, 112:14,
118:22, 120:5,
124:21, 130:10,
136:5, 140:11,
143:1, 147:21,
149:10, 151:17,
152:12, 155:10,
162:5, 164:12,
165:7, 167:14,
170:25, 172:7,
173:11
**repeatedly**
144:8

**rephrase**
8:12, 54:4,
90:7, 98:23,
115:6, 145:14,
172:22
**report**
4:13, 4:23,
93:18, 99:2,
121:8, 126:9
**reporter**
6:23, 7:25,
8:7, 23:20,
27:15, 27:18,
27:21, 77:10,
86:25, 103:11,
122:21, 126:16,
126:18, 176:1
**represent**
6:14, 123:1,
150:19, 151:5,
151:19, 161:17,
169:19, 169:21,
170:15
**representative**
150:23
**representing**
6:10, 6:24
**request**
60:14, 113:14,
147:9, 147:16,
147:23, 148:10
**requested**
113:10
**requests**
133:22
**required**
161:19
**reside**
20:19
**residence**
11:11, 72:20
**response**
19:4, 47:6,
47:14, 63:23,
64:15, 69:14,
79:1, 133:24,
134:8
**responses**
4:12, 5:7, 5:8,

55:7
**responsibilities**
169:12
**responsibility**
48:16, 139:4,
139:6, 139:7,
139:16, 139:19,
147:5
**restate**
59:20
**result**
52:22, 53:7,
93:1
**resulting**
134:4
**resume**
14:4
**resuming**
54:22, 111:23,
174:8
**retail**
14:24
**retailer**
59:12, 59:17,
59:22, 60:19,
61:16, 61:23,
136:23
**retailers**
60:2, 61:10,
136:22, 161:19,
161:24, 162:11,
168:24
**retainer**
116:6, 116:18
**retaining**
118:4
**returning**
59:24
**review**
16:17, 26:11,
34:16, 34:21,
34:22, 35:2,
55:12
**reviewed**
16:1, 16:20,
19:14, 19:15
**reviewing**
34:23, 45:2

**rfa**
134:1, 138:6,
138:9, 140:20,
141:13, 141:16
**richmond**
3:19, 40:16
**right**
7:4, 7:9, 9:13,
11:24, 13:16,
15:1, 18:15,
19:5, 20:16,
22:9, 26:6,
29:3, 33:2,
33:4, 35:2,
43:8, 46:3,
50:23, 52:16,
53:20, 54:25,
59:10, 62:14,
63:9, 63:20,
64:14, 67:18,
68:1, 68:6,
70:6, 77:17,
79:7, 80:18,
82:6, 82:12,
83:5, 85:12,
85:25, 86:23,
87:5, 89:14,
92:2, 92:21,
93:17, 95:4,
95:23, 96:12,
97:2, 97:18,
100:22, 103:9,
105:11, 110:9,
112:1, 113:20,
121:3, 122:6,
122:24, 123:1,
123:17, 126:15,
126:22, 127:14,
128:9, 129:1,
129:25, 131:2,
133:16, 134:8,
137:11, 142:1,
146:19, 147:6,
147:7, 153:24,
154:15, 156:1,
166:8, 166:25,
168:22, 170:2
**rodriguez**
3:23, 6:9

room
17:3
round
52:1
route
102:20
rudnicke
117:3, 117:8,
117:14
run
108:25

**S**

said
23:4, 23:7,
27:10, 27:11,
27:24, 28:7,
28:8, 35:11,
43:17, 44:8,
47:3, 50:23,
63:13, 64:7,
68:21, 75:14,
75:25, 91:7,
91:22, 93:2,
95:19, 107:20,
124:12, 125:15,
136:20, 137:14,
139:16, 139:18,
144:8, 145:4,
145:7, 152:14,
152:25, 153:1,
165:17, 166:12,
176:8, 176:9,
177:5
salad
91:13
same
8:5, 24:23,
39:15, 39:19,
51:2, 52:3,
61:2, 74:10,
74:13, 92:5,
95:4, 110:16,
120:6, 122:15,
122:18, 129:1,
133:20, 141:23,
142:7, 142:15,
144:4, 145:12,

149:4, 149:5,
149:14, 159:22,
163:22, 172:18,
173:1
saturday
129:16
save
34:17
savings
88:4
saw
75:25, 77:20,
130:23, 161:15
say
8:4, 8:12,
24:16, 30:20,
38:3, 41:4,
44:14, 47:13,
52:19, 53:14,
54:16, 83:11,
92:15, 98:7,
104:21, 113:6,
116:22, 116:23,
119:12, 125:20,
129:2, 139:5,
139:18, 150:16,
151:8, 151:12,
151:18, 151:19,
152:6, 152:25,
163:8, 165:16,
171:18, 173:24
saying
32:5, 32:13,
43:15, 90:18,
91:15, 99:6,
125:8, 130:17,
135:7, 142:10,
145:8, 145:10,
158:10
says
22:10, 29:17,
29:21, 33:4,
38:6, 38:11,
38:21, 41:21,
46:4, 52:21,
56:17, 56:22,
64:20, 68:11,
78:14, 78:20,

80:6, 80:12,
80:23, 82:15,
83:6, 106:2,
106:3, 106:24,
114:7, 122:7,
134:9, 134:15,
144:6, 147:8
scanned
29:25, 31:10,
73:22
scans
26:4
school
14:11, 108:24,
108:25
screen
19:19
screwing
91:10
sea
119:16
season
22:7
second
8:2, 20:6,
30:21, 77:8,
84:22, 89:17,
100:18, 105:2,
120:25, 129:6,
134:17, 154:14,
174:5
security
15:10
see
28:10, 29:16,
29:20, 33:3,
33:5, 35:21,
37:2, 41:23,
46:12, 53:2,
55:25, 56:13,
57:1, 61:22,
64:24, 65:14,
72:5, 73:21,
79:1, 79:19,
80:7, 80:14,
84:10, 85:16,
85:19, 88:3,
88:4, 88:12,

