# EXHIBIT 5

Page 1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
2    _____
3    JOSEPH WOLF, et al,
4        Plaintiffs,
5    Vs.                        NO. 7:23CV00558
6    DOLLAR GENERAL
     CORPORATION et al,
7
         Defendants.
8    _____
9
10                   DEPOSITION
                        OF
11                 MIA SAVALOJA
12              December 14, 2023
13
     REPORTER NOTE:  PORTIONS OF THIS TRANSCRIPT MAY
14   BE SUBJECT TO THE PROTECTIVE ORDER ENTERED IN
     THIS CASE.
15
16          VERITEXT REPORTING CORPORATION
                236 Adams Avenue
17              Memphis, TN 38103
                 901-523-8974
18
19
20
21
22
23
24

1    The deposition of MIA SAVALOJA is taken on

2    this, the 14th day of December, 2023, on behalf

3    of the Plaintiffs, pursuant to notice and

4    consent of counsel, beginning at approximately

5    10:00 a.m., CST,  via Zoom videoconference, with

6    Mr. Edwards appearing via zoom from Knoxville,

7    Tennessee; Mr. Merino appearing from North

8    Brunswick, New Jersey, the witness, Ms. Collier

9    and Mr. Taylor appearing from Goodletsville,

10   Tennessee; and Mr. Dominski appearing from Olive

11   Branch, Mississippi.

12        This deposition is taken pursuant to

13   the terms and provisions of the Federal Rules of

14   Civil Procedure.

15        All forms and formalities are waived.

16   Objections are reserved, except as to form of

17   the question, to be disposed of at or before the

18   hearing.

19        The signature of the witness is

20   waived.

21

22

23

24

Page 3

```
 1
 2              A P P E A R A N C E S
 3

    FOR THE PLAINTIFFS:
 4

    ADAM EDWARDS, ESQ.
 5  MILBERG-COLEMAN, PLLC
    800 Gay Street
 6  Knoxville, Tennessee 37292
        and
 7  JAVIER MERINO, ESQ.
    DANN LAW FIRM
 8  1520 US Highway 130
    New Brunswick, NJ 08902
 9
10  FOR THE DEFENDANTS:
11  TRENT TAYLOR, ESQ.
    McGUIRE-WOODS, LLC
12  800 Canal Street
    Richmond, Virginia, 23219
13
    Also present:  MS. KELLY COLLIER
14                    General Counsel
                       to Dollar General Corp.
15
16               COURT REPORTING FIRM:
17               VERITEXT REPORTING CORPORATION
                 BRIAN DOMINSKI, LCR #114
18               236 Adams Avenue
                 Memphis, Tennessee 38103
19
20
21
22
23
24
```

Page 4

1                    I N D E X

2        Examination by Mr. Edwards, 5,12

3                    EXHIBITS

4     Exhibit 1, deposition notice, 52,6

      Exhibit 2, compliance script, 60,4

5     Exhibit 3, Customer service SOP 88, 86,8

      Exhibit 4, safety and compliance, 96,14

6

      REPORTER NOTE:  Exhibits uploaded to Veritext

7     portal post-deposition by Mr. Edwards.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1            MIA SAVALOJA,
 2   Having been first duly sworn, was examined and
 3   testified as follows:
 4        MR. EDWARDS:  Anything before we start
 5   from the court reporter or the videographer?
 6        THE REPORTER:  Adam, there is no
 7   videographer.
 8        MR. EDWARDS:  Off the record.
 9        (Off-the-record discussion.)
10            EXAMINATION
11   BY MR. EDWARDS:
12     Q.   Good morning.  Please state your full
13   name for the record.
14     A.   Mia Savaloja.
15     Q.   All right, Ms. Savaloja, do you
16   understand that you took an oath earlier this
17   morning that is the same oath as if you were
18   testifying in court?
19     A.   Yes, I understand.
20     Q.   Okay.  I'm going to ask you a series of
21   questions today, and the court reporter is going
22   to be recording all of my questions and all of
23   your answers.  Do you understand that?
24     A.   I do.
```

Page 6

```
 1      Q.   Okay.  So it is also very important
 2   that we make a clear record today.  So if you
 3   could try your best to avoid answers like uh-huh
 4   and ug-huh, that will help us to make that clear
 5   record.  Can we agree to do that?
 6      A.   Yes, we can agree.
 7      Q.   All right.  Also I'm going to try to be
 8   as clear as I can with the questions that I ask
 9   today, but inevitably I may ask a confusing
10   question.  If I do ask a question do you don't
11   understand, rather than you guessing about what
12   I'm asking, I'd rather you just ask me to
13   rephrase it, and I'll be glad to did that.  Can
14   we agree to that?
15      A.   Yes, we can.
16      Q.   The flip side of that is if I ask you a
17   question and you give me answer, an I'm going to
18   assume that you understood it.  Is that fair?
19      A.   That's fair.
20      Q.   All right.  Have you ever given a
21   deposition before?
22      A.   Yes.
23           MR. TAYLOR:  Just one second, Adam.
24   Before we get started, I wanted to put on the
```

Page 7

1    record a couple things real quick.

2          The first one just being that this

3    proceeding and the transcripts and the exhibits

4    are governed by a protective order in the case

5    and we'll make the appropriate confidentiality

6    designations pursuant that protective order.

7          The second thing, I don't think we need

8    appearances for the record, but if we could just

9    make it clear who is here in some form or

10   fashion, that would be great.

11         MR. EDWARDS:  I usually leave that up

12   to the court reporter whether he has already got

13   the appearance.

14         Mr. Court Reporter, do you have the

15   appearances?

16         THE REPORTER:  No need to.  It'll be on

17   the appearance page.

18   Q.   (BY MR. EDWARDS) I think I was asking

19   you if you have ever given a deposition before

20   today.  Will you please answer that question?

21   A.   Yes, I have.

22   Q.   How many?

23   A.   Approximately eight.

24   Q.   Wow.  Okay.  When was the most recent

Page 8

1    deposition before today?

2        A.    The most recent deposition before today

3    was approximately ninety days ago.

4        Q.    Okay.  What type of case?

5        A.    It was an EEOC case.

6        Q.    Was there some sort of employment issue

7    where Dollar General was sued?

8        A.    I believe it was related to a

9    termination issue, yes.

10       Q.    Who was that case brought by, do you

11   recall?

12       A.    I recall the name to be Bill Dokum

13   (Phonetic).

14       Q.    What was his position at Dollar

15   General?

16       A.    Bill was a district manager.

17       Q.    In what state?

18       A.    Oklahoma.

19       Q.    Do you have a -- I understand you are

20   not a lawyer, but do you have a high-level

21   understanding of what his allegations were in

22   that case.

23            MR. TAYLOR:  Object to the form.

24            You can answer.

1    A.   I do have a high-level understanding of

2    that, yes.

3    Q.   (BY MR. EDWARDS) What your high-level

4    understanding?

5    A.   My high-level understanding is that

6    Bill believed he was wrongly terminated due to

7    his age.

8    Q.   Okay.  Did you appear at the deposition

9    individually or as a corporate representative

10   for Dollar General?

11   A.   As a representative for Dollar General.

12   Q.   Was that case venued in Oklahoma?

13   A.   I'm not sure I understand what "venued"

14   means.  I believe, yes, he brought it in

15   Oklahoma.

16   Q.   Okay.

17   A.   I honestly don't recall that discussion

18   point.

19   Q.   Understood.  So what is the second-

20   most-recent deposition you testified in?

21   A.   Oh, gosh, I think prior to that was

22   another employment case, but it had been a

23   couple of years.  So I don't have complete

24   recall of the details of that one.  It was an

1    employment case.

2        Q.   Do you recall what state that lawsuit

3    originated in?

4        A.   I don't recall, no.

5        Q.   Did you appear as a representative for

6    Dollar General in that case?

7        A.   I did.

8        Q.   Okay.  All right.  We've talked about

9    two out of the eight depositions.  Out of those

10   eight, were they all employment-related cases?

11       A.   They were.

12       Q.   Okay.

13       A.   Yes.

14       Q.   Is this the first time have you given a

15   deposition as an employee of Dollar General that

16   didn't involve some sort of employment issue --

17   or let me ask it this way -- a case bought by a

18   former employee about employment-related claims?

19       A.   Yes, it is the first time.

20       Q.   Okay.  Have you been involved in any

21   way in any other litigation involving pricing

22   discrepancy or overcharges to consumers?

23            MR. TAYLOR:  Objection, form.

24            You can answer.

1     A.   No, I have not.

2     Q.  (BY MR. EDWARDS) We'll get back to

3  that.  Is there anything that would prevent you

4  from testifying truthfully today, medications,

5  other issues going on in life that might make

6  your memory fuzzy or something like that?

7     A.   No, sir.

8     Q.  If you need to take a break at any

9  time, please don't hesitate to ask.  I would

10  ask, though, that we not take breaks while a

11  question is pending.  Can we agree it that?

12     A.   We can.

13     Q.  Okay.  I suspect you probably won't

14  need them because I take breaks pretty

15  frequently myself.  We'll be okay there, I

16  think.

17     A.   Okay.

18     Q.  Are you represented by counsel at this

19  deposition?

20        MR. TAYLOR:  Objection to the form.

21        You can answer.

22     A.   I'm not.

23     Q.  (BY MR. EDWARDS) Okay.  Where are you

24  sitting for this deposition?

Page 12

1      A.    I am sitting at Dollar General's
2    corporate headquarters.
3      Q.    Where at?
4      A.    Goodletsville, Tennessee.
5      Q.    Who is in the room with you currently?
6      A.    Trent Taylor, Kelly Collier.
7      Q.    Anyone else?
8      A.    No, sir.
9      Q.    If that changes throughout the day, if
10   other people come into the room where you are
11   giving your deposition, please let me know.
12   Will you agree to that?
13     A.    Yes, sir.
14     Q.    Okay.  Did you do anything to prepare
15   for your deposition today?
16     A.    To prepare for today's deposition I
17   really just, you know, prepared by going over
18   some of my personal documents related to
19   compliance.
20     Q.    By "personal documents," do you mean
21   E-mails?
22     A.    E-mails, yes.
23     Q.    Okay.  Did you participate in the
24   gathering of documents responsive to the

1    discovery requests in this case?

2              MR. TAYLOR:  Objection, form.

3              You can answer.

4       A.   I did not personally participate, no.

5       Q.   (BY MR. EDWARDS) Okay.  You didn't

6    forward any E-mails or anything of that nature

7    to answer discovery requests?

8              MR. TAYLOR:  Objection, form.

9       A.   I did not.

10      Q.   (BY MR. EDWARDS) Did you assist in

11   preparing answers to the written questions or

12   interrogatories in this case?

13             MR. TAYLOR:  Object to the form.

14             You can answer.

15      A.   I did not.

16      Q.   (BY MR. EDWARDS) Other than -- well,

17   first let me ask you this:  Do you recall

18   approximately how many documents you reviewed in

19   preparation for your deposition today?

20      A.   I don't.  I wasn't keeping track of the

21   number of documents.

22      Q.   Do you think it was like more than

23   twenty?

24      A.   Possibly in the range of twenty or

1    more.

2        Q.   Okay.  Does that mean your best guess

3    would be somewhere between thirty, thirty or

4    forty documents total?

5            MR. TAYLOR:  Objection, form.

6            You can answer.

7    A.   Yes.  If I had to guess.

8        Q.   (BY MR. EDWARDS) Okay.  Did you select

9    the documents to review or did someone select

10   the documents for you?

11           MR. TAYLOR:  Objection, form.

12           You can answer.

13   A.   I selected the documents.

14       Q.   (BY MR. EDWARDS) Okay.  What was your

15   criteria for selecting the documents you chose

16   to review for the deposition today?

17   A.   The criteria was based on the topic

18   that we're discussing today.

19       Q.   Okay.  What do you believe to be the

20   topic that we're discussing today?

21   A.   I believe the topic to be New York

22   pricing.

23       Q.   Okay.  Did you also have some

24   preparation sessions with counsel, either of the

1   two people in the room with you today?

2        A.    Yes, we met.

3        Q.    For how long roughly?

4        A.    I think it was maybe three hours or so

5   we met.

6        Q.    When was that meeting?

7        A.    Yesterday.

8        Q.    Okay.  Is that Mr. Taylor and

9   Ms. Collier that you met with?

10       A.    That's correct.

11       Q.    Anyone else?

12       A.    No, sir.

13       Q.    Did you talk with any employees,

14  supervisors or co-workers of any kind about this

15  deposition?

16       A.    No one.

17       Q.    Okay.

18       A.    Of any or type, no.

19       Q.    Let me make the question a little

20  broader and expand it beyond this deposition.

21  Have you talked with any co-workers about the

22  subject matter of this litigation?

23            MR. TAYLOR:  Objection, form.

24            You can answer.

1       A.    No, sir.

2       Q.    (BY MR. EDWARDS) Have you seen the

3    complaint in this matter?

4       A.    Yes.

5       Q.    Okay.  Have you reviewed the

6    allegations in the complaint?

7            MR. TAYLOR:  Objection, form.

8            You can answer.

9       A.    Yes.

10      Q.    (BY MR. EDWARDS) Did any factual

11   allegations jump out to you as being false when

12   you reviewed the complaint?

13           MR. TAYLOR:  Objection, form.

14      A.    Can you go ahead and restate the

15   question for me.

16      Q.    (BY MR. EDWARDS) Sure.  When you've

17   reviewed the complaint in this case, do you

18   recall if any of the factual allegations jumped

19   out to you as being false.

20      A.    I don't recall.

21      Q.    Do you have a general understanding of

22   what the plaintiffs in this case allege that

23   Dollar General did wrong?

24           MR. TAYLOR:  Objection, form.

Page 17

```
 1          You can answer.
 2     A.    The understanding I have is that the
 3     plaintiffs object to pricing overcharges.
 4     Q.    (BY MR. EDWARDS) Okay.  Do you agree
 5     that over the past three years or so Dollar
 6     General has been dealing with an issue related
 7     to customer overcharges?
 8          MR. TAYLOR:  Objection to the form.
 9          You can answer.
10     A.    Over the past three years I acknowledge
11     that there have been overcharges.
12     Q.    (BY MR. EDWARDS) Have there been
13     overcharges at a rate that is unacceptable to
14     Dollar General, would you agree to that?
15          MR. TAYLOR:  Objection, form.
16          You can answer.
17     A.    The overcharges in some situations,
18     yes.
19          MR. TAYLOR:  Object to the form.
20          You can answer.
21     Q.    (BY MR. EDWARDS) The way you answered
22     that leads me to believe that you may feel that
23     overcharges in some situations are okay or
24     acceptable.  Is that correct?
```

1              MR. TAYLOR:  Objection, form.

2      A.    Overcharges are not acceptable to

3   Dollar General any situation.

4      Q.    (BY MR. EDWARDS) Why is that?

5      A.    Why is that is the importance of

6   customer satisfaction and that we are charging

7   the correct price at the register.

8              MR. TAYLOR:  Object to the form.

9              You can answer.

10     Q.    (BY MS. FARID) So if the customer is

11  buying Product X and it is on the shelf for a

12  dollar and it rings up at a dollar fifty, you

13  would agree that's unfair to the customer?

14             MR. TAYLOR:  Object to the form.

15             You can answer.

16     A.    If the price at the register rings

17  differently than the price at the shelf, that's

18  not acceptable.

19     Q.    (BY MR. EDWARDS) Okay.  Is that unfair

20  to the customer?

21             MR. TAYLOR:  Object to the form.

22             You can answer.

23     A.    It is not customer satisfaction, no.

24     Q.    (BY MR. EDWARDS) What is your current

1    job title?

2        A.    My current job title is senior

3    director, store operations, communication.

4        Q.    How long have you had that job title?

5        A.    Well, for this particular round I have

6    had that job title since May, but at other

7    junctures in my career I've had that same job

8    title but I've had this specific job title since

9    May of this year.

10       Q.    So you've been the senior director,

11   store operations, for Dollar General since May

12   of 2023.  Is that correct?

13       A.    It is important to add the word

14   "communication."  Store operations,

15   communication.

16       Q.    Okay.

17       A.    So, yes, I've had that title since May

18   of this year.

19       Q.    Okay.  Just so the record is clear, by

20   "this year," you mean 2023?

21       A.    2023, yes.

22       Q.    Okay.  We may be reading this

23   transcript two years from now and we want to

24   make sure we're correct.

Page 20

1      A.    Understood.

2      Q.    What was your job title prior to May of

3    2023 with Dollar General?

4      A.    My job title prior to May of 2023 was

5    senior director, store operations, communication

6    and store compliance.

7      Q.    There was a cough there.  Did you say

8    "and store compliance"?

9      A.    I did, yes.

10     Q.    Okay.  So it sounds like -- first let

11   me ask you this:  How long did you have -- these

12   titles are getting long.  I'm going to try my

13   best.

14     A.    They are.

15     Q.    I'll start again.  How long did you

16   have the job title for Dollar General senior

17   director, store operation, communication and

18   store compliance?

19     A.    2017 would have been the start of that

20   job title.

21     Q.    Okay.  All right.  So why, if you know,

22   in May of 2023 did they drop the part of the

23   title that says "store compliance"?

24          MR. TAYLOR:  Object to the form.

1          You can answer.

2      A.    It is fairly common in retail companies

3  that there are re-org's, that companies move one

4  function to a different functional area for

5  whatever number of reasons, and so it was

6  decided at the end of April that store

7  compliance would report into asset protection.

8      Q.    (BY MR. EDWARDS) So asset protection is

9  another department within Dollar General?

10     A.    Asset protection is a department within

11 Dollar General that sits within the overall

12 store operations umbrella.

13     Q.    So who is the head of asset protection?

14     A.    The head of asset protection is Amelia

15 Kennedy.  She is the vice-president of asset

16 protection.

17          An important distinction that I should

18 add there is she is the vice-president of the

19 corporate side.

20     Q.    So I guess is her --

21          (Zoom freeze.)

22          (Off-the-record discussion.)

23          MR. EDWARDS:  I'll pick up with the

24 same follow-up question I think you missed,

Page 22

1    Brian.

2        Q.    (BY MR. EDWARDS) So who is the person

3    responsible in asset protection on the field

4    side?

5        A.    Erin Carlisle.

6        Q.    Okay.  I think that covers everything.

7    So let's go back to when you started in your

8    position of senior director, store operations,

9    communication and store compliance in 2017.  Are

10   you with me there?

11       A.    I'm with you.

12       Q.    Okay.  So it sounds like from the time

13   you assumed that job title in 2017 up through

14   May of 2023, this year, that store compliance

15   would have reported to you.  Is that accurate?

16            MR. TAYLOR:  Object to the form.

17            You can answer.

18       A.    That's accurate.

19       Q.    (BY MR. EDWARDS) Okay.  Then some time

20   around May of 2023, before that, Dollar General

21   made the decision that store compliance would

22   now report to asset protection?

23       A.    That's correct.

24       Q.    Okay.  So in May of 2023 you lost part

1    of your job responsibilities.  Is that accurate?

2              MR. TAYLOR:  Object to the form.

3              You can answer.

4        A.    In May of 2023 I no longer had store

5    compliance, yes.

6        Q.    (BY MR. EDWARDS) Okay.  Can you tell

7    me, if you know, why that decision was made?

8              MR. TAYLOR:  Object to the form.  Asked

9    and answered.

10              You can answer.

11        A.    The decision was really made for

12    efficiencies.  Asset protection certainly has a

13    compliance element to it.  They've got a large

14    field organization.  The store support center

15    side of the organization had also grown.  So it

16    made sense to the leadership team to combine the

17    two.

18        Q.    (BY MR. EDWARDS) Do you think that

19    moving store compliance to report to asset

20    protection had anything to do with Dollar

21    General's attempt to try to do a better job at

22    compliance as it relates to pricing accuracy?

23              MR. TAYLOR:  Object to the form.

24              You can answer.

Page 24

```
 1      A.   I think the move of store compliance to
 2   asset protection was to take advantage of
 3   synergies, a larger team, you know, to form a
 4   bigger group to look at the big picture.
 5      Q.   (BY MR. EDWARDS) But you don't believe
 6   that the move for store compliance to start
 7   reporting to asset protection had anything to do
 8   with pricing inaccuracies?
 9           MR. TAYLOR:  Object to the form.
10           You can answer.
11      A.   I wouldn't say that because the officer
12   level are making those decisions.  Details like
13   that wouldn't necessarily be shared with me.
14      Q.   (BY MR. EDWARDS) Okay.  So it may have
15   had something to do with pricing accuracies and
16   it may not, you just didn't know?
17      A.   Yeah.  What I'm saying is I don't know,
18   yeah.
19      Q.   Okay.  Who do you report to?
20      A.   I report to Dan Connow.  He is the
21   vice-president of store operations.
22      Q.   How many people report to you?
23      A.   I have four direct reportables.
24      Q.   What are their names?
```

1    A.   Clarice Siegel, S I E G E L, Jillian

2    Kaufman, K A U F M A N, Monica Sullivan, Tony

3    Whitmore, W H I T T E M O R E.

4    Q.   Okay.  What are their job titles?

5    A.   Clarice, Jillian and Tony are senior

6    managers of store operations.

7    Q.   Okay.

8    A.   Monica Sullivan is a manager of store

9    operations.

10    Q.   Are all four of those individuals'

11    responsibilities nationwide or are their

12    responsibilities limited to a particular region

13    or district?

14    A.   All four of them have nationwide

15    responsibilities.

16    Q.   Okay.  What is your educational

17    background?

18    A.   My educational background is an

19    undergraduate degree from Westminster College in

20    business administration.

21    Q.   Okay.  Where is that at, Westminster,

22    College?

23    A.   Fulton, Missouri.

24    Q.   So you have a bachelor's degree in

1    business administration?

2        A.    Yes, I do.

3        Q.    Okay.  Let me ask you this:  I was

4    going to ask you, and I still will, about your

5    activities and job responsibilities, like a

6    typical workday, but let me ask you this

7    question:  Since compliance now since May of

8    2023 reports to a different area, are you still

9    since May of 2023 involved in compliance issues

10   at all as they relate to pricing inaccuracy?

11           MR. TAYLOR:  Object to the form.

12           You can answer.

13       A.    No, sir.  Seven months ago that

14   transition occured, and I am not involved in the

15   day-to-day of store compliance.

16       Q.    (BY MR. EDWARDS) Okay.  Since May of

17   this year, 2023, is there a singular person or

18   people that you could point to that are now

19   involved in the day-to-day of store compliance?

20           MR. TAYLOR:  Object to the form.

21           You can answer.

22       Q.    (BY MR. EDWARDS) Would that be Amelia

23   and Erin, for example?

24       A.    The person I would point to -- the key

1    words there that you mentioned are "day to day."

2    So the day to day is managed by a director.  Her

3    name is Rebecca O'Brien.

4        Q.    Okay.  What is Rebecca O'Brien's job

5    title?

6        A.    Director, store compliance.

7        Q.    Do you know how long she has had that

8    job title?

9        A.    She has had that job title -- let me

10   just think about that for a second here.  When

11   Rebecca transitioned into the group, it was

12   approximately a year and a half that she has had

13   that job title.

14       Q.    Do you know who had that job title

15   before her?

16       A.    I do.  The person that had that job

17   title before Rebecca was Maribeth Dedmon.

18       Q.    So prior to Rebecca O'Brien, Maribeth

19   Dedmon was director of store compliance?

20       A.    That's correct.

21       Q.    Is Maribeth Dedmon still with Dollar

22   General?

23       A.    She is.

24       Q.    What is her job title now, if you know?

1     A.    Director, global compliance.

2     Q.    So she got a promotion?

3           MR. TAYLOR:  Object to the form.

4           You can answer.

5     A.    She didn't get a promotion.  Rebecca's

6     predecessor was a director.  Maribeth was a

7     director.

8     Q.    (BY MR. EDWARDS) I see.

9     A.    That would have been a lateral move for

10    Maribeth when she went over to global

11    compliance.

12    Q.    Okay.  Before May of 2023 did Rebecca

13    O'Brien report to you?

14    A.    She did.

15    Q.    And was the same true for Maribeth?

16    A.    The same was true, yes.

17    Q.    Would you agree that post-epidemic,

18    post-COVID-19, pricing inaccuracy -- that issue

19    kind of came to the forefront for Dollar General

20    or became a more important issue for Dollar

21    General?

22          MR. TAYLOR:  Object to the form.

23          You can answer.

24    A.    Post-COVID there were I would say

1   unprecedented things going on in the pricing

2   world for sure.  So, you know, that relates to

3   supply chain issues, you know, vendors passing

4   on price increases, et cetera.  So coming out of

5   COVID it was an unprecedented time.

6       Q.   (BY MR. EDWARDS) So over the last --

7   let me ask it this way:  In the years following

8   COVID, did you notice an increase in failed

9   government audits related to pricing, for

10  example?

11          MR. TAYLOR:  Object to the form.

12          You can answer.

13      A.   I don't know that I would quantify that

14  as plural, but, yes, at a point I did notice

15  that there was an increase.

16      Q.   (BY MR. EDWARDS) Okay.  Approximately

17  what year?

18      A.   Well, I think going back to my comment

19  prior is that in 2022 we can certainly agree or

20  disagree on what the coming-out-of-COVID time

21  frame is, but I think the impact for us was more

22  visible in 2022.

23      Q.   What was more visible?

24      A.   Things like unprecedented price changes

Page 30

```
 1   in 2022.
 2       Q.   Okay.  My question was specific to did
 3   you notice an increase in pricing inaccuracy in
 4   2022?
 5           MR. TAYLOR:  Object to the form.
 6           You can answer.
 7       A.   The answer is yes.
 8       Q.   (BY MR. EDWARDS) I'm going to shift
 9   gears a little bit and we're going to come back
10   to some of these things.  Can you explain what
11   the my DG program is?
12       A.   That term exactly, "my DG"?
13       Q.   Yeah.
14       A.   I'm not familiar with what "my DG" is.
15   I'm familiar with "DG me," "DGE."  There are
16   lots of DG things.
17       Q.   All right.  What I'm referring to is
18   Dollar General's rewards program --
19       A.   Oh, okay.
20       Q.   -- for its customers.  Are you familiar
21   with that program?
22       A.   I am familiar with programs that are
23   available to customers, things like digital
24   coupons, et cetera.
```

1      Q.    Are you aware that Dollar General has

2   an app for its customers?

3      A.    I am.

4      Q.    Do you have the app on your phone?

5      A.    I do.

6      Q.    Okay.  Do you remember when you signed

7   up for the app?

8      A.    It has been so long, I do remember when

9   I signed up, but, yes.

10      Q.    Do you recall when you sign up for the

11   app or when you register for the program on the

12   app for Dollar General you put in things like

13   your E-mail address?

14          MR. TAYLOR:  Object to the form.

15          You can answer.

16      A.    Yes.

17      Q.    (BY MR. EDWARDS) You put in your

18   address and zip code?

19          MR. TAYLOR:  Same objection.

20      A.    I remember a form.  I think it included

21   address, zip code, things of that nature.

22      Q.    (BY MR. EDWARDS) Do you use the rewards

23   program or IDG app?

24      A.    I do.  I do.

Page 32

1    Q.   Okay.  How do you use it?

2    A.   I use it mostly for digital coupons.  I

3  mean everybody -- there is good offers in there,

4  and they are easy to clip.

5    Q.   Okay.  Do you know if -- when I went to

6  the app, it appears that you can accumulate

7  different things based on your purchase history.

8  That's very high level.  Is that your general

9  understanding?

10        MR. TAYLOR:  Object to the form.

11        You can answer.

12    A.   That's my general understanding.  I

13  believe that's fairly new.  But, yes, that is my

14  general understanding.

15    Q.   (BY MR. EDWARDS) Okay.  So if a

16  customer goes in and uses the DG app at

17  purchase, there is something that -- there is a

18  database where Dollar General keeps track of

19  purchase history.  Is that reasonable?

20        MR. TAYLOR:  Object to the form.

21        You can answer.

22    A.   That's reasonable.

23    Q.   (BY MR. EDWARDS) Do you have any idea

24  of -- let me back up for a second.

1          You would agree with me that many

2    Dollar General customers are repeat purchasers,

3    right?

4          MR. TAYLOR:  Object to the form.

5          You can answer.

6      A.   Many Dollar General customers are

7    repeat customers, yes.

8      Q.   (BY MR. EDWARDS) You guys, your

9    marketing department, probably has analysis of

10   those things, right, like what percentage of the

11   customers are repeat purchasers?

12         MR. TAYLOR:  Objection, form.

13     A.   Yes.

14     Q.   (BY MR. EDWARDS) Have you ever seen any

15   of that data or have any understanding as to

16   what percentage of Dollar General's customers

17   are repeat purchasers?

18         MR. TAYLOR:  Objection, form.

19     A.   There is I believe it is quarterly,

20   either quarterly or some regular time in which

21   customer experience information is shared with

22   the director group, you know, from what I

23   remember.  What I saw on a slide or that

24   particular data, I would not know.

1     Q.    (BY MR. EDWARDS) Do you recall what

2    that document might be called that would reveal

3    what percentage of customers are repeat

4    purchasers at Dollar General?

5          MR. TAYLOR:   Objection, form.

6    Objection, misstates prior testimony.

7          You can answer.

8     A.    I don't.  I don't recall the exact name

9    of the document.

10     Q.    (BY MR. EDWARDS) But you say there is

11    quarterly consumer experience data documents

12    that are distributed at Dollar General?

13     A.    Yes.

14          MR. TAYLOR:   Objection, form.

15     Q.    (BY MR. EDWARDS) What would you call

16    those types of documents yourself?

17     A.    You know, typically at Dollar General

18    we would call that a deck.  It would be a PDF or

19    a PowerPoint deck in a PDF format.

20     Q.    Which department would produce those or

21    create those documents?

22          MR. TAYLOR:   Object to the form.

23          You can answer.

24     A.    Marketing.

1      Q.    (BY MR. EDWARDS) Marketing.  Okay.  Is

2    there a particular person that you would point

3    to that would probably have the most knowledge

4    about those sorts of decks or PDF's currently?

5              MR. TAYLOR:  Object to the form.

6              You can answer.

7      A.    Angela Martin.

8      Q.    (BY MR. EDWARDS) Okay.  What is her job

9    title?

10     A.    She is a vice-president of marketing.

11     Q.    Okay.  Would she also be someone you

12   would point to that would be knowledgeable about

13   the Dollar General reward or coupon program?

14             MR. TAYLOR:  Object to the form.

15             You can answer.

16     A.    Angela is more on the customer research

17   side, and there is a different marking group

18   that would oversee the reward program.

19     Q.    (BY MR. EDWARDS) Okay.  Who do you

20   think would oversee that reward program?

21     A.    I believe the person in charge of that

22   is Michael Chao.  That's spelled C H A O.

23             MR. EDWARDS:  We've been going a little

24   under an hour.

1           (Brief recess.)

2      Q.   (BY MR. EDWARDS) Ms. Savaloja -- did I

3    come close?

4      A.   Savaloja (Sav-ah-la).

5      Q.   Savaloja?

6      A.   Savaloja.

7      Q.   I hope you will forgive me if I call

8    you "Mia."  I'm not trying to be disrespectful.

9    I think that maybe that might be more respectful

10   than butchering your last name, as I'm apt to

11   do.

12          Okay.  I want to follow up with a few

13   questions.  First let me ask you, you didn't

14   discuss the subject of your deposition during

15   the break with counsel, I presume, correct?

16     A.   No, sir.

17     Q.   Okay.  You have "communication" in your

18   title, and you have had it since 2007, correct?

19     A.   That's not correct.

20     Q.   I'm missing something.  I'm sorry.

21   Since 2017.  That might be where we're off.

22          Since 2017 I think we confirmed earlier

23   that your title senior is director, store

24   operation, communication.  So "communication"

1    has been in your job title since 2017?

2        A.    We went back as far as 2017, but

3    communication has been in my title since 2015.

4        Q.    Okay.  Can you explain to me what the

5    "communications" part of your title involves.

6        A.    Sure.  The "communications" part of my

7    title involves store operations communications

8    to our stores and store operations

9    communications to our field teams.

10       Q.    When you say "field teams," what do you

11   mean?

12       A.    "Field teams" is inclusive of our

13   district managers, our regional directors, our

14   division vice-presidents and our senior vice-

15   presidents of operations.

16       Q.    Okay.  Would that include communication

17   to the stores and field teams related to price

18   changes?

19            MR. TAYLOR:  Object to the form.

20            You can answer.

21       A.    It would.

22       Q.    (BY MR. EDWARDS) So I think we've

23   received testimony already from others related

24   to the decision to make a price change on

1    products.  What I'm interested in is the flow

2    from after the decision to make a price change

3    on a particular product is made down to the

4    store level.  Can you walk me through those

5    steps?

6            MR. TAYLOR:  Object to the form.

7            You can answer?

8    A.    I can.

9    Q.    (BY MR. EDWARDS) Okay.

10   A.    The steps I will walk you through are

11   the steps that are in place today.  Once that

12   decision -- there is a weekly -- let me back up

13   here a little bit by talking about the method of

14   which the communication is delivered.

15           Communication is delivered to stores

16   via a system that we call START that is

17   essentially a task management system.  That is

18   the vehicle.  So we have a number of pricing

19   activities that get communicated to stores as a

20   task in START.

21   Q.    Does this happen weekly?

22   A.    This happens weekly, yes.

23   Q.    Is this every Tuesday?

24   A.    The communication is actionable on

1    Tuesday.  The communication will be visible to

2    the store prior to that.

3        Q.   Okay.  Is there a particular day when

4    the communication for the price change is

5    conveyed from the START management system?

6            MR. TAYLOR:  Object to the form.

7            You can answer.

8        A.   The particular -- think it is important

9    to provide a little bit of context that the

10   START communication, for example, for Tuesdays

11   shelf label changes simply communicates that

12   there will be shelf labels and the steps to go

13   print them.

14           So I as a store manager, you know, a

15   member of the store manager team, don't get

16   information in that START communication about a

17   quantity, but, yes, it is visible, and it tells

18   me I need to be sure to print them and how to

19   print them.

20       Q.   (BY MR. EDWARDS) Okay.  It sounds like

21   every Tuesday is when the actual labels should

22   be printed for the week.

23           MR. TAYLOR:  Object to the form.

24           You can answer.

1       A.    That's correct.

2       Q.    (BY MR. EDWARDS) So now back up and

3   tell me what is the process for the price change

4   at the POS level or at the register?

5       A.    The price change process at the

6   register is not my area.

7       Q.    And whose area is that?

8       A.    That is Brian Hauck's team.

9       Q.    So your area deals with communication

10  of the price change to the store as it relates

11  to changes on the shelf --

12              MR. TAYLOR:  Object to the form.

13              You can answer.

14      Q.    (BY MR. EDWARDS) -- and not at the

15  register?

16      A.    That's correct.

17      Q.    Okay.

18      A.    I'd just add that that communicates

19  that -- the communication from my team

20  communicates the process.  We have a process,

21  and it communicates the process for printing

22  those labels.

23      Q.    Okay.  I'm assuming the process that is

24  in place today was the same back in -- a month

Page 41

1   before today's date, so say mid-November of this
2   year, correct?
3       A.   Correct.
4       Q.   Okay.  Let's go back a month, and I
5   want you to assume that the decision has been
6   made by Dollar General that a Gillette razor
7   currently priced at twelve dollars is going to
8   be increased to $14.00.  Okay?
9       A.   Okay.
10      Q.   Do you follow that hypothetical?
11      A.   Yes.
12      Q.   Take me through the steps to where that
13  price increase is communicated to the store
14  level.
15           MR. TAYLOR:  Object to the form.
16           You can answer.
17      A.   The steps are what we just went over,
18  that there is a task in the task management
19  system that articulates the process for printing
20  labels on Tuesday.
21      Q.   (BY MR. EDWARDS) Okay.
22      A.   If I'm the store manager or a delegate
23  of the store manager I'm responsible for signing
24  off on that that I completed that.  The price

Page 42

1    changes themselves will be visible when the

2    store prints them.

3        Q.   I see.  So you rely on the individual

4    store managers to check their tasks at least

5    every Tuesday, determine if there are new labels

6    that need to be printed and to timely print

7    those labels and make the changes on the shelf?

8            MR. TAYLOR:  Object to the form.

9            You can answer.

10       A.   Yes.  That's correct.  That task

11   directs them to do so.

12       Q.   (BY MR. EDWARDS) Okay.  If they -- if

13   the store is late in printing labels reflecting

14   price changes, that's a problem, right?

15           MR. TAYLOR:  Object to the form.

16           You can answer.

17       A.   If the store is late in printing price

18   changes, you know, and "late" is a general term,

19   if it is late, then the price at the register

20   will be different than the price at the shelf.

21       Q.   (BY MR. EDWARDS) Okay.  I know you told

22   me this is Brian Hauck's team as far as making

23   the price change at the point of sale at the

24   register level, but is it generally the case

Page 43

1  that the price change won't hit the register
2  until some time after that Tuesday when the
3  labels are supposed to be printed and changed?
4  Does it work that way?
5          MR. TAYLOR:  Object to the form.
6          You can answer.
7      A.    The price changes are effective on
8  Tuesday morning.
9      Q.   (BY MR. EDWARDS) I see.  Go back to my
10  Gillette razor example.  That price increase
11  from $12.00 to 14.00, it is going to be sent
12  electronically or via software to increase at
13  the register on Tuesday morning, correct?
14          MR. TAYLOR:  Object to the form.
15          You can answer.
16      A.    Correct.
17      Q.   (BY MR. EDWARDS) So if the store is
18  late in printing labels for that Gillette and
19  it -- let's say they are one week late, then
20  there will be a one-week period where the
21  customer thinks that they are buying a razor for
22  $12.00 and it will ring up for 14.00.  Is that
23  fair?
24          MR. TAYLOR:  Object to the form.

Page 44

1          You can answer.
2      A.    In the scenario that you present, if
3   the store doesn't print a label for a week, then
4   that is correct.
5      Q.    (BY MR. EDWARDS) Or if they print the
6   label for a week but it doesn't make to the
7   shelf, same thing, right?
8          MR. TAYLOR:  Object to the form.
9          You can answer.
10     A.    That's correct.
11     Q.    (BY MR. EDWARDS) When the label is
12  printed, there is a document that Dollar General
13  generates showing that that document has been
14  printed or that that label with the price change
15  has been printed, correct?
16         MR. TAYLOR:  Object to the form.
17         You can answer.
18     A.    I wouldn't phrase it like that, no.
19  The way it was phrased makes it sound like there
20  is a document that prints that says whether or
21  not you printed your price changes.  And that is
22  not the case.
23     Q.    (BY MR. EDWARDS) That's fair.  Let me
24  rephrase it.

1      A.    Okay.

2      Q.    I have seen from the documents that I

3   have reviewed that Dollar General keeps track of

4   whether labels are printed in a timely fashion.

5   Would you agree with that?

6      A.    Dollar General does keep track whether

7   or not the labels have been printed.

8      Q.    Right.  For accountability reasons,

9   right?

10          MR. TAYLOR:  Object to the form.

11          You can answer.

12      A.    Accountability does play into it, yes.

13      Q.    (BY MR. EDWARDS) Okay.  What is -- just

14   explain to me how that happens.  How does Dollar

15   General keep track of what labels are printed

16   either on time or late as it relates to price

17   changes in the store?

18          MR. TAYLOR:  Object to the form.

19          You can answer.

20      A.    What I could explain or share with

21   you -- I'm not the subject matter from my team's

22   perspective on how that happens systemically, so

23   very much in layman's store operations terms the

24   data can be captured whether or not the store

Page 46

```
 1    printed the batch, and that data can be turned
 2    into a report.
 3        Q.   (BY MR. EDWARDS) Okay.  What are those
 4    reports called?  Do you know?  Or what do you
 5    call them?
 6        A.    The title of that report is something
 7    like "core label report" or it might say
 8    "Tuesday price changes."  I don't have a recall
 9    exactly what the title of the report is.
10        Q.    I've seen that phrase in the documents,
11    "core label report."  "Core label report"
12    indicates what?  I'm referring to the word
13    "core."
14        A.    "Core," there are essentially --
15    without going into a lot of detail, "core" is an
16    item that resides in a plan-o-gram and gets
17    replenished.
18        Q.    As to what other types of products?
19        A.    As opposed to a seasonal item.  So
20    Christmas trees.
21        Q.    I've got you.  Okay.  Are there other
22    types of items?  We've got seasonal items.
23    We've got core items.  Is there another
24    category?
```

1      A.    There are items that our vendors bring

2    in in our coolers.  DSD is what it is referred

3    to as.

4      Q.    Do you know what that stands for, DSD?

5      A.    Drop-ship delivery.

6      Q.    Okay.  Those are items that vendors

7    bring in that are not expected to be

8    replenished.  How do those differ from core

9    products?

10      A.    They differ from core products in that

11    drivers bring them in.

12      Q.    And with core products, they are just

13    shipped?

14      A.    There is a supply chain in which they

15    are shipped from distribution centers, yes.

16      Q.    Okay.  Are the DSD products regularly

17    replaced and replenished like core products?

18      A.    DSD products are replenished weekly.

19      Q.    Okay.  Is there a different mechanism

20    for price changes for DSD products?

21      A.    There is not.

22      Q.    Okay.  So a price increase for a DSD

23    product would happen the same way as a core

24    product?

1        A.    Yes.

2        Q.    Okay.  What about a seasonal product,

3    would a price change for a seasonal product

4    happen the same way as a price change for a core

5    or DSD product?

6        A.    It would not happen the same way.

7        Q.    Is it fair to say that if you are

8    talking about seasonal products, there is

9    generally not going to be a price increase --

10            MR. TAYLOR:  Object to the form.

11            You can answer.

12        Q.    (BY MR. EDWARDS) -- or is that wrong?

13        A.    That's fair to say.

14        Q.    Okay.

15        A.    "General" is the key word there.  There

16    certainly could be.

17        Q.    Right.  Seasonal products come in, and

18    they typically -- the stores will typically sell

19    those products until the end of the season until

20    they are gone and then replenish them the next

21    season.  Is that the way that works?

22            MR. TAYLOR:  Object to the form.

23            You can answer.

24        A.    That's an overview of how it works,

1    yes.

2         Q.    (BY MR. EDWARDS) Are there any other

3    categories of products other than core products,

4    seasonal products and DSD?

5         A.    There is one additional category.  That

6    is called scan-based trade.  It is referred to

7    as SBT.

8         Q.    What does that refer to?

9         A.    That refers to Dollar General does not

10   keep a perpetual inventory on that, it is

11   vendor-owned inventory, and as it goes through

12   the register, then Dollar General would be

13   invoiced for the items sold.

14        Q.    All right.  So price -- give me an

15   example of those types of products.

16        A.    Something like a cell phone accessory.

17        Q.    Okay.  So a vendor drops off a number

18   of cell phone accessories, and if Dollar General

19   sells one, they pay the vendor a pre-agreed-upon

20   amount?

21             MR. TAYLOR:  Object to the form.

22             You can answer.

23        Q.    (BY MR. EDWARDS) Is that the way it

24   works?

1      A.    It is typically not a vendor delivering

2    it.  It is typically a drop-ship.

3      Q.    Okay.

4      A.    And it would arrive that way.  But,

5    yes, that's directionally how it works.

6      Q.    Okay.  Other than cell phone

7    accessories, can you think of other examples of

8    DSD type products?

9      A.    Cell phone is SBT.  Do you want

10   examples of DSD or SBT?

11     Q.    Let's start with DSD.  I'm sorry.  Last

12   one was SBT?

13     A.    SBT.

14     Q.    These analogies are getting a little

15   confusing.  Yes, other examples beyond the

16   accessories, cell phone accessories.

17     A.    Sure.  Movies, DVD movies.

18     Q.    Okay.

19            MR. TAYLOR:  Just so I'm clear.  That's

20   for SBT?  It isn't clear to me if it is SBT or

21   DSD.

22            THE WITNESS:  I thought I was answering

23   was another SBT item.  The answer to that was

24   DVD movies.

1    Q.   (BY MR. EDWARDS) Yes.  Any other SBT

2    items other than DVD movies and cell phone

3    accessories?

4    A.   Merchandising is not my area.  So I'm

5    not able to provide an exhaustive list, just

6    examples I'm aware of.

7    Q.   Okay.  Sitting here today you are not

8    able to give other examples of SBT products?

9    A.   The two examples I gave you were

10   movies, cell phone accessories.  Those are the

11   biggest categories.  There is also a CD

12   category.  Outside of that, no, I'm not familiar

13   with their assortment details.

14   Q.   Let's go ahead and mark our first

15   exhibit, if I can get back to ExhibitShare.  Can

16   you see what we've marked as Exhibit 1?

17   A.   I cannot view the exhibit.

18   Q.   Did you go to the marked-exhibit

19   folder?

20   A.   I did not.

21   Q.   Try in there.  See if it is in there.

22   A.   All right.  I can see it.

23   Q.   I've marked as Exhibit 1 the notice of

24   deposition that you are appearing under today.

1    Do you see that?

2        A.    I see that.

3        Q.    Have you seen that before today?

4        A.    I have not seen that before today.

5              MR. EDWARDS:  All right.  So I'm just

6    introducing this for the record.

7              (The above-mentioned document was

8    marked as Exhibit 1.)

9        Q.    (BY MR. EDWARDS) I think we agreed

10   earlier that it is important to Dollar General

11   that its customers are not charged more than the

12   advertised shelf price, correct?

13             MR. TAYLOR:  Object to the form.

14             You can answer.

15       A.    Dollar General's customers should not

16   be charged more than the shelf price.

17       Q.    (BY MR. EDWARDS) Do you agree that many

18   customers rely on the advertised shelf price in

19   their purchase decisions?

20             MR. TAYLOR:  Object to the form.

21             You can answer.

22       A.    As a customer, you know, you are

23   looking at the shelf label to determine -- to

24   tell you what you are going to pay at the

1   register.

2       Q.   (BY MR. EDWARDS) Okay.  I just want to

3   make sure it is not your thought that a customer

4   would be unreasonable to rely on the shelf price

5   in trying to determine how much the product is

6   going to cost.

7           MR. TAYLOR:  Object to the form.

8           You can answer.

9       A.   As a customer you are going to look to

10  that shelf label for what you are going to pay

11  at the register.

12      Q.   (BY MR. EDWARDS) Okay.  Would you agree

13  that the typical Dollar General customer

14  attaches importance to the price of the product?

15          MR. TAYLOR:  Object to the form.

16          You can answer.

17      A.   I would offer that any customer would

18  want to know the price of a product and what it

19  was going to ring at the register.

20      Q.   (BY MR. EDWARDS) Okay.

21      A.   Dollar General included.

22      Q.   Pricing compliance is central to Dollar

23  General's mission.  Is that a statement that you

24  agree with?

1          MR. TAYLOR:  Object to the form.

2          You can answer.

3      A.   Compliance is an important aspect, but

4   when -- you know, qualify for me when you say

5   "Dollar General's mission."  Yes, compliance is

6   important.

7      Q.   (BY MR. EDWARDS) Let me back up a

8   little bit.  At a high level what is Dollar

9   General's mission, if you know?

10         MR. TAYLOR:  Object to the form.

11         You can answer.

12     A.   Serving others.

13     Q.   (BY MR. EDWARDS) Do you agree that

14  every day Dollar General's customers walk into

15  stores with a fixed amount of money to spend?

16         MR. TAYLOR:  Object to the form.

17         You can answer.

18     A.   Dollar General's customers come from a

19  wide variety of backgrounds.  So I wouldn't

20  necessarily characterize them in one way or

21  another that they all have a fixed amount of

22  money to spend.

23     Q.   (BY MR. EDWARDS) Sure.  I'm not -- I'm

24  certainly not asking you about each and every

1    customer that comes into a Dollar General store.

2    I'm just wondering if you would agree that there

3    are many Dollar General customers that walk in

4    to a Dollar General with a fixed amount of money

5    to spend.

6          MR. TAYLOR:  Objection, form.

7    Objection, asked and answered.

8          You can answer it again.

9      A.    There are Dollar General customers that

10   are on a fixed income and have a fixed amount of

11   money they can spend.  There are those

12   customers.

13     Q.   (BY MR. EDWARDS) Do you have any idea

14   what the average income is for the average

15   Dollar General customer?

16         MR. TAYLOR:  Object to the form.

17         You can answer.

18     A.    I don't.  Yeah, I don't.

19     Q.   (BY MR. EDWARDS) Do you agree that

20   often Dollar General customers might try to keep

21   track of how they are spending -- how much they

22   are spending as they walk through the store?

23         MR. TAYLOR:  Object to the form.

24         You can answer.

1      A.   I think there are customers in every

2    walk of life no matter where they are shopping

3    that are keeping track of what they are

4    spending.

5      Q.   (BY MR. EDWARDS) Okay.  And when the

6    total price at the register is more than the

7    customer thought based on the shelf prices, that

8    customer feels humiliated.  Would you agree with

9    that statement?

10          MR. TAYLOR:  Object to the form.

11          You can answer.

12     Q.   (BY MR. EDWARDS) It would be reasonable

13   for that customer to feel humiliated?

14          MR. TAYLOR:  Object to the form.

15          You can answer.

16     A.   I think there are a number of emotions

17   that a customer could experience.  Humiliated

18   could be one of them.

19     Q.   (BY MR. EDWARDS) If it is overcharging

20   at the register, that's Dollar General's fault?

21          MR. TAYLOR:  Object to the form.

22          You can answer.

23     A.   If it is overcharging at the register,

24   the price does not match, the register and the

1  shelf label don't match, then that is

2  overcharging if it is more than the amount of

3  the shelf label.

4      Q.   (BY MR. EDWARDS) And that's Dollar

5  General's fault, right?

6          MR. TAYLOR:  Object to the form.

7          You can answer.

8      A.   If the shelf label is not placed, then

9  that is a miss on that store's part, yes.

10     Q.   (BY MR. EDWARDS) Are there examples

11 that you can think of where the price at the

12 register is more than the advised price on the

13 shelf where it is the customer's fault and not

14 Dollar General?

15         MR. TAYLOR:  Object to the form.

16         You can answer.

17     A.   It is not the customer's fault.

18         MR. EDWARDS:  Let's go ahead and mark

19 Exhibit 2.  I actually haven't introduced it

20 yet.  I'm working on that.

21     Q.   (BY MR. EDWARDS) Before I introduce

22 Exhibit 2 and ask you about it, I have seen the

23 name Connie Droge in various E-mails, many of

24 which related to pricing inaccuracy.

1      A.    Okay.

2      Q.    Did you work with Donnie Droge?

3      A.    I worked with Connie Droge.

4      Q.    For how long?

5      A.    I worked for Connie as long as she was

6   with Dollar General.  I think that would have

7   been approximately -- this is just an

8   approximation -- for some like five years.  As

9   long as Connie's tenure, as long as she was

10  here.

11     Q.    All right.  Was she in a different

12  department?

13     A.    Connie started out in the field, so

14  operations the entire time but at a different

15  location.

16     Q.    Do you recall what her job title was

17  when she left Dollar General?

18     A.    Senior Vise president.

19     Q.    Of a particular department or just seen

20  juror vice-president?

21     A.    Senior vice-president.  The company is

22  divided into two territories.  She is senior

23  vice-president of what we would refer to as the

24  South, which would not include New York.

Page 59

```
 1      Q.    Okay.  Do you know why Connie Droge
 2   left Dollar General?
 3            MR. TAYLOR:  Object to the form.
 4            You can answer.
 5      A.    Connie received a job offer for an
 6   opportunity as an executive vice-president,
 7   which was a promotion for Connie, at a different
 8   company.
 9      Q.    (BY MR. EDWARDS) Is that Burlington?
10      A.    It is.
11      Q.    Do you still stay in touch with Connie?
12      A.    I have not stayed in touch with Connie.
13      Q.    Do you feel like Connie was good at her
14   job?
15            MR. TAYLOR:  Object to the form.
16            You can answer.
17      A.    "Feel" is not normally a word in my
18   lexicon to be honest with you.  I'm a thinker,
19   not a feeler.
20      Q.    (BY MR. EDWARDS) Do you have an opinion
21   whether Connie was good at her job at Dollar
22   General?
23            MR. TAYLOR:  Object to the form.
24            You can answer.
```

```
 1     A.   There were aspects of Connie that she
 2   performed very well.
 3          MR. EDWARDS:  I'm adding an exhibit
 4   sticker and now introducing Exhibit 2 --
 5          (The above-mentioned document was
 6   marked as Exhibit 2.)
 7     Q.   (BY MR. EDWARDS) -- which you should
 8   now be able to view if you refresh your marked
 9   exhibit --
10     A.   Yes, I see the little wheel here.  It
11   should be here shortly.
12          MR. TAYLOR:  Adam, let me ask you a
13   quick question about this.  Do you know whether
14   this was part of a larger document or an E-mail?
15          MR. EDWARDS:  Do I know if this was
16   part of a larger document or E-mail?  Sitting
17   here today I do not, Trent.
18          MR. TAYLOR:  Okay.
19          MR. EDWARDS:  I will tell you that the
20   documents, the way they were produced, there
21   were sometimes slides were part of E-mails,
22   sometimes they weren't.  There were some slides
23   or spreadsheets that were produced multiple
24   times in different things.  There were E-mails
```

1    that were produced and then produced again in

2    the part of a larger thread.

3            So I don't know whether this one was

4    part of a -- I think that this encompasses all

5    of what appears to be a store compliance slide

6    that Mia prepared or co-prepared from beginning

7    to end.  I'll say that.

8            MR. TAYLOR:  I'll object to that

9    characterization.  You can ask her that

10   question, though.

11           MR. EDWARDS:  Okay.

12       Q.   (BY MR. EDWARDS) So can you tell me

13   what that is, ma'am?

14       A.   This is a version of a script that was

15   presented at a compliance training for our

16   regional directors.

17       Q.   Okay.  Did you present using this

18   script?

19       A.   Well, the script that you are showing

20   is a version of the script.  It is not the final

21   version.

22       Q.   Okay.  Do you know -- is this a

23   document that you reviewed in preparation for

24   your deposition today?

1     A.    I did review this presentation, yes.

2     Q.    Okay.  How are you quickly able to

3  determine that this document is different than

4  the one that you reviewed?

5           MR. TAYLOR:  Wait a second.  Misstates

6  prior testimony.  Objection to the form.

7           You can answer.

8     A.    If you see the name Rebecca O'Brien --

9     Q.    (BY MR. EDWARDS) Uh-huh.

10    A.    -- Rebecca did not co-present.  There

11 were multiple iterations of this document.

12 Rebecca was not a presenter of this document.

13    Q.    Who drafted this document?

14    A.    The original drafts were drafted by

15 myself, by Rebecca.  Eventually there was a

16 change in plans and Rebecca did not

17 co-facilitate.  There was a different

18 co-facilitator.

19    Q.    Do you know why Dollar General would

20 have kept this version of the document?

21           MR. TAYLOR:  Object to the form.

22           You can answer.

23    Q.    (BY MR. EDWARDS) It sounds like you are

24 telling me this version of the store compliance

1    document wasn't actually used.  Is that right?

2        A.   I really -- when you are preparing for

3    a presentation in front of, you know, an

4    audience like we were, there are multiple

5    iterations.  Then there are times that right

6    before the presentation happens there are more

7    changes.

8            So in this instance those changes --

9    there were additional changes, and there was a

10   different presenter introduced into the

11   presentation and Rebecca did not present.

12       Q.   I see.  Is it fair, though, to assume

13   that much of the content from this version was

14   used when you presented this presentation?

15           MR. TAYLOR:  Object to the form.

16           You can answer.

17       Q.   (BY MR. EDWARDS) Or do you feel like it

18   was whole-sale-changed before the presentation

19   was made?

20           MR. TAYLOR:  Same objection.

21       A.   The version that we're looking at that

22   has Rebecca's name on it, it may not have been

23   the final version because we went through

24   multiple rehearsals and changes were made, but I

1  would have to read the entire thing.

2      Q.   Let's go down to -- I'll ask you about

3  specific statements within this document.  Okay?

4      A.   Sure.

5      Q.   You see under the paragraph titled

6  "Slide 5", the last full sentence of the first

7  paragraph that states "One thing is clear," do

8  you see that?

9      A.   I do.

10     Q.   Could you read that sentence, please.

11     A.   "One thing is clear here.  When we're

12  out of compliance, we let our customer down."

13     Q.   Okay.  Do you agree with that

14  statement?

15     A.   When our prices don't match at the

16  shelf, that's not satisfying the customer, and,

17  yes, we have let our customer down if we're not

18  satisfying the customer.

19     Q.   Do you recall if you drafted this

20  section under Slide 5 yourself or somebody else

21  helped to draft that content?

22     A.   As the -- as we got closer to the

23  presentation, there was an additional -- we

24  changed presenters.  So, yes, there were other

people involved.

Q. I'm just asking you do you think that that is something that you wrote?

MR. TAYLOR: Object to the form.

You can answer.

Q. (BY MR. EDWARDS) the line that we just read.

A. That particular line?

Q. Yes.

A. Yes, I wrote that specific line.

Q. Okay. Then the next sentence after that, the second piece that starts with "Compliance is central," do you see that?

A. I do.

Q. Would you read that, please.

A. "So why is compliance important? It is not to be green on a report. Compliance is central to our mission and the store experience."

Q. Is that something that you wrote?

A. That was something that I collaborated on with my co-presenter as we were going through the script towards the end, towards show time.

Q. Do you agree that compliance is central

```
 1    to the dollar general customer experience?
 2            MR. TAYLOR:  Object to the form.
 3            You can answer.
 4       A.   Our customers aren't satisfied if our
 5    prices aren't correct at the shelf.  So we're
 6    not serving them well if we don't have accurate
 7    pricing.
 8       Q.   (BY MR. EDWARDS) Okay.  Do you see
 9    under Slide 8, the last bullet point that starts
10    with "As prices change"?
11       A.   The last bullet point under Slide 8?
12       Q.   It is actually the last bullet point on
13    that page.
14       A.   On that page?
15       Q.   Yes.
16       A.   I've got it.  Yes, I see it.
17       Q.   Could you read that bullet point into
18    the record, please.
19       A.   "As prices change, it is necessary that
20    we make those changes and ensure the prices on
21    the shelf match what is wrung up at the
22    register.  Stores must be priced correctly on
23    the shelf every day on every item."
24       Q.   Did you write that?
```

1    A.    I did.

2    Q.    Why did you put the word "must" in all

3    caps?

4    A.    Well, when you are making -- when I was

5    making -- I can't remember if Zach or I

6    presented this, the upper case simply means you

7    are just going to stress that.  As it says,

8    stores must be priced correctly every day on

9    every item.

10    Q.    Then on the next page -- I'll give you

11    a reference.  There is things called Bates

12    numbers on the bottom right-hand of the page.

13    A.    Yes.

14    Q.    And I'm now on 0021653.

15    A.    Okay.

16    Q.    The first bullet point that starts with

17    "Think about our mission," do you see that?

18    A.    I do.

19    Q.    Could you read that bullet point into

20    the record, please.

21    A.    "Think about our mission and who we are

22    for a moment.  Customers rely on DG to stretch

23    their dollar.  The shape of our logo was

24    designed to symbolize the stretching of a

1    dollar."

2        Q.   All right.  The next bullet point,

3    could you read that, please.

4        A.   "Every day customers walk into stores

5    with a fixed amount of money to spend.  She

6    might walk in with a $20 bill that she has

7    worked very hard for."

8        Q.   Okay.  Did you write those bullet

9    points?

10       A.   I did not write those bullet point.

11       Q.   Do you disagree with any of those

12   statements you just read?

13           MR. TAYLOR:  Object to the form.

14           You can answer.

15       A.   This was a collaboration with my

16   co-presenter in order to -- you know, in order

17   to get a point across.  I think words like

18   "might walk in," you know -- I would agree with

19   the overall theme of what is being said.

20       Q.   But you don't have a specific

21   recollection of I struck this or I struck that

22   before I gave the presentation?  That's what I'm

23   asking.

24       A.   Well, we were co-facilitating.  So my

1    presentation partner had parts of this and

2    actually had those bullet points as speaking

3    points.  So this is something that, you know,

4    was part of -- the script was part of his

5    script.

6        Q.   It sounds like you are trying to give

7    an example of what might happen when prices are

8    inaccurate here, is that right, big picture?

9            MR. TAYLOR:  Object to the form.

10           You can answer.

11       A.   Yes, we're trying to paint an example

12   here.

13       Q.   (BY MR. EDWARDS) Okay.  Could you read

14   the next two bullet points, please, starting

15   with "She was got coupons.

16       A.   "She was got coupons and a circular and

17   she is on a mission to get the most out of the

18   $20.00 to provide for her family.  She is

19   keeping track in her head as she shops the

20   aisles.  Show she knows how much tax is going to

21   add mand as she gets to the register, knowing

22   she did the best she could for her family, her

23   total is going to be somewhere between 19.50 and

24   $20.00."

Page 70

1      Q.    The next two, please.

2      A.    "And it is 21.35.  And now she is

3  deciding which item that she picked out for her

4  family won't be coming home with her today and

5  now her friend from church is in line behind her

6  watching her make this choice."

7      Q.    The next bullet point, please.

8      A.    "She is mad.  She is humiliated, and it

9  is our fault.  Pricing accuracy isn't just to

10  ensure that we avoid fines or other related

11  issues, it is to ensure prices are accurate for

12  our customers.  If you leave this session and

13  send a message to your store managers that they

14  need to be priced accurately to avoid fines and

15  the team isn't going to" -- sorry -- "the team

16  isn't going to rally behind you and they have no

17  reason to, we must ensure that everyone

18  understands that pricing accuracy is for our

19  customers and our communities.  That's why

20  pricing accuracy should matter to every single

21  employee at Dollar General."

22      Q.    Okay.  So it sounds like in this

23  portion of your presentation you are trying to

24  emphasize that avoiding overcharging is not just

1    something that should be done to avoid fines

2    from government audits but you owe it to your

3    customers.  Is that fair?

4            MR. TAYLOR:  Object to the form.

5            You can answer.

6        A.   It is important to customer

7    satisfaction.

8        Q.   (BY MR. EDWARDS) It is important to

9    customers and to the communities Dollar General

10   serves, right?

11           MR. TAYLOR:  Object to the form.

12           You can answer.

13       A.   It is important to the customers who

14   are part of our communities.

15       Q.   (BY MR. EDWARDS) Okay.  Do you disagree

16   with any of the statements you just read?

17           MR. TAYLOR:  Object to the form.

18           You can answer.

19       Q.   (BY MR. EDWARDS) Feel free to go back

20   and look at Exhibit 2 if you need to refresh.

21       A.   Yeah, that's what I'm going to do here.

22   I don't disagree with the statements that were

23   written by my co-presenter.

24       Q.   Okay.  Then under Slide 9 it talks

1    about four specific things that make the

2    difference in terms of pricing accuracy.  Do you

3    see that?

4        A.   I do.

5        Q.   Okay.  The first one is "Accurate

6    pricing starts with core shelf labels."  Do you

7    see that?

8        A.   I do.

9        Q.   Does that refer to what we talked to

10   earlier, that accurate pricing starts with, you

11   know, the timely printing of these labels every

12   Tuesday?

13            MR. TAYLOR:  Object to the form.

14            You can answer.

15       A.   That refers to the Tuesday activity

16   that we have talked about earlier in our

17   conversation, yes.

18       Q.   (BY MR. EDWARDS) Okay.  The last

19   sentence there states "Stores must reach out to

20   ERC with any printer issues, and, if not

21   resolved, please get involved to ensure stores

22   have a working printer."  Do you see that?

23       A.   I do.

24       Q.   Are there instances where store

1    employees have advised that their printers

2    didn't work?

3            MR. TAYLOR:  Object to the form.

4            You can answer.

5        A.    Well, there are instances in which

6    printers break down, and the employee response

7    center is there to support either the repair or

8    whatever action needs to happen next to ensure

9    that the printer is working.

10       Q.    (BY MR. EDWARDS) Right.  I'm just

11   curious why you felt it important to point out

12   that stores must reach out to ERC with printer

13   issues since that seems pretty obvious that if

14   the printer is broken, you need to reach out and

15   get that addressed quickly, right?

16           MR. TAYLOR:  Object to the form.

17           You can answer.

18       A.    What I think about the audience that we

19   were talking to is, you know, that was a

20   leadership audience, and so that line is

21   reinforced that stores need it reach out for

22   help.

23       Q.    (BY MR. EDWARDS) Who is the audience?

24       A.    The audience for this particular script

Page 74

1    were the regional directors, the division vice-
2    presidents.
3        Q.    Okay.  When was this presentation
4    given?
5        A.    This particular presentation was given
6    I believe it was around mid-January of this
7    year.
8        Q.    Of this year?
9        A.    Yes.
10       Q.    So this document, Exhibit 2, was
11   probably prepared shortly before the
12   presentation in January of this year?
13            MR. TAYLOR:  Object to the form.
14            You can answer.
15       A.    I believe so.
16       Q.    Okay.  The second specific thing that
17   is pointed out here with regard to ensuring
18   pricing accuracy is the MAG set.  Do you see
19   that?
20       A.    I do.
21       Q.    "The MAG end caps and G sections all
22   have shelf pricing that come pre-printed with
23   MAG."  What does MAG stand for?
24       A.    Monthly activity guide.

1      Q.   Okay.  Monthly activity guide end caps

2    in G section, are those core products?

3         MR. TAYLOR:  Object to the form.

4         You can answer.

5      A.   Those are non-core products.

6      Q.   (BY MR. EDWARDS) How are they different

7    from core products?

8      A.   They are not replenished as part of a

9    plan-o-gram.

10     Q.   Could this be seasonal?

11     A.   Let's take those two and just talk

12   about them separately.  When we say G sections,

13   that typically is going to be seasonal.

14     Q.   Okay.

15     A.   Seasonal packaging is typically

16   pre-priced.  Within a G section we certainly

17   could have to install some labels but generally

18   not for seasonal because for the most part it

19   comes pre-priced.

20     Q.   When you say "pre-priced" -- just let

21   me jump in.  When you say "pre-priced," I've got

22   my box of 100 LED Christmas lights and the price

23   I'm going to pay is right there on the box?

24     A.   Yes, sir.

1       Q.   Okay.

2       A.   That's right.  The end caps work a

3    little bit differently.  End caps are, again, as

4    I said earlier, they are what we will say

5    temporary.  Their home is temporary.  They are

6    going to be on display for a month.  So the end

7    caps will come in shelf labels so that when that

8    product is being set on the end cap, that it can

9    also be priced.  That doesn't mean that there

10   isn't some pre-priced product on the end cap.

11   There could be.  But think of it is as a monthly

12   feature.

13      Q.   Okay.  What does it mean when you say

14   "To help maintain accuracy, end caps in G

15   sections must be set on time"?  Help me

16   understand that.

17      A.   So operationally when we're doing floor

18   sets we want to ensure that we're on the clock

19   when that is supposed to be on the clock.

20   Really the main reason is for sales.  If you are

21   setting Christmas, you want Christmas to set on

22   time.  In addition to that, when it sets, then

23   it should have the price labels with it.

24      Q.   Okay.  So are you just referring -- I'm

1  trying to figure out how this relates to pricing
2  accuracy because the next statement you make
3  there is "If not set on time, stores are going
4  to be out of compliance."
5      A.   So if those labels related to the
6  display are not set on time, then we will be out
7  of compliance because either the end cap won't
8  have labels, or, if the labels haven't changed
9  out, then they could have incorrect labels.
10     Q.   Okay.  I think I understand. Plan-o-
11  grams, that's the third specific thing that is
12  pointed out here to address pricing accuracy.
13 Do you see that?
14     A.   I do.
15     Q.   Okay.  It states "Like MAG, plan-o-gram
16  resets must be completed on time," exclamation
17  point.  Did I read that right?
18     A.   I did.
19     Q.   Give me an example of how setting a --
20  failing to complete a plan-o-gram reset on time
21  could result in an overcharge.
22          MR. TAYLOR:  Object to the form.
23          You can answer.
24     A.   Let's walk through an example of

1    cookies and crackers.  So a cookies and crackers

2    plan-o-gram, let's say that resets in the month

3    of March.

4         Q.   (BY MR. EDWARDS) Okay.

5         A.   As part of the plan-o-gram process, the

6    buyer -- there are changes.  The buyer can make

7    changes.  So operationally when we get the

8    plan-o-gram packet at store level, there is a

9    schematic of what goes where and there are price

10   labels.  So in the scenario where that

11   plan-o-gram is due to be active by Friday the

12   5th and it is not set, then pricing on the shelf

13   could be incorrect.

14        Q.   Because when the plan-o-gram is -- let

15   me ask you this:  When a plan-o-gram reset is

16   received by the store, does that mean that reset

17   hits the POS or the register at that time?

18             MR. TAYLOR:  Object to the form.

19             You can answer.

20        A.   It does not.  At every other week

21   stores receive a fulfillment kit.  Within that

22   fulfillment kit are going to be your MAG labels,

23   your MAG book and your plan-o-grams.  Nothing is

24   going to be open up the kit and you have to set

1    it right now.  It all has a date on it.

2        Q.    Okay.

3        A.    So it will have a set date, a set-by

4    date.  Those prices will be effective on the

5    set-by date.

6        Q.    So let's use your example.  We get a

7    plan-o-gram reset for crackers.  And the reset

8    is supposed to take place on March 1st of 2024.

9    Are you telling me that if on the store level

10   the store waits until March 15th to set that

11   plan-o-gram, then that's going to be fourteen or

12   fifteen days where the product pricing could be

13   inaccurate?

14           MR. TAYLOR:  Object to the form.

15           You can answer.

16       A.    Some of the product in that plan-o-gram

17   could be inaccurate, yes.

18       Q.    (BY MR. EDWARDS) Okay.  So with the

19   date on the plan-o-gram, the date of the

20   plan-o-gram reset is the date the price changes

21   to comply with the plan-o-gram at the register?

22       A.    The label on the packet is set by date,

23   and on that set-by date, that's when the prices

24   are active at the register.

Page 80

1       Q.   I see.  Okay.  That's why it is
2    important that the plan-o-gram be set on the
3    correct date?
4            MR. TAYLOR:  Object to the form.
5            You can answer.
6       A.   Yes.
7       Q.   (BY MR. EDWARDS) I think I understand.
8    Okay.  Lastly, "AD and TPR signs" -- is that ads
9    like advertisements?
10      A.   Yes.
11      Q.   And what are TPR's?
12      A.   Temporary price reduction.
13      Q.   Okay it says "When you walk into a
14   store, you can tell right away whether the ad
15   signs are up or not."  Explain what that means.
16   Can I tell that or is that something you can
17   tell?
18      A.   I think both, honestly, because Dollar
19   General does a great job at offering a lot of
20   discounts to our customers in the weekly ad.
21           Now, if I'm looking at that through a
22   district manager's eyes, which is a much more
23   trained eye, then when I walk in the store, as I
24   glance around the perimeter or through aisles, I

1  should see ad signs.

2      Q.   Okay.  All right.  I think I

3  understand.  Let's go to Slide 10.  Could you

4  read the first bullet point, please.

5      A.   "We have it" -- sorry.  The bullet

6  point is "As mentioned earlier, accurate pricing

7  is the law.  That's why we have SOP's and

8  processes in place to help stores maintain

9  accurate pricing."

10      Q.   Did you write that statement?

11      A.   I don't recall that I wrote that

12  statement, no.

13      Q.   Okay.  Do you agree that the law

14  requires accurate pricing?

15          MR. TAYLOR:  Object to the form.

16  Objection, calls for legal conclusion.

17          You can answer if you know.

18      A.   I rely on attorneys at Dollar General

19  to tell me the law -- the attorneys at Dollar

20  General to tell me the law and at the same time

21  there are laws that govern pricing as a general

22  rule.

23      Q.   Do you disagree with the statement

24  "accurate pricing is the law"?

1          MR. TAYLOR:  Object to the form.

2          You can answer.

3     A.   As a general statement I think it is

4    going to vary.  I'm not an expert in that field.

5    On this particular one -- this particular one

6    was not part of my session.

7     Q.   (BY MR. EDWARDS) I'll ask you again do

8    you disagree with the statement accurate pricing

9    is the law?

10         MR. TAYLOR:  Object to the form.

11         You can answer.

12    A.   I'll stick with what is in the record.

13    Q.   (BY MR. EDWARDS) Do you know whether

14   accurate pricing is the law in New York?

15         MR. TAYLOR:  Object to the form.

16         You can answer.

17    A.   I don't know the specifics of New York

18   law, no.

19    Q.   (BY MR. EDWARDS) No, I'm not asking if

20   you know the specifics.  Are you aware if New

21   York law requires prices on the shelf to align

22   with prices at the register?

23         MR. TAYLOR:  Objection to the form,

24   misstates the law.

1          You can answer.

2     A.    I'm not familiar with the specifics of

3  New York law.

4     Q.    (BY MR. EDWARDS) Okay.  You state -- or

5  this document states "As mentioned earlier,

6  accurate pricing is the law.  That's why we have

7  SOP's and processes in place to help stores

8  maintain accurate pricing."  Do you agree with

9  that?

10    A.    The statement that we have SOP's in

11  place to help stores maintain accurate pricing

12  is factual.  That part of the statement, yes, we

13  have SOP's and processes in place to help stores

14  maintain accurate pricing.

15    Q.    Do you see under "Training and Tools"

16  Bullet 1 that states "We're excited to launch a

17  short three-minute CBL called maintaining

18  pricing accuracy."  Do you see that?

19    A.    I do.

20    Q.    Okay.  What is a CBL?

21    A.    Computer-based learning is what CBL

22  stands for.

23    Q.    Okay.  That was launched some time at

24  the beginning of this year?

Page 84

1    A.    That specific CBL, maintaining pricing

2    accuracy, was launched some time at the

3    beginning of the year.

4    Q.    Okay.  Was there something new or

5    unique about that that made Dollar General

6    excited to launch it at the beginning of this

7    year?

8         MR. TAYLOR:  Object to the form.

9         You can answer.

10    A.    As I recall, when we were developing

11    that CBL, it was a revision of a prior version,

12    and so it is -- certainly the content, the way

13    it was designed, the fact that it was three

14    minutes, was something that we were excited to

15    share with the team.

16    Q.    (BY MR. EDWARDS) I'm going down to the

17    third bullet point under "Training and Tools."

18    There you talk about how stores can't maintain

19    accurate pricing if they don't have working

20    equipment such as printers or store PC and

21    supplies, et cetera.  Do you see that?

22    A.    I do.

23    Q.    Again, were there issues that you had

24    seen or that someone had identified suggesting

1    that stores didn't have adequate equipment to

2    get labels printed on time, for example?

3             MR. TAYLOR:  Object to the form.

4             You can answer.

5        A.    Having a working printer, toner,

6    printer labels is such an integral part of the

7    process, and so we organizationally stress that

8    over and over again because the district manager

9    is in the store on a regular basis.  The store

10   manager could have overlooked something like

11   that.  So we're sharing it with that audience

12   just as a, hey, make sure.

13            MR. TAYLOR:  Adam, you've been going

14   for about an hour and ten minutes.  We will need

15   to stop for lunch in the next five minutes or so

16   just it make sure we can actually get something

17   here.

18            (Lunch recess.)

19            MR. EDWARDS:  We had a lunch break.

20   Now we are back on the record.  I'm going to go

21   ahead and mark the next exhibit, which I believe

22   will be Exhibit 3.

23            (The above-mentioned document was

24   marked as Exhibit 3.)

Page 86

```
 1        Q.   (BY MR. EDWARDS) It should be there now
 2   if you want to refresh.
 3        A.   I'm not seeing it yet.
 4        Q.   This is a document we've marked as
 5   Exhibit 3 titled "Customer Service SOP 88,
 6   Customer Overcharges."  Have you seen this
 7   document before?
 8        A.   I have.
 9        Q.   Is this a document you reviewed in
10   preparation for your deposition?
11        A.   It is a PI review before my deposition.
12        Q.   Did you review other SOP's other than
13   SOP 88 before your deposition?
14        A.   I reviewed this one and then a couple
15   others in preparation.
16        Q.   What others?
17        A.   This one relates to regulatory visits
18   and also includes a scan and send element.  So I
19   reviewed both of those as well.  They are
20   usually a package.
21        Q.   What is there a number of another SOP
22   that you reviewed that you can tell me?
23        A.   I don't recall.
24        Q.   There was another standard operating
```

1    procedure that dealt with customer overcharges

2    that you reviewed?

3        A.    It didn't deal with overcharges.

4        Q.    Do you know why this SOP appears to

5    include the entire United States footprint

6    excluding Massachusetts, Michigan stores and two

7    counties in New York?

8        A.    I do know that those jurisdictions have

9    different operating procedures separate and

10    apart from the rest of the country.

11        Q.    Do you know how St. Lawrence and Ulster

12    counties are different from the other counties

13    in New York?

14            MR. TAYLOR:  Object to the form.

15        A.    No, sir.  No, sir, I don't know that.

16        Q.    Have you seen a specific customer SOP

17    on overcharges which applies specifically to

18    St. Lawrence and/or Ulster counties in New York?

19        A.    No, not recently I haven't.

20        Q.    I mean have you ever?

21        A.    I'm aware that it is an SOP.

22        Q.    You believe there is a specific SOP

23    related to customer overcharges specifically for

24    St. Lawrence and Ulster counties in New York?

1     A.    I believe there is.  I can't say

2  definitively.

3     Q.    This is a policy that you are familiar

4  with, SOP 88?

5     A.    It is.

6     Q.    Okay.  Do you know when SOP 88 took

7  effect?

8     A.    I do not know when this SOP was first

9  -- when it first went into effect.  There is an

10  effective date at the bottom of the document

11  that reads "May 16, 2022."

12     Q.    Do you know what policy was in place

13  regarding customer overcharges prior to SOP # 8?

14     A.    I do not.

15     Q.    Okay.  Do you know if there was a

16  standard operating procedure related to customer

17  overcharges prior to SOP 88?

18          MR. TAYLOR:  Object to the form.

19          You can answer.

20     A.    I don't recall.

21     Q.    On the next page of this document,

22  which would be 0002, it states "for information

23  regarding customer overcharges in stores in

24  Ulster county New York, referring to customer

1    overcharges Ulster county New York stores only,

2    that's SOP 242.  Do you see that?

3        A.    I do.

4        Q.    Do you think that may have been one of

5    the sop's you reviewed for your deposition?

6            MR. TAYLOR:  Object to the form.

7            You can answer.

8        A.    I did not review SOP 242.

9        Q.    (BY MR. EDWARDS) Okay.  Have you ever?

10       A.    I don't recall.

11       Q.    Okay.  So it appears based on SOP 88

12   that Dollar General strives to avoid

13   overcharging its customers, correct?

14           MR. TAYLOR:  Object to the form.

15           You can answer.

16       A.    As part of SOP 88 it is stated that we

17   strive to maintain consistency between the shelf

18   price and the price at the register.

19       Q.    (BY MR. EDWARDS) All right.

20   Overcharging is inconsistent with Dollar

21   General's policy to engage in -- let me start

22   over.  It is Dollar General's policy -- let me

23   take one more crack at it.  It is against Dollar

24   General policy to engage in deceptive or unfair

1    trade practices, correct?

2        A.    I can't speak to that portion of the

3    policy.  Certainly in a question like that,

4    that's out of my area.

5        Q.    Well, the policy, SOP 88, specifically

6    reads it is against Dollar General to engage in

7    deceptive or unfair trade practices.  Did I read

8    that right?

9        A.    Yes, that is stated there.

10       Q.    But are you telling me you don't know

11   whether this is actually the policy?

12            MR. TAYLOR:  Object to the form.

13            You can answer.

14       A.    I know it is the policy, if that was

15   the question.  Yes, it is stated in our policy.

16       Q.    (BY MR. EDWARDS) Then it states "in

17   accordance with this policy -- the one I just

18   read -- "Dollar General strives to maintain

19   consistency between an advertised price, a

20   product's market price, the shelf label price

21   and/or the price charged at the register, open

22   paren, the, quote, scanned,", price, close

23   paren.  Did I read that right?

24       A.    You did.

1      Q.   Okay.  So what you stated earlier about

2    Dollar General striving to maintain consistency

3    between the advertised price and the shelf label

4    price, that is in accordance with this policy

5    that we just talked about wherein Dollar General

6    is -- it is against Dollar General's policy to

7    engage in deceptive or unfair trade practices.

8    Is that a fair reading?

9           MR. TAYLOR:  Object to the form.

10          You can answer?

11     A.   In my role the definition of those

12   terms is not familiar to me.  I can state that

13   it is Dollar General's policy to have accurate

14   pricing at the shelf that matches what is at the

15   register.

16     Q.   (BY MR. EDWARDS) Right.  You don't have

17   -- do you have a lay-person understanding of

18   what a deceptive practice might be?

19          MR. TAYLOR:  Object to the form.

20          You can answer Asked and answered?

21          You can answer.

22     A.   In my role to translate those words or

23   to identify those words is not something that is

24   part of my role.  We strive to always maintain

Page 92

```
 1   an accurate price at the shelf that matches the
 2   register.
 3       Q.   (BY MR. EDWARDS) So are you a consumer,
 4   right, you buy products?
 5       A.   I do.
 6       Q.   Okay.  You go to your neighborhood
 7   grocery store to buy a package of bread.  Do you
 8   see that bread is advertised on the shelf for
 9   four dollars, and when you get up to the
10   register the bread is actually eight dollars.
11   Is that advertising deceptive in your opinion?
12           MR. TAYLOR:  Object to the form.
13           You can answer?
14       A.   As a customer who works in retail and
15   has expansive knowledge of retail, I know that
16   there is something wrong somewhere because the
17   prices don't match.
18       Q.   (BY MR. EDWARDS) Okay.  Do you have an
19   understanding of what the word "deceptive"
20   means, just a lay person's understanding?
21           MR. TAYLOR:  Objection, asked and
22   answered twice.  You can answer again as well.
23   Objection to the form.
24       A.   I understand what it means to be die
```

Page 93

```
 1   seat full.
 2      Q.   (BY MR. EDWARDS) This SOP about
 3   customer overcharges, this is writ attorney
 4   employees by you and it is meant to be
 5   understood, right?
 6           MR. TAYLOR:  Object to the form.
 7           You can answer?
 8      A.   It is meant to be understood, and the
 9   line that follows it brings the clarity to the
10   difference between the shelf price and the
11   register is -- it must match.
12      Q.   (BY  MR. EDWARDS) right.  Okay.  Are
13   you stating that if the price at the register
14   doesn't match the price on the shelf, that that
15   may be deceptive or are you saying that not
16   deceptive or are you saying you don't know?
17           MR. TAYLOR:  Objection, form.
18   Objection asked and answered three times now.
19           You can answer again.
20      Q.   (BY MR. EDWARDS) Go ahead.
21      A.   Or can we leave it at that since it has
22   been asked and answered.
23      Q.   (BY MR. EDWARDS) It hasn't been asked
24   and answered?
```

1          MR. TAYLOR:  I don't agree with you.  I

2     think you are bordering on badgering the witness

3     here.  She answered questioned to the best of

4     her ability, and she has indicated that she

5     answered it, and at a certain level to get to be

6     badgering you ask the same question over and

7     over again.

8          MR. EDWARDS:  I haven't got an answer.

9     I'm trying rephrase it and ask it a new way.

10    I'm going to ask it one more time.

11    Q.   (BY MR. EDWARDS) I'm not trying to

12    badger you.  I looking at your store's policy

13    which states it is against Dollar General's

14    policy engage in deceptive or unfair trade

15    practices.  I'm look ago 9 the following

16    sentence that says accordance with this policy,

17    Dollar General strives to maintain consistency

18    between the advertised price and the shelf

19    price, et cetera.  I'm asking you if you have

20    any opinion as to whether a shelf price which is

21    inconsistent with the register price in your

22    mind constitutes a deceptive practice?

23         MR. TAYLOR:  Objection form, objection,

24    asked and answered.  Objection, calls for a

1    legal conclusion.  Can you answer again.

2        Q.   (BY MR. EDWARDS) That could yes, no or

3    I don't know?

4            MR. TAYLOR:  Or something else.

5            MR. EDWARDS:  Or something else.

6        A.   Let's go with "I don't know."

7        Q.   (BY MR. EDWARDS) Can we look at the

8    procedures part of SOP 88, specifically Number

9    4.  Do you see that?

10       A.   I do.

11       Q.   It appears that procedure Number 4

12   directs store personnel to correct the pricing

13   and/or signage immediately if a customer points

14   out an overcharge.  Is that fair?

15       A.   That's what it says.

16       Q.   Okay.  So if a product has been, for

17   example, overpriced on a Dollar General -- in a

18   Dollar General store for a month, is it fair to

19   say that tells us either that the store is

20   ignoring store policy or no customer has pointed

21   it out?

22           MR. TAYLOR:  Object to the form.

23           You can answer.

24       A.   That depends.  It could be a number of

1    reasons.  The two that you mentioned, it could

2    be one of those reasons.

3        Q.   (BY MR. EDWARDS) Okay.  Assume that

4    there is sales much this product during the

5    one-month period where it was overpriced on a

6    Dollar General shelf.  Okay?  If a customer

7    notices it and points it out, the store,

8    according to this policy, should immediately

9    correct that signage, right?

10           MR. TAYLOR:  Object to the form.

11           You can answer.

12       A.   That's a policy, yes.

13       Q.   (BY MR. EDWARDS) Okay.  I'm now going

14   to mark the next exhibit.

15           (The above-mentioned document was

16   marked as Exhibit 4.)

17           MR. EDWARDS:  I think it has a yellow

18   sticker on it.  I jumped the gun.

19           MR. TAYLOR:  Is it the same one?

20           MR. EDWARDS:  The same one as the same

21   exhibit sticker.

22           MR. TAYLOR:  I see it now.  Cool.

23       Q.   (BY MR. EDWARDS) This a long document

24   we marked Exhibit 4 entitled "Safety and

1    Compliance, the Needs for Change."

2       A.   Bear with me for a moment, if you will.

3    It is still turning on my laptop.

4       Q.   It probably will take a bit.  This is a

5    large document.  While it is turning I'll

6    represent to you that this starts at Bates range

7    2004.

8       A.   Okay.

9            MR. TAYLOR:  Adam, I don't want to ask

10   the same question I did before, and you may not

11   know the answer, but was this part of an E-mail

12   chain or anything like that?

13           MR. EDWARDS:  You probably know the

14   answer to that question better than I do, Trent.

15   This is the way I have seen it.  So I don't

16   know.

17           MR. TAYLOR:  Okay.

18           MR. EDWARDS:  I imagine all of these

19   documents at some point were part of E-mail

20   chains, but I have no idea.

21      A.   Okay.  It is up.

22      Q.   (BY MR. EDWARDS) Okay.  Is this a

23   document that you have seen before?  Take all

24   the time you need to look through it.

Page 98

```
1        A.    Yeah, let me scroll through it here.
2   Okay.  This document -- I recognize parts of
3   this document, content pieces of this document.
4   The document as a whole is not entirely familiar
5   to me.
6        Q.    Understood.
7        A.    I'm not really sure of its origin.
8        Q.    Yeah.  Do you know if -- let me turn
9   your attention to the first page.  That's 2005,
10  the first page after the cover page.  Do you see
11  that?
12       A.    Okay.  I do.
13       Q.    "Safety and Compliance, The Need for
14  Change," this appears to be a document which is
15  setting out what Dollar General is doing
16  currently, which at the time of this document
17  appears to be the end of 2022 or early 2023.
18  Then it shows what the actions will be in the
19  future to continue to address safety and
20  compliance.  Is that a fair reading of this
21  document?
22            MR. TAYLOR:  Objection, form.
23       A.    As I scan the document, it does appear
24  to be that, but I can't say definitively that's
```

1    what it is.

2        Q.    (BY MR. EDWARDS) Right.  On that first

3    page of content, 2005, if you look at about the

4    fifth sentence down underneath this graphic, it

5    states "Pricing violations based on frequency

6    and cost of violations, different programs have

7    been established in different locations to

8    address."  Do you agree with that, that in 2022

9    and 2023 Dollar General has adopted different

10   programs or established different programs based

11   on the frequency and cost of violations related

12   to pricing?

13           MR. TAYLOR:  Object to the form.

14           You can answer.

15       A.    In the form that you asked it, no, I

16   can't say that because I wasn't the author of

17   this and I would only be speculating, you know,

18   if I were to say, you know, what I think that

19   means, because I wasn't -- I wasn't the author

20   of this document.

21       Q.    (BY MR. EDWARDS) Let me ask you a

22   question separate and apart from this document.

23   Can you and I agree that Dollar General has

24   established various programs to address pricing

Page 100

1    violations in 2022 and 2023?

2              MR. TAYLOR:  Object to the form.

3              You can answer.

4         A.   What I would share is that Dollar

5    General has an established different programs

6    based on requirements in any agreements that we

7    entered into.

8         Q.   (BY MR. EDWARDS) Agreements with who?

9         A.   Any jurisdiction agreements, that type

10   of thing.  If there were any agreements that we

11   entered into, then I would understand that.

12        Q.   Give me an example of an agreement you

13   have entered into that has forced the enactment

14   of some change so I can understand.

15             MR. TAYLOR:  Object to the form.

16             You can answer.

17        A.   An example that I would provide -- this

18   historical.  The agreement is no longer in

19   place.  It was an agreement that we had with the

20   State of Vermont for a period of time.

21        Q.   (BY MR. EDWARDS) Is that some sort of

22   settlement agreement?

23             MR. TAYLOR:  Objection, form.

24        A.   I don't recall.

1     Q.   (BY MR. EDWARDS) So that agreement that

2    was entered with the State of Vermont required

3    Dollar General to put changes in place with

4    regard to pricing?

5              MR. TAYLOR:  Object to the form.

6              You can answer.

7     A.   I don't recall the details of it.

8     Q.   (BY MR. EDWARDS) Okay.  So let's back

9    up.  I'm asking you separate and apart from this

10   document if Dollar General has established

11   programs in the relevant time period of this

12   lawsuit, the last three years, to address

13   pricing violations or overcharges.  It sounds

14   like you are telling me Dollar General has but

15   only as a result agreements reached with

16   governmental entities like the State of Vermont.

17   Is that accurate?

18             MR. TAYLOR:  Objection to the form.

19   Objection, misstates prior testimony.

20             You can answer.

21    A.   That's not accurate.  That's not

22   accurate.

23    Q.   (BY MR. EDWARDS) I'd like for you to

24   clarify, tell me what's not accurate about that.

1     A.   What's not accurate about that is

2     that -- let me go back here and reread the line

3     because, yes, different programs have been

4     established broadly across the company in some

5     respects.

6     Q.   To address pricing violations?

7     A.   Yes.

8     Q.   Okay.  Separate and apart from

9     agreements with states or other governmental

10    entities?

11    A.   Yes.

12    Q.   Okay.  So put those aside for a minute

13    and let's talk about what you brought up, which

14    was this agreement with the State of Vermont.

15    Are you aware of any other agreements with any

16    other governmental entities other than Vermont

17    regarding pricing violations?

18    A.   I don't recall them right now, if there

19    are any.

20    Q.   Okay.

21    A.   And Vermont was quite a number of years

22    ago.

23    Q.   What changes took place as a result of

24    the agreement with Vermont?

1          MR. TAYLOR:  Object to the form.

2          You can answer.

3     A.    In the case of Vermont -- and this was

4     a number of years ago -- it was where changes

5     occured around the timing of plan-o-gram

6     changes, how we set MAG, you know.  I don't

7     recall all the specifics of it, but there were

8     changes that were made as a result of it.

9     Q.    (BY MR. EDWARDS) Was that just in

10    Vermont or were there changes made nationwide?

11    A.    As I recall, there were changes made

12    nationwide.  I don't recall what they were.

13    Q.    When did this happen approximately?

14    A.    I think approximately -- it has

15    probably been eight years or nor ago.

16    Q.    Were these changes that were

17    implemented nationally effective in reducing the

18    number of pricing violations?

19         MR. TAYLOR:  Object to the form.

20         You can answer.

21    A.    I don't -- I don't have data.  I mean I

22    really would have to answer that I don't have

23    data that shows that.

24    Q.    (BY MR. EDWARDS) Okay.  Let's go back.

1    There is kind of two buckets we're talking about

2    here:  One are the changes that Dollar General

3    has put in place during the relevant time

4    period, which I'll tell you moving forward is

5    the last three years.  Okay?

6        A.    Uh-huh.

7        Q.    Over last three years.  Then in this

8    other bucket are changes due to agreements with

9    governmental entities like Vermont.

10            I want to go back to the first bucket

11   now.  Can you list for me every program that has

12   been established by Dollar General over the past

13   three years to address overcharges or pricing

14   violations or inaccuracies?

15            MR. TAYLOR:  Object to the form.

16            You can answer.

17       A.    Every program -- I think of programs --

18   you know, the answer would be the programs that

19   were designed to prevent overcharges, I can

20   speak to the larger programs that were developed

21   to do that.

22       Q.    Okay.  You can only testify as to what

23   you know, right?  I think that is fair.

24       A.    Right.

1     Q.   So tell me the programs that you know
2   about.
3     A.   Okay.  I'll try to be all-inclusive
4   here in terms of the programs that I know about.
5   We've discussed a couple of them already.  One
6   program is -- I think "program" usually
7   indicates sort of some broad thing that you are
8   doing, but in some of these cases it is just one
9   action that we've taken at a time.  We talked
10   about it earlier.  That is the printer and did
11   the store print labels or not.  That is an
12   action that we have taken.  And there being
13   resources available to report out on that.
14     Q.   So the action is what, just to
15   emphasize the importance of having a working
16   printer and materials to print out labels?
17        MR. TAYLOR:  Object to the form.
18        You can answer.
19     A.   The action taken was the IT work
20   performed to institutionalize a report that we
21   could provide to our field leaders with that
22   information.
23     Q.   (BY MR. EDWARDS) What does that mean in
24   laymen's terms?

1    A.   So in laymen's terms as a district

2    manager on Wednesday morning I get a link, and I

3    can see which stores in my district did not

4    print labels.  So that's a follow-up tool as a

5    resource?

6    Q.   So every DM in the country on Wednesday

7    mornings receives a link that will tell them

8    which of the stores they are responsible for has

9    printed labels?

10    A.   That's right.

11    Q.   Okay.  If they haven't printed labels

12    by Wednesday, they are in violation because

13    Tuesday is the deadline for printing labels

14    because that's when the prices change at the

15    register, right?

16         MR. TAYLOR:  Object to the form.

17         You can answer.

18    A.   If they haven't printed labels by

19    Wednesday, the district manager needs to follow

20    up to ensure that they print labels.  It doesn't

21    necessarily mean they haven't printed labels.

22    There are going to be those outlier incidents in

23    which a store doesn't have a working printer, so

24    I need to go to a neighboring store, and my

1    printer is not going to show up as having

2    printed those because I may have printed them at

3    a sister store.  It isn't definitive in terms of

4    I didn't print my labels, which is why the DM

5    follow-up is done.

6       Q.   Are these some sort of specialty

7    printers that print these labels?

8            MR. TAYLOR:  Object to the form.

9            You can answer.

10      A.   They aren't.

11      Q.   (BY MR. EDWARDS) Just regular printers?

12           MR. TAYLOR:  Object to the form.

13           You can answer.

14      A.   I don't know the model or anything like

15   that.

16      Q.   (BY MR. EDWARDS) Sure.

17      A.   But, you know, it is just a plain

18   printer.

19      Q.   Okay.  I'm just wondering, you know,

20   printers are not the most expensive items in the

21   world these days thankfully.  Is there any

22   reason why stores wouldn't have available a

23   backup printer in case the printer went down?

24   Has that ever been discussed?

1          MR. TAYLOR:  Objection, form.

2          You can answer.

3      A.   I don't have knowledge if it has been

4  discussed or not.  Just like your home printer,

5  there can be a number of reasons why the printer

6  is not working, its parts, its toner.  It could

7  be a number of reasons.

8      Q.   (BY MR. EDWARDS) Okay.  So that is one

9  thing that -- one action that Dollar General has

10  taken to address this pricing inaccuracy or

11  overcharging issue that we're here about today,

12  to make available for district managers the

13  ability to see if their stores have printed

14  every Wednesday, correct?

15      A.   Yes.

16      Q.   All right.  What is the second that you

17  are aware of?

18      A.   The second is a program that also

19  involves IT by which the price overrides that

20  were performed at the store in the previous

21  week, labels for those items print the following

22  week.

23      Q.   Is that called forced printing?

24      A.   That's called -- there are a couple

1    different kinds of forced printing.  That is one

2    form of forced printing.

3        Q.   Okay.  So if the store does what it is

4    supposed to do on Tuesday and goes in on the

5    local level and prints out the labels, that's

6    not forced printing, right, that's just regular

7    old printing?

8        A.   That's right.

9        Q.   Okay.  But if the store, say, goes a

10   week and the district manager sees, hey, these

11   still haven't been printed, is one example of

12   forced printing that you can actually go in from

13   the corporate or IT level and print those labels

14   yourself?

15            MR. TAYLOR:  Object to the form.

16            You can answer.

17       Q.   (BY MR. EDWARDS) Is that how that

18   works?

19       A.   It could work that way but it doesn't.

20   In that scenario that you just mentioned, I

21   think what you said -- please correct me if I'm

22   wrong -- is that a district manager goes in and

23   finds out that the labels from the previous week

24   weren't printed.  Is that what you shared?

1      Q.   Well, yeah.  What I'm sharing is just

2    my understanding, which admittedly could be

3    wrong.

4         Why don't we just back it up and you

5    explain to me -- give me an example of how

6    forced printing would typically work.  What

7    would that look like?  What are the steps?

8      A.   Okay.  Forced printing is basically

9    done by the IT department.  So the first type of

10   forced printing that we just talked about is

11   that we have a process where the system looks at

12   what stores did price overrides last week.  We

13   take those items and we do a forced print to the

14   store so that on Tuesday those labels, in

15   addition to their core labels, are there.  So as

16   they put up their core labels, they are going to

17   put up those labels, too.  If --

18     Q.   (BY MR. EDWARDS) So -- I'm sorry.

19          MR. TAYLOR:  Let her finish.

20     A.   I do want to add one really important

21   thing.  If I'm a customer and I come up to the

22   register and I have an item that, you know,

23   doesn't ring what I thought it was going to

24   ring, the employee doesn't necessarily run back

1    and look at the shelf.  There are situations

2    where we have overrides because the employee

3    just wants to make the customer happy.

4         Q.   (BY MR. EDWARDS) Right.

5         A.   Oh, you thought that was for three

6    dollars, and they do the override.  Out of

7    caution those types of things would be included

8    because it is an override.  We push those labels

9    to the store just as part of their next-Tuesday

10   back.

11        Q.   (BY MR. EDWARDS) Go back to my Gillette

12   razor example to make sure I understand this

13   correctly.  I'm going to buy a Gillette razor.

14   I see it is on the shelf for $12.00.  I take it

15   up to the front and it rings up for $14.00 and I

16   actually notice it, that it is not ringing up

17   correctly.  So the manager comes over and does

18   an override, takes that $14.00 charge down to

19   12.00.  Are you with me so far?

20        A.   I am.

21        Q.   Are you saying one example of a forced

22   print would be when IT gets notice of that

23   override, they will force-print the increase

24   from the shelf label from $12.00 to $14.00, it

1    will just happen?

2        A.    That's right.   That is an enhancement

3    that we've done across the chain.   So in the

4    batch of labels that you receive next, that one

5    will be in there.

6        Q.    Okay.   In the batch of labels you

7    receive next, you'd have to wait until the next

8    week, it doesn't happen right when the override

9    is received?

10       A.    It will happen as part of your next

11   batch of labels.

12       Q.    Oh, okay.

13       A.    Whatever that batch is.

14       Q.    So if the override happens on a

15   Wednesday, you may have to wait to receive your

16   next batch the next week?

17       A.    The policy is when the store manager,

18   the assistant manager, the key-carrier, performs

19   the override, the policy is they go back and

20   make it right.   The failsafe is it is going to

21   be in that Tuesday batch.   The policy is the

22   manager should fix it.

23       Q.    How does the employee fix it if they

24   didn't have a new label to print?

1      A.    The employee --

2      Q.    They haven't got the new label yet.

3      A.    The employee fixes it.  In your

4    scenario, you turn the key, oh, my gosh, that

5    should be $14.00 on the shelf, we must have

6    mistakenly missed that.  I can scan it with my

7    hand-held terminal, send the request back to the

8    printer and print a label.

9      Q.    Okay.

10     A.    So that's how I correct it in real-time

11   per policy.

12     Q.    I see.  So for that to happen under the

13   example we just gave, a customer has to notice

14   it like I did in my hypothetical to start the

15   whole process?

16           MR. TAYLOR:  Object to the form.

17     A.    In that hypothetical, yes, the customer

18   noticed in your hypothetical, wait a minute,

19   that rang up at $14.00, that's not what it said.

20     Q.    (BY MR. EDWARDS) Okay.

21     A.    And so to continue on on other

22   company-wide processes that we've installed --

23     Q.    This will be number three?

24     A.    This will be number three.  There is a

1    separate forced-print process by which buyers

2    are looking at their sales of items.  This

3    especially happens at pod reset time.  As the

4    buyers are reviewing their numbers, when they

5    notice that they aren't seeing sales on certain

6    items, they can request a forced print or they

7    do request a forced print.  That is another way

8    that labels can be force-printed to the store.

9    Same process.  IT takes the action and they are

10    force-printed to the store.

11        Q.   Okay.  So that is -- I'm trying to

12    understand the distinction between number two

13    and number three.  Number three typically

14    involves a sale that is being advertised that is

15    not reflected on the shelf price?

16        A.   So the one that I described first is a

17    customer overcharge that resulted in a price

18    override.

19        Q.   Okay.

20        A.   That price override is signaled --

21        Q.   I see.

22        A.   -- that we need to fix this.  Then the

23    next one that I described is a buyer is noticing

24    I'm not getting sales on those items.

1      Q.   When you mean a "buyer," you don't mean

2    an in-store consumer?

3      A.   I don't mean a customer.

4      Q.   Okay.

5      A.   I mean a buyer.

6      Q.   I follow you now.

7      A.   Okay.  So a buyer says I'm not seeing

8    sales on these items, let's force a label.

9      Q.   Okay.  Well, how does that third one

10   help Dollar General avoid overcharging the

11   customer, though?

12          MR. TAYLOR:  Object to the form.

13          You can answer.

14     A.   Well, that third one is -- it ensures

15   accuracy because the buyer is asking what is in

16   that slot.  It is where the buyer is asking --

17   that's a question that the buyer is asking

18   themselves.  So it ensures pricing accuracy.

19     Q.   (BY MR. EDWARDS) Okay.  So it is not

20   necessarily a specific action to address

21   overcharges, but, rather, accuracy?

22          MR. TAYLOR:  Object to the form.

23          You can answer.

24     A.   Yes.

1      Q.   (BY MR. EDWARDS) Okay.

2      A.   The next one that I am going to

3   describe is something that we kicked off at the

4   end of the fiscal year that we call Compliance

5   Tuesday.

6      Q.   This is number four, Compliance

7   Tuesday?

8      A.   Yes.  It is number four.  So Compliance

9   Tuesday is a dedicated four-hour shift at the

10  beginning of the day to perform compliance

11  actions.

12     Q.   So -- I'm sorry.  I thought you were

13  done.  I was going to ask a follow-up.

14     A.   There is so much more.

15     Q.   Let me do a quick follow-up to make

16  sure we're on the same page.

17     A.   Sure.

18     Q.   When you say a dedicated four-hour

19  shift, are you talking about a single employee

20  whose only job during that four hours is to

21  address compliance related issues?

22     A.   Yes, sir, I am.

23     Q.   All right.

24     A.   So that employee is going to work a

1    four-hour shift that starts at seven a.m.

2        Q.   Every Tuesday?

3        A.   Every Tuesday.  So we will soon come up

4    upon almost a year of doing this.  So every

5    Tuesday there is a four-hour shift dedicating

6    one employee to compliance that begins at

7    seven a.m.  The first action in our START

8    communication is a task and all of what we have

9    in writing on Compliance Tuesday, the first

10   thing is Tuesday labels.

11       Q.   Is Tuesday what?

12       A.   Tuesday labels, pricing labels.

13       Q.   Okay.

14       A.   So on my compliance shift I have an

15   order in which I do things.  As the employee

16   responsible for that, and I do two things first:

17   So at seven o'clock I do a quick safety sweep

18   and I print and hang my labels.

19       Q.   Is this person that does the new

20   four-hour Compliance Tuesday shift, is this a

21   manager, the store manager, or is this a lower-

22   level employee?

23       A.   I think of it as it is a key-carrier.

24   There is two people in the store right now.  So

1    you can have one person at the front end ringing

2    customers that doesn't have to be a key-carrier

3    and then you have a key-carrier that is

4    performing these compliance duties.

5        Q.    Okay.  So --

6        A.    That doesn't mean a store manager.

7        Q.    So are you telling me at seven a.m. on

8    Tuesdays there is two employees in the store?

9        A.    Yes.

10       Q.    Okay.  And before this policy could it

11   have been that there was only one employee in

12   the store?

13       A.    Yes, it could have been.

14       Q.    So now are you telling me that -- when

15   did this program start?  Was it early 2023?

16       A.    I'm telling you that we took the

17   actions in the very last week of fiscal 2022 to

18   institutionalize this.

19       Q.    Okay.  So on the 52nd week of 2022 this

20   went into place?

21       A.    Yes.  So we're coming up on a year.

22       Q.    Okay.  And so now there is a

23   requirement that two employees be in the store

24   every Tuesday morning at seven a.m.?

Page 119

1          MR. TAYLOR:  Object to the form.

2          You can answer.

3     A.    There is a shift in the labor schedule

4    for Tuesday morning for those two employees.

5     Q.    (BY MR. EDWARDS) For that four hours

6    from seven a.m. to eleven a.m., that's not the

7    person at the front register, right?

8     A.    It is not.

9     Q.    Okay.  But it is -- this person could

10   be an entry-level employee?

11         MR. TAYLOR:  Object to the form.

12         You can answer.

13    A.    Yes, it could be.  I mean if it had to

14   be, yes.

15    Q.    (BY MR. EDWARDS) Okay.  What do you

16   mean "if it had to be"?

17    A.    The direction is that it is a

18   key-carrier, but there are employees -- I mean

19   our employees know how to hang shelf labels.

20    Q.    Okay.  Are you telling me that the

21   instructions on the policy is that the person

22   doing the compliance shift on Tuesdays should be

23   a key-carrier but there is leeway there that

24   non-key-carriers can also do the Compliance

Page 120

```
1    Tuesday shift?
2            MR. TAYLOR:  Object to the form.
3            You can answer.
4        A.   In the communication and standard
5    operating procedure that we prepared, it should
6    be a key-carrier.
7        Q.   (BY MR. EDWARDS) Okay.  What did you
8    mean when you told me that all of our employees
9    can do labels?
10       A.   So in the event that the key-carrier
11   needed to be called away, someone else could do
12   it.  It would not be a policy violation.
13       Q.   Okay.  How much training is required
14   for this individual that does the four-hour
15   shift on Compliance Tuesday?
16           MR. TAYLOR:  Object to form.
17       A.   There is a very detailed -- it really
18   is very simplistic what you do on that day.  It
19   is a series of actions that are simplistic.
20   They are detailed.  We talked about it a little
21   bit earlier in the task management system in a
22   START task called Compliance Tuesday.  It has
23   its own dedicated START communication.
24       Q.   (BY MR. EDWARDS) Is this a video?
```

1    A.   No, it is not a video.  When I think

2    about the tasks that need to be performed, this

3    is a small bullet-pointed list, seven-to-

4    ten-word sentences of what actions that you need

5    to take.

6    Q.   Okay.  So this is kind of a one-page

7    instruction manual for the employee designated

8    to do the Compliance Tuesday shift?

9    A.   I wouldn't call it a manual.  It is a

10   one-page instruction.  Instead of creating a

11   one-pager that has the instructions and send

12   them one time, we send it every Tuesday.

13   Q.   Okay.  All right.

14   A.   And the only employees that have access

15   to the START task management system are

16   key-carriers.

17   Q.   What is this document called with the

18   bullet points that is sent out every Tuesday?

19   A.   It is called Compliance Tuesday.

20   Q.   Okay.

21   A.   Compliance Tuesday.

22   Q.   With the bullet points?

23   A.   Yes.  Not a lot of bullet points, but

24   Compliance Tuesday, exclamation point, and then

1    it has a few bullets.

2        Q.   All right.  So does an employee have to

3    have a certain number of weeks or months of

4    experience to do this Compliance Tuesday task?

5            MR. TAYLOR:  Object to the form.

6            You can answer.

7        A.   There is not a called-out minimum to

8    the amount of experience they would have.  There

9    certainly is the instructions in the START task,

10   which are clear on what to do, you know.

11           Would someone need training?  Yes, they

12   would have needed training at one point in time

13   to be able to per form all of the duties of

14   Compliance Tuesday.  When we think about the two

15   that we've talked about, we've talked about the

16   safety sweep, the first thing they come in, it

17   is an automatic prompt in their hand-held

18   terminal, and then the Tuesday labels are a

19   separate START communication.  So there is

20   already a task there for your Tuesday labels.

21   You print them and go.

22       Q.   Okay.  What is the starting salary for

23   entry level at a Dollar General store in New

24   York, if you know?

1          MR. TAYLOR:  Object to the form.

2          You can answer.

3      A.   I don't know for New York.  That's not

4   my area.

5      Q.   (BY MR. EDWARDS) Is it close to minimum

6   wage, do you have any idea?

7          MR. TAYLOR:  Object to the form.

8          You can answer.

9      A.   An HR team member would have to answer

10   that.

11     Q.   (BY MR. EDWARDS) You told me the

12   employee would have to have some training, if i

13   heard you right.  What kind of training would

14   that be to do the four-hour Compliance Tuesday

15   shift?

16          MR. TAYLOR:  Object to the form.

17          You can answer.

18     A.   That form of training would be a

19   one-time shoulder-to-shoulder with a person of

20   knowledge.  And that would be adequate.

21     Q.   (BY MR. EDWARDS) Okay.  So someone in

22   the store that has done the Compliance Tuesday

23   before would walk them through the process?

24     A.   That's right.  Then they have the

1    supporting tools in START.  It is going to be

2    right there on their menu Tuesday morning, you

3    know, here is my little task list.  That

4    supporting documentation would be there it help

5    as well.

6        Q.   Okay.  In your experience is it typical

7    for someone other than the store manager to do

8    this four-hour Compliance Tuesday shift?

9            MR. TAYLOR:  Object to the form.

10            You can answer.

11       A.   I mean I can't speak to knowing how

12    many non-store managers, you know, are doing

13    this on Compliance Tuesday.  As a key-carrier

14    you have to have a sign-on to get into the task.

15    So I really can't speak to how any of those

16    would go about that.

17       Q.   (BY MR. EDWARDS) What qualifies the

18    employee at Dollar General to be a key-carrier?

19            MR. TAYLOR:  Object to the form.

20            You can answer.

21       A.   That really is in terms of the job

22    description.  I mean definitely the HR team

23    would be the subject-matter expert there.

24       Q.   (BY MR. EDWARDS) All right.

1      A.    So I would only be speculating.

2      Q.    Right.  So you don't -- I understand

3  that HR is going to know the specifics, but do

4  you know whether it is a time-qualified thing or

5  special training or both to become a

6  key-carrier?

7            MR. TAYLOR:  Object to the form.

8            You can answer.

9      A.    I don't know if there is a specific.  I

10  don't have any recent knowledge of job

11  descriptions, if there is any sort of hiring

12  requirements like that.  The HR team would know.

13     Q.    (BY MR. EDWARDS) You are one of the

14  people responsible for coming up with this

15  Compliance Tuesday change --

16            MR. TAYLOR:  Object to the form.

17            You can answer.

18     Q.    (BY MR. EDWARDS) -- is that correct?

19     A.    I worked as part of a collaborative

20  group.  So there were certainly -- given the

21  financial investment here there were certainly

22  lots of people involved in it conceptually.  And

23  then, as is typical, that sort of fun else

24  through, you know, conceptually here is what

1    we're going to do and then identifying exactly

2    what we're going to do and then getting into

3    process.

4            So, you know, if your question is

5    around communication to stores, communication to

6    the field, documenting the process, then that

7    would be me.

8       Q.   Do you know why -- or what is the

9    purpose behind the policy which indicates that a

10   key-carrier should be the one doing the

11   four-hour Compliance Tuesday shift?

12           MR. TAYLOR:  Objection, form.

13   Objection, misstating her prior testimony.

14           You can answer it.

15      A.   I wasn't, you know, part of those

16   conversations if they were even had.  But, you

17   know, in terms of dealing with confirming store

18   safety, confirming accurate pricing, the other

19   parts of Compliance Tuesday, we would want that

20   to be a key-carrier.

21      Q.   (BY MR. EDWARDS) Is it because you want

22   someone doing these tasks to be, you know,

23   trustworthy and reliable as a key-carrier might

24   be?

1            MR. TAYLOR:  Object to the form.

2            You can answer.

3      Q.   (BY MR. EDWARDS) I mean is that part of

4   it?

5      A.   I think the other thing that I would

6   add is when I think about the store net PC and I

7   think about the HHT, those are for key-carriers

8   only.  You are dealing with things like the

9   perpetual inventory.  So it is a natural tie

10   that it would be a key-carrier because they

11   already have those responsibilities of working

12   with those tools.

13      Q.   Do you disagree with what I said

14   earlier, that there is an element of wanting

15   someone trustworthy built into that policy that

16   requires a key-carrier to do the Compliance

17   Tuesday four-hour shift?

18            MR. TAYLOR:  Object to the form.

19            You can answer.

20      A.   I don't agree or disagree.  The person

21   is already in a role to have responsibilities of

22   maintaining accurate potential, ensuring safety,

23   utilizing our hand-held terminal.  That's how I

24   think about it.

1      Q.   (BY MR. EDWARDS) Understood.  Is there

2    a number five to your list of actions taken by

3    Dr. -- or Dollar General to --

4      A.   Well, it is 3:30 there, so you --

5      Q.   Yeah, my old med-mal days are coming

6    back to me.

7      A.   Mid-afternoon, right?

8      Q.   Yeah.

9      A.   Gosh.  Let me think.  We talked about

10    forced-prints.  We talked about Compliance

11    Tuesday.  Those four are the main ones.

12      Q.   Okay.  Turn to -- I'm sorry.

13      A.   No, go ahead.

14      Q.   Turn to the next page, which is 2006,

15    where it states "Investing in Safety and

16    Compliance Action Plan."  Do you see that?

17      A.   I do.

18      Q.   Under "Price Accuracy" it states

19    "Recovery from increased pricing activity in

20    2022 and go forward strategic to sustain

21    compliance."  Do you have any idea what that

22    means, "recovery from increased pricing activity

23    in 2022"?

24      A.   I do.  I referenced it briefly earlier.

Page 129

1    The coming out of COVID where there were all

2    kinds of supply-chain challenges, there was

3    reformulation of products, changes in

4    assortments, there were an "unprecedented" -- is

5    the only word I can use here -- number of price

6    changes from our vendors.

7        Q.   Right.

8        A.   Numbers honestly in all my years with

9    Dollar General I had never seen.  So what I just

10   described for you for Compliance Tuesday was our

11   institutional response based on all these

12   unprecedented things that had happened this year

13   in terms of price changes, we've need to do

14   something permanent.

15        That doesn't mean that we weren't

16   supporting along the way because, you know, we

17   were supporting along the way, that if shelf

18   label numbers ended up -- and those typically

19   aren't decided upon until late in the week,

20   sometimes Monday.  So there were scenarios where

21   we were, you know, giving support along the way.

22   Because of that unprecedented number of price

23   changes in 2022, we knew we needed a permanent

24   solution for 2023.

1      Q.    When you say "permanent solution," the

2    changes that you made at the end of 2022 moving

3    forward, those aren't a temporary thing, right?

4    You mean that to be those changes are going to

5    stay in place for the foreseeable future?

6      A.    Those changes are permanent.

7      Q.    Okay.

8      A.    And I think it is also important to

9    note it was an event that we conducted at one

10   point in time but certainly still is a tool in

11   our toolbox and we did support it with labor

12   hours.  After the Compliance Tuesday first

13   began, we took an entire week off from doing any

14   price changes --

15     Q.    I see.

16     A.    -- and we utilized that week to do what

17   we called a full-store scan.  So when you think

18   about those unprecedented price changes, yes, we

19   were supporting them along the way, we came up

20   with a permanent plan, but at the same time what

21   could we do as an event to further ensure

22   pricing accuracy at the shelf?

23          So we conducted in every store what we

24   call a full-store scan in which we didn't send

1    any pricing that week.  They spent that time on

2    Tuesday scanning and validating accurate pricing

3    throughout the store.

4        Q.   We need to pause just a second to

5    change court reporters, but I need to close out

6    this loop.

7             When did this event take place that you

8    are talking about where every store did a full

9    scan?

10       A.   Our fiscal -- sorry.  I think in terms

11   of fiscal weeks.  Last year was a 53-week year.

12   That full scan occured in week 53, essentially

13   the very end of the fiscal year.

14       Q.   Is there a document or spreadsheet that

15   shows the results of that full-store scan?

16            MR. TAYLOR:  Object to the form.

17            You can answer.

18       A.   There is a document that shows -- we

19   can go back to the task management system --

20   what that event was.  As I recall, during that

21   week there were also field leaders out in stores

22   working shoulder to shoulder with teams to

23   ensure that that that was happening.

24            And then, you know, validation, you

1    know, I don't know the specifics of it, but

2    validation, because when you think about it,

3    okay, I'm doing a full-store scan, that means I

4    have to print labels for whatever I find that

5    wasn't correct.  And so there was some activity

6    around confirming, yeah, the stores did print

7    labels as part of that.

8        Q.   Okay.  That lasted a few weeks, you

9    said, the very last week of 2022?

10       A.   That's right.

11            MR. TAYLOR:  We need to make sure we're

12   talking about fiscal year versus calendar year.

13            THE WITNESS:  Yeah.

14       Q.   (BY MR. EDWARDS) Okay.  So that fiscal

15   year the 53rd fiscal week of 2022 would have

16   fallen in what month?

17       A.   It would have fallen in January.

18       Q.   Of this year?

19       A.   Of this year.

20       Q.   Okay.

21       A.   Of this calendar year, yes.

22       Q.   This is every store in Dollar General

23   in the United States?

24       A.   Yes, it is.

1       Q.    Okay.

2             MR. EDWARDS:   Let's pause to take a

3    break to swap court reporters.

4             (Conclusion time Volume I: 2:41 p.m.

5    CST.)

6                 (Signature not waived.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 134

1           ERRATA SHEET CORRECTIONS

2     Page      Line      Now Reads         Should Read

3     _____    _____    _____   _____

4     _____    _____    _____   _____

5     _____    _____    _____   _____

6     _____    _____    _____   _____

7     _____    _____    _____   _____

8     _____    _____    _____   _____

9     _____    _____    _____   _____

10    _____    _____    _____   _____

11    _____    _____    _____   _____

12    _____    _____    _____   _____

13    _____    _____    _____   _____

14    _____    _____    _____   _____

15    _____    _____    _____   _____

16    _____    _____    _____   _____

17    _____    _____    _____   _____

18

            Signature of Deponent   Date

19        _____         _____

20    Sworn to and Subscribed before me, this __ day

      of _____, 20__.

21

      _____, Notary public

22    My Commission Expires  _____

23

24

Page 135

1                    C E R T I F I C A T E

2

    STATE OF TENNESSEE

3

    COUNTY OF SHELBY

4

5          I, Brian Dominski, Licensed Court
    Reporter, in and for the State of Tennessee, do
    hereby certify that the above proceeding was
6    reported by me, and the transcript is a true and
    accurate record to the best of my knowledge,
7    skills, and ability.

8          I further certify that I am not related
    to nor an employee of counsel or any of the
9    parties to the action, nor am I in any way
    financially interested in the outcome of this
10    case.

11          I further certify that I am duly
    licensed by the Tennessee Board of Court
12    Reporting as a Licensed Court Reporter as
    evidenced by the LCR number and expiration date
13    following my name below.

14          I further certify that this transcript
    is the work product of this court reporting
15    agency and any unauthorized reproduction and/or
    transfer of it will be in violation of Tennessee
16    Code Annotated 39-14-104, Theft of Services.

17

18

19

20

21          Brian Dominski, LCR #114

22          VERITEXT REPORTING CORPORATION
            236 Adams Avenue
23          Memphis, Tennessee 38103

24

Page 136

1    Mia Savaloja

2

3                          December 19, 2023

4    RE: Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

5        12/14/2023, Mia Savaloja (#6347862)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   litsup-ga@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

**[0002 - accuracy]**                                          Page 137

| 0 |
|---|
| **0002** 88:22 |
| **0021653** 67:14 |
| **08902** 3:8 |

| 1 |
|---|
| **1** 4:4 51:16,23 52:8 83:16 |
| **10** 81:3 |
| **100** 75:22 |
| **10:00** 2:5 |
| **114** 3:17 135:21 |
| **12.00** 43:11,22 111:24 |
| **12.00.** 111:14,19 |
| **12/14/2023** 136:5 |
| **130** 3:8 |
| **14** 1:12 |
| **14.00** 43:11 111:15,18,24 113:5,19 |
| **14.00.** 41:8 43:22 |
| **14th** 2:2 |
| **1520** 3:8 |
| **15th** 79:10 |
| **16** 88:11 |
| **19** 28:18 136:3 |
| **19.50** 69:23 |
| **1st** 79:8 |

| 2 |
|---|
| **2** 4:4 57:19,22 60:4,6 71:20 74:10 |

**20** 68:6 134:20
**20.00** 69:18
**20.00.** 69:24
**2004** 97:7
**2005** 98:9 99:3
**2006** 128:14
**2007** 36:18
**2015** 37:3
**2017** 20:19 22:9 22:13 36:21,22 37:1,2
**2022** 29:19,22 30:1,4 88:11 98:17 99:8 100:1 118:17,19 128:20,23 129:23 130:2 132:9,15
**2023** 1:12 2:2 19:12,20,21 20:3,4,22 22:14 22:20,24 23:4 26:8,9,17 28:12 98:17 99:9 100:1 118:15 129:24 136:3
**2024** 79:8
**21.35.** 70:2
**23219** 3:12
**236** 1:16 3:18 135:22
**242** 89:2,8
**26622** 135:21
**2:41** 133:4

| 3 |
|---|
| **3** 4:5 85:22,24 86:5 |
| **30** 136:17 |
| **37292** 3:6 |
| **38103** 1:17 3:18 135:23 |
| **39-14-104** 135:16 |
| **3:30** 128:4 |

| 4 |
|---|
| **4** 4:5 95:9,11 96:16,24 |

| 5 |
|---|
| **5** 64:6,20 |
| **5,12** 4:2 |
| **52,6** 4:4 |
| **52nd** 118:19 |
| **53** 131:11,12 |
| **53rd** 132:15 |
| **5th** 78:12 |

| 6 |
|---|
| **60,4** 4:4 |
| **6347862** 136:5 |

| 7 |
|---|
| **7:23cv00558** 1:5 |

| 8 |
|---|
| **8** 66:9,11 88:13 |
| **800** 3:5,12 |
| **86,8** 4:5 |
| **88** 4:5 86:5,13 88:4,6,17 89:11 89:16 90:5 95:8 |

| 9 |
|---|
| **9** 71:24 94:15 |
| **901-523-8974** 1:17 |
| **96,14** 4:5 |

| a |
|---|
| **a.m.** 2:5 117:1,7 118:7,24 119:6 119:6 |
| **ability** 94:4 108:13 135:7 |
| **able** 51:5,8 60:2 62:2 122:13 |
| **above** 52:7 60:5 85:23 96:15 135:5 136:6 |
| **acceptable** 17:24 18:2,18 |
| **access** 121:14 |
| **accessories** 49:18 50:7,16 50:16 51:3,10 |
| **accessory** 49:16 |
| **accordance** 90:17 91:4 94:16 |
| **accountability** 45:8,12 |
| **accumulate** 32:6 |
| **accuracies** 24:15 |
| **accuracy** 23:22 70:9,18,20 72:2 74:18 76:14 |

77:2,12 83:18
84:2 115:15,18
115:21 128:18
130:22 136:9
**accurate** 22:15
22:18 23:1 66:6
70:11 72:5,10
81:6,9,14,24
82:8,14 83:6,8
83:11,14 84:19
91:13 92:1
101:17,21,22,24
102:1 126:18
127:22 131:2
135:6
**accurately**
70:14
**acknowledge**
17:10
**acknowledgm...**
136:12
**action** 73:8
105:9,12,14,19
108:9 114:9
115:20 117:7
128:16 135:9
**actionable**
38:24
**actions** 98:18
116:11 118:17
120:19 121:4
128:2
**active** 78:11
79:24

**activities** 26:5
38:19
**activity** 72:15
74:24 75:1
128:19,22 132:5
**actual** 39:21
**actually** 57:19
63:1 66:12 69:2
85:16 90:11
92:10 109:12
111:16
**ad** 80:8,14,20
81:1
**adam** 3:4 5:6
6:23 60:12
85:13 97:9
**adams** 1:16 3:18
135:22
**add** 19:13 21:18
40:18 69:21
110:20 127:6
**adding** 60:3
**addition** 76:22
110:15
**additional** 49:5
63:9 64:23
**address** 31:13
31:18,21 77:12
98:19 99:8,24
101:12 102:6
104:13 108:10
115:20 116:21
**addressed** 73:15
**adequate** 85:1
123:20

**administration**
25:20 26:1
**admittedly**
110:2
**adopted** 99:9
**ads** 80:8
**advantage** 24:2
**advertised**
52:12,18 90:19
91:3 92:8 94:18
114:14
**advertisements**
80:9
**advertising**
92:11
**advised** 57:12
73:1
**afternoon** 128:7
**age** 9:7
**agency** 135:15
**ago** 8:3 26:13
94:15 102:22
103:4,15
**agree** 6:5,6,14
11:11 12:12
17:4,14 18:13
28:17 29:19
33:1 45:5 52:17
53:12,24 54:13
55:2,19 56:8
64:13 65:24
68:18 81:13
83:8 94:1 99:8
99:23 127:20

**agreed** 49:19
52:9
**agreement**
100:12,18,19,22
101:1 102:14,24
**agreements**
100:6,8,9,10
101:15 102:9,15
104:8
**ah** 36:4
**ahead** 16:14
51:14 57:18
85:21 93:20
128:13
**aisles** 69:20
80:24
**al** 1:3,6 136:4,4
**align** 82:21
**allegations** 8:21
16:6,11,18
**allege** 16:22
**allotted** 136:20
**amelia** 21:14
26:22
**amount** 49:20
54:15,21 55:4
55:10 57:2 68:5
122:8
**analogies** 50:14
**analysis** 33:9
**angela** 35:7,16
**annotated**
135:16
**answer** 6:17
7:20 8:24 10:24

**[answer - automatic]**

11:21 13:3,7,14
14:6,12 15:24
16:8 17:1,9,16
17:20 18:9,15
18:22 21:1
22:17 23:3,10
23:24 24:10
26:12,21 28:4
28:23 29:12
30:6,7 31:15
32:11,21 33:5
34:7,23 35:6,15
37:20 38:7 39:7
39:24 40:13
41:16 42:9,16
43:6,15 44:1,9
44:17 45:11,19
48:11,23 49:22
50:23 52:14,21
53:8,16 54:2,11
54:17 55:8,17
55:24 56:11,15
56:22 57:7,16
59:4,16,24 62:7
62:22 63:16
65:5 66:3 68:14
69:10 71:5,12
71:18 72:14
73:4,17 74:14
75:4 77:23
78:19 79:15
80:5 81:17 82:2
82:11,16 83:1
84:9 85:4 88:19
89:7,15 90:13

91:10,20,21
92:13,22 93:7
93:19 94:8 95:1
95:23 96:11
97:11,14 99:14
100:3,16 101:6
101:20 103:2,20
103:22 104:16
104:18 105:18
106:17 107:9,13
108:2 109:16
115:13,23 119:2
119:12 120:3
122:6 123:2,8,9
123:17 124:10
124:20 125:8,17
126:14 127:2,19
131:17
**answered** 17:21
23:9 55:7 91:20
92:22 93:18,22
93:24 94:3,5,24
**answering**
50:22
**answers** 5:23
6:3 13:11
**apart** 87:10
99:22 101:9
102:8
**app** 31:2,4,7,11
31:12,23 32:6
32:16
**appear** 9:8 10:5
98:23

**appearance**
7:13,17
**appearances** 7:8
7:15
**appearing** 2:6,7
2:9,10 51:24
**appears** 32:6
61:5 87:4 89:11
95:11 98:14,17
**applicable**
136:8
**applies** 87:17
**appropriate** 7:5
**approximately**
2:4 7:23 8:3
13:18 27:12
29:16 58:7
103:13,14
**approximation**
58:8
**april** 21:6
**apt** 36:10
**area** 21:4 26:8
40:6,7,9 51:4
90:4 123:4
**arrive** 50:4
**articulates**
41:19
**aside** 102:12
**asked** 23:8 55:7
91:20 92:21
93:18,22,23
94:24 99:15
**asking** 6:12 7:18
54:24 65:2

68:23 82:19
94:19 101:9
115:15,16,17
**aspect** 54:3
**aspects** 60:1
**asset** 21:7,8,10
21:13,14,15
22:3,22 23:12
23:19 24:2,7
**assist** 13:10
**assistant** 112:18
**assortment**
51:13
**assortments**
129:4
**assume** 6:18
41:5 63:12 96:3
**assumed** 22:13
**assuming** 40:23
**attached** 136:11
**attaches** 53:14
**attempt** 23:21
**attention** 98:9
**attorney** 93:3
136:13
**attorneys** 81:18
81:19
**audience** 63:4
73:18,20,23,24
85:11
**audits** 29:9 71:2
**author** 99:16,19
**automatic**
122:17

**[available - call]**    Page 140

**available** 30:23
 105:13 107:22
 108:12 136:6
**avenue** 1:16
 3:18 135:22
**average** 55:14
 55:14
**avoid** 6:3 70:10
 70:14 71:1
 89:12 115:10
**avoiding** 70:24
**aware** 31:1 51:6
 82:20 87:21
 102:15 108:17

**b**

**bachelor's**
 25:24
**back** 11:2 22:7
 29:18 30:9
 32:24 37:2
 38:12 40:2,24
 41:4 43:9 51:15
 54:7 71:19
 85:20 101:8
 102:2 103:24
 104:10 110:4,24
 111:10,11
 112:19 113:7
 128:6 131:19
**background**
 25:17,18
**backgrounds**
 54:19
**backup** 107:23

**badger** 94:12
**badgering** 94:2
 94:6
**based** 14:17
 32:7 49:6 56:7
 83:21 89:11
 99:5,10 100:6
 129:11
**basically** 110:8
**basis** 85:9
**batch** 46:1
 112:4,6,11,13
 112:16,21
**bates** 67:11 97:6
**bear** 97:2
**began** 130:13
**beginning** 2:4
 61:6 83:24 84:3
 84:6 116:10
**begins** 117:6
**behalf** 2:2
**believe** 8:8 9:14
 14:19,21 17:22
 24:5 32:13
 33:19 35:21
 74:6,15 85:21
 87:22 88:1
**believed** 9:6
**best** 6:3 14:2
 20:13 69:22
 94:3 135:6
**better** 23:21
 97:14
**beyond** 15:20
 50:15

**big** 24:4 69:8
**bigger** 24:4
**biggest** 51:11
**bill** 8:12,16 9:6
 68:6
**bit** 30:9 38:13
 39:9 54:8 76:3
 97:4 120:21
**board** 135:11
**book** 78:23
**bordering** 94:2
**bottom** 67:12
 88:10
**bought** 10:17
**box** 75:22,23
**branch** 2:11
**bread** 92:7,8,10
**break** 11:8
 36:15 73:6
 85:19 133:3
**breaks** 11:10,14
**brian** 3:17 22:1
 40:8 42:22
 135:4,21
**brief** 36:1
**briefly** 128:24
**bring** 47:1,7,11
**brings** 93:9
**broad** 105:7
**broader** 15:20
**broadly** 102:4
**broken** 73:14
**brought** 8:10
 9:14 102:13

**brunswick** 2:8
 3:8
**bucket** 104:8,10
**buckets** 104:1
**built** 127:15
**bullet** 66:9,11
 66:12,17 67:16
 67:19 68:2,8,10
 69:2,14 70:7
 81:4,5 83:16
 84:17 121:3,18
 121:22,23
**bullets** 122:1
**burlington** 59:9
**business** 25:20
 26:1
**butchering**
 36:10
**buy** 92:4,7
 111:13
**buyer** 78:6,6
 114:23 115:1,5
 115:7,15,16,17
**buyers** 114:1,4
**buying** 18:11
 43:21

**c**

**c** 3:2 35:22
 135:1,1
**calendar** 132:12
 132:21
**call** 34:15,18
 36:7 38:16 46:5
 116:4 121:9
 130:24

**[called - collier]**

**called** 34:2 46:4
    49:6 67:11
    83:17 108:23,24
    120:11,22
    121:17,19 122:7
    130:17
**calls** 81:16
    94:24
**canal** 3:12
**cap** 76:8,10 77:7
**caps** 67:3 74:21
    75:1 76:2,3,7,14
**captured** 45:24
**career** 19:7
**carlisle** 22:5
**carrier** 112:18
    117:23 118:2,3
    119:18,23 120:6
    120:10 124:13
    124:18 125:6
    126:10,20,23
    127:10,16
**carriers** 119:24
    121:16 127:7
**case** 1:14 7:4
    8:4,5,10,22 9:12
    9:22 10:1,6,17
    13:1,12 16:17
    16:22 42:24
    44:22 67:6
    103:3 107:23
    135:10
**cases** 10:10
    105:8

**categories** 49:3
    51:11
**category** 46:24
    49:5 51:12
**caution** 111:7
**cbl** 83:17,20,21
    84:1,11
**cd** 51:11
**cell** 49:16,18
    50:6,9,16 51:2
    51:10
**center** 23:14
    73:7
**centers** 47:15
**central** 53:22
    65:13,18,24
**certain** 94:5
    114:5 122:3
**certainly** 23:12
    29:19 48:16
    54:24 75:16
    84:12 90:3
    122:9 125:20,21
    130:10
**certify** 135:5,8
    135:11,14
**cetera** 29:4
    30:24 84:21
    94:19
**chain** 29:3
    47:14 97:12
    112:3 129:2
**chains** 97:20
**challenges**
    129:2

**change** 37:24
    38:2 39:4 40:3,5
    40:10 42:23
    43:1 44:14 48:3
    48:4 62:16
    66:10,19 97:1
    98:14 100:14
    106:14 125:15
    131:5
**changed** 43:3
    63:18 64:24
    77:8
**changes** 12:9
    29:24 37:18
    39:11 40:11
    42:1,7,14,18
    43:7 44:21
    45:17 46:8
    47:20 63:7,8,9
    63:24 66:20
    78:6,7 79:20
    101:3 102:23
    103:4,6,8,10,11
    103:16 104:2,8
    129:3,6,13,23
    130:2,4,6,14,18
    136:10
**chao** 35:22
**characterization**
    61:9
**characterize**
    54:20
**charge** 35:21
    111:18

**charged** 52:11
    52:16 90:21
**charging** 18:6
**check** 42:4
**choice** 70:6
**chose** 14:15
**christmas** 46:20
    75:22 76:21,21
**church** 70:5
**circular** 69:16
**civil** 2:14
**claims** 10:18
**clarice** 25:1,5
**clarify** 101:24
**clarity** 93:9
**clear** 6:2,4,8 7:9
    19:19 50:19,20
    64:7,11 122:10
**clip** 32:4
**clock** 76:18,19
**close** 36:3 90:22
    123:5 131:5
**closer** 64:22
**code** 31:18,21
    135:16
**coleman** 3:5
**collaborated**
    65:21
**collaboration**
    68:15
**collaborative**
    125:19
**college** 25:19,22
**collier** 2:8 3:13
    12:6 15:9

**[combine - correct]**

**combine** 23:16
**come** 12:10 30:9
  36:3 48:17
  54:18 74:22
  76:7 110:21
  117:3 122:16
**comes** 55:1
  75:19 111:17
**coming** 29:4,20
  70:4 118:21
  125:14 128:5
  129:1
**comment** 29:18
**commission**
  134:22
**common** 21:2
**communicated**
  38:19 41:13
**communicates**
  39:11 40:18,20
  40:21
**communication**
  19:3,14,15 20:5
  20:17 22:9
  36:17,24,24
  37:3,16 38:14
  38:15,24 39:1,4
  39:10,16 40:9
  40:19 117:8
  120:4,23 122:19
  126:5,5
**communicatio...**
  37:5,6,7,9
**communities**
  70:19 71:9,14

**companies** 21:2
  21:3
**company** 58:21
  59:8 102:4
  113:22
**complaint** 16:3
  16:6,12,17
**complete** 9:23
  77:20
**completed**
  41:24 77:16
  136:17
**compliance** 4:4
  4:5 12:19 20:6,8
  20:18,23 21:7
  22:9,14,21 23:5
  23:13,19,22
  24:1,6 26:7,9,15
  26:19 27:6,19
  28:1,11 53:22
  54:3,5 61:5,15
  62:24 64:12
  65:13,16,17,24
  77:4,7 97:1
  98:13,20 116:4
  116:6,8,10,21
  117:6,9,14,20
  118:4 119:22,24
  120:15,22 121:8
  121:19,21,24
  122:4,14 123:14
  123:22 124:8,13
  125:15 126:11
  126:19 127:16
  128:10,16,21

  129:10 130:12
**comply** 79:21
**computer** 83:21
**conceptually**
  125:22,24
**conclusion**
  81:16 95:1
  133:4
**conducted**
  130:9,23
**confidentiality**
  7:5
**confirmed**
  36:22
**confirming**
  126:17,18 132:6
**confusing** 6:9
  50:15
**connie** 57:23
  58:3,5,13 59:1,5
  59:7,11,12,13
  59:21 60:1
**connie's** 58:9
**connow** 24:20
**consent** 2:4
**consistency**
  89:17 90:19
  91:2 94:17
**constitutes**
  94:22
**consumer** 34:11
  92:3 115:2
**consumers**
  10:22

**content** 63:13
  64:21 84:12
  98:3 99:3
**context** 39:9
**continue** 98:19
  113:21
**conversation**
  72:17
**conversations**
  126:16
**conveyed** 39:5
**cookies** 78:1,1
**cool** 96:22
**coolers** 47:2
**copies** 136:14
**core** 46:7,11,11
  46:13,14,15,23
  47:8,10,12,17
  47:23 48:4 49:3
  72:6 75:2,5,7
  110:15,16
**corp** 3:14
**corporate** 9:9
  12:2 21:19
  109:13
**corporation** 1:6
  1:16 3:17
  135:22 136:4
**correct** 15:10
  17:24 18:7
  19:12,24 22:23
  27:20 36:15,18
  36:19 40:1,16
  41:2,3 42:10
  43:13,16 44:4

**[correct - definitive]**

44:10,15 52:12
66:5 80:3 89:13
90:1 95:12 96:9
108:14 109:21
113:10 125:18
132:5
**corrections**
134:1
**correctly** 66:22
67:8 111:13,17
**cost** 53:6 99:6
99:11
**cough** 20:7
**counsel** 2:4 3:14
11:18 14:24
36:15 135:8
136:14
**counties** 87:7,12
87:12,18,24
**country** 87:10
106:6
**county** 88:24
89:1 135:3
**couple** 7:1 9:23
86:14 105:5
108:24
**coupon** 35:13
**coupons** 30:24
32:2 69:15,16
**court** 1:1 3:16
5:5,18,21 7:12
7:14 131:5
133:3 135:4,11
135:12,14

**cover** 98:10
**covers** 22:6
**covid** 28:18,24
29:5,8,20 129:1
**crack** 89:23
**crackers** 78:1,1
79:7
**create** 34:21
**creating** 121:10
**criteria** 14:15
14:17
**cst** 2:5 133:5
**curious** 73:11
**current** 18:24
19:2
**currently** 12:5
35:4 41:7 98:16
**customer** 4:5
17:7 18:6,10,13
18:20,23 32:16
33:21 35:16
43:21 52:22
53:3,9,13,17
55:1,15 56:7,8
56:13,17 64:12
64:16,17,18
66:1 71:6 86:5,6
87:1,16,23
88:13,16,23,24
92:14 93:3
95:13,20 96:6
110:21 111:3
113:13,17
114:17 115:3,11

**customer's**
57:13,17
**customers** 30:20
30:23 31:2 33:2
33:6,7,11,16
34:3 52:11,15
52:18 54:14,18
55:3,9,12,20
56:1 66:4 67:22
68:4 70:12,19
71:3,9,13 80:20
89:13 118:2

**d**

**d** 4:1
**dan** 24:20
**dann** 3:7
**data** 33:15,24
34:11 45:24
46:1 103:21,23
**database** 32:18
**date** 41:1 79:1,3
79:4,5,19,19,20
79:22,23 80:3
88:10 134:18
135:12
**day** 2:2 12:9
26:15,15,19,19
27:1,1,2,2 39:3
54:14 66:23
67:8 68:4
116:10 120:18
134:20
**days** 8:3 79:12
107:21 128:5
136:17

**deadline** 106:13
**deal** 87:3
**dealing** 17:6
126:17 127:8
**deals** 40:9
**dealt** 87:1
**december** 1:12
2:2 136:3
**deceptive** 89:24
90:7 91:7,18
92:11,19 93:15
93:16 94:14,22
**decided** 21:6
129:19
**deciding** 70:3
**decision** 22:21
23:7,11 37:24
38:2,12 41:5
**decisions** 24:12
52:19
**deck** 34:18,19
**decks** 35:4
**dedicated** 116:9
116:18 120:23
**dedicating**
117:5
**dedmon** 27:17
27:19,21
**defendants** 1:7
3:10
**definitely**
124:22
**definition** 91:11
**definitive** 107:3

**[definitively - document]**

**definitively** 88:2
98:24
**degree** 25:19,24
**delegate** 41:22
**delivered** 38:14
38:15
**delivering** 50:1
**delivery** 47:5
**department**
21:9,10 33:9
34:20 58:12,19
110:9
**depends** 95:24
**deponent**
134:18 136:13
**deposing** 136:13
**deposition** 1:10
2:1,12 4:4,7
6:21 7:19 8:1,2
9:8,20 10:15
11:19,24 12:11
12:15,16 13:19
14:16 15:15,20
36:14 51:24
61:24 86:10,11
86:13 89:5
**depositions** 10:9
**describe** 116:3
**described**
114:16,23
129:10
**description**
124:22
**descriptions**
125:11

**designated**
121:7
**designations** 7:6
**designed** 67:24
84:13 104:19
**detail** 46:15
**detailed** 120:17
120:20
**details** 9:24
24:12 51:13
101:7
**determine** 42:5
52:23 53:5 62:3
**developed**
104:20
**developing**
84:10
**dg** 30:11,12,14
30:15,16 32:16
67:22
**dge** 30:15
**die** 92:24
**differ** 47:8,10
**difference** 72:2
93:10
**different** 21:4
26:8 32:7 35:17
42:20 47:19
58:11,14 59:7
60:24 62:3,17
63:10 75:6 87:9
87:12 99:6,7,9
99:10 100:5
102:3 109:1

**differently**
18:17 76:3
**digital** 30:23
32:2
**direct** 24:23
**direction**
119:17
**directionally**
50:5
**director** 19:3,10
20:5,17 22:8
27:2,6,19 28:1,6
28:7 33:22
36:23
**directors** 37:13
61:16 74:1
**directs** 42:11
95:12
**disagree** 29:20
68:11 71:15,22
81:23 82:8
127:13,20
**discounts** 80:20
**discovery** 13:1,7
**discrepancy**
10:22
**discuss** 36:14
**discussed** 105:5
107:24 108:4
**discussing**
14:18,20
**discussion** 5:9
9:17 21:22
**display** 76:6
77:6

**disposed** 2:17
**disrespectful**
36:8
**distinction**
21:17 114:12
**distributed**
34:12
**distribution**
47:15
**district** 1:1,1
8:16 25:13
37:13 80:22
85:8 106:1,3,19
108:12 109:10
109:22
**divided** 58:22
**division** 37:14
74:1
**dm** 106:6 107:4
**document** 34:2
34:9 44:12,13
44:20 52:7 60:5
60:14,16 61:23
62:3,11,12,13
62:20 63:1 64:3
74:10 83:5
85:23 86:4,7,9
88:10,21 96:15
96:23 97:5,23
98:2,3,3,4,14,16
98:21,23 99:20
99:22 101:10
121:17 131:14
131:18

**documentation**
124:4
**documenting**
126:6
**documents**
12:18,20,24
13:18,21 14:4,9
14:10,13,15
34:11,16,21
45:2 46:10
60:20 97:19
**doing** 76:17
98:15 105:8
117:4 119:22
124:12 126:10
126:22 130:13
132:3
**dokum** 8:12
**dollar** 1:6 3:14
8:7,14 9:10,11
10:6,15 12:1
16:23 17:5,14
18:3,12,12
19:11 20:3,16
21:9,11 22:20
23:20 27:21
28:19,20 30:18
31:1,12 32:18
33:2,6,16 34:4
34:12,17 35:13
41:6 44:12 45:3
45:6,14 49:9,12
49:18 52:10,15
53:13,21,22
54:5,8,14,18

55:1,3,4,9,15,20
56:20 57:4,14
58:6,17 59:2,21
62:19 66:1
67:23 68:1
70:21 71:9
80:18 81:18,19
84:5 89:12,20
89:22,23 90:6
90:18 91:2,5,6
91:13 94:13,17
95:17,18 96:6
98:15 99:9,23
100:4 101:3,10
101:14 104:2,12
108:9 115:10
122:23 124:18
128:3 129:9
132:22 136:4
**dollars** 41:7
92:9,10 111:6
**dominski** 2:10
3:17 135:4,21
**donnie** 58:2
**dr** 128:3
**draft** 64:21
**drafted** 62:13
62:14 64:19
**drafts** 62:14
**drivers** 47:11
**droge** 57:23
58:2,3 59:1
**drop** 20:22 47:5
50:2

**drops** 49:17
**dsd** 47:2,4,16,18
47:20,22 48:5
49:4 50:8,10,11
50:21
**due** 9:6 78:11
104:8
**duly** 5:2 135:11
**duties** 118:4
122:13
**dvd** 50:17,24
51:2

**e**

**e** 3:2,2 4:1 12:21
12:22 13:6 25:1
25:1,3,3 31:13
57:23 60:14,16
60:21,24 97:11
97:19 135:1,1
**earlier** 5:16
36:22 52:10
72:10,16 76:4
81:6 83:5 91:1
105:10 120:21
127:14 128:24
**early** 98:17
118:15
**easy** 32:4
**educational**
25:16,18
**edwards** 2:6 3:4
4:2,7 5:4,8,11
7:11,18 9:3 11:2
11:23 13:5,10
13:16 14:8,14

16:2,10,16 17:4
17:12,21 18:4
18:19,24 21:8
21:23 22:2,19
23:6,18 24:5,14
26:16,22 28:8
29:6,16 30:8
31:17,22 32:15
32:23 33:8,14
34:1,10,15 35:1
35:8,19,23 36:2
37:22 38:9
39:20 40:2,14
41:21 42:12,21
43:9,17 44:5,11
44:23 45:13
46:3 48:12 49:2
49:23 51:1 52:5
52:9,17 53:2,12
53:20 54:7,13
54:23 55:13,19
56:5,12,19 57:4
57:10,18,21
59:9,20 60:3,7
60:15,19 61:11
61:12 62:9,23
63:17 65:6 66:8
69:13 71:8,15
71:19 72:18
73:10,23 75:6
78:4 79:18 80:7
82:7,13,19 83:4
84:16 85:19
86:1 89:9,19
90:16 91:16

92:3,18 93:2,12
93:20,23 94:8
94:11 95:2,5,7
96:3,13,17,20
96:23 97:13,18
97:22 99:2,21
100:8,21 101:1
101:8,23 103:9
103:24 105:23
107:11,16 108:8
109:17 110:18
111:4,11 113:20
115:19 116:1
119:5,15 120:7
120:24 123:5,11
123:21 124:17
124:24 125:13
125:18 126:21
127:3 128:1
132:14 133:2
**eeoc** 8:5
**effect** 88:7,9
**effective** 43:7
79:4 88:10
103:17
**efficiencies**
23:12
**eight** 7:23 10:9
10:10 92:10
103:15
**either** 14:24
33:20 45:16
73:7 77:7 95:19
**electronically**
43:12

**element** 23:13
86:18 127:14
**eleven** 119:6
**emotions** 56:16
**emphasize**
70:24 105:15
**employee** 10:15
10:18 70:21
73:6 110:24
111:2 112:23
113:1,3 116:19
116:24 117:6,15
117:22 118:11
119:10 121:7
122:2 123:12
124:18 135:8
**employees**
15:13 73:1 93:4
118:8,23 119:4
119:18,19 120:8
121:14
**employment** 8:6
9:22 10:1,10,16
10:18
**enactment**
100:13
**encompasses**
61:4
**ended** 129:18
**engage** 89:21,24
90:6 91:7 94:14
**enhancement**
112:2
**ensure** 66:20
70:10,11,17

72:21 73:8
76:18 106:20
130:21 131:23
**ensures** 115:14
115:18
**ensuring** 74:17
127:22
**entered** 1:14
100:7,11,13
101:2
**entire** 58:14
64:1 87:5
130:13
**entirely** 98:4
**entities** 101:16
102:10,16 104:9
**entitled** 96:24
**entry** 119:10
122:23
**epidemic** 28:17
**equipment**
84:20 85:1
**erc** 72:20 73:12
**erin** 22:5 26:23
**errata** 134:1
136:11,13,17
**especially** 114:3
**esq** 3:4,7,11
**essentially**
38:17 46:14
131:12
**established** 99:7
99:10,24 100:5
101:10 102:4
104:12

**et** 1:3,6 29:4
30:24 84:21
94:19 136:4,4
**event** 120:10
130:9,21 131:7
131:20
**eventually**
62:15
**everybody** 32:3
**evidenced**
135:12
**exact** 34:8
**exactly** 30:12
46:9 126:1
**examination** 4:2
5:10
**examined** 5:2
**example** 26:23
29:10 39:10
43:10 49:15
69:7,11 77:19
77:24 79:6 85:2
95:17 100:12,17
109:11 110:5
111:12,21
113:13
**examples** 50:7
50:10,15 51:6,8
51:9 57:10
**except** 2:16
**excited** 83:16
84:6,14
**exclamation**
77:16 121:24

**[excluding - forced]**                                    Page 147

**excluding** 87:6
**executive** 59:6
**exhaustive** 51:5
**exhibit** 4:4,4,5,5
  51:15,16,17,18
  51:23 52:8
  57:19,22 60:3,4
  60:6,9 71:20
  74:10 85:21,22
  85:24 86:5
  96:14,16,21,24
**exhibits** 4:3,6
  7:3
**exhibitshare**
  51:15
**expand** 15:20
**expansive** 92:15
**expected** 47:7
**expensive**
  107:20
**experience**
  33:21 34:11
  56:17 65:19
  66:1 122:4,8
  124:6
**expert** 82:4
  124:23
**expiration**
  135:12
**expires** 134:22
**explain** 30:10
  37:4 45:14,20
  80:15 110:5
**eye** 80:23

**eyes** 80:22

**f**

**f** 25:2 135:1
**facilitate** 62:17
**facilitating**
  68:24
**facilitator** 62:18
**fact** 84:13
**factual** 16:10,18
  83:12
**failed** 29:8
**failing** 77:20
**fails** 136:19
**failsafe** 112:20
**fair** 6:18,19
  43:23 44:23
  48:7,13 63:12
  71:3 91:8 95:14
  95:18 98:20
  104:23
**fairly** 21:2
  32:13
**fallen** 132:16,17
**false** 16:11,19
**familiar** 30:14
  30:15,20,22
  51:12 83:2 88:3
  91:12 98:4
**family** 69:18,22
  70:4
**far** 37:2 42:22
  111:19
**farid** 18:10
**fashion** 7:10
  45:4

**fault** 56:20 57:5
  57:13,17 70:9
**feature** 76:12
**federal** 2:13
**feel** 17:22 56:13
  59:13,17 63:17
  71:19
**feeler** 59:19
**feels** 56:8
**felt** 73:11
**field** 22:3 23:14
  37:9,10,12,17
  58:13 82:4
  105:21 126:6
  131:21
**fifteen** 79:12
**fifth** 99:4
**fifty** 18:12
**figure** 77:1
**final** 61:20
  63:23
**financial** 125:21
**financially**
  135:9
**find** 132:4
**finds** 109:23
**fines** 70:10,14
  71:1
**finish** 110:19
**firm** 3:7,16
**first** 5:2 7:2
  10:14,19 13:17
  20:10 36:13
  51:14 64:6
  67:16 72:5 81:4

  88:8,9 98:9,10
  99:2 104:10
  110:9 114:16
  117:7,9,16
  122:16 130:12
**fiscal** 116:4
  118:17 131:10
  131:11,13
  132:12,14,15
**five** 58:8 85:15
  128:2
**fix** 112:22,23
  114:22
**fixed** 54:15,21
  55:4,10,10 68:5
**fixes** 113:3
**flip** 6:16
**floor** 76:17
**flow** 38:1
**folder** 51:19
**follow** 21:24
  36:12 41:10
  106:4,19 107:5
  115:6 116:13,15
**following** 29:7
  94:15 108:21
  135:13
**follows** 5:3 93:9
**footprint** 87:5
**force** 111:23
  114:8,10 115:8
**forced** 100:13
  108:23 109:1,2
  109:6,12 110:6
  110:8,10,13

111:21 114:1,6
114:7 128:10
**forefront** 28:19
**foreseeable**
130:5
**forgive** 36:7
**form** 2:16 7:9
8:23 10:23
11:20 13:2,8,13
14:5,11 15:23
16:7,13,24 17:8
17:15,19 18:1,8
18:14,21 20:24
22:16 23:2,8,23
24:3,9 26:11,20
28:3,22 29:11
30:5 31:14,20
32:10,20 33:4
33:12,18 34:5
34:14,22 35:5
35:14 37:19
38:6 39:6,23
40:12 41:15
42:8,15 43:5,14
43:24 44:8,16
45:10,18 48:10
48:22 49:21
52:13,20 53:7
53:15 54:1,10
54:16 55:6,16
55:23 56:10,14
56:21 57:6,15
59:3,15,23 62:6
62:21 63:15
65:4 66:2 68:13

69:9 71:4,11,17
72:13 73:3,16
74:13 75:3
77:22 78:18
79:14 80:4
81:15 82:1,10
82:15,23 84:8
85:3 87:14
88:18 89:6,14
90:12 91:9,19
92:12,23 93:6
93:17 94:23
95:22 96:10
98:22 99:13,15
100:2,15,23
101:5,18 103:1
103:19 104:15
105:17 106:16
107:8,12 108:1
109:2,15 113:16
115:12,22 119:1
119:11 120:2,16
122:5,13 123:1
123:7,16,18
124:9,19 125:7
125:16 126:12
127:1,18 131:16
**formalities** 2:15
**format** 34:19
**former** 10:18
**forms** 2:15
**forty** 14:4
**forward** 13:6
104:4 128:20
130:3

**four** 24:23
25:10,14 72:1
92:9 116:6,8,9
116:18,20 117:1
117:5,20 119:5
120:14 123:14
124:8 126:11
127:17 128:11
**fourteen** 79:11
**frame** 29:21
**free** 71:19
**freeze** 21:21
**frequency** 99:5
99:11
**frequently**
11:15
**friday** 78:11
**friend** 70:5
**front** 63:3
111:15 118:1
119:7
**fulfillment**
78:21,22
**full** 5:12 64:6
93:1 130:17,24
131:8,12,15
132:3
**fulton** 25:23
**fun** 125:23
**function** 21:4
**functional** 21:4
**further** 130:21
135:8,11,14
**future** 98:19
130:5

**fuzzy** 11:6

**g**

**g** 25:1 74:21
75:2,12,16
76:14
**ga** 136:15
**gathering** 12:24
**gay** 3:5
**gears** 30:9
**general** 1:6 3:14
3:14 8:7,15 9:10
9:11 10:6,15
16:21,23 17:6
17:14 18:3
19:11 20:3,16
21:9,11 22:20
27:22 28:19,21
31:1,12 32:8,12
32:14,18 33:2,6
34:4,12,17
35:13 41:6
42:18 44:12
45:3,6,15 48:15
49:9,12,18
52:10 53:13,21
55:1,3,4,9,15,20
57:14 58:6,17
59:2,22 62:19
66:1 70:21 71:9
80:19 81:18,20
81:21 82:3 84:5
89:12,24 90:6
90:18 91:2,5
94:17 95:17,18
96:6 98:15 99:9

[general - heard]    Page 149

99:23 100:5
101:3,10,14
104:2,12 108:9
115:10 122:23
124:18 128:3
129:9 132:22
136:4
**general's** 12:1
23:21 30:18
33:16 52:15
53:23 54:5,9,14
54:18 56:20
57:5 89:21,22
91:6,13 94:13
**generally** 42:24
48:9 75:17
**generates** 44:13
**getting** 20:12
50:14 114:24
126:2
**gillette** 41:6
43:10,18 111:11
111:13
**give** 6:17 49:14
51:8 67:10 69:6
77:19 100:12
110:5
**given** 6:20 7:19
10:14 74:4,5
125:20
**giving** 12:11
129:21
**glad** 6:13
**glance** 80:24

**global** 28:1,10
**go** 16:14 22:7
39:12 41:4 43:9
51:14,18 57:18
64:2 71:19 81:3
85:20 92:6
93:20 95:6
102:2 103:24
104:10 106:24
109:12 111:11
112:19 122:21
124:16 128:13
128:20 131:19
**goes** 32:16
49:11 78:9
109:4,9,22
**going** 5:20,21
6:7,17 11:5
12:17 20:12
26:4 29:1,18
30:8,9 35:23
41:7 43:11
46:15 48:9
52:24 53:6,9,10
53:19 65:22
67:7 69:20,23
70:15,16 71:21
75:13,23 76:6
77:3 78:22,24
79:11 82:4
84:16 85:13,20
94:10 96:13
106:22 107:1
110:16,23
111:13 112:20

116:2,13,24
124:1 125:3
126:1,2 130:4
**good** 5:12 32:3
59:13,21
**goodletsville** 2:9
12:4
**gosh** 9:21 113:4
128:9
**govern** 81:21
**governed** 7:4
**government**
29:9 71:2
**governmental**
101:16 102:9,16
104:9
**gram** 46:16 75:9
77:15,20 78:2,5
78:8,11,14,15
79:7,11,16,19
79:20,21 80:2
103:5
**grams** 77:11
78:23
**graphic** 99:4
**great** 7:10 80:19
**green** 65:17
**grocery** 92:7
**group** 24:4
27:11 33:22
35:17 125:20
**grown** 23:15
**guess** 14:2,7
21:20

**guessing** 6:11
**guide** 74:24
75:1
**gun** 96:18
**guys** 33:8

| h |
|---|

**h** 25:3 35:22
**half** 27:12
**hand** 67:12
113:7 122:17
127:23
**hang** 117:18
119:19
**happen** 38:21
47:23 48:4,6
69:7 73:8
103:13 112:1,8
112:10 113:12
**happened**
129:12
**happening**
131:23
**happens** 38:22
45:14,22 63:6
112:14 114:3
**happy** 111:3
**hard** 68:7
**hauck's** 40:8
42:22
**head** 21:13,14
69:19
**headquarters**
12:2
**heard** 123:13

**[hearing - investing]**

**hearing** 2:18
**held** 113:7
    122:17 127:23
**help** 6:4 73:22
    76:14,15 81:8
    83:7,11,13
    115:10 124:4
**helped** 64:21
**hesitate** 11:9
**hey** 85:12
    109:10
**hht** 127:7
**high** 8:20 9:1,3
    9:5 32:8 54:8
**highway** 3:8
**hiring** 125:11
**historical**
    100:18
**history** 32:7,19
**hit** 43:1
**hits** 78:17
**home** 70:4 76:5
    108:4
**honest** 59:18
**honestly** 9:17
    80:18 129:8
**hope** 36:7
**hour** 35:24
    85:14 116:9,18
    117:1,5,20
    120:14 123:14
    124:8 126:11
    127:17
**hours** 15:4
    116:20 119:5

    130:12
**hr** 123:9 124:22
    125:3,12
**huh** 6:3,4 62:9
    104:6
**humiliated** 56:8
    56:13,17 70:8
**hypothetical**
    41:10 113:14,17
    113:18

**i**

**idea** 32:23 55:13
    97:20 123:6
    128:21
**identified** 84:24
**identify** 91:23
**identifying**
    126:1
**idg** 31:23
**ignoring** 95:20
**imagine** 97:18
**immediately**
    95:13 96:8
**impact** 29:21
**implemented**
    103:17
**importance**
    18:5 53:14
    105:15
**important** 6:1
    19:13 21:17
    28:20 39:8
    52:10 54:3,6
    65:16 71:6,8,13
    73:11 80:2

    110:20 130:8
**inaccuracies**
    24:8 104:14
**inaccuracy**
    26:10 28:18
    30:3 57:24
    108:10
**inaccurate** 69:8
    79:13,17
**incidents**
    106:22
**include** 37:16
    58:24 87:5
**included** 31:20
    53:21 111:7
**includes** 86:18
**inclusive** 37:12
    105:3
**income** 55:10,14
**inconsistent**
    89:20 94:21
**incorrect** 77:9
    78:13
**increase** 29:8,15
    30:3 41:13
    43:10,12 47:22
    48:9 111:23
**increased** 41:8
    128:19,22
**increases** 29:4
**indicated** 94:4
**indicates** 46:12
    105:7 126:9
**individual** 42:3
    120:14

**individually** 9:9
**individuals**
    25:10
**inevitably** 6:9
**information**
    33:21 39:16
    88:22 105:22
**install** 75:17
**installed** 113:22
**instance** 63:8
**instances** 72:24
    73:5
**institutional**
    129:11
**institutionalize**
    105:20 118:18
**instruction**
    121:7,10
**instructions**
    119:21 121:11
    122:9
**integral** 85:6
**interested** 38:1
    135:9
**interrogatories**
    13:12
**introduce** 57:21
**introduced**
    57:19 63:10
**introducing**
    52:6 60:4
**inventory** 49:10
    49:11 127:9
**investing**
    128:15

investment
125:21
invoiced 49:13
involve 10:16
involved 10:20
26:9,14,19 65:1
72:21 125:22
involves 37:5,7
108:19 114:14
involving 10:21
issue 8:6,9
10:16 17:6
28:18,20 108:11
issues 11:5 26:9
29:3 70:11
72:20 73:13
84:23 116:21
it'll 7:16
item 46:16,19
50:23 66:23
67:9 70:3
110:22
items 46:22,22
46:23 47:1,6
49:13 51:2
107:20 108:21
110:13 114:2,6
114:24 115:8
iterations 62:11
63:5

**j**

january 74:6,12
132:17
javier 3:7

jersey 2:8
jillian 25:1,5
job 19:1,2,4,6,7
19:8 20:2,4,16
20:20 22:13
23:1,21 25:4
26:5 27:4,8,9,13
27:14,16,24
35:8 37:1 58:16
59:5,14,21
80:19 116:20
124:21 125:10
joseph 1:3 136:4
jump 16:11
75:21
jumped 16:18
96:18
junctures 19:7
jurisdiction
100:9
jurisdictions
87:8
juror 58:20

**k**

k 25:2
kaufman 25:2
keep 45:6,15
49:10 55:20
keeping 13:20
56:3 69:19
keeps 32:18
45:3
kelly 3:13 12:6
kennedy 21:15

kept 62:20
key 26:24 48:15
112:18 113:4
117:23 118:2,3
119:18,23,24
120:6,10 121:16
124:13,18 125:6
126:10,20,23
127:7,10,16
kicked 116:3
kind 15:14
28:19 104:1
121:6 123:13
kinds 109:1
129:2
kit 78:21,22,24
knew 129:23
know 12:11,17
20:21 23:7 24:3
24:16,17 27:7
27:14,24 29:2,3
29:13 32:5
33:22,24 34:17
39:14 42:18,21
46:4 47:4 52:22
53:18 54:4,9
59:1 60:13,15
61:3,22 62:19
63:3 68:16,18
69:3 72:11
73:19 81:17
82:13,17,20
87:4,8,11,15
88:6,8,12,15
90:10,14 92:15

93:16 95:3,6
97:11,13,16
98:8 99:17,18
103:6 104:18,23
105:1,4 107:14
107:17,19
110:22 119:19
122:10,24 123:3
124:3,12 125:3
125:4,9,12,24
126:4,8,15,17
126:22 129:16
129:21 131:24
132:1,1
knowing 69:21
124:11
knowledge 35:3
92:15 108:3
123:20 125:10
135:6
knowledgeable
35:12
knows 69:20
knoxville 2:6
3:6

**l**

l 25:1
la 36:4
label 39:11 44:3
44:6,11,14 46:7
46:11,11 52:23
53:10 57:1,3,8
79:22 90:20
91:3 111:24
112:24 113:2,8

**[label - mail]**

115:8 129:18
**labels** 39:12,21
40:22 41:20
42:5,7,13 43:3
43:18 45:4,7,15
72:6,11 75:17
76:7,23 77:5,8,8
77:9 78:10,22
85:2,6 105:11
105:16 106:4,9
106:11,13,18,20
106:21 107:4,7
108:21 109:5,13
109:23 110:14
110:15,16,17
111:8 112:4,6
112:11 114:8
117:10,12,12,18
119:19 120:9
122:18,20 132:4
132:7
**labor** 119:3
130:11
**laptop** 97:3
**large** 23:13 97:5
**larger** 24:3
60:14,16 61:2
104:20
**lasted** 132:8
**lastly** 80:8
**late** 42:13,17,18
42:19 43:18,19
45:16 129:19
**lateral** 28:9

**launch** 83:16
84:6
**launched** 83:23
84:2
**law** 3:7 81:7,13
81:19,20,24
82:9,14,18,21
82:24 83:3,6
**lawrence** 87:11
87:18,24
**laws** 81:21
**lawsuit** 10:2
101:12
**lawyer** 8:20
**lay** 91:17 92:20
**layman's** 45:23
**laymen's** 105:24
106:1
**lcr** 3:17 135:12
135:21
**leaders** 105:21
131:21
**leadership**
23:16 73:20
**leads** 17:22
**learning** 83:21
**leave** 7:11 70:12
93:21
**led** 75:22
**leeway** 119:23
**left** 58:17 59:2
**legal** 81:16 95:1
136:23
**level** 8:20 9:1,3
9:5 24:12 32:8

38:4 40:4 41:14
42:24 54:8 78:8
79:9 94:5 109:5
109:13 117:22
119:10 122:23
**lexicon** 59:18
**licensed** 135:4
135:11,12
**life** 11:5 56:2
**lights** 75:22
**limited** 25:12
**line** 65:6,8,10
70:5 73:20 93:9
102:2 134:2
**link** 106:2,7
**list** 51:5 104:11
121:3 124:3
128:2
**litigation** 10:21
15:22
**litsup** 136:15
**little** 15:19 30:9
35:23 38:13
39:9 50:14 54:8
60:10 76:3
120:20 124:3
**llc** 3:11
**local** 109:5
**location** 58:15
**locations** 99:7
**logo** 67:23
**long** 15:3 19:4
20:11,12,15
27:7 31:8 58:4,5
58:9,9 96:23

**longer** 23:4
100:18
**look** 24:4 53:9
71:20 94:15
95:7 97:24 99:3
110:7 111:1
**looking** 52:23
63:21 80:21
94:12 114:2
**looks** 110:11
**loop** 131:6
**lost** 22:24
**lot** 46:15 80:19
121:23
**lots** 30:16
125:22
**lower** 117:21
**lunch** 85:15,18
85:19

**m**

**m** 25:2,3
**ma'am** 61:13
**mad** 70:8
**made** 22:21
23:7,11,16 38:3
41:6 63:19,24
84:5 103:8,10
103:11 130:2
**mag** 74:18,21,23
74:23 77:15
78:22,23 103:6
**mail** 31:13
60:14,16 97:11
97:19

mails   12:21,22
   13:6 57:23
   60:21,24
main   76:20
   128:11
maintain   76:14
   81:8 83:8,11,14
   84:18 89:17
   90:18 91:2,24
   94:17
maintaining
   83:17 84:1
   127:22
make   6:2,4 7:5,9
   11:5 15:19
   19:24 37:24
   38:2 42:7 44:6
   53:3 66:20 70:6
   72:1 77:2 78:6
   85:12,16 108:12
   111:3,12 112:20
   116:15 132:11
makes   44:19
making   24:12
   42:22 67:4,5
mal   128:5
managed   27:2
management
   38:17 39:5
   41:18 120:21
   121:15 131:19
manager   8:16
   25:8 39:14,15
   41:22,23 85:8
   85:10 106:2,19

109:10,22
   111:17 112:17
   112:18,22
   117:21,21 118:6
   124:7
manager's
   80:22
managers   25:6
   37:13 42:4
   70:13 108:12
   124:12
mand   69:21
manual   121:7,9
march   78:3 79:8
   79:10
maribeth   27:17
   27:18,21 28:6
   28:10,15
mark   51:14
   57:18 85:21
   96:14
marked   51:16
   51:18,23 52:8
   60:6,8 85:24
   86:4 96:16,24
market   90:20
marketing   33:9
   34:24 35:1,10
marking   35:17
martin   35:7
massachusetts
   87:6
match   56:24
   57:1 64:15
   66:21 92:17

93:11,14
matches   91:14
   92:1
materials
   105:16
matter   15:22
   16:3 45:21 56:2
   70:20 124:23
mcguire   3:11
mean   12:20
   14:2 19:20 32:3
   37:11 76:9,13
   78:16 87:20
   103:21 105:23
   106:21 115:1,1
   115:3,5 118:6
   119:13,16,18
   120:8 124:11,22
   127:3 129:15
   130:4
means   9:14 67:6
   80:15 92:20,24
   99:19 128:22
   132:3
meant   93:4,8
mechanism
   47:19
med   128:5
medications
   11:4
meeting   15:6
member   39:15
   123:9
memory   11:6

memphis   1:17
   3:18 135:23
mentioned   27:1
   52:7 60:5 81:6
   83:5 85:23 96:1
   96:15 109:20
menu   124:2
merchandising
   51:4
merino   2:7 3:7
message   70:13
met   15:2,5,9
method   38:13
mia   1:11 2:1 5:1
   5:14 36:8 61:6
   136:1,5
michael   35:22
michigan   87:6
mid   41:1 74:6
   128:7
milberg   3:5
mind   94:22
minimum   122:7
   123:5
minute   83:17
   102:12 113:18
minutes   84:14
   85:14,15
missed   21:24
   113:6
missing   36:20
mission   53:23
   54:5,9 65:18
   67:17,21 69:17

**[mississippi - object]**                                                    Page 154

| | | | |
|---|---|---|---|
| **mississippi** 2:11 | **multiple** 60:23 | **neighborhood** | 49:17 56:16 |
| **missouri** 25:23 | 62:11 63:4,24 | 92:6 | 86:21 95:8,11 |
| **misstates** 34:6 | | **neighboring** | 95:24 102:21 |

**n**

**mississippi** 2:11
**missouri** 25:23
**misstates** 34:6
62:5 82:24
101:19
**misstating**
126:13
**mistakenly**
113:6
**model** 107:14
**moment** 67:22
97:2
**monday** 129:20
**money** 54:15,22
55:4,11 68:5
**monica** 25:2,8
**month** 40:24
41:4 76:6 78:2
95:18 96:5
132:16
**monthly** 74:24
75:1 76:11
**months** 26:13
122:3
**morning** 5:12
5:17 43:8,13
106:2 118:24
119:4 124:2
**mornings** 106:7
**move** 21:3 24:1
24:6 28:9
**movies** 50:17,17
50:24 51:2,10
**moving** 23:19
104:4 130:2

**multiple** 60:23
62:11 63:4,24

**n**

**n** 3:2 4:1 25:2
**name** 5:13 8:12
27:3 34:8 36:10
57:23 62:8
63:22 135:13
**names** 24:24
**nationally**
103:17
**nationwide**
25:11,14 103:10
103:12
**natural** 127:9
**nature** 13:6
31:21
**necessarily**
24:13 54:20
106:21 110:24
115:20
**necessary** 66:19
**need** 7:7,16 11:8
11:14 39:18
42:6 70:14
71:20 73:14,21
85:14 97:24
98:13 106:24
114:22 121:2,4
122:11 129:13
131:4,5 132:11
**needed** 120:11
122:12 129:23
**needs** 73:8 97:1
106:19

**neighborhood**
92:6
**neighboring**
106:24
**net** 127:6
**never** 129:9
**new** 1:1 2:8 3:8
14:21 32:13
42:5 58:24
82:14,17,20
83:3 84:4 87:7
87:13,18,24
88:24 89:1 94:9
112:24 113:2
117:19 122:23
123:3
**ninety** 8:3
**nj** 3:8
**non** 75:5 119:24
124:12
**normally** 59:17
**north** 2:7
**notary** 134:21
**note** 1:13 4:6
130:9 136:10
**notice** 2:3 4:4
29:8,14 30:3
51:23 111:16,22
113:13 114:5
**noticed** 113:18
**notices** 96:7
**noticing** 114:23
**november** 41:1
**number** 13:21
21:5 38:18

49:17 56:16
86:21 95:8,11
95:24 102:21
103:4,18 108:5
108:7 113:23,24
114:12,13,13
116:6,8 122:3
128:2 129:5,22
135:12
**numbers** 67:12
114:4 129:8,18

**o**

**o** 25:3 35:22
46:16 75:9
77:10,15,20
78:2,5,8,11,14
78:15,23 79:7
79:11,16,19,20
79:21 80:2
103:5
**o'brien** 27:3,18
28:13 62:8
**o'brien's** 27:4
**o'clock** 117:17
**oath** 5:16,17
**object** 8:23
13:13 17:3,19
18:8,14,21
20:24 22:16
23:2,8,23 24:9
26:11,20 28:3
28:22 29:11
30:5 31:14
32:10,20 33:4
34:22 35:5,14

37:19 38:6 39:6
39:23 40:12
41:15 42:8,15
43:5,14,24 44:8
44:16 45:10,18
48:10,22 49:21
52:13,20 53:7
53:15 54:1,10
54:16 55:16,23
56:10,14,21
57:6,15 59:3,15
59:23 61:8
62:21 63:15
65:4 66:2 68:13
69:9 71:4,11,17
72:13 73:3,16
74:13 75:3
77:22 78:18
79:14 80:4
81:15 82:1,10
82:15 84:8 85:3
87:14 88:18
89:6,14 90:12
91:9,19 92:12
93:6 95:22
96:10 99:13
100:2,15 101:5
103:1,19 104:15
105:17 106:16
107:8,12 109:15
113:16 115:12
115:22 119:1,11
120:2,16 122:5
123:1,7,16
124:9,19 125:7

125:16 127:1,18
131:16
**objection** 10:23
11:20 13:2,8
14:5,11 15:23
16:7,13,24 17:8
17:15 18:1
31:19 33:12,18
34:5,6,14 55:6,7
62:6 63:20
81:16 82:23
92:21,23 93:17
93:18 94:23,23
94:24 98:22
100:23 101:18
101:19 108:1
126:12,13
**objections** 2:16
**obvious** 73:13
**occured** 26:14
103:5 131:12
**offer** 53:17 59:5
**offering** 80:19
**offers** 32:3
**officer** 24:11
**oh** 9:21 30:19
111:5 112:12
113:4
**okay** 5:20 6:1
7:24 8:4 9:8,16
10:8,12,20
11:13,15,17,23
12:14,23 13:5
14:2,8,14,19,23
15:8,17 16:5

17:4,23 18:19
19:16,19,22
20:10,21 22:6
22:12,19,24
23:6 24:14,19
25:4,7,16,21
26:3,16 27:4
28:12 29:16
30:2,19 31:6
32:1,5,15 35:1,8
35:11,19 36:12
36:17 37:4,16
38:9 39:3,20
40:17,23 41:4,8
41:9,21 42:12
42:21 45:1,13
46:3,21 47:6,16
47:19,22 48:2
48:14 49:17
50:3,6,18 51:7
53:2,12,20 56:5
58:1 59:1 60:18
61:11,17,22
62:2 64:3,13
65:11 66:8
67:15 68:8
69:13 70:22
71:15,24 72:5
72:18 74:3,16
75:1,14 76:1,13
76:24 77:10,15
78:4 79:2,18
80:1,8,13 81:2
81:13 83:4,20
83:23 84:4 88:6

88:15 89:9,11
91:1 92:6,18
93:12 95:16
96:3,6,13 97:8
97:17,21,22
98:2,12 101:8
102:8,12,20
103:24 104:5,22
105:3 106:11
107:19 108:8
109:3,9 110:8
112:6,12 113:9
113:20 114:11
114:19 115:4,7
115:9,19 116:1
117:13 118:5,10
118:19,22 119:9
119:15,20 120:7
120:13 121:6,13
121:20 122:22
123:21 124:6
128:12 130:7
132:3,8,14,20
133:1
**oklahoma** 8:18
9:12,15
**old** 109:7 128:5
**olive** 2:10
**once** 38:11
**ones** 128:11
**open** 78:24
90:21
**operating** 86:24
87:9 88:16
120:5

**operation** 20:17 36:24
**operationally** 76:17 78:7
**operations** 19:3 19:11,14 20:5 21:12 22:8 24:21 25:6,9 37:7,8,15 45:23 58:14
**opinion** 59:20 92:11 94:20
**opportunity** 59:6
**opposed** 46:19
**order** 1:14 7:4,6 68:16,16 117:15
**org's** 21:3
**organization** 23:14,15
**organizationally** 85:7
**origin** 98:7
**original** 62:14
**originated** 10:3
**outcome** 135:9
**outlier** 106:22
**outside** 51:12
**overall** 21:11 68:19
**overcharge** 77:21 95:14 114:17
**overcharges** 10:22 17:3,7,11

17:13,17,23 18:2 86:6 87:1,3 87:17,23 88:13 88:17,23 89:1 93:3 101:13 104:13,19 115:21
**overcharging** 56:19,23 57:2 70:24 89:13,20 108:11 115:10
**overlooked** 85:10
**overpriced** 95:17 96:5
**override** 111:6 111:8,18,23 112:8,14,19 114:18,20
**overrides** 108:19 110:12 111:2
**oversee** 35:18 35:20
**overview** 48:24
**owe** 71:2
**own** 120:23
**owned** 49:11

**p**

**p** 3:2,2
**p.m.** 133:4
**package** 86:20 92:7
**packaging** 75:15

**packet** 78:8 79:22
**page** 7:17 66:13 66:14 67:10,12 88:21 98:9,10 98:10 99:3 116:16 121:6,10 128:14 134:2
**pager** 121:11
**paint** 69:11
**paragraph** 64:5 64:7
**paren** 90:22,23
**part** 20:22 22:24 37:5,6 57:9 60:14,16 60:21 61:2,4 69:4,4 71:14 75:8,18 78:5 82:6 83:12 85:6 89:16 91:24 95:8 97:11,19 111:9 112:10 125:19 126:15 127:3 132:7
**participate** 12:23 13:4
**particular** 19:5 25:12 33:24 35:2 38:3 39:3,8 58:19 65:8 73:24 74:5 82:5 82:5
**parties** 135:9

**partner** 69:1
**parts** 69:1 98:2 108:6 126:19
**passing** 29:3
**past** 17:5,10 104:12
**pause** 131:4 133:2
**pay** 49:19 52:24 53:10 75:23
**pc** 84:20 127:6
**pdf** 34:18,19
**pdf's** 35:4
**pending** 11:11
**people** 12:10 15:1 24:22 26:18 65:1 117:24 125:14 125:22
**percentage** 33:10,16 34:3
**perform** 116:10
**performed** 60:2 105:20 108:20 121:2
**performing** 118:4
**performs** 112:18
**perimeter** 80:24
**period** 43:20 96:5 100:20 101:11 104:4
**permanent** 129:14,23 130:1

**[permanent - president]**

130:6,20
**perpetual** 49:10
    127:9
**person** 22:2
    26:17,24 27:16
    35:2,21 91:17
    117:19 118:1
    119:7,9,21
    123:19 127:20
**person's** 92:20
**personal** 12:18
    12:20
**personally** 13:4
**personnel** 95:12
**perspective**
    45:22
**phone** 31:4
    49:16,18 50:6,9
    50:16 51:2,10
**phonetic** 8:13
**phrase** 44:18
    46:10
**phrased** 44:19
**pi** 86:11
**pick** 21:23
**picked** 70:3
**picture** 24:4
    69:8
**piece** 65:12
**pieces** 98:3
**place** 38:11
    40:24 79:8 81:8
    83:7,11,13
    88:12 100:19
    101:3 102:23

104:3 118:20
    130:5 131:7
**placed** 57:8
**plain** 107:17
**plaintiffs** 1:4
    2:3 3:3 16:22
    17:3
**plan** 46:16 75:9
    77:10,15,20
    78:2,5,8,11,14
    78:15,23 79:7
    79:11,16,19,20
    79:21 80:2
    103:5 128:16
    130:20
**plans** 62:16
**play** 45:12
**please** 5:12 7:20
    11:9 12:11
    64:10 65:15
    66:18 67:20
    68:3 69:14 70:1
    70:7 72:21 81:4
    109:21
**pllc** 3:5
**plural** 29:14
**pod** 114:3
**point** 9:18 26:18
    26:24 29:14
    35:2,12 42:23
    66:9,11,12,17
    67:16,19 68:2
    68:10,17 70:7
    73:11 77:17
    81:4,6 84:17

97:19 121:24
    122:12 130:10
**pointed** 74:17
    77:12 95:20
    121:3
**points** 68:9 69:2
    69:3,14 95:13
    96:7 121:18,22
    121:23
**policy** 88:3,12
    89:21,22,24
    90:3,5,11,14,15
    90:17 91:4,6,13
    94:12,14,16
    95:20 96:8,12
    112:17,19,21
    113:11 118:10
    119:21 120:12
    126:9 127:15
**portal** 4:7
**portion** 70:23
    90:2
**portions** 1:13
**pos** 40:4 78:17
**position** 8:14
    22:8
**possibly** 13:24
**post** 4:7 28:17
    28:18,24
**potential** 127:22
**powerpoint**
    34:19
**practice** 91:18
    94:22

**practices** 90:1,7
    91:7 94:15
**pre** 49:19 74:22
    75:16,19,20,21
    76:10
**predecessor**
    28:6
**preparation**
    13:19 14:24
    61:23 86:10,15
**prepare** 12:14
    12:16
**prepared** 12:17
    61:6,6 74:11
    120:5
**preparing** 13:11
    63:2
**present** 3:13
    44:2 61:17
    62:10 63:11
**presentation**
    62:1 63:3,6,11
    63:14,18 64:23
    68:22 69:1
    70:23 74:3,5,12
**presented** 61:15
    63:14 67:6
**presenter** 62:12
    63:10 65:22
    68:16 71:23
**presenters**
    64:24
**president** 21:15
    21:18 24:21
    35:10 58:18,20

58:21,23 59:6

**presidents**
37:14,15 74:2

**presume** 36:15

**pretty** 11:14
73:13

**prevent** 11:3
104:19

**previous** 108:20
109:23

**price** 18:7,16,17
29:4,24 37:17
37:24 38:2 39:4
40:3,5,10 41:13
41:24 42:14,17
42:19,20,23
43:1,7,10 44:14
44:21 45:16
46:8 47:20,22
48:3,4,9 49:14
52:12,16,18
53:4,14,18 56:6
56:24 57:11,12
75:22 76:23
78:9 79:20
80:12 89:18,18
90:19,20,20,21
90:22 91:3,4
92:1 93:10,13
93:14 94:18,19
94:20,21 108:19
110:12 114:15
114:17,20
128:18 129:5,13
129:22 130:14

130:18

**priced** 41:7
66:22 67:8
70:14 75:16,19
75:20,21 76:9
76:10

**prices** 56:7
64:15 66:5,10
66:19,20 69:7
70:11 79:4,23
82:21,22 92:17
106:14

**pricing** 10:21
14:22 17:3
23:22 24:8,15
26:10 28:18
29:1,9 30:3
38:18 53:22
57:24 66:7 70:9
70:18,20 72:2,6
72:10 74:18,22
77:1,12 78:12
79:12 81:6,9,14
81:21,24 82:8
82:14 83:6,8,11
83:14,18 84:1
84:19 91:14
95:12 99:5,12
99:24 101:4,13
102:6,17 103:18
104:13 108:10
115:18 117:12
126:18 128:19
128:22 130:22
131:1,2

**print** 39:13,18
39:19 42:6 44:3
44:5 105:11,16
106:4,20 107:4
107:7 108:21
109:13 110:13
111:22,23
112:24 113:8
114:1,6,7
117:18 122:21
132:4,6

**printed** 39:22
42:6 43:3 44:12
44:14,15,21
45:4,7,15 46:1
74:22 85:2
106:9,11,18,21
107:2,2 108:13
109:11,24 114:8
114:10

**printer** 72:20,22
73:9,12,14 85:5
85:6 105:10,16
106:23 107:1,18
107:23,23 108:4
108:5 113:8

**printers** 73:1,6
84:20 107:7,11
107:20

**printing** 40:21
41:19 42:13,17
43:18 72:11
106:13 108:23
109:1,2,6,7,12
110:6,8,10

**prints** 42:2
44:20 109:5
128:10

**prior** 9:21 20:2
20:4 27:18
29:19 34:6 39:2
62:6 84:11
88:13,17 101:19
126:13

**probably** 11:13
33:9 35:3 74:11
97:4,13 103:15

**problem** 42:14

**procedure** 2:14
87:1 88:16
95:11 120:5

**procedures** 87:9
95:8

**proceeding** 7:3
135:5

**process** 40:3,5
40:20,20,21,23
41:19 78:5 85:7
110:11 113:15
114:1,9 123:23
126:3,6

**processes** 81:8
83:7,13 113:22

**produce** 34:20

**produced** 60:20
60:23 61:1,1

**product** 18:11
38:3 47:23,24
48:2,3,5 53:5,14
53:18 76:8,10

79:12,16 95:16
96:4 135:14
**product's** 90:20
**products** 38:1
46:18 47:9,10
47:12,16,17,18
47:20 48:8,17
48:19 49:3,3,4
49:15 50:8 51:8
75:2,5,7 92:4
129:3
**program** 30:11
30:18,21 31:11
31:23 35:13,18
35:20 104:11,17
105:6,6 108:18
118:15
**programs** 30:22
99:6,10,10,24
100:5 101:11
102:3 104:17,18
104:20 105:1,4
**promotion** 28:2
28:5 59:7
**prompt** 122:17
**protection** 21:7
21:8,10,13,14
21:16 22:3,22
23:12,20 24:2,7
**protective** 1:14
7:4,6
**provide** 39:9
51:5 69:18
100:17 105:21

**provisions** 2:13
**public** 134:21
**purchase** 32:7
32:17,19 52:19
**purchasers** 33:2
33:11,17 34:4
**purpose** 126:9
**pursuant** 2:3,12
7:6
**push** 111:8
**put** 6:24 31:12
31:17 67:2
101:3 102:12
104:3 110:16,17

**q**

**qualified** 125:4
**qualifies** 124:17
**qualify** 54:4
**quantify** 29:13
**quantity** 39:17
**quarterly** 33:19
33:20 34:11
**question** 2:17
6:10,10,17 7:20
11:11 15:19
16:15 21:24
26:7 30:2 60:13
61:10 90:3,15
94:6 97:10,14
99:22 115:17
126:4
**questioned** 94:3
**questions** 5:21
5:22 6:8 13:11
36:13

**quick** 7:1 60:13
116:15 117:17
**quickly** 62:2
73:15
**quite** 102:21
**quote** 90:22

**r**

**r** 3:2 25:3 135:1
**rally** 70:16
**rang** 113:19
**range** 13:24
97:6
**rate** 17:13
**rather** 6:11,12
115:21
**razor** 41:6
43:10,21 111:12
111:13
**reach** 72:19
73:12,14,21
**reached** 101:15
**read** 64:1,10
65:7,15 66:17
67:19 68:3,12
69:13 71:16
77:17 81:4 90:7
90:18,23 134:2
136:9
**reading** 19:22
91:8 98:20
**reads** 88:11
90:6 134:2
**real** 7:1 113:10
**really** 12:17
23:11 63:2

76:20 98:7
103:22 110:20
120:17 124:15
124:21
**reason** 70:17
76:20 107:22
136:11
**reasonable**
32:19,22 56:12
**reasons** 21:5
45:8 96:1,2
108:5,7
**rebecca** 27:3,4
27:11,17,18
28:12 62:8,10
62:12,15,16
63:11
**rebecca's** 28:5
63:22
**recall** 8:11,12
9:17,24 10:2,4
13:17 16:18,20
31:10 34:1,8
46:8 58:16
64:19 81:11
84:10 86:23
88:20 89:10
100:24 101:7
102:18 103:7,11
103:12 131:20
**receipt** 136:18
**receive** 78:21
112:4,7,15
**received** 37:23
59:5 78:16

112:9
**receives** 106:7
**recent** 7:24 8:2
9:20 125:10
**recently** 87:19
**recess** 36:1
85:18
**recognize** 98:2
**recollection**
68:21
**record** 5:8,9,13
6:2,5 7:1,8
19:19 21:22
52:6 66:18
67:20 82:12
85:20 135:6
**recording** 5:22
**recovery** 128:19
128:22
**reducing** 103:17
**reduction** 80:12
**refer** 49:8 58:23
72:9
**reference** 67:11
**referenced**
128:24 136:6
**referred** 47:2
49:6
**referring** 30:17
46:12 76:24
88:24
**refers** 49:9
72:15
**reflected** 114:15

**reflecting** 42:13
**reformulation**
129:3
**refresh** 60:8
71:20 86:2
**regard** 74:17
101:4
**regarding** 88:13
88:23 102:17
**region** 25:12
**regional** 37:13
61:16 74:1
**register** 18:7,16
31:11 40:4,6,15
42:19,24 43:1
43:13 49:12
53:1,11,19 56:6
56:20,23,24
57:12 66:22
69:21 78:17
79:21,24 82:22
89:18 90:21
91:15 92:2,10
93:11,13 94:21
106:15 110:22
119:7
**regular** 33:20
85:9 107:11
109:6
**regularly** 47:16
**regulatory**
86:17
**rehearsals**
63:24

**reinforced**
73:21
**relate** 26:10
**related** 8:8
10:10,18 12:18
17:6 29:9 37:17
37:23 57:24
70:10 77:5
87:23 88:16
99:11 116:21
135:8
**relates** 23:22
29:2 40:10
45:16 77:1
86:17
**relevant** 101:11
104:3
**reliable** 126:23
**rely** 42:3 52:18
53:4 67:22
81:18
**remember** 31:6
31:8,20 33:23
67:5
**repair** 73:7
**repeat** 33:2,7,11
33:17 34:3
**rephrase** 6:13
44:24 94:9
**replaced** 47:17
**replenish** 48:20
**replenished**
46:17 47:8,17
47:18 75:8

**report** 21:7
22:22 23:19
24:19,20,22
28:13 46:2,6,7,9
46:11,11 65:17
105:13,20
**reportables**
24:23
**reported** 22:15
135:6
**reporter** 1:13
4:6 5:5,6,21
7:12,14,16
135:5,12
**reporters** 131:5
133:3
**reporting** 1:16
3:16,17 24:7
135:12,14,22
**reports** 26:8
46:4
**represent** 97:6
**representative**
9:9,11 10:5
**represented**
11:18
**reproduction**
135:15
**request** 113:7
114:6,7
**requests** 13:1,7
**required** 101:2
120:13
**requirement**
118:23

**requirements** 100:6 125:12
**requires** 81:14 82:21 127:16
**reread** 102:2
**research** 35:16
**reserved** 2:16
**reset** 77:20 78:15,16 79:7,7 79:20 114:3
**resets** 77:16 78:2
**resides** 46:16
**resolved** 72:21
**resource** 106:5
**resources** 105:13
**respectful** 36:9
**respects** 102:5
**response** 73:6 129:11
**responsibilities** 23:1 25:11,12 25:15 26:5 127:11,21
**responsible** 22:3 41:23 106:8 117:16 125:14
**responsive** 12:24
**rest** 87:10
**restate** 16:14
**result** 77:21 101:15 102:23

103:8
**resulted** 114:17
**results** 131:15
**retail** 21:2 92:14 92:15
**return** 136:13 136:17
**reveal** 34:2
**review** 14:9,16 62:1 86:11,12 89:8 136:7
**reviewed** 13:18 16:5,12,17 45:3 61:23 62:4 86:9 86:14,19,22 87:2 89:5
**reviewing** 114:4
**revision** 84:11
**reward** 35:13 35:18,20
**rewards** 30:18 31:22
**richmond** 3:12
**right** 5:15 6:7 6:20 10:8 20:21 30:17 33:3,10 42:14 44:7 45:8 45:9 48:17 49:14 51:22 52:5 57:5 58:11 63:1,5 67:12 68:2 69:8 71:10 73:10,15 75:23 76:2 77:17 79:1 80:14 81:2

89:19 90:8,23 91:16 92:4 93:5 93:12 96:9 99:2 102:18 104:23 104:24 106:10 106:15 108:16 109:6,8 111:4 112:2,8,20 116:23 117:24 119:7 121:13 122:2 123:13,24 124:2,24 125:2 128:7 129:7 130:3 132:10
**ring** 43:22 53:19 110:23,24
**ringing** 111:16 118:1
**rings** 18:12,16 111:15
**role** 91:11,22,24 127:21
**room** 12:5,10 15:1
**roughly** 15:3
**round** 19:5
**rule** 81:22
**rules** 2:13
**run** 110:24

**s**

**s** 3:2 25:1
**safety** 4:5 96:24 98:13,19 117:17 122:16 126:18 127:22 128:15

**salary** 122:22
**sale** 42:23 63:18 114:14
**sales** 76:20 96:4 114:2,5,24 115:8
**satisfaction** 18:6,23 71:7
**satisfied** 66:4
**satisfying** 64:16 64:18
**sav** 36:4
**savaloja** 1:11 2:1 5:1,14,15 36:2,4,5,6 136:1 136:5
**saw** 33:23
**saying** 24:17 93:15,16 111:21
**says** 20:23 44:20 67:7 80:13 94:16 95:15 115:7
**sbt** 49:7 50:9,10 50:12,13,20,20 50:23 51:1,8
**scan** 49:6 86:18 98:23 113:6 130:17,24 131:9 131:12,15 132:3
**scanned** 90:22
**scanning** 131:2
**scenario** 44:2 78:10 109:20 113:4

**[scenarios - shipped]**                                    Page 162

**scenarios**
  129:20
**schedule**  119:3
**schematic**  78:9
**script**  4:4 61:14
  61:18,19,20
  65:23 69:4,5
  73:24
**scroll**  98:1
**season**  48:19,21
**seasonal**  46:19
  46:22 48:2,3,8
  48:17 49:4
  75:10,13,15,18
**seat**  93:1
**second**  6:23 7:7
  9:19 27:10
  32:24 62:5
  65:12 74:16
  108:16,18 131:4
**section**  64:20
  75:2,16
**sections**  74:21
  75:12 76:15
**see**  28:8 42:3
  43:9 51:16,21
  51:22 52:1,2
  60:10 62:8
  63:12 64:5,8
  65:13 66:8,16
  67:17 72:3,7,22
  74:18 77:13
  80:1 81:1 83:15
  83:18 84:21
  89:2 92:8 95:9

  96:22 98:10
  106:3 108:13
  111:14 113:12
  114:21 128:16
  130:15
**seeing**  86:3
  114:5 115:7
**seems**  73:13
**seen**  16:2 33:14
  45:2 46:10 52:3
  52:4 57:22
  58:19 84:24
  86:6 87:16
  97:15,23 129:9
**sees**  109:10
**select**  14:8,9
**selected**  14:13
**selecting**  14:15
**sell**  48:18
**sells**  49:19
**send**  70:13
  86:18 113:7
  121:11,12
  130:24
**senior**  19:2,10
  20:5,16 22:8
  25:5 36:23
  37:14 58:18,21
  58:22
**sense**  23:16
**sent**  43:11
  121:18 136:14
**sentence**  64:6
  64:10 65:11
  72:19 94:16

  99:4
**sentences**  121:4
**separate**  87:9
  99:22 101:9
  102:8 114:1
  122:19
**separately**
  75:12
**series**  5:20
  120:19
**serves**  71:10
**service**  4:5 86:5
**services**  135:16
**serving**  54:12
  66:6
**session**  70:12
  82:6
**sessions**  14:24
**set**  74:18 76:8
  76:15,21 77:3,6
  78:12,24 79:3,3
  79:5,10,22,23
  80:2 103:6
**sets**  76:18,22
**setting**  76:21
  77:19 98:15
**settlement**
  100:22
**seven**  26:13
  117:1,7,17
  118:7,24 119:6
  121:3
**shape**  67:23
**share**  45:20
  84:15 100:4

**shared**  24:13
  33:21 109:24
**sharing**  85:11
  110:1
**sheet**  134:1
  136:11
**shelby**  135:3
**shelf**  18:11,17
  39:11,12 40:11
  42:7,20 44:7
  52:12,16,18,23
  53:4,10 56:7
  57:1,3,8,13
  64:16 66:5,21
  66:23 72:6
  74:22 76:7
  78:12 82:21
  89:17 90:20
  91:3,14 92:1,8
  93:10,14 94:18
  94:20 96:6
  111:1,14,24
  113:5 114:15
  119:19 129:17
  130:22
**shift**  30:8 116:9
  116:19 117:1,5
  117:14,20 119:3
  119:22 120:1,15
  121:8 123:15
  124:8 126:11
  127:17
**ship**  47:5 50:2
**shipped**  47:13
  47:15

800-726-7007                                              305-376-8800

**[shopping - started]**

shopping 56:2
shops 69:19
short 83:17
shortly 60:11
   74:11
shoulder 123:19
   123:19 131:22
   131:22
show 65:23
   69:20 107:1
showing 44:13
   61:19
shows 98:18
   103:23 131:15
   131:18
side 6:16 21:19
   22:4 23:15
   35:17
siegel 25:1
sign 31:10
   124:14 136:12
signage 95:13
   96:9
signaled 114:20
signature 2:19
   133:6 134:18
   135:21
signed 31:6,9
   136:20
signing 41:23
signs 80:8,15
   81:1
simplistic
   120:18,19

simply 39:11
   67:6
single 70:20
   116:19
singular 26:17
sir 11:7 12:8,13
   15:12 16:1
   26:13 36:16
   75:24 87:15,15
   116:22
sister 107:3
sits 21:11
sitting 11:24
   12:1 51:7 60:16
situation 18:3
situations 17:17
   17:23 111:1
skills 135:7
slide 33:23 61:5
   64:6,20 66:9,11
   71:24 81:3
slides 60:21,22
slot 115:16
small 121:3
software 43:12
sold 49:13
solution 129:24
   130:1
solutions 136:23
somebody 64:20
soon 117:3
sop 4:5 86:5,13
   86:21 87:4,16
   87:21,22 88:4,6
   88:8,13,17 89:2

89:8,11,16 90:5
   93:2 95:8
sop's 81:7 83:7
   83:10,13 86:12
   89:5
sorry 36:20
   50:11 70:15
   81:5 110:18
   116:12 128:12
   131:10
sort 8:6 10:16
   100:21 105:7
   107:6 125:11,23
sorts 35:4
sound 44:19
sounds 20:10
   22:12 39:20
   62:23 69:6
   70:22 101:13
south 58:24
southern 1:1
speak 90:2
   104:20 124:11
   124:15
speaking 69:2
special 125:5
specialty 107:6
specific 19:8
   30:2 64:3 65:10
   68:20 72:1
   74:16 77:11
   84:1 87:16,22
   115:20 125:9
specifically
   87:17,23 90:5

95:8
specifics 82:17
   82:20 83:2
   103:7 125:3
   132:1
speculating
   99:17 125:1
spelled 35:22
spend 54:15,22
   55:5,11 68:5
spending 55:21
   55:22 56:4
spent 131:1
spreadsheet
   131:14
spreadsheets
   60:23
st 87:11,18,24
stand 74:23
standard 86:24
   88:16 120:4
stands 47:4
   83:22
start 5:4 20:15
   20:19 24:6
   38:16,20 39:5
   39:10,16 50:11
   89:21 113:14
   117:7 118:15
   120:22,23
   121:15 122:9,19
   124:1
started 6:24
   22:7 58:13

**[starting - system]**

**starting** 69:14
122:22
**starts** 65:12
66:9 67:16 72:6
72:10 97:6
117:1
**state** 5:12 8:17
10:2 83:4 91:12
100:20 101:2,16
102:14 135:2,5
**stated** 89:16
90:9,15 91:1
**statement** 53:23
56:9 64:14 77:2
81:10,12,23
82:3,8 83:10,12
**statements** 64:3
68:12 71:16,22
**states** 1:1 64:7
72:19 77:15
83:5,16 87:5
88:22 90:16
94:13 99:5
102:9 128:15,18
132:23
**stating** 93:13
**stay** 59:11 130:5
**stayed** 59:12
**steps** 38:5,10,11
39:12 41:12,17
110:7
**stick** 82:12
**sticker** 60:4
96:18,21

**stop** 85:15
**store** 19:3,11,14
20:5,6,8,17,18
20:23 21:6,12
22:8,9,14,21
23:4,14,19 24:1
24:6,21 25:6,8
26:15,19 27:6
27:19 36:23
37:7,8 38:4 39:2
39:14,15 40:10
41:13,22,23
42:2,4,13,17
43:17 44:3
45:17,23,24
55:1,22 61:5
62:24 65:18
70:13 72:24
78:8,16 79:9,10
80:14,23 84:20
85:9,9 92:7
95:12,18,19,20
96:7 105:11
106:23,24 107:3
108:20 109:3,9
110:14 111:9
112:17 114:8,10
115:2 117:21,24
118:6,8,12,23
122:23 123:22
124:7,12 126:17
127:6 130:17,23
130:24 131:3,8
131:15 132:3,22

**store's** 57:9
94:12
**stores** 37:8,17
38:15,19 48:18
54:15 66:22
67:8 68:4 72:19
72:21 73:12,21
77:3 78:21 81:8
83:7,11,13
84:18 85:1 87:6
88:23 89:1
106:3,8 107:22
108:13 110:12
126:5 131:21
132:6
**strategic** 128:20
**street** 3:5,12
**stress** 67:7 85:7
**stretch** 67:22
**stretching** 67:24
**strive** 89:17
91:24
**strives** 89:12
90:18 94:17
**striving** 91:2
**struck** 68:21,21
**subject** 1:14
15:22 36:14
45:21 124:23
**subscribed**
134:20
**sued** 8:7
**suggesting**
84:24

**sullivan** 25:2,8
**supervisors**
15:14
**supplies** 84:21
**supply** 29:3
47:14 129:2
**support** 23:14
73:7 129:21
130:11
**supporting**
124:1,4 129:16
129:17 130:19
**supposed** 43:3
76:19 79:8
109:4
**sure** 9:13 16:16
19:24 29:2 37:6
39:18 50:17
53:3 54:23 64:4
85:12,16 98:7
107:16 111:12
116:16,17
132:11
**suspect** 11:13
**sustain** 128:20
**swap** 133:3
**sweep** 117:17
122:16
**sworn** 5:2
134:20
**symbolize** 67:24
**synergies** 24:3
**system** 38:16,17
39:5 41:19
110:11 120:21

| | | | |
|---|---|---|---|
| 121:15 131:19 | 131:19 | 68:13 69:9 71:4 | **team's** 45:21 |
| **systemically** | **tasks** 42:4 121:2 | 71:11,17 72:13 | **teams** 37:9,10 |
| 45:22 | 126:22 | 73:3,16 74:13 | 37:12,17 131:22 |

| | | | |
|---|---|---|---|
| **t** | **tax** 69:20 | 75:3 77:22 | **tell** 23:6 40:3 |

| | | | |
|---|---|---|---|
| **t** 25:3,3 135:1,1 | **taylor** 2:9 3:11 | 78:18 79:14 | 52:24 60:19 |
| **take** 11:8,10,14 | 6:23 8:23 10:23 | 80:4 81:15 82:1 | 61:12 80:14,16 |
| 24:2 41:12 | 11:20 12:6 13:2 | 82:10,15,23 | 80:17 81:19,20 |
| 75:11 79:8 | 13:8,13 14:5,11 | 84:8 85:3,13 | 86:22 101:24 |
| 89:23 97:4,23 | 15:8,23 16:7,13 | 87:14 88:18 | 104:4 105:1 |
| 110:13 111:14 | 16:24 17:8,15 | 89:6,14 90:12 | 106:7 |
| 121:5 131:7 | 17:19 18:1,8,14 | 91:9,19 92:12 | **telling** 62:24 |
| 133:2 | 18:21 20:24 | 92:21 93:6,17 | 79:9 90:10 |
| **taken** 2:1,12 | 22:16 23:2,8,23 | 94:1,23 95:4,22 | 101:14 118:7,14 |
| 105:9,12,19 | 24:9 26:11,20 | 96:10,19,22 | 118:16 119:20 |
| 108:10 128:2 | 28:3,22 29:11 | 97:9,17 98:22 | **tells** 39:17 95:19 |
| **takes** 111:18 | 30:5 31:14,19 | 99:13 100:2,15 | **temporary** 76:5 |
| 114:9 | 32:10,20 33:4 | 100:23 101:5,18 | 76:5 80:12 |
| **talk** 15:13 75:11 | 33:12,18 34:5 | 103:1,19 104:15 | 130:3 |
| 84:18 102:13 | 34:14,22 35:5 | 105:17 106:16 | **ten** 85:14 121:4 |
| **talked** 10:8 | 35:14 37:19 | 107:8,12 108:1 | **tennessee** 2:7,10 |
| 15:21 72:9,16 | 38:6 39:6,23 | 109:15 110:19 | 3:6,18 12:4 |
| 91:5 105:9 | 40:12 41:15 | 113:16 115:12 | 135:2,5,11,15 |
| 110:10 120:20 | 42:8,15 43:5,14 | 115:22 119:1,11 | 135:23 |
| 122:15,15 128:9 | 43:24 44:8,16 | 120:2,16 122:5 | **tenure** 58:9 |
| 128:10 | 45:10,18 48:10 | 123:1,7,16 | **term** 30:12 |
| **talking** 38:13 | 48:22 49:21 | 124:9,19 125:7 | 42:18 |
| 48:8 73:19 | 50:19 52:13,20 | 125:16 126:12 | **terminal** 113:7 |
| 104:1 116:19 | 53:7,15 54:1,10 | 127:1,18 131:16 | 122:18 127:23 |
| 131:8 132:12 | 54:16 55:6,16 | 132:11 | **terminated** 9:6 |
| **talks** 71:24 | 55:23 56:10,14 | **team** 23:16 24:3 | **termination** 8:9 |
| **task** 38:17,20 | 56:21 57:6,15 | 39:15 40:8,19 | **terms** 2:13 |
| 41:18,18 42:10 | 59:3,15,23 | 42:22 70:15,15 | 45:23 72:2 |
| 117:8 120:21,22 | 60:12,18 61:8 | 84:15 123:9 | 91:12 105:4,24 |
| 121:15 122:4,9 | 62:5,21 63:15 | 124:22 125:12 | 106:1 107:3 |
| 122:20 124:3,14 | 63:20 65:4 66:2 | | 124:21 126:17 |

**[terms - tpr]**

129:13 131:10

**territories** 58:22

**testified** 5:3
9:20

**testify** 104:22

**testifying** 5:18
11:4

**testimony** 34:6
37:23 62:6
101:19 126:13
136:9,18

**thankfully**
107:21

**theft** 135:16

**theme** 68:19

**thing** 7:7 44:7
64:1,7,11 74:16
77:11 100:10
105:7 108:9
110:21 117:10
122:16 125:4
127:5 130:3

**things** 7:1 29:1
29:24 30:10,16
30:23 31:12,21
32:7 33:10
60:24 67:11
72:1 111:7
117:15,16 127:8
129:12

**think** 7:7,18
9:21 11:16
13:22 15:4
21:24 22:6
23:18 24:1

27:10 29:18,21
31:20 35:20
36:9,22 37:22
39:8 50:7 52:9
56:1,16 57:11
58:6 61:4 65:2
67:17,21 68:17
73:18 76:11
77:10 80:7,18
81:2 82:3 89:4
94:2 96:17
99:18 103:14
104:17,23 105:6
109:21 117:23
121:1 122:14
127:5,6,7,24
128:9 130:8,17
131:10 132:2

**thinker** 59:18

**thinks** 43:21

**third** 77:11
84:17 115:9,14

**thirty** 14:3,3

**thought** 50:22
53:3 56:7
110:23 111:5
116:12

**thread** 61:2

**three** 15:4 17:5
17:10 83:17
84:13 93:18
101:12 104:5,7
104:13 111:5
113:23,24
114:13,13

**tie** 127:9

**time** 10:14,19
11:9 22:12,19
29:5,20 33:20
43:2 45:16
58:14 65:23
76:15,22 77:3,6
77:16,20 78:17
81:20 83:23
84:2 85:2 94:10
97:24 98:16
100:20 101:11
104:3 105:9
113:10 114:3
121:12 122:12
123:19 125:4
130:10,20 131:1
133:4 136:19

**timeframe**
136:8

**timely** 42:6 45:4
72:11

**times** 60:24 63:5
93:18

**timing** 103:5

**title** 19:1,2,4,6,8
19:8,17 20:2,4
20:16,20,23
22:13 27:5,8,9
27:13,14,17,24
35:9 36:18,23
37:1,3,5,7 46:6
46:9 58:16

**titled** 64:5 86:5

**titles** 20:12 25:4

**tn** 1:17

**today** 5:21 6:2,9
7:20 8:1,2 11:4
12:15 13:19
14:16,18,20
15:1 38:11
40:24 51:7,24
52:3,4 60:17
61:24 70:4
108:11

**today's** 12:16
41:1

**told** 42:21 120:8
123:11

**toner** 85:5 108:6

**tony** 25:2,5

**took** 5:16 88:6
102:23 118:16
130:13

**tool** 106:4
130:10

**toolbox** 130:11

**tools** 83:15
84:17 124:1
127:12

**topic** 14:17,20
14:21

**total** 14:4 56:6
69:23

**touch** 59:11,12

**towards** 65:23
65:23

**tpr** 80:8

**[tpr's - unprecedented]**

**tpr's** 80:11
**track** 13:20
  32:18 45:3,6,15
  55:21 56:3
  69:19
**trade** 49:6 90:1
  90:7 91:7 94:14
**trained** 80:23
**training** 61:15
  83:15 84:17
  120:13 122:11
  122:12 123:12
  123:13,18 125:5
**transcript** 1:13
  19:23 135:6,14
  136:6,20
**transcripts** 7:3
**transfer** 135:15
**transition** 26:14
**transitioned**
  27:11
**translate** 91:22
**trees** 46:20
**trent** 3:11 12:6
  60:17 97:14
**true** 28:15,16
  135:6
**trustworthy**
  126:23 127:15
**truthfully** 11:4
**try** 6:3,7 20:12
  23:21 51:21
  55:20 105:3
**trying** 36:8 53:5
  69:6,11 70:23

77:1 94:9,11
  114:11
**tuesday** 38:23
  39:1,21 41:20
  42:5 43:2,8,13
  46:8 72:12,15
  106:13 109:4
  110:14 111:9
  112:21 116:5,7
  116:9 117:2,3,5
  117:9,10,11,12
  117:20 118:24
  119:4 120:1,15
  120:22 121:8,12
  121:18,19,21,24
  122:4,14,18,20
  123:14,22 124:2
  124:8,13 125:15
  126:11,19
  127:17 128:11
  129:10 130:12
  131:2
**tuesdays** 39:10
  118:8 119:22
**turn** 98:8 113:4
  128:12,14
**turned** 46:1
**turning** 97:3,5
**twelve** 41:7
**twenty** 13:23,24
**twice** 92:22
**two** 10:9 15:1
  19:23 23:17
  51:9 58:22
  69:14 70:1

75:11 87:6 96:1
  104:1 114:12
  117:16,24 118:8
  118:23 119:4
  122:14
**type** 8:4 15:18
  50:8 100:9
  110:9
**types** 34:16
  46:18,22 49:15
  111:7
**typical** 26:6
  53:13 124:6
  125:23
**typically** 34:17
  48:18,18 50:1,2
  75:13,15 110:6
  114:13 129:18

**u**

**u** 25:2
**ug** 6:4
**uh** 6:3 62:9
  104:6
**ulster** 87:11,18
  87:24 88:24
  89:1
**umbrella** 21:12
**unacceptable**
  17:13
**unauthorized**
  135:15
**under** 35:24
  51:24 64:5,20
  66:9,11 71:24
  83:15 84:17

113:12 128:18
**undergraduate**
  25:19
**underneath**
  99:4
**understand**
  5:16,19,23 6:11
  8:19 9:13 76:16
  77:10 80:7 81:3
  92:24 100:11,14
  111:12 114:12
  125:2
**understanding**
  8:21 9:1,4,5
  16:21 17:2 32:9
  32:12,14 33:15
  91:17 92:19,20
  110:2
**understands**
  70:18
**understood**
  6:18 9:19 20:1
  93:5,8 98:6
  128:1
**unfair** 18:13,19
  89:24 90:7 91:7
  94:14
**unique** 84:5
**united** 1:1 87:5
  132:23
**unprecedented**
  29:1,5,24 129:4
  129:12,22
  130:18

**[unreasonable - witness]**                                                    Page 168

| | | | |
|---|---|---|---|

**unreasonable**
  53:4
**uploaded** 4:6
**upper** 67:6
**use** 31:22 32:1,2
  79:6 129:5
**used** 63:1,14
  136:20
**uses** 32:16
**using** 61:17
**usually** 7:11
  86:20 105:6
**utilized** 130:16
**utilizing** 127:23

**v**

**v** 136:4
**validating** 131:2
**validation**
  131:24 132:2
**variety** 54:19
**various** 57:23
  99:24
**vary** 82:4
**vehicle** 38:18
**vendor** 49:11,17
  49:19 50:1
**vendors** 29:3
  47:1,6 129:6
**venued** 9:12,13
**verify** 136:9
**veritext** 1:16
  3:17 4:6 135:22
  136:14,23
**veritext.com**
  136:15

**vermont** 100:20
  101:2,16 102:14
  102:16,21,24
  103:3,10 104:9
**version** 61:14
  61:20,21 62:20
  62:24 63:13,21
  63:23 84:11
**versus** 132:12
**vice** 21:15,18
  24:21 35:10
  37:14,14 58:20
  58:21,23 59:6
  74:1
**video** 120:24
  121:1
**videoconferen...**
  2:5
**videographer**
  5:5,7
**view** 51:17 60:8
**violation** 106:12
  120:12 135:15
**violations** 99:5
  99:6,11 100:1
  101:13 102:6,17
  103:18 104:14
**virginia** 3:12
**vise** 58:18
**visible** 29:22,23
  39:1,17 42:1
**visits** 86:17
**volume** 133:4
**vs** 1:5

**w**

**w** 25:3
**wage** 123:6
**wait** 62:5 112:7
  112:15 113:18
**waits** 79:10
**waived** 2:15,20
  133:6
**walk** 38:4,10
  54:14 55:3,22
  56:2 68:4,6,18
  77:24 80:13,23
  123:23
**want** 19:23
  36:12 41:5 50:9
  53:2,18 76:18
  76:21 86:2 97:9
  104:10 110:20
  126:19,21
**wanted** 6:24
**wanting** 127:14
**wants** 111:3
**watching** 70:6
**way** 10:17,21
  17:21 29:7 43:4
  44:19 47:23
  48:4,6,21 49:23
  50:4 54:20
  60:20 84:12
  94:9 97:15
  109:19 114:7
  129:16,17,21
  130:19 135:9
**we've** 10:8
  35:23 37:22

46:22,23 51:16
  86:4 105:5,9
  112:3 113:22
  122:15,15
  129:13
**wednesday**
  106:2,6,12,19
  108:14 112:15
**week** 39:22
  43:19,20 44:3,6
  78:20 108:21,22
  109:10,23
  110:12 112:8,16
  118:17,19
  129:19 130:13
  130:16 131:1,11
  131:12,21 132:9
  132:15
**weekly** 38:12,21
  38:22 47:18
  80:20
**weeks** 122:3
  131:11 132:8
**went** 28:10 32:5
  37:2 41:17
  63:23 88:9
  107:23 118:20
**westminster**
  25:19,21
**wheel** 60:10
**whitmore** 25:3
**wide** 54:19
  113:22
**witness** 2:8,19
  50:22 94:2

**[witness - zoom]**                                                                Page 169

132:13 136:8,10
136:12,19
**wolf** 1:3 136:4
**wondering** 55:2
107:19
**woods** 3:11
**word** 19:13
46:12 48:15
59:17 67:2
92:19 121:4
129:5
**words** 27:1
68:17 91:22,23
**work** 43:4 58:2
73:2 76:2
105:19 109:19
110:6 116:24
135:14
**workday** 26:6
**worked** 58:3,5
68:7 125:19
**workers** 15:14
15:21
**working** 57:20
72:22 73:9
84:19 85:5
105:15 106:23
108:6 127:11
131:22
**works** 48:21,24
49:24 50:5
92:14 109:18
**world** 29:2
107:21

**wow** 7:24
**writ** 93:3
**write** 66:24 68:8
68:10 81:10
**writing** 117:9
**written** 13:11
71:23
**wrong** 16:23
48:12 92:16
109:22 110:3
**wrongly** 9:6
**wrote** 65:3,10
65:20 81:11
**wrung** 66:21

| **x** |
|---|

**x** 4:1 18:11

| **y** |
|---|

**yeah** 24:17,18
30:13 55:18
71:21 98:1,8
110:1 128:5,8
132:6,13
**year** 19:9,18,20
22:14 26:17
27:12 29:17
41:2 74:7,8,12
83:24 84:3,7
116:4 117:4
118:21 129:12
131:11,11,13
132:12,12,15,18
132:19,21
**years** 9:23 17:5
17:10 19:23

29:7 58:8
101:12 102:21
103:4,15 104:5
104:7,13 129:8
**yellow** 96:17
**yesterday** 15:7
**york** 1:1 14:21
58:24 82:14,17
82:21 83:3 87:7
87:13,18,24
88:24 89:1
122:24 123:3

| **z** |
|---|

**zach** 67:5
**zip** 31:18,21
**zoom** 2:5,6
21:21

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Page 136

1          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

2

3    _____

4    JOSEPH WOLF, CARMEN WOLF,
     ON BEHALF OF THEMSELVES AND THOSE
5    SIMILARLY SITUATED,

6    Plaintiffs,

7    v.          Case No. 7:23-cv-00558-PMH

8    Dollar General CORPORATION,
     DOLGEN NEW YORK, LLC D/B/A
9    DOLGEN, DOLGENCORP OF TEXAS,
     INC., INDIVIDUALLY, JOINTLY,
10   SEVERALLY, OR IN THE ALTERNATIVE,

11   Defendants.

12   _____

13

                       DEPOSITION

14
                          OF

15
                    MIA SAVALOJA

16
                  December 14, 2023

17

18

                      VOLUME II

19

20

21      ALPHA REPORTING, A VERITEXT COMPANY
               236 Adams Avenue
22             Memphis, TN 38103
                901-523-8974

23

24

Page 137

1          The deposition of MIA SAVALOJA is

2   taken on this, the 14th day of December, 2023,

3   on behalf of the Defendant, pursuant to notice

4   and consent of counsel, beginning at

5   approximately 2:30 p.m.

6          This deposition is taken pursuant to

7   the terms and provisions of the Federal Rules

8   of Civil Procedure.

9          All forms and formalities, including

10  the signature of the witness, are not waived,

11  and objections alone as to matters of

12  competency, irrelevancy and immateriality of

13  the testimony are reserved to be presented and

14  disposed of at or before the hearing.

15

16

17

18

19

20

21

22

23

24

Page 138

1              A P P E A R A N C E S
2

   FOR THE PLAINTIFF:
3

   Javier L. Merino, Esq.
4  THE DANN LAW FIRM. PC
   1520 U.S. Hwy. 130 - Suite 101
5  North Brunswick, NJ 08902
6  Adam A. Edwards, Esq.
   MILBERG COLEMAN BRYSON
7  PHILLIPS GROSSMAN, PLLC
   800 S. Gay Street, Suite 1100
8  Knoxville, TN 37929
   (865) 247-0080
9  aedwards@milberg.com
10 FOR THE DEFENDANT:
11

   Trent Taylor, Esq.
12 MCQUIRE WOODS
   800 Canal Street
13 Richmond, Virginia 23219
14

15 Also Present:
16 Kelly Collier
17
18
19
20
21 COURT REPORTING FIRM:
22         ALPHA REPORTING, A VERITEXT COMPANY
           DANA MAY WEBB, COURT REPORTER
23         236 Adams Avenue
           Memphis, Tennessee 38103
24         (901) 523-8974

Page 139

```
 1              I N D E X
 2           EXAMINATION INDEX
 3   MIA SAVALOJA
              DIRECT BY MR. EDWARDS      141
 4
 5
              EXHIBIT INDEX
 6
 7
                                        MAR
 8   Exhibit
     Exhibit 5  Data sheet              152
 9
     Exhibit 6  Inspection report       166
10
     Exhibit 7  E-mail                  169
11
     Exhibit 8  Inspection report       173
12
     Exhibit 9  Violation notice        179
13
     Exhibit 10 E-mail                  181
14
     Exhibit 11 E-mail                  190
15
     Exhibit 12 E-mail                  194
16
     Exhibit 13 E-mail                  198
17
     Exhibit 14 E-mail                  206
18
     Exhibit 15 (SKIPPED EXHIBIT NUMBER) 216
19
     Exhibit 16 E-mail                  216
20
     Exhibit 17 Spreadsheet             230
21
     Exhibit 18 Duplicate of Exhibit 17 234
22
     Exhibit 19 Report                  234
23
24
```

1          MIA SAVALOJA,
2    having been first duly sworn, was examined and
     testified as follows:

3

4              DIRECT EXAMINATION
5    BY MR. EDWARDS:
6        Q.   All right.  We are back.  I wanted to
7    follow up with you about the week 53 fiscal
8    year 2022 store wide pricing audit.  You told
9    me this would have been -- this would have
10   actually occurred in the first calendar week
11   of 2023, correct?
12             MR. TAYLOR:  Objection, misstates the
13   prior testimony I think but you can answer.
14       A.   It did occur -- let me confirm that
15   it did occur in fiscal week 53.  Which
16   would -- which would for us -- and I don't
17   have a fiscal calendar in front of me, but
18   would have been the last week in January.
19   BY MR. EDWARDS:
20       Q.   Would have been the last week in
21   January?
22       A.   The last fiscal week would have
23   been -- in the last week in January.
24       Q.   Okay.  So like -- okay, I understand.

1    And every store participated in this audit?

2        A.    Every store participated.

3        Q.    And every item was checked on the

4    shelf?

5        A.    Every -- we chose -- we wanted the

6    stores to do every item possible but at the

7    same time we chose all of the large categories

8    as these are the must do.  As part of your all

9    store scan, insure these.  And then it was a

10   list of very large categories.

11       Q.    Okay.  And do you have any idea of

12   how many products would have been included on

13   the big list of categories?

14       A.    Gosh.  You know, at the time that we

15   were putting it together we did -- we did look

16   at it, and I just -- I don't recall the

17   number.

18       Q.    Did it include all core products?

19       A.    It did, yes.

20       Q.    Okay.  So you're talking about

21   potentially thousands of products?

22       A.    Yes.

23       Q.    Okay.  And you told me earlier in

24   terms of results, store-by-store results, that

Page 142

1    there would be -- there would be a record of

2    label changes following that big audit at the

3    beginning of 2023, correct?

4            MR. TAYLOR:  Objection to form.  You

5    can answer.

6        A.    There -- as part of that activity --

7    if I were performing that activity I scanned a

8    price, the price wasn't correct, then I

9    would -- I would have to print the label.

10   There are two ways that stores can print

11   labels.  They can print an entire plan-o-gram.

12   And stores may have chosen I'm going to first

13   start off by working the coolers and the

14   freezers.  And you know what, I'm just going

15   to print the plan-o-gram and print all of the

16   labels and do it that way.

17   BY MR. EDWARDS:

18       Q.    I'm wondering though, other than

19   counting up the number of labels printed, if

20   there was anything else recorded data wise?

21   For example, you know, there was 75 percent

22   accuracy when we did our audit or any sort of

23   list of products that were -- that were

24   mispriced?

1          MR. TAYLOR:  Objection to form.  You

2     can answer.

3       A.   As part of my role as a, you know,

4     store ops communications senior director, I

5     don't have knowledge.  That is not to say it

6     wasn't done.  I don't know.

7     BY MR. EDWARDS:

8       Q.   So sitting here today, you're not

9     able to point to any sort of document or

10     compilation of data at all which would verify

11     the results of any of those audits that took

12     place fiscal year 53 of 2022?

13          MR. TAYLOR:  Objection to form.  You

14     can answer?

15       A.   Sitting here today, I've stated data

16     was pulled to review the number of labels that

17     they printed.  That data -- that data was

18     pulled and created as a report.  So there

19     was -- I'm aware of that effort.  Were there

20     efforts after that, it's just not -- it's not

21     part of my role.

22     BY MR. EDWARDS:

23       Q.   Okay.  So you're telling me there

24     is -- there is a report, as you called it,

1    which sets forth how many labels were printed

2    by each store as a result of this week 53

3    audit?

4         A.    There was a report.  I can't speak to

5    the specifics this is exactly what the report

6    had, but it was basically a participation

7    report in terms of the number of labels they

8    printed.

9         Q.    Okay.  And what was -- would you call

10   this report anything specific if you wanted --

11   if you wanted to ask for it, what would you

12   call it?

13        A.    I really -- I really don't -- I don't

14   recall and you know -- I would think that

15   after an event like this, we would call it

16   with the name of the event.  And, you know,

17   that's typically what -- you know, as a part

18   of the process when there is a process from

19   end to end, but the report at the end would

20   have included the name of the event in it.

21        Q.    Okay.  So after this big audit event

22   takes place that we've been discussing, this

23   store wide event in January of 2023, is it

24   after that, that these measures were put into

1   place?  These 4 measures that we talked about

2   to address the overcharging issues we've been

3   discussing?

4           MR. TAYLOR:  Objection to form.  You

5   can answer?

6       A.    Those -- those measures were put in

7   place at various times.  And so, for

8   example -- and I don't have exact recall of

9   the exact dates of every single one, but, you

10  know, some of them -- so, for example, the

11  compliance Tuesday.  It started in fiscal

12  week -- I believe it was fiscal week 52 that

13  it started as, you know, a permanent go

14  forward program.

15  BY MR. EDWARDS:

16      Q.    That would also be in January of

17  2023?

18      A.    It would.

19      Q.    Okay.

20      A.    It would.  The forced print label

21  program, I can share with you that that

22  program started sometime in January.  Because

23  as we were experiencing -- and December really

24  capped it off in terms of the number of price

1   increases -- as we were experiencing this we

2   would continually work to solve, you know,

3   really sustainable solutions.  And so, for

4   example, the force print one took IT work.

5   And so that one, I believe, was -- it was live

6   sometime in late January as well.

7        Q.   Of 2023?

8        A.   Of -- of 2022.

9        Q.   January of 2022?

10       A.   The force -- the force print label

11  was developed as part of the permanent

12  sustainable solutions.  And -- and so we've

13  been doing that force print since early --

14  early in the year.  It may have been as late

15  as March that that launched.

16       Q.   Of 2022?

17       A.   Of 2022.  I'm sorry, 2023.  Sorry,

18  sorry, sorry.

19       Q.   Okay.  It sounds like everything

20  we're talking about at this point was in early

21  2023?

22       A.   That's right.

23       Q.   Okay.

24       A.   And it really started at the end of

1   the year.  I'm thinking '22 only because

2   January is '22 to us as part of our fiscal

3   year.

4        Q.   Got it.  So with those four action

5   items implemented to address overcharging,

6   what have you seen at Dollar General which

7   would allow the company to assess the

8   effectiveness of these four action items in

9   terms of addressing overcharges?

10        MR. TAYLOR:  Objection to form.  You

11   may answer.

12        A.   I was -- I mean, short answer is:

13   That's not in my area.  I had compliance for a

14   short time at the beginning of the year after

15   having had it for a while.  And so while I had

16   heard anecdotally that there has been

17   improvement, I'm not part of the group that

18   would be reporting out on that or be receiving

19   it, because it's compliance related.

20   BY MR. EDWARDS:

21        Q.   So you lost -- to go back for a

22   second to confirm, you lost compliance as part

23   of your job responsibilities in May of 2023?

24        A.   End of April, yeah.  It was May 1st

1    that the change was made.

2        Q.   Okay.  So you're not privy to any

3    sort of data showing whether these action --

4    four action items you laid out have been

5    effective in addressing overcharges?

6            MR. TAYLOR:  Objection to form.  You

7    can answer.

8        A.   I am not -- I am not privy.

9    BY MR. EDWARDS:

10       Q.   Who's the best individual or

11   individuals which would have -- have the

12   answers to, you know, being able to assess how

13   effective these measures have been?

14           MR. TAYLOR:  Objection to form.  You

15   can answer.

16       A.   You know, I -- there is a -- there is

17   a decision science, slash, business analytics

18   team that supports store operations and I

19   would imagine it would be that team, if I had

20   to say.

21   BY MR. EDWARDS:

22       Q.   Can you give me a name of a person?

23       A.   That is -- the person that supports

24   store operations, his name is Daniel Blaich,

1    B-L-A-I-C-H.

2        Q.    Okay.

3        A.    But there are also a number of

4    analytical resources within store ops, but

5    Daniel would be the support person from the

6    business analytics team.

7        Q.    Okay.  So sitting here today you

8    don't know how effective any of these four

9    action measures have been?

10            MR. TAYLOR:  Objection to form.

11    Objection; asked and answered.  You can answer

12    again.

13        A.    No, sir, I don't.  It would only be

14    anecdotal, you know, water cooler hallway

15    conversation.

16    BY MR. EDWARDS:

17        Q.    Okay.  Have you seen charts or graphs

18    or data in any sort of format which lays out

19    the percentage of stores by states, for

20    example, which have failed government audits

21    and been fined?

22        A.    I have, in my prior role, seen that,

23    yes.

24        Q.    We're still on Exhibit 4 I think.  If

Page 150

1   you would flip forward a few pages to the

2   document that ends in 2043 and I'll ask you

3   about that?

4       A.   Okay.

5       Q.   Just let me know when you're there?

6       A.   Okay.  I have it up.

7       Q.   Okay.  It's a map of the US and it's

8   labeled year-to-date pricing violation with

9   fines.  Do you see that?

10      A.   I do see that.

11      Q.   And is it has a list of states

12  starting with Utah down through Florida?

13      A.   I do.

14      Q.   Do you see that?

15      A.   It's a bit grainy, but I do see it.

16      Q.   Okay.  Is -- is that -- first of all,

17  do you know who prepares this document?

18      A.   I do not know who prepared that

19  document.

20      Q.   Okay.  Do you know who aggregates the

21  data generally?  Like what department would be

22  responsible for aggregating this data?

23      A.   It would either be store operations

24  or it would be the business analytics team

1  that I mentioned earlier.

2      Q.   Well, if it was store operations that

3  would be you, right?

4      A.   I'm store operations communications.

5  I don't have a data arm in my group.

6      Q.   All right.  You see there that for

7  New York, the third one down the store count

8  is 569?

9      A.   Okay.

10     Q.   Does that sound about right?  Do you

11  think that's still accurate?

12     A.    I don't have any way of knowing if

13  that number is accurate.

14     Q.   All right.  And then 11.78 percent of

15  stores year-to-date at the time of this

16  document had pricing violations with fines.

17  Is that how you read the document?

18     A.   Yes, according to headers that would

19  be how I would interpret the document.

20     Q.   Okay.

21          MR. EDWARDS:  Go ahead and mark the

22  next exhibit, which I think will be Exhibit 5.

23          (WHEREUPON, THE ABOVE-MENTIONED

24  DOCUMENT WAS MARKED AS EXHIBIT NO. 5 TO THE

Page 152

1    TESTIMONY OF THE WITNESS, AND IS ATTACHED

2    HERETO.)

3    BY MR. EDWARDS:

4        Q.   Just let me know when this pulls up?

5        A.   Will do.  Turning wheel at the

6    moment.  Okay, it's up.

7    BY MR. EDWARDS:

8        Q.   I'm not asking you necessarily yet

9    about this document specifically, but I'm

10   wondering if you're familiar with documents

11   like this from weights and measures in New

12   York?  Have you seen documents like this

13   before where the county is reporting the

14   results of inspections?

15           MR. TAYLOR:  Objection to form.  You

16   can answer.

17       A.   From my time in store compliance,

18   yes, I have seen those types of documents.

19   BY MR. EDWARDS:

20       Q.   Okay.  Would the store manager, back

21   when you were working in compliance, generally

22   forward these type of documents to you or

23   would you be copied on these types of

24   documents?

Page 153

1      A.   There are a couple of different ways

2   that -- the SOP for four stores is to utilize

3   scan and send, which is a function of their

4   printer.  And send it to -- there is a list of

5   addresses that you can scan and send to and it

6   would scan and send to legal.  And the legal

7   department would basically, you know, intake

8   it, process it and communicate it to parties.

9   When I was in the role in compliance I would

10  be on the CC line of those types of -- let's

11  call them violations.  I would be on the CC

12  line for those.

13     Q.   Okay.  That would explain why you've

14  seen documents like this before, correct?

15     A.   That's right, yes.

16     Q.   Did you review Exhibit 5 in

17  preparation for your deposition?

18     A.   Let me just go back and look at it a

19  little bit closer.  So specifically, on

20  something like this, I would have been copied.

21  I didn't specifically review all of this

22  documentation.

23     Q.   Okay.  Go down to -- it appears that

24  a penalty of $17,550 was assessed.  Do you see

1    that?

2        A.   I see that.

3        Q.   Okay.  Do you know if Dollar General

4    just pays these fines or are they challenged?

5    Do you know?

6            MR. TAYLOR:  Objection to form.  You

7    can answer.

8        A.   I can answer based on my time, you

9    know, in the compliance role that the fines

10   would come into legal.  Legal would distribute

11   them out to the field team and I would be

12   copied on that.  And then legal would -- legal

13   would process the fine.  You know, process by

14   check or whatever method of payment.  And

15   because this is a -- this is a fine two store

16   operations, as a senior director I would sign

17   off on the payment request.

18   BY MR. EDWARDS:

19       Q.   I see.  So here there were 100 random

20   items that were selected and checked by the

21   weight and measures inspector.  Does that look

22   right?

23       A.   I see that.

24       Q.   For an inspection that took place on

Page 155

1   November 17th, 2022, at the store located at

2   4375 Main Street in Port Henry, New York.  Do

3   you see that?

4        A.   I see that.

5        Q.   Okay.  One inspector found there were

6   78 overcharges out of a hundred random items

7   checked.  Do you see that?

8        A.   I do see that.

9        Q.   Okay.  Would you consider that to be

10  abnormally high?

11           MR. TAYLOR:  Objection to form.  You

12  can answer.

13       A.   I don't know that I have context

14  to -- to that.  And, you know, certainly as I

15  would look at a number like that, you know,

16  the field team clearly has some remediation to

17  do.

18  BY MR. EDWARDS:

19       Q.   But sitting here today, during your

20  role in compliance is that a number that you

21  would when you were sitting in compliance if

22  you received 78 or let's call it a 22 percent

23  accuracy rate, would that be a number that you

24  would consider to be outside the range of

1   normal?

2          MR. TAYLOR:  Objection to form.  You

3   can answer.

4      A.    Looking at that number in my prior

5   role and having that visibility, it would look

6   like a number that was larger than average,

7   yes.

8   BY MR. EDWARDS:

9      Q.    Well, during your time in compliance,

10  did you get a general sense of what a -- what

11  the accuracy rate was within -- within your

12  stores?

13         MR. TAYLOR:  Objection to form.  You

14  can answer.

15     A.    I didn't.  Because my department --

16  my department was not responsible for tracking

17  them all.  These were scanned and sent to

18  legal, and so the field team is responsible

19  for the remediation.  Legal is responsible for

20  the administration of the fine and I provide s

21  signature approval and, you know, so that

22  was -- that was my role.  I wasn't tracking

23  them.  I wasn't trend lining them in my role.

24  BY MR. EDWARDS:

1      Q.   Understood.  Is there any accuracy

2    rate, less than 100 percent, which is

3    acceptable to Dollar General for its policies?

4           MR. TAYLOR:  Objection to form.  You

5    can answer.

6      A.   We always want to be a hundred

7    percent accurate at the shelf.

8    BY MR. EDWARDS:

9      Q.   Okay.

10     A.    It's not -- for various reasons it

11   may not always be possible to be at a hundred

12   percent, but that is absolutely the goal and

13   policy.

14     Q.   Let's go over to the next page and

15   just look at one example.  Here we see all 100

16   products that were sampled.  It has the

17   location, the shelf price, the charge price

18   and the error instance; do you see that?

19     A.   I do.

20     Q.    I'm aware that Dollar General does

21   internal audits like the one that you spoke

22   about earlier and there is also regular audits

23   that take place at least now in 2023, correct?

24           MR. TAYLOR:  Objection to form.  You

1    can answer.

2         A.    At this point in time there is a

3    regular audit.  And during -- prior to this

4    time -- the time frame also included in what

5    we're looking at -- when you say, internal,

6    you know, do you mean an internal audit group

7    or an internal group of Dollar General

8    employees?

9    BY MR. EDWARDS:

10        Q.    I mean some sort of pricing accuracy

11   audit like this one that I've shown you, but

12   conducted within -- at the behest of Dollar

13   General as opposed to outside governmental

14   entity?

15        A.    Yeah.  District managers are

16   responsible for conducting an audit, which

17   includes the check of 50 items for pricing

18   accuracy, every 45 days as part of our -- what

19   we call quality store visit, QSV, and then

20   once every 90 days as part of the store

21   compliance visit which we refer to as the SCV.

22        Q.    Okay.  And did this start at the

23   beginning of 2023, the requirements for these

24   two audits?

1      A.    No, sir.  Both audits had been in

2   place for quite some time.  The store

3   compliance visit had -- had included a price

4   check for a longer period of time.  And then

5   as another, you know, I would call it

6   safeguard, it was added to the quality store

7   visit as well.

8      Q.    Okay.  So back when this inspection

9   took place in November of 2022, those internal

10  audits would have already been in place?

11     A.    Yes, they would have.

12     Q.    Okay.  And have you ever seen

13  internal audit data from Dollar General which

14  looks anything like this where it breaks out

15  the products sampled and provides the amount

16  of the overcharge?

17          MR. TAYLOR:  Objection to form.  You

18  can answer.

19     A.    I'm not sure I understand.

20  Typically -- typically where I would see these

21  things is in what we're looking at right now.

22  And so Dollar General data and capturing

23  violations resides in legal and so it wasn't

24  something that my team owned.

1    BY MR. EDWARDS:

2        Q.    Okay.  So you've never seen results

3    from any of these internal audits, these 50

4    item internal audits that you just spoke of

5    which breaks down which products were -- were

6    mispriced?

7              MR. TAYLOR:  Objection to form.  You

8    can answer.

9        A.    Thank you for clarifying because I

10   think you're talking about -- when you say

11   internal audits that kind of leads me down a

12   couple of different paths.  Are you referring

13   to the district manager audit that we covered

14   where I described the audit of 50 items?

15   BY MR. EDWARDS:

16       Q.    I am, but I'm not -- I don't mean to

17   limit it to that specifically.  I'm talking

18   about anything that Dollar General is engaged

19   in internally, outside of government audits,

20   which lays out, okay, out of these 50 items,

21   these are the 18 that were mispriced and by

22   this amount, like these governmental audits

23   do.  Have you ever seen anything like that?

24       A.    What I have seen is the internal

1    audit as part of the store compliance visit or

2    the quality store visit and the data there is

3    that they met the threshold or they didn't

4    meet the threshold.  And effective in

5    February, there was an accountability program

6    tied to not meeting the threshold.  So

7    internally -- and I think the question that

8    you're getting at is:  Did district managers

9    type a whole bunch of data into the visit

10   system and the answer is, no.  They either

11   were a pass or a fail, based on their audit.

12       Q.   Okay.  And when you say,

13   accountability, I'm curious.  So, for example,

14   let's take a store manager, the store manager

15   is overseeing these -- these regular audits

16   for pricing accuracy?

17       A.   They are, this is the district

18   manager.  So the frequency and the -- let's

19   just talk about it in terms of frequency.  In

20   the last -- in this last year is every 45 days

21   for quality store visit, every 90 days for

22   store compliance visit.  And so the district

23   manager is auditing the store.

24       Q.   Okay.  And if -- if the -- also is

Page 162

1    the district manager actually going in and

2    checking the prices his or herself?

3        A.   As part of their visit they are doing

4    that.  They are doing compliance checks, yes.

5        Q.   Got you.  And, for example, you

6    mentioned accountability earlier.  If the

7    district manager is consistently getting fails

8    on these audits, that could result in

9    termination of their job, I presume, right?

10           MR. TAYLOR:  Objection to form.  You

11   can answer.

12       A.   It could result in termination of the

13   store manager and/or it could result in

14   termination of the district manager.

15   BY MR. EDWARDS:

16       Q.   Okay.  Is someone in the store with

17   the district manager making sure that the

18   process is being done accurately and correctly

19   in terms of those QSV and SCV audits?

20           MR. TAYLOR:  Objection to form.  You

21   can answer.

22       A.   The supervisor of the district

23   manager is the regional director.

24   BY MR. EDWARDS:

1    Q.    Okay.

2    A.    So the regional director has, you

3    know, a complement of districts that they are

4    going to travel on, you know, a rotational --

5    not a formal rotation but a rotational basis

6    with their district managers.  And so as part

7    of a regional director visit -- say I'm a

8    regional director, I'm traveling with my

9    district manager, that would be where a

10   regional director would be observing that

11   behavior.

12   Q.    Okay.  I mean, how many of the --

13   what percentage of the visits to stores by the

14   regional manager are supervised by the

15   district manager?

16        MR. TAYLOR:  Objection to form.

17   A.    Can you rephrase that?  What percent?

18   BY MR. EDWARDS:

19   Q.    Yeah.  I'm trying to figure out like,

20   okay, if the -- if the regional manager does

21   10 of these QSV visits, how many of them -- on

22   how many of those would typically the regional

23   manager be accompanying that person?

24        MR. TAYLOR:  Objection to form,

1    misstates prior testimony.  You can answer.

2        A.   I don't have -- I don't keep -- in my

3    role, I don't keep records of the RD visits.

4    I don't know the RD visits.  They are

5    certainly -- they certainly need to be

6    traveling on a regular basis with their --

7    however many DMs they have, you know,

8    rotationally.  So I wouldn't -- that just

9    wouldn't be part of my role to know those

10   numbers.

11   BY MR. EDWARDS:

12       Q.   Okay.  So let's look on the second

13   page of Exhibit 5 which is -- ends in Bates

14   5450.  Are you there with me?

15       A.   I am.

16       Q.   Okay.  Go about midway down and look

17   at, for example, the One-A-Day hundred count

18   men's vitamins.  Do you see that?

19       A.   Give me just a second.  We're on 5-0,

20   right?  I see them.

21       Q.   Yep.

22       A.   Yep.

23       Q.   Shelf price a 965 and charge price

24   was 1065, correct?

Page 165

1      A.    I see that.

2      Q.    Resulting in overcharge of $1.00?

3      A.    That is what this shows.

4      Q.    Okay.  So at some point, One-A-Day

5    multivitamins were 9.65 at the register, I

6    presume, right?

7      A.    At some point they were.  At some

8    point in time, yes.

9      Q.    Okay.  And then the most -- the most

10   likely thing here is that there was a price

11   increase to 10.65 which made it to the

12   register but didn't make it to the shelf; is

13   that fair?

14          MR. TAYLOR:  Objection to form.  You

15   can answer?

16     A.    That's what this would -- that's what

17   this would show, yes.

18   BY MR. EDWARDS:

19     Q.    Okay.  Let's go to the next exhibit

20   which is -- well, shoot, hold on.  Exhibit 6.

21          (WHEREUPON, THE ABOVE-MENTIONED

22   DOCUMENT WAS MARKED AS EXHIBIT NO. 6 TO THE

23   TESTIMONY OF THE WITNESS, AND IS ATTACHED

24   HERETO.)

1    BY MR. EDWARDS:

2        Q.    Which I just introduced and tell me

3    when you see it?

4        A.    Okay.  Looks like the wheel is

5    turning.  Is this a particularly large file?

6    It's not coming through.

7        Q.    I delayed a bit because I forgot to

8    put the stamp on it.

9        A.    Okay.  All right.

10       Q.    While you are waiting for that to

11   come up, the manager at this 4375 Main Street

12   Port Henry store that had the 22 percent

13   accuracy rate on November 17th of 2022, that

14   person's name was Cynthia Arno, A-R-N-O.  Do

15   you know if she is still an employee of Dollar

16   General?

17       A.    I don't.  That's outside my area of

18   responsibility.

19       Q.    Okay.

20       A.    At least I see 6 now.  The wheel is

21   turning so it is in process.

22       Q.    Have you heard the name Cynthia Arno

23   before today?

24       A.    No, I haven't.

1      Q.    Okay?

2      A.    Exhibit 6 is up.

3      Q.    All right.  I'll represent to you

4    that this is another weight and measures

5    failed inspection report from a different

6    store, this time at 925 US Route 9 in Schroon

7    Lake, New York.  Do you see that?

8      A.    I do.

9      Q.    And this is an inspection that took

10   place on December 8th of 2022.  Do you see

11   that?

12     A.    I do.

13     Q.    And this one the accuracy rate was

14   better, it was 68 percent so 3 overcharges out

15   of hundred random items checked.  Do you see

16   that?

17     A.    I do.

18     Q.    Is 68 percent accuracy rate

19   acceptable for Dollar General?

20          MR. TAYLOR:  Objection to form.  You

21   can answer.

22     A.    68 percent is -- is -- this --

23   we've -- we've failed here.  This is not --

24   this has not met the standard.

1    BY MR. EDWARDS:

2        Q.    The manager at that store is Bonnie

3    Bessy.  Do you know Bonnie?

4        A.    I don't know Bonnie.

5        Q.    So you have no idea if she's still

6    employed at Dollar General?

7        A.    I don't.  That is something the HR

8    team would potentially know.

9        Q.    Okay?

10            MR. TAYLOR:  Go ahead and mark the

11   next exhibit, which will be Exhibit 7.

12            (WHEREUPON, THE ABOVE-MENTIONED

13   DOCUMENT WAS MARKED AS EXHIBIT NO. 7 TO THE

14   TESTIMONY OF THE WITNESS, AND IS ATTACHED

15   HERETO.)

16       A.    It looks like it's on its way.  Okay,

17   I've got it.

18   BY MR. EDWARDS:

19       Q.    I actually believe that the first

20   page of this exhibit --

21            MR. TAYLOR:  Adam, one thing that

22   might be helpful is there are some dates on

23   certain e-mails that we have noticed are

24   incorrect and we're trying to figure out why.

1   But like do you see on this one it says, 6-14

2   of 2023?

3           MR. EDWARDS:  I've noticed that, too,

4   and I was actually going to ask her about

5   that.

6           MR. TAYLOR:  And feel free to ask,

7   but what I can tell you -- this may make

8   things a little easier is it's a system thing.

9   We're trying to figure out where it occurred.

10  And I actually have examples of some of the

11  e-mails that said -- that, you know, it says

12  6-14 but I have the -- you know, the exact

13  e-mail where it's a couple of months earlier.

14          MR. EDWARDS:  Yeah, I kind of thought

15  it wouldn't take that many months to get a

16  response to all the different e-mails.  There

17  is a lot of documents produced where the last

18  e-mail in the thread is 6-14-23 and that is,

19  in many cases, many months after the e-mail

20  that preceded it.  So I kind of figured there

21  was something like that going on.

22          MR. TAYLOR:  Okay.  We'll get to that

23  we'll get an answer or get that fixed or

24  whatever and we can talk off the record about

1    sort of what that is once we get the answer?

2            MR. EDWARDS:  Yeah, we would

3    appreciate that because, you know, I'd really

4    like to know when the dates of these things

5    actually are.

6            MR. TAYLOR:  Yeah.

7    BY MR. EDWARDS:

8        Q.   So it looks like here you received an

9    e-mail from Stacey McCue on March 30th, 2023,

10   which -- the subject of which is overdue fines

11   in Essex County, New York.  Do you see that?

12       A.   I do see it in the from, sent to and

13   CC information, yes.

14       Q.   Okay.  Who is Stacey McCue?

15       A.   Stacey McCue, at the time of this,

16   was an administrator of capturing violations

17   and the database system.

18       Q.   Okay.  Administrator capturing

19   violations in the database system.  What does

20   that mean?

21       A.   It means that, you know, we talked a

22   little bit earlier about that process of a

23   store scans it or an e-mail comes in, then

24   Stacey, at the time, was responsible for

Page 171

1   insuring they were systemically captured in a

2   system specifically for that purpose.

3       Q.   Yeah.  I see down below that there is

4   an e-mail from a James Hooper to

5   Inspections@DollarGeneral.com.  Is the

6   Inspections at Dollar General a specific

7   e-mail address where all inspection --

8   inspection results are to be sent or something

9   like that?

10      A.   They would have entered this an

11  inspection and I think as -- I'm sure you've

12  probably experienced before when there are a

13  number of e-mail boxes that you have choice

14  from, sometimes you don't follow the

15  directions and send them where you're supposed

16  to.  You think, oh, this sound like a good

17  one, I'll send it here.  So instead of

18  forwarding that on to legal, James -- it

19  appears from what I'm looking at -- sent it to

20  the inspections e-mail address, which was just

21  fine because the inspections team picked it up

22  and routed to the correct place.

23      Q.   Okay.  And this e-mail relates to an

24  inspection completed on January 24th, 2023, in

Page 172

1    Port Henry, New York, correct?

2        A.    Yes, that is what this e-mail from

3    Daniel Woods to James Hooper shows.

4            MR. EDWARDS:   Okay.   And let's go

5    ahead and make -- mark the next exhibit here,

6    which I believe will be Exhibit 8.

7            (WHEREUPON, THE ABOVE-MENTIONED

8    DOCUMENT WAS MARKED AS EXHIBIT NO. 8 TO THE

9    TESTIMONY OF THE WITNESS, AND IS ATTACHED

10   HERETO.)

11       A.   It's on its way.   Okay, I see it.

12   BY MR. EDWARDS:

13       Q.   All right.   And you'll notice here in

14   Exhibit 8, this is an inspection report from

15   the last week of January -- January 24th,

16   2023.  Do you see that?

17       A.    I see that.

18       Q.   And this involves that same store

19   that generated the inspection report that

20   we've made Exhibit 5, where there were 78

21   overcharges out of a hundred at 4375 Main

22   Street, Port Henry, New York.  Do you see

23   that?

24       A.    I do see that.

1      Q.   So that inspection that we marked

2   Exhibit 5 was November 17th, 2022 -- to

3   refresh your recollection -- and now we've

4   gone forward all the way to January 24th,

5   2023.  Do you see that?

6      A.   I do.

7      Q.   Over -- over 2 months later, right?

8      A.   Well, wasn't the -- let me go back

9   and look at the first one?

10     Q.   Yeah.  The first one, I think, was

11   November 17th, 2022, that is Exhibit 5.

12     A.   Yeah.  Let me look at Exhibit 5

13   again.  So we've got November 17th of 2022 and

14   then January 24th of 2023.

15          MR. TAYLOR:  Adam, just for the

16   record, I want to note that that November

17   17th, that is when the inspection occurred.

18   The date on the letter to Dollar General was

19   not until January 18th of 2023.

20          MR. EDWARDS:  Okay.  You noted that

21   last time.  Thanks?

22          MR. TAYLOR:  Yep.  And I'll note that

23   you did not note that at this time.  So I just

24   want to make sure we're being accurate on

Page 174

1    this.

2           MR. EDWARDS:  You know, that's really

3    irrelevant to my questions that I'm asking,

4    Trent.

5           MR. TAYLOR:  I just --

6           MR. EDWARDS:  You haven't heard my

7    question yet.  If you want to do your speaking

8    objection at least wait until I get into the

9    content.

10          MR. TAYLOR:  Well, Adam, you -- I

11   disagree with that.  I mean, you asked about

12   when the inspection occurred and it was 2

13   months later but --

14          MR. EDWARDS:  Yeah, I'm about to ask

15   her about the changes that took place during

16   the two months between November 17th

17   inspection and the January 24th, 2023

18   inspection.  I will give you that the

19   inspector didn't send out the notice of the

20   November 17th, 2022 inspection until January

21   2023.

22          MR. TAYLOR:  Okay.

23          MR. EDWARDS:  That's -- it says so

24   right on the documents.  I don't disagree.

1          MR. TAYLOR:  Okay.

2    BY MR. EDWARDS:

3      Q.   So, ma'am, I think my question was:

4    The two inspections, the one that we marked as

5    Exhibit 5 and now the one that we're looking

6    at which is Exhibit A.  The first inspection

7    occurred on November 17th, 2022.  The second

8    occurred on January 24th, 2023, over 2 months

9    later.  Do you agree?

10     A.   I agree.  That's what is in the

11   document, yes.

12     Q.   Okay.  And by January 24th, 2023,

13   that would have been around the time or

14   shortly after this big audit took place that

15   we discussed earlier, right?

16          MR. TAYLOR:  Objection to form.

17   Objection, misstates prior testimony.  You can

18   answer.

19     A.   It would have -- it would have been

20   before -- probably about a week before the

21   full store scan audit.

22   BY MR. EDWARDS:

23     Q.   I thought you told me that the full

24   store scan audit was the last week of January

1    2023?

2        A.    It was our fiscal week 53, which

3    would have been the last full week.  So on

4    the -- I don't have a fiscal calendar in front

5    of me to know was that the 24th.  It was

6    certainly near that time.

7        Q.    Right.  Okay.  Do you know if when

8    these inspectors come in and do their -- to do

9    their inspections, they immediately advise the

10   store or the store managers as -- as to how

11   many -- you know, what the results were?

12           MR. TAYLOR:  Objection to form.  You

13   can answer.

14       A.    The way that I would answer that is

15   anecdotally, yes.  I do hear a variety of, you

16   know, this person came in and did this and I

17   didn't know until the end.  Or this person

18   didn't leave a copy, you know, that -- that

19   type of thing.  But by and large in my

20   experience, the inspector has left a copy and

21   the store manager or key carrier in charge

22   should scan and send that.

23   BY MR. EDWARDS:

24       Q.    So let's -- based on the inspection

1  which took place here in Exhibit 8, January

2  24th, 2023, the accuracy rate was still pretty

3  low at 37 percent.  Would you agree?

4          MR. TAYLOR:  Objection to form.  You

5  can answer.

6      A.   The accuracy rate was low.

7  BY MR. EDWARDS:

8      Q.   Okay.  That is 63 overcharges out of

9  100 random items checked, correct?  Is that

10  correct?

11     A.   That's correct.

12     Q.   Okay.  And if you flip over to the

13  first page of the report which sets forth the

14  items checked -- that is Bates 5438 -- towards

15  the bottom one fourth of the list, you'll see

16  One-A-Day men's vitamins a isle 21.  Price

17  9.65 as the shelf price and then the charge

18  price 1065.  Do you see that?

19     A.   I do.

20     Q.   Do you recall that that's the same

21  product that was being overcharged by a dollar

22  as demonstrated in the failed audit nearly 2

23  months earlier -- or over 2 months earlier and

24  marked as Exhibit 5?

Page 178

1          MR. TAYLOR:  Objection to form.  You

2     can answer.

3        A.   Yes, I do see that it appears to be

4     the same -- the same item, the same aisle, the

5     same price discrepancy.

6          MR. EDWARDS:  Let's take our next

7     break.  Let's take 5 minutes.  Is that good

8     with you guys?

9          MR. TAYLOR:  Yep.

10         (WHEREUPON, A BRIEF RECESS WAS TAKEN

11    AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)

12         MR. EDWARDS:  Good news.  I've

13    already marked the next exhibit, so no more

14    waiting for that spinning thing.

15       A.   All right.  Exhibit 9; is that

16    correct?

17    BY MR. EDWARDS:

18       Q.   Yes, ma'am.

19       A.   Okay.

20         (WHEREUPON, THE ABOVE-MENTIONED

21    DOCUMENT WAS MARKED AS Exhibit NO. 9 TO THE

22    TESTIMONY OF THE WITNESS, AND IS ATTACHED

23    HERETO.)

24    BY MR. EDWARDS:

1       Q.   This will be a quick one.  This one
2   is an older notice from February of 2020 and
3   it comes from the Suffolk County Department of
4   Labor Licensing and Consumer Affairs.  Do you
5   see that?
6       A.   I do.
7       Q.   And it's addressed directly to you
8   providing a notice of a violation and a date
9   for an administrative hearing.  Do you see
10  that?
11      A.   I do.
12      Q.   Have you ever actually appeared for
13  one of these administrative hearings?
14      A.   I have not.
15      Q.   Okay.  Do you ever remember getting
16  letters like this?
17      A.   I -- I remember getting -- I have
18  gotten letters similar to this and, you know,
19  or something -- let's just put it this way,
20  that doesn't apply to me and, you know, or
21  isn't a part of my role.  And so my process is
22  to insure that I forward them to legal and
23  then confirm verbally with legal that they
24  receive it.

1        Q.    Got you.    Okay.    Thank you.    Who is
2    Caleb Lumby?
3        A.    Caleb Lumby is a senior manager that
4    at one time reported to me.    He was -- he was
5    not part of the compliance team, but he did --
6    he did report to me.
7             MR. EDWARDS:    Let's go ahead and mark
8    Exhibit 10 which I'm going to add a stamp to
9    and introduce.
10            (WHEREUPON, THE ABOVE-MENTIONED
11    DOCUMENT WAS MARKED AS Exhibit NO. 10 TO THE
12    TESTIMONY OF THE WITNESS, AND IS ATTACHED
13    HERETO.)
14    BY MR. EDWARDS:
15        Q.    It's a bigger document, so just let
16    me know when you see it, please?
17        A.    It's not quite there.    It's not
18    processing yet.    Not coming up in the queue
19    yet so it must be a big one.    Typically what
20    they've been doing, I can see the exhibit
21    number in the queue but then it takes a minute
22    for the content to be visible.    Yeah, it's
23    not -- it's not.
24            MR. EDWARDS:    I'll try it again.

Page 181

1           THE WITNESS:  Okay.

2           MR. TAYLOR:  I was able to open it.

3           THE WITNESS:  Were you?  Okay.  I

4     don't know why it's not coming in then.  I'm

5     refreshing and --

6           MR. EDWARDS:  Somebody get me a

7     better laptop.  This is ridiculous.

8           THE WITNESS:  Well, I think that's

9     going to be an outcome of this little meeting

10    we're having here.

11          (WHEREUPON, A BRIEF RECESS WAS TAKEN

12    AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)

13          THE WITNESS:  Okay, I've got it.

14    BY MR. EDWARDS:

15      Q.   Okay.  Good.

16      A.   I just think it was chugging along.

17    Okay, I see the e-mail message from Caleb.

18      Q.   Okay.  So this appears to be a

19    compliance Tuesday workload forecast.  Do you

20    see that?

21      A.   I do.

22      Q.   All right.  And I would like for you

23    to help me understand what this document is?

24    It's actually a number of compliance workloads

1    forecasts, it appears, for a number of

2    different dates in the -- generally in the

3    summer of 2023?

4        A.   Okay.

5        Q.   And you're copied on this -- on this

6    list along with a number of other people.  Is

7    this a document that you're familiar with?

8        A.   It is an e-mail that I'm familiar

9    with, yes.

10       Q.   Can you tell me what this chart

11   means?  The core SKUs by pricing with the

12   description row labels and SKUs -- oh, this

13   helps.  Why is this document generated?

14       A.   Sure.  The reason the document is

15   generated, there is a -- there is a couple of

16   reasons.  Caleb's role is to -- he is the sort

17   of radar person, if you will, to see what is

18   on the radar screen for workload.  And that is

19   in our effort as a store operations team, to

20   do our level best to manage the workload to

21   insure that it's smooth and, you know,

22   balanced across -- across weeks.  If it is not

23   smooth, it's -- it's important that we know

24   this information that Caleb is providing

1    because if we see a blip on that radar,

2    something -- some outlier that pops up that

3    we're going to have a whole bunch of extra

4    work and we can get to work on how we're

5    supporting it.  So what you're looking at in

6    this e-mail from Caleb is a recap of the

7    pricing activity that is going to stores on

8    Tuesday.  And this is a forecast based on what

9    has been put in the system at this moment in

10   time -- so, you know, on 7-31 at 1 o'clock.

11   So do I understand you correctly that you

12   would like for me to walk you through the

13   bullet points and what they mean?

14       Q.   Well, let's back up -- maybe.  But

15   for right now so this is a -- this is a

16   forecast for a Tuesday -- the first one here,

17   the subject is 8-1 compliance, Tuesday

18   workload forecast, correct?

19       A.   That's correct.

20       Q.   And so this is sent out to the group

21   the day before on July 31st, 2023.  So at this

22   point have the price changes actually hit the

23   store?

24       A.   They have not.  Caleb is reporting

Page 184

1    these prior to them hitting the store.

2        Q.   Okay.

3        A.   Which 7-31, I imagine, would have

4    been a Monday.

5        Q.   Okay.  Yeah, makes sense if 8-1 is a

6    compliance Tuesday?

7        A.   Yes.

8        Q.   The price changes reflected here will

9    hit the store first thing Tuesday morning and

10   then we'll go through that process that you've

11   already described on super Tuesday where the

12   prices are made -- the price changes are

13   reflected on the shelves, in theory, correct?

14         MR. TAYLOR:  Objection to form.  You

15   can answer.

16       A.   So what we see here will be effective

17   tomorrow, Tuesday, for the stores to execute

18   as part of compliance Tuesday.

19   BY MR. EDWARDS:

20       Q.   Okay.  So is this -- is this all

21   stores in the United States?

22         MR. TAYLOR:  Objection to form.  You

23   can answer,

24       A.   Okay.  It really is a compilation of

1    what stores are going to see.  So when you

2    look at 49 SKUs from weekly core labels, 11

3    pod resets in medicine; yes, those are for the

4    chain.  When you see the zone verbiage, Caleb

5    has a parenthetical there of the number of

6    stores that that is going to affect.

7    BY MR. EDWARDS:

8        Q.   I see.

9        A.   So it is chain unless it's noted

10   otherwise.

11       Q.   So the 49 SK -- looking at the first

12   bullet point says, chain, correct?

13       A.   He's got chain as a header, then he

14   has the 2 bullet points below that, that are

15   chain.  And then he goes into more specifics

16   with green NCI olive and olive by listing the

17   number of stores, which means they are stores

18   specific, they are not chain.

19       Q.   Okay.  So 49 SKUs from weekly core

20   labels, that change will hit all -- that price

21   change will hit all the stores in the chain?

22       A.   That's correct.

23       Q.   And the same for 11 POG resets,

24   medicine?

1      A.    That's correct.

2      Q.    What does POG stand for?

3      A.    Plan-o-gram.

4      Q.    And then green zone will affect 44

5  stores only?

6      A.    That's correct.

7      Q.    Do you guys have an internal map

8  which shows the stores located in the green

9  zone?

10     A.    They may not necessarily be mapped.

11 It may be by type of market.  Is it a metro

12 market, you know, is it an urban market.  It's

13 that kind of language where there is a

14 decision science team that makes those

15 decisions into what type of zones some stores

16 are going to go in.

17     Q.    Okay.  And then NCI olive zone, that

18 affects 142 stores.  That is different than

19 the green zone?

20     A.    It is.  It's a different color.  It's

21 got NCI in front of it, so it is a different

22 zone.

23     Q.    What does NCI indicate?  What does

24 that stand for?

Page 187

1      A.   NCI stands for an initiative from

2   2019.  The acronym stands for non-consumables

3   initiative.  This was -- this was a -- this

4   was a -- I'll call it a layout change for

5   Dollar General.  In which we undertook an

6   initiative to create more of a treasure hunt

7   for our customers with affordable wall decor,

8   candles, blankets.  And -- and changed formats

9   in our store as a result of it.

10      Q.   Okay.  So you have a specific zone

11   called NCI olive zone?

12      A.   We do.  These are different pricing

13   zones.  So NCI olive means it's an NCI store,

14   part of the olive zone.  But then you have an

15   olive zone that is not an NCI, so it's its own

16   zone.

17      Q.   Okay.

18      A.   And there would be a different

19   assortment in each of those stores.

20      Q.   So let's go down here to this core

21   SKUs by pricing zone.  What does the -- what

22   does like the zone 24 and zone 30 refer to?

23      A.   It's the only -- the only thing I

24   know about -- about this, he's got the heading

1   of row labels, is it's like a sub-heading.

2        Q.   Which indicates what?  Is this an

3   area in the store or is this --

4        A.   This is a -- so you're -- you know,

5   your zone name would be off to the left here

6   in that column, NCI, NCI gray, yellow, blue,

7   and then they establish a sub-heading.  I

8   don't know their nomenclature but it's a

9   sub-heading.

10       Q.   Okay.  And count of SKU that means

11  the number of SKU of products with a price

12  change; is that right?

13       A.   That's correct.

14       Q.   And then SPA label breakdown.  Does

15  this reflect the actual product with price

16  changes?

17       A.   It doesn't.  It's a separate

18  category, not one we see too often.  SPA is

19  really short for space management.  The space

20  management team is the group that oversees

21  plan-o-gram creation, plan-o-gram updates.

22  And so this -- you know, this fairly small

23  group of items is something that the SPA team

24  submitted to have labels that week.

Page 189

1      Q.   Okay.  This is document and all these

2   e-mails appear to provide information that

3   allows the forecasting of super Tuesday

4   changes but doesn't tell us much about price

5   accuracy; is that fair?

6           MR. TAYLOR:  Objection to form.

7      A.   Yes, that's fair.

8           MR. EDWARDS:  All right.  Let's go to

9   what I'll mark as Exhibit 11.

10           (WHEREUPON, THE ABOVE-MENTIONED

11   DOCUMENT WAS MARKED AS Exhibit NO. 11 TO THE

12   TESTIMONY OF THE WITNESS, AND IS ATTACHED

13   HERETO.)

14   BY MR. EDWARDS:

15      Q.   Just tell me when you see it?

16      A.   I got it.  It's refreshing right now.

17   It hasn't quite made it over.

18           THE WITNESS:  Trent, you want to tell

19   me when you see it?

20           MR. TAYLOR:  I have it.

21           (WHEREUPON, A BRIEF RECESS WAS TAKEN

22   AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)

23      A.   Okay, it's twirling.  There it is, I

24   got it.

```
 1   BY MR. EDWARDS:
 2        Q.   So this is an e-mail from Jessica
 3   Smith.  Do you know who Jessica Smith is?
 4        A.   Jessica Smith is currently a region
 5   director in New York.
 6        Q.   Okay.  And she's still one of the
 7   region directors in New York?
 8        A.   Yes, sir.
 9        Q.   At the bottom here I see Region 16,
10   Division 1.  Is that still the region she's in
11   charge of?
12        A.   She is still assigned to Region 16.
13        Q.   Okay.  So I'm a little confused
14   because I thought -- based on your testimony
15   earlier -- that this software which allows
16   directors or store supervisors to assess
17   whether or not labels are being printed in a
18   timely fashion.  I understood that to be one
19   of the processes or action items implemented
20   in that early 2023 time frame to address
21   overcharges.  Did I misunderstand that because
22   this Exhibit 11 appears --
23             MR. TAYLOR:  Object to form.
24   BY MR. EDWARDS:
```

1      Q.   Sorry.  Exhibit 11 appears to be a

2   document which suggests that supervisors had

3   that ability back in 2021?

4           MR. TAYLOR:  Object to form of the

5   question.

6      A.   They did not.  And so old school way,

7   at that point in time, would have been, you

8   know, hey, district managers, check on this.

9   And so it looks like, you know, somehow she

10  knows that stores haven't printed the labels.

11  But that particular -- that particular

12  technology was not a -- when I look at the end

13  of December was, to my knowledge, not

14  available at that time.  So I don't -- I

15  honestly don't know how Jessica may have

16  known.

17  BY MR. EDWARDS:

18     Q.   If you flip over to the next page,

19  the one ending in Bates 39005?

20     A.   Uh-huh (affirmative response).

21     Q.   It looks like this e-mail originated

22  from Monica Sullivan?

23     A.   Monica --

24     Q.   Sorry.  Go ahead.

1       A.    Sorry.  Go ahead.

2       Q.    It lists her as the store operations

3   senior analyst at the time?

4       A.    I see.

5       Q.    Is she still in that role?

6       A.    She is in a different role now.  And

7   the -- the team must have had a different way

8   that they were capturing this for New York.

9   I'm not familiar with what it was.  But based

10  on what I see from Monica, they must have been

11  capturing it a different way.  Maybe through

12  IT and not the current methodology that we're

13  using.

14      Q.    Okay.  Yeah.  It looks like Monica

15  was able to -- at least within New York

16  Division 1, figure out which regions -- or

17  figure out the number of stores -- store

18  labels not printed in various regions within

19  Division 1.  Do you agree?

20          MR. TAYLOR:  Objection to form.  You

21  can answer.

22      A.    That's what this shows.

23  BY MR. EDWARDS:

24      Q.    Okay.  And it shows that 98 New York

Page 193

1    stores did not print core labels on Tuesday,

2    correct?

3        A.   That is what is in Monica's e-mail,

4    yes.

5        Q.   Okay.  So even before compliance

6    Tuesday, the labels were to be printed on

7    Tuesdays I take from this.  Is that right?

8        A.   Since the beginning of my time at

9    Dollar General they have always been on

10   Tuesdays, yes.

11       Q.   Okay.  So compliance Tuesday, that

12   program refers to the extra 4 hours of shift

13   dedicated?

14       A.   Yes, correct.

15           MR. EDWARDS:  I'll mark the next

16   Exhibit and that is Exhibit 12.

17               (WHEREUPON, THE ABOVE-MENTIONED

18   DOCUMENT WAS MARKED AS Exhibit NO. 12 TO THE

19   TESTIMONY OF THE WITNESS, AND IS ATTACHED

20   HERETO.)

21   BY MR. EDWARDS:

22       Q.   Same deal, just let me know when you

23   see it.

24           THE WITNESS:  Trent, let me know when

1    you see it.

2    BY MR. EDWARDS:

3        Q.    While you're waiting for that to the

4    refresh, the fact that 98 New York stores in

5    Division 1 had not timely printed out core

6    labels that is unacceptable to Dollar General

7    I imagine, correct?

8            MR. TAYLOR:  Objection -- objection

9    form.  Objection, I don't think it's 98 stores

10   in one particular division.  I don't think

11   that is what it says, Adam.

12           MR. EDWARDS:  Okay.  I mean, the

13   chart says Division 1, Region 10, number of

14   stores not printed.  And it says Division 1,

15   Region 15, et cetera, et cetera.  Am I reading

16   that wrong?  Does this not relate to Division

17   1, Region 16?

18           MR. TAYLOR:  Oh, you said division.

19   Okay.  I'm sorry.  Okay.

20           THE WITNESS:  Yeah, it's division.

21   Yeah.

22           MR. TAYLOR:  Okay.  I got region and

23   division mixed up.  Sorry.  Go ahead?

24           THE WITNESS:  Yep.  And that is

Page 195

1    probably at the time would have -- would not

2    have had a thousand or more stores.  So, yes.

3    Okay.  It's up.

4    BY MR. EDWARDS:

5        Q.   All right.  Let me just repeat my

6    question.

7             The fact that 98 stores in New York

8    in Division 1 had not printed their Tuesday

9    label changes in a timely fashion back in

10   December of 2021, that wouldn't have been

11   acceptable to Dollar General, correct?

12            MR. TAYLOR:  Objection to form.  You

13   can answer.

14       A.   We fell short.  We did not -- we did

15   not meet the policy there.

16   BY MR. EDWARDS:

17       Q.   Because, again, the failure to timely

18   print core labels as you're supposed to do on

19   Tuesdays, that results in price changes at the

20   register that wouldn't be reflected on the

21   shelf, correct?

22            MR. TAYLOR:  Objection to form.  You

23   can answer.

24       A.   There is a -- there is a -- there is

1    a piece of that where in real life there are

2    toner issues, parts issues, printer issues.

3    And stores do partner with each other; I'm

4    going to go across town, I'm going to -- I'm

5    going to get a label printed and take it back

6    to my store.  Certainly not for 98 stores.

7    BY MR. EDWARDS:

8        Q.   Okay.

9        A.   Certainly not.  There is an element

10   of -- you know, not for lack of trying when

11   there are whatever percentage of equipment

12   issues occur.

13       Q.   Okay.  All right.  Do you have

14   Exhibit 12 up?

15       A.   I do.

16       Q.   I think this is another example of

17   the same type of report now in February of

18   2022 where Jessica is again following up and

19   noting the failure to timely print labels on

20   Tuesdays; is that right?

21           MR. TAYLOR:  Objection to form.  You

22   can answer.

23       A.   That's -- that's correct.

24   BY MR. EDWARDS:

Page 197

1        Q.   And here it looks like 58 total

2    stores in Division 1 had completed their

3    printing as required on Tuesday; is that

4    right?

5        A.   That's what it shows.

6             MR. EDWARDS:  Go ahead and mark the

7    next exhibit, that will be Exhibit 13.

8             (WHEREUPON, THE ABOVE-MENTIONED

9    DOCUMENT WAS MARKED AS Exhibit NO. 13 TO THE

10   TESTIMONY OF THE WITNESS, AND IS ATTACHED

11   HERETO.)

12            THE WITNESS:  Yeah, it's trying to

13   load.  Okay, I've got it up.

14   BY MR. EDWARDS:

15       Q.   This is another e-mail to -- from

16   Jessica Smith to the team talking about

17   Tuesday core price label printing execution

18   and it's dated April 5th, 2022.  Do you see

19   that?

20       A.   In a different order, I see it now.

21       Q.   There is an e-mail below that -- the

22   from is store compliance.  Do you see that?

23       A.   I do.

24       Q.   At this time in 2022 -- April of

Page 198

1    2022, would you have been included on any

2    e-mails from store compliance?

3           MR. TAYLOR:  Objection to form.  You

4    can answer.

5        A.   I was.  I was included on this e-mail

6    in the piloting of another report.

7        Q.   Okay.  Let's go up to the first

8    sentence at the top of the page from Jessica

9    to her team, it states:  R-16.  Is that Region

10   16?

11       A.   It is.

12       Q.   So that is Region 16 in New York,

13   correct?

14       A.   That's correct.

15       Q.   Is probably one of the best executing

16   regions out there and I'd like to make sure

17   that we continue the trend with price changes.

18   Do you see that?

19       A.   I do.

20       Q.   Do you disagree that Region 16 in

21   April of 2022 was one of the best executing

22   regions?

23           MR. TAYLOR:  Objection to form.  You

24   can answer.

1      A.    I don't have -- I don't have context

2    to -- to how that region was performing at

3    that time.

4    BY MR. EDWARDS:

5      Q.    Go to the second page.  It looks like

6    a screen shot which sets forth some -- well,

7    on the left, do you see that it looks like you

8    can click state details, division details,

9    region details, district details, store

10   details, store printing details.  Do you see

11   that?

12     A.    I do.

13     Q.    What software is this?  Does this

14   screen shot come from?  Or what program if you

15   know?

16          MR. TAYLOR:  Objection to form.  You

17   can answer.

18     A.    This particular format looks like it

19   came out of a Microsoft Power BI -- Power BI

20   system.

21   BY MR. EDWARDS:

22     Q.    Okay.  The subject on the page before

23   is new Power BI report.  So that is consistent

24   with what you've testified to, correct?

 1      A.    Correct.

 2      Q.    Okay.  And this Power BI report would

 3  have been available even before the program

 4  implementation of the change that you talked

 5  about in early 2023 to allow managers to

 6  assess what percentage of labels were printed

 7  on time printed on late or printed late, not

 8  printed, et cetera, correct?

 9          MR. TAYLOR:  Objection to form.  You

10  can answer.

11      A.    That's correct.  When there -- this

12  did launch.  It was announced as a launch.

13  There were -- in the initial -- as I recall,

14  there were some issues with the reporting in

15  the initial phases.  So it wasn't it -- it

16  launched.  And then as I recall it was pulled

17  back for a time to insure that all the IT

18  inputs and everything was correct.  I don't

19  recall the re-launch date.

20  BY MR. EDWARDS:

21      Q.    Did this Power BI report continue in

22  to 2023?

23      A.    The power --

24          MR. TAYLOR:  Objection to form.  You

1    can answer.

2        A.   Yeah, the Power BI report has been --

3    yes, has been available in 2023.

4    BY MR. EDWARDS:

5        Q.   Okay.  Do you know when this became

6    available?  Like what year?

7             MR. TAYLOR:  Objection to form.

8        A.   Well, it first became available when,

9    Alex, the store compliance team announced it

10   here in 2021.  I know it went dark for a time

11   and then it came back.  I don't -- I don't

12   recall the details.  I would -- I would have

13   to check on that.

14   BY MR. EDWARDS:

15       Q.   Okay.  So it looks to me like in this

16   report you can break this down by state,

17   division, region, et cetera.  All the way down

18   to the store details, correct?

19       A.   That was how it initially rolled out.

20   There may have been some changes before we

21   re-launched it.

22       Q.   Okay.

23       A.   It is how it initially rolled out.

24       Q.   So this is telling us for this

Page 202

1    particular division as of 4-5-2022 -- well,

2    it's a 4 week average as to what labels were

3    printed on time versus late versus not

4    printed, correct?

5        A.   That's correct.

6        Q.   It also gives us a week by week

7    breakdown, correct?

8        A.   I believe it gives us a 4 week

9    breakdown.  A 4 week average and then a

10   breakdown of the 4 weeks.

11       Q.   The 4 weeks making up that 4 week

12   average?

13       A.   That's correct.

14       Q.   Okay.  So the 4 week leading into

15   April 5th of 2022 indicates that in this New

16   York division -- that's Division 1 -- 77

17   percent of the labels were printed on time,

18   correct?

19           MR. TAYLOR:  Objection to form.  You

20   can answer.

21       A.   That's what it shows, yes.

22   BY MR. EDWARDS:

23       Q.   And then 15 percent were printed

24   late, correct?

Page 203

1      A.   It's a little blurry, but yeah,
2  that's what it shows.
3      Q.   All right.  And then 9 percent were
4  not printed at all?
5      A.   At the time of the report, yes.
6      Q.   Okay.  Then if we go down to Division
7  5 -- is that also in New York?
8      A.   There were a very small number of
9  stores at that time in New York.  I believe
10  we've realigned them all so they're all in one
11  division now.  But at that time there was a
12  very small number of stores in 5.
13      Q.   Okay.  And that shows us over that 4
14  week average leading up to 4-5-2022, 70
15  percent of stores in Division 5 printed on
16  time, 18 percent printed late and 13 percent
17  didn't print at all, correct?
18      A.   It's blurry, but I would say that's
19  correct.
20      Q.   All right.  And that's not
21  acceptable -- neither of these are acceptable
22  to Dollar General, correct?
23           MR. TAYLOR:  Objection to form.  You
24  can answer.

1      A.    Neither of those are acceptable or

2  are according to our policy.

3  BY MR. EDWARDS:

4      Q.    Are these both in -- I can't tell.

5  Are these both in Region 16?

6      A.    When you say, both, both the one in

7  the -- both the Division 1 and the --

8      Q.    Division 5.  Yeah?

9      A.    So it's so hard to see I can't --

10  they wouldn't be because regions align only to

11  one division.  So I believe in -- at the time

12  in Division 5 we had one region.  And it might

13  be too much information, but the reason for

14  that is we had a husband and wife and, you

15  know, separated those so that they were not

16  under the same DVPA in the division.

17      Q.    I see.  I'm just going back to this

18  R-16 at beginning of the e-mail from Jessica.

19  Does one of these include a Region 16, either

20  Division 1 or 5?

21      A.    One.  So Jessica is the leader of

22  Region 16, so it appears in this e-mail

23  Jessica is weighing in --

24      Q.    Right?

1     A.   -- on her.  But yet there are -- and

2  she addresses it to her team.  So she's got

3  her district manager team copied there.  She

4  didn't copy anyone else in any other region.

5  So she took the e-mail from store compliance,

6  she shared it with her district managers.

7          MR. EDWARDS:  Okay.  Let's go ahead

8  and mark the next exhibit and that will be

9  Exhibit 14.

10         (WHEREUPON, THE ABOVE-MENTIONED

11  DOCUMENT WAS MARKED AS Exhibit NO. 14 TO THE

12  TESTIMONY OF THE WITNESS, AND IS ATTACHED

13  HERETO.)

14         MR. TAYLOR:  Adam, let me just ask

15  you this:  Is this -- is this a full copy of

16  the e-mail or an excerpt?

17         MR. EDWARDS:  It's kind of what you

18  see is what you get.  This is the one I would

19  like to ask her about.  It appears to me that

20  there is -- there may be something above this

21  but I didn't mark it all as an exhibit?

22         MR. TAYLOR:  Well, I mean, for the

23  record I'm going to object to giving -- you

24  know, pulling out a part of an e-mail and

1   asking about it, but she can do the best she

2   can with it?

3           MR. EDWARDS:  Sure.  Yeah, I don't

4   know -- I don't know how it was produced.  It

5   could have been produced this way for all I

6   know.  I don't know, Trent, but the objection

7   is noted.

8           THE WITNESS:  Okay.  I have it up.

9   BY MR. EDWARDS:

10      Q.   Okay.  So I'm looking at an e-mail to

11  you from Caleb Lumby dated February 2nd, 2022.

12  Do you see that?

13      A.   I do.

14      Q.   And it relates to NCI light

15  conference call notes.  What is an NCI light

16  conference call?

17      A.   We talked earlier about NCI being a

18  particular specific layout for Dollar General

19  that has more non-core sort of surprise and

20  delight treasure hunt product.  When -- when

21  that first launched it was very successful.

22  And so the merchant were -- the merchants were

23  very interested, well, we know we can't

24  replicate this throughout all of our layouts.

1    There isn't room or, you know, whatever

2    physical barriers that might be so they came

3    up with what would be a light version.  And

4    the light version was -- was simply a

5    reduction in space of -- you know, in a

6    regular NCI store it might be X-number of

7    sections.  In the light stores it was maybe

8    half that.

9         Q.   Okay?

10        A.   Now, we could provide a treasure hunt

11   experience to the customer in those stores,

12   just not at the same scale.

13        Q.   Okay.  It looks like on February 2nd

14   at 11:34 -- I'm looking at the bottom of the

15   page -- you're asking Caleb to shoot you over

16   to review prior to handing off to Driveline.

17   Do you see that?

18        A.   I do.

19        Q.   What is Driveline?

20        A.   Driveline is a third-party vendor

21   that performs merchandising work for Dollar

22   General.

23        Q.   Do you guys still use Driveline?

24        A.   We do.

1      Q.   A third-party vendor that provides

2  merchandising work, correct?

3      A.   That's correct.  Resetting

4  plan-o-grams, predominantly.

5      Q.   So they're the experts on how to

6  layout products on a plan-o-gram to maximize

7  sales?

8           MR. TAYLOR:  Objection to form.

9  BY MR. EDWARDS:

10      Q.   Is that what you mean by

11  merchandising?

12      A.   No.  They are executioners.  So

13  they -- they take the -- so, you know, we

14  talked about the plan-o-gram bag that comes in

15  the fullment center and the store takes that

16  bag and it's got strips and it's got a

17  schematic.  Well, in some of these

18  plan-o-grams the merchandising team or vendors

19  pay Driveline to go in and execute that

20  schematic and those shelf strips.

21      Q.   Okay?

22      A.   Not performed by a Dollar General

23  employee but performed by Driveline.

24      Q.   Okay.  So it appears -- I'm looking

1    at Caleb's e-mail to you, it appears that on a

2    call a district manager had brought up a

3    concern around pricing.  Do you see that?

4    Looking at the sentence of the first

5    paragraph?

6        A.    I'm reading it now.  Okay.  This was

7    right around that time frame.  Actually very

8    very early when we first started to see an

9    increase in core labels.  But, yes, I'm -- I'm

10   familiar with what Caleb is talking about.

11       Q.    You say, around the time we started

12   seeing an increase in core labels, are you

13   talking about an increase in overcharging?

14       A.    No.

15            MR. TAYLOR:  Objection to form.  You

16   can answer.

17       A.    No, I'm -- I'm referring to the year

18   of 2022, coming out of Covid, being an

19   unprecedented time with price increases.

20       Q.    Okay.

21       A.    So -- yeah, I refer to that several

22   times throughout that it was the sheer number

23   due to inflation, passing along cost increases

24   from vendors.  There were a large number of

1    shelf labels in '22.  And our fiscal year

2    starts in February.  We certainly -- it was

3    way too early to see that, you know, but it

4    did start in 2022.

5        Q.   2022 is when you -- when Dollar

6    General realized that it needed to make

7    changes to pricing policies to address the

8    increase -- overall increase in prices that

9    were being seen?

10        MR. TAYLOR:  Objection to form.  You

11    can answer.

12        A.   As the year unfolded and it wasn't

13    readily apparent at the beginning of the year.

14    But yes, as I referred to before, it was -- as

15    it unfolded, these were just numbers we had

16    never seen before.

17    BY MR. EDWARDS:

18        Q.   In terms of the number of price

19    increases?

20        A.   Price -- price increases, yes.

21        Q.   So inflation was happening.  The cost

22    of products in your stores was going up,

23    correct?

24        A.   That's right.

```
 1      Q.   So for Dollar General to continue to
 2   operate at a sufficient profit you had to
 3   increase the prices that you sold those
 4   products for, correct?
 5           MR. TAYLOR:  Objection to form.  You
 6   can answer.
 7      A.   You know, the vendor -- in a lot of
 8   cases the vendor -- we all experienced as
 9   customers things being out of stock because,
10   you know, vendors couldn't keep up with
11   production or they didn't have people to work
12   in their -- in their factories and warehouses.
13   They reformulated a lot of products and -- and
14   also came up with new products.  As the
15   infusion of those type of assortment changes
16   came in, along with what we were already
17   carrying from the vendors, we experienced
18   price increases.  They passed on cost
19   increases to us.
20      Q.   You had to pass those along to the
21   consumer, right, to continue to operate at a
22   profit?
23           MR. TAYLOR:  Objection to form.  You
24   can answer.
```

1      A.    Yes.

2   BY MR. EDWARDS:

3      Q.    So let's walk through this e-mail.

4   Caleb states:  On the call a DM had brought up

5   a concern around pricing since our labels are

6   printed weeks in advance.

7           Did I read that right?

8      A.    You read this right, yes.

9      Q.    It then it goes on to state:  It is

10  many changes as we are seeing on a weekly

11  basis there is a certain that after the new

12  strips are installed by Driveline, we could

13  have many products that are not reflective of

14  the new price, putting us in a compliance

15  risk.

16          Explain what is going on here?

17     A.    Sure.  So what's going on here -- you

18  know, thankfully there was a solve -- what's

19  going on here is 8 weeks in advance of this

20  NCI light project.  The project center that

21  essentially has an order from Dollar General

22  to print these plan-o-grams, to print these

23  shelf strips, to print these labels for our

24  NCI light project.  In order for that vendor

1    to be able to fulfill those orders, they're

2    going to start that work 6 to 8 weeks in

3    advance, and in years prior had not been an

4    issue.  In this new environment in 2022, it

5    becomes an issue.  Because NCI light boxes are

6    being prepared 6 to 8 weeks in advance.  When

7    they land in the store in February, some price

8    changes had been taken that impact what is in

9    that box.

10          That is what Caleb is saying.

11      Q.   Right.  So by the time the -- the

12   pre-printed strips come from Driveline, the

13   price had already gone up but the strips

14   didn't reflect it?

15      A.   That's correct.

16      Q.   Okay?

17      A.   And, you know, they're -- so Caleb is

18   bringing that to me based on what he heard

19   from the district manager, so that we can get

20   to a solution.

21      Q.   Okay.  And this was would have been

22   nationwide, I presume, not any particular

23   state?

24      A.   That's correct.  It would have

1    been -- it would have been nationwide.

2         Q.    Okay.  And what was -- what was the

3    solution and when was it put into effect?

4         A.    The solution that -- and Caleb really

5    presents part of it in his e-mail as well as

6    you can see.  There is two solutions to this

7    issue.  And so Caleb describes one solution,

8    printing plan-o-grams which is a solution.

9    The other solution is what we've talked about

10   earlier and that's a force print.  So once we

11   found out -- and all of this unfolding in real

12   time like, oh, wow, yeah.  Now these boxes

13   have strips that have some number of incorrect

14   prices on them, how are we going to solve

15   that?  So the way that we solved it was to

16   send a force print.  So, you know, we have a

17   SKU list of what went in these boxes for the

18   NCI lights and we partnered, you know, with

19   the appropriate teams.  And the reason that we

20   choose to do a force print is we don't want to

21   put that on the store to have to go do manual

22   scanning and spending time bringing up

23   plan-o-grams and printing them, when it's

24   something that someone upstream can do.  That

1   is so much more efficient.

2        Q.   Okay.

3        A.   So to solve this, we did force

4   prints.

5             MR. EDWARDS:  Let's take what I hope

6   is our last break of the day.

7             THE WITNESS:  Sounds good.

8             (WHEREUPON, A BRIEF RECESS WAS TAKEN

9   AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)

10  BY MR. EDWARDS:

11       Q.   All right.  So while we had a break,

12  I messed up my exhibits a little bit.  So what

13  I'd like for you to do is just skip ahead to

14  Exhibit 16?  We'll just skip Exhibit 15.

15             (WHEREUPON, THE ABOVE-MENTIONED

16  DOCUMENT WAS MARKED AS Exhibit NO. 16 TO THE

17  TESTIMONY OF THE WITNESS, AND IS ATTACHED

18  HERETO.)

19  BY MR. EDWARDS:

20       Q.   And just --

21       A.   It's not here, but let me refresh and

22  try again.

23             THE WITNESS:  Do you have it, Trent?

24             MR. TAYLOR:  I do.

```
 1        A.   Okay, there it is.  Okay, I see it
 2   now.
 3   BY MR. EDWARDS:
 4        Q.   Okay.  So I'm looking at an e-mail
 5   from Mark Cartwright.  Do you know Mark
 6   Cartwright?
 7        A.   I do not.
 8        Q.   Okay.  It appears that he's one of
 9   the district managers from the e-mail?
10        A.   That is in his signature, yes.
11        Q.   Okay.  So here he is reaching out to
12   store compliance and a lot of operations
13   communications and some other individuals.  Do
14   you see that?
15        A.   I do.
16        Q.   And this is in May of 2022.  Do you
17   see that?
18        A.   I do.
19        Q.   This appears to be addressing the
20   same problems that we looked at in the
21   previous exhibit related to Driveline and this
22   issue about Driveline doing plan-o-grams with
23   pricing that are sometimes many weeks old.
24   Does that appear to be the case to you?
```

1          MR. TAYLOR:  Objection to form.  You

2    can answer.

3      A.    Reading through it, it does appear to

4    be the same -- the same situation with a group

5    of POGs that he has discovered in his stores

6    from Driveline.

7    BY MR. EDWARDS:

8      Q.    And just to refresh, when Caleb

9    brought this to your attention in the previous

10   exhibit that was on February 22nd, 2022, and

11   this e-mail dated May 20th, 2022, indicates

12   that the problem was still ongoing; is that

13   fair?

14         MR. TAYLOR:  Objection to form.

15   Objection, misstates prior testimony.  You can

16   answer.

17     A.    What we talked about prior was a

18   project -- was an initiative project.  So this

19   is part of our regular plan-o-gram season.

20   So, you know, typically on projects those do

21   get printed way in advance.  In the case of

22   POGs -- what I think Mark is saying here is

23   the same situation, different -- you know,

24   different things.  This is now -- this is now

```
 1   affecting some plan-o-grams according to Mark.
 2   BY MR. EDWARDS:
 3       Q.   Okay.  Did the situation that Caleb
 4   brought up on February 2nd, 2022, after he had
 5   a call with a DM not involve plan-o-grams?
 6           MR. TAYLOR:  Objection to form.  You
 7   can answer.
 8       A.   It -- it involved a non-core
 9   initiative project.  So, I mean, the answer to
10   that is, no, it didn't involve plan-o-grams.
11   It was a project for a group of specific
12   stores related to non-core project -- or
13   non-core product.
14   BY MR. EDWARDS:
15       Q.   Okay.  Yeah, because if we go back --
16   well, the document -- the document speaks for
17   itself.  It does speak to plan-o-gram labels
18   but --
19           MR. TAYLOR:  Hold on.  Hold on.  Time
20   out.  You can't testify for the witness.  If
21   you want to ask a question, ask your question.
22           MR. EDWARDS:  Yeah, I was in the
23   middle of asking a question when you jumped in
24   there, Trent.  Let's go --
```

```
 1           MR. TAYLOR:  Free feel to --
 2   BY MR. EDWARDS:
 3      Q.   Let's go back to Exhibit 14.  Trent
 4   wants to do this the long way, we can do that.
 5   Go back to Exhibit 14, please?
 6           MR. TAYLOR:  Then I'm just going to
 7   go on the record, Adam, you cannot testify for
 8   the witness, okay?  That's not the long way,
 9   that's the correct way.
10           MR. EDWARDS:  Trent, I'm certainly
11   aware of the law just like you're aware of the
12   law that states that you can't testify during
13   a deposition that I am taking.  So please make
14   your objections, keep them to form and don't
15   give me legal advice because I know -- I know
16   how to take a deposition.  But I appreciate
17   it?
18   BY MR. EDWARDS:
19      Q.   Let's go to exhibit --
20           MR. TAYLOR:  Adam, I'm going to put
21   on the record, I don't think it's appropriate
22   for you to testify for the witness.  Ask your
23   next question?
24           MR. EDWARDS:  Trent, I'm trying to
```

1    ask my next question.  Please shut up so I can

2    do that.

3    BY MR. EDWARDS:

4        Q.    Please go to Exhibit 14.

5            MR. TAYLOR:  Adam -- Adam, I'm not

6    going to let you tell me to shut up on the

7    record.  That is inappropriate.

8            MR. EDWARDS:  Please stop talking so

9    I can ask the question.

10           MR. TAYLOR:  So ask your question.

11   BY MR. EDWARDS:

12       Q.    Please turn to Exhibit 14?  That is

13   the 4th time I've tried?

14       A.    We are there.  We are at Exhibit 14.

15       Q.    Thank you.  Exhibit 14, the last

16   bullet point under project week.  Will you

17   please read that?

18       A.    To insure pricing on all items are

19   correct, print the new plan-o-gram labels for

20   the store net PC and audit the areas that

21   receive plan-o-gram strips during the remodel

22   with an HHC.  Labels printed from store net PC

23   will be the most up-to-date.

24       Q.    Does that suggestion refer to

1    plan-o-grams?

2              MR. TAYLOR:  Objection to form.  You

3    can answer.

4         A.   It -- it does.  And as I understand

5    NCI projects, they involve non-core product.

6    So I'm unsure, in this example -- and I'm --

7    based on what I'm looking at, I'm looking

8    at -- and this is just based on my history and

9    working with Driveline -- I'm looking at a

10   copy paste from a letter of authorization.

11   So, you know, this to me -- I don't understand

12   the last bullet point because NCI is a

13   non-core initiative.

14        Q.   Okay.

15        A.   It doesn't have plan-o-grams.

16        Q.   So let's go to his e-mail to you.

17   The body of the e-mail itself, back on Exhibit

18   14.  Do you see the next to last sentence

19   which starts with "our best practice in

20   Kansas"?

21        A.   I do.  And what Caleb is referring to

22   there --

23        Q.   So will you just read that for me?

24        A.   Our best practice in Kansas to insure

Page 222

1    we are in compliance was to print the

2    plan-o-gram labels from the office printer if

3    we had any plan-o-grams done that were several

4    weeks behind to insure we captured any pricing

5    changes that may have occurred before the set

6    was completed.  I have incorporated the best

7    practice info into the conference call notes

8    below.

9            So from that I glean that Caleb took

10   something from his experience as a DM related

11   to plan-o-grams and added it as a bullet point

12   to a non-core initiative project.  And the

13   non-core project doesn't -- doesn't include

14   plan-o-grams.

15       Q.   So as I understood at a high level,

16   this e-mail exchange from your testimony

17   before -- correct me if I'm wrong -- I

18   understood there to be a problem that Caleb

19   was identifying wherein price changes were

20   happening at an increased rate, correct?

21       A.   Correct.

22            MR. TAYLOR:  Objection to form.  You

23   can answer.

24   BY MR. EDWARDS:

1        Q.   And the materials being sent or being

2   placed by Driveline often include prices that

3   were in some cases weeks old?

4            MR. TAYLOR:  Objection to form.

5   BY MR. EDWARDS:

6        Q.   Is that right?

7        A.   That's correct.  There is one

8   important distinction in that this is a --

9   this is a non-core project that is a launch.

10  It's new.  And so it doesn't exist in the

11  store yet.

12       Q.   Okay.

13       A.   And because it doesn't exist in the

14  store, labels and strips have to be provided.

15  And so what happened in this scenario is there

16  were files for this project that were wrapped

17  up, submitted, off to press we go, you know, 8

18  and 10 weeks in advance to support the zone

19  core project.  Because some non-core does

20  have -- they do have price labels.  In the

21  meantime, someone -- probably the pricing

22  team -- took increases on this non-core

23  product.  Because during -- during the time of

24  unprecedented price changes, we not only

1    changed prices on core products, we changed

2    prices on some non-core products as well.

3         Q.   Okay.  So let's go back to Exhibit

4    16.

5         A.   Okay.

6         Q.   This e-mail from Mark Cartwright, if

7    you would, read the second sentence through

8    the end of that paragraph please?  The

9    sentence that starts with "stores are getting

10   price changes"?

11        A.   Store are getting price changes on a

12   weekly basis which are hung each Tuesday and

13   reflected at the POS.  Driveline then

14   completes a POG revision and hangs the strips

15   that were printed several weeks in the past

16   which represented the old retails.  This is

17   causing numerous price variations across all

18   stores and is placing Dollar General at risk

19   for service disruption and fines from state

20   and federal government agencies.

21        Q.   Okay.  Then he lists a number of

22   specific examples, correct?

23             MR. TAYLOR:  Objection to form.  You

24   can answer?

Page 225

1      A.   He does list examples here.  Yes, I
2  see those.
3  BY MR. EDWARDS:
4      Q.   And then he -- why don't you read me
5  the last sentence on the page, please?
6      A.   Thank you in advance for your support
7  or?
8      Q.   No, sorry.  The last sentence that is
9  on that page?
10      A.   It cares.
11      Q.   It starts with "this is happening"?
12      A.   Poor grammar here.  It starts with
13  this is happening.
14      Q.   Yes, right under the examples.
15      A.   Okay.  What -- what am I missing
16  here?  Right under the examples.  I got you.
17  This is happening across all districts as I
18  have spoken to my peers.
19      Q.   Okay.  So Mark is a district
20  manager -- it appears from -- correct?
21      A.   He is, from his signature.
22      Q.   All right.  It appears from this
23  e-mail that he's spoken to his peers, other
24  district managers, correct?

```
 1      A.   That's --
 2           MR. TAYLOR:  Object to the form.
 3      A.   That's what he's stating.
 4  BY MR. EDWARDS:
 5      Q.   And this problem that he described
 6  that you just read appears to be happening
 7  across all districts according to
 8  Mr. Cartwright, correct?
 9           MR. TAYLOR:  Objection to form.  You
10  can answer.
11      A.   That is what he is stating, yes.
12  BY MR. EDWARDS:
13      Q.   Okay.  Do you know or do you have --
14  do you disagree that this issue with Driveline
15  hanging up prices that didn't reflect in some
16  cases the price changes for these products do
17  you know if that was completely resolved at
18  some point?
19           MR. TAYLOR:  Objection to form.  You
20  can answer.
21      A.   This does not -- I don't have
22  personal knowledge of this.  This does not --
23  it doesn't appear -- you know, this is an
24  e-mail exchange.  What I don't see here --
```

1    what I don't have knowledge of is how does

2    store compliance respond.

3    BY MR. EDWARDS:

4        Q.   Right?

5        A.   So, you know, we see it's from

6    Johanna but I don't see how store compliance

7    responded to it.  And -- and I don't know.

8        Q.   So sitting here today, you don't know

9    one way or the other whether this issue with

10   Driveline has been fixed?

11           MR. TAYLOR:  Objection to form.  You

12   can answer.

13       A.   Sitting here today, the issue with

14   Driveline -- the one that is mentioned here

15   has been solved systemically with force

16   prints.

17   BY MR. EDWARDS:

18       Q.   Okay.  And force prints came along

19   early 2023; is that right?

20           MR. TAYLOR:  Objection to form.  You

21   can answer.

22       A.   I don't recall the exact time.  It

23   may have been -- it may have been Q-4 of last

24   year.  I just -- I don't have recall of what

1  the exact date was.

2  BY MR. EDWARDS:

3     Q.   So our -- sorry.  You go ahead?

4     A.   No, you're fine.  Go ahead?

5     Q.   It looks like force print was

6  introduced at the end of 2022 and implemented

7  in 2023.  Does that sound right?

8          MR. TAYLOR:  Objection to form.  You

9  can answer.

10    A.   I -- I would only be speculating if I

11  said that because it did -- I believe so but I

12  don't have personal knowledge of -- or can't

13  recall the exact date.

14 BY MR. EDWARDS:

15    Q.   Okay, I appreciate that.

16              How were -- how did the

17  communication work with Driveline?  In other

18  words, who communicated with Driveline about

19  assignments?

20         MR. TAYLOR:  Objection to form.  You

21  can answer.

22 BY MR. EDWARDS:

23    Q.   Or what department?

24    A.   It's -- it's a different area of the

Page 229

1   company.  It resides under merchandising

2   support.  Driveline there is -- you know,

3   they're a third-party vendor.  And so

4   oversight of Driveline is managed by -- who is

5   a currently vice president in merchandising

6   support.

7       Q.   What his or her name?

8       A.   His name is Scott Miller,

9       Q.   Scott Miller.  Okay.

10          MR. EDWARDS:  I'm going to mark

11  Exhibit 17.  This is a big one.  I'll warn

12  you, it's a spreadsheet.  So --

13      A.   Okay.

14      Q.   I'll give you plenty of time to let

15  that load.

16          (WHEREUPON, THE ABOVE-MENTIONED

17  DOCUMENT WAS MARKED AS Exhibit NO. 17 TO THE

18  TESTIMONY OF THE WITNESS, AND IS ATTACHED

19  HERETO.)

20      A.   All right.  It's coming over.

21          MR. EDWARDS:  Shoot.  I think I might

22  have to do it again because I don't know if my

23  sticker worked.  It's not stickered.  Okay.

24  I'm going to sticker it.  You know, it's it we

1  let me unlabel to do the stamp.  Well, that's

2  okay.  Maybe the court reporter can figure out

3  how to put a stamp on this big spreadsheet.

4  Actually, this is not a -- this is not a super

5  big spreadsheet.  I think it might be the next

6  one.

7  BY MR. EDWARDS:

8      Q.   I'm just going to ask you if you know

9  what this is?  Have you ever seen this before

10  or do you have any idea what data this might

11  reflect?

12      A.   Well, when I look at the data I -- I

13  understand the headers of the -- with the

14  columns.  What -- you know, what it doesn't

15  have is it doesn't have a title of -- you

16  know, there is no report title.  So it has

17  store numbers, it has an inspection date, the

18  number of items expected -- inspected, an

19  overcharge error rate and a penalty.  So I

20  understand the columns.  I don't necessarily

21  understand, you know, a date range or -- I

22  don't know store numbers by heart necessarily

23  of --

24      Q.   Right?

```
1        A.    -- what areas or anything.
2        Q.    Do you know if these reflect internal
3  audits?
4              MR. TAYLOR:  Objection to form.  You
5  can answer.
6        A.    Well -- and, you know, by the -- when
7  you say, internal audit, and as I'm looking at
8  this, there is a penalty associated with
9  these.
10 BY MR. EDWARDS:
11       Q.    Yeah, that's why I was asking.  The
12 number of items inspected is 50, which is
13 consistent with some of the internal audits
14 that I've seen from Dollar General, but then
15 there is a $300 flat fee penalty page that
16 doesn't make sense I wonder if it makes sense
17 to you?
18       A.    It does not.  The 50 is -- is the
19 number on our store compliance visit, but, you
20 know, we don't do internal findings so I'm not
21 sure what it is.
22       Q.    Right.  You're familiar with a lot of
23 these governmental audits, the way they work.
24 Have you ever seen -- have you ever seen a
```

Veritext Legal Solutions

800-726-7007                                    305-376-8800

1    governmental audit which charged the same

2    penalty at a 6 percent error rate versus a 34

3    percent error rate, for example?

4            MR. TAYLOR:  Objection to form.  You

5    can answer.

6        A.   I can't -- you know, I can't -- as

7    many violations, you know, over the -- you

8    know, over the years, I have seen violations.

9    It seems odd to me that you would have a 6

10   percent at $300 and then a 30 percent at $300.

11   BY MR. EDWARDS:

12       Q.   Right.  Usually the fines go up with

13   the -- the worst of the violation, right?

14       A.   Without a header of the methodology

15   they used, it's -- it's -- you just don't

16   know.

17           MR. EDWARDS:  All right.  What I feel

18   will be the last exhibit -- unless me and

19   Trent get to scrapping again maybe that will

20   throw a few more.  I apologize for saying shut

21   up by the way.

22           MR. TAYLOR:  That's okay.

23           MR. EDWARDS:  It's late and that's

24   not okay, so I apologize.  It's getting late

Page 233

1    here and I'm getting hungry, so we need to

2    wrap this up.

3            MR. TAYLOR:  Adam, Exhibit 18 looks

4    to be the same as Exhibit 17.  I don't know if

5    that was your intention?

6            MR. EDWARDS:  No.

7            THE WITNESS:  It's good a thing these

8    are coming up for you quickly, Trent.

9            MR. EDWARDS:  All right.  So now

10   Exhibit 18 is just a duplicate of Exhibit 17?

11           (WHEREUPON, THE ABOVE-MENTIONED

12   DOCUMENT WAS MARKED AS EXHIBIT NO. 18 TO THE

13   TESTIMONY OF THE WITNESS, AND IS ATTACHED

14   HERETO.)

15           MR. EDWARDS:  And this will now be

16   Exhibit 19.

17           (WHEREUPON, THE ABOVE-MENTIONED

18   DOCUMENT WAS MARKED AS Exhibit NO. 19 TO THE

19   TESTIMONY OF THE WITNESS, AND IS ATTACHED

20   HERETO.)

21           MR. EDWARDS:  Because there may be a

22   way to figure out how to mark the exhibit box

23   but I haven't figured it out.  I don't think

24   it lets you delete them.

1    BY MR. EDWARDS:

2        Q.    Okay.  Just let me know when you're

3    there?

4        A.    Okay.  Just waiting for it to come

5    up.  Okay.  Is this 6 pages with a header at

6    the top that says, NOV Report.  Is that what I

7    should be looking at?

8    BY MR. EDWARDS:

9        Q.    Correct.  That's correct?

10       A.    Okay.  Because it's marked 18 --

11   well, it's marked Exhibit 19, 18 spreadsheet.

12       Q.    Right?

13       A.    Okay.

14       Q.    Is this a document that you're

15   familiar with?

16       A.    I'm just reviewing the -- I

17   understand the data that is on the document.

18   I'm not -- I don't recall this coming to me in

19   the form of an e-mail.  It's not familiar to

20   me in that way.  It has an odd formatting to

21   it.

22       Q.    It does.  What is -- do you know what

23   NOV is?

24       A.    Notice of violation.

1      Q.   Okay.  So this appears to summarize

2   in New York, pricing violations in 2021.  Is

3   that what it looks like to you?

4      A.   If I scroll through trying to get

5   down to page 3 there is Erie.  I don't

6   understand page 4.  There is more Erie.  Yeah,

7   that is what it appears to be.

8      Q.   Okay.  All right.  And unlike the

9   last document, this appears to be kind of all

10  over the place in terms of the -- the fine

11  exposure amount, right?  They vary.

12          MR. TAYLOR:  Objection to form.  You

13  can answer.

14  BY MR. EDWARDS:

15     Q.   Do you see the fine exposure amounts

16  vary?

17     A.   I do.  I see that there are no

18  amounts and then varying amounts from 100 on

19  up.

20     Q.   I think I understand what NOV

21  inspection type weights and measures means.

22  Do you know what UPC means?

23     A.   UPC stands for universal product code

24  and so I know what a UPC is.  It's a number

1   with an accompanying barcode -- in the context

2   of this report, I don't know how they're using

3   it.

4       Q.   Yeah.  Okay.  I don't either, thought

5   I would ask.

6           MR. EDWARDS:  Okay.  I am at the end

7   of my list of things to ask you about.  Give

8   me 5 minutes to talk with co-counsel and then

9   I suspect we'll wrap it up.  Sound good?

10          MR. TAYLOR:  Sounds good.

11          THE WITNESS:  Sounds good.

12          MR. EDWARDS:  Okay.  Thank you.

13          (WHEREUPON, A BRIEF RECESS WAS TAKEN

14   AND THE PROCEEDINGS CONTINUED AS FOLLOWS:)

15          MR. EDWARDS:  All right.  I have no

16   more questions for this witness.

17          MR. TAYLOR:  All right.  I don't have

18   any questions either, so I guess we're done.

19   And Madam Court Reporter, I don't know if

20   there is any other administrative things that

21   you need from us, but we'll read and sign.

22

23          (WHEREUPON, THE DEPOSITION CONCLUDED

24   AT 5:28 p.m.)

1          (AND FURTHER DEPONENT SAITH NOT)

2        (SIGNATURE NOT WAIVED)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    C E R T I F I C A T E
2

STATE OF TENNESSEE
3

COUNTY OF SHELBY
4
5           I, Dana May Webb, LCR #109, Licensed
    Court Reporter, in and for the State of
6   Tennessee, do hereby certify that the above
    proceeding was reported by me, and the
7   transcript is a true and accurate record to
    the best of my knowledge, skills, and ability.
8
            I further certify that I am not related
9   to nor an employee of counsel or any of the
    parties to the action, nor am I in any way
10  financially interested in the outcome of this
    case.
11
            I further certify that I am duly
12  licensed by the Tennessee Board of Court
    Reporting as a Licensed Court Reporter as
13  evidenced by the LCR number and expiration
    date following my name below.
14
            I further certify that this transcript
15  is the work product of this court reporting
    agency and any unauthorized reproduction
16  and/or transfer of it will be in violation of
    Tennessee Code Annotated 39-14-104, Theft of
17  Services.
18
19
            Dana May Webb, CCR, LCR #109
20          Expiration Date 06-30-2024
            VERITEXT CORPORATION
21          236 Adams Avenue
            Memphis, Tennessee 38103
22
23
24
25

Page 239

1    Trent Taylor, Esq.

2    rtaylor@mcguirewoods.com

3                         December 28, 2023

4    RE: Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

5        12/14/2023, Mia Savaloja, Volume II (#6347862)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   transcripts-fl@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25

1   Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

2   Mia Savaloja, Volume II (#6347862)

3             E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Mia Savaloja, Volume II Date

25

Page 241

1    Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

2    Mia Savaloja, Volume II (#6347862)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Mia Savaloja, Volume II, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____ _____

12    Mia Savaloja, Volume II Date

13    *If notary is required

14                         SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                         _____ DAY OF _____, 20___.

16

17

18                         _____

19                         NOTARY PUBLIC

20

21

22

23

24

25

**[00558 - 24th]**

**0**

**00558**   136:7
**06-30-2024**
   238:20
**08902**   138:5

**1**

**1**   183:10 190:10
   192:16,19 194:5
   194:13,14,17
   195:8 197:2
   202:16 204:7,20
**1.00**   165:2
**10**   139:13
   163:21 180:8,11
   194:13 223:18
**10.65**   165:11
**100**   154:19
   157:2,15 177:9
   235:18
**101**   138:4
**1065**   164:24
   177:18
**109**   238:5,19
**11**   139:14 185:2
   185:23 189:9,11
   190:22 191:1
**11.78**   151:14
**1100**   138:7
**11:34**   207:14
**12**   139:15
   193:16,18
   196:14
**12/14/2023**
   239:5

**13**   139:16 197:7
   197:9 203:16
**130**   138:4
**14**   136:16
   139:17 205:9,11
   219:3,5 220:4
   220:12,14,15
   221:18
**141**   139:3
**142**   186:18
**14th**   137:2
**15**   139:18
   194:15 202:23
   215:14
**152**   139:8
**1520**   138:4
**16**   139:19 190:9
   190:12 194:17
   198:9,10,12,20
   204:5,18,19,22
   215:14,16 224:4
**166**   139:9
**169**   139:10
**17**   139:20,21
   229:11,17 233:4
   233:10
**17,550**   153:24
**173**   139:11
**179**   139:12
**17th**   155:1
   166:13 173:2,11
   173:13,17
   174:16,20 175:7
**18**   139:21
   160:21 203:16

   233:3,10,12
   234:10,11
**181**   139:13
**18th**   173:19
**19**   139:22
   233:16,18
   234:11
**190**   139:14
**194**   139:15
**198**   139:16
**1st**   147:24

**2**

**2**   173:7 174:12
   175:8 177:22,23
   185:14
**20**   241:15
**2019**   187:2
**2020**   179:2
**2021**   191:3
   195:10 201:10
   235:2
**2022**   140:8
   143:12 146:8,9
   146:16,17 155:1
   159:9 166:13
   167:10 173:2,11
   173:13 174:20
   175:7 196:18
   197:18,24 198:1
   198:21 202:15
   206:11 209:18
   210:4,5 213:4
   216:16 217:10
   217:11 218:4
   228:6

**2023**   136:16
   137:2 140:11
   142:3 144:23
   145:17 146:7,17
   146:21 147:23
   157:23 158:23
   169:2 170:9
   171:24 172:16
   173:5,14,19
   174:17,21 175:8
   175:12 176:1
   177:2 182:3
   183:21 190:20
   200:5,22 201:3
   227:19 228:7
   239:3
**2043**   150:2
**206**   139:17
**20th**   217:11
**21**   177:16
**216**   139:18,19
**22**   147:1,2
   155:22 166:12
   210:1
**22nd**   217:10
**230**   139:20
**23219**   138:13
**234**   139:21,22
**236**   136:21
   138:23 238:21
**24**   187:22
**247-0080**   138:8
**24th**   171:24
   172:15 173:4,14
   174:17 175:8,12

176:5 177:2
**26646** 238:19
**28** 239:3
**2:30** 137:5
**2nd** 206:11
207:13 218:4

**3**

**3** 167:14 235:5
**30** 187:22
232:10 239:17
**300** 231:15
232:10,10
**30th** 170:9
**31st** 183:21
**34** 232:2
**37** 177:3
**37929** 138:8
**38103** 136:22
138:23 238:21
**39-14-104**
238:16
**39005** 191:19

**4**

**4** 145:1 149:24
193:12 202:2,8
202:9,10,11,11
202:14 203:13
227:23 235:6
**4-5-2022** 202:1
203:14
**4375** 155:2
166:11 172:21
**44** 186:4

**45** 158:18
161:20
**49** 185:2,11,19
**4th** 220:13

**5**

**5** 139:8 151:22
151:24 153:16
164:13 172:20
173:2,11,12
175:5 177:24
178:7 203:7,12
203:15 204:8,12
204:20 236:8
**5-0** 164:19
**50** 158:17 160:3
160:14,20
231:12,18
**52** 145:12
**523-8974**
138:24
**53** 140:7,15
143:12 144:2
176:2
**5438** 177:14
**5450** 164:14
**569** 151:8
**58** 197:1
**5:28** 236:24
**5th** 197:18
202:15

**6**

**6** 139:9 165:20
165:22 166:20
167:2 213:2,6

232:2,9 234:5
**6-14** 169:1,12
**6-14-23** 169:18
**63** 177:8
**6347862** 239:5
240:2 241:2
**68** 167:14,18,22

**7**

**7** 139:10 168:11
168:13
**7-31** 183:10
184:3
**70** 203:14
**75** 142:21
**77** 202:16
**78** 155:6,22
172:20
**7:23** 136:7

**8**

**8** 139:11 172:6,8
172:14 177:1
212:19 213:2,6
223:17
**8-1** 183:17
184:5
**800** 138:7,12
**865** 138:8
**8th** 167:10

**9**

**9** 139:12 167:6
178:15,21 203:3
**9.65** 165:5
177:17

**90** 158:20
161:21
**901** 138:24
**901-523-8974**
136:22
**925** 167:6
**965** 164:23
**98** 192:24 194:4
194:9 195:7
196:6

**a**

**ability** 191:3
238:7
**able** 143:9
148:12 181:2
192:15 213:1
**abnormally**
155:10
**above** 151:23
165:21 168:12
172:7 178:20
180:10 189:10
193:17 197:8
205:10,20
215:15 229:16
233:11,17 238:6
239:6 241:7
**absolutely**
157:12
**acceptable**
157:3 167:19
195:11 203:21
203:21 204:1
**accompanying**
163:23 236:1

**[accountability - answer]**

**accountability**
161:5,13 162:6
**accuracy** 142:22
155:23 156:11
157:1 158:10,18
161:16 166:13
167:13,18 177:2
177:6 189:5
239:9
**accurate** 151:11
151:13 157:7
173:24 238:7
**accurately**
162:18
**acknowledge...**
241:3
**acknowledgm...**
239:12
**acronym** 187:2
**action** 147:4,8
148:3,4 149:9
190:19 238:9
**activity** 142:6,7
183:7
**actual** 188:15
**actually** 140:10
162:1 168:19
169:4,10 170:5
179:12 181:24
183:22 209:7
230:4
**adam** 138:6
168:21 173:15
174:10 194:11
205:14 219:7,20

220:5,5 233:3
**adams** 136:21
138:23 238:21
**add** 180:8
**added** 159:6
222:11
**additions** 241:6
**address** 145:2
147:5 171:7,20
190:20 210:7
**addressed** 179:7
**addresses** 153:5
205:2
**addressing**
147:9 148:5
216:19
**administration**
156:20
**administrative**
179:9,13 236:20
**administrator**
170:16,18
**advance** 212:6
212:19 213:3,6
217:21 223:18
225:6
**advice** 219:15
**advise** 176:9
**aedwards** 138:9
**affairs** 179:4
**affect** 185:6
186:4
**affecting** 218:1
**affects** 186:18

**affirmative**
191:20
**affordable**
187:7
**agencies** 224:20
**agency** 238:15
**aggregates**
150:20
**aggregating**
150:22
**agree** 175:9,10
177:3 192:19
**ahead** 151:21
168:10 172:5
180:7 191:24
192:1 194:23
197:6 205:7
215:13 228:3,4
**aisle** 178:4
**al** 239:4,4 240:1
240:1 241:1,1
**alex** 201:9
**align** 204:10
**allotted** 239:20
**allow** 147:7
200:5
**allows** 189:3
190:15
**alpha** 136:21
138:22
**alternative**
136:10
**amount** 159:15
160:22 235:11

**amounts** 235:15
235:18,18
**analyst** 192:3
**analytical** 149:4
**analytics** 148:17
149:6 150:24
**anecdotal**
149:14
**anecdotally**
147:16 176:15
**annotated**
238:16
**announced**
200:12 201:9
**answer** 140:13
142:5 143:2,14
145:5 147:11,12
148:7,15 149:11
152:16 154:7,8
155:12 156:3,14
157:5 158:1
159:18 160:8
161:10 162:11
162:21 164:1
165:15 167:21
169:23 170:1
175:18 176:13
176:14 177:5
178:2 184:15,23
192:21 195:13
195:23 196:22
198:4,24 199:17
200:10 201:1
202:20 203:24
209:16 210:11

211:6,24 217:2
217:16 218:7,9
221:3 222:23
224:24 226:10
226:20 227:12
227:21 228:9,21
231:5 232:5
235:13
**answered**
149:11
**answers** 148:12
**apologize**
232:20,24
**apparent**
210:13
**appear** 189:2
216:24 217:3
226:23
**appeared**
179:12
**appears** 153:23
171:19 178:3
181:18 182:1
190:22 191:1
204:22 205:19
208:24 209:1
216:8,19 225:20
225:22 226:6
235:1,7,9
**appended** 241:7
**applicable**
239:8
**apply** 179:20
**appreciate**
170:3 219:16

228:15
**appropriate**
214:19 219:21
**approval**
156:21
**approximately**
137:5
**april** 147:24
197:18,24
198:21 202:15
**area** 147:13
166:17 188:3
228:24
**areas** 220:20
231:1
**arm** 151:5
**arno** 166:14,22
**asked** 149:11
174:11
**asking** 152:8
174:3 206:1
207:15 218:23
231:11
**assess** 147:7
148:12 190:16
200:6
**assessed** 153:24
**assigned** 190:12
**assignments**
228:19
**associated**
231:8
**assortment**
187:19 211:15

**attached** 152:1
165:23 168:14
172:9 178:22
180:12 189:12
193:19 197:10
205:12 215:17
229:18 233:13
233:19 239:11
**attention** 217:9
**attorney** 239:13
**audit** 140:8
141:1 142:2,22
144:3,21 158:3
158:6,11,16
159:13 160:13
160:14 161:1,11
175:14,21,24
177:22 220:20
231:7 232:1
**auditing** 161:23
**audits** 143:11
149:20 157:21
157:22 158:24
159:1,10 160:3
160:4,11,19,22
161:15 162:8,19
231:3,13,23
**authorization**
221:10
**available**
191:14 200:3
201:3,6,8 239:6
**avenue** 136:21
138:23 238:21

**average** 156:6
202:2,9,12
203:14
**aware** 143:19
157:20 219:11
219:11

## b

**b** 136:8 149:1
**back** 140:6
147:21 152:20
153:18 159:8
173:8 183:14
191:3 195:9
196:5 200:17
201:11 204:17
218:15 219:3,5
221:17 224:3
**bag** 208:14,16
**balanced**
182:22
**barcode** 236:1
**barriers** 207:2
**based** 154:8
161:11 176:24
183:8 190:14
192:9 213:18
221:7,8
**basically** 144:6
153:7
**basis** 163:5
164:6 212:11
224:12
**bates** 164:13
177:14 191:19

**beginning** 137:4
142:3 147:14
158:23 193:8
204:18 210:13
**behalf** 136:4
137:3
**behavior** 163:11
**behest** 158:12
**believe** 145:12
146:5 168:19
172:6 202:8
203:9 204:11
228:11
**bessy** 168:3
**best** 148:10
182:20 198:15
198:21 206:1
221:19,24 222:6
238:7
**better** 167:14
181:7
**bi** 199:19,19,23
200:2,21 201:2
**big** 141:13
142:2 144:21
175:14 180:19
229:11 230:3,5
**bigger** 180:15
**bit** 150:15
153:19 166:7
170:22 215:12
**blaich** 148:24
**blankets** 187:8
**blip** 183:1

**blue** 188:6
**blurry** 203:1,18
**board** 238:12
**body** 221:17
**bonnie** 168:2,3
168:4
**bottom** 177:15
190:9 207:14
**box** 213:9
233:22
**boxes** 171:13
213:5 214:12,17
**break** 178:7
201:16 215:6,11
**breakdown**
188:14 202:7,9
202:10
**breaks** 159:14
160:5
**brief** 178:10
181:11 189:21
215:8 236:13
**bringing** 213:18
214:22
**brought** 209:2
212:4 217:9
218:4
**brunswick**
138:5
**bryson** 138:6
**bullet** 183:13
185:12,14
220:16 221:12
222:11

**bunch** 161:9
183:3
**business** 148:17
149:6 150:24

**c**

**c** 138:1 149:1
238:1,1
**caleb** 180:2,3
181:17 182:24
183:6,24 185:4
206:11 207:15
209:10 212:4
213:10,17 214:4
214:7 217:8
218:3 221:21
222:9,18
**caleb's** 182:16
209:1
**calendar** 140:10
140:17 176:4
**call** 144:9,12,15
153:11 155:22
158:19 159:5
187:4 206:15,16
209:2 212:4
218:5 222:7
**called** 143:24
187:11
**canal** 138:12
**candles** 187:8
**capped** 145:24
**captured** 171:1
222:4
**capturing**
159:22 170:16

170:18 192:8,11
**cares** 225:10
**carmen** 136:4
**carrier** 176:21
**carrying** 211:17
**cartwright**
216:5,6 224:6
226:8
**case** 136:7
216:24 217:21
238:10
**cases** 169:19
211:8 223:3
226:16
**categories** 141:7
141:10,13
**category** 188:18
**causing** 224:17
**cc** 153:10,11
170:13
**ccr** 238:19
**center** 208:15
212:20
**certain** 168:23
212:11
**certainly** 155:14
164:5,5 176:6
196:6,9 210:2
219:10
**certify** 238:6,8
238:11,14
**cetera** 194:15
194:15 200:8
201:17

chain  185:4,9
  185:12,13,15,18
  185:21
challenged
  154:4
change  148:1
  185:20,21 187:4
  188:12 200:4
  240:4,7,10,13
  240:16,19
changed  187:8
  224:1,1
changes  142:2
  174:15 183:22
  184:8,12 188:16
  189:4 195:9,19
  198:17 201:20
  210:7 211:15
  212:10 213:8
  222:5,19 223:24
  224:10,11
  226:16 239:10
  241:6
charge  157:17
  164:23 176:21
  177:17 190:11
charged  232:1
chart  182:10
  194:13
charts  149:17
check  154:14
  158:17 159:4
  191:8 201:13
checked  141:3
  154:20 155:7

167:15 177:9,14
checking  162:2
checks  162:4
choice  171:13
choose  214:20
chose  141:5,7
chosen  142:12
chugging
  181:16
civil  137:8
clarifying  160:9
clearly  155:16
click  199:8
closer  153:19
code  235:23
  238:16
coleman  138:6
collier  138:16
color  186:20
column  188:6
columns  230:14
  230:20
come  154:10
  166:11 176:8
  199:14 213:12
  234:4
comes  170:23
  179:3 208:14
coming  166:6
  180:18 181:4
  209:18 229:20
  233:8 234:18
communicate
  153:8

communicated
  228:18
communication
  228:17
communicatio...
  143:4 151:4
  216:13
company
  136:21 138:22
  147:7 229:1
competency
  137:12
compilation
  143:10 184:24
complement
  163:3
complete  241:8
completed
  171:24 197:2
  222:6 239:17
completely
  226:17
completes
  224:14
compliance
  145:11 147:13
  147:19,22
  152:17,21 153:9
  154:9 155:20,21
  156:9 158:21
  159:3 161:1,22
  162:4 180:5
  181:19,24
  183:17 184:6,18
  193:5,11 197:22

198:2 201:9
  205:5 212:14
  216:12 222:1
  227:2,6 231:19
concern  209:3
  212:5
concluded
  236:23
conducted
  158:12
conducting
  158:16
conference
  206:15,16 222:7
confirm  140:14
  147:22 179:23
confused  190:13
consent  137:4
consider  155:9
  155:24
consistent
  199:23 231:13
consistently
  162:7
consumables
  187:2
consumer  179:4
  211:21
content  174:9
  180:22
context  155:13
  199:1 236:1
continually
  146:2

continue 198:17 200:21 211:1,21
continued 178:11 181:12 189:22 215:9 236:14
conversation 149:15
cooler 149:14
coolers 142:13
copied 152:23 153:20 154:12 182:5 205:3
copies 239:14
copy 176:18,20 205:4,15 221:10
core 141:18 182:11 185:2,19 187:20 193:1 194:5 195:18 197:17 206:19 209:9,12 218:8 218:12,13 221:5 221:13 222:12 222:13 223:9,19 223:19,22 224:1 224:2
corporation 136:8 238:20 239:4 240:1 241:1
correct 140:11 142:3,8 153:14 157:23 164:24 171:22 172:1

177:9,10,11 178:16 183:18 183:19 184:13 185:12,22 186:1 186:6 188:13 193:2,14 194:7 195:11,21 196:23 198:13 198:14 199:24 200:1,8,11,18 201:18 202:4,5 202:7,13,18,24 203:17,19,22 208:2,3 210:23 211:4 213:15,24 219:9 220:19 222:17,20,21 223:7 224:22 225:20,24 226:8 234:9,9 241:8
corrections 241:6
correctly 162:18 183:11
cost 209:23 210:21 211:18
counsel 137:4 236:8 238:9 239:14
count 151:7 164:17 188:10
counting 142:19
county 152:13 170:11 179:3 238:3

couple 153:1 160:12 169:13 182:15
court 136:1 138:21,22 230:2 236:19 238:5,12 238:12,15
covered 160:13
covid 209:18
create 187:6
created 143:18
creation 188:21
curious 161:13
current 192:12
currently 190:4 229:5
customer 207:11
customers 187:7 211:9
cv 136:7
cynthia 166:14 166:22

**d**

d 136:8 139:1
dana 138:22 238:5,19
daniel 148:24 149:5 172:3
dann 138:4
dark 201:10
data 139:8 142:20 143:10 143:15,17,17 148:3 149:18

150:21,22 151:5 159:13,22 161:2 161:9 230:10,12 234:17
database 170:17 170:19
date 150:8 151:15 173:18 179:8 200:19 220:23 228:1,13 230:17,21 238:13,20 240:24 241:12
dated 197:18 206:11 217:11
dates 145:9 168:22 170:4 182:2
day 137:2 164:17 165:4 177:16 183:21 215:6 241:15
days 158:18,20 161:20,21 239:17
deal 193:22
december 136:16 137:2 145:23 167:10 191:13 195:10 239:3
decision 148:17 186:14
decisions 186:15

declare 241:4
decor 187:7
dedicated
 193:13
deemed 241:6
defendant 137:3
 138:10
defendants
 136:11
delayed 166:7
delete 233:24
delight 206:20
demonstrated
 177:22
department
 150:21 153:7
 156:15,16 179:3
 228:23
deponent 237:1
 239:13 241:3
deposing 239:13
deposition
 136:13 137:1,6
 153:17 219:13
 219:16 236:23
described
 160:14 184:11
 226:5
describes 214:7
description
 182:12
details 199:8,8,9
 199:9,10,10
 201:12,18

developed
 146:11
different 153:1
 160:12 167:5
 169:16 182:2
 186:18,20,21
 187:12,18 192:6
 192:7,11 197:20
 217:23,24
 228:24
direct 139:3
 140:4
directions
 171:15
directly 179:7
director 143:4
 154:16 162:23
 163:2,7,8,10
 190:5
directors 190:7
 190:16
disagree 174:11
 174:24 198:20
 226:14
discovered
 217:5
discrepancy
 178:5
discussed
 175:15
discussing
 144:22 145:3
disposed 137:14
disruption
 224:19

distinction
 223:8
distribute
 154:10
district 136:1,1
 158:15 160:13
 161:8,17,22
 162:1,7,14,17
 162:22 163:6,9
 163:15 191:8
 199:9 205:3,6
 209:2 213:19
 216:9 225:19,24
districts 163:3
 225:17 226:7
division 190:10
 192:16,19 194:5
 194:10,13,14,16
 194:18,20,23
 195:8 197:2
 199:8 201:17
 202:1,16,16
 203:6,11,15
 204:7,8,11,12
 204:16,20
dm 212:4 218:5
 222:10
dms 164:7
document 143:9
 150:2,17,19
 151:16,17,19,24
 152:9 165:22
 168:13 172:8
 175:11 178:21
 180:11,15

181:23 182:7,13
 182:14 189:1,11
 191:2 193:18
 197:9 205:11
 215:16 218:16
 218:16 229:17
 233:12,18
 234:14,17 235:9
documentation
 153:22
documents
 152:10,12,18,22
 152:24 153:14
 169:17 174:24
doing 146:13
 162:3,4 180:20
 216:22
dolgen 136:8,9
dolgencorp
 136:9
dollar 136:8
 147:6 154:3
 157:3,20 158:7
 158:12 159:13
 159:22 160:18
 166:15 167:19
 168:6 171:6
 173:18 177:21
 187:5 193:9
 194:6 195:11
 203:22 206:18
 207:21 208:22
 210:5 211:1
 212:21 224:18
 231:14 239:4

240:1 241:1
**dollargeneral....**
　171:5
**driveline** 207:16
　207:19,20,23
　208:19,23
　212:12 213:12
　216:21,22 217:6
　221:9 223:2
　224:13 226:14
　227:10,14
　228:17,18 229:2
　229:4
**due** 209:23
**duly** 140:2
　238:11
**duplicate**
　139:21 233:10
**dvpa** 204:16

**e**

**e** 138:1,1 139:1
　139:10,13,14,15
　139:16,17,19
　168:23 169:11
　169:13,16,18,19
　170:9,23 171:4
　171:7,13,20,23
　172:2 181:17
　182:8 183:6
　189:2 190:2
　191:21 193:3
　197:15,21 198:2
　198:5 204:18,22
　205:5,16,24
　206:10 209:1

212:3 214:5
216:4,9 217:11
221:16,17
222:16 224:6
225:23 226:24
234:19 238:1,1
240:3,3,3
**earlier** 141:23
　151:1 157:22
　162:6 169:13
　170:22 175:15
　177:23,23
　190:15 206:17
　214:10
**early** 146:13,14
　146:20 190:20
　200:5 209:8
　210:3 227:19
**easier** 169:8
**edwards** 138:6
　139:3 140:5,19
　142:17 143:7,22
　145:15 147:20
　148:9,21 149:16
　151:21 152:3,7
　152:19 154:18
　155:18 156:8,24
　157:8 158:9
　160:1,15 162:15
　162:24 163:18
　164:11 165:18
　166:1 168:1,18
　169:3,14 170:2
　170:7 172:4,12
　173:20 174:2,6

174:14,23 175:2
175:22 176:23
177:7 178:6,12
178:17,24 180:7
180:14,24 181:6
181:14 184:19
185:7 189:8,14
190:1,24 191:17
192:23 193:15
193:21 194:2,12
195:4,16 196:7
196:24 197:6,14
199:4,21 200:20
201:4,14 202:22
204:3 205:7,17
206:3,9 208:9
210:17 212:2
215:5,10,19
216:3 217:7
218:2,14,22
219:2,10,18,24
220:3,8,11
222:24 223:5
225:3 226:4,12
227:3,17 228:2
228:14,22
229:10,21 230:7
231:10 232:11
232:17,23 233:6
233:9,15,21
234:1,8 235:14
236:6,12,15
**effect** 214:3
**effective** 148:5
　148:13 149:8

161:4 184:16
**effectiveness**
　147:8
**efficient** 215:1
**effort** 143:19
　182:19
**efforts** 143:20
**either** 150:23
　161:10 204:19
　236:4,18
**element** 196:9
**employed** 168:6
**employee**
　166:15 208:23
　238:9
**employees**
　158:8
**ends** 150:2
　164:13
**engaged** 160:18
**entered** 171:10
**entire** 142:11
**entity** 158:14
**environment**
　213:4
**equipment**
　196:11
**erie** 235:5,6
**errata** 239:11
　239:13,17
**error** 157:18
　230:19 232:2,3
**esq** 138:3,6,11
　239:1

essentially 212:21
essex 170:11
establish 188:7
et 194:15,15 200:8 201:17 239:4,4 240:1,1 241:1,1
event 144:15,16 144:20,21,23
evidenced 238:13
exact 145:8,9 169:12 227:22 228:1,13
exactly 144:5
examination 139:2 140:4
examined 140:2
example 142:21 145:8,10 146:4 149:20 157:15 161:13 162:5 164:17 196:16 221:6 232:3
examples 169:10 224:22 225:1,14,16
excerpt 205:16
exchange 222:16 226:24
execute 184:17 208:19
executing 198:15,21

execution 197:17
executioners 208:12
exhibit 139:5,8 139:8,9,10,11 139:12,13,14,15 139:16,17,18,18 139:19,20,21,21 139:22 149:24 151:22,22,24 153:16 164:13 165:19,20,22 167:2 168:11,11 168:13,20 172:5 172:6,8,14,20 173:2,11,12 175:5,6 177:1 177:24 178:13 178:15,21 180:8 180:11,20 189:9 189:11 190:22 191:1 193:16,16 193:18 196:14 197:7,7,9 205:8 205:9,11,21 215:14,14,16 216:21 217:10 219:3,5,19 220:4,12,14,15 221:17 224:3 229:11,17 232:18 233:3,4 233:10,10,12,16 233:18,22

234:11
exhibits 215:12
exist 223:10,13
expected 230:18
experience 176:20 207:11 222:10
experienced 171:12 211:8,17
experiencing 145:23 146:1
experts 208:5
expiration 238:13,20
explain 153:13 212:16
exposure 235:11,15
extra 183:3 193:12

**f**

f 238:1
fact 194:4 195:7
factories 211:12
fail 161:11
failed 149:20 167:5,23 177:22
fails 162:7 239:19
failure 195:17 196:19
fair 165:13 189:5,7 217:13
fairly 188:22

familiar 152:10 182:7,8 192:9 209:10 231:22 234:15,19
fashion 190:18 195:9
february 161:5 179:2 196:17 206:11 207:13 210:2 213:7 217:10 218:4
federal 137:7 224:20
fee 231:15
feel 169:6 219:1 232:17
fell 195:14
field 154:11 155:16 156:18
figure 163:19 168:24 169:9 192:16,17 230:2 233:22
figured 169:20 233:23
file 166:5
files 223:16
financially 238:10
findings 231:20
fine 154:13,15 156:20 171:21 228:4 235:10,15
fined 149:21

**[fines - getting]**

**fines** 150:9
151:16 154:4,9
170:10 224:19
232:12
**firm** 138:4,21
**first** 140:2,10
142:12 150:16
168:19 173:9,10
175:6 177:13
183:16 184:9
185:11 198:7
201:8 206:21
209:4,8
**fiscal** 140:7,15
140:17,22
143:12 145:11
145:12 147:2
176:2,4 210:1
**fixed** 169:23
227:10
**fl** 239:15
**flat** 231:15
**flip** 150:1
177:12 191:18
**florida** 150:12
**follow** 140:7
171:14
**following** 142:2
196:18 238:13
**follows** 140:2
178:11 181:12
189:22 215:9
236:14
**force** 146:4,10
146:10,13

214:10,16,20
215:3 227:15,18
228:5
**forced** 145:20
**forecast** 181:19
183:8,16,18
**forecasting**
189:3
**forecasts** 182:1
**foregoing** 241:5
**forgot** 166:7
**form** 142:4
143:1,13 145:4
147:10 148:6,14
149:10 152:15
154:6 155:11
156:2,13 157:4
157:24 159:17
160:7 162:10,20
163:16,24
165:14 167:20
175:16 176:12
177:4 178:1
184:14,22 189:6
190:23 191:4
192:20 194:9
195:12,22
196:21 198:3,23
199:16 200:9,24
201:7 202:19
203:23 208:8
209:15 210:10
211:5,23 217:1
217:14 218:6
219:14 221:2

222:22 223:4
224:23 226:2,9
226:19 227:11
227:20 228:8,20
231:4 232:4
234:19 235:12
**formal** 163:5
**formalities**
137:9
**format** 149:18
199:18
**formats** 187:8
**formatting**
234:20
**forms** 137:9
**forth** 144:1
177:13 199:6
**forward** 145:14
150:1 152:22
173:4 179:22
**forwarding**
171:18
**found** 155:5
214:11
**four** 147:4,8
148:4 149:8
153:2
**fourth** 177:15
**frame** 158:4
190:20 209:7
**free** 169:6 219:1
**freezers** 142:14
**frequency**
161:18,19

**front** 140:17
176:4 186:21
**fulfill** 213:1
**full** 175:21,23
176:3 205:15
**fullment** 208:15
**function** 153:3
**further** 237:1
238:8,11,14

**g**

**gay** 138:7
**general** 136:8
147:6 154:3
156:10 157:3,20
158:7,13 159:13
159:22 160:18
166:16 167:19
168:6 171:6
173:18 187:5
193:9 194:6
195:11 203:22
206:18 207:22
208:22 210:6
211:1 212:21
224:18 231:14
239:4 240:1
241:1
**generally**
150:21 152:21
182:2
**generated**
172:19 182:13
182:15
**getting** 161:8
162:7 179:15,17

**[getting - hope]**

224:9,11 232:24
233:1
**give** 148:22
164:19 174:18
219:15 229:14
236:7
**given** 241:9
**gives** 202:6,8
**giving** 205:23
**glean** 222:9
**go** 145:13
147:21 151:21
153:18,23
157:14 164:16
165:19 168:10
172:4 173:8
180:7 184:10
186:16 187:20
189:8 191:24
192:1 194:23
196:4 197:6
198:7 199:5
203:6 205:7
208:19 214:21
218:15,24 219:3
219:5,7,19
220:4 221:16
223:17 224:3
228:3,4 232:12
**goal** 157:12
**goes** 185:15
212:9
**going** 142:12,14
162:1 163:4
169:4,21 180:8

181:9 183:3,7
185:1,6 186:16
196:4,4,5
204:17 205:23
210:22 212:16
212:17,19 213:2
214:14 219:6,20
220:6 229:10,24
230:8
**good** 171:16
178:7,12 181:15
215:7 233:7
236:9,10,11
**gosh** 141:14
**gotten** 179:18
**government**
149:20 160:19
224:20
**governmental**
158:13 160:22
231:23 232:1
**grainy** 150:15
**gram** 142:11,15
186:3 188:21,21
208:6,14 217:19
218:17 220:19
220:21 222:2
**grammar**
225:12
**grams** 208:4,18
212:22 214:8,23
216:22 218:1,5
218:10 221:1,15
222:3,11,14

**graphs** 149:17
**gray** 188:6
**green** 185:16
186:4,8,19
**grossman** 138:7
**group** 147:17
151:5 158:6,7
183:20 188:20
188:23 217:4
218:11
**guess** 236:18
**guys** 178:8
186:7 207:23

**h**

**h** 149:1 240:3
**half** 207:8
**hallway** 149:14
**handing** 207:16
**hanging** 226:15
**hangs** 224:14
**happened**
223:15
**happening**
210:21 222:20
225:11,13,17
226:6
**hard** 204:9
**header** 185:13
232:14 234:5
**headers** 151:18
230:13
**heading** 187:24
188:1,7,9
**hear** 176:15

**heard** 147:16
166:22 174:6
213:18
**hearing** 137:14
179:9
**hearings** 179:13
**heart** 230:22
**help** 181:23
**helpful** 168:22
**helps** 182:13
**henry** 155:2
166:12 172:1,22
**hereto** 152:2
165:24 168:15
172:10 178:23
180:13 189:13
193:20 197:11
205:13 215:18
229:19 233:14
233:20 241:7
**hey** 191:8
**hhc** 220:22
**high** 155:10
222:15
**history** 221:8
**hit** 183:22 184:9
185:20,21
**hitting** 184:1
**hold** 165:20
218:19,19
**honestly** 191:15
**hooper** 171:4
172:3
**hope** 215:5

**hours** 193:12
**hr** 168:7
**huh** 191:20
**hundred** 155:6
    157:6,11 164:17
    167:15 172:21
**hung** 224:12
**hungry** 233:1
**hunt** 187:6
    206:20 207:10
**husband** 204:14
**hwy** 138:4

**i**

**idea** 141:11
    168:5 230:10
**identifying**
    222:19
**ii** 136:18 239:5
    240:2,24 241:2
    241:4,12
**imagine** 148:19
    184:3 194:7
**immateriality**
    137:12
**immediately**
    176:9
**impact** 213:8
**implementation**
    200:4
**implemented**
    147:5 190:19
    228:6
**important**
    182:23 223:8

**improvement**
    147:17
**inappropriate**
    220:7
**include** 141:18
    204:19 222:13
    223:2
**included** 141:12
    144:20 158:4
    159:3 198:1,5
**includes** 158:17
**including** 137:9
**incorporated**
    222:6
**incorrect**
    168:24 214:13
**increase** 165:11
    209:9,12,13
    210:8,8 211:3
**increased**
    222:20
**increases** 146:1
    209:19,23
    210:19,20
    211:18,19
    223:22
**index** 139:2,5
**indicate** 186:23
**indicates** 188:2
    202:15 217:11
**individual**
    148:10
**individually**
    136:9

**individuals**
    148:11 216:13
**inflation** 209:23
    210:21
**info** 222:7
**information**
    170:13 182:24
    189:2 204:13
**infusion** 211:15
**initial** 200:13,15
**initially** 201:19
    201:23
**initiative** 187:1
    187:3,6 217:18
    218:9 221:13
    222:12
**inputs** 200:18
**inspected**
    230:18 231:12
**inspection**
    139:9,11 154:24
    159:8 167:5,9
    171:7,8,11,24
    172:14,19 173:1
    173:17 174:12
    174:17,18,20
    175:6 176:24
    230:17 235:21
**inspections**
    152:14 171:5,6
    171:20,21 175:4
    176:9
**inspector**
    154:21 155:5
    174:19 176:20

**inspectors**
    176:8
**installed** 212:12
**instance** 157:18
**insure** 141:9
    179:22 182:21
    200:17 220:18
    221:24 222:4
**insuring** 171:1
**intake** 153:7
**intention** 233:5
**interested**
    206:23 238:10
**internal** 157:21
    158:5,6,7 159:9
    159:13 160:3,4
    160:11,24 186:7
    231:2,7,13,20
**internally**
    160:19 161:7
**interpret** 151:19
**introduce** 180:9
**introduced**
    166:2 228:6
**involve** 218:5,10
    221:5
**involved** 218:8
**involves** 172:18
**irrelevancy**
    137:12
**irrelevant** 174:3
**isle** 177:16
**issue** 213:4,5
    214:7 216:22
    226:14 227:9,13

**issues** 145:2
196:2,2,2,12
200:14
**item** 141:3,6
160:4 178:4
**items** 147:5,8
148:4 154:20
155:6 158:17
160:14,20
167:15 177:9,14
188:23 190:19
220:18 230:18
231:12

**j**

**james** 171:4,18
172:3
**january** 140:18
140:21,23
144:23 145:16
145:22 146:6,9
147:2 171:24
172:15,15 173:4
173:14,19
174:17,20 175:8
175:12,24 177:1
**javier** 138:3
**jessica** 190:2,3,4
191:15 196:18
197:16 198:8
204:18,21,23
**job** 147:23
162:9
**johanna** 227:6
**jointly** 136:9

**joseph** 136:4
239:4 240:1
241:1
**july** 183:21
**jumped** 218:23

**k**

**kansas** 221:20
221:24
**keep** 164:2,3
211:10 219:14
**kelly** 138:16
**key** 176:21
**kind** 160:11
169:14,20
186:13 205:17
235:9
**know** 141:14
142:14,21 143:3
143:6 144:14,16
144:17 145:10
145:13 146:2
148:12,16 149:8
149:14 150:5,17
150:18,20 152:4
153:7 154:3,5,9
154:13 155:13
155:14,15
156:21 158:6
159:5 163:3,4
164:4,7,9
166:15 168:3,4
168:8 169:11,12
170:3,4,21
174:2 176:5,7
176:11,16,17,18

179:18,20
180:16 181:4
182:21,23
183:10 186:12
187:24 188:4,8
188:22 190:3
191:8,9,15
193:22,24
196:10 199:15
201:5,10 204:15
205:24 206:4,4
206:6,6,23
207:1,5 208:13
210:3 211:7,10
212:18 213:17
214:16,18 216:5
217:20,23
219:15,15
221:11 223:17
226:13,17,23
227:5,7,8 229:2
229:22,24 230:8
230:14,16,21,22
231:2,6,20
232:6,7,8,16
233:4 234:2,22
235:22,24 236:2
236:19
**knowing** 151:12
**knowledge**
143:5 191:13
226:22 227:1
228:12 238:7
**known** 191:16

**knows** 191:10
**knoxville** 138:8

**l**

**l** 138:3 149:1
**label** 142:2,9
145:20 146:10
188:14 195:9
196:5 197:17
**labeled** 150:8
**labels** 142:11,16
142:19 143:16
144:1,7 182:12
185:2,20 188:1
188:24 190:17
191:10 192:18
193:1,6 194:6
195:18 196:19
200:6 202:2,17
209:9,12 210:1
212:5,23 218:17
220:19,22 222:2
223:14,20
**labor** 179:4
**lack** 196:10
**laid** 148:4
**lake** 167:7
**land** 213:7
**language**
186:13
**laptop** 181:7
**large** 141:7,10
166:5 176:19
209:24
**larger** 156:6

**[late - make]**                                              Page 256

late  146:6,14
  200:7,7 202:3
  202:24 203:16
  232:23,24
launch  200:12
  200:12,19 223:9
launched
  146:15 200:16
  201:21 206:21
law  138:4
  219:11,12
layout  187:4
  206:18 208:6
layouts  206:24
lays  149:18
  160:20
lcr  238:5,13,19
leader  204:21
leading  202:14
  203:14
leads  160:11
leave  176:18
left  176:20
  188:5 199:7
legal  153:6,6
  154:10,10,12,12
  156:18,19
  159:23 171:18
  179:22,23
  219:15 239:23
letter  173:18
  221:10
letters  179:16
  179:18

level  182:20
  222:15
licensed  238:5
  238:12,12
licensing  179:4
life  196:1
light  206:14,15
  207:3,4,7
  212:20,24 213:5
lights  214:18
likely  165:10
limit  160:17
line  153:10,12
  240:4,7,10,13
  240:16,19
lining  156:23
list  141:10,13
  142:23 150:11
  153:4 177:15
  182:6 214:17
  225:1 236:7
listing  185:16
lists  192:2
  224:21
little  153:19
  169:8 170:22
  181:9 190:13
  203:1 215:12
live  146:5
llc  136:8
load  197:13
  229:15
located  155:1
  186:8

location  157:17
long  219:4,8
longer  159:4
look  141:15
  153:18 154:21
  155:15 156:5
  157:15 164:12
  164:16 173:9,12
  185:2 191:12
  230:12
looked  216:20
looking  156:4
  158:5 159:21
  171:19 175:5
  183:5 185:11
  206:10 207:14
  208:24 209:4
  216:4 221:7,7,9
  231:7 234:7
looks  159:14
  166:4 168:16
  170:8 191:9,21
  192:14 197:1
  199:5,7,18
  201:15 207:13
  228:5 233:3
  235:3
lost  147:21,22
lot  169:17 211:7
  211:13 216:12
  231:22
low  177:3,6
lumby  180:2,3
  206:11

**m**

ma'am  175:3
  178:18
madam  236:19
made  148:1
  165:11 172:20
  184:12 189:17
  241:5
mail  139:10,13
  139:14,15,16,17
  139:19 169:13
  169:18,19 170:9
  170:23 171:4,7
  171:13,20,23
  172:2 181:17
  182:8 183:6
  190:2 191:21
  193:3 197:15,21
  198:5 204:18,22
  205:5,16,24
  206:10 209:1
  212:3 214:5
  216:4,9 217:11
  221:16,17
  222:16 224:6
  225:23 226:24
  234:19
mails  168:23
  169:11,16 189:2
  198:2
main  155:2
  166:11 172:21
make  165:12
  169:7 172:5
  173:24 198:16

**[make - misunderstand]**                                   Page 257

210:6 219:13
231:16
**makes**  184:5
186:14 231:16
**making**  162:17
202:11
**manage**  182:20
**managed**  229:4
**management**
188:19,20
**manager**  152:20
160:13 161:14
161:14,18,23
162:1,7,13,14
162:17,23 163:9
163:14,15,20,23
166:11 168:2
176:21 180:3
205:3 209:2
213:19 225:20
**managers**
158:15 161:8
163:6 176:10
191:8 200:5
205:6 216:9
225:24
**manual**  214:21
**map**  150:7
186:7
**mapped**  186:10
**mar**  139:7
**march**  146:15
170:9
**mark**  151:21
168:10 172:5

180:7 189:9
193:15 197:6
205:8,21 216:5
216:5 217:22
218:1 224:6
225:19 229:10
233:22
**marked**  151:24
165:22 168:13
172:8 173:1
175:4 177:24
178:13,21
180:11 189:11
193:18 197:9
205:11 215:16
229:17 233:12
233:18 234:10
234:11
**market**  186:11
186:12,12
**materials**  223:1
**matters**  137:11
**maximize**  208:6
**mccue**  170:9,14
170:15
**mcguirewood...**
239:2
**mcquire**  138:12
**mean**  147:12
158:6,10 160:16
163:12 170:20
174:11 183:13
194:12 205:22
208:10 218:9

**means**  170:21
182:11 185:17
187:13 188:10
235:21,22
**measures**
144:24 145:1,6
148:13 149:9
152:11 154:21
167:4 235:21
**medicine**  185:3
185:24
**meet**  161:4
195:15
**meeting**  161:6
181:9
**memphis**
136:22 138:23
238:21
**men's**  164:18
177:16
**mentioned**
151:1,23 162:6
165:21 168:12
172:7 178:20
180:10 189:10
193:17 197:8
205:10 215:15
227:14 229:16
233:11,17
**merchandising**
207:21 208:2,11
208:18 229:1,5
**merchant**
206:22

**merchants**
206:22
**merino**  138:3
**message**  181:17
**messed**  215:12
**met**  161:3
167:24
**method**  154:14
**methodology**
192:12 232:14
**metro**  186:11
**mia**  136:15
137:1 139:3
140:1 239:5
240:2,24 241:2
241:4,12
**microsoft**
199:19
**middle**  218:23
**midway**  164:16
**milberg**  138:6
**milberg.com**
138:9
**miller**  229:8,9
**minute**  180:21
**minutes**  178:7
236:8
**mispriced**
142:24 160:6,21
**missing**  225:15
**misstates**
140:12 164:1
175:17 217:15
**misunderstand**
190:21

**[mixed - objection]**                                    Page 258

**mixed**  194:23
**moment**  152:6
  183:9
**monday**  184:4
**monica**  191:22
  191:23 192:10
  192:14
**monica's**  193:3
**months**  169:13
  169:15,19 173:7
  174:13,16 175:8
  177:23,23
**morning**  184:9
**multivitamins**
  165:5

**n**

**n**  138:1 139:1
  166:14
**name**  144:16,20
  148:22,24
  166:14,22 188:5
  229:7,8 238:13
**nationwide**
  213:22 214:1
**nci**  185:16
  186:17,21,23
  187:1,11,13,13
  187:15 188:6,6
  206:14,15,17
  207:6 212:20,24
  213:5 214:18
  221:5,12
**near**  176:6
**nearly**  177:22

**necessarily**
  152:8 186:10
  230:20,22
**necessary**  241:6
**need**  164:5
  233:1 236:21
**needed**  210:6
**neither**  203:21
  204:1
**net**  220:20,22
**never**  160:2
  210:16
**new**  136:1,8
  151:7 152:11
  155:2 167:7
  170:11 172:1,22
  190:5,7 192:8
  192:15,24 194:4
  195:7 198:12
  199:23 202:15
  203:7,9 211:14
  212:11,14 213:4
  220:19 223:10
  235:2
**news**  178:12
**nj**  138:5
**nomenclature**
  188:8
**non**  187:2
  206:19 218:8,12
  218:13 221:5,13
  222:12,13 223:9
  223:19,22 224:2
**normal**  156:1

**north**  138:5
**notary**  241:13
  241:19
**note**  173:16,22
  173:23 239:10
**noted**  173:20
  185:9 206:7
  241:7
**notes**  206:15
  222:7
**notice**  137:3
  139:12 172:13
  174:19 179:2,8
  234:24
**noticed**  168:23
  169:3
**noting**  196:19
**nov**  234:6,23
  235:20
**november**  155:1
  159:9 166:13
  173:2,11,13,16
  174:16,20 175:7
**number**  139:18
  141:17 142:19
  143:16 144:7
  145:24 149:3
  151:13 155:15
  155:20,23 156:4
  156:6 171:13
  180:21 181:24
  182:1,6 185:5
  185:17 188:11
  192:17 194:13
  203:8,12 207:6

  209:22,24
  210:18 214:13
  224:21 230:18
  231:12,19
  235:24 238:13
**numbers**  164:10
  210:15 230:17
  230:22
**numerous**
  224:17

**o**

**o**  142:11,15
  166:14 186:3
  188:21,21 208:4
  208:6,14,18
  212:22 214:8,23
  216:22 217:19
  218:1,5,10,17
  220:19,21 221:1
  221:15 222:2,3
  222:11,14
**o'clock**  183:10
**object**  190:23
  191:4 205:23
  226:2
**objection**
  140:12 142:4
  143:1,13 145:4
  147:10 148:6,14
  149:10,11
  152:15 154:6
  155:11 156:2,13
  157:4,24 159:17
  160:7 162:10,20
  163:16,24

**[objection - overseeing]**

165:14 167:20
174:8 175:16,17
176:12 177:4
178:1 184:14,22
189:6 192:20
194:8,8,9
195:12,22
196:21 198:3,23
199:16 200:9,24
201:7 202:19
203:23 206:6
208:8 209:15
210:10 211:5,23
217:1,14,15
218:6 221:2
222:22 223:4
224:23 226:9,19
227:11,20 228:8
228:20 231:4
232:4 235:12
**objections**
137:11 219:14
**observing**
163:10
**occur** 140:14,15
196:12
**occurred** 140:10
169:9 173:17
174:12 175:7,8
222:5
**odd** 232:9
234:20
**office** 222:2
**oh** 171:16
182:12 194:18

214:12
**okay** 140:24,24
141:11,20,23
143:23 144:9,21
145:19 146:19
146:23 148:2
149:2,7,17
150:4,6,7,16,20
151:9,20 152:6
152:20 153:13
153:23 154:3
155:5,9 157:9
158:22 159:8,12
160:2,20 161:12
161:24 162:16
163:1,12,20
164:12,16 165:4
165:9,19 166:4
166:9,19 167:1
168:9,16 169:22
170:14,18
171:23 172:4,11
173:20 174:22
175:1,12 176:7
177:8,12 178:19
179:15 180:1
181:1,3,13,15
181:17,18 182:4
184:2,5,20,24
185:19 186:17
187:10,17
188:10 189:1,23
190:6,13 192:14
192:24 193:5,11
194:12,19,19,22

195:3 196:8,13
197:13 198:7
199:22 200:2
201:5,15,22
202:14 203:6,13
205:7 206:8,10
207:9,13 208:21
208:24 209:6,20
213:16,21 214:2
215:2 216:1,1,4
216:8,11 218:3
218:15 219:8
221:14 223:12
224:3,5,21
225:15,19
226:13 227:18
228:15 229:9,13
229:23 230:2
232:22,24 234:2
234:4,5,10,13
235:1,8 236:4,6
236:12
**old** 191:6
216:23 223:3
224:16
**older** 179:2
**olive** 185:16,16
186:17 187:11
187:13,14,15
**once** 158:20
170:1 214:10
**ongoing** 217:12
**open** 181:2
**operate** 211:2
211:21

**operations**
148:18,24
150:23 151:2,4
154:16 182:19
192:2 216:12
**opposed** 158:13
**ops** 143:4 149:4
**order** 197:20
212:21,24
**orders** 213:1
**originated**
191:21
**outcome** 181:9
238:10
**outlier** 183:2
**outside** 155:24
158:13 160:19
166:17
**overall** 210:8
**overcharge**
159:16 165:2
230:19
**overcharged**
177:21
**overcharges**
147:9 148:5
155:6 167:14
172:21 177:8
190:21
**overcharging**
145:2 147:5
209:13
**overdue** 170:10
**overseeing**
161:15

**[oversees - point]**

**oversees** 188:20
**oversight** 229:4
**own** 187:15
**owned** 159:24

**p**

**p** 138:1,1
**p.m.** 137:5
  236:24
**page** 157:14
  164:13 168:20
  177:13 191:18
  198:8 199:5,22
  207:15 225:5,9
  231:15 235:5,6
  240:4,7,10,13
  240:16,19
**pages** 150:1
  234:5
**paragraph**
  209:5 224:8
**parenthetical**
  185:5
**part** 141:8
  142:6 143:3,21
  144:17 146:11
  147:2,17,22
  158:18,20 161:1
  162:3 163:6
  164:9 179:21
  180:5 184:18
  187:14 205:24
  214:5 217:19
**participated**
  141:1,2

**participation**
  144:6
**particular**
  191:11,11
  194:10 199:18
  202:1 206:18
  213:22
**particularly**
  166:5
**parties** 153:8
  238:9
**partner** 196:3
**partnered**
  214:18
**parts** 196:2
**party** 207:20
  208:1 229:3
**pass** 161:11
  211:20
**passed** 211:18
**passing** 209:23
**past** 224:15
**paste** 221:10
**paths** 160:12
**pay** 208:19
**payment** 154:14
  154:17
**pays** 154:4
**pc** 138:4 220:20
  220:22
**peers** 225:18,23
**penalty** 153:24
  230:19 231:8,15
  232:2

**people** 182:6
  211:11
**percent** 142:21
  151:14 155:22
  157:2,7,12
  163:17 166:12
  167:14,18,22
  177:3 202:17,23
  203:3,15,16,16
  232:2,3,10,10
**percentage**
  149:19 163:13
  196:11 200:6
**performed**
  208:22,23
**performing**
  142:7 199:2
**performs**
  207:21
**period** 159:4
**permanent**
  145:13 146:11
**person** 148:22
  148:23 149:5
  163:23 176:16
  176:17 182:17
**person's** 166:14
**personal** 226:22
  228:12
**phases** 200:15
**phillips** 138:7
**physical** 207:2
**picked** 171:21
**piece** 196:1

**piloting** 198:6
**place** 143:12
  144:22 145:1,7
  154:24 157:23
  159:2,9,10
  167:10 171:22
  174:15 175:14
  177:1 235:10
**placed** 223:2
**placing** 224:18
**plaintiff** 138:2
**plaintiffs** 136:6
**plan** 142:11,15
  186:3 188:21,21
  208:4,6,14,18
  212:22 214:8,23
  216:22 217:19
  218:1,5,10,17
  220:19,21 221:1
  221:15 222:2,3
  222:11,14
**please** 180:16
  219:5,13 220:1
  220:4,8,12,17
  224:8 225:5
**plenty** 229:14
**pllc** 138:7
**pmh** 136:7
**pod** 185:3
**pog** 185:23
  186:2 224:14
**pogs** 217:5,22
**point** 143:9
  146:20 158:2
  165:4,7,8

**[point - produced]**

183:22 185:12
191:7 220:16
221:12 222:11
226:18
**points** 183:13
185:14
**policies** 157:3
210:7
**policy** 157:13
195:15 204:2
**poor** 225:12
**pops** 183:2
**port** 155:2
166:12 172:1,22
**pos** 224:13
**possible** 141:6
157:11
**potentially**
141:21 168:8
**power** 199:19
199:19,23 200:2
200:21,23 201:2
**practice** 221:19
221:24 222:7
**pre** 213:12
**preceded**
169:20
**predominantly**
208:4
**preparation**
153:17
**prepared**
150:18 213:6
**prepares** 150:17

**present** 138:15
**presented**
137:13
**presents** 214:5
**president** 229:5
**press** 223:17
**presume** 162:9
165:6 213:22
**pretty** 177:2
**previous** 216:21
217:9
**price** 142:8,8
145:24 157:17
157:17 159:3
164:23,23
165:10 177:16
177:17,18 178:5
183:22 184:8,12
185:20 188:11
188:15 189:4
195:19 197:17
198:17 209:19
210:18,20,20
211:18 212:14
213:7,13 222:19
223:20,24
224:10,11,17
226:16
**prices** 162:2
184:12 210:8
211:3 214:14
223:2 224:1,2
226:15
**pricing** 140:8
150:8 151:16

158:10,17
161:16 182:11
183:7 187:12,21
209:3 210:7
212:5 216:23
220:18 222:4
223:21 235:2
**print** 142:9,10
142:11,15,15
145:20 146:4,10
146:13 193:1
195:18 196:19
203:17 212:22
212:22,23
214:10,16,20
220:19 222:1
228:5
**printed** 142:19
143:17 144:1,8
190:17 191:10
192:18 193:6
194:5,14 195:8
196:5 200:6,7,7
200:8 202:3,4
202:17,23 203:4
203:15,16 212:6
213:12 217:21
220:22 224:15
**printer** 153:4
196:2 222:2
**printing** 197:3
197:17 199:10
214:8,23
**prints** 215:4
227:16,18

**prior** 140:13
149:22 156:4
158:3 164:1
175:17 184:1
207:16 213:3
217:15,17
**privy** 148:2,8
**probably**
171:12 175:20
195:1 198:15
223:21
**problem** 217:12
222:18 226:5
**problems**
216:20
**procedure**
137:8
**proceeding**
238:6
**proceedings**
178:11 181:12
189:22 215:9
236:14
**process** 144:18
144:18 153:8
154:13,13
162:18 166:21
170:22 179:21
184:10
**processes**
190:19
**processing**
180:18
**produced**
169:17 206:4,5

**product** 177:21
188:15 206:20
218:13 221:5
223:23 235:23
238:15
**production**
211:11
**products** 141:12
141:18,21
142:23 157:16
159:15 160:5
188:11 208:6
210:22 211:4,13
211:14 212:13
224:1,2 226:16
**profit** 211:2,22
**program** 145:14
145:21,22 161:5
193:12 199:14
200:3
**project** 212:20
212:20,24
217:18,18 218:9
218:11,12
220:16 222:12
222:13 223:9,16
223:19
**projects** 217:20
221:5
**provide** 156:20
189:2 207:10
**provided**
223:14
**provides** 159:15
208:1

**providing** 179:8
182:24
**provisions**
137:7
**public** 241:19
**pulled** 143:16
143:18 200:16
**pulling** 205:24
**pulls** 152:4
**purpose** 171:2
**pursuant** 137:3
137:6
**put** 144:24
145:6 166:8
179:19 183:9
214:3,21 219:20
230:3
**putting** 141:15
212:14

**q**

**qsv** 158:19
162:19 163:21
**quality** 158:19
159:6 161:2,21
**question** 161:7
174:7 175:3
191:5 195:6
218:21,21,23
219:23 220:1,9
220:10
**questions** 174:3
236:16,18
**queue** 180:18,21
**quick** 179:1

**quickly** 233:8
**quite** 159:2
180:17 189:17

**r**

**r** 138:1 166:14
198:9 204:18
238:1 240:3,3
**radar** 182:17,18
183:1
**random** 154:19
155:6 167:15
177:9
**range** 155:24
230:21
**rate** 155:23
156:11 157:2
166:13 167:13
167:18 177:2,6
222:20 230:19
232:2,3
**rd** 164:3,4
**reaching** 216:11
**read** 151:17
212:7,8 220:17
221:23 224:7
225:4 226:6
236:21 239:9
241:5
**readily** 210:13
**reading** 194:15
209:6 217:3
**real** 196:1
214:11
**realigned**
203:10

**realized** 210:6
**really** 144:13,13
145:23 146:3,24
170:3 174:2
184:24 188:19
214:4
**reason** 182:14
204:13 214:19
239:11 240:6,9
240:12,15,18,21
**reasons** 157:10
182:16
**recall** 141:16
144:14 145:8
177:20 200:13
200:16,19
201:12 227:22
227:24 228:13
234:18
**recap** 183:6
**receipt** 239:18
**receive** 179:24
220:21
**received** 155:22
170:8
**receiving**
147:18
**recess** 178:10
181:11 189:21
215:8 236:13
**recollection**
173:3
**record** 142:1
169:24 173:16
205:23 219:7,21

220:7 238:7
**recorded** 142:20
**records** 164:3
**reduction** 207:5
**refer** 158:21
187:22 209:21
220:24
**referenced**
239:6
**referred** 210:14
**referring**
160:12 209:17
221:21
**refers** 193:12
**reflect** 188:15
213:14 226:15
230:11 231:2
**reflected** 184:8
184:13 195:20
224:13
**reflective**
212:13
**reformulated**
211:13
**refresh** 173:3
194:4 215:21
217:8
**refreshing**
181:5 189:16
**region** 190:4,7,9
190:10,12
194:13,15,17,22
198:9,12,20
199:2,9 201:17
204:5,12,19,22

205:4
**regional** 162:23
163:2,7,8,10,14
163:20,22
**regions** 192:16
192:18 198:16
198:22 204:10
**register** 165:5
165:12 195:20
**regular** 157:22
158:3 161:15
164:6 207:6
217:19
**relate** 194:16
**related** 147:19
216:21 218:12
222:10 238:8
**relates** 171:23
206:14
**remediation**
155:16 156:19
**remember**
179:15,17
**remodel** 220:21
**repeat** 195:5
**rephrase** 163:17
**replicate** 206:24
**report** 139:9,11
139:22 143:18
143:24 144:4,5
144:7,10,19
167:5 172:14,19
177:13 180:6
196:17 198:6
199:23 200:2,21

201:2,16 203:5
230:16 234:6
236:2
**reported** 180:4
238:6
**reporter** 138:22
230:2 236:19
238:5,12
**reporting**
136:21 138:21
138:22 147:18
152:13 183:24
200:14 238:12
238:15
**represent** 167:3
**represented**
224:16
**reproduction**
238:15
**request** 154:17
**required** 197:3
241:13
**requirements**
158:23
**reserved** 137:13
**resets** 185:3,23
**resetting** 208:3
**resides** 159:23
229:1
**resolved** 226:17
**resources** 149:4
**respond** 227:2
**responded**
227:7

**response** 169:16
191:20
**responsibilities**
147:23
**responsibility**
166:18
**responsible**
150:22 156:16
156:18,19
158:16 170:24
**result** 144:2
162:8,12,13
187:9
**resulting** 165:2
**results** 141:24
141:24 143:11
152:14 160:2
171:8 176:11
195:19
**retails** 224:16
**return** 239:13
239:17
**review** 143:16
153:16,21
207:16 239:7
**reviewing**
234:16
**revision** 224:14
**richmond**
138:13
**ridiculous** 181:7
**right** 140:6
146:22 151:3,6
151:10,14
153:15 154:22

159:21 162:9
164:20 165:6
166:9 167:3
172:13 173:7
174:24 175:15
176:7 178:15
181:22 183:15
188:12 189:8,16
193:7 195:5
196:13,20 197:4
203:3,20 204:24
209:7 210:24
211:21 212:7,8
213:11 215:11
223:6 225:14,16
225:22 227:4,19
228:7 229:20
230:24 231:22
232:12,13,17
233:9 234:12
235:8,11 236:15
236:17
**risk** 212:15
224:18
**role** 143:3,21
149:22 153:9
154:9 155:20
156:5,22,23
164:3,9 179:21
182:16 192:5,6
**rolled** 201:19,23
**room** 207:1
**rotation** 163:5
**rotational** 163:4
163:5

**rotationally**
164:8
**route** 167:6
**routed** 171:22
**row** 182:12
188:1
**rtaylor** 239:2
**rules** 137:7

**s**

**s** 138:1,7 156:20
240:3
**safeguard** 159:6
**saith** 237:1
**sales** 208:7
**sampled** 157:16
159:15
**savaloja** 136:15
137:1 139:3
140:1 239:5
240:2,24 241:2
241:4,12
**saying** 213:10
217:22 232:20
**says** 169:1,11
174:23 185:12
194:11,13,14
234:6
**scale** 207:12
**scan** 141:9
153:3,5,6
175:21,24
176:22
**scanned** 142:7
156:17

**scanning** 214:22
**scans** 170:23
**scenario** 223:15
**schematic**
208:17,20
**school** 191:6
**schroon** 167:6
**science** 148:17
186:14
**scott** 229:8,9
**scrapping**
232:19
**screen** 182:18
199:6,14
**scroll** 235:4
**scv** 158:21
162:19
**season** 217:19
**second** 147:22
164:12,19 175:7
199:5 224:7
**sections** 207:7
**see** 150:9,10,14
150:15 151:6
153:24 154:2,19
154:23 155:3,4
155:7,8 157:15
157:18 159:20
164:18,20 165:1
166:3,20 167:7
167:10,15 169:1
170:11,12 171:3
172:11,16,17,22
172:24 173:5
177:15,18 178:3

179:5,9 180:16
180:20 181:17
181:20 182:17
183:1 184:16
185:1,4,8
188:18 189:15
189:19 190:9
192:4,10 193:23
194:1 197:18,20
197:22 198:18
199:7,10 204:9
204:17 205:18
206:12 207:17
209:3,8 210:3
214:6 216:1,14
216:17 221:18
225:2 226:24
227:5,6 235:15
235:17
**seeing** 209:12
212:10
**seems** 232:9
**seen** 147:6
149:17,22
152:12,18
153:14 159:12
160:2,23,24
210:9,16 230:9
231:14,24,24
232:8
**selected** 154:20
**send** 153:3,4,5,6
171:15,17
174:19 176:22
214:16

**senior** 143:4
  154:16 180:3
  192:3
**sense** 156:10
  184:5 231:16,16
**sent** 156:17
  170:12 171:8,19
  183:20 223:1
  239:14
**sentence** 198:8
  209:4 221:18
  224:7,9 225:5,8
**separate** 188:17
**separated**
  204:15
**service** 224:19
**services** 238:17
**set** 222:5
**sets** 144:1
  177:13 199:6
**several** 209:21
  222:3 224:15
**severally** 136:10
**share** 145:21
**shared** 205:6
**sheer** 209:22
**sheet** 139:8
  239:11
**shelby** 238:3
**shelf** 141:4
  157:7,17 164:23
  165:12 177:17
  195:21 208:20
  210:1 212:23

**shelves** 184:13
**shift** 193:12
**shoot** 165:20
  207:15 229:21
**short** 147:12,14
  188:19 195:14
**shortly** 175:14
**shot** 199:6,14
**show** 165:17
**showing** 148:3
**shown** 158:11
**shows** 165:3
  172:3 186:8
  192:22,24 197:5
  202:21 203:2,13
**shut** 220:1,6
  232:20
**sign** 154:16
  236:21 239:12
**signature**
  137:10 156:21
  216:10 225:21
  237:2 238:19
**signed** 239:20
**similar** 179:18
**similarly** 136:5
**simply** 207:4
**single** 145:9
**sir** 149:13 159:1
  190:8
**sitting** 143:8,15
  149:7 155:19,21
  227:8,13
**situated** 136:5

**situation** 217:4
  217:23 218:3
**sk** 185:11
**skills** 238:7
**skip** 215:13,14
**skipped** 139:18
**sku** 188:10,11
  214:17
**skus** 182:11,12
  185:2,19 187:21
**slash** 148:17
**small** 188:22
  203:8,12
**smith** 190:3,3,4
  197:16
**smooth** 182:21
  182:23
**software** 190:15
  199:13
**sold** 211:3
**solution** 213:20
  214:3,4,7,8,9
**solutions** 146:3
  146:12 214:6
  239:23
**solve** 146:2
  212:18 214:14
  215:3
**solved** 214:15
  227:15
**somebody** 181:6
**sop** 153:2
**sorry** 146:17,17
  146:18,18 191:1
  191:24 192:1

194:19,23 225:8
  228:3
**sort** 142:22
  143:9 148:3
  149:18 158:10
  170:1 182:16
  206:19
**sound** 151:10
  171:16 228:7
  236:9
**sounds** 146:19
  215:7 236:10,11
**southern** 136:1
**spa** 188:14,18
  188:23
**space** 188:19,19
  207:5
**speak** 144:4
  218:17
**speaking** 174:7
**speaks** 218:16
**specific** 144:10
  171:6 185:18
  187:10 206:18
  218:11 224:22
**specifically**
  152:9 153:19,21
  160:17 171:2
**specifics** 144:5
  185:15
**speculating**
  228:10
**spending**
  214:22

**[spinning - sure]**

| | | | |
|---|---|---|---|
| **spinning** 178:14 | 212:4 219:12 | 223:14 224:11 | **successful** |
| **spoke** 157:21 | **stating** 226:3,11 | 227:2,6 230:17 | 206:21 |
| 160:4 | **sticker** 229:23 | 230:22 231:19 | **sufficient** 211:2 |
| **spoken** 225:18 | 229:24 | **stores** 141:6 | **suffolk** 179:3 |
| 225:23 | **stickered** | 142:10,12 | **suggestion** |
| **spreadsheet** | 229:23 | 149:19 151:15 | 220:24 |
| 139:20 229:12 | **stock** 211:9 | 153:2 156:12 | **suggests** 191:2 |
| 230:3,5 234:11 | **stop** 220:8 | 163:13 183:7 | **suite** 138:4,7 |
| **stacey** 170:9,14 | **store** 140:8 | 184:17,21 185:1 | **sullivan** 191:22 |
| 170:15,24 | 141:1,2,9,24,24 | 185:6,17,17,21 | **summarize** |
| **stamp** 166:8 | 143:4 144:2,23 | 186:5,8,15,18 | 235:1 |
| 180:8 230:1,3 | 148:18,24 149:4 | 187:19 191:10 | **summer** 182:3 |
| **stand** 186:2,24 | 150:23 151:2,4 | 192:17 193:1 | **super** 184:11 |
| **standard** | 151:7 152:17,20 | 194:4,9,14 | 189:3 230:4 |
| 167:24 | 154:15 155:1 | 195:2,7 196:3,6 | **supervised** |
| **stands** 187:1,2 | 158:19,20 159:2 | 197:2 203:9,12 | 163:14 |
| 235:23 | 159:6 161:1,2 | 203:15 207:7,11 | **supervisor** |
| **start** 142:13 | 161:14,14,21,22 | 210:22 217:5 | 162:22 |
| 158:22 210:4 | 161:23 162:13 | 218:12 224:9,18 | **supervisors** |
| 213:2 | 162:16 166:12 | **street** 138:7,12 | 190:16 191:2 |
| **started** 145:11 | 167:6 168:2 | 155:2 166:11 | **support** 149:5 |
| 145:13,22 | 170:23 172:18 | 172:22 | 223:18 225:6 |
| 146:24 209:8,11 | 175:21,24 | **strips** 208:16,20 | 229:2,6 |
| **starting** 150:12 | 176:10,10,21 | 212:12,23 | **supporting** |
| **starts** 210:2 | 182:19 183:23 | 213:12,13 | 183:5 |
| 221:19 224:9 | 184:1,9 187:9 | 214:13 220:21 | **supports** 148:18 |
| 225:11,12 | 187:13 188:3 | 223:14 224:14 | 148:23 |
| **state** 199:8 | 190:16 192:2,17 | **sub** 188:1,7,9 | **supposed** |
| 201:16 212:9 | 196:6 197:22 | **subject** 170:10 | 171:15 195:18 |
| 213:23 224:19 | 198:2 199:9,10 | 183:17 199:22 | **sure** 159:19 |
| 238:2,5 | 201:9,18 205:5 | **submitted** | 162:17 171:11 |
| **stated** 143:15 | 207:6 208:15 | 188:24 223:17 | 173:24 182:14 |
| **states** 136:1 | 213:7 214:21 | **subscribed** | 198:16 206:3 |
| 149:19 150:11 | 216:12 220:20 | 241:14 | 212:17 231:21 |
| 184:21 198:9 | 220:22 223:11 | | |

**surprise** 206:19
**suspect** 236:9
**sustainable**
  146:3,12
**sworn** 140:2
  241:14
**system** 161:10
  169:8 170:17,19
  171:2 183:9
  199:20
**systemically**
  171:1 227:15

**t**

**t** 238:1,1 240:3
  240:3
**take** 157:23
  161:14 169:15
  178:6,7 193:7
  196:5 208:13
  215:5 219:16
**taken** 137:2,6
  178:10 181:11
  189:21 213:8
  215:8 236:13
**takes** 144:22
  180:21 208:15
**talk** 161:19
  169:24 236:8
**talked** 145:1
  170:21 200:4
  206:17 208:14
  214:9 217:17
**talking** 141:20
  146:20 160:10
  160:17 197:16

209:10,13 220:8
**taylor** 138:11
  140:12 142:4
  143:1,13 145:4
  147:10 148:6,14
  149:10 152:15
  154:6 155:11
  156:2,13 157:4
  157:24 159:17
  160:7 162:10,20
  163:16,24
  165:14 167:20
  168:10,21 169:6
  169:22 170:6
  173:15,22 174:5
  174:10,22 175:1
  175:16 176:12
  177:4 178:1,9
  181:2 184:14,22
  189:6,20 190:23
  191:4 192:20
  194:8,18,22
  195:12,22
  196:21 198:3,23
  199:16 200:9,24
  201:7 202:19
  203:23 205:14
  205:22 208:8
  209:15 210:10
  211:5,23 215:24
  217:1,14 218:6
  218:19 219:1,6
  219:20 220:5,10
  221:2 222:22
  223:4 224:23

226:2,9,19
  227:11,20 228:8
  228:20 231:4
  232:4,22 233:3
  235:12 236:10
  236:17 239:1
**team** 148:18,19
  149:6 150:24
  154:11 155:16
  156:18 159:24
  168:8 171:21
  180:5 182:19
  186:14 188:20
  188:23 192:7
  197:16 198:9
  201:9 205:2,3
  208:18 223:22
**teams** 214:19
**technology**
  191:12
**tell** 166:2 169:7
  182:10 189:4,15
  189:18 204:4
  220:6
**telling** 143:23
  201:24
**tennessee**
  138:23 238:2,6
  238:12,16,21
**termination**
  162:9,12,14
**terms** 137:7
  141:24 144:7
  145:24 147:9
  161:19 162:19

210:18 235:10
**testified** 140:2
  199:24
**testify** 218:20
  219:7,12,22
**testimony**
  137:13 140:13
  152:1 164:1
  165:23 168:14
  172:9 175:17
  178:22 180:12
  189:12 190:14
  193:19 197:10
  205:12 215:17
  217:15 222:16
  229:18 233:13
  233:19 239:9,18
  241:8
**texas** 136:9
**thank** 160:9
  180:1 220:15
  225:6 236:12
**thankfully**
  212:18
**thanks** 173:21
**theft** 238:16
**theory** 184:13
**thing** 165:10
  168:21 169:8
  176:19 178:14
  184:9 187:23
  233:7
**things** 159:21
  169:8 170:4
  211:9 217:24

**[things - unacceptable]**                                          Page 268

236:7,20

**think**  140:13
144:14 149:24
151:11,22
160:10 161:7
171:11,16
173:10 175:3
181:8,16 194:9
194:10 196:16
217:22 219:21
229:21 230:5
233:23 235:20

**thinking**  147:1

**third**  151:7
207:20 208:1
229:3

**thought**  169:14
175:23 190:14
236:4

**thousand**  195:2

**thousands**
141:21

**thread**  169:18

**threshold**  161:3
161:4,6

**throw**  232:20

**tied**  161:6

**time**  141:7,14
147:14 151:15
152:17 154:8
156:9 158:2,4,4
159:2,4 165:8
167:6 170:15,24
173:21,23
175:13 176:6

180:4 183:10
190:20 191:7,14
192:3 193:8
195:1 197:24
199:3 200:7,17
201:10 202:3,17
203:5,9,11,16
204:11 209:7,11
209:19 213:11
214:12,22
218:19 220:13
223:23 227:22
229:14 239:19

**timeframe**
239:8

**timely**  190:18
194:5 195:9,17
196:19

**times**  145:7
209:22

**title**  230:15,16

**tn**  136:22 138:8

**today**  143:8,15
149:7 155:19
166:23 227:8,13

**together**  141:15

**told**  140:8
141:23 175:23

**tomorrow**
184:17

**toner**  196:2

**took**  143:11
146:4 154:24
159:9 167:9
174:15 175:14

177:1 205:5
222:9 223:22

**top**  198:8 234:6

**total**  197:1

**towards**  177:14

**town**  196:4

**tracking**  156:16
156:22

**transcript**  238:7
238:14 239:6,20
241:5,8

**transcripts**
239:15

**transfer**  238:16

**travel**  163:4

**traveling**  163:8
164:6

**treasure**  187:6
206:20 207:10

**trend**  156:23
198:17

**trent**  138:11
174:4 189:18
193:24 206:6
215:23 218:24
219:3,10,24
232:19 233:8
239:1

**tried**  220:13

**true**  238:7 241:8

**try**  180:24
215:22

**trying**  163:19
168:24 169:9
196:10 197:12

219:24 235:4

**tuesday**  145:11
181:19 183:8,16
183:17 184:6,9
184:11,17,18
189:3 193:1,6
193:11 195:8
197:3,17 224:12

**tuesdays**  193:7
193:10 195:19
196:20

**turn**  220:12

**turning**  152:5
166:5,21

**twirling**  189:23

**two**  142:10
154:15 158:24
174:16 175:4
214:6

**type**  152:22
161:9 176:19
186:11,15
196:17 211:15
235:21

**types**  152:18,23
153:10

**typically**  144:17
159:20,20
163:22 180:19
217:20

**u**

**u.s.**  138:4

**uh**  191:20

**unacceptable**
194:6

unauthorized
238:15
under 204:16
220:16 225:14
225:16 229:1
understand
140:24 159:19
181:23 183:11
221:4,11 230:13
230:20,21
234:17 235:6,20
understood
157:1 190:18
222:15,18
undertook
187:5
unfolded 210:12
210:15
unfolding
214:11
united 136:1
184:21
universal
235:23
unlabel 230:1
unprecedented
209:19 223:24
unsure 221:6
upc 235:22,23
235:24
updates 188:21
upstream
214:24
urban 186:12

use 207:23
used 232:15
239:20
using 192:13
236:2
usually 232:12
utah 150:12
utilize 153:2

**v**

v 136:7 239:4
240:1 241:1
variations
224:17
variety 176:15
various 145:7
157:10 192:18
vary 235:11,16
varying 235:18
vendor 207:20
208:1 211:7,8
212:24 229:3
vendors 208:18
209:24 211:10
211:17
verbally 179:23
verbiage 185:4
verify 143:10
239:9
veritext 136:21
138:22 238:20
239:14,23
veritext.com
239:15
version 207:3,4

versus 202:3,3
232:2
vice 229:5
violation 139:12
150:8 179:8
232:13 234:24
238:16
violations
151:16 153:11
159:23 170:16
170:19 232:7,8
235:2
virginia 138:13
visibility 156:5
visible 180:22
visit 158:19,21
159:3,7 161:1,2
161:9,21,22
162:3 163:7
231:19
visits 163:13,21
164:3,4
vitamins 164:18
177:16
volume 136:18
239:5 240:2,24
241:2,4,12

**w**

wait 174:8
waiting 166:10
178:14 194:3
234:4
waived 137:10
237:2

walk 183:12
212:3
wall 187:7
want 157:6
173:16,24 174:7
189:18 214:20
218:21
wanted 140:6
141:5 144:10,11
wants 219:4
warehouses
211:12
warn 229:11
water 149:14
way 142:16
151:12 168:16
172:11 173:4
176:14 179:19
191:6 192:7,11
201:17 206:5
210:3 214:15
217:21 219:4,8
219:9 227:9
231:23 232:21
233:22 234:20
238:9
ways 142:10
153:1
we've 144:22
145:2 146:12
167:23,23
172:20 173:3,13
203:10 214:9
webb 138:22
238:5,19

**week** 140:7,10
140:15,18,20,22
140:23 144:2
145:12,12
172:15 175:20
175:24 176:2,3
188:24 202:2,6
202:6,8,9,11,14
203:14 220:16
**weekly** 185:2,19
212:10 224:12
**weeks** 182:22
202:10,11 212:6
212:19 213:2,6
216:23 222:4
223:3,18 224:15
**weighing**
204:23
**weight** 154:21
167:4
**weights** 152:11
235:21
**went** 201:10
214:17
**wheel** 152:5
166:4,20
**wide** 140:8
144:23
**wife** 204:14
**wise** 142:20
**witness** 137:10
152:1 165:23
168:14 172:9
178:22 180:12
181:1,3,8,13

189:12,18
193:19,24
194:20,24
197:10,12
205:12 206:8
215:7,17,23
218:20 219:8,22
229:18 233:7,13
233:19 236:11
236:16 239:8,10
239:12,19
**wolf** 136:4,4
239:4 240:1
241:1
**wonder** 231:16
**wondering**
142:18 152:10
**woods** 138:12
172:3
**words** 228:18
**work** 146:2,4
183:4,4 207:21
208:2 211:11
213:2 228:17
231:23 238:15
**worked** 229:23
**working** 142:13
152:21 221:9
**workload**
181:19 182:18
182:20 183:18
**workloads**
181:24
**worst** 232:13

**wow** 214:12
**wrap** 233:2
236:9
**wrapped** 223:16
**wrong** 194:16
222:17

**x**

**x** 139:1 207:6

**y**

**yeah** 147:24
158:15 163:19
169:14 170:2,6
171:3 173:10,12
174:14 180:22
184:5 192:14
194:20,21
197:12 201:2
203:1 204:8
206:3 209:21
214:12 218:15
218:22 231:11
235:6 236:4
**year** 140:8
143:12 146:14
147:1,3,14
150:8 151:15
161:20 201:6
209:17 210:1,12
210:13 227:24
**years** 213:3
232:8
**yellow** 188:6
**yep** 164:21,22
173:22 178:9

194:24
**york** 136:1,8
151:7 152:12
155:2 167:7
170:11 172:1,22
190:5,7 192:8
192:15,24 194:4
195:7 198:12
202:16 203:7,9
235:2

**z**

**zone** 185:4
186:4,9,17,19
186:22 187:10
187:11,14,15,16
187:21,22,22
188:5 223:18
**zones** 186:15
187:13

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.