89:17, 89:20,
92:1, 93:20,
93:25, 94:13,
94:16, 95:4,
96:13, 97:11,
97:12, 97:16,
99:19, 102:11,
104:20, 105:4,
106:2, 106:20,
106:25, 107:14,
107:16, 107:24,
108:17, 110:11,
110:13, 112:7,
116:10, 116:11,
117:3, 119:16,
119:22, 120:14,
120:15, 121:19,
121:23, 122:4,
122:9, 123:5,
123:10, 129:5,
129:15, 134:6,
138:12, 138:14,
140:19, 140:25,
142:14, 147:11,
147:13, 154:11,
154:12, 154:17,
154:22, 154:25,
155:2, 155:14,
156:6, 156:13,
156:18, 156:25
seeing
143:4, 146:3
seek
48:10, 48:12,
48:15, 48:18,
49:1, 49:2,
134:3, 136:1,
164:25
seeking
54:11, 160:4
seems
82:11, 87:17
seen
20:1, 20:14,
55:10, 77:17,
105:6, 114:2,
121:9, 126:24,
128:14, 130:5,

131:12, 132:3,
132:13, 155:6,
155:20
**select**
72:2
**self-checkout**
25:23
**self-contained**
14:15, 14:16
**self-service**
25:10, 25:17
**selling**
162:11, 162:18,
162:24, 163:5
**send**
80:12, 96:3,
138:1, 148:6,
153:9
**sending**
79:3, 86:2,
96:11, 122:11,
125:13, 125:19,
125:21
**sense**
106:15
**sent**
62:25, 69:14,
84:12, 84:14,
93:2, 93:3,
93:5, 93:15,
96:2, 96:6,
123:17, 137:16,
150:8, 153:22
**sentence**
52:18, 52:21,
65:1, 120:23
**sentences**
55:20, 55:21
**separate**
62:25, 66:17,
157:19
**separately**
66:9
**september**
37:22, 38:6,
38:14, 41:20,
42:2, 42:23,
43:9, 43:20,

44:1, 44:18,
44:21, 45:3,
45:9, 45:11,
45:14, 45:20,
45:25, 46:4,
46:14, 48:5,
48:6, 49:18,
50:3, 50:9,
50:19, 53:15,
54:2, 55:22,
55:23, 56:3,
58:16, 58:20,
62:18, 63:17,
64:21, 65:10,
65:19, 66:20,
71:6, 73:6,
73:14, 73:20,
74:4, 74:6,
110:24, 111:9,
116:14, 125:6,
128:18, 129:16,
130:8, 130:14,
134:4, 135:3,
135:4, 135:25,
136:6, 156:3,
156:8, 156:16,
156:17
**serve**
153:10
**service**
61:16
**session**
18:13, 18:21,
19:11
**sessions**
19:16, 19:18
**set**
14:23, 36:19,
54:17, 70:20,
85:12, 103:7,
103:8, 105:10,
112:1, 112:22,
113:19, 115:23,
118:8, 121:2,
126:13, 128:9,
129:25, 131:7,
132:8, 133:8,
156:1, 156:14

**setting**
53:5
**settlement**
69:3
**seventh**
84:8
**several**
85:23
**share**
19:19, 135:8,
135:21, 168:2
**shared**
92:13
**shefl**
125:1
**shelf**
38:2, 38:11,
44:9, 45:7,
46:9, 47:20,
49:20, 50:4,
50:10, 50:17,
52:10, 53:1,
72:1, 73:7,
73:15, 89:9,
90:19, 90:22,
91:16, 98:10,
98:13, 99:1,
99:8, 104:22,
105:3, 105:8,
109:10, 112:6,
112:10, 112:17,
123:2, 124:18,
127:3, 127:24,
130:7, 130:12,
147:10, 147:17,
147:24, 154:12,
154:17, 154:22,
155:2, 155:7,
155:13, 155:15,
155:21, 156:6,
156:18, 167:11,
170:17
**shelves**
37:1, 162:8
**she's**
13:6
**shift**
15:22

**shop**
22:11, 24:22,
25:4, 25:21,
30:23, 33:17,
51:19, 57:14,
72:1, 74:15,
74:23, 82:9,
108:10, 159:6,
159:18, 171:22,
172:17, 172:18
**shopped**
22:20, 22:23,
22:25, 23:5,
32:6, 32:14,
33:21, 57:13,
70:24, 71:11,
77:4, 108:4
**shopping**
24:12, 31:25,
32:23, 34:15,
36:23, 50:20,
50:23, 51:4,
72:8, 73:9,
73:17, 83:22,
98:6, 127:13,
127:15, 127:18,
159:15
**shoprite**
51:23, 52:2,
99:17, 102:11,
102:14, 102:17
**shops**
171:6, 171:14,
172:24
**short**
38:13, 75:3,
75:7
**should**
8:2, 83:22,
91:16, 138:20,
139:3, 139:22,
140:7, 140:13,
140:18, 158:25,
161:6, 161:19,
161:24, 162:12,
162:18, 162:24,
163:5, 163:12,
170:10

**shouldn't**
139:23, 140:18
**show**
26:5, 36:8,
43:10, 47:16,
86:6, 96:22,
122:19, 128:18,
146:17
**showed**
19:23, 47:19,
128:23
**showing**
45:23, 85:23,
132:12
**shown**
9:17, 29:12,
36:14
**shows**
29:25, 31:9,
46:10
**shut**
159:23
**siblings**
12:13
**sic**
98:6
**side**
87:14, 107:11
**siforce**
121:8
**signature**
116:10, 116:14
**signature-b7fzp**
177:11
**signature-mig2k**
176:16
**signed**
116:18
**signifies**
107:3
**signify**
107:6
**signing**
116:19, 116:25
**signs**
132:4
**similarly**
1:6, 174:14

**simply**
144:20, 149:22
**since**
14:20, 57:23,
79:18, 137:15
**single**
87:10
**sister**
12:17, 13:5,
13:8, 79:22,
79:23, 81:7,
81:8
**sisters**
12:14, 12:20
**sitting**
153:4
**situated**
1:6, 174:14
**situation**
38:23, 152:2,
152:3, 153:2
**situations**
61:17
**skills**
176:11, 177:7
**skim**
76:19
**small**
29:17, 122:9,
124:2
**smallwood**
21:17, 21:18,
82:17, 82:18,
82:19, 82:21,
82:24, 83:13
**smart**
82:23
**social**
15:10, 68:9,
68:12, 68:18
**some**
8:21, 8:23,
20:8, 20:16,
20:23, 25:6,
26:10, 33:4,
35:4, 35:8,
37:8, 43:21,
55:15, 65:25,

66:18, 69:2,
71:5, 77:15,
78:9, 80:19,
80:24, 85:18,
91:3, 92:6,
93:24, 97:11,
98:18, 101:5,
105:17, 112:23,
129:3, 131:3,
132:15, 133:19,
135:21, 148:23,
157:15, 157:23,
166:7, 166:21,
167:16, 167:20
**somebody**
65:5
**someone**
133:2, 152:25
**something**
8:5, 8:13,
30:3, 34:18,
40:18, 42:21,
51:3, 51:4,
52:12, 52:15,
61:2, 66:25,
69:10, 70:14,
75:24, 83:6,
84:18, 87:19,
110:23, 124:9,
133:21, 133:23,
160:24, 162:18,
169:5
**sometime**
61:8, 62:18
**sometimes**
34:21, 34:22,
35:13, 43:7,
51:23, 62:3,
70:12, 72:18,
76:14, 162:2,
162:7, 169:10
**somewhere**
113:4
**son**
76:14
**sorry**
14:8, 16:22,
22:1, 23:2,

23:9, 23:20,
23:22, 27:17,
27:20, 27:24,
39:24, 39:25,
52:19, 66:12,
73:12, 75:14,
78:7, 79:11,
81:14, 83:2,
84:13, 94:8,
94:25, 95:17,
99:5, 104:21,
107:20, 109:20,
111:7, 111:18,
112:14, 116:22,
118:1, 118:22,
119:12, 120:3,
120:4, 124:21,
126:17, 130:10,
141:9, 150:21,
165:16
**sort**
24:13, 28:15,
35:19, 43:2,
54:6, 66:17,
72:7, 74:24,
75:20, 76:7,
79:2, 85:6,
88:3, 90:1,
115:7, 115:16,
132:4, 164:1,
164:2, 169:6
**sought**
48:3, 49:7,
59:16, 59:21,
60:3, 60:19,
61:10
**sounds**
124:8
**southern**
1:2, 6:6, 151:3
**speak**
17:14, 17:16,
151:11, 151:22,
173:4, 173:5
**speaking**
65:5, 67:12,
67:16, 117:24,
157:20

special
14:14, 14:18
specific
58:4, 104:3,
104:8, 105:8,
134:10, 134:15,
144:14, 145:17,
153:21, 158:17,
160:5, 170:3
specifically
43:25, 47:2,
53:4, 92:15,
97:25, 114:6,
127:17, 138:22,
143:23
speculate
82:15
spell
10:9
spelled
81:2
spend
75:3, 159:15,
164:1
spent
159:14, 163:14
splitting
145:13
spoke
17:21, 66:7,
66:14, 67:5
spoken
15:19, 67:18,
67:25, 68:4,
117:13, 164:8,
164:13, 165:25,
170:2
stamp
78:18, 79:14,
123:11
standup
13:3
start
20:18, 109:5,
121:16, 133:25
started
7:5, 7:10,
168:2

starting
97:11
starts
55:19, 68:7
state
2:10, 6:14,
9:20, 12:5,
12:6, 12:7,
134:14, 164:15,
165:3, 165:10,
165:19, 176:19
stated
47:4
statement
4:18, 4:22,
22:13, 57:3,
105:23, 118:16,
118:20, 118:24,
118:25, 119:2,
138:15
statements
115:15
states
1:1, 6:5,
36:22, 56:9,
151:1
stella
101:7, 101:8
still
13:10, 27:1,
42:12, 46:8,
150:10, 170:10
stomach
42:20
stop
157:11, 160:20,
161:2
store
25:9, 25:19,
25:22, 27:5,
30:5, 30:24,
31:6, 31:19,
31:25, 32:7,
32:15, 32:23,
33:9, 33:17,
33:21, 34:9,
34:16, 35:3,
36:8, 36:16,

38:7, 43:12,
45:17, 46:1,
46:7, 46:12,
46:17, 46:21,
48:9, 48:14,
49:8, 49:21,
50:12, 50:18,
51:1, 51:13,
55:25, 56:6,
56:25, 57:7,
57:13, 57:15,
62:5, 62:9,
70:23, 70:25,
71:9, 71:12,
71:20, 72:13,
73:8, 73:16,
73:24, 74:8,
74:24, 75:9,
75:20, 76:6,
77:5, 77:6,
86:18, 88:14,
88:15, 91:24,
94:5, 94:20,
100:10, 100:20,
101:21, 102:7,
105:7, 106:9,
111:3, 111:12,
129:17, 130:9,
130:15, 132:17,
134:6, 136:2,
136:9, 142:22,
146:5, 148:19,
151:10, 152:8,
152:18, 154:18,
154:21, 156:12,
156:20, 156:24,
159:12, 163:25,
167:22, 168:16,
170:5, 171:6,
171:15, 172:25
stores
51:18, 58:4,
72:14, 99:15,
99:16, 102:4,
159:24, 160:5,
170:16, 171:2,
171:3, 171:23,
172:10, 172:17,

172:19
street
2:2, 3:5, 3:18,
6:11, 9:24
students
14:17, 14:18
stuff
29:10, 57:11,
83:10
subdivision
21:14
subsequent
74:5
substance
67:24
sued
69:18
suffer
52:25
suffered
52:24, 53:5,
53:6, 53:7,
149:4
suggest
82:11, 161:5
suing
173:6
suit
81:23, 83:18,
137:18, 150:10
summer
36:24, 60:12
supplemental
55:18, 55:21,
62:17, 63:5,
64:20, 68:11
supports
114:9
sure
7:21, 7:23,
13:5, 30:22,
32:13, 36:13,
37:11, 39:2,
50:16, 54:20,
59:21, 67:9,
71:4, 73:14,
78:20, 81:18,
84:14, 94:9,

95:18, 95:22,
98:24, 100:8,
101:5, 104:7,
109:22, 111:9,
112:16, 113:6,
115:7, 115:10,
116:24, 117:11,
117:12, 119:9,
120:6, 124:23,
136:6, 139:8,
139:24, 140:12,
141:23, 142:7,
143:3, 145:11,
147:22, 149:11,
151:18, 155:11,
158:9, 162:6,
164:13, 165:8,
165:14, 165:17,
166:22, 167:15,
171:1, 172:8,
172:15, 172:23,
173:12
**surprised**
44:13, 47:7,
47:8, 64:5,
64:6, 92:19,
92:20, 92:24
**surrounding**
60:14
**survey**
129:7, 129:9
**swimming**
83:9
**sworn**
6:25, 7:2,
144:15, 176:5

**T**

**taco**
56:10
**tag**
72:1, 105:4,
105:8, 112:6,
112:18, 127:24
**tags**
73:7, 98:10,
98:13, 99:1,
109:10, 127:4,

130:7, 162:8
**take**
7:25, 8:7,
8:21, 8:22, 9:1,
13:22, 20:6,
26:9, 26:16,
27:8, 27:11,
28:3, 28:7,
28:11, 31:4,
31:5, 54:18,
77:14, 85:3,
87:10, 91:8,
92:10, 97:3,
97:19, 98:9,
103:16, 103:19,
104:6, 105:16,
111:21, 113:23,
122:7, 124:11,
124:12, 125:9,
125:15, 133:13
**taken**
26:20, 26:22,
27:4, 29:9,
45:7, 50:4,
50:10, 50:17,
89:19, 94:22,
95:1, 95:9,
95:14, 97:8,
97:22, 98:15,
100:19, 176:3
**takes**
11:25, 41:3
**takign**
127:3
**taking**
6:11, 49:19,
49:25, 50:22,
52:10, 87:15,
101:13, 104:4,
104:9, 124:17,
124:25, 125:6,
127:23
**talk**
61:15, 63:9,
142:12, 174:3
**talked**
19:13, 43:17,
52:9, 60:21,

61:11, 61:18,
73:19, 120:8,
166:12
**talking**
76:4, 82:22,
135:14, 142:8,
144:18, 144:25,
145:12
**taylor**
3:16, 4:4,
6:20, 7:4, 7:13,
13:17, 19:25,
23:9, 54:17,
54:20, 54:24,
70:18, 77:8,
84:21, 86:23,
96:22, 103:7,
105:10, 111:20,
111:25, 112:22,
113:17, 115:23,
118:8, 121:2,
122:19, 126:13,
126:17, 126:19,
128:9, 129:25,
131:7, 132:8,
133:8, 138:4,
141:9, 141:18,
144:15, 144:17,
145:8, 145:23,
153:24, 154:5,
173:25, 174:4,
174:10, 175:1,
175:6
**teach**
14:13
**teacher**
14:10, 14:14,
14:17
**tell**
15:24, 17:20,
23:11, 37:16,
37:23, 39:21,
44:6, 52:11,
53:6, 58:11,
60:25, 63:14,
64:9, 64:11,
65:4, 65:7,
111:20, 115:2

**telling**
150:12
**ten**
10:21
**term**
142:15
**terms**
25:23, 94:3,
141:23, 142:16,
145:12, 162:7
**testified**
7:3, 15:4,
71:4, 123:20,
141:17, 146:1,
149:11
**testifying**
9:13, 9:16,
174:16, 174:20
**testimony**
7:7, 8:8, 23:7,
28:2, 32:10,
32:18, 65:23,
100:2, 100:8,
137:8, 141:7,
141:11, 143:12,
144:3, 144:25,
152:11, 152:22,
154:24, 167:13,
167:24, 168:9
**text**
79:1, 81:3,
83:8, 86:2,
86:5, 93:22,
94:12, 108:24,
122:11, 123:16,
126:7
**texted**
85:7
**th**
2:2, 3:5, 6:11,
74:6, 74:7,
110:12, 120:15,
125:4
**thank**
10:13, 36:18,
122:25
**that's**
29:14, 33:14,

39:21, 40:3,
40:7, 40:19,
40:22, 41:21,
52:15
**themselves**
1:5, 6:14,
174:13
**thereafter**
176:6
**thing**
7:24, 8:2,
8:24, 61:2,
68:11, 80:6,
83:9, 103:21,
106:1, 160:24,
164:2, 168:25
**things**
24:14, 29:11,
35:19, 121:15,
134:21, 154:1,
163:5, 167:17
**think**
13:9, 17:25,
18:1, 35:12,
45:13, 45:18,
46:18, 48:16,
81:25, 85:4,
93:14, 95:8,
95:12, 98:2,
115:17, 116:20,
133:18, 133:19,
139:2, 139:3,
141:7, 141:8,
141:11, 141:13,
141:14, 143:17,
144:2, 144:7,
144:12, 145:4,
147:4, 150:4,
158:24
**thinking**
152:4
**third**
80:4, 89:17,
106:24
**thought**
54:16, 72:16,
90:25, 91:23,
96:4, 150:7,

152:14, 152:16,
152:24, 173:24
**thoughts**
160:11
**thousand**
161:16
**three**
11:12, 12:1,
19:16, 29:16,
31:19, 41:15,
47:25, 55:20,
56:2, 106:22,
107:22, 108:6,
108:16, 150:25
**through**
40:3, 55:15,
78:9, 87:4,
90:9, 105:16,
109:3, 112:23,
133:24
**throughout**
8:20
**throw**
33:25
**ties**
13:15
**tiktok**
68:15
**time**
6:8, 11:25,
14:15, 16:7,
16:9, 17:7,
17:11, 17:21,
18:16, 18:24,
22:22, 23:4,
23:15, 23:18,
23:23, 24:24,
37:19, 37:25,
43:22, 48:2,
49:6, 49:17,
63:13, 64:8,
66:7, 66:14,
71:6, 77:20,
78:18, 79:14,
80:20, 84:19,
86:9, 89:12,
89:19, 92:6,
101:2, 101:18,

102:16, 108:24,
119:12, 123:11,
128:22, 137:20,
143:1, 150:4,
154:2, 155:8,
159:13, 161:21,
162:13, 162:20,
163:1, 163:13,
163:14, 164:3,
166:19, 167:4,
168:19, 174:11
**times**
25:20, 57:12,
57:14, 57:20,
57:22, 84:9,
136:21, 143:24,
144:5
**timestamp**
122:3
**today**
6:9, 6:23,
9:10, 9:13,
153:4, 163:18,
163:19, 173:8,
173:15, 173:20
**today's**
6:7
**together**
24:23
**told**
37:19, 37:24,
37:25, 38:1,
44:5, 46:22,
58:15, 63:12,
63:23, 65:3,
65:9, 83:19,
92:13, 150:11,
166:18, 166:24,
167:3
**took**
27:11, 28:5,
28:9, 28:24,
63:13, 63:14,
64:2, 64:5,
64:7, 66:24,
85:10, 87:9,
87:20, 89:8,
90:13, 90:19,

90:23, 91:25,
94:3, 94:4,
95:6, 97:7,
98:1, 101:18,
104:12, 112:5,
125:5, 126:25,
127:10, 128:7,
128:16, 131:14,
131:16, 131:18,
132:1, 142:23,
143:6, 146:1,
155:12, 167:3,
168:19
**top**
96:14, 100:11,
110:11, 117:3,
119:5
**toshiba**
29:21, 31:8
**total**
88:3
**touched**
165:24
**towards**
27:18, 27:21
**town**
52:4
**trail**
21:13
**trainee**
3:24
**transaction**
36:7, 41:20,
42:23, 43:9,
43:10, 43:20,
45:4, 45:9,
45:12, 45:14,
45:21, 46:14,
46:20, 47:17,
54:3, 55:22,
55:23, 55:24,
56:16, 58:17,
65:10, 66:20,
71:6, 88:2,
89:13, 90:4,
90:18, 107:6,
107:23, 110:25,
111:10, 112:11,

119:25, 120:7,
120:14, 120:19,
122:15, 123:3,
123:12, 123:19,
123:21, 124:24,
128:19, 129:1,
130:8, 130:14,
130:18, 137:4,
138:12, 138:17,
138:25, 139:8,
140:8, 140:14,
150:13, 154:8,
155:3, 155:17,
156:3, 156:8,
156:16, 156:20,
167:5, 167:16
**transactions**
41:14, 47:25,
48:5, 48:6,
49:18, 55:16,
56:2, 56:5,
56:12, 74:5,
106:22, 107:23,
108:6, 108:16,
110:12, 110:20,
141:14
**transcribed**
1:25
**transcriber**
177:1
**transcript**
177:3, 177:5
**transcriptionist**
176:8
**traveling**
41:7
**treatment**
106:12
**trent**
3:16, 6:20
**trial**
15:5, 114:11
**trick**
144:23
**trip**
52:1, 159:13
**true**
22:13, 27:13,

152:20, 176:9,
177:5
**truthfully**
9:5, 9:10
**try**
8:3, 8:12,
93:10, 145:3
**trying**
17:25, 95:22,
98:24, 103:24,
141:9, 143:23,
144:20, 144:23,
145:16, 153:15,
172:23
**tuesday**
1:15
**tuna**
56:18, 85:22,
85:24, 86:8,
86:16, 89:8,
89:19, 90:20,
91:11, 91:13,
91:17, 98:14,
112:4, 112:6,
112:11, 112:18,
120:1, 120:8,
137:4, 148:17,
149:13, 149:24,
150:13, 151:9,
151:20, 152:7,
152:17, 167:6,
167:16, 167:18,
174:21
**turn**
33:2, 55:17,
62:14, 64:14,
87:13, 89:15,
96:12, 107:13,
110:9, 116:7
**turned**
132:18
**twenty**
17:15
**twice**
168:18
**two**
10:25, 12:20,
12:22, 18:18,

22:1, 23:25,
29:16, 29:18,
38:6, 38:14,
53:15, 54:2,
55:20, 61:11,
74:4, 88:12,
104:15, 105:3,
106:11, 106:23,
110:10, 110:11,
110:19, 114:7,
125:5, 144:18,
159:11, 174:2
**two-minute**
51:15
**type**
69:2, 157:23,
164:1
**types**
71:16
**typewriting**
176:7
**typical**
24:13, 25:5,
34:1, 35:6,
74:24, 75:2
**typically**
22:4, 30:24,
30:25, 31:3,
33:15, 34:16,
35:1, 35:2,
51:4, 57:6,
57:10, 71:25,
72:13, 98:9,
163:25

---

**U**

**ultimately**
49:2
**unclear**
152:15
**under**
9:13, 117:5
**understand**
8:10, 8:13,
8:17, 8:18,
9:12, 23:2,
30:22, 38:22,
48:11, 53:19,

71:15, 98:24,
101:25, 103:24,
133:21, 138:22,
139:15, 141:2,
141:10, 141:25,
143:21, 144:21,
144:24, 145:17,
145:22, 145:25,
153:15, 157:19,
158:10, 168:4,
171:12
**understanding**
19:8, 29:24,
36:5, 77:23,
81:11, 85:5,
99:6, 110:15,
113:9, 119:21,
120:18, 150:18,
151:4, 165:1,
165:8, 169:11
**understood**
25:3, 29:15,
36:18, 48:4,
48:17, 74:21,
81:6, 82:23,
86:22, 153:3,
167:7
**united**
1:1, 6:5
**unknown**
62:24
**unlawful**
52:22
**unless**
61:21, 98:12
**until**
90:16, 137:15,
148:22
**up-to-date**
14:5
**use**
25:23, 34:8,
39:4, 40:23,
41:2, 41:5,
88:24, 99:11
**user**
38:9, 39:6
**using**
38:8, 38:21,

| | | | |
|---|---|---|---|
| 38:24, 46:5, 53:21 | **video** 6:8, 6:10 | **walmart** 51:23, 51:24, 99:17, 102:11, 102:14, 102:17 | 58:9, 59:10, 63:3, 65:1, 78:9, 78:10, 78:21, 85:1, 88:11, 90:12, 102:10, 102:11, 112:4, 113:18, 114:6, 121:14, 124:1, 134:21, 137:7, 156:15, 160:20, 161:2, 172:3, 172:8 |

**usual**
25:22, 30:15
**usually**
24:19, 24:21,
25:5, 26:3,
31:6, 33:12,
33:24, 34:21,
74:25, 75:3,
75:7, 164:6

---
**V**
---
**v-i-c-i-e-d-o**
10:10
**va**
3:19
**vacation**
20:20, 20:24,
20:25, 35:16,
51:7, 51:14,
51:20, 51:25,
74:19, 82:24,
102:3, 102:21,
103:2, 169:1
**valley**
110:12, 110:16,
119:20
**vanilla**
46:11, 46:16,
47:21, 122:7,
122:16, 124:11
**vary**
24:20, 31:2
**verbal**
7:23
**verbally**
47:13
**verified**
168:20
**verify**
90:12
**versus**
53:1, 76:12,
169:7
**via**
19:19
**viciedo**
10:8

**videographer**
3:23, 6:2, 6:9,
6:23
**videotape**
9:17
**videotaped**
6:3
**view**
31:11
**vigorously**
169:18
**virginia**
40:16
**virtual**
17:9, 18:13,
18:19, 19:18,
66:24
**virtually**
18:3, 18:7,
67:4
**visa**
40:17, 40:19,
40:24, 41:3,
41:9, 106:5,
106:6, 106:9
**visit**
23:12, 24:1,
24:10, 74:18,
90:9
**visited**
69:21, 143:13
**vocabulary**
141:24
**voice**
6:13
**volunteer**
11:19
**vs**
6:4

---
**W**
---
**waffles**
56:10
**walk**
51:16, 90:9,
164:2

**want**
7:16, 8:21,
8:22, 13:17,
19:25, 20:6,
20:17, 24:16,
26:5, 27:11,
28:10, 30:22,
33:2, 36:21,
38:5, 46:3,
51:2, 52:16,
52:18, 52:20,
53:19, 54:18,
55:17, 56:8,
62:14, 62:16,
64:14, 68:2,
68:3, 68:6,
72:5, 76:8,
77:13, 82:16,
87:3, 93:17,
93:18, 94:9,
96:12, 97:3,
101:25, 107:13,
110:9, 112:2,
113:3, 121:3,
121:15, 123:8,
133:13, 133:24,
133:25, 138:6,
139:15, 140:20,
141:20, 142:6,
143:22, 144:15,
144:24, 145:11,
145:20, 147:6,
147:14, 153:15,
154:1, 158:9,
159:1, 159:4,
159:23, 160:2,
174:4, 175:7
**wanted**
7:5, 12:3,
15:3, 15:22,
16:2, 22:9,
28:12, 38:20,
38:22, 53:4,
55:1, 55:15,

**wanting**
111:3, 111:13
**warned**
82:1, 83:21,
166:5
**wasfiled**
150:25
**washington**
1:14
**watch**
27:15
**wavy**
88:13
**way**
8:12, 25:5,
33:15, 37:12,
48:18, 70:11,
97:24, 102:20,
103:2, 165:15,
172:16
**we'll**
56:21
**we're**
125:19, 142:7
**web**
118:20
**website**
69:22, 129:14
**websites**
68:10
**wednesday**
18:1
**week**
17:23, 22:24,
23:5, 23:8,
23:10, 34:3,

35:13, 51:7,
72:9, 168:21
**weekend**
21:20
**weekends**
159:15
**weeks**
18:18, 23:25,
77:22
**weights**
113:5, 113:7
**welcome**
144:22
**went**
23:15, 23:24,
90:2, 90:11,
102:16, 111:2,
167:7
**weren't**
166:19
**whatever**
8:24, 141:19,
145:20, 158:18,
158:19
**whatnot**
114:13
**whatsoever**
68:12
**what's**
9:23, 10:7,
12:15, 34:22,
36:13, 39:8
**whenever**
51:11
**whereas**
102:3
**whether**
8:22, 15:2,
15:3, 21:3,
25:9, 25:23,
25:24, 28:14,
30:11, 31:17,
37:7, 37:13,
41:13, 43:16,
43:18, 44:22,
44:24, 47:19,
50:16, 50:25,
55:2, 56:15,

59:11, 66:1,
66:2, 66:9,
66:16, 66:17,
66:19, 68:8,
68:18, 69:13,
71:10, 71:18,
71:23, 76:18,
85:6, 87:18,
88:19, 89:8,
92:1, 95:5,
95:7, 96:6,
100:22, 104:11,
106:8, 107:5,
112:10, 112:16,
112:17, 113:3,
113:12, 118:24,
128:25, 143:3,
145:17, 148:8,
149:20, 153:13,
153:16, 161:19,
165:2, 165:9
**whole**
45:13, 76:19,
104:4, 104:15,
152:4, 158:15,
158:19
**whtie**
71:20
**widespread**
134:13
**wilson**
144:3
**win**
129:7
**withdraw**
138:5, 175:4
**wither**
78:25
**within**
15:17, 62:19,
144:6
**witness**
6:25, 7:2,
23:22, 27:17,
27:20, 63:7,
111:18, 120:3
**witness(es**
176:4

**witnesses**
114:10
**wolf**
1:4, 1:13, 2:1,
3:2, 4:3, 6:3,
6:4, 7:1, 7:14,
9:22, 10:4,
10:19, 11:2,
54:11, 58:22,
59:1, 59:4,
59:11, 62:21,
62:24, 63:4,
63:9, 64:21,
64:22, 65:15,
65:18, 65:24,
67:16, 67:19,
68:12, 78:15,
78:16, 114:12,
117:22, 117:23,
118:6, 134:22,
138:10, 140:22,
144:24, 145:25,
147:8, 157:1,
174:13, 174:16
**wolf's**
134:2
**wonder**
79:18, 80:1
**wondering**
23:11, 37:13,
43:18, 50:16,
54:5, 66:1,
66:13, 67:25,
71:10, 87:18,
89:25, 90:8,
107:5, 112:16,
114:14, 115:7,
118:23
**woods**
6:21
**word**
81:14
**words**
89:25, 157:2
**work**
78:21, 94:4,
103:22, 117:18
**worked**
13:15, 14:24,

118:5
**worker's**
15:7
**working**
13:10, 32:1
**workplace**
108:13
**works**
13:6, 117:9,
117:21
**worries**
95:24
**would've**
150:2
**wouldn't**
104:11
**write**
75:9, 75:17
**written**
75:16
**wrong**
35:12, 41:5,
71:5, 81:2,
91:9, 91:23,
104:25, 137:9,
152:24
**wyan**
133:3

**Y**

**y'all**
173:25
**yeah**
19:2, 25:2,
29:11, 29:19,
37:17, 54:5,
54:21, 57:19,
59:25, 64:3,
66:13, 69:7,
75:16, 76:13,
81:2, 86:13,
90:8, 95:2,
95:20, 99:9,
103:11, 105:1,
117:5, 118:2,
118:23, 120:11,
120:24, 123:7,
123:10, 125:4,

138:8, 142:12,
154:6, 168:4,
174:6
**year**
66:18, 95:22,
108:25
**years**
10:3, 10:21,
11:12, 15:17,
31:19, 41:15,
104:16, 150:25
**yesterday**
65:24
**yogurt**
46:11, 46:16,
47:21, 122:16,
123:2, 124:2,
125:24, 126:3,
126:14, 154:7,
154:12, 155:3,
155:7, 155:12,
155:15
**yogurts**
122:7, 124:11
**york**
1:2, 1:9, 2:3,
2:11, 3:6, 6:4,
6:6, 6:11, 6:12,
6:21, 7:12,
9:25, 12:5,
12:7, 20:20,
20:21, 22:12,
22:13, 25:9,
25:18, 46:1,
73:3, 84:9,
110:17, 113:11,
119:21, 130:15,
134:14, 146:5,
151:3, 159:24,
160:6, 169:7,
170:5, 170:21,
171:3, 171:6,
171:15, 171:23,
172:10, 172:19,
172:25, 176:19
**younger**
77:2, 79:23,
79:24, 81:9,

81:10
**yourself**
30:25
**you're**
20:7, 23:15,
30:11
**you've**
13:23, 14:20,
20:1, 26:11
**y'all**
43:3

### Z

**zaidi**
3:24

### $

**$.45**
54:8
**$0.35**
99:22
**$0.45**
135:2
**$1**
91:17
**$1.15**
91:18
**$5**
129:16

### 0

**00**
16:11
**00558**
1:8, 6:7
**05**
16:11, 88:6
**06**
89:20
**08902**
3:12
**09**
54:22

### 1

**1**
88:6, 89:20,
121:18, 123:12

**1---**
121:23
**10**
4:18, 68:7,
78:19, 89:15,
93:19, 105:13,
105:15, 112:2,
129:16, 176:20
**100**
41:11, 50:21,
67:9, 116:24,
161:19, 161:20,
162:13, 162:20,
163:1, 163:8,
163:12
**1000**
3:20
**10022**
2:3, 3:6, 6:12
**103**
4:17
**105**
4:18
**11**
4:19, 22:10,
46:5, 46:15,
46:16, 46:20,
47:17, 47:22,
48:2, 54:22,
54:23, 55:24,
56:4, 56:9,
56:16, 68:8,
74:7, 88:4,
89:20, 90:2,
90:10, 90:18,
93:8, 112:9,
112:19, 112:24,
112:25, 113:2,
119:19, 120:15,
122:3, 123:4,
123:11, 123:19,
124:17, 124:23,
125:4, 134:5,
135:4, 137:3,
148:16, 150:13,
153:18, 154:7,
154:8, 154:18,
155:6, 155:8,

155:12, 155:16,
167:6, 167:15
**113**
4:19, 4:20
**11369**
9:25
**116**
4:21
**118**
4:22
**12**
4:20, 14:17,
26:24, 36:21,
43:14, 52:17,
78:4, 87:11,
104:24, 111:23,
111:24, 113:20,
113:21, 113:23,
114:3, 121:8,
121:11, 123:11
**121**
4:23
**122**
4:24
**126**
4:25
**128**
5:4
**13**
4:9, 4:21,
100:11, 115:24,
115:25, 116:2
**130**
3:11, 5:5
**131**
5:6
**132**
5:7
**133**
5:8
**1334**
22:12
**14**
4:22, 38:5,
38:15, 41:21,
45:15, 118:9,
118:10, 118:12,
119:11, 120:13

**14321**
56:25
**15**
4:23, 17:13,
121:4, 121:5,
121:7, 123:17,
163:20
**15,000**
161:18
**1520**
3:11
**16**
4:24, 122:20,
122:22, 122:24,
126:14, 154:2,
154:4, 154:15,
155:16
**161**
177:13
**17**
4:25, 10:15,
22:12, 54:23,
126:16, 126:18,
126:19, 126:20,
126:22, 127:9
**174**
4:5
**177**
1:24
**178**
79:6, 85:14,
89:16, 97:10
**18**
5:4, 38:14,
45:11, 45:14,
45:20, 45:25,
55:23, 56:3,
74:6, 82:17,
128:10, 128:11,
128:13, 130:8,
130:14, 134:5,
135:4, 156:2,
156:16, 156:17
**19**
5:5, 130:1,
130:2, 130:4,
156:15
**1982**
10:15

---
**2**
---
**2**
174:8, 174:9,
175:13
**20**
4:10, 5:6,
17:13, 97:11,
116:14, 131:8,
131:9, 131:12,
132:6
**2004**
14:21
**201**
3:13
**2020**
21:10
**2022**
36:24, 37:22,
38:6, 42:23,
46:5, 46:20,
47:17, 48:2,
48:6, 49:18,
50:3, 50:9,
50:19, 53:15,
53:16, 54:2,
54:3, 55:22,
55:23, 55:24,
56:3, 56:4,
58:17, 58:20,
62:19, 64:21,
65:10, 65:19,
65:20, 66:20,
67:15, 71:6,
73:7, 73:14,
73:20, 78:19,
97:16, 101:19,
107:16, 110:24,
111:9, 116:14,
122:4, 123:4,
123:11, 123:20,
124:17, 128:19,
130:8, 130:14,
135:3, 135:4,
136:1, 136:6,
150:13, 154:8,
154:18, 155:7,
155:8, 155:12,

---
155:16, 156:4,
156:17, 156:18,
166:21
**2023**
56:9, 56:16,
57:15, 88:4,
90:2, 90:10,
90:19, 93:8,
95:20, 112:10,
112:20, 137:4,
148:16, 153:18,
167:6, 167:15,
174:21
**2024**
1:15, 6:7,
95:25, 176:20,
177:14
**21**
5:7, 132:9,
132:10, 132:13
**212**
2:4, 3:7
**22**
5:8, 46:4,
80:5, 116:14,
133:8, 133:9,
133:10, 133:13,
138:8, 138:9,
140:21, 147:7,
177:14
**23**
1:8, 79:14,
80:5, 80:12,
80:23, 82:17,
84:9, 85:16,
93:23, 94:10,
94:16, 95:14,
95:19
**23219**
3:19
**24**
80:12, 80:23,
85:16, 93:23,
94:10, 94:16,
95:14, 95:19,
95:20
**25**
129:16

---
**252**
121:17
**26**
4:11
**27**
84:9, 109:4
**28**
109:4
**29**
78:19, 109:4,
110:12
**291**
14:11

---
**3**
---
**30**
21:13
**31**
174:8
**32.72**
108:16
**3220**
9:24
**3440**
3:13
**355**
3:13
**36**
174:9
**37**
175:13
**37.90**
56:12, 119:20

---
**4**
---
**40**
52:1, 138:8,
138:9, 159:12
**405**
2:2, 3:5, 6:11
**406**
121:23
**41**
140:21
**42**
147:7
**43**
111:23, 123:12

**45**
16:14
**4th**
74:4, 156:8

### 5

**50**
2:2, 3:5, 6:11,
87:14
**520642**
1:23
**5300**
2:4, 3:7
**54**
73:14, 87:25
**55**
4:12
**57**
111:24
**57.78**
108:16
**59**
1:16, 6:8
**5909**
121:23
**594**
2:4, 3:7

### 6

**6**
17:13
**6.25**
120:15
**6/5/2022**
98:15
**62.10**
108:17
**6329**
89:2, 89:4
**64**
52:17
**646**
121:19
**673**
121:19
**68**
119:11, 119:14
**69**
116:8

### 7

**7.25**
101:8
**723**
6:6
**73**
29:18, 29:19
**732**
121:23
**74**
120:13
**7698**
106:3, 106:6
**77**
4:13
**775**
3:20
**7934**
121:19
**7:-cv--p**
1:8

### 8

**8**
97:12
**80**
106:18
**800**
3:18
**804**
3:20
**81**
107:14
**83**
110:10
**84**
4:14
**87**
4:15

### 9

**9**
1:16, 6:8,
16:11
**92**
9:24
**94**
138:6, 138:7,

138:9
**96**
140:20
**97**
4:16
**98**
147:6