# EXHIBIT 7

Page 1

1                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
2
3        JOSEPH WOLF, CARMEN WOLF,          )
         ON BEHALF OF THEMSELVES AND        )
4        THOSE SIMILARLY SITUATED,          )
                                            )
5                   Plaintiffs,             )
                                            )
6        vs.                                ) Case No.
                                            ) 7:23-cv-00558-PMH
7        DOLGEN NEW YORK, LLC               )
         D/B/A DOLGEN,                       )
8                                           )
                    Defendant.              )
9        _____)
10
11
12
13
14          VIDEOTAPED VIDEOCONFERENCE 30(b)(6) DEPOSITION OF
                              NICK SNOW
15
             WITNESS LOCATION:  Goodlettsville, Tennessee
16
                       Thursday, March 7, 2024
17
18
19
20
21
22
23
24
25       REPORTED BY:
         Katherine West, LCR No. 791, RPR

Page 2

1          Videotaped videoconference deposition of NICK

2    SNOW, taken on behalf of the Plaintiffs, beginning at

3    11:15 a.m. CST, and ending at 4:10 p.m. CST, on

4    Thursday, March 7, 2024, before Katherine West, LCR

5    No. 791, RPR, reporting remotely via videoconference.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                  A P P E A R A N C E S
 2
 3    FOR PLAINTIFFS:
 4            MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC
              By:   Scott C. Harris, Esq.
 5                  (via videoconference)
              900 West Morgan Street
 6            Raleigh, North Carolina 27603
              919.600.5003
 7            sharris@milberg.com
 8
              DANN LAW FIRM
 9            By:  Javier Merino, Esq.
                   (via videoconference)
10            372 Kinderkamack Avenue
              Westwood, New Jersey 07675
11            201.355.3440
              jmerino@dannlaw.com
12
13    FOR DEFENDANT DOLGEN NEW YORK, LLC:
14            McGUIREWOODS, LLP
              By:  R. Trent Taylor, Esq.
15                 (via videoconference)
              800 East Canal Street
16            Richmond, Virginia 23219
              804.775.1182
17            rtaylor@mcguirewoods.com
18
              DOLLAR GENERAL CORPORATION
19            By:  Jason Bates, Esq.
                   (via videoconference)
20            100 Mission Ridge
              Goodlettsville, Tennessee 37072
21            615.855.4302
              jbates@dollargeneral.com
22
23    ALSO PRESENT VIA VIDEOCONFERENCE:
24            Joss Harrington, Videographer
25
```

Page 4

1                    E X A M I N A T I O N
                         I N D E X
2
3    WITNESS:  NICK SNOW
4    EXAMINATION BY:                              PAGE
5         MR. HARRIS                                 6
6
7                      E X H I B I T
                         I N D E X
8
     EXHIBIT              DESCRIPTION            PAGE
9
      Exhibit 1    First Amended Notice to Take Oral    8
10                 Deposition Directed to Defendant
                   Dollar General Per Fed. R. Civ.
11                 P. 36(b)(6)
12    Exhibit 2    Defendant Dolgen New York LLC's     31
                   Answer to the Second Amended
13                 Class Action Complaint
14    Exhibit 3    Dolgen New York LLC's Second        87
                   Supplemental Objections and
15                 Answers to Plaintiffs' First Set
                   of Special Interrogatories
16
      Exhibit 4    Audit Data Spreadsheet             135
17
      Exhibit 5    PowerPoint Presentation entitled   168
18                 "Additional tech-enabled
                   opportunities"
19
20
21
22
23
24
25

Page 5

1          GOODLETTSVILLE, TENNESSEE; THURSDAY, MARCH 7, 2024

2                    11:15 a.m. CST - 4:10 p.m. CST

3                        * * * * * * * * *

4               THE VIDEOGRAPHER:  Here begins the deposition

5     of Nick Snow.  The date is March 7, 2024.  The time on

6     the video is 11:15 a.m.

7               Will the court reporter please swear in the

8     witness.

9               THE COURT REPORTER:  Pursuant to Federal

10    Rule 30, as the deposition officer, my name is Katherine

11    West.  I'm a certified shorthand reporter for Veritext

12    Legal Solutions.

13              Can counsel identify themselves on the video

14    record.

15              MR. HARRIS:  Good morning.  Scott Harris on

16    behalf of plaintiff.

17              MR. TAYLOR:  Trent Taylor on behalf of

18    Defendant Dolgen New York, LLC.

19              MR. BATES:  I'm Jason Bates.  I'm in-house

20    counsel with Dollar General.

21              THE COURT REPORTER:  I will now administer the

22    oath.

23                         NICK SNOW,

24    the witness herein, having been first duly sworn, was

25    examined and testified as follows:

1                          EXAMINATION

2    BY MR. HARRIS:

3         Q    Good morning, Mr. Snow.  My name is Scott

4    Harris, and I am here to take the deposition in this

5    matter.

6              Could you state your full name for the record,

7    please.

8         A    Yes.  Nicholas Daniel Snow.

9              MR. HARRIS:  Before we begin, I think, Trent,

10   you mentioned something that you wanted to say on the

11   record?

12             MR. TAYLOR:  Yeah.  Thanks, Scott.  I

13   appreciate it.

14             So there's a couple things or three things

15   real quick.

16             Number one, this deposition is being taken

17   pursuant to the protective order that has been entered

18   in this case, and all testimony, transcripts, and

19   exhibits will be marked as temporarily confidential for

20   a period of time, and during that period of time we will

21   submit our confidentiality designations pursuant to the

22   terms of the protective order.  So that's number one.

23             Number two, I just wanted to note for the

24   record that we received the notice of deposition with

25   the topics.  We sent our objections and we had a

Page 7

1    back-and-forth and ultimately an agreement that I

2    believe resolved most, if not all, of our objections, so

3    I think we, you know, are on the same page in terms of

4    what the topics are.

5                But I did want to note that if there are

6    questions posed beyond the scope of the topics in the

7    notice of deposition per our objections, then I will

8    make a beyond-the-scope objection, and the witness can

9    still answer the question, but he will do so in his

10   individual capacity as opposed to as a corporate

11   representative of Dollar General.

12               And the third thing I just wanted to put on

13   the record is the two sides have agreed that this

14   30(b)(6) deposition for both today and tomorrow with our

15   other witness will be no more than ten hours on the

16   record combined.

17               So that's it.  Thanks, Scott.

18               MR. HARRIS:  All right.  Thank you.

19   BY MR. HARRIS:

20        Q    Mr. Snow, it's my understanding you're here as

21   one of the two 30(b)(6) witnesses for Dollar General

22   or -- is that correct?

23        A    That's my understanding.

24        Q    And I know the entity that has been sued in

25   this action is Dolgen New York, LLC doing business as

1   Dolgen.  Is that correct as well, but you're also known

2   as Dollar General?

3        A    That's correct.

4        Q    So if I refer to Dollar General, I'm referring

5   to the named defendant in this action.

6             Is that fair?

7        A    I will -- yes.

8        Q    Thank you.

9             All right.  I'm going to share my screen with

10  the first exhibit that I'm marking to go through this.

11            (Exhibit 1 was marked for identification.)

12  BY MR. HARRIS:

13       Q    Mr. Taylor mentioned a minute ago that there

14  were topics that have been identified by -- that you're

15  going to be testifying to.  I want to go through those

16  first to make sure that we are on the same page as to

17  which topics you're testifying to versus -- I'm sorry.

18  I can't pronounce it -- Ms. Savaloja tomorrow.

19            MR. TAYLOR:  And it's Ms. Savaloja.

20            MR. HARRIS:  Savaloja.  I apologize.

21            MR. TAYLOR:  Okay.

22            THE WITNESS:  Mr. Harris, are you sharing

23  screen or through the Exhibit Share?

24  BY MR. HARRIS:

25       Q    I'll share my screen.  Is that okay?

Page 9

1       A    Okay.

2       Q    Can you see it?

3       A    I see that.

4       Q    Okay.  So, Mr. Snow, this is what I'm marking

5    as Exhibit 1 to your deposition, which is the amended

6    notice of deposition.  It's mistyped as 36(b)(6).  It

7    should be 30(b)(6).

8            But have you seen this document before?

9       A    I believe I have seen this document before.

10      Q    And it's my understanding from an email from

11   your counsel that you are testifying to a -- several of

12   these topics, and I'll go through the ones it's my

13   understanding you're testifying to, and just confirm

14   that you're prepared to testify on these topics.

15           Is that okay?

16      A    Yes.

17      Q    The first one, it's my understanding Item 1,

18   "Dollar General's corporate structure and/or

19   organization during the Relevant Time Period."

20      A    Yes.

21      Q    Okay.  The next was 3:  "The description of

22   how records and data are maintained by Dollar General,

23   including, but not limited to, reports of pricing

24   inaccuracies, customer complaints regarding pricing

25   accuracy, all data maintained as to shelf labels and

1    product sales, PowerBI Reports, the Pricing Compliance

2    Dashboard, and documents related to pricing of products

3    in Dollar General stores generally."

4              Is that correct?

5        A    Yes.

6        Q    And the next one is Number 4:  "Description of

7    how pricing for products sold at Dollar General stores

8    is established and communicated to store employees."

9              It's my understanding that you are testifying

10   to the first part of Item 4, which is "Description of

11   how pricing for products sold at Dollar General stores

12   is established."

13       A    Yes.  That is my understanding.

14       Q    Okay.  And then Item 5:  "All aspects of the

15   myDG program and the Dollar General app"?

16       A    Yes.

17       Q    Number 8:  "The description and functionality

18   of the GOLD system"?

19       A    Yes.

20       Q    Item 19:  "The process for identifying Dollar

21   General customers who may have been overcharged during

22   the Relevant Time Period"?

23       A    Yes.

24       Q    And Item 20:  "A description of the

25   hardware/software utilized by Dollar General to

Page 11

```
 1    determine who are its customers during the Relevant Time
 2    Period"?
 3         A    Yes.
 4         Q    Item 22:  "How cash registers (or other point
 5    of sale mechanisms) are verified and/or reconciled for
 6    price accuracy"?
 7         A    Yes.
 8         Q    Item 24:  "Dollar General's answer to the
 9    operative Complaint"?
10         A    Yes.
11         Q    Item 25:  "Dollar General's answers and
12    responses to discovery requests served by Plaintiff"?
13         A    Yes.
14         Q    Okay.  Item 26:  "The factual basis for any
15    affirmative defense to which Dollar General contends it
16    is entitled to in this matter"?
17         A    Yes.
18         Q    Okay.  And then Item 29:  "The functionality
19    of the technological solutions used to establish,
20    change, and/or remove the prices of products at Dollar
21    General stores"?
22         A    Yes.
23         Q    Okay.  And then Item 33 is "All aspects of the
24    Store Technology Reports prepared by Dollar General"?
25         A    Yes.
```

Page 12

1          Q    Okay.  And then I think initially it was

2    listed as Item 38, but now it's Item 37.  It's "All

3    aspects of the data contained within the

4    DG_Wolf_0040562"?

5          A    Yes.

6          Q    All right.  Thank you.  We'll go through --

7               MR. TAYLOR:  Real quick, Scott, and forgive me

8    if I missed it.  Did you mention 32 as well?

9               MR. HARRIS:  I didn't have 32 on my list.  But

10   maybe --

11              MR. TAYLOR:  So that's one that I think Javier

12   sort of sent.  We had -- Javier was going to get back to

13   us, and he did send it, and so I just want to let you

14   know that he is prepared to talk about 32 as well and it

15   will be Mr. Snow as opposed to Ms. Savaloja for that

16   one.

17              MR. HARRIS:  Okay.  I can come back to that,

18   then.

19   BY MR. HARRIS:

20         Q    But, Mr. Snow, you're also prepared to testify

21   to Topic 32, which is "Dollar General's use of 'master

22   files' as noticed -- as noted by Brian" -- is it -- how

23   do you pronounce his last name?  Haug?

24         A    Haug.

25         Q    -- "Haug during his December 12, 2023,

Page 13

1    deposition"?

2        A    Yes, I am.

3        Q    Okay.  All right.  Let me stop sharing my

4    screen for a minute.

5            Mr. Snow, it's my understanding you've given a

6    deposition before; is that correct?

7        A    I have.

8        Q    How many -- approximately how many depositions

9    have you given?

10       A    Approximately three depositions.

11       Q    Okay.  And I know you gave one in this matter

12   a few months ago.  Have you given a deposition since

13   that one?

14       A    I have not.

15       Q    Okay.  Have you testified in the arbitration

16   or court proceeding since that deposition?

17       A    I have not.

18       Q    And just back to the -- I know you understand

19   the rules, but -- and I'm sure your attorney has told

20   you, but I'm just here to ask you a series of questions

21   about these topics, and if you don't know the answer --

22   or strike that.

23           I'm going to ask you a series of questions,

24   and if you answer the question, I'll assume that you

25   understood the question.

1           Is that correct?

2      A    Yes.

3      Q    Okay.  And then if you have any questions with

4  me, if you don't understand my question, feel free to

5  ask me to rephrase it.  Okay?

6      A    I will.  Thank you.

7      Q    And then also if at any time you need to take

8  a break, let me know.  I think we've talked about trying

9  to take a break in about an hour and a half or so

10 regardless.  But if you need a break at any time, just

11 let me know, but I ask that you answer any question that

12 I have pending.

13          Is that fair?

14     A    Sounds fair.

15     Q    Okay.  Thank you.

16          Mr. Snow, I've reviewed your previous

17 deposition, but can you still provide me with what your

18 current role and title with Dollar General?

19     A    Certainly.  I'm the vice president of decision

20 science and analytics at Dollar General Corporation.

21     Q    And how long have you held that position?

22     A    Held that position since approximately March

23 of 2021.

24     Q    Okay.  And is that the same position you held

25 when you were last -- when you gave your last

1    deposition?

2         A    That is the same position I held the last

3    deposition.

4         Q    Okay.  Thank you.

5              And let me ask you:  What did you do to

6    prepare for your deposition today?

7         A    I'm sorry.  That didn't come through clearly,

8    Scott.

9         Q    What did you do to prepare for your deposition

10   today?

11        A    I did a number of things.  For one, I have

12   general knowledge to start with about many of the topics

13   that were -- I'm representing Dollar General Corporation

14   on.  I separately met with counsel, both in-house and

15   outside, and I sought out and met with a number of

16   internal folks to refresh my memory or become

17   knowledgeable on the topics I could represent us today

18   on the topics we already went through.

19        Q    Okay.  Did you review any deposition

20   testimony?

21        A    I did review some deposition testimony.

22        Q    Do you recall whose depositions you reviewed?

23        A    I recall some of whom's depositions I

24   reviewed.

25        Q    Do you recall the names?

Page 16

```
 1        A    I do recall some of the names.

 2        Q    Can you provide those?

 3        A    Certainly.  I reviewed my own testimony from

 4    the previous deposition.  I reviewed an excerpt of

 5    testimony from Ms. Connie Droge.  And I reviewed

 6    testimony from the plaintiffs' in their deposition in

 7    this matter.  I believe that's all of the depositions

 8    that I looked at.

 9        Q    Okay.  And then you mentioned you spoke with

10    people outside of your counsel; is that correct?

11        A    I did.

12        Q    And can you tell me who did you speak with

13    besides counsel about -- in preparing for your

14    deposition today?

15        A    Yes.  I met with Kim Eden who is a director in

16    our IT department and responsible for some of the

17    pricing systems.  And I met with Marco Nunez who is a

18    director in our cash and sales audit function.  And I

19    exchanged email conversation with Rohit Magazine who is

20    on our store POS IT team.

21        Q    Anyone else that you can think you spoke to in

22    preparation of the deposition?

23        A    That is the full list of people I spoke to in

24    preparation for this deposition outside of outside

25    counsel and in-house counsel.
```

Page 17

1      Q     Okay.  Thank you.

2            Did you visit any stores in preparation for

3   your deposition?

4      A     I did not visit any stores in preparation for

5   my deposition.

6      Q     Have you -- have you visited any stores in the

7   New York region during the pendency of this lawsuit?

8      A     I'm sorry, Mr. Harris.  You broke off right at

9   the end.

10     Q     Have you visited any New York Dollar General

11  stores?

12     A     I have visited New York Dollar General stores.

13     Q     Have you visited them since this action was

14  initially filed?

15     A     I'm unclear as to when exactly the action was

16  initially filed, but I was in New York stores in the

17  early summer of 2023.

18     Q     Okay.  I think that was after.  This action

19  was filed I believe in January of '23, I believe.  But

20  I'm not certain exactly on the date in front of me.

21           But you likely visited a store after this

22  action was filed.

23           Who did you meet -- do you recall who you met

24  with when you went to the stores in 2023?

25     A     I do not recall any of the names of the people

1  I met with.

2      Q    Okay.  Was it -- do you know if it was

3  managers or district managers that you met with?

4      A    I was on a store visit and I'm sure I met a

5  manager or met a district manager, but that wasn't the

6  purpose of my visit, so it was for pleasantries.

7      Q    Okay.  Were you -- so you were on vacation and

8  just stopped by a store?

9      A    No.  No.  Sorry.  I was on a Dollar General

10 store visit trip into the market that included

11 Binghamton, New York.

12     Q    Okay.  So -- okay.  Was that the only store

13 you stopped in in New York in 2023?

14     A    It probably was three or four stores in that

15 market that would have been in the State of New York,

16 but that would have been the only stores I was in in

17 2023.

18     Q    Okay.  And I'm sorry.  So that was in the

19 Binghamton market?

20     A    That's correct, if I'm pronouncing that

21 correctly.

22     Q    I am or --

23     A    If I'm pronouncing that correctly.

24     Q    Oh, okay.  We both are.  Okay.

25          Have you spoken with any customers in any of

1    the -- any of your New York -- any of your New York

2    customers in preparation of your deposition today?

3         A    I have not spoken with any customers in New

4    York.

5         Q    How long do you think you spent in preparation

6    for your deposition today and preparing for these

7    topics?  How long -- approximately how long do you think

8    you spent speaking with people and reviewing deposition

9    testimony in preparing for your testimony today?

10        A    I'd say I spent approximately 16 to 20 hours.

11        Q    Do you know approximately when you began

12   preparing for your deposition that you're to give today?

13   Was it last week?  Two weeks ago?  Three weeks ago?

14        A    Yeah.  I believe I began preparing in the last

15   three weeks.

16        Q    Okay.  And then so in the last three weeks,

17   you spent approximately 16 to 20 hours preparing?

18        A    That's correct.

19        Q    Why don't I -- let me go back and ask.  So you

20   mentioned -- and I think there was four people you

21   either communicated with in preparation.  Is it Eden the

22   first name you mentioned, the director of IT?

23        A    That's correct.  I believe that's her title.

24   She's a director or senior director in our IT crew.

25        Q    And do you recall which topic you spoke to

Page 20

1   Ms. Eden about in preparation for today?

2        A    Yes.  I spoke to Ms. Eden to confirm my

3   understanding and refresh on the pricing portions of the

4   system I think we looked at a few minutes ago titled

5   GOLD.

6        Q    Okay.  Sorry.  That didn't come through quite

7   clear.  I think I understand you spoke to her about

8   the -- I guess Topic 8 is the description and

9   functionality of the GOLD system.

10              Was it related to that topic?

11       A    Yes, it is.

12       Q    Okay.  And what did you all -- do you recall

13   the question you asked her?

14       A    Yes.  I had a historical understanding of how

15   the GOLD pricing system worked, and so I -- I'd say I

16   had a collaborative conversation just confirming

17   elements of my understanding as well as understanding

18   which pieces of the workflow systemically had changed

19   since I was last aware of it systemically.

20       Q    Can you break that down at some point?  So why

21   don't I ask you:  What is the GOLD system?

22       A    Yeah.  The GOLD system is the company's ERP

23   system.

24       Q    What does ERP stand for?

25       A    ERP generally refers to enterprise resource

Page 21

```
1     planning in the technological sense.

2          Q    Okay.  And then how does Dollar General use

3     that system, then?

4          A    The GOLD system at Dollar General is used for

5     inventory management, and it does things like

6     forecasting for replenishment, maintaining an inventory

7     perpetual record across stores and distribution centers.

8     It contains item information and we leverage its

9     database as part of our pricing workflow.

10         Q    Okay.  So let me -- let me explore that a

11    little bit, make sure I understand it.

12              So you mentioned that it's inventory

13    management database is one component of that; is that

14    correct?

15         A    That is one of the features of the GOLD ERP.

16         Q    And then if -- let me just use an example.  Do

17    you use it for -- like, if one store is running low on a

18    certain product, it can tell you what the current

19    inventory of razors are or deodorant and say you

20    possibly need to order more?  Is that an aspect of it?

21         A    Yeah.  That doesn't accurately describe it.

22    The GOLD ERP maintains inventory records and then

23    replenishes based upon various settings as inventory is

24    low, as an example.

25         Q    So if inventory goes low for a certain
```

Page 22

1    product, when you say "replenishes," does it just -- it

2    tells the shipping department that they need to ship to

3    the Binghamton store for instance?

4        A    Yeah.  Generally, the way it would create an

5    order out of a distribution center.  That order is

6    picked if it's available in that distribution center,

7    and then it ultimately makes its way to a truck and is

8    received at the given store.

9        Q    Okay.  I'm sorry.  You said that's one

10   component.  What are the other components of the system

11   as well?

12       A    Again, it does lots of things, but it retains

13   the information for items.  It is the system that

14   designates a SKU, so an official number for a given

15   item.  It retains attribution information in a product

16   master as part of itself.  And then it is in -- it is --

17   leverages part of the pricing workflows for items.

18       Q    Okay.  When you say "leverages part of the

19   pricing workflow for items," do you mean like it will

20   suggest what the price should be for a given product?

21            MR. TAYLOR:  Objection.  Form.

22            You can answer.

23            THE WITNESS:  No.  It doesn't do that.

24   BY MR. HARRIS:

25       Q    What -- can you explore -- explain what you

Page 23

1    mean by what you just said about that, then?

2         A    Certainly.  Every item to be sold has a retail

3    price, so the system has to maintain what that retail

4    price is, and if it is changed, the retail price is

5    changed via that system and leveraging the databases

6    that underpin that in the same way that other item

7    attribution information is retained in that ERP.

8         Q    So would it then -- like, if the retail price

9    is a certain amount of, whatever, $3 or 3.50 or

10   something, and you decide to change the price from 3 to

11   3.50 for something, would it then make sure that that

12   was -- or strike that.

13             If the price changes from 3 to 3.50 on a given

14   product, does it then let the stores know that the

15   prices need to change throughout the stores as well?

16        A    I'm sorry.  Mr. Harris, can you repeat that

17   question?

18        Q    Yeah.  I'm not doing a good job of asking it.

19   I'm trying to think of what I'm trying to understand

20   with this system.

21             You were discussing how it would -- it can

22   look at the retail price of a product; is that correct?

23        A    It retains -- it has knowledge of the retail

24   price of an item.

25        Q    Okay.  And -- but then if -- if you decide if

Page 24

1    you were Dollar General, someone at Dollar General

2    decides to change the price of a given product, what

3    does the GOLD system do, then, in terms of letting the

4    stores know that the price has changed?

5         A     Yeah.  The GOLD system is the mechanism by

6    which a price change would be entered and processed to

7    be sent to the stores electronically.

8         Q     Okay.  And does -- do all the stores have

9    access to the GOLD system?

10        A     No.  It's my understanding the store -- none

11   of the stores have access to the GOLD system.

12        Q     Okay.  It's only comes from the corporate

13   level, gets funneled out to the rest of the stores at

14   some point?

15             MR. TAYLOR:  Objection.  Form.

16             You can answer.

17             THE WITNESS:  Yeah.  It's my understanding

18   that the GOLD system sends files to subordinate systems

19   or other systems throughout the network that do various

20   things based on those files.

21   BY MR. HARRIS:

22        Q     Okay.

23        A     One of which is pricing.

24        Q     And so when you spoke with Ms. Eden, was

25   there -- was there anything else you discussed with her

Page 25

1   about the GOLD system?

2       A    No.  It was about making sure I was

3   knowledgeable to accurately answer the questions with

4   regard to the GOLD system as noted in your -- the

5   deposition.

6       Q    Okay.  And let me go back to just would the

7   GOLD system then, would it communicate in some form or

8   fashion to whatever your point-of-sale systems are that

9   are used at individual stores about the price?

10      A    Yes.  The GOLD system goes through a series of

11  workflows and file transfers, one of which is sending

12  information through ultimately down to the point of sale

13  across the network.

14      Q    And then does it also -- then it also -- like

15  in terms of one of the issues we're here today about,

16  does it also inform -- like, start printing out labels

17  that need to go for each product as well that may have

18  changed the price?

19           MR. TAYLOR:  Objection.  Form.

20           You can answer.

21           THE WITNESS:  The GOLD system sends the

22  pricing information to the points of sale, and

23  ultimately to the back office PC or personal computer in

24  each store where tags associated with a price change can

25  be printed.

Page 26

```
 1   BY MR. HARRIS:
 2        Q    Okay.  All right.  Okay.  So that's -- okay.
 3   It tells them the price has changed for a given product
 4   that goes to the point of sale and the point of sale at
 5   the individual store tells the -- tells someone to print
 6   it off in the store; is that a fair assessment?
 7             MR. TAYLOR:  Objection.  Form.
 8             You can answer.
 9             THE WITNESS:  Yeah.  So for a permanent price
10   change, the pricing information change file will then
11   create a tag file on the back office PC to reflect those
12   changes that get printed by store associates.
13   BY MR. HARRIS:
14        Q    Okay.  All right.  I think I follow.
15             Let me -- you also mentioned the next person
16   you spoke to, is it Marco Nunez?
17        A    That's correct.
18        Q    And I'm sorry.  What was his title?
19        A    He's either the director or senior director of
20   cash and sales audit, I believe is his title.
21        Q    Okay.  And then what does he -- do you know
22   how long he's had that position for?
23        A    I do not.
24        Q    And then what did y'all discuss?
25        A    I discussed the cash and sales reconciliation
```

Page 27

1    process with regard to how sales come back into the

2    corporate office.

3        Q    What do you mean by like in terms of there's a

4    cash sale at a given store and then how does that money

5    get back -- deposited back to corporate?

6        A    My scope of questions was with regard to -- I

7    had some familiarity.  In any retailer, sales get

8    summarized and split apart based on tender types to

9    include some cash going to banks, and some obviously

10   being more electronic tenders, a cash and sales audit

11   function reconciles those things, and so my questions

12   with regard to the processes around those

13   reconciliations.

14       Q    Okay.  That's a good point.  Do you know -- I

15   guess did y'all discuss what percentage of sales in New

16   York were cash versus other forms of tender?

17       A    No, we did not.

18       Q    Okay.  Do you know -- actually, let me ask

19   that same question.  Do you know what -- in the past

20   approximately three years what percentage of sales in

21   New York have been cash versus another form of payment?

22            MR. TAYLOR:  Wait.  Objection.  Form.

23   Objection.  Beyond the scope.

24            You can answer in your individual capacity.

25            THE WITNESS:  I do not.

Page 28

1    BY MR. HARRIS:
2        Q    Do you -- all right.  Approximately how long
3    was your conversation with Mr. Nunez?
4        A    Approximately five to seven minutes.
5        Q    All right.  I think you also mentioned that
6    you spoke with, is it Mr. Magazine; is that right?
7        A    That is correct.
8        Q    Okay.  Did you speak with him or --
9        A    I traded an email with Mr. Magazine.
10       Q    What information were you seeking from
11   Mr. Magazine?
12       A    I'm sorry.  Can you say that again?
13       Q    What information were you seeking from
14   Mr. Magazine?
15       A    Trying to find information with regard to a
16   store technology report.
17       Q    And what information was that that you were
18   about the store technology reports?
19       A    What it was.
20       Q    Can you elaborate what it is?  I think that's
21   Topic 33; is that correct?
22       A    Yes.  Sorry.  So my question's with regard to
23   what it was and what it represented, and then I had
24   asked him questions once we established what it was and
25   where it came from.

1      Q    So yeah.  What is the store's technology
2    reports?
3      A    What it appears, the store technology report
4    is a summary of tickets or store notifications of
5    technology open issues.
6      Q    Can you give me -- can you elaborate on what
7    "open issues" means, what you mean by that?
8      A    Yeah.  As an example, one that I looked at, a
9    phone was not functioning, so that was listed as a phone
10   was not functioning and had a "1."
11     Q    Okay.  So --
12     A    I think designating one issue.
13     Q    I'm sorry.  I didn't mean to cut you off.
14     A    Sorry.  In that case, it appeared to designate
15   that there was a single phone issue in a given store.
16     Q    Okay.  So if one of the aspects of technology
17   in a store, the store uses has gone down, that will tell
18   you whether -- or whether it needs some kind of
19   maintenance or rebooting or something?  That's what
20   those reports tell you?
21     A    I don't know that I know exactly that's what
22   it -- it's supposed to capture information with regard
23   to an open issue.  An open issue could be a lot of
24   different things, but in your case, if something were to
25   be down, theoretically, if the store complained -- or

1    sorry -- called it in that way, that's where it would be

2    reported.

3        Q    Okay.  All right.  Do you know how -- the

4    store technology reports, are those basically just email

5    reports of some kind, or how are those produced?

6        A    Through my research, it appears it's an Excel

7    summary of a capture of that information.  It's for

8    distribution, and I believe I saw that it was emailed so

9    that's not unusual.  A report would be emailed.

10        Q    And I'm sorry.  I meant to ask you earlier.

11    What's Mr. Magazine's -- what's his title?

12        A    I actually don't know his specific title.

13        Q    What division does he work in?  Do you know?

14        A    He works in the IT department.

15        Q    Okay.  So you think he works underneath

16    Mrs. Eden most likely?

17        A    I do not believe he works underneath Ms. Eden.

18        Q    Okay.  Or he works with Mrs. Eden?

19        A    I believe he works with Mrs. Eden.

20        Q    Okay.  Thank you.  Okay.  Let me keep going

21    through a few things.

22             I'm going to share my screen in just a minute.

23    Let me actually move into the Exhibit Share file.  One

24    second.

25             I think it's moved over.  I'm going to share

Page 31

1    my screen now.  I'm marking as Exhibit 2, which is

2    Dollar General's answer to the second amended complaint.

3              (Exhibit 2 was marked for identification.)

4    BY MR. HARRIS:

5        Q    Let me share my screen now.

6              All right.  Can you see my screen?

7        A    I can.

8        Q    Okay.  One of the topics that you mentioned or

9    that you're prepared to testify to is Topic 24 and 26,

10   which is Dollar General's answer to the operative

11   complaint, and the actual basis for any affirmative

12   defense to which Dollar General contends it is entitled

13   through this matter.

14             Let me mainly just focus on the affirmative

15   defenses, but let me go through a few things about

16   Dollar General's answer.

17             Okay.  I'm on paragraph 21.  Can you see that?

18       A    I can.  Is there an opportunity for you to

19   zoom in?

20       Q    I certainly can do that.

21             MR. TAYLOR:  And let me ask this, Scott.  You

22   know, is it better to use the Exhibit Share or not?  I

23   mean, you know, however you want to do it is fine, but

24   obviously we're in the Exhibit Share and if we need to

25   do that, we can do that as well.

1           MR. HARRIS:  Let me try this.  Let me go off

2       the record one second.  I'm just more familiar with this

3       way, Trent, if that's okay.

4           MR. TAYLOR:  Let me just say for the record --

5           THE COURT REPORTER:  Are we off the record or

6       on?

7           MR. TAYLOR:  No.  No.  We're on.  We're on.

8           What I was just going to say was if there is a

9       need for the witness to sort of look at the entire

10      document, then we can just plan to let you know, and

11      then at that point maybe we can move over to the Exhibit

12      Share.

13          MR. HARRIS:  That's fair enough.  But I can

14      scroll, and I'll try to be very specific in any

15      questions I ask right now so you don't need to look at

16      the full thing.

17      BY MR. HARRIS:

18          Q    Let me find a way to zoom in.  There it is.

19      Is that better?

20          A    That's better.  Thank you.

21          Q    All right.  So one thing with this is part of

22      your answer.  Discusses -- actually, I'm sorry.  Let me

23      go back to paragraph 19.

24              Paragraph 19 states "Dollar General admits

25      that the State of Ohio, through its attorney general,

1    filed a lawsuit against Dollar General Corporation and

2    Dolgen Midwest, LLC, as identified by the case number

3    and docket number alleged in paragraph 19.  Dollar

4    General denies that the lawsuit has merit."

5            Do you see that?

6        A    I see that.

7        Q    And were you -- I wanted -- I understand --

8    it's my understanding that Dollar General has reached a

9    settlement of some kind with the State of Ohio AG

10   matter.  Is that correct?

11           MR. TAYLOR:  I'm going to object as beyond the

12   scope of the notice.

13           But you can answer in your individual

14   capacity, if you know.

15           THE WITNESS:  I believe I saw a news article

16   with regard to a settling of a case in Ohio or a matter

17   in Ohio with regard to the attorney general, but I don't

18   know the specifics.

19   BY MR. HARRIS:

20       Q    You were not involved in that?

21       A    Do not believe I was involved in that.

22       Q    Do you know who was?

23           MR. TAYLOR:  Same objection.  Beyond the

24   scope.

25           You can answer in your individual capacity if

Page 34

1    you know.

2              THE WITNESS:  Not that I know of.

3    BY MR. HARRIS:

4        Q    Okay.  Let me go to paragraph 35.  And I'm

5    happy -- Mr. Snow, I'm happy to show you the actual

6    complaint, but I don't think you need that.  If you need

7    to look at something else, let me know.

8              One of the -- paragraph 35 states:  "Dollar

9    General admits that Dollar General stores are subject to

10   price verification audits by New York governmental

11   entities."

12             Do you see that?

13       A    I do.

14       Q    And this is in response to an exhibit that we

15   provided as part of the complaint.

16             Do you know how often door -- the Dollar

17   General stores are subject to audits by New York

18   governmental entities?

19             MR. TAYLOR:  I'm going to object as beyond the

20   scope for this witness.

21             You can answer in your individual capacity.

22             THE WITNESS:  I'm unaware of how often Dollar

23   General stores in New York would be subject to price

24   verification audits.

25             MR. HARRIS:  Obviously, Trent, I know that --

1    the reason -- I didn't know if this was a topic.  I know

2    there's also an audit discussion Mrs. -- that Mia will

3    be testifying to tomorrow, but I didn't know if this was

4    also something that he would testify to.

5            MR. TAYLOR:  Yeah.  And so -- and thanks.

6    Certainly I recognize that, you know, there may be some

7    overlap here or there with some of these topics, and

8    I'll just say I think for that one, the audit piece is

9    one that was designated for Mia.

10   BY MR. HARRIS:

11       Q    Okay.  Let me go through, turn to the

12   affirmative defenses.  And they begin on page 13 of

13   the -- of Dollar General's answer.

14            And I want to go through these, Mr. Snow, and

15   just find out what the factual basis is for any of these

16   affirmative defenses are that you're aware of sitting

17   here today.

18            And so I think the first one is "Each cause of

19   action alleged in the second amended complaint is barred

20   by the 'safe harbor' provision of New York's general

21   business law, Section 349(d)."

22            Do you see that?

23       A    I do.

24       Q    Okay.  And is there any -- do you know what

25   factual basis you're going to testify to regarding the

1    safe harbor provision of the New York general business

2    law that would bar the claims in this complaint -- in

3    the plaintiffs' complaint?

4            MR. TAYLOR:  So, Scott, I just want to put on

5    the record here and he can answer that -- but that, you

6    know, a number of these are really legal defenses, and

7    he can certainly testify to that, but I just want to put

8    on the record because we certainly don't want to get

9    into any attorney-client privilege or work product

10   issues on that, so I just want to say that at the

11   outset.

12           You can answer.

13           THE WITNESS:  Yeah.  With regard to the safe

14   harbor provisions of New York's general business law,

15   obviously it's a legal matter, and the affirmative

16   defense here was put up by Dollar General in

17   consultation with counsel.

18           As I understand it, the affirmative defense

19   here is with regard to the actions that Dollar General

20   takes to provide for price integrity in stores in New

21   York and includes things like signage around the stores,

22   receipts, the scanners in our stores as an item is

23   scanned shows the price to a customer, and a number of

24   other things with regard to the safe harbor provisions.

25   ///

```
 1   BY MR. HARRIS:
 2        Q    Okay.  And let me break down that, what you
 3   mean by each of those things.
 4             So would -- you mentioned signage first, I
 5   think.  What signage is up that you think would help --
 6   help provide this as a defense?
 7             MR. TAYLOR:  Okay.  I'm going to object there
 8   to beyond the scope.  Just because, you know, he
 9   provided the factual basis, but going beyond that I
10   think does get outside the particular topic here, but
11   you can answer in your individual capacity.
12             MR. HARRIS:  Let me -- I'm not sure I follow
13   that, Trent.  This is a question about the factual basis
14   that I'm asking.  He said signage, so I want to know
15   what the signage is that provides the factual basis for
16   that.  Wouldn't that be a topic that he's designated to
17   testify on?
18             MR. TAYLOR:  Well, obviously this gets a
19   little tricky, Scott, because obviously this is a legal
20   pleading that was done, and as he mentioned, in
21   consultation with counsel, and one of the things we're
22   trying to do is avoid, you know, invading the purview of
23   privilege and work product here.
24             And so, you know, I think we can give a little
25   leeway on some of these, but I just want to give you
```

1    notice that that is a piece of it that is, you know,

2    something that we're going to be very careful about.

3            And some of the case law in this jurisdiction

4    is, I think, pretty clear about, you know, not allowing

5    impermissible attempts to inquire into the mental

6    processes and strategies of counsel.

7            What I think I'll let him do, I'll let him

8    talk about the particular kinds of signage in the

9    general sense, but I think the specifics, if we get down

10   to some of the specifics that I think, you know, is

11   getting closer to the mental processes and strategies of

12   counsel for Dollar General.

13           So given that, you can answer.

14           THE WITNESS:  Yeah.  As an example, well, what

15   came to mind for me was an ad sign that has an effective

16   date for a customer of a start and end date.

17   BY MR. HARRIS:

18       Q    Okay.  And then you mentioned also there's

19   things and receipts that would give you a factual basis

20   for this defense.

21           What's on the receipts?

22       A    Yeah.  As obviously a number of things on the

23   receipt, what came to mind for me was an individual

24   item's price that's ultimately charged to the customer

25   as tender when they complete the transaction.

Page 39

```
 1        Q    Do you say -- is there anything on the receipt
 2   that says "double-check the pricing on the receipt" --
 3             MR. TAYLOR:  Objection.
 4   BY MR. HARRIS:
 5        Q    -- "price that you were charged"?
 6             MR. TAYLOR:  Objection.  Form.  Objection.
 7   Beyond the scope.
 8             You can answer in your individual capacity.
 9             THE WITNESS:  I don't recall there's anything
10   on a receipt with regard to the statement that you made.
11   BY MR. HARRIS:
12        Q    Okay.  All right.  I'll move to the next one.
13   Next one is "Plaintiffs' claims may be barred or reduced
14   by the doctrine of comparative fault or contributory
15   negligence."
16             What facts do you have that the plaintiffs'
17   claims may be barred by any of their actions?
18        A    Again, affirmative defense is a legal matter,
19   and Dollar General prepared its response with regard to
20   that with both inside or in-house and outside counsel.
21             As I understood, here in the example was
22   plaintiffs may not have availed themselves of the
23   processes that exists for a customer to make us aware of
24   a potential price overcharge existed to include at store
25   but also in corporate processes.
```

1      Q     Okay.  Let me ask you:  What are the things --

2  the avenues available at a store that could -- to make

3  Dollar General aware someone may have been overcharged?

4      A     Yeah.  There's a number of them.  An example

5  of one that comes to mind is notifying the cashier that

6  the price at shelf may have been different than the

7  price charged at the register, that the price is scanned

8  and shown on pin pads and/or screens, customer display

9  screens, was different than what the customer believed

10  the price should be.  Again, just a few examples.

11      Q     And then you mentioned also there was another

12  avenue that they could have availed themselves of.

13          What was -- that was the corporate level?

14      A     Yes.  In preparation for this testimony, I

15  reviewed our processes for alerting through a contact

16  outside of the store to allow a customer to make a

17  complaint of a potential price overcharge to be

18  rectified.

19      Q     I'm sorry.  What's the -- I'm sorry.  What did

20  you review?

21      A     I reviewed our mechanisms that exist or some

22  of the mechanisms that exist for a customer to make a

23  potential -- make us aware of a potential overcharge

24  outside of what I just described in store.

25      Q     I'm sorry.  Yeah.  What are the mechanisms,

1    then, that --

2        A    Yeah.  Just a couple as examples.  There's a

3    contact form on our website.  We have a telephone

4    number, customer service number.  Those are a couple of

5    the ones that come to mind.

6        Q    Okay.

7        A    I think you can also email.

8        Q    Sorry?

9        A    I'm sorry.  I think you can also email as

10   another example.

11       Q    What -- what -- were there anything else in

12   the store besides talking to the person at the checkout?

13           MR. TAYLOR:  Objection.  That misstates his

14   testimony.

15           But you can answer.

16           THE WITNESS:  Yeah.  Like I said, I think

17   there's a number.  The ones that came to mind start with

18   notifying an employee in the store, the cashier being

19   the most likely to me to the customer.

20   BY MR. HARRIS:

21       Q    Okay.  And then possibly contacting the

22   manager as well?  Is that another avenue?

23       A    Another employee in the building.

24       Q    All right.  "At all times" -- for the Fourth

25   Affirmative Defense, "At all times relevant, Dollar

Page 42

1    General conducted itself in a commercially reasonable

2    manner consistent with the requisites of applicable

3    law."

4              Do you see that?

5        A    I see that.

6        Q    Okay.  What's the factual basis for this

7    statement?

8        A    And, again, an affirmative defense is a legal

9    affirmation, but as I read this and understood it,

10   commercially reasonable to include things like some of

11   what we've already described, signage on, had tags with

12   effective dates, an ability to see the price as charged

13   at the register on a customer display screen, the

14   ability to see all the details of a transaction, all the

15   lines and the prices, if one tenders in a credit card

16   transaction.

17             Just a handful as examples of those things I

18   thought were reasonably consistent with law or with

19   regard to this.

20       Q    Okay.  Let me go to -- I think the statute of

21   limitations is a purely legal defense on this issue.

22             Let me read through.  The Sixth Affirmative

23   Defense is "Each of the causes of action alleged in the

24   Second Amended Complaint is barred, in whole or in part,

25   by the equitable doctrines of laches, estoppel, and/or

Page 43

1    unclean hands."

2            Do you see that?

3        A    I see that.

4        Q    Okay.  And what's your factual basis that the

5    plaintiffs' claims should be barred by the doctrine of

6    laches?

7        A    Yeah.  Again, I think the Sixth Affirmative

8    Defense is a legal defense.  As I understand it, I'm not

9    an attorney and it was put together with both in-house

10   counsel and outside counsel.  My understanding, as I

11   read this, was with regard to the plaintiffs, again,

12   maybe not availing themselves of mechanisms that exist

13   or existed to rectify a potential price overcharge

14   situation.

15       Q    Okay.  And back -- that goes back to what we

16   discussed in -- for the safe harbor defense?

17       A    Yes.  As I articulated, I think, similar in my

18   thinking.

19       Q    Anything else in addition to that for this

20   affirmative defense?

21       A    Again, a legal defense, I gave you some

22   examples of how I thought about it.

23       Q    Okay.  Just sitting here today, no other

24   factual basis that you can think of for these other than

25   what you said for the safe harbor defense?

1      A    I'm sure there are.  As I sit here right now,

2    I've given you the examples I know of.

3      Q    You're prepared to testify on all the factual

4    bases for these; correct?

5           MR. TAYLOR:  Well, I'm going to object to

6    that.  I think he's here to give the factual bases for

7    these affirmative defenses, but, you know, the way I

8    read it is that that's at a general level and, you know,

9    he's not required to go in and give you deposition

10   transcript number or the Bates number of particular

11   documents.  So, you know, I just want to put that on the

12   record.

13   BY MR. HARRIS:

14     Q    All right.  But --

15     A    Again, to your question --

16          (Simultaneous speaking.)

17   BY MR. HARRIS:

18     Q    -- in response to our notice, those are all

19   the factual bases you have today; correct?

20          (Reporter clarification.)

21   BY MR. HARRIS:

22     Q    Mr. Snow, sitting here today, in preparation

23   for this deposition, the only factual basis for the

24   Sixth Affirmative Defense is what you already had

25   testified to; correct?

1          MR. TAYLOR:  I'm going to object to that

2     question and for a couple reasons.  Number one, because

3     some of those delves into the mental impressions that

4     I'm talking about; and number two, we're not going to be

5     held to -- you know, if he doesn't say the exact --

6     every single basis and every single reference in the

7     record at this point, you know, we're not going to be

8     held to that.  I think he's articulated some of the

9     general points, and I think that puts you fairly on

10    notice of what those are.

11         Having said that, you can answer.

12         THE WITNESS:  And, again, I'm not an attorney.

13    As I prepared for this with regard to the Sixth

14    Affirmative Defense, I've given you examples that come

15    to mind at the moment of mechanisms in which the

16    plaintiffs appeared not to avail themselves of avenues

17    that existed to make either the store or Dollar General

18    corporate aware of a potential price overcharge.

19    BY MR. HARRIS:

20    Q    I'll move to the next one.  Seventh

21    Affirmative Defense:  Waiver.  "Each of the causes of

22    action alleged in the Second Amended Complaint is

23    barred, in whole or in part, by the doctrine of waiver."

24         Do you see that?

25    A    I see that.

Page 46

1        Q    Okay.  And what's the factual basis for the

2   doctrine of waiver that you're aware of?

3        A    Can you scroll down?  I want to ensure that

4   there's not -- there we go.  Thank you.  I wanted to

5   make sure there wasn't another sentence.

6             Again, this is a legal defense.  I'm not an

7   attorney.  I think it was put together by both in-house

8   counsel and outside counsel, so I don't know that I can

9   testify further beyond that.

10        Q    Okay.  But nothing -- you're not aware of any

11   factual basis, then, for plaintiffs' claim being barred

12   by waiver by doctrine of waiver?

13             MR. TAYLOR:  Objection.  Form.  Objection.

14   Misstates testimony.

15             You can answer.

16             THE WITNESS:  Yeah.  Again, as I think about

17   waiver, I think it relates with regard to the plaintiffs

18   not availing themselves of mechanisms that could have

19   been made to rectify a potential price variance between

20   what they believe they paid and what the shelf price was

21   stated as.

22   BY MR. HARRIS:

23        Q    Okay.  Thank you.  Move on to the Eighth

24   Affirmative Defense.  This is the failure to provide

25   adequate notice.  It says "Each of the causes of action

Page 47

1    alleged in the second amended complaint is barred, in

2    whole or in part, by Plaintiffs' failure to give Dollar

3    General required and adequate notice of the claim."

4         Do you see that?

5    A    I see that.

6    Q    And, again, the factual basis for that, is it

7    back to the same thing we discussed before about notice

8    of any -- of the price discrepancy in the store or send

9    an email to the corporate office we discussed earlier?

10   A    Yeah.  Again, obviously a legal defense, my

11   understanding was the plaintiffs, as I read their

12   depositions, did not take advantage or avail them

13   themselves of some of those avenues to make either the

14   store or Dollar General corporate aware of a potential

15   price overcharge.

16   Q    Let me -- and one of the things it says

17   that -- failed to give Dollar General the required and

18   adequate notice of the claim.

19        Do you know, is there -- does Dollar General

20   have a policy that you're required to give them notice

21   of any claims before you initiate a lawsuit like this?

22        MR. TAYLOR:  Objection.  Form.  Objection.

23   Beyond the scope.

24        You can answer in your individual capacity.

25        THE WITNESS:  Yeah.  I have no knowledge of

1  whether Dollar General has a requirement of such a thing

2  related to a lawsuit.

3  BY MR. HARRIS:

4      Q    But in preparation for this, you don't know

5  what the requirement that's identified here is?

6          MR. TAYLOR:  Same objection.

7          You can answer.

8          THE WITNESS:  Again, it's a legal -- I don't

9  have a requirement.  You asked me if I had knowledge of.

10  I'm unaware of anything with regard to that.

11  BY MR. HARRIS:

12     Q    I will -- I'll skip over.  I think it's a

13  legal -- Ninth Affirmative Defense is all purely legal.

14          The Tenth Affirmative Defense is existence of

15  contract.  "The equitable relief sought by Plaintiffs

16  and the putative class is barred by the existence of a

17  contract."

18          Do you see that?

19     A    I see that.

20     Q    What's the factual basis for there was a

21  contract formed between the plaintiffs and the putative

22  class members?

23     A    Again, a legal defense put together in

24  consultation with in-house counsel and outside counsel.

25  Again, as I understood this, it relates to the

Page 49

1    opportunities or those not leveraged by the plaintiffs

2    to make either the store or Dollar General aware of a

3    potential price overcharge that could be rectified.

4        Q    But it says there's a contract that exists.

5    Do you have any factual basis that there was a contract

6    that exists between the plaintiffs and the putative

7    class members?

8             MR. TAYLOR:  Well, this is where I'm going to

9    object, Scott, because I do think, you know, whether or

10   not there is a, quote/unquote, contract is a legal

11   matter.  And obviously there has been briefing already

12   about whether there's an implied contract because of the

13   transaction at issue.

14            So, you know, this really does start to get

15   into that.  I'm going to allow him an opportunity to try

16   to answer that, but I did want to put that objection on

17   the record.

18            THE WITNESS:  And sorry.  And, again, the

19   answer, it's a legal definition of whether there's a

20   contract.  My understanding, I think, about this was

21   with regard to my understanding of how a transaction --

22   what was exchanged, the goods in exchange for

23   consideration.

24   BY MR. HARRIS:

25        Q    Other than that --

Page 50

1      A     The contract.

2      Q     I'm sorry.  I didn't mean to cut you off.

3      A     Couldn't be a contract.

4      Q     But you're not aware of any written contract

5  between the plaintiffs and Dollar General that you're --

6  that you know of?

7      A     I am not aware of any written contract between

8  Dollar General and the plaintiffs.

9      Q     Thank you.  All right.

10           The Eleventh Affirmative Defense is about the

11  voluntary payment doctrine.  It says "Each of the causes

12  of action alleged in the second amended complaint is

13  barred by the voluntary payment doctrine to the extent

14  Plaintiffs and/or the putative class members voluntarily

15  purchased the products at issue knowingly and

16  intelligently and without mistake of fact."

17           Do you see that?

18      A     I see that.

19      Q     And have you spoken to any of the putative

20  class members about their decisions to purchase any of

21  the products at issue in this action?

22           MR. TAYLOR:  I'm going to object as beyond the

23  scope.

24           You can answer in your individual capacity.

25           THE WITNESS:  I do not believe I've spoken to

```
 1   any of the plaintiffs or potential class members.
 2   BY MR. HARRIS:
 3       Q    Okay.  Okay.  I'm going back to the Twelfth
 4   Affirmative Defense.  If says "The monetary relief" --
 5   or going to the Twelfth Affirmative Defense.  "The
 6   monetary relief sought by Plaintiffs and the putative
 7   classes is barred to the extent that they failed to make
 8   a reasonable effort -- reasonable efforts to prevent or
 9   mitigate any alleged injury or loss."
10           Do you see that?
11       A    I see that.
12       Q    Okay.  And are there any -- I think we
13   discussed earlier back with the Second Affirmative
14   Defense and the Sixth Affirmative Defense are there any
15   additional factual basis that you're aware of today with
16   regard to this defense?
17           MR. TAYLOR:  Objection.  Form.
18           You can answer.
19           THE WITNESS:  Again, a legal defense.  But as
20   I saw it, as I read it, and I read the testimony from
21   plaintiffs, it was with regard to the fact they didn't
22   avail themselves of the avenues that existed in store or
23   outside of the store to make the company aware of
24   potential price overcharge.
25   ///
```

Page 52

1    BY MR. HARRIS:

2        Q    Okay.  Thank you.

3             I'm going to go to the Thirteenth Affirmative

4    Defense:  Lack of proximate cause.  "Dollar General is

5    not liable to Plaintiffs, in whole or in part, because

6    the losses that Plaintiffs allegedly suffered were not

7    proximately caused by any act or omission of Dollar

8    General."

9             Do you see that?

10       A    I see that.

11       Q    And if -- does Dollar General believe -- or

12   strike that.

13            Who do you believe -- or which factual basis

14   for that, this affirmative defense that you're aware of,

15   what's the factual basis for the affirmative defense for

16   this?  I'm butchering that.

17            Do you know any factual basis for this

18   affirmative defense?

19       A    Again, the Thirteenth Affirmative Defense is a

20   legal one and created with in-house counsel and outside

21   counsel.

22            I -- I do not --

23       Q    Okay.

24       A    -- beyond that.

25       Q    All right.  I'll move on to the Fourteenth

1    Affirmative Defense:  Insubstantial number of putative

2    class members affected.

3              "The purported claims made by Plaintiffs and

4    members of the purported class on whose behalf they

5    purport to sue are precluded because the alleged conduct

6    would not -- would have affected, if anyone, only an

7    insubstantial number of putative class members."

8              Do you see that?

9        A    I see that.

10       Q    Do you know how many people in New York may

11   have been affected by the allegations in the complaint?

12             MR. TAYLOR:  Okay.  So first of all, I'm going

13   to object to this one as getting purely into legal.

14   With regard to your specific question, I believe that's

15   outside the scope of the topic, but I will allow him to

16   answer in his individual capacity.

17             MR. HARRIS:  I'm -- how is that outside the

18   scope if I'm asking the factual basis for the -- well,

19   strike that.  Let me rephrase the question, then.

20   BY MR. HARRIS:

21       Q    Do you know what the -- what the number of

22   putative class members there are in this case?

23             MR. TAYLOR:  So I'm going to object.  Calls

24   for a legal conclusion, and object to form, and object

25   to beyond the scope.

```
 1              You can answer in your individual capacity.
 2              THE WITNESS:  Yeah.  I'm unaware of the number
 3      of members.  The -- beyond the plaintiffs that could be
 4      members of the purported class.
 5      BY MR. HARRIS:
 6         Q    Okay.  So when you say "insubstantial," do you
 7      mean only the plaintiffs or only members of the class --
 8      putative class?
 9              MR. TAYLOR:  I'm going to make the same
10      objections as to beyond the scope and -- but you can
11      answer in your individual capacity.
12              THE WITNESS:  Yeah.  Again, beyond the
13      plaintiffs, don't have a way.  I'm sorry.  Don't believe
14      there's substantial numbers of potential class members.
15      BY MR. HARRIS:
16         Q    Okay.  But do you know -- but you don't know
17      the number of people who were affected by the
18      allegations in the complaint; is that correct?
19              MR. TAYLOR:  Same objections.
20              You can answer.
21              THE WITNESS:  Again, I've seen nothing in the
22      record to substantiate a number of potential class
23      members.
24      BY MR. HARRIS:
25         Q    Okay.  The -- I'll move on to the Fifteenth
```

1    Affirmative Defense.  And this may be purely legal, but

2    let me just confirm.

3                "The purported class cannot be certified under

4    the Federal Rules of Civil Procedure 23 because the

5    purported class, class representatives and/or class

6    counsel fail to meet the typicality, commonality,

7    adequacy, superiority, and predominance requirements for

8    class actions, and also fail to meet the standards

9    articulated in Spokeo versus Robins."

10               Do you see that?

11        A    I see that.

12        Q    Okay.  And anything about our -- about the

13   plaintiffs in this -- Mr. and Mrs. Wolf in this matter

14   that you believe are atypical of other people who have

15   shopped at Dollar General stores in New York during the

16   relevant time period?

17               MR. TAYLOR:  So I'm going to object to that

18   because that does call, I think very clearly in my mind,

19   for a legal conclusion and is really getting into the

20   mental impressions and strategies of counsel.  And

21   frankly, this is -- I know it says "affirmative defense"

22   and this is put in as sort of a belt and suspenders, but

23   it's not truly an affirmative defense at all because it

24   goes to class certification.

25               So, you know, I think that's really, you know,

Page 56

1    not an appropriate question here because this is purely

2    legal, and so, you know, I'm going to allow the witness

3    to answer, but to do so in his individual capacity.

4            THE WITNESS:  Again, the Fifteenth Affirmative

5    Defense is clearly a legal defense created both with

6    in-house counsel and outside counsel.

7            There's -- based on the record I've seen,

8    the -- the plaintiffs appear to be a small number versus

9    the total number of transactions that exist across the

10   stores in New York during the period of time.

11   BY MR. HARRIS:

12      Q    Okay.  And you said based upon the document --

13   did you say you've seen something that says it's a very

14   small amount of plaintiffs?  Is that -- I don't want to

15   misrepresent what you said, but can you repeat what you

16   said about that?

17      A    Sorry.  The plaintiffs, I only understand to

18   be two plaintiffs.

19      Q    Okay.  You're not aware of anyone else who

20   made the -- who may have been overcharged during the

21   past three or four years in New York State?

22      A    No.  I --

23           MR. TAYLOR:  Wait.  Objection.  Beyond the

24   scope.

25           You can answer in your individual capacity.

```
1            THE WITNESS:  I'm unaware of anyone else
2   overcharged.
3   BY MR. HARRIS:
4       Q    I think --
5       A    Being overcharged.
6       Q    I'm sorry.  You're prepared to testify about
7   the Seventeenth Affirmative Defense, which says -- I'm
8   sorry, the Sixteenth Affirmative Defense:  "Plaintiffs'
9   purported class claims are barred because the members of
10  the class are not so numerous that it would be
11  impracticable and uneconomical to require joinder of
12  each class member."
13           Do you see that?
14      A    I see that.
15      Q    Okay.  And, again, to your knowledge sitting
16  here today, you're only aware of two people who may have
17  been overcharged in the State of New York during the
18  relevant time period?
19           MR. TAYLOR:  So objection.  Beyond the scope.
20  He can answer in his individual capacity.  I'm also
21  going to object because whether or not something is
22  numerous so that it would be impracticable and
23  uneconomical to require joinder is clearly a legal
24  question and is for the lawyers, not for this witness.
25           But you can answer in your individual
```

1    capacity.

2              THE WITNESS:  Again, a legal defense created

3    with in-house counsel and outside counsel.

4              As Mr. Taylor said, it appears it is a legal

5    question, and I don't think I can add anything.

6    BY MR. HARRIS:

7         Q    Okay.  But I guess back to the factual basis,

8    I'm entitled to ask you about the factual basis for your

9    affirmative defenses, and I understand you were prepared

10   to testify to that today; is that correct?

11             MR. TAYLOR:  Hold on.  Wait.  So he will

12   testify on this particular topic to the extent that he

13   can, the factual basis for any affirmative defense to

14   which DG contends it is entitled to in this matter at a

15   general level and not delving into legal.

16             I have -- I'm more than happy to have, you

17   know, 12 cases here that I can cite to you that's saying

18   that it's inappropriate to use a 30(b)(6) deposition to

19   ascertain how a party intends to marshal the facts and

20   support its legal theories.

21             You know, as I've said before, Scott, I'll

22   give you a little bit of leeway here on this particular

23   point, but I really do think that getting into class

24   certification and whether the particular provisions of

25   Rule 23 are met in this particular place is

Page 59

```
 1   inappropriate, and I frankly don't think it's fair, and
 2   I really do think it's a waste of time.  But it's your
 3   deposition.
 4           So given all of that, I will allow him to
 5   answer in his individual capacity about this purely
 6   legal question to the extent that he can.
 7           MR. HARRIS:  If he's not adequately prepared,
 8   then we can go to the judge on this, Trent.
 9   BY MR. HARRIS:
10     Q    But please just answer to the best of your
11   knowledge, Mr. Snow.
12           MR. TAYLOR:  Well, hold on.  I'm going to
13   respond to that, Scott.
14           I disagree that he's not adequately prepared.
15   I -- you know, like I said, there's abundant case law.
16   I'm more than happy to have this discussion, and I would
17   love to go to the judge on this because I think he's
18   going to be upset that you are wasting the time to go
19   through each and every affirmative defense that relates
20   to whether class certification requirements are met.
21           MR. HARRIS:  That is not my question.  Please
22   stop the speaking objections, Trent.  This is -- all I
23   want to know is the factual basis for each one of these
24   affirmative defenses like he's been prepared to testify
25   on.
```

1           MR. TAYLOR:  And I guess what I'm saying is

2      whether or not the numerosity requirement under Rule 23

3      is met is a legal question, not a factual one.

4           MR. HARRIS:  All I want to know is how many

5      people does he know have been affected by the

6      allegations in the complaint, and he's saying that it's

7      not so numerous, so obviously I need to ask him about

8      that and explore what he knows.

9           MR. TAYLOR:  And I understand.  And, you know,

10     the last thing I want to do is get into a big fight over

11     this.  But what I will say is he can answer in his

12     individual capacity, and if we need to talk offline

13     about, you know, the specifics of this or how to, you

14     know, get perhaps some of the information that you might

15     need or want on this, then I'm happy to do that.

16          MR. HARRIS:  Thank you.  All right.

17     BY MR. HARRIS:

18     Q    Let me ask the question this way:  Mr. Snow,

19     do you know how many people have been overcharged -- or

20     strike that.

21          Mr. Snow, do you know in the -- during the

22     relevant time period of this class action, which I think

23     goes back to approximately 2020, in the State of New

24     York, how many people may have been overcharged besides

25     the plaintiffs?

1          MR. TAYLOR:  Objection.  Beyond the scope.

2          You can answer in your individual capacity.

3          THE WITNESS:  I have no knowledge of any

4   additional people outside of the plaintiffs' claim that

5   they were overcharged in the State of New York during

6   the period of time.

7   BY MR. HARRIS:

8      Q    Let me move to the Eighteenth Affirmative

9   Defense, which is the failure to exhaust other available

10  remedies.  "The purported claims made by Plaintiffs and

11  members of the purported class on whose behalf they

12  purport to sue are precluded or limited because

13  Plaintiffs and other members of the purported class on

14  whose behalf they purport to sue failed to exhaust other

15  available remedies."

16         Do you see that?

17     A    I see that.

18     Q    And what available remedies are there other

19  than the ones we've discussed before?  And you don't

20  need to repeat everything, but you can incorporate your

21  previous testimony if we've covered everything.

22     A    Yeah.  Again, a legal defense, but those that

23  come to you, other legal remedies -- or sorry, other

24  remedies include those I've already stated.  Notifying a

25  cashier for an item level price override if they believe

Page 62

1    there's been an error, a refund is an example, and then

2    numerous ways to contact Dollar General corporate to

3    also have that rectified, include some of them.

4         Q    All right.  And the next one is the Nineteenth

5    Affirmative Defense, which is intervening or superseding

6    cause.  "Plaintiffs' alleged injuries were caused by an

7    intervening or superseding cause."

8              Is there a factual basis that you're aware of

9    as to whether causes may have been -- may have caused

10   plaintiffs' alleged injuries in this matter?

11        A    Again, Nineteenth Affirmative Defense is a

12   legal one.  I think, as I thought about this, it was the

13   example -- or I'm sorry.  Reading through the deposition

14   of plaintiffs with regard to being aware and not taking

15   actions if they believe they were overcharged to have

16   those rectified through a series of options that exist

17   both in store and outside of the store to get those

18   corrected.

19        Q    Okay.  The next one is the Twentieth

20   Affirmative Defense:  "Plaintiffs are precluded from

21   recovery because the representations, actions, or

22   omissions alleged by Plaintiffs were not and are not

23   material to Plaintiffs' decisions to purchase or use

24   Dollar General's products."

25              Do you see that?  I'm sorry.  I can scroll

Page 63

1    down better.

2         A    I'm sorry.  Was there a question?

3         Q    I just said, "Do you see the Twentieth

4    Affirmative Defense?"  I just read it out loud.

5         A    Yes.  I see it.

6         Q    Okay.

7              MR. TAYLOR:  Sorry.  You were cutting out

8    there a little bit, Scott.  Apologies.

9    BY MR. HARRIS:

10        Q    What -- what's the factual basis that the

11   decision to purchase or use General -- the purchase --

12   strike that.

13             What was -- what's the factual basis that the

14   plaintiffs' decision to purchase or use Dollar General's

15   products was not material?

16        A    And, again, the Twentieth Affirmative Defense

17   is a legal one created by in-house counsel and outside

18   counsel.  As I reflected on this, again, it goes back to

19   those -- did the plaintiffs take advantage of the series

20   of remedies, both in store and outside of the store, if

21   they believed that there was a price discrepancy between

22   what they believed to be the price and that charged at

23   the register.

24        Q    Okay.  I'm going to scroll down.  I think

25   Twenty-First is a purely legal.  Twenty-Second is purely

Page 64

```
 1    legal.
 2             The Twenty-Third, I'm not sure if this is
 3    purely legal or not, but "There is no basis for
 4    restitution as Dollar General has not been unjustly
 5    enriched."
 6             Do you see that?  Do you see it, Mr. Snow?
 7        A    I'm sorry.  I see it.
 8        Q    Okay.  And then is there any factual basis for
 9    this that you're aware of?
10             MR. TAYLOR:  I'm going to object to form and
11    object that this is, at least in my mind, legal.
12             But he can answer if he is able.
13             THE WITNESS:  Yeah.  Again, a legal defense on
14    the Twenty-Third Affirmative Defense created by in-house
15    counsel and outside counsel.
16             Again, the -- sorry.  The Dollar General
17    factual has not been unjustly enriched through that
18    process.
19    BY MR. HARRIS:
20        Q    Okay.  Let me go to Twenty-Fourth.  It says
21    "Plaintiffs are estopped from pursuing relief in this
22    action against Dollar General to the extent that
23    Plaintiffs proceeded with prosecution of any other
24    class, consolidated, or individual action in any
25    jurisdiction against Dollar General, including but not
```

Page 65

```
 1    limited to those certain actions instituted prior or sub
 2    went to this action."
 3              Do you see that?
 4         A    I see that.
 5         Q    Okay.  And have there been any other actions
 6    that you're aware of in the State of New York regarding
 7    similar-type claims?
 8         A    I'm unaware --
 9              MR. TAYLOR:  Objection.  Form.
10              You can answer.
11              THE WITNESS:  I'm unaware of other actions in
12    the State of New York with regard to these claims.
13    BY MR. HARRIS:
14         Q    All right.  All right.  I'll go to the
15    Twenty-Fifth Affirmative Defense, "Plaintiffs' alleged
16    injuries and damages were due to, and proximately caused
17    by, in whole or in part, other events, conditions,
18    instrumentalities, and/or acts or omissions of an
19    individual or entity over whom or which Dollar General
20    exercised no control."
21              Do you see that?
22         A    I see that.
23         Q    Do you know which -- are there other
24    individuals or entities that you're aware of for this
25    affirmative defense?
```

1          MR. TAYLOR:  I'll object to a legal conclusion

2     and because I think it can delve into the legal aspect

3     of it.  But I'll allow him to answer if he's able on

4     that particular point.

5          THE WITNESS:  Obviously, a legal defense, the

6     Twenty-Fifth Affirmative Defense.  As I read and as I

7     prepared for this, what came to mind was instances where

8     other customers have removed signage with regard to a

9     pricing label at a shelf, which would inherently not be

10    entities or individuals over whom Dollar General

11    exercises any control.

12    BY MR. HARRIS:

13        Q    Have you seen some reports of that occurring

14    in stores?

15        A    I've actually seen that myself.

16        Q    Really?  Where did you see that?

17        A    I saw that in a store.

18        Q    Which store and when?

19        A    I don't recall exactly which store.  I'm in a

20    lot of stores.

21        Q    Okay.  But do you have any reports that you've

22    received about any stores in New York where this

23    occurred?

24        A    I don't have any reports that I can recall

25    where this occurred in New York.

Page 67

1          Q    I think the Twenty-Sixth Affirmative Defense

2     is similar to the Twenty-Fifth.  "The negligence or

3     fault of others, over whom Dollar General exercises no

4     control, was a, or the sole, proximate cause of

5     Plaintiffs' injuries."

6               Was there anyone else besides what you just

7     mentioned in the previous affirmative defense that

8     you --

9          A    Yeah.  Again, in the Twenty-Sixth Affirmative

10    Defense, I think it's with regard to other customers or

11    other people in the store for whom Dollar General does

12    not exercise control have the ability to impact the

13    scenario or in a scenario where the price label at shelf

14    could be different than that charged at the register.

15         Q    The next one is the Twenty-Seventh Affirmative

16    defense.  "Dollar General is entitled to a setoff

17    against any damages awarded to Plaintiffs for all

18    payments made by any collateral source, including any

19    funds paid in settlement on behalf of other joint

20    tortfeasors and settling parties."

21              Do you see that?

22         A    I see that.

23         Q    Are you aware of any other entities that

24    provided any funds to plaintiffs for this matter?

25         A    I'm unaware of any other entities that have

Page 68

1    provided funds in settlement of this matter.

2         Q    I think the Twenty-Eighth, the Twenty-Ninth,

3    Thirtieth, Thirty-First, Thirty-Second, and

4    Thirty-Third, Thirty-Fourth are all affirmative

5    defenses.

6              Thirty-Fifth is the comparative causation.

7    "Plaintiffs' claims are limited or barred to the extent

8    Plaintiffs' own actions caused any alleged damage."

9              Can you elaborate on what those actions are?

10        A    Yeah.  With regard to the Thirty-Fifth

11   Affirmative Defense, it would be with regard to

12   plaintiffs' not availing themselves of an opportunity to

13   correct a potential price discrepancy.  Again, we've

14   already mentioned through the mechanisms that exist in

15   the store and also those outside of the store.

16        Q    Okay.  Anything else we haven't discussed

17   earlier?

18        A    There are.  I'm sure there are.  None that

19   come to mind at the moment.

20        Q    Okay.  Let me go to the Thirty-Seventh

21   Affirmative Defense.  "Plaintiffs' claims are barred in

22   whole or in part by the doctrine of accord and

23   satisfaction."

24              Are you aware of any factual basis for this

25   affirmative defense?

Page 69

1      A     Pardon me.  Again, the Thirty-Seventh

2   Affirmative Defense is a legal defense created by our

3   in-house counsel and outside counsel.

4            On the accord and satisfaction, I point again

5   to the plaintiffs not availing themselves of the

6   opportunities that do exist in store and outside of the

7   store to identify and be made or rectified a potential

8   price override situation -- I'm sorry, a potential price

9   overcharge situation.

10  BY MR. HARRIS:

11     Q     Okay.  Let me go to the Fortieth Affirmative

12  Defense, which is "Plaintiffs and the putative class

13  members lack standing to assert the causes of action for

14  the products and the relief alleged in the Complaint."

15           Do you have a factual basis for this

16  affirmative defense?

17           MR. TAYLOR:  I'm going to object to that one.

18  Scott, I see that as purely legal, whether or not the

19  particular plaintiff or a class member has standing, so

20  I'm going to object to that.

21           He can answer in his individual capacity if he

22  is able.

23           THE WITNESS:  And, again, I would point to

24  that being a legal defense created by in-house counsel

25  and outside counsel with regard to the legal matter of

Page 70

1    standing for a given plaintiff.

2    BY MR. HARRIS:

3        Q    Okay.  Let me go to the next, the Forty-First

4    Affirmative Defense.  "Plaintiffs and the putative class

5    members who did not experience any price discrepancies

6    or were refunded for any alleged price discrepancy lack

7    standing to assert the causes of action for the products

8    and the relief alleged in the complaint."

9            Do you see that?

10       A    I see that.

11       Q    Are you aware whether the plaintiffs were

12   refunded any money by Dollar General?

13       A    I'm unaware that the plaintiffs were refunded

14   money by Dollar General.

15       Q    Okay.  Are you aware if any putative class

16   members have been refunded money due to price

17   discrepancies?

18           MR. TAYLOR:  I am going to object to that one

19   as getting into what I've talked about before, legal

20   conclusions, as well as the mental impressions related

21   to putative class members, but he can answer in his

22   individual capacity.

23           THE WITNESS:  With regard to the Forty-First

24   Affirmative Defense, I had seen examples of refunds in

25   the State of New York.  It's unclear to me as to what

Page 71

1    the purpose of the refund was.

2    BY MR. HARRIS:

3        Q    Let me -- let me -- so are you aware of anyone

4    who may have been overcharged in the State of New York

5    during the relevant time period?

6        A    I am not aware of anyone overcharged in the

7    State of New York.

8        Q    Okay.  And so are you aware of anyone who may

9    have been -- who may have been -- who may have received

10   a refund for allegedly being overcharged during the

11   relevant time period in the State of New York?

12           MR. TAYLOR:  I'm going to object to beyond the

13   scope.

14           You can answer in your individual capacity.

15           MR. HARRIS:  I think this is part of the

16   scope.  This is Topic 19.

17           MR. TAYLOR:  Sorry.  Say that again.

18   Topic 19?

19           MR. HARRIS:  Topic 19 and also Topic 26.

20           MR. TAYLOR:  The process for identifying DG

21   customers and -- okay.  Well, I guess what I'm saying is

22   on this particular one, Scott, I think our position is

23   that if you're asking about lack of standing, you know,

24   that's a legal determination.

25           And if you want to switch over and, you know,

Page 72

1    talk referring to Topic 19, you know, I think that's

2    maybe a different matter.  But I think we've got to be

3    careful not to conflate the two here because this is a

4    legal matter and it does get into what I mentioned

5    earlier, the sensitive nature of the mental impressions

6    and strategies of counsel.  So that's why I'm trying to

7    be careful here on that particular point.

8              So for the specific question in which you

9    asked, I will allow him to testify in his individual

10   capacity.

11             MR. HARRIS:  Let me ask the question that --

12   he's here to testify about the factual basis for these

13   affirmative defenses; correct?

14   BY MR. HARRIS:

15        Q    Mr. Snow, please answer.

16             MR. TAYLOR:  Well, hold on.  Wait a second.

17   He is here to testify as he is able subject to our

18   objections on Topic 26.

19             You can answer that question.

20             THE WITNESS:  Yes.  I'm here to testify on

21   behalf of Topic 26.

22             MR. HARRIS:  Okay.  And I've not once asked

23   him about the lack of standing.

24   BY MR. HARRIS:

25        Q    My question is:  Are you aware of anyone who

Page 73

```
 1    may have been subject to an overcharge in the State of
 2    New York in the relevant time period who also
 3    received -- who received a refund of any kind?
 4              MR. TAYLOR:  And I'm going to object to that
 5    as beyond the scope because that is not the particular
 6    topic.
 7              But you can answer in your individual
 8    capacity.
 9              THE WITNESS:  I'm unaware of anyone
10    overcharged who received a refund.  What I am aware of
11    in preparation for being able to discuss customer
12    service notifications as part of this, that there were
13    individuals in New York who received refunds through our
14    customer service process.
15    BY MR. HARRIS:
16         Q    Okay.  So you have a factual basis for the
17    putative class members received a refund; is that -- for
18    this affirmative defense; is that correct?
19         A    I'm sorry.  Can you repeat the question again?
20         Q    Yes.  Based upon this -- I'm asking about the
21    factual basis for this affirmative defense, that there
22    were putative class members who received a refund in the
23    State of New York in the relevant time period.
24              Is that your testimony?
25         A    I have seen evidence that customers in the
```

Page 74

1    State of New York received compensation for alleged

2    price discrepancies.

3         Q    Okay.  And what -- do you recall what document

4    that was?

5         A    I saw evidence of that through materials

6    produced in discovery of email information from our

7    customer service teams.

8         Q    Okay.  Did you recall, was it a list of the

9    customers who received that or do you recall -- can you

10   describe that document to me in more detail as to

11   whether it was a spreadsheet identifying the customers

12   and the amounts they were refunded, or was it something

13   different?

14        MR. TAYLOR:  I'm going on object to beyond the

15   scope as the factual basis, not the specific

16   Bates-numbered document, which is completely unfair

17   given that we have produced, you know, 45,000 pages.

18   Having said that, if he can answer in his individual

19   capacity, then he can do so.

20        MR. HARRIS:  Will you please not do this

21   talking objections, Trent?  This is just getting

22   obscene.  I'm sorry.  But this is just very, very

23   frustrating.  I'm trying to find out the factual basis

24   for his testimony, and you're changing my question,

25   which is improper, against -- and not part of the rules.

1           MR. TAYLOR:  Well, Scott, you know --

2           MR. HARRIS:  You're coaching the witness.

3           MR. TAYLOR:  No.  I'm not coaching the

4    witness.  I think this entire line of questioning is

5    unfair.  There are some affirmative defenses which are

6    factual that you can get into, but there are many of

7    these that are purely legal, ands it's not fair to ask

8    him these questions.

9           MR. HARRIS:  You can object to my form,

10   please, Trent.  This is unfair to me to ask my question.

11   BY MR. HARRIS:

12     Q    All I want to know is what was the document --

13   I asked him to describe the document.  I didn't ask him

14   for the Bates number.  You rephrased my question in that

15   way.  That's why "objection to form" is the proper way

16   to object.

17   BY MR. HARRIS:

18     Q    So, Mr. Snow, please identify, to the best of

19   your knowledge, what kind of document it was that you

20   saw.  That's all I want to know.

21           MR. TAYLOR:  Well, and so, Scott, what I'm

22   going to say is this:  Is that I believe that goes

23   beyond the scope.  He has given the factual basis.

24   Factual source is not part of this topic, and therefore

25   it's beyond the scope.  So he can give you that

1    information in his individual capacity.

2            So you can answer in your individual capacity.

3            MR. HARRIS:  So are you going to waive these

4    affirmative defenses, then, if you're not letting him

5    testify about the factual basis for these for what he's

6    seen?

7            MR. TAYLOR:  Sorry.  You cut out there, Scott.

8    I didn't hear you.

9            MR. HARRIS:  Are you going to waive your

10   affirmative defenses because you're not allowing him to

11   testify as a 30(b)(6) witness?

12           MR. TAYLOR:  Well, Scott, I'm more than happy

13   to have a conversation with you about when it's improper

14   to delve into or use the 30(b)(6) mechanism to get into

15   how counsel is going to marshal the facts and support

16   its legal theories, and if you want me to give you those

17   case citations so you can go read those, I'm more than

18   happy to do so.

19           MR. HARRIS:  All I want is the answer to my

20   question, please.

21   BY MR. HARRIS:

22      Q    Mr. Snow, will you answer --

23           MR. HARRIS:  These talking objections are

24   just -- just so beyond the pale, Trent.  I've never

25   dealt with something like this in my 20 years of

Page 77

1    practicing law or 18 years of practicing law.  Excuse

2    me.

3    BY MR. HARRIS:

4         Q    But please answer the -- the question I'm

5    asking is:  You're aware of some people who have

6    received refunds for alleged over -- being overcharged.

7              Is that -- is that your testimony, Mr. Snow?

8         A    I recall seeing an email with regard to a

9    customer service associate suggesting a refund to a

10   customer who had notified us that they believe they were

11   overcharged for a price.

12        Q    Do you recall how many customers there were?

13        A    No, I don't.

14        Q    Okay.  Do you think it was more than five or

15   less than five?

16             MR. TAYLOR:  I'm going to object.  Beyond the

17   scope.

18             You can answer in your individual capacity.

19             THE WITNESS:  Yeah.  I don't have any basis

20   for a count.

21   BY MR. HARRIS:

22        Q    Okay.  I'll go to -- I'll skip the Forty-Third

23   and Forty-Fourth.

24             The Forty-Fifth is examination of products.

25   "Plaintiffs and the putative class members had the

Page 78

1    opportunity to examine, and did or should have examined

2    the products at issue, and such an examination did or

3    should have under a reasonable examination, reveal the

4    alleged deceptive and/or misleading conduct, the alleged

5    omission, and/or the alleged defect."

6            Do you see that?

7        A    I see that.

8        Q    Okay.  And what's your factual basis for this

9    statement?  Is it -- let me ask you that.

10       A    Yeah.  The factual basis for this is, again,

11   whether plaintiffs had the opportunity to avail

12   themselves of the mechanisms if they believed that there

13   was a price overcharge that existed both in the store

14   and outside of the store.

15       Q    Okay.  The next one says "Plaintiffs' claims

16   are barred, in whole or in part, by the application of

17   the doctrine of caveat emptor."

18           Do you see that?

19       A    I do.

20       Q    Are there any kind of signs on the stores that

21   say "caveat emptor" of any kind or "buyer beware"?

22           MR. TAYLOR:  Objection.  Beyond the scope.

23           You can answer.

24           THE WITNESS:  I don't believe I've seen a sign

25   in the store of "caveat emptor" or "buyer beware."

1    BY MR. HARRIS:

2        Q    Okay.  Is there any other factual basis that

3    you're aware of for this affirmative defense?

4        A    And, again, I think the factual basis for the

5    affirmative defense here is there's mechanisms in store

6    to make customers aware of the price that they are

7    ultimately being rung and then ultimately tendered to

8    include a customer display of every item scanned and its

9    price as well as a receipt with the information of price

10   listed for every item.

11       Q    Let me go to -- well, the Forty-Seventh says

12   "Each of the causes of action alleged in the complaint

13   is barred by the primary jurisdiction doctrine because

14   adjudication of Plaintiffs' claims requires resolution

15   of issues that lie within the specific expertise of

16   state and/or federal regulatory bodies."

17            Do you see that?

18       A    I see that.

19       Q    Is there any -- and I know were there any

20   factual basis for which regulatory bodies are being

21   referred to here?

22            MR. TAYLOR:  I'm going to object because that

23   is purely legal.  Calls for a legal conclusion.  And

24   it's beyond the scope.

25            He can answer in his individual capacity.

```
 1          THE WITNESS:  And in my -- the Forty-Seventh
 2   Affirmative Defense is that.  It's a legal defense was
 3   created by in-house counsel and outside counsel.
 4   BY MR. HARRIS:
 5      Q    Okay.  Let me.  Okay.  The Forty-Ninth
 6   Affirmative Defense:  "Plaintiffs had actual or
 7   construct notice or knowledge of any alleged discrepancy
 8   between the price listed on store shelf and the scan
 9   price at register because, without limitation to other
10   facts, Plaintiffs' ability to view the shelf price, the
11   scan price on a register display, and the price charged
12   and paid on a receipt.  These circumstances also
13   establish the full disclosure of the terms and
14   conditions of the transactions giving rise to
15   Plaintiffs' claims."
16          Do you see that?
17      A    I see that.
18      Q    Okay.  And this goes back to what we've been
19   discussing the past hour, hour and a half or so; is that
20   correct?  Is there anything else that you're aware of --
21          MR. TAYLOR:  Objection.  Form.
22   BY MR. HARRIS:
23      Q    -- for factual basis for this?  Sorry.
24          MR. TAYLOR:  Objection.  Form.
25          You can answer.
```

```
1              THE WITNESS:  Yeah.  Again, on the Forty-Ninth
2    Affirmative Defense, with regard to the plaintiffs not
3    availing themselves of some of the mechanisms that exist
4    in store and outside of the store to include a customer
5    display register, a pin pad that produces information of
6    price per item and then ultimately a receipt after an
7    item has been tendered.
8    BY MR. HARRIS:
9         Q    Okay.  There was a mention here of it says
10   "Full disclosure of the terms and conditions of the
11   transactions giving rise to Plaintiffs' claims."
12             Do you see that?
13        A    I see that.  Yes.
14        Q    Okay.  What -- are there -- are there some
15   kind of terms and conditions that are posted in a store
16   that you're aware of?
17             MR. TAYLOR:  Objection.  Beyond the scope.
18             You can answer in your personal capacity.
19             THE WITNESS:  I'm unaware of terms and
20   conditions posted in a store.
21   BY MR. HARRIS:
22        Q    Okay.  What's the factual basis for what terms
23   and conditions are referred to here?
24        A    With regard to the factual basis to terms and
25   conditions here would include those listed on our
```

Page 82

1  website made available to customers with regard to

2  transaction with Dollar General.

3       Q    Sorry.  You're saying that they should have

4  reviewed the terms and conditions on Dollar General's

5  website?

6            Did I understand that?

7            MR. TAYLOR:  Wait a second.  Objection.  Calls

8  for a legal conclusion.  Objection.  Beyond the scope.

9            You can answer in your individual capacity.

10           THE WITNESS:  No, I did not say that.  I said

11 there are terms and conditions posted on our website.

12 BY MR. HARRIS:

13      Q    Okay.  Let me ask it this way then.  Okay.  So

14 for the terms and conditions, to your knowledge, there's

15 nothing in the store that would have the terms and

16 conditions that are on the website as well in the store?

17      A    I do not believe we have the terms and

18 conditions of our website posted in the store.

19      Q    All right.  Then the Fiftieth Affirmative

20 Defense is "The allegedly liable conduct is not consumer

21 oriented for purposes of New York General Business Law

22 349."

23           Let me ask you:  What's the factual basis for

24 that these acts are not consumer oriented?

25           MR. TAYLOR:  I'm going to object to that one

1    as calls for a legal conclusion and beyond the scope

2    because it calls for a legal conclusion.

3            But he can answer in his individual capacity

4    if he knows.

5            THE WITNESS:  Fifty-First Affirmative Defense,

6    obviously a legal defense created by in-house and

7    outside counsel.  With regard to additional knowledge, I

8    don't have any.

9    BY MR. HARRIS:

10        Q    Do you know what do you call the customers in

11   the store in New York?

12           MR. TAYLOR:  Objection.  Beyond the scope.

13           You can answer in your individual capacity.

14           THE WITNESS:  I'm sorry, Mr. Harris.  Can you

15   repeat the question?

16   BY MR. HARRIS:

17        Q    How do you refer -- people who come into your

18   store and purchase products, how do you define or how do

19   you describe those people?

20           MR. TAYLOR:  Same objection.

21           THE WITNESS:  I would define them as a

22   customer.

23   BY MR. HARRIS:

24        Q    Okay.  But not as a consumer?

25           MR. TAYLOR:  Same objection.

Page 84

1           THE WITNESS:  Yeah.  I would define them as a

2    customer.

3    BY MR. HARRIS:

4       Q    Okay.  All right.  I think Fifty-First is a

5    legal defense.

6           The last one, though, reservation of

7    additional defenses:  "Dollar General presently has

8    insufficient knowledge or information on which to form a

9    belief as to whether it may have additional, as yet

10   unstated, affirmative defenses available.  Dollar

11   General hereby reserves the right to amend its answer to

12   raise additional affirmative defenses as they become

13   available or apparent to it through discovery in this

14   matter or otherwise."

15          Is there any additional factual basis that

16   you're aware of sitting here today for this additional

17   defense?

18          MR. TAYLOR:  I'm going to object to the extent

19   that calls for a legal conclusion.

20          But you can answer.

21          THE WITNESS:  As I understand it, the

22   reservation of additional defenses, when these initial

23   affirmative defenses were made, discovery had not yet

24   occurred, and so the reservation of the additional

25   defenses would be those that would become available as

Page 85

1    we became more knowledgeable on the topics as alleged in

2    the complaint.

3    BY MR. HARRIS:

4        Q    But sitting here, is there any other factual

5    basis that you're aware of for a reason for additional

6    defenses?

7              MR. TAYLOR:  Objection.  Calls for a legal

8    conclusion.  That calls for the application of facts to

9    legal and goes exactly to what I was talking about

10   earlier in terms of the application, the mental

11   impressions, mental strategies of counsel, so I'm going

12   object to that.

13             But you can answer in your individual

14   capacity.

15             THE WITNESS:  And I haven't reviewed the whole

16   record.  Obviously, I'm not an attorney.  But I'm

17   certain there are additional legal defenses that have

18   become known to us through the record.

19   BY MR. HARRIS:

20       Q    And I'm not asking about legal defenses.  I'm

21   asking about factual defenses -- factual basis for any

22   defenses.

23       A    Sorry.

24             MR. TAYLOR:  So same objection.

25             You can answer in your individual capacity.

Page 86

```
 1              THE WITNESS:  Same.  Please interchange the
 2      word "legal defenses" for "factual defenses."
 3              MR. HARRIS:  Okay.  All right.  Thank you.
 4              All right.  I know it's 2:00 here.  I want to
 5      grab some lunch.  Why don't we go off the record.  How
 6      long do you think y'all need?
 7              MR. TAYLOR:  Let's plan on maybe 30 minutes if
 8      that's okay.
 9              MR. HARRIS:  That's fine.  I'll just do emails
10      and come back on.  How about 2:30 then?
11              MR. TAYLOR:  Yeah.  We'll plan on that.  We'll
12      let you know if we get held up.  We'll email with you.
13      Okay?
14              MR. HARRIS:  Great.  Sounds good.  Should we
15      log off?  I guess we can just shut it down.
16              MR. TAYLOR:  Yeah.  We can go off the record.
17              THE VIDEOGRAPHER:  Going off the record.  The
18      time is 12:55.
19              (Off the record.)
20              THE VIDEOGRAPHER:  Back on the record.  The
21      time is 1:37.
22      BY MR. HARRIS:
23         Q   Great.  Mr. Snow, we're back on the record now
24      after a lunch break.  I wanted to switch to going
25      through the discovery responses, which was Topic 25, I
```

Page 87

1    believe.

2            Let me share my screen again.  Actually, let

3    me upload this to the share file again.  I apologize.  I

4    should have done it while we're off camera.

5            All right.  I just uploaded those.  Now I'm

6    going to share my screen.

7            Mr. Harris, I see you're not assigning Exhibit

8    Number 3 to the Exhibit Share.  Is this going to be

9    Exhibit 3?

10           MR. HARRIS:  It is.  Thank you.  I'm sorry.  I

11   don't know how to do that.  If you could do that for me.

12           (Exhibit 3 was marked for identification.)

13   BY MR. HARRIS:

14       Q    I'm showing and marking as Exhibit 3, which

15   are Dollar General's second supplemental objections to

16   answers and answers to plaintiffs' first set of special

17   interrogatories.

18           Do you see that?

19       A    I see that.

20       Q    I'm not going to go through every single one,

21   but I want to go through --

22           MR. TAYLOR:  Mr. Harris, could I ask you to

23   zoom in again?

24           MR. HARRIS:  Yeah.  Of course.  I will.

25           MR. TAYLOR:  Thank you.

1        MR. HARRIS:  Thank you for reminding me.

2    BY MR. HARRIS:

3        Q    It's my understanding that you -- hold on.

4    Let me zoom in now.  Okay.

5            Did you help and prepare and respond to some

6    of these interrogatories; is that correct?

7        A    That's correct.

8        Q    And Interrogatory 1 is identifying who

9    provided any of the discovery requests or answers to

10   these discovery requests, and if you look down at the

11   answer or the last sentence, it's "Information

12   sufficient to answer these interrogatories was

13   contributed by a variety of individuals, all of whom are

14   employees of Dolgen Midwest, LLC, or Dollar General

15   Corporation, including Brian Haug, and Amelin Kennedy,

16   Marsha Murrow, Teri Rakausky, Rebecca O'Brien, Mia

17   Savaloja, Nick Snow, Kim Eden, and Philip Trentle."

18           Do you see that?

19       A    I do.

20       Q    And are those people still employed by Dollar

21   General?

22       A    I know some of them, and the ones I know are

23   still employed, I believe, by Dollar General.

24       Q    Okay.  Who -- I want to go through who you

25   know.  Let me ask.  Well, first, do you know Mr. Haug?

Page 89

```
 1        A    I know Mr. Haug.
 2        Q    And have you -- did you speak with him in
 3   preparation for this deposition today?
 4        A    I did not.
 5        Q    Okay.  Have you spoken to Mr. Haug about this
 6   action at all?
 7        A    I have.
 8        Q    Okay.  When did you speak with Mr. Haug?
 9        A    I speak with Mr. Haug frequently.
10        Q    What was the -- do you recall what you
11   discussed about this lawsuit?
12        A    We didn't discuss this lawsuit.  I mentioned I
13   was having the deposition related to this case.
14        Q    Okay.  And when did you -- sorry.  What is
15   Mr. Haug's title?
16        A    I believe Mr. Haug's title is senior vice
17   president, margin planning and analysis.
18        Q    All right.  What about Mrs. Kennedy?  Have you
19   spoken with her?
20        A    I speak with Ms. Kennedy frequently.
21        Q    What is her title?
22        A    My understanding, her title is vice president,
23   shrink improvement.
24        Q    Okay.  What does shrink improvement mean?
25        A    Shrink improvement is with regard to product
```

1    loss in stores through theft or financial shrink, an

2    inventory term, retail term.

3         Q    Okay.  All right.  And then Mrs. Murrow, did

4    you speak with her about this lawsuit?

5         A    No.

6         Q    And do you know Mrs. Murrow?

7         A    I believe I know of Mrs. Murrow.  I actually

8    don't -- or Ms. Murrow.  I don't know if she works here

9    or not currently.  I believe she worked in customer

10   service the last -- that's kind of my memory of her

11   role.

12        Q    I didn't ask you.  Mrs. Kennedy.  Do you know

13   are there any of these answers that she helped provide

14   the responses to?

15        A    I don't know that.

16        Q    Next person is Mrs. Rakausky?

17        A    I don't know Mrs. Rakausky.

18        Q    You don't know what division she may be

19   working with?

20        A    I don't.  I've actually never heard that name.

21        Q    Rebecca O'Brien?

22        A    I know of Rebecca O'Brien.

23        Q    Do you know what position she has with Dollar

24   General?

25        A    I don't know her position.  I believe she

Page 91

1    works in our store operations team.

2         Q    Okay.  Do you know which responses to

3    discovery she may have provided?

4         A    I don't.

5         Q    Mrs. Savaloja?

6              MR. TAYLOR:  Savaloja.

7              MR. HARRIS:  Savaloja.  I apologize.

8              THE WITNESS:  I struggle with that one too.  I

9    know Mia well.

10   BY MR. HARRIS:

11        Q    Okay.  And what's her position?

12        A    Mia's a senior director in on our store

13   operations team.

14        Q    Okay.  And did you speak with her about your

15   deposition today?

16        A    Not at all.

17        Q    Next one is you.  Mrs. Eden is the IT

18   department director; is that correct?

19        A    She's a director or senior director in the IT

20   department, yes.

21        Q    And then Phillip Trentle?

22        A    Yes.  I know Phillip.

23        Q    Do you know what his position is?

24        A    I believe he's a senior manager in pricing

25   execution.

Page 92

1      Q    Okay.  And do you work with Mr. Trentle

2  regularly?

3      A    I don't regularly work with Mr. Trentle

4  anymore.

5      Q    Okay.  Did you -- have you discussed with him

6  about this lawsuit?

7      A    No.

8      Q    What about the responses to any of these

9  discovery requests?

10     A    I don't know which ones he provided

11 information on.  I believe the responses were created by

12 counsel in combination with a number of people adding

13 input.

14     Q    Let me move to Interrogatory 3, which is

15 "Please identify, by store, all persons responsible for

16 pricing products sold at Defendant's stores during the

17 class period, include the name of their employer and

18 provide contact information."

19          And I'll scroll down to the response, which is

20 the subject response after this objection is "Dollar

21 General responds that no one person sets the prices for

22 products sold at Dollar General stores in New York.  Nor

23 are prices determined on a per-store basis, though

24 stores are grouped into pricing zones.  Decisions on

25 prices are made through Dollar General's merchandising

Page 93

1    team, merchandise planning and analytics team, and

2    decision science and analytics team.  The person most

3    knowledgeable at Dollar General on this process is Nick

4    Snow, and additional persons knowledgeable about pricing

5    products include Brian Haug, Will Brown, Kelly

6    Woods-Ramsey, Philip Trentle, and R.J. Maddox."

7         Do you see that?

8    A    I see that.

9    Q    I think this ties back into Topic 4 that

10   you're going to testify, that you're prepared to testify

11   to, and it's basically a description of how the pricing

12   for products sold at Dollar General is established.

13        Can you walk me through how a given product is

14   assigned a price for a time period and if it needs to be

15   adjusted, how that occurs?  And feel free to use any --

16   I can give you an example.  Like razor blades or milk or

17   whatever or bottle of Coke, but feel free to use

18   whatever example works for you.

19   A    Yeah.  Certainly.  I mean, the price of a

20   given item in a Dollar General store, obviously it

21   varies by product, and how its price is set varies by

22   product.  And as to the response, there is no one

23   person, and that's accurate.  Prices are determined for

24   a multitude of ways, and it depends on the products

25   themselves.

Page 94

1           Ultimately, a decision is made on a price, and

2     it's uploaded through our systems, the GOLD system we

3     talked about earlier, and makes its way to our stores

4     the next day.  That's with regard to I'll call base

5     price or the day in and day out everyday price of an

6     item.

7           Q    And you mentioned you use the GOLD -- and I

8     didn't ask this earlier.  Are there other systems that

9     you all use for providing the prices to the stores?

10           MR. TAYLOR:  Objection.  Form.

11           You can answer.

12           THE WITNESS:  The GOLD system is the, I'll

13     say, official.  It is the official system that keeps the

14     records of the everyday price for an item.  Pricing

15     information communication can be done a number of

16     different ways, which I believe Mia would testify to in

17     regard to the store processes.

18           What I can testify to is with regard to what's

19     entered into the source systems or the systems of record

20     that then set the price and are transmitted down to

21     stores.

22     BY MR. HARRIS:

23           Q    Okay.  So what -- and follow up on that.  What

24     kind of information do you have to provide into the

25     systems that then gets transmitted down?

1        A    Yeah.  So, again, with regard to products can

2   take on different forms, but generally the product

3   identifier number or SKU is required to change the

4   price.  The price that's desired is input and then the

5   effective date of that price or price change are kind of

6   generally the three key elements in order to make an

7   everyday or permanent price change.

8        Q    Okay.  And how -- let me ask it this way.  I

9   know there's probably no set rule of any kind, but how

10  often do you evaluate your prices to see if they need to

11  be updated in some way?

12             MR. TAYLOR:  Objection.  Form.

13             You can answer.

14             THE WITNESS:  Again, a multitude of ways and

15  times.  And different people looking at prices for

16  different reasons.  I would say pricing is a value in

17  some shape or form.  Generally, I mean, daily would not

18  be unusual to be at least monitoring price in a

19  competitive environment.

20  BY MR. HARRIS:

21       Q    Well, how often -- like, in the State of New

22  York, for instance, how often do you or do you look at

23  what the price of milk should be in the city versus in

24  Albany or another part of the state?

25             Do y'all evaluate that?

1      A    Yes.  We're constantly evaluating our price.

2    The underlying price of products, the competitive

3    marketplace, and our strategy around various items or

4    categories.

5      Q    And this is all -- as you mentioned, you

6    mentioned a minute ago, again, the GOLD system that we

7    discussed earlier and I forgot to ask:  How long have

8    you all -- has Dollar General been using the GOLD

9    system?

10     A    Dollar General's been using the GOLD system

11   for at least -- at least the last eight years, in my

12   knowledge.  It may be a few years beyond that.

13     Q    Okay.  Do you recall what you used before

14   that?

15     A    Yes, I do.  There is a system called IP that

16   was the inventory management system, the ERP, prior to

17   GOLD.

18     Q    Okay.  Let me ask it this way, and this kind

19   of goes back to Topic 3 which is about the records and

20   data.  What other types of systems would you all use to

21   analyze pricing of products?

22     A    Yeah.  Again, there's a multitude of different

23   things we would use to analyze products, and it depends

24   on the use case.  Obviously, we use Microsoft Excel as a

25   spreadsheet.  Gets used in most analysis we do.

1           We have a system or an application titled

2     Revionics, which helps us model price or price change

3     impacts.

4           We use a number of data sources for

5     competitive information of prices in markets.

6       Q    Can you give me -- what other data sources --

7     what other data sources do you use to kind of analyze

8     the price in markets?

9       A    Yeah.  We use a number.  One example is

10    syndicated market data provided through NielsenIQ.

11      Q    Just kind of help analyze what the price of a

12    given product may be in a given market at any time?

13      A    Yeah.  It helps us understand which products

14    are selling in which places and then what the various

15    price levels being set or being sold in a market through

16    others besides us.

17      Q    Okay.  Now, let me -- while I'm on this

18    question, what is Will Brown's role in setting prices?

19      A    It's my understanding Will Brown's no longer

20    involved in a role of setting prices.  Will Brown is in

21    our merchandising planning team.  He may work with

22    merchants in discussing price or price changes.  I

23    believe he was referenced in this response for his

24    previous role, which was in pricing execution.

25      Q    You mentioned the merchandise planning team.

1    What is -- what are some of their responsibilities?

2         A    Merchandise planning has a number of

3    responsibilities, one of which is understanding

4    financial planning for the organization in terms of

5    expected unit movements, sales associated with those at

6    a category level and other aspects of their role with

7    regard to seasonal products, how much did we purchase,

8    how much do we intend to sell, how much do we intend to

9    mark down and ultimately exit from a category, as

10   examples.

11        Q    Okay.  That's interesting.  So, like, if you

12   stock up on sunscreen in the summer, you might sell it

13   towards the winter months or reduce it down in prices in

14   the winter months if it's still on the shelf?

15        A    Yeah.  That's an example of a non- -- non-core

16   product purchase.  You would supplement a summer

17   season -- purchase the product with the intention that

18   it would not be selling in the store at a given time in

19   the future.

20        Q    And then can you -- I meant to ask this

21   earlier.  What does the decision science and analytics

22   team look at and evaluate?

23        A    So decision science and analytic team is an

24   analytical arm across store operations merchandising,

25   marketing, and then it's the data science for our media

1  network and our customer personalization efforts.

2       Q    When you say "customer personalization

3  efforts," what do you mean by that?

4       A    We personalize offers.  Means a lot of things.

5  Some examples would be offering customers specific

6  discounts based on their propensity or past purchase

7  history of certain times of categories.

8       Q    Okay.  And how do you -- like, do you see

9  customer 1 walking -- you know, he's been to your store

10 before.  Can you give me an example of how you would

11 customize an offer to him?

12      A    Sure.  That would be an example.  Customer 1

13 has a propensity to purchase sunscreen every summer, and

14 we haven't seen them purchase it yet.  We might give

15 them a discount in order to see if we could get them to

16 purchase the sunscreen.

17      Q    How would you target to him to knowing that?

18           MR. TAYLOR:  Objection.  Form.

19           You can answer.

20           THE WITNESS:  There's a number of ways to

21 communicate with a customer in that fashion.  An example

22 would be sending an email to someone who has subscribed

23 and allows us to communicate with them via email.

24 BY MR. HARRIS:

25      Q    And let me ask:  How do you get your

Page 100

1    customers' emails, then?

2         A    We primarily get our customer email

3    information through our myDG program where a customer

4    provides us that information as part of the unique

5    login.

6         Q    Okay.  Is that -- can you explain what the

7    myDG program is?

8         A    Yes.  The myDG program is a uniquely

9    identified access to Dollar General website, app,

10   pseudo-rewards, essentially provided them access to

11   digital coupons, and some functionality that they log in

12   for -- that's unique to them via their login.

13        Q    And do you know what percentage of your

14   customer base in New York during the relevant time

15   period had a myDG account?

16        A    No, I don't.

17        Q    Do you know how -- how many people in New York

18   have a myDG account currently?

19        A    I believe I know approximately how many do.

20        Q    What's the approximate number?

21        A    I think it's around 400,000 to 500,000

22   identified customers in the State of New York.

23        Q    Okay.  And do you know when, I guess -- let me

24   ask you this:  When did Dollar General set up the myDG

25   program, myDG program?

1    A    MyDG program is a recent branding in the last

2    couple of years, I believe.  Our digital coupons

3    program, which was the predecessor of that, has been

4    around since at least -- it's been here since I've been

5    here in 2012, so it's over a decade old.

6    Q    Okay.  And so for that -- so let me ask:

7    There's several things I want to follow up on that.

8         Do you think the myDG program was started

9    prior to 2020 or after 2020?

10    A    I don't know with certainty when we rebranded

11    it.  Either the myDG or its predecessor certainly was

12    started prior to 2020.

13    Q    Okay.  But then -- and for that, same way,

14    they could get discounts if they provided Dollar General

15    their email address?

16    A    Yes.  Email address and/or telephone number.

17    I don't believe we require or we hadn't always required

18    an email address.  I believe our current configuration

19    is to ask for an email address.

20    Q    Okay.  And then let me -- several other things

21    that I wanted to go back on.  You were mentioning one

22    way was to target customer 1, and the example we were

23    using with an ad for sunscreen or something if you knew

24    he bought it before.

25         Are there other -- via email.  Are there other

Page 102

```
 1    ways that you could try to target that customer 1 if you
 2    knew that he bought sunscreen before?
 3              MR. TAYLOR:  Objection.  Form.
 4              You can answer.
 5              THE WITNESS:  Yes.
 6    BY MR. HARRIS:
 7         Q    Okay.  Can you elaborate?
 8         A    An example, I believe we have the ability to
 9    text customers if they provided us their telephone
10    number and they've opted for that as a capability.
11         Q    And do you know when you started using the
12    text function?
13         A    I don't know exactly when we started using the
14    text function.  I believe it's been around for several
15    years.
16         Q    Okay.  Following on the -- do you know when
17    the -- you mentioned the myDG program, but is the Dollar
18    General app different from the myDG program?  Are they
19    somewhat related?
20         A    Yeah.  The myDG app is exactly that, an app on
21    an android or an Apple iPhone.  You can access that app
22    without being a member of the myDG rewards program, and
23    there's functionality that's available, including
24    browsing items, our cart calculator, store locator, as
25    an example.  Hours, I believe, are provided there by
```

1    store.

2            You have access to additional functionality

3    through that myDG app if you log in with your

4    credentials to include those digital coupons or savings

5    mechanisms I previously mentioned.

6        Q    Okay.  And one of the things I was curious

7    about.  Do you know when you first got the myDG app or

8    when -- sorry, when the app was introduced to the

9    marketplace?

10       A    I don't know specifically when it was

11   introduced to the marketplace.  I believe it's been

12   around for at least over five years.

13       Q    Okay.  And then do you know how many -- how

14   many people in New York have downloaded the Dollar

15   General app?

16       A    I do not know how many people have downloaded

17   the app.  I don't believe we can tell that via the

18   information we receive back.

19       Q    Okay.  And what -- you mean -- when you say

20   the information you receive back, are you referring to

21   information you receive from like the Apple store or the

22   android store, or are you referring to something else?

23       A    Yeah.  Sorry.  That's what I mean.  We have a

24   count of downloads.  We don't know where a customer or a

25   potential -- a downloader is located.

Page 104

1    Q    Okay.  So you can -- you can know if
2  nationwide or how many people have downloaded but not
3  where they're located?
4    A    That's my understanding.
5    Q    Is there another -- let me -- going back to
6  this, what you mentioned before about the myDG program
7  and having people enroll and provide you with their
8  email addresses.  Are there any ways -- do people enroll
9  at stores as well or do they have to go online and do it
10  themselves?
11    A    I believe our only mechanism for enrolling is
12  you could do so in store on your phone.  I don't believe
13  we have a mechanism in the store outside of a customer's
14  personal device to register.
15    Q    Okay.  And I assume -- let me ask it this way:
16  When someone goes to a store and uses a debit card or
17  credit card, does Dollar General keep any of that data
18  about who their customer base is with the name?
19    A    Dollar General does not retain the full --
20  full account ID for debit cards or credit cards.
21  Actually, debit, credit, or any of the electronic
22  payment methods, for security reasons.  So we retain
23  subsections of those numbers.
24    Q    Okay.  You retain part of the numbers, but do
25  you retain any of the names?

Page 105

1    A    I don't believe we retain the names in our

2    databases for the same security reasons.

3    Q    All right.  But so -- and let me ask it this

4    way just in terms of one of the topics we had was

5    Topic 19, which is "The process for identifying Dollar

6    General customers who may have been overcharged during

7    the Relevant Time Period."

8         Is the only way to know who some of your

9    customer bases are either is through the myDollarGeneral

10   data that you have, or is there any other way that you

11   all keep -- that you're able to identify who your

12   customers are?

13        MR. TAYLOR:  Objection to form.

14        You can answer.

15        THE WITNESS:  Yeah.  I think the primary way

16   is when a customer provides us their login information

17   via the myDG app sign-up or the predecessor when they

18   provided it to us in the past.

19   BY MR. HARRIS:

20   Q    Let me ask:  Is there a process when you --

21   when a customer goes into a store to log in and, like,

22   if I'm to swipe my Dollar General app or something to

23   show that I'm getting rewards of some kind and buying

24   sunscreen on a given day?

25   A    Yeah.  Sorry.  A customer has the ability to

Page 106

```
 1   identify -- we call it "self-identify" -- identify
 2   themselves via -- typically it's their cell phone number
 3   at the pin pad or the credit card terminal.  I believe
 4   we also have the functionality -- I believe that's the
 5   primary method.
 6           I believe they online also have the
 7   functionality, if they have their app on, to scan it in
 8   some way to also -- do essentially the same thing,
 9   identify themselves and their account to be associated
10   with that transaction.
11   Q    And do you have -- do you have any data
12   showing what percentage of your clients will provide
13   that data at checkout of some kind in New York?
14           MR. TAYLOR:  Objection.  Form.
15           You can answer.
16           THE WITNESS:  We don't have a way to know the
17   percentage because most of our transactions are not
18   identified.  We do have the ability to know how many did
19   identify.
20   BY MR. HARRIS:
21   Q    Okay.  Okay.  Like, you can't -- you haven't
22   done the analysis of if one store had 1,000, you know,
23   or sold 1,000 different transactions during a day, what
24   percentage of those may have people key in their
25   information for myDollarGeneral versus -- versus not?
```

1      A     Yeah.  So that's right.  I -- we have the

2   ability to know the number of transactions that got

3   associated with a self-identify in this case, and we

4   know the number of transactions that didn't.  Well, what

5   I have no way to know was every other transaction a

6   unique customer for the ones that I -- that weren't

7   self-identified, did a single customer make three

8   transactions, but I do know how many transactions were

9   associated with a self-identification to the myDG app

10  program, myDG rewards.

11     Q    Sitting here today, you don't know the

12  percentage of what the people who were in the myDG

13  program identify or have identified in the past three or

14  four years in New York?

15     A    I do.

16     Q    What's that percentage, then?

17     A    I think our latest analysis was somewhere in

18  that five-ish percent range of transactions in New York

19  were identified with a customer record.

20     Q    And have you looked to see if that percentage

21  has gone up in a certain period of time or over the past

22  three or four years?

23     A     It has gone up definitively both in New York

24  and across the country as we made more efforts to make

25  that program more rewarding for our customers.

1    Q    Okay.  That makes sense.

2         And just while we're kind of on this topic,

3    what -- what software do you have or what software do

4    you all use to keep this data so who is self-identifying

5    at the checkout register?

6    A    A number of different pieces of software and

7    hardware get used in that process starting with the

8    register and then ultimately is transferred back to the

9    Dollar General and to our Store Support Center in

10   Goodlettsville.

11        Our primary mechanism for the data that

12   underpins what I described to use, the percentage of

13   transactions, sits in our customer data warehouse which

14   is in a Snowflake environment and then it has your

15   cloud.

16   Q    Hold on.  Let me -- I didn't quite -- you cut

17   off for just a second there.  I apologize.

18        You said that -- the very end of it, you

19   mentioned that it's in the customer -- I'm sorry.  Can

20   you repeat what you said at the very end?

21   A    Certainly.  Customer data warehouse is what we

22   informally call it, and it's -- it is in a Snowflake --

23   it's a set of tables in a Snowflake environment on an

24   Azure -- Microsoft Azure cloud infrastructure.

25   Q    Okay.  And so that's -- the Snowflake

1    environment, I'm familiar with the company Snowflake.

2    Is that what you're referring to?

3         A    That's correct.  The IT company Snowflake,

4    database company Snowflake.

5         Q    And then where is that warehouse?  You said

6    that was in Goodlettsville, Tennessee?

7         A    The warehouse is actually a Microsoft Azure

8    warehouse that Snowflake sits on top of, and I believe

9    that is in an East Coast node of Microsoft data cloud.

10        Q    In terms of if you want to -- if Dollar

11   General wants to access this data, what programs do they

12   use to download and keep track of everyone who is

13   self-identified at a checkout counter?

14        A    You can access the Snowflake environment in a

15   number of ways.  One method is through the Snowflake

16   terminal, which is a web-based interface to those

17   tables.

18        Q    Okay.  Then let me ask in this way, though.

19   If you know customer 1 has not -- and he's

20   self-identified a year or so ago and he has not bought

21   sunscreen or something in quite a while, what -- what

22   databases do you all use to send out the coupons like we

23   discussed earlier?

24        A    Sorry.  We would first identify the customer

25   in your scenario in our Snowflake environment, and we

1    can then pass that information to our Adobe -- it is our

2    CDP, customer data platform, which allows us the

3    transmission vehicles then to send that out through to

4    our app or the -- through a text message, as I

5    articulated.

6        Q    Or an email as well still?

7        A    Sorry.  Or an email.  Same -- same path.

8        Q    All right.  So there was something different

9    for emails.  So was there -- I remember you were

10    describing what the GOLD system does in helping fill

11    orders at times.

12            Is there something -- does the Snowflake

13    system that you were describing do something similar

14    with regard to customers and say, "This guy needs to buy

15    more sunscreen"?

16        A    No.  No, it doesn't.

17        Q    How do you -- how do you go back and say that

18    customer 1 hasn't purchased goods in six months; we'll

19    shoot out -- or a period of time -- we'll shoot out an

20    email to him?

21        A    So usually it's a bespoke ask, so it's -- it

22    could happen a lot of different ways, but typically it's

23    we have marketing plans or we think there's a need to go

24    source or incentivize customers with a certain marketing

25    effort.

Page 111

1          So we'll go to the Snowflake environment,

2    create via query those customers that we think fall

3    within the parameters set that we're attempting to

4    target, and then we'll pass it over for that

5    communications.

6          Q    That makes sense.  So is that something that

7    the decision science and analytics team would be

8    involved in?

9          A    Yes.  The decision science and analytics team

10   generally would be involved in that.  The marketing team

11   can -- can do elements of what we just described in the

12   CDP natively for more routine-type communications.  The

13   more bespoke, your sunscreen as an example, would happen

14   first in the Snowflake environment, and then it would be

15   extracted and passed over.

16         Q    While we're on this topic.  I think I've

17   gotten the answer.  I want to make sure I understand it.

18   If someone comes into your store and buys a sunscreen

19   with cash randomly, do you keep -- do you keep any data

20   for that person or on that person or can you?

21              MR. TAYLOR:  Objection.  Form.

22              You can answer.

23              THE WITNESS:  We have no information on a cash

24   customer with regard to customer.  We do know that we

25   add a date, a store number, a transaction ID, a time,

Page 112

```
1    and the product that was sold as well as the other

2    information around that transaction.  Those are other

3    items in the basket.

4    BY MR. HARRIS:

5         Q    Oh, okay.

6              MR. TAYLOR:  Hey, can we stop for just a

7    second?  I think I got kicked out.

8              THE VIDEOGRAPHER:  Do you want to go off the

9    record?

10             MR. TAYLOR:  Wait.  Maybe I'm back.  Can y'all

11   see me?

12             THE VIDEOGRAPHER:  Yes.

13             MR. TAYLOR:  Okay.  Go ahead.  Sorry.

14             MR. HARRIS:  That's all right.

15   BY MR. HARRIS:

16        Q    I'm sorry.  You were, I think -- I was

17   following along that if a customer 2 shows up and buys

18   several items in cash, you keep track of the data about

19   what they may have bought but not what -- not who they

20   are?

21        A    That's correct.

22        Q    How do you all -- and is there -- with that

23   data, how does that -- what do y'all use that for?

24             MR. TAYLOR:  Objection.  Form.

25             You can answer.
```

Page 113

1           THE WITNESS:  We use sales data for lots of

2      different things.  One of which is inventory

3      replenishment to our earlier conversation on the GOLD

4      system, but we also need to track what's selling, where

5      it's selling, how frequently, you know, it's in baskets,

6      et cetera, so it's what we do as a retailer is

7      understanding what we sell and what we don't sell.

8      BY MR. HARRIS:

9           Q    Also, but if someone buys sunscreen and a

10     bathing suit or something, you would know they're

11     going -- they might be going to the beach or some place;

12     is that right as well?

13          A    You can do light affinity analysis, is what we

14     would call that, on those transactions, so how many

15     times did a sunscreen item end up in the same

16     transaction regardless of how it was paid for with a

17     bathing suit.

18          Q    That makes sense.

19          A    It's heavy data processing, and so it's -- I'd

20     say it's done infrequently.

21          Q    Let me keep going back to -- I think I got

22     derailed.  I don't think I asked you about Kelly

23     Woods-Ramsey?

24          A    Yes.

25          Q    What is -- is she still employed by Dollar

Page 114

1    General?

2        A    She is.

3        Q    Okay.  And what is her position?

4        A    She's a director in merchandising decision

5    support.

6        Q    And have you spoke -- do you recall which --

7    what -- strike that.

8             Have you spoken to her about this lawsuit at

9    all?

10       A    I have not.

11       Q    And then R.J. Maddox.

12       A    R.J. is a manager in our pricing execution

13   team.

14       Q    Okay.  And have you spoken to him about this

15   lawsuit at all?

16       A    I have not.

17       Q    Okay.  And what would be his position or what

18   would he be -- strike that.

19            This response says "Additional persons

20   knowledgeable about pricing products."  Do you know what

21   Mr. Maddox may also be knowledgeable about?

22       A    No.  I wouldn't know what he's knowledgeable

23   about.

24       Q    Or what's -- does he have a specific role of

25   any kind regarding price?

Page 115

1          A     He -- he's on the pricing execution team and

2     has access to the GOLD system for price changes.

3          Q     Okay.  And then let me go down to 10.  I think

4     we may have covered some of this already now.

5                Okay.  Interrogatory Number 10 says "Please

6     describe the method used to determine the prices

7     displayed on the shelf labels for each product."

8                Do you see that?

9          A     I see that.

10          Q     And then in this response, "Dollar General

11     responds that pricing decisions for every item in the

12     store are made based on the role of the item's class,

13     the market pricing for the item being reviewed, and the

14     demonstrated price sensitivity of the item.

15                "The company maintains pricings zones based on

16     the competitive environments of each store, and it is

17     possible for stores to have different pricing for

18     similar products.

19                "Item-level pricing decisions are made jointly

20     between the merchandising and pricing departments.

21     Moreover, in deciding whether to adjust a price, Dollar

22     General considers changes in the cost of the item to the

23     Dollar General, customer demand for the item, how a

24     price adjustment on the item will affect customer

25     traffic in stores, the effect of the price adjustment on

Page 116

1    margin, seasonality; whether to clear the item as part

2    of the item -- or clear the item as part of the item's

3    discontinuation lifestyle -- life cycle, and operational

4    complexity."

5              Do you see that?

6        A    I do.

7        Q    I think you've gone over a lot of these

8    already.  Let me -- I don't think I've explored Item 3,

9    how a price adjustment of an item will affect customer

10   traffic in stores.

11             Can you elaborate on that?

12       A    Certainly.  Different products play more

13   central roles to the overall -- or we believe certain

14   products play more central roles to the overall price

15   impression of a store and/or some products themselves

16   have the propensity to drive customer engagement in ways

17   differently than other products.

18             And so as an example, 12 packs of Coke both at

19   Dollar General and in the marketplace, are known to be

20   traffic drivers.  They will drive customers to a store

21   with a good price or really good price relative to

22   competition.  And so that would be an example of an item

23   where a particularly good price could have a more

24   meaningful effect on the customer traffic to a store.

25       Q    Interesting.  Okay.  And then the next part,

1    "the effects of a pricing adjustment on margin," I'm not

2    sure what margin -- are you saying the marginal cost

3    of -- or can you explain that?

4        A    Yeah.  Margin is the difference between the

5    retail that we sell a price -- I'm sorry -- sell an item

6    at and the cost or the cost of that item to us.

7        Q    So you're saying that if you might -- you

8    might keep it very close to the actual cost, your cost,

9    as well just simply because it would help drive traffic

10   to the store possibly as well?

11       A    That is a reason why you would keep the retail

12   closer with a lower margin, therefore closer to the cost

13   of the actual item itself.

14       Q    I see.  Or if it's -- these are all factors to

15   consider.

16            Then what do you -- in Section 6, you're

17   saying that whether to clear the item as part of the

18   item's discontinuing -- discontinuation life cycle.

19   What does that mean?  Can you give me an example of

20   that?

21       A    Yeah.  As an example, the sunscreen we talked

22   about earlier, we don't want it to clog up the stores or

23   clog up a store in terms of just sitting there for the

24   winter.  We may decide as part of the process bring it

25   in, sell as best we can sell it during the peak seasonal

Page 118

```
1    period, and then have a markdown cadence to clear the

2    inventory by a targeted date.

3         Q    Okay.  And then what is operational

4    complexity?

5         A    As it's defined here, it could be lots of

6    different things.  Operational complexity could include

7    things like do we need to do something special with

8    signage.  We, as an example, have seasonal clearance

9    events and the signage might be as simple as printing

10   off 8 and a half by 11s at 50 percent off.

11            If there's a lot of those or operationally

12   complex or if we have multiple different sale prices, it

13   could make it more complex.  A multitude of things could

14   make pricing more operationally complex or not.

15        Q    Let me go to -- well, I think 12 talks about

16   audits, inspections, or investigations.  And I'm not

17   sure if that's something that Mia will testify tomorrow;

18   is that correct?

19            MR. TAYLOR:  I can answer that.  Yeah.  I

20   believe we designated her for the audit one, Scott.

21            MR. HARRIS:  Okay.  I'll just skip over this,

22   then.

23   BY MR. HARRIS:

24        Q    And I think 13 is "Please identify any

25   point-of-sale system software or other technology used
```

Page 119

1    to set or update prices for products sold at the

2    relevant stores during the class period."

3           And I think Dollar General responds that "the

4    following software and technology are used to set or

5    update prices for products sold at New York Dollar

6    General stores:  START messaging system, the Store

7    Support Center's electronic database for prices, various

8    software systems supporting Dollar General's point of

9    sale, printers for printing shelf price labels,

10   computers, the store's handheld devices (for Price &

11   Move and core discontinued clearance items), and

12   Microsoft Excel."

13          Did you see that?

14      A    I see that.

15      Q    I think we've gone through some of these

16   already, but let me -- I don't think you've testified

17   about the START messaging system.

18          Can you explain what that is?

19          MR. TAYLOR:  Scott, so I believe there is

20   actually a topic, unless I'm mistaken, about START, and

21   that's one of the topics for Mia.

22          MR. HARRIS:  Oh.

23          MR. TAYLOR:  So, you know, however you want to

24   handle it is fine.  I think, you know -- I guess I would

25   object just for this witness being as beyond the scope,

```
 1    but he can testify in his personal capacity if he would
 2    like.
 3              MR. HARRIS:  I see that now.  Topic 30.
 4    Thanks for pointing that out.
 5    BY MR. HARRIS:
 6         Q    Can you testify about your personal knowledge
 7    of that START system?
 8         A    To my personal knowledge, START is our
 9    messaging system for interfacing with our stores via
10    their back office PC.
11         Q    Okay.  All right.  Is that something that I
12    think you were discussing earlier about once the price
13    is set for a product and then is it sent from wherever
14    the headquarters was that made that decision to the
15    individual stores through START in some way?
16         A    The -- what I testified to before was a price
17    change made at the Store Support Center flows down to
18    the point of sale and to the back office PC for tag
19    printing.
20         Q    Right.
21         A    That is not connected to, to my understanding,
22    to the START messaging system itself, so those two
23    things happen independently.
24         Q    Okay.  Got it.  So the stores -- sorry.  Can
25    you elaborate on the Store Support Centers?  What are
```

Page 121

1    you referring to there?  Seems like it's all -- the

2    Store Support Centers has capital first letters of those

3    words.  Is that something --

4        A    Yeah.  Sorry.  We define our corporate

5    headquarters that I'm sitting in today as the store

6    support center.  With regard to the electronic databases

7    for price, there's several included in our data

8    warehouse, but I believe what this is most specifically

9    referring to, what I would talk about in my last

10   statement, would be with regard to the GOLD system.

11       Q    So I'm sorry.  And so how does the Store

12   Support Center's electronic database for prices and the

13   GOLD system interact?  Can you -- I'm not quite --

14       A    I'm sorry.  I think as I read this, the Store

15   Support Center's electronic database for price is a

16   euphemism for the GOLD system.

17       Q    Okay.  That helps make sense now.  Thank you.

18            And then it says "various software systems

19   supporting Dollar General's point of sale."

20            What other systems that we haven't discussed

21   are there?

22       A    There's a series of IT processes that occur

23   when a price change or changes are logged into the GOLD

24   system.  There's a series of batches that occur, and

25   various file systems take feeds of those to include --

Page 122

1    including the point of sale.

2         One creates a file for our Legacy point of

3    sale.  One goes to a system called DGC and creates the

4    same set of files for our NextGen point of sale, and

5    then those flow down to the store.

6         So with regard to other electronic databases,

7    just talking about the nuance of what happens when a

8    price change gets loaded into GOLD and the various batch

9    processes that occur upstream before those are sent to

10   stores.

11       Q    Okay.  And then I'm trying to think of -- let

12   me just kind of move to the next part.  Printers for

13   printing shelf price labels, do you have like a set type

14   of printers that you use that are for all the stores

15   that are all uniform?

16       A    I don't believe we have a uniform printer

17   across all of our 20,000 stores.  I believe they're

18   similar and that they're printers and they can

19   accomplish that task.

20       Q    Yeah.  Just as they're -- maybe have one

21   that's just -- that's older, a store that's older may

22   have an older printer that you recycle those or upgrade

23   as one gets -- needs to be replaced?

24       A    Yeah.

25            MR. TAYLOR:  Objection.  Form.

Page 123

1            You can answer.

2            THE WITNESS:  Assume that.  Or even a new one.

3    May need a different part or may need an ink cartridge

4    or something, but, yes, we don't have uniformity across

5    20,000 stores.

6    BY MR. HARRIS:

7        Q    Okay.  And then what do you mean by the stores

8    handheld devices for pricing?  What -- it's capitalized

9    "Price & Move."  I'm not sure what that means.

10       A    Store's handheld device refers to -- we call

11   it an HHT, handheld terminal.  It is a small, handheld

12   computer.  Looks similar to a phone.  And it has various

13   internally developed apps for our store associates to do

14   a number of things to include inventory adjustments.

15   They can see sales records of movement.

16            Price & Move, I would refer you to Mia for

17   tomorrow's testimony.  As I read this with regard to my

18   knowledge, it is when an item is going on its life cycle

19   as an exit from a core planogram.  A store can use an

20   HHT to determine the markdown price, and then they

21   hard-price it with a sticker gun and move it to a

22   clearance section.

23       Q    Okay.  What -- you said "core planogram"?  Is

24   that what you said?

25       A    That's what I said.

Page 124

1      Q    Okay.  Can you just tell me what that --
2  define that for me?
3      A    A core planogram, in our vernacular, is a
4  category of product.  Planogram refers to a capture of
5  how those products -- what those products are and how
6  they are to be organized in a given linear footage.
7      Q    Okay.  Going to keep going.  Okay.  14 is
8  "Please describe all measures used to ensure that the
9  shelf price labels displayed match the prices changed at
10  checkout for products sold at the Defendant's stores
11  during the class period."
12           And I'll scroll down to -- there's several
13  parts to this response, so I'll go through each
14  paragraph.
15           It says "Dollar General responds that it
16  confirms the price listed on the store shelf matches the
17  price of that product when scanned at register in its
18  New York stores in a variety of ways.
19           "First, it does so by directing district
20  managers to audit store completion of pricing activities
21  at a regular cadence throughout the year.  District
22  managers are required to visit each of the stores they
23  manage at least one time every 45 days.  During these
24  visits, district managers complete a quality store
25  visit, or QSV.

Page 125

1          "The QSV form directs districts managers to

2     audit shelf label pricing on 50 items across ten

3     different areas of each store, including at least five

4     of which are part of an ad or temporary price reduction.

5          "If more than one shelf label is incorrect,

6     the store has failed the price label audit, and the

7     district manager is expected to work with his or her

8     assigned human resources partner to determine the

9     appropriate consequences for any such pricing audit

10    failure."

11         Do you see that?

12    A    I see that.

13    Q    It's my understanding that there are -- I

14    think in one of these responses, it mentions that there

15    are approximately 28 district managers in New York.

16         Is that still approximately correct?

17    A    That sounds -- yes, based on my knowledge,

18    that's approximately correct.

19    Q    And do you know approximately how many stores

20    each district manager oversees in New York?

21    A    It varies from time to time and would have

22    varied during the period in question here.

23    Q    I think I saw somewhere that Dollar General

24    had between 500 to 550 stores in New York.

25         Is that correct?

Page 126

1      A    Yes.  I believe as of today, it was 599 stores
2   that were open.
3      Q    Wow.  So if there's 28 and that's roughly,
4   what, 25 stores per district manager or so?
5      A    Yeah.  And there may be more district managers
6   now than there were.  But with 599 stores, then there
7   were even when this answer was provided.
8           But in the 20-ish range is the target for a
9   district manager with stores.
10     Q    Are they supposed to -- so they're -- strike
11  that.
12          And then how many managers are at each store?
13  Do they have two to three?
14     A    Each store, as I understand it, has a single
15  manager, a store manager, one.
16     Q    Okay.  Just one.  Okay.  Not -- they're not
17  there -- I mean, are there assistant managers as well?
18     A    Yes.  Most of our stores have an assistant
19  manager as well.
20     Q    And how many -- typically, is there an amount
21  of assistant managers as well for each store, or is it
22  more than one or one?
23     A    I believe -- you know, I'd refer the question
24  to Mia for your operations conversation.  I believe it's
25  one in most instances.

Page 127

1      Q    Okay.  All right.  All right.  The -- and then

2    when -- do you know -- and I know this is -- I mentioned

3    an audit.  Is this something you have familiarity with,

4    or is this something that would go back to Mia?

5              MR. TAYLOR:  Let me just jump in.  So there

6    are, I guess, several topics related to audits and

7    whatnot that Mia has the sort of responsibility for.

8    So -- and that's what we designated her for.

9              Having said that, so I would make the

10   beyond-the-scope objection.  But Mr. Snow can testify in

11   his personal capacity if you'd like him to on what he

12   knows.

13   BY MR. HARRIS:

14     Q    Yeah.  If you can just go through -- I don't

15   need a ton.  What are the -- do you know -- this kind of

16   goes back to the databases and how the three.

17             Where do people submit -- where do district

18   managers submit their reports for the quality store

19   visit?

20     A    I don't know that.  I would point you to store

21   operations and Mia for that question specifically.

22     Q    You don't know if there's a -- if there is

23   a -- any kind of system or database that you all use to

24   keep track of any of these -- any of these audits?

25             MR. TAYLOR:  Same objection as before.

Page 128

1          Go ahead.

2          THE WITNESS:  Yeah.  I'm unfamiliar with the

3   mechanism to capture this information on the store side.

4   BY MR. HARRIS:

5      Q    Okay.  And then have you ever personally

6   visited a store when a QSV was occurring and watched it?

7      A    I have not personally ever seen a QSV in

8   person at a store.

9      Q    Okay.  And then the next part is about the

10  store compliance visit.  I guess it goes back.  Anything

11  else -- same question I asked you a minute ago about the

12  QSV.  Is there any kind of database that keeps the --

13  any of the data they provide from the SCV?

14          MR. TAYLOR:  Same objection.

15          You can answer.

16          THE WITNESS:  I'll point you to Mia on the

17  store operation side.  That's the same as the QSV.

18  BY MR. HARRIS:

19     Q    Okay.

20     A    She'd have knowledge of that.

21     Q    On the last part here, it says "Additionally,

22  the SCV requires district managers to review CCTV to

23  confirm that the store printed and installed core price

24  label changes for the three weeks preceding the SCV."

25          Do you know where is that CCTV?  Is that

1    housed somewhere or uploaded to the cloud somewhere?

2        A    I have no knowledge around the CCTV

3    information.  I think Mia from store operations would be

4    the closest to that.

5        Q    Let me go back.  The next -- it says that

6    "Dollar General's performed a price verification review

7    of all Dollar General stores in New York."

8             Do you know when that occurred?

9             MR. TAYLOR:  I'm just going to make the same

10    objection, beyond the scope, that that falls within one

11    of Mia's topics.

12             But Mr. Snow can testify in his personal

13    capacity.

14             THE WITNESS:  I would point you to Mia and the

15    store operations for that.

16    BY MR. HARRIS:

17        Q    Okay.  And the same thing with Dollar

18    General's increased training of its store employees in

19    New York as to the importance and urgency of placing new

20    shelf price labels.  "This includes, without limitation,

21    Dollar General ensuring in the first half of 2023 that

22    all New York store employees were reminded of Dollar

23    General's price match policy and the need to update

24    shelf prices as soon as practicable."

25             Is that something that she was handling?

1           MR. TAYLOR:  I'll make the same objection.

2     Mr. Snow can testify in his personal capacity.

3           THE WITNESS:  I would point you to Mia and

4     store operations for that one.

5     BY MR. HARRIS:

6        Q    All right.  Fifth is "Dollar General's

7     increased shifts and staffing at times when new shelf

8     price labels are provided to stores to ensure that these

9     new labels are placed as quickly as possible."

10          Is that something Mia would testify to as

11    well?

12          MR. TAYLOR:  Yes.  Same objection.  Mr. Snow

13    can answer in his personal capacity.

14          THE WITNESS:  I have personal knowledge that

15    that has occurred, but I would point you to Mia for

16    specifics on the store operations side.

17    BY MR. HARRIS:

18       Q    And then same -- next thing it talks about

19    price override force prints.  It says "When new

20    labels -- when new price labels are automatically

21    supplied to stores for the items that were recently

22    subject to the largest number of price overrides at that

23    location."

24          Can you explain kind of what price override

25    force prints mean?  I'm not sure I fully understand that

Page 131

1    definition.

2              MR. TAYLOR:  So I'll make the same objection.

3    That's Topic 36, I think, which is Mia's.  But Mr. Snow

4    can testify in his personal capacity.

5              THE WITNESS:  Yeah.  I can testify to point

6    you to the process for price override information to

7    Mia.  A force print is simply a mechanism at the Store

8    Support Center in which we can load an item store list

9    and it -- outside of a price change so no price change

10   required.  It creates that tag print process at a store

11   level in the same way that would be created if a price

12   had changed through the mechanisms we previously

13   discussed.

14   BY MR. HARRIS:

15        Q    Okay.  Let me go -- okay.  Interrogatory

16   Number 15:  "Please identify any and all persons who

17   received refunds or credits who were overcharged for

18   products sold at the relevant stores during the class

19   period."

20              And let's see.  It says -- here's -- there's

21   various objections, but then it says "Moreover, Dollar

22   General notes that in most instances where money was

23   refunded to a customer due to an overcharge, the

24   identity of those customers is known."

25              And then it says -- Dollar General then goes

Page 132

1    on to say that it will try to produce documents via

2    33(d), and then the last sentence says, "However, Dollar

3    General states that, to its knowledge, no documents

4    responsive to this request exist at this time."

5            Do you see all that?

6    A    I see that.

7    Q    Okay.  And I think you testified earlier are

8    you aware of anyone receiving a refund of some kind from

9    Dollar General due to a price overcharge in New York

10   State during the class period?

11   A    It's my knowledge Dollar General recently

12   provided through discovery what I made reference to

13   earlier in my testimony, information regarding customer

14   service calls and refunds associated with potential

15   price overrides based on those customer complaints.

16   Q    Okay.  But that's -- that's the one you're

17   aware of that?

18   A    That's the only ones I'm aware of at this

19   time.

20   Q    All right.

21           Let me -- here.  I don't want to spend a ton

22   of time on this one.  Let me go to this page.  This is

23   something I was asking about a minute ago.

24           This is Interrogatory 20.  It's the management

25   structure for the stores along with the identity of each

1    store manager.  And here is where it mentions 28

2    district managers have responsibilities in New York.

3    And then above district managers are regional directors

4    who report to corporate.

5            Do you know how many regional managers are in

6    New York?

7        A    I believe there are currently three regional

8    directors that represent the 90-plus percent of the --

9    or 90th percent of the stores in New York.

10       Q    Okay.  And how are they -- they're just

11   divided by region?

12       A    Yeah.  The Dollar General structure nationally

13   but also in New York is stores to districts, districts

14   to regions, and then regions to divisions.

15       Q    Okay.  Yeah.  So what -- is divisions

16   multistate?

17       A    Divisions can be multistate.  In fact, I think

18   all of them are.  The same could be true of regions.

19   They could be multistate or could be within a single

20   state depending on the store count and the geographic

21   boundaries.

22       Q    Do you know with regard to New York, what

23   other states are in its region?

24       A    I don't know.  I didn't look at the map.

25   Typically, when a region spans two states, it's the

Page 134

1    state next to it contiguously.

2        Q    Here.  Do you know is it going east?  Is it

3    Connecticut or New Jersey, or is it Philadelphia,

4    Pennsylvania?  Excuse me.

5        A    Candidly, it would probably be in all

6    directions except for the ocean.  The -- but that's --

7    as you think about 20,000 stores organized in this

8    fashion across the country, they're not in neat, clean

9    lines.  They're created -- those zones are created

10   around physical barriers, mountains, rivers, and then

11   roads.  And so it's a -- it's a mash of stores rolling

12   into districts and regions.

13       Q    Okay.  We've been going about a little over an

14   hour now.  Can we take a five-, ten-minute break?

15       A    That would be great.

16           MR. TAYLOR:  Yeah.  Sure.

17           THE VIDEOGRAPHER:  Going off the record.  The

18   time is 2:43.

19           (Off the record.)

20           THE VIDEOGRAPHER:  Back on the record.  The

21   time is 2:53.

22           MR. HARRIS:  Sorry.  I jumped the gun there.

23   We're back on the record.

24   BY MR. HARRIS:

25       Q    I just uploaded a spreadsheet to Exhibit

Page 135

1   Share, and I'm going to share my screen again and have

2   you help me go through this.

3                MR. TAYLOR:  And this is Exhibit 4, Scott?

4                MR. HARRIS:  Yes.  Thank you.

5                (Exhibit 4 was marked for identification.)

6   BY MR. HARRIS:

7        Q    So I'm marking Exhibit 4, which is the

8   Bates-labeled DG_Wolf_004-0562.

9                Okay.  I'll scroll in when I need to, but I'm

10  trying to ask you just some general questions.  Do you

11  recognize this document?

12       A    I do.

13       Q    Okay.  And can you kind of give me a brief

14  overview as to what it is?

15       A    Yes.  So thank you.  We'll have to zoom in

16  when you want to get more specific.  It's pretty far

17  out.  But it's my understanding this is the

18  documentation produced by Dollar General through

19  discovery for items translated from information provided

20  by plaintiff and our associated pricing in effect in

21  that store as best we could translate it to the item

22  descriptions as they appeared provided to us.

23       Q    Okay.  So let me go through.  Let me start

24  over.

25                So the first one I have is "Audit Data."  If

Page 136

1    you look at the very bottom.  Shoot.  It just left.  The

2    bottom left of my screen, it says "Audit Data to Share

3    with DG PAR."

4            Do you know what that's for, what this data

5    would be?

6        A    Can you zoom in on it real quick?  I'm sorry.

7        Q    You know what?  I'm not sure --

8            MR. TAYLOR:  And, Scott, I might suggest that,

9    you know, I think the zoom-in feature can be helpful,

10   but if the witness wants to look at it through Exhibit

11   Share and look at it through that means as well, that

12   might help.

13   BY MR. HARRIS:

14       Q    That's fine.  It says -- I can't zoom in this

15   one part, Mr. Snow.

16       A    I'll pull it up on Exhibit Share real quick

17   and I'll look at that tab.  Just a moment.

18       Q    That's probably easier.

19       A    Mr. Harris, I pulled up "Audit" -- sorry.

20   Just a moment.

21           Okay.  I have that spreadsheet pulled up.

22   BY MR. HARRIS:

23       Q    Okay.  Do you see there's four tabs at the

24   bottom?

25       A    I see that.  Yeah.  Sorry.  I see that.

1      Q    Yeah.  What is -- can you explain what "Audit

2   data to share with DG PAR"?  And I don't know if that's

3   cut off or not.  I can't find a way to open it.

4      A    No.  It appears to be the full tab name.  It

5   probably got too big.  I understand that to be the

6   information that was provided by the plaintiffs.  So the

7   starting records, if you will, for what we began to

8   research.

9      Q    Okay.  And then let me zoom in.

10     A    I think it might have said "partial."

11     Q    Okay.  That makes sense.  So Column A on this

12  tab, the Column A is product name.  Is that the name

13  that's in -- that would be in one of the Dollar General

14  stores?

15          MR. TAYLOR:  Objection.  Form.

16          You can answer.

17          THE WITNESS:  It's my understanding that this

18  information was collected by plaintiff off of New York

19  audit reports through governmental entities and

20  transcribed then into Column A.

21  BY MR. HARRIS:

22     Q    Okay.  And so then Column A, and the SKU,

23  which may be out there, is in Column B.  And then the

24  shelf price is what the shelf label would have -- may

25  have been -- is that -- in Column C?

1          MR. TAYLOR:  Objection.  Form.

2          You can answer.

3          THE WITNESS:  Yeah.  Again, I think it's what

4    was captured and transcribed from those forms.  Just

5    looking at that Column B, the SKU, Dollar General SKU

6    numbers with almost no exception are only eight digits,

7    and so I suspect that that's -- those might have been

8    partial UPC numbers or any other information off of

9    those forms, not necessarily an SKU.

10   BY MR. HARRIS:

11        Q    Okay.  Then what would be the Column C is the

12   shelf price that was supposedly listed in the audit?

13        A    Yeah.  That's my understanding.  It's a

14   transcription of what was -- yeah, a transcription of

15   what was supposed to have been written on that form or

16   those forms.

17        Q    And then the actual price is what was rung up

18   at the register?

19          MR. TAYLOR:  Objection.  Form.

20          You can answer.

21          THE WITNESS:  Yeah.  Again, a transcription of

22   what the auditor would have written down or the person

23   filling out that form and then transcribed over here.

24   BY MR. HARRIS:

25        Q    Okay.

1      A    Although, in the one I have, it just has

2   actual price copied over and over again through

3   Column D.  I don't know if that's true of the copy you

4   have.

5      Q    Maybe -- which lines are you on?  Oh.  It does

6   that until about line 273.

7      A    Okay.  Yeah.  So I'm in the first -- yes.

8   Yeah.  So through 1 through 273 in Column D just keeps

9   saying "actual price" and "actual price" over and over

10  again, and then at 274 it looks like it was transcribed

11  as the price.

12     Q    Then Column E should be the difference between

13  the actual -- the shelf price and the actual price is

14  what at least it seems more accurate after line 273.

15     A    Yeah.  That's how I --

16          MR. TAYLOR:  Objection.  Form.

17          You can answer.

18          THE WITNESS:  I read it to be the difference

19  as, again, transcribed between those documents over to

20  the spreadsheet.

21  BY MR. HARRIS:

22     Q    Okay.  And then "Data Violation," is that when

23  the audit may have occurred?

24     A    Yeah.  Again, I believe transcribed from the

25  forms.

Page 140

1      Q    Okay.  And then the Bates stamp of where the

2  data came from is Column G?

3      A    I see that.

4      Q    Okay.  And then Column H is the store?

5      A    Column H I see is a purported address for what

6  I believe to be a store.

7      Q    Okay.  And then I is the store number for the

8  store in New York?

9      A    Yeah.  Transcribed from those forms.  And,

10  again, some of them don't look like they have numbers

11  listed, so probably transcribed as what existed on that

12  form and whether or not they had it or not.

13      Q    Okay.  And I'll go to the next tab is "Audit

14  Data to Share with DG."

15           Do you see that?

16      A    I see that.

17      Q    Okay.  And what's the difference -- what's --

18  do you know why this data is different from the first

19  tab?

20      A    I don't.  Again, I believe as we created

21  these, Tab 1 -- sorry, "Audit Data to Share with DG PAR"

22  and "Audit Data to Share with DG" both were provided by

23  plaintiff, and then this was the starting point for the

24  work that became Tab 3.  So DG data.

25      Q    Okay.  Okay.  All right.  So now explain what

Page 141

1    DG data is?

2        A    Yeah.  DG data was our -- Dollar General's

3    attempt to take the information provided by plaintiff

4    and associate it with information in our systems with

5    regard to the information provided in those first two

6    tabs.

7        Q    Okay.  And then the -- so the dates should

8    correspond in the date on Column A and the "DG data"

9    tab.  What is that date referring to?

10       A    I believe it to be the date of -- just one

11   moment.  I believe it ties to a pre-period prior to the

12   date of "Violation Date" column as exists in Column J.

13       Q    Okay.  Okay.  So that's -- say that again.  So

14   it's 30 days --

15       A    It appears to be 30 days prior.  If I look at

16   Item 2 or line 2, I've got "Violation Date" and Column J

17   of 7/6/22.  And then the date here is 7/6 -- 6/7 of '22.

18       Q    So the violation date refers to -- is that the

19   day of an audit that was done by a third party?

20       A    Again, I believe the data violation refers to

21   the first two tabs we've already previously discussed.

22   They had a column on both, F in both instances, titled

23   "Date of Violation," which I believe, again, ties to the

24   transcribed information, again, provided by plaintiff.

25       Q    Okay.  And then the original sort order, what

Page 142

1   is that column?

2       A    Yeah.  This was the information in the

3   original order because it was a very large spreadsheet

4   of how we captured the information provided by

5   plaintiffs because we had to divvy out the research of

6   these to multiple people, and so we -- we needed to keep

7   a way -- as we handed those off to multiple people, to

8   put them back together in the original order that we

9   received them.

10      Q    Oh, okay.

11      A    It was just part of our internal process for

12  researching these.

13      Q    Okay.  And what about in the product name?

14      A    The product name was that information that

15  came over -- yeah.  It's the information we believed

16  captured from the information provided by plaintiffs.

17      Q    Okay.  The item number -- is that the -- from

18  the DG data item number or is that something different?

19      A    Again, I think that's the item number as

20  either -- what was referred to as SKU on the first two

21  tables.

22      Q    Okay.

23      A    These columns are replications of the

24  information provided by plaintiffs.

25      Q    Okay.  And then so the next one would be the

1    Bates stamp that was identified?

2         A    That's correct.

3         Q    And then the next column, F, is the store

4    address which should match up with what was on the

5    previous two tabs?

6         A    That's correct.

7         Q    And then Column G identified DG SKUs.  This is

8    your number for this product?

9         A    This should be the internal reference number

10   through our research of what we thought was closest to

11   the information that was provided for that item by

12   plaintiff.

13        Q    Okay.  And then what is the SKU description?

14        A    SKU description is a internally captured piece

15   of information in our GOLD databases from our product

16   master with regard to that item.  It's a field or an

17   attribute we retain for every item that we sell.

18        Q    In this one, it says "Return - Arm Hammer

19   Detergent," I guess is what --

20        A    Yeah.  So this would be the most updated

21   current item description for that SKU, 00122801.  It's

22   likely that we discontinued -- so typically we would not

23   have an item description start with "Return."  It's

24   likely that this item -- item description was changed

25   through time.  We no longer sell it.  This is actually

Page 144

1    an odd description for something.  But it's the item

2    most likely that represented that item at that point in

3    time.

4         Q    Okay.  And then Column I says "Confidence

5    Level" and several columns say -- or several items say

6    "High" throughout and some say "Medium" and some say

7    "Low."

8              Can you elaborate what this column's for?

9         A    Yeah.  Again, in very few of the item

10   information provided as transcribed from the -- from the

11   audits, was it clear exactly which item was being

12   referenced by the auditor as it was handwritten in most

13   cases.

14             And so what we asked the teams to do when we

15   passed these out was to do their best to research the

16   item with additional information to come to what we

17   ultimately need to get any information about an item is

18   ultimately its SKU.

19             And so using other attribute information and

20   then what was provided by plaintiff, we asked the team

21   to assess when they made a conclusion in doing our best

22   to try the find the proper item inside of our internal

23   databases to come to some degree relative in their own

24   mind based on how close they got to what they think was

25   attempting to match.

Page 145

1          So, again, we were unable to do any kind of
2     systematic matching here.  We were just trying to do our
3     best to find the like item in our databases that matched
4     what we think to be the one provided by plaintiffs.
5          And so we asked them to, as they made those
6     determinations, say "high, medium, low," or "no match"
7     if they couldn't come up with anything that would get to
8     the confidence that they had in the like item they found
9     in our databases.
10         Q     Appreciate it.  Okay.
11              And then "Violation Date" we already
12    discussed.  That's when an audit found they were not in
13    compliance with the price on the -- on the shelf as the
14    same as the one at the register?
15         A     Yeah.  In this case, it's coming over from the
16    records provided by plaintiff.
17         Q     Okay.  "Store number"?
18         A     Just that.  What we believe to be the store
19    number.
20         Q     Okay.  And then the "Primary SKU"?
21         A     Yeah.  So the primary SKU, again, is the key
22    identifier record in our systems for a given item, and
23    it gives us all the attribute pricing information,
24    everything we would look at with regard to a product, we
25    have to have a SKU and/or a primary SKU.

Page 146

1        Q    And the "Shelf Retail" is Column M?

2        A    Yeah.  The shelf retail in Column M is a

3   lookup using that primary SKU to Column J, violation

4   date, in our systems as to what the base price was in

5   that store for that day via our upstream reporting

6   systems.

7        Q    Okay.  And then the "POS Retail" is what in

8   Column N?

9        A    The POS retail -- let me just double-check

10  real quick.  I'm sorry.  Let me clarify that.  Actually,

11  correct that.  Shelf retail, Column M, I believe it is

12  what came over from the plaintiff's records as

13  transcribed.  The POS retail in Column N being the same

14  thing, the point-of-sale retail as referenced on

15  plaintiff's records transcribed from the audit

16  violations, and then that difference column in O is what

17  we previously looked at in the first two tabs.

18       Q    Okay.  All right.  And then Column P, which is

19  "Duplicate Entries," what is the one?

20       A    It's a reference to us finding in this data

21  set the same store item combination for a date.  So did

22  we find another record for that elsewhere in this file.

23       Q    Okay.  And I guess there's a -- I see a 5.  I

24  see a 2.

25       A    That's right.  So as an example, on 5

Page 147

1  there's -- basically the same store, date, item

2  description combination showed up multiple times in the

3  file sets.

4      Q    Okay.  And so that -- if it's a 1, 2, 3, 4, 5,

5  or whatever the number is, that's what that symbolizes?

6      A    That's right.

7      Q    Okay.  The unique identifier?

8      A    A mechanism for us, a concatenation of various

9  fields in this so that we could process it without

10  falling over ourselves as we divvied it out and put it

11  back together.

12     Q    And then there's something that I see, "Unique

13  Identifier," and then down certain line 32 -- 33, excuse

14  me, I think, says "Effective From, Effective To."

15          What do those mean?

16     A    So for any given record where we had a SKU

17  that we could do a store SKU combination of an item,

18  through our pricing records, we went back and pulled the

19  information during the effective date of that price in

20  that store for the start and end date.  And then that's

21  how our systems record price.

22     Q    What do you mean -- when you say that, you say

23  "start and end date."  What do you mean by that?  It's

24  the first time you sold the product?

25     A    No.  It's not the first time it sold.  It's

Page 148

1    the first time the price became that price systemically.

2         Q    Okay.  And you're saying in that store or in

3    the -- across the 20,000 stores?

4         A    In this case, it's store specific --

5         Q    Okay.

6         A    -- on that record.

7         Q    Okay.  And then "Effective To" is when as long

8    as you keep selling that same price?

9         A    That's right.  That's right.  So during that

10   date window of 4/12/22 through 7/10/22, we see that

11   store retail in our records is 2.95.

12        Q    Okay.  I see one.  Here.  I'll scroll down to

13   374.  This is a Conair Dryer Turbo Styler.  Or no.

14   Sorry.  Some kind of hair dryer.

15        A    Which line are you on?  I'm sorry.

16        Q    I'm on 374.  I'm just trying to -- here.

17   There's one thing I didn't understand.  On this column,

18   I don't know if you can see it clearly.

19        A    Hang on.

20        Q    It has an effective date of -- effective from

21   2/21/23 but then it goes to 12/31/99998?

22        A    Yes.

23        Q    So what's the reason for the date?

24        A    Our systems do not require -- well, they

25   don't.  They can't accept an end date, so you have an

Page 149

1    effective date.  And anywhere you see that reference, at

2    the time this was pulled from our systems, essentially

3    that was the in-effect date and it doesn't yet have --

4    it didn't have an end date.

5         Q    Okay.

6         A    So you're in effect, currently still in effect

7    as of when this was pulled.  That would be your

8    identifier, but essentially it's on in perpetuity.

9         Q    Okay.  Then you can change, obviously, at any

10   time?

11        A    And then it would post -- it would date that

12   record as an end date for that day before it changed to

13   the next one.

14        Q    Okay.  And then the next one, "Store Retail"

15   there.

16             Does that mirror the Column M?  I'm sorry.

17   Column N?

18        A    No.  It could be different.  This is actually

19   what we believe systemically for that SKU to be the

20   store retail.  The POS retail is listed in Column N is

21   whatever was listed and then transcribed from the

22   auditor, what they believed to be the price that rang at

23   the register on that day.

24        Q    Okay.  So you think they may -- they messed

25   up -- if they messed up on N, you're checking what it

Page 150

1    should have been in your system?

2        A    Or if we -- they believe the item was X and we

3    believe the item was Y, we would get a different answer

4    as well.  But they could match or they could be

5    different for the various reasons that we talked about

6    through the research.

7        Q    Okay.

8        A    But it is the store retail price for the SKU

9    that we listed.

10        Q    Okay.  There are some of these.  If I scroll

11    down like line 423, and they're missing some data or

12    some numbers there.

13        A    Yes.  I see it's missing information.

14        Q    Any reason why?

15        A    I don't know why they would be missing

16    information unless it wasn't returned from our system

17    for that item.

18        Q    Okay.  And then keep going to "Default

19    Effective Date."  So how is "Default Effective Date" and

20    "Default Effective To" in U and V from R and S?

21        A    Could be different if a store had a unique

22    price or a zone had a unique price that was different

23    than our default zone which is our chain zone.

24        Q    Say -- and maybe I -- define what a default

25    zone versus a chain zone is.

1      A    Yeah.   Sorry.   I would use them as synonyms.

2   Default zone and chain zone being the preponderance

3   price across the chain.  If there was a zone price or a

4   store-specific different price, typically would be a

5   markdown.  It could have a different rate, a different

6   retail price, in which case the way to read this is if

7   they do not have a difference in price, then the default

8   is the same as the store price.

9           If the store price, store retail in Column T

10  is different, that is the most accurate price

11  systemically in that store for a given item.

12      Q    Okay.  And then so "Default Retail," sorry, in

13  W and X and "Retail at Audit"?

14      A    That's correct.

15      Q    Sorry.

16      A    Retail based on that date.

17      Q    Explain -- so I'm sorry.  Explain that one

18  more time.  The "Default Retail" versus the "Store

19  Retail" and the "Retail at Audit."  I'm confused a

20  little bit about these things again.

21      A    Sorry.  Let me take you to line 521 as an

22  example.

23      Q    Yep.

24      A    Line 521 was listed as a "Suave m p

25  deodorant," and the difference is the default, again,

1    the chain retail, if we go to column W, was $3.50, so

2    our preponderant price for that across the chain and

3    then the chain zone was $3.50.  The default in both

4    column T and X -- sorry.  Let me not say the word

5    "default."  The retail price in the store listed was

6    $3.75.  That appears in column T and in column X, and

7    that differs from the chain default retail in column W.

8         Q    Okay.  And can you explain why that might be

9    different for the -- why that -- yeah, why that would be

10   different?

11        A    Yeah.  In this case, that item is zone priced

12   slightly higher, 25 cents higher in that store, but we

13   have lots of reasons why prices can differ by zone and

14   by item from store to store, to include things like a

15   store-specific discontinued where we remove or planning

16   to remove a given item from one store but not anywhere

17   else.  We will start to do markdowns on that item, so it

18   will be lower in a given store, as an example.

19        Q    All right.  And then the last column.  Some of

20   these are -- move my thing over.  Y through AD has

21   "Transaction ID," and that's listed in some places.

22             Is that just the -- what are those transaction

23   IDs and a few of those?

24        A    If there was a record of a sale in our systems

25   on that day, I believe we queried back and put that

Page 153

1    information in columns Y through AD.

2         Q    Okay.  So you say -- so I couldn't -- let me

3    go down to 566.  You have a record of a sale that day.

4         A    That's right.

5         Q    Old Spice Game Day, and it was 4.50, which it

6    matches the -- no, the shelf retail, according to that,

7    was 3.95, but it sold for 4.50; is that right?

8         A    That's the way to read that.  We had a

9    transaction that day.  Transaction ID 1214945099.  The

10   unit retail was $4.50.  They sold one for a total sale

11   of 4.50, which matched the store retail of column T as

12   well as what was purported in the information provided

13   by plaintiff in column N.

14        Q    Okay.  So if you couldn't find a match or

15   transaction ID, is there -- is there a reason for that

16   or do you know what may have occurred?

17        A    So in a case where there isn't a transaction?

18        Q    Yeah.

19        A    Yeah.  It's because most of our items don't

20   sell in a week, and so it's not unusual to have lots and

21   lots of items not sell in a given store.  It just so

22   happened on this -- during this range, we sold that item

23   in that store.

24        Q    Oh.  That you could find during that -- during

25   whatever the -- so that's from --

Page 154

1      A    That's --

2      Q    Sorry.  Which date are you referring to?  Let

3  me get back to.  We were at 4 what?  I lost my place.

4      A    I was on 566.

5      Q    Thank you.  So 566, you had that one sale,

6  $4.50 for the Old Spice.  You said during that period.

7  What period would that have been and --

8      A    I had to look at the transaction specifically.

9  I know at different times we've done -- so this one

10  specifically, whether or not it was that day or it was a

11  30-day lookback period from the date of the violation.

12  We had various trying to find more transactions.  But

13  what I know is we had a transaction in that store on

14  that SKU during that period of time.

15      Q    Yeah.  Okay.  Okay.  So that's -- but, like,

16  for other ones that don't have any of the SKUs, like --

17      A    We couldn't find a transaction in that

18  lookback window.

19      Q    Okay.  And the lookback window would be, like

20  in this instance, between -- like, let me go to 517

21  where there's not one.  This is Suave deodorant.  And so

22  the lookback window would be 10/19/2021 as a violation

23  date to 10/7/21; is that right?

24      A    Yeah.  So it's my understanding -- and I don't

25  have the logic in the spreadsheet -- that we did a

1    lookback between the violation date and the -- a 30-day

2    window looking backwards for a transaction.

3        Q    I'm just trying -- and so which -- but which

4    time -- I'm sorry.  But which time period?  Is it

5    column -- column J and column A or --

6        A    Yeah.  That's my understanding, that for the

7    30-day lookback, we would have looked back between J and

8    A.

9        Q    Okay.  And, like, these instances, it's less

10   than -- it's about, what, 12, 13 days I'm looking at.

11   Like 5/17 is 10/19/21, and then the lookback period

12   would have been 10/7/21.

13            Is there a reason why it was less than 30 in

14   those instances?

15       A    Is that a two-week lookback?

16            MR. TAYLOR:  So, Scott, I see it going back to

17   9/20/2021 on line 484 -- or, excuse me, 483.  But tell

18   me if you are seeing something different on what you

19   have.

20   BY MR. HARRIS:

21       Q    Yeah.  One of these -- 483 has that time

22   period, but then going down further, I guess it's a

23   different -- do you see that?  Why is that -- I guess

24   the difference in all these -- so, like, let me say 483

25   to 542 discusses Suave antiperspirant deodorant at

Page 156

1   appears to be the Waddington, New York, store; is that
2   right.
3           A     Sorry.  Sorry.  Let me -- I think I'm
4   following how it's displayed.  Let me -- can I take you
5   to 572?
6           Q     Yeah.
7           A     So 572 is Old Spice Game Day in --
8           Q     Glenville?
9           A     Do you see that one?
10          Q     Yeah.
11          A     So what we provided is the 30-day lookback if
12  you go vertical.  So at 571 is the day before.  570 is
13  the day before that.  579 is the day before that.  So
14  what we provided --
15          Q     So --
16          A     -- 30 records --
17          Q     Sorry.
18          A     And if we had a transaction during that period
19  of time, they're present.
20          Q     I lost you somewhere.  If you can repeat.
21  Start over again.  I'm on 572.
22          A     Yeah.  Let me go to 572.
23          Q     Yeah.
24          A     So 572 is referencing violation date of 1/24.
25  And line 572A is 1/24.

```
 1        Q    Right.

 2        A    Do you see that?

 3        Q    Yeah.

 4        A    If I go up to 571, it's all of that same

 5   information now for the day prior.

 6        Q    Oh, okay.  So -- okay.  So you're going back.

 7   And then what's the -- what's the -- so it goes back

 8   about a week there.  It goes back to --

 9        A    So if you'll look at that one and go 572

10   through 543 represents the 30 days --

11        Q    Oh.

12        A    -- of information for that.  And then if we go

13   over to where we were just a second ago for those,

14   columns Y through AD were any dates in the transaction

15   that existed during that time on that date.

16        Q    Oh, okay.  So -- okay.  So for -- of that

17   30-day period in that one store, you sold the Old Spice

18   on --

19        A    Two occasions.

20        Q    -- January 8, 2023; is that correct?

21        A    That's correct.

22        Q    Okay.  Now I understand.  All right.

23        A    Sorry.  Me too.

24        Q    And you sold -- but you sold it again on

25   whatever -- hold on.  Looks like January 18th as well.
```

Page 158

1        A    That's right.

2        Q    Okay.  Okay.  Now I understand.  Thank you.  I

3    was not reading it correctly.

4        A    Let me go ahead and call out line 566.

5        Q    Okay.

6        A    If you notice, it sold for $4.

7        Q    Okay.

8        A    The in-effect shelf price was 4.50.

9        Q    That's 556.  I'm sorry.

10        A    556.  Sorry.  556.

11        Q    Yeah.

12        A    Yeah.  So in that case, it sold with some form

13    of a discount or promotion.  So the in-effect price

14    systemically from our source support center was $4.50,

15    but the transaction price for that item to the customer

16    was $4.

17        Q    Okay.

18        A    And just to highlight that as the difference

19    between those two values.  There's something other than

20    the base price.  Promotion is typically or coupons that

21    made that be lower than the in-effect price from our

22    corporate systems.

23        Q    Okay.  Let me -- and then let me go from this

24    one to the next one, the Store Ops Review, and what this

25    tab does.

1      A    Yes.  So this tab has similar information

2   starting with columns A through J.  Again, a copy of

3   what was provided by plaintiffs as transcribed from

4   audit reports.  And then we began to append the

5   information K through M that you just saw systemically N

6   through P, same answer.  O through S.

7           And then columns T through AA was provided by

8   store operations, and Mia may be able to speak to this

9   tomorrow, then.  Information they had with regard to

10  printing or leveraging information that we received back

11  from the in-store printing.  They tried -- again, tried

12  their best to identify the print date associated with

13  any of these items that we tried to research.

14     Q    Okay.  Let me -- okay.  I think I understand

15  this.  Let me walk through one of these examples,

16  though, if that's okay.

17     A    Sure.

18     Q    Let me find.  If you go to 1355.

19     A    I have 1355 listed as original sort order

20  1353, Dasani 8-pack.

21     Q    Yeah.  That's it.  Let me -- okay.  So let

22  me -- with this tab under Store Ops Review, let's go --

23  I think I understand everything, what you've testified

24  to with column A.

25           So original sort order, that was 1353.  What

Page 160

1  does that mean?  Will you explain that again?

2      A    Just an internal number we came up with in

3  order to organize and research these.  Just a numerical

4  sort, nothing related to the product.  Just a way to

5  organize these as we tried to research them.

6      Q    Okay.  And then going over K and L, that's

7  what was done in what you showed me the last

8  spreadsheet?

9      A    That's right.  If we could try to identify

10  what that was in our systems.

11      Q    Okay.  And so this one has a confidence level

12  of high.  You feel like you've caught that?

13      A    Yeah.  Whoever completed this felt like they

14  had -- the Dasani 8-pack, based on the information

15  provided and the other information they researched, it

16  was likely that SKU.

17      Q    Okay.  And then the retail price, so "Current

18  Store Specific Retail," that's whatever -- hold on.  Let

19  me get back to which store this is.  That's the Hammond,

20  New York, store at 52 South Main Street; is that right?

21      A    That's what it says there.

22      Q    So then that's -- then on the cost was $3.50

23  for this Dasani 8-pack.  The effective date is 7/28/22.

24          What does that effective date mean?  That's

25  when you set that price?

Page 161

1      A     That's -- the 7/28/22 is the start date for

2      that retail systemically for that SKU number.

3      Q     Okay.  And then the expiration date is when --

4      on 2/13/23 is when you change the price on that product?

5      A     Yeah.  2/13/23 would have been the last day in

6      effect for that $3.50 price for that SKU.

7      Q     Then on the next one is the "Current Chain

8      Retail."  It says the effective date was January 21,

9      2012.  Explain that, what this means versus the date in

10     O.

11     A     Yeah.  The -- again, this goes to default as

12     it's chain or default in our systems.  It is the -- it's

13     a little different for this product.

14           So the associated price with this retail,

15     retail of this product, as we understand it for that

16     item, is best captured in column N.

17           Systemically, we have a record at chain for

18     the information that exists in columns Q through S, but

19     this product, Dasani 8-pack, is a drop-ship item, and

20     its retail is actually controlled via column N through

21     P.

22           In this case and only drop-ship items, this

23     column Q through S, it's a default price systemically

24     from here, and it can't get lower than that.  But it

25     could be different.  The pricing in the store is

Page 162

1    actually controlled via column N, not via controlled --
2    controlled via column Q.
3        Q    How do you know that by, that it's controlled
4    by the store -- by column N versus Q?
5        A    It's not controlled by the store.  It's
6    controlled via drop-ship retail because the product in
7    our systems is listed as a "D" in the inventory type,
8    and that derives on an item-by-item basis as dictated by
9    GOLD where the retail -- whether the retail comes from
10   the chain retail system or the drop-ship and therefore
11   local store retail system.  And I don't mean local store
12   retail.  It's just a different set of tables that drive
13   that retail price all through GOLD.
14       Q    Okay.  So, like, let me go to the one above
15   that.  Maybe I'll -- that's the drop-ship.  What about
16   the 1354.  If that price has a date -- a price of 16.45
17   at that store, then 15.95 --
18       A    That's correct.
19       Q    That's got the same effective date.  What's
20   the --
21       A    Yeah.  So.  Yeah.  Absolutely.  In this store,
22   the retail price is -- in all of these, the retail price
23   in that store for the SKUs referenced in column K are N,
24   column N.
25            In this case, the retail in that store in

Page 163

1 Hammond, New York, for that item is $16.45.  Our chain

2 or default price for that item is $15.95.

3     Q    So would GOLD send information to the POS to

4 show that it would -- that in that store, the price

5 should be $16.45?

6     A    That's correct.

7     Q    Okay.  And then I guess -- and that's what --

8 back to 1355.  GOLD would do the same thing for the

9 Dasani 8-pack?

10    A    That's correct.

11    Q    Okay.  How you -- and are there any documents

12 kind of showing how that information is transmitted to

13 make sure that the prices are consistent or the right

14 price for the Hammond, New York, versus whatever, you

15 know, you charge in different places?

16    A    Yeah.  The only thing that matters is that the

17 price for the Hammond, New York, store is the $16.45.

18 Regardless whatever else happens, pricing is done at a

19 store-specific basis and then rolled into zones and then

20 rolled into -- some items, even in the Hammond, New

21 York, store, are the same as the chain price, and some

22 items have a different pricing zone up or down.  And so

23 in this case, the $16.45 is different than the chain

24 price.

25    Q    Let me -- I'm not quite following it entirely.

Page 164

1    How do you -- like, I'll just go back to the Dasani

2    again.  With the effective date for the chain retail

3    price is 1/21/12 versus 7/28/22 in that store, how do

4    you make sure -- how do you know which date the

5    effective date would be in these types of instances for

6    this store versus that one?  What records do you have to

7    capture that?

8        A    Yeah.  For every store and every item, we have

9    a start date and an end date for the effective price for

10   a given item, and so we can extract that based on a date

11   range for any given store or for the chain in the same

12   way.  And so there's no documentation.  This is actually

13   how the process works.

14            In this case, that store, if we were to use

15   the example above, had a loaded effective date in that

16   zone of $16.45 on 11/8 of '22.  On 11/8 of '22, the

17   chain was loaded as 15.95.  So those two prices both

18   existed across our network depending on the store that

19   was uploaded with regard to that price.

20       Q    Okay.

21       A    Our records -- but our records exist at a

22   store SKU level for price for any given point in time.

23       Q    And when you say at the store SKU level,

24   explain what do you mean by that?

25       A    Store item level price.

Page 165

1      Q    Okay.  So, like, I guess is that -- when you
2   say the store item -- what records, though, do you have
3   or do you -- what system do you have to make sure
4   that's -- that they're charging $16.45 in the West
5   Hammond versus $15.95 elsewhere?
6      A    It's native to our pricing systems through --
7   through GOLD.  And so every store and item has a retail
8   in a store, and that is the store and item price.
9      Q    Let me keep going, then, make sure I follow.
10         So going to column V now looking at the
11  effective date for that Dasani was 7/28/22.  Then it
12  says effective date 7/29/22, 12:00 a.m. over in V.  And
13  the print date is 8/2/22.
14         What does that -- can you explain that to me
15  again, those two dates?
16     A    Yeah.  So as I understand it, this is a store
17  ops component.  So everything I've testified through
18  column S is the pricing systems.  As I understand it, T
19  through columns AA, Mia can probably give more specifics
20  on.  This is from information that they use
21  directionally regarding information that comes back or
22  doesn't from back-office PCs with regard to print
23  information off of the back-office PC.
24     Q    Okay.  So, like, let me -- like, it says
25  printed by Denise Mitchell.  She's someone who works in

Page 166

1   the back office or Terri Cowher?

2       A    Yeah.  I don't know.

3       Q    Okay.  Okay.  You don't know who these people

4   would -- anyone in column X or Z would be?

5       A    I don't know any of these people.

6       Q    Okay.

7       A    Yeah.

8       Q    Okay.  But how -- I guess going back.  Let me

9   just kind of figure this out.

10          How do you know -- what have you reviewed to

11  confirm that, like, the prices on the effective date in

12  the store, any given store, is correct versus the chain

13  retail price?

14      A    I guess I don't review anything.  I mean,

15  there's, you know, on average 20 to 30 thousand items

16  across 20,000 stores.

17          What we have is systems where we load a price

18  change.  We have verification steps to ensure those

19  prices change in aggregate, and then we flow them

20  through the systems, and there's a series of IT controls

21  to ensure those prices made their way down to the

22  stores.

23      Q    Yeah.  What are the IT controls that y'all use

24  for that?  That would be helpful.

25      A    Yeah.  So there's a series of process controls

1    that start all the way through -- from the original load

2    of pricing information.

3           So when a price change is requested through

4    the decision support teams on to pricing execution, they

5    provide an estimate of what they think the price change

6    times the number of unit retail -- units that exist in

7    the chain are, and it gives an approximate value of the

8    change of what that retail should be.

9           Pricing execution loads the information in the

10   GOLD system and then cross-checks that calculation of

11   the price change multiplied by the units of inventory as

12   a reasonableness check to ensure that we've not

13   fat-fingered a given item.  And I say "fat-fingered"

14   means an error in the input of what the requested price

15   change should be because you have two independently

16   created calculations.

17          Assuming that works, they process -- they go

18   ahead and accept that.  They run it.  There's a job run

19   through GOLD that validates the information of that

20   item, and it validates that it's a legitimate item, the

21   price being requested is legitimate from a numerical

22   perspective.  If it passes that, then it goes through a

23   series of jobs in order to ultimately create the files

24   that go down to our store's point of sale.

25          There's a series of operational checks in IT

Page 168

```
 1    to ensure that those jobs run and complete.  If they
 2    don't, then there's mitigation work done to go correct,
 3    rerun, or fix those upstream file jobs.  And then IT
 4    operations tracks those file sends, all the file sends,
 5    actually, down to stores to confirm that stores receive
 6    the files they're supposed to receive, including the
 7    pricing.
 8         Q    That's very helpful.
 9              Let me see.  I think -- let me.  Why don't we
10    take a five-minute break real quick.  I'm trying to see
11    what other questions I have to go through right now, but
12    I think we're getting close.  So I appreciate you going
13    through all this with me.
14              THE VIDEOGRAPHER:  Going off the record.  The
15    time is 3:44.
16              (Off the record.)
17              THE VIDEOGRAPHER:  Back on the record.  The
18    time is 3:55.
19    BY MR. HARRIS:
20         Q    All right.  I would like to introduce what I'm
21    marking as Exhibit 5.  It's in Exhibit Share, but I'll
22    share my screen again.  Hold on one second.
23              (Exhibit 5 was marked for identification.)
24    BY MR. HARRIS:
25         Q    Okay.  Mr. Snow, do you recognize this as a
```

Page 169

1    document, it's my understanding, that was created by

2    McKinsey for Dollar General?  Have you seen this

3    document before, PowerPoint presentation?

4        A    Can I verify?  This is the one entitled

5    "Additional tech-enabled opportunities"?

6        Q    Correct.

7        A    Okay.  Yes.  I have it on the screen.

8        Q    Okay.  Have you seen this report?

9        A    Can you briefly go through the other pages?  I

10    don't recognize it from the start, but I've seen a

11    number of versions of something that looks like this.

12            MR. TAYLOR:  You can bring it up on Exhibit

13    Share too.

14    BY MR. HARRIS:

15        Q    Yeah.  I don't know what's easier.

16        A    Let me see if it's up yet.  Is it titled

17    McKinsey Wolf PowerPoint?

18        Q    I think that's it.  Yeah.

19        A    Let me pull it up real quick.

20            Sorry.  Just a moment.  It's opening.

21        Q    No worries.

22        A    Mr. Harris, I believe I have seen this before.

23    Could have been a different version, could have been a

24    different iteration of it, but I have seen some version

25    of these slides.

Page 170

1      Q    Okay.  So this is -- I was trying to -- this

2    should apply to Topic 22 or 29, is my understanding, but

3    I didn't know if you knew why Dollar General retained

4    McKinsey to do any kind of study here.

5                MR. TAYLOR:  I'm going to object as

6    potentially beyond the scope.  He can answer in his

7    personal capacity, or if it does relate to one of these

8    topics, he can testify on behalf of the corporation.  I

9    just don't know.

10               THE WITNESS:  I don't know why Dollar General

11   would have engaged McKinsey for this.

12   BY MR. HARRIS:

13      Q    Okay.  You weren't involved in this discussion

14   or decision?

15      A    I was not involved in the decision to engage

16   McKinsey.

17      Q    Okay.  And on page -- hold on, let me see --

18   8, there's a discussion about significant potential

19   value at stake to involve wide range of pricing

20   execution challenges.  I don't know if you -- I'm on

21   page 8 on my screen.  I don't know if you can see it.

22      A    Yeah.  I'm using your screen share now.  Yes,

23   I see that.

24      Q    Do you know what those things were, those

25   price execution challenges that Dollar General was

Page 171

1    facing that necessitated the need for McKinsey's

2    involvement?

3              MR. TAYLOR:  So I'm going to object as beyond

4    the scope and really just because I think there may be

5    overlap here with some of Mia's topics.  She was more on

6    the execution side.  I think most -- many of her topics

7    are on execution.

8              But having said that, Mr. Snow can testify,

9    you know, in his personal capacity for sure.

10             THE WITNESS:  Again, don't know why McKinsey

11   was engaged.  Familiar and had some conversations with

12   regard to McKinsey associates around elements of this.

13   BY MR. HARRIS:

14        Q    Okay.  And do you recall what those -- and I

15   guess I understand if this is related to pricing, not

16   the price execution or pricing implementation, but did

17   you have any involvement with issues with getting

18   pricing sent from through the GOLD system to some of the

19   stores?

20        A    Yes.  In a previous capacity, I would have had

21   responsibility with regard to pricing execution over the

22   last three-ish years, four years, three years ago, four

23   years ago, so some portion of this.  I'm very familiar

24   with getting pricing through GOLD through IT systems and

25   down to stores and refreshed myself, as I mentioned, as

1    part of the preparation for this discussion.

2         Q    Do you recall, I guess, any of the issues --

3    and I don't know if it's affected your -- your division

4    at all, but any of the -- in Item 2, it says "Prices not

5    updated in in-store systems."

6              Is that something that would be more on the

7    execution versus -- versus the actual pricing of the

8    products?

9         A    It would be both pricing of products and

10   execution.

11        Q    I guess let me step back.  The first one they

12   mention here is "Fragmented pricing data across multiple

13   systems."  It says "No single source for pricing data.

14   Legacy integration between AS/400 Island Pacific and

15   GOLD pricing.  Differences across banners, e.g.

16   pOpshelf."

17             Do you see that?

18        A    I see that.

19        Q    And I guess what were -- this seems like it

20   would have affected your division in some way; is that

21   correct?

22             MR. TAYLOR:  Objection.  Form.

23             You can answer.

24             THE WITNESS:  Yeah.  Again, just even -- but

25   the work I did in conversations with McKinsey but also

```
 1    just looking at this page, I don't know that I agree
 2    factually with some of the conclusions they would have
 3    come to for this document.
 4              As you might imagine, consultants,
 5    specifically those who have an interest in continuing
 6    work, sometimes they don't always get to the full
 7    factual understanding of things.  As an example,
 8    "Differences across banners, e.g. pOpshelf," absolutely.
 9    We intentionally have differences across banners with
10    regard to pricing between Dollar General stores and
11    pOpshelf.
12    BY MR. HARRIS:
13         Q    What was the Legacy integration between AS/400
14    Island Pacific and GOLD?  Do you know was there an issue
15    with that?
16         A    I don't know about issue.  What I do know is
17    we continue and have since GOLD's introduction have
18    processing that starts in GOLD.  It works its way
19    through.  Island Pacific is referenced here as the IP I
20    mentioned earlier in my testimony.  It's part of the
21    process for price changing, and then ultimately that's
22    what flows down to stores.
23         Q    Okay.  So can you -- and maybe refresh my
24    recollection.  What was the -- what was Island Pacific
25    being used for versus GOLD?  Were they together?
```

Page 174

1      A    Yeah.  So it's -- Island Pacific is the

2  company's legacy ERP.  It continues to live on even

3  though we introduced GOLD.  So GOLD brings additional

4  functionality, but we have maintained the Island Pacific

5  ERP system in combination with GOLD with regard to

6  inventory, pricing, perpetual records.

7          And so while GOLD retains a number of elements

8  that you would have for inventory management, including

9  pricing, Island Pacific is actually the system of record

10  with regard to perpetual inventories.  And so they

11  interplay together, which I guess is what they meant by

12  Legacy integration, but all it means is, yes, you have

13  two systems operating together with regard to pricing

14  and inventory management.

15      Q    Okay.  Let me go to the next page real quick.

16  I think that's -- okay.  Again, the next page, they had

17  the things that they were trying to change with regard

18  to those issues that we saw on the last page.

19          It says "What would we need to change to

20  develop unified price platform as a single source of

21  truth for pricing data (e.g. migrate alcohol retail

22  pricing from Island Pacific to GOLD."

23          Do you see that?

24      A    I see that.

25      Q    And is that something that you all have done

Page 175

1    since this was done about a year ago?

2        A    Yeah.  So we still leverage -- I think I

3    mentioned earlier in my testimony we leveraged GOLD

4    screens that we custom-built so it looks like the GOLD

5    ERP system, but they're homemade for pricing.  And then

6    we leveraged the GOLD databases or the core GOLD

7    database for pricing.

8             At the time this was written, alcohol pricing

9    was loaded straight into Island Pacific.  Since then,

10   they now load the alcohol pricing into GOLD in the same

11   way they load all other pricing, but it flows to Island

12   Pacific, and Island Pacific still does all the same

13   calculations with regard to alcohol pricing because

14   alcohol pricing -- we haven't gotten into it -- is a

15   little different than all other item pricing because of

16   state and local regulatory rules around pricing.

17       Q    Okay.  I'm trying to think of anything else.

18            I think back to part 2 here, the "Prices not

19   updated in in-store systems," is that something Mia,

20   Ms. -- Mia will testify to?

21            MR. TAYLOR:  That updating in the system, I

22   think, actually, is probably more Mr. Snow --

23            MR. HARRIS:  Okay.

24            MR. TAYLOR:  -- rather than Ms. Savaloja.

25   ///

1   BY MR. HARRIS:

2       Q    Okay.  So did you know anything about back to

3   the -- they mention multiple points of failure

4   distributed across systems, lack of system

5   synchronization, existing mechanism to push price

6   updates requires batch processing over multiple days,

7   and it says it's impacting GOLD, NextGen, Legacy POS,

8   DGC, ODS, and Flooid.

9            Sorry.  Legacy POS, what is that system?

10      A    We currently are operating across two points

11  of sale in our fleet of stores.  One is our -- we call

12  it Legacy POS.  It's the system we've had as our point

13  of sale for well over a decade, probably longer than

14  that.

15           We started introducing our -- we call it

16  NextGen, but it's our next point of sale, the

17  replacement for that older point of sale system.

18           NextGen is the same synonym for Flooid, at

19  least in Dollar General vernacular.  It's just a second,

20  and it will be the future point of sale as we phase out

21  the Legacy point of sale over time.

22      Q    Okay.  So Flooid is the upcoming point of

23  sale, then?  Is that --

24      A    Yeah.  It's already deployed in portions of

25  the chain, but NextGen and Flooid are synonymous.

1      Q     Okay.  And then what is DGC?

2      A     DGC is a platform.  It's an internal platform,

3   technical platform, that translates price into files to

4   send -- among other things, to send down to ODS and

5   ultimately to Flooid stores.  It's called -- it's a

6   reference to DG Common, and it's a database, again a

7   pretty technical database, that feeds a number of

8   different things with price information when changes are

9   made.

10     Q     All right.  And sorry.  ODS.  I don't know if

11  you said that as well.

12     A     I don't know the actual reference for it.

13  It's an Oracle database.

14     Q     Then it says that what we need to change to is

15  "Develop reliable, real-time price delivery integration

16  between upstream and in-store systems (e.g.

17  personalization offer management system and NextGen

18  POS).  Deploy active monitoring and alerting solution to

19  identify break-downs in the price delivery process."

20           Do you see that?

21     A     I see that.

22     Q     And then have you -- is that something that's

23  been implemented by Dollar General in light of this

24  survey?

25     A     No.  We -- well, sorry.  I would -- I would

Page 178

1    say we actually have reliable price delivery integration

2    into stores.  What we lack with regard to -- and I think

3    what they're making reference to is the ability to

4    change price.  I think they mention batching.  As I

5    mentioned earlier in my testimony, the way we change

6    base prices today does rely on a batching process.  We

7    make a change prior to 10:00 a.m.  That goes through a

8    series of jobs to -- technical jobs, some of which I've

9    described here, and arrive in stores the next day.

10         I believe what they're making reference to is

11   a more future system, almost like what you might see on

12   a website with others, other retailers, where they can

13   change price in near real time.  Our Legacy and existing

14   systems still operate on a batch, and it's a next-day

15   price delivery for base price.

16       Q    I think those are all the questions I have

17   today.  Thank you so much for your time.

18       A    You're welcome.

19            MR. TAYLOR:  We do not have any questions, and

20   we'll read and sign.

21            THE COURT REPORTER:  And just to confirm,

22   Mr. Harris, do you need this transcript written up?

23            MR. HARRIS:  Yes, we will.

24            THE COURT REPORTER:  And, Mr. Taylor, do you

25   need to purchase a copy?

1          MR. TAYLOR:  Yes.  And I may want to see what

2     the options are for getting it quicker, so if I could

3     get your contact information so I can maybe email you,

4     that would be great.

5          MR. HARRIS:  Same for us, please.  Thank you.

6          THE COURT REPORTER:  Sure.  I'll give that to

7     you once we're off the video record and off the record.

8          MR. TAYLOR:  Okay.  Yeah.  Let's go off the

9     record.

10          THE VIDEOGRAPHER:  Right.  Before we do, I

11     also have to confirm my orders as well.  Sorry.

12     Mr. Harris has a standing order for this video.

13          Does anyone else -- Mr. Taylor, do you need a

14     copy of this video today?

15          MR. TAYLOR:  Not at this time.

16          THE VIDEOGRAPHER:  Okay.  Anyone else?

17          Okay.  With that, I'm going to go ahead and

18     conclude.  This concludes the deposition of Nick Snow.

19     Going off the record.  The time is 4:10.

20          (Whereupon, at 4:10 p.m. the deposition was

21          concluded.)

22

23

24

25

Page 180

1              COURT REPORTER'S CERTIFICATE

2

3       I, the undersigned Licensed Court Reporter, holding

4    a valid and current license issued by the State of

5    Tennessee, do hereby certify:

6       That said proceedings were taken down by me in

7    shorthand at the time and place therein set forth and

8    thereafter transcribed under my direction and

9    supervision.

10      I further certify that I am neither counsel for nor

11   related to any party to said action, nor in any way

12   interested in the outcome thereof.

13      Before completion of the deposition, review of the

14   transcript [ X ]was [    ]was not requested.

15      IN WITNESS WHEREOF, I have subscribed my name on

16   this date: 12th day of March, 2024.

17

                        _____

18

                        Katherine West

19                      LCR No. 791, RPR

                        Expiration:  June 30, 2024

20

21

22

23

24

25

Page 181

1    Nick Snow

2

3                      March 12, 2024

4    RE: Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

5        3/7/2024, 30(b)(6) Nick Snow (#6579623)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   litsup-ga@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 182

1    Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

2    30(b)(6) Nick Snow (#6579623)

3                   E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   30(b)(6) Nick Snow                            Date

25

Page 183

1    Wolf, Joseph, Et Al. v. Dollar General Corporation, Et Al.

2    30(b)(6) Nick Snow (#6579623)

3                  ACKNOWLEDGEMENT OF DEPONENT

4        I, 30(b)(6) Nick Snow, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    30(b)(6) Nick Snow                          Date

13    *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

[& - 30]                                                        Page 184

**&**

**&** 119:10 123:9
  123:16

**0**

**00122801**
  143:21
**004-0562** 135:8
**0040562** 12:4
**00558** 1:6
**07675** 3:10

**1**

**1** 4:9 8:11 9:5,17
  29:10 88:8 99:9
  99:12 101:22
  102:1 109:19
  110:18 139:8
  140:21 147:4
**1,000** 106:22,23
**1/21/12** 164:3
**1/24** 156:24,25
**10** 115:3,5
**10/19/2021**
  154:22
**10/19/21** 155:11
**10/7/21** 154:23
  155:12
**100** 3:20
**10:00** 178:7
**11/8** 164:16,16
**11:15** 2:3 5:2,6
**11s** 118:10
**12** 12:25 58:17
  116:18 118:15
  155:10 181:3

**12/31/99998**
  148:21
**1214945099**
  153:9
**12:00** 165:12
**12:55** 86:18
**12th** 180:16
**13** 35:12 118:24
  155:10
**135** 4:16
**1353** 159:20,25
**1354** 162:16
**1355** 159:18,19
  163:8
**14** 124:7
**15** 131:16
**15.95** 162:17
  165:5
**15.95.** 163:2
  164:17
**16** 19:10,17
**16.45** 162:16
  163:5,23 164:16
  165:4
**16.45.** 163:1,17
**168** 4:17
**18** 77:1
**18th** 157:25
**19** 10:20 32:23
  32:24 33:3
  71:16,18,19
  72:1 105:5
**1:37** 86:21

**2**

**2** 4:12 31:1,3
  112:17 141:16
  141:16 146:24
  147:4 172:4
  175:18
**2.95.** 148:11
**2/13/23** 161:4,5
**2/21/23** 148:21
**20** 10:24 19:10
  19:17 76:25
  126:8 132:24
  166:15 183:15
**20,000** 122:17
  123:5 134:7
  148:3 166:16
**201.355.3440**
  3:11
**2012** 101:5
  161:9
**2020** 60:23
  101:9,9,12
**2021** 14:23
**2023** 12:25
  17:17,24 18:13
  18:17 129:21
  157:20
**2024** 1:16 2:4
  5:1,5 180:16,19
  181:3
**21** 31:17 161:8
**22** 11:4 141:17
  164:16,16 170:2
**23** 17:19 55:4
  58:25 60:2

**23219** 3:16
**24** 11:8 31:9
**25** 11:11 86:25
  126:4 152:12
**26** 11:14 31:9
  71:19 72:18,21
**26652** 180:17
**273** 139:6,8,14
**274** 139:10
**27603** 3:6
**28** 125:15 126:3
  133:1
**29** 11:18 170:2
**2:00** 86:4
**2:30** 86:10
**2:43** 134:18
**2:53** 134:21

**3**

**3** 4:14 9:21 23:9
  23:10,13 87:8,9
  87:12,14 92:14
  96:19 116:8
  140:24 147:4
**3.50** 23:9,11,13
  152:1 160:22
  161:6
**3.50.** 152:3
**3.75.** 152:6
**3.95.** 153:7
**3/7/2024** 181:5
**30** 1:14 5:10
  7:14,21 9:7
  58:18 76:11,14
  86:7 120:3
  141:14,15

**[30 - access]**                                    Page 185

154:11 155:1,7
155:13 156:11
156:16 157:10
157:17 166:15
180:19 181:5,16
182:2,24 183:2
183:4,12
**31** 4:12
**32** 12:8,9,14,21
147:13
**33** 11:23 28:21
132:2 147:13
**349** 35:21 82:22
**35** 34:4,8
**36** 4:11 9:6
131:3
**37** 12:2
**37072** 3:20
**372** 3:10
**374** 148:13,16
**38** 12:2
**3:44** 168:15
**3:55** 168:18

**4**

**4** 4:16 10:6,10
93:9 135:3,5,7
147:4 154:3
158:6,16
**4.50** 153:5,7,11
154:6 158:14
**4.50.** 153:10
158:8
**4/12/22** 148:10
**400** 172:14
173:13

**400,000** 100:21
**423** 150:11
**45** 124:23
**45,000** 74:17
**483** 155:17,21
155:24
**484** 155:17
**4:10** 2:3 5:2
179:19,20

**5**

**5** 4:17 10:14
146:23,25 147:4
168:21,23
**5/17** 155:11
**50** 118:10 125:2
**500** 125:24
**500,000** 100:21
**517** 154:20
**52** 160:20
**521** 151:21,24
**542** 155:25
**543** 157:10
**550** 125:24
**556** 158:9,10,10
**566** 153:3 154:4
154:5 158:4
**570** 156:12
**571** 156:12
157:4
**572** 156:5,7,21
156:22,24 157:9
**572a** 156:25
**579** 156:13
**599** 126:1,6

**6**

**6** 1:14 4:5,11
7:14,21 9:6,7
58:18 76:11,14
117:16 181:5
182:2,24 183:2
183:4,12
**6/7** 141:17
**615.855.4302**
3:21
**6579623** 181:5
182:2 183:2

**7**

**7** 1:16 2:4 5:1,5
**7/10/22** 148:10
**7/28/22** 160:23
161:1 164:3
165:11
**7/29/22** 165:12
**7/6** 141:17
**7/6/22** 141:17
**791** 1:25 2:5
180:19
**7:23** 1:6

**8**

**8** 4:9 10:17 20:8
118:10 157:20
159:20 160:14
160:23 161:19
163:9 170:18,21
**8/2/22** 165:13
**800** 3:15
**804.775.1182**
3:16

**87** 4:14

**9**

**9/20/2021**
155:17
**90** 133:8
**900** 3:5
**90th** 133:9
**919.600.5003**
3:6

**a**

**a.m.** 2:3 5:2,6
165:12 178:7
**aa** 159:7 165:19
**ability** 42:12,14
67:12 80:10
102:8 105:25
106:18 107:2
178:3
**able** 64:12 66:3
69:22 72:17
73:11 105:11
159:8
**above** 133:3
162:14 164:15
181:6 183:7
**absolutely**
162:21 173:8
**abundant** 59:15
**accept** 148:25
167:18
**access** 24:9,11
100:9,10 102:21
103:2 109:11,14
115:2

**[accomplish - ahead]**

**accomplish**
122:19
**accord** 68:22
69:4
**account** 100:15
100:18 104:20
106:9
**accuracy** 9:25
11:6 181:9
**accurate** 93:23
139:14 151:10
**accurately**
21:21 25:3
**acknowledge...**
183:3
**acknowledgm...**
181:12
**act** 52:7
**action** 4:13 7:25
8:5 17:13,15,18
17:22 35:19
42:23 45:22
46:25 50:12,21
60:22 64:22,24
65:2 69:13 70:7
79:12 89:6
180:11
**actions** 36:19
39:17 55:8
62:15,21 65:1,5
65:11 68:8,9
**active** 177:18
**activities** 124:20
**acts** 65:18 82:24

**actual** 31:11
34:5 80:6 117:8
117:13 138:17
139:2,9,9,13,13
172:7 177:12
**actually** 27:18
30:12,23 32:22
66:15 87:2 90:7
90:20 104:21
109:7 119:20
143:25 146:10
149:18 161:20
162:1 164:12
168:5 174:9
175:22 178:1
**ad** 38:15 101:23
125:4 152:20
153:1 157:14
**add** 58:5 111:25
**adding** 92:12
**addition** 43:19
**additional** 4:18
51:15 61:4 83:7
84:7,9,12,15,16
84:22,24 85:5
85:17 93:4
103:2 114:19
144:16 169:5
174:3
**additionally**
128:21
**additions** 183:6
**address** 101:15
101:16,18,19
140:5 143:4

**addresses** 104:8
**adequacy** 55:7
**adequate** 46:25
47:3,18
**adequately** 59:7
59:14
**adjudication**
79:14
**adjust** 115:21
**adjusted** 93:15
**adjustment**
115:24,25 116:9
117:1
**adjustments**
123:14
**administer** 5:21
**admits** 32:24
34:9
**adobe** 110:1
**advantage**
47:12 63:19
**affect** 115:24
116:9
**affected** 53:2,6
53:11 54:17
60:5 172:3,20
**affinity** 113:13
**affirmation**
42:9
**affirmative**
11:15 31:11,14
35:12,16 36:15
36:18 39:18
41:25 42:8,22
43:7,20 44:7,24

45:14,21 46:24
48:13,14 50:10
51:4,5,13,14
52:3,14,15,18
52:19 53:1 55:1
55:21,23 56:4
57:7,8 58:9,13
59:19,24 61:8
62:5,11,20 63:4
63:16 64:14
65:15,25 66:6
67:1,7,9,15 68:4
68:11,21,25
69:2,11,16 70:4
70:24 72:13
73:18,21 75:5
76:4,10 79:3,5
80:2,6 81:2
82:19 83:5
84:10,12,23
**ag** 33:9
**aggregate**
166:19
**ago** 8:13 13:12
19:13,13 20:4
96:6 109:20
128:11 132:23
157:13 171:22
171:23 175:1
**agree** 173:1
**agreed** 7:13
**agreement** 7:1
**ahead** 112:13
128:1 158:4
167:18 179:17

**al** 181:4,4 182:1
182:1 183:1,1
**albany** 95:24
**alcohol** 174:21
175:8,10,13,14
**alerting** 40:15
177:18
**allegations**
53:11 54:18
60:6
**alleged** 33:3
35:19 42:23
45:22 47:1
50:12 51:9 53:5
62:6,10,22
65:15 68:8
69:14 70:6,8
74:1 77:6 78:4,4
78:5 79:12 80:7
85:1
**allegedly** 52:6
71:10 82:20
**allotted** 181:19
**allow** 40:16
49:15 53:15
56:2 59:4 66:3
72:9
**allowing** 38:4
76:10
**allows** 99:23
110:2
**amelin** 88:15
**amend** 84:11
**amended** 4:9,12
9:5 31:2 35:19

42:24 45:22
47:1 50:12
**amount** 23:9
56:14 126:20
**amounts** 74:12
**analysis** 89:17
96:25 106:22
107:17 113:13
**analytic** 98:23
**analytical** 98:24
**analytics** 14:20
93:1,2 98:21
111:7,9
**analyze** 96:21
96:23 97:7,11
**android** 102:21
103:22
**ands** 75:7
**answer** 4:12 7:9
11:8 13:21,24
14:11 22:22
24:16 25:3,20
26:8 27:24 31:2
31:10,16 32:22
33:13,25 34:21
35:13 36:5,12
37:11 38:13
39:8 41:15
45:11 46:15
47:24 48:7
49:16,19 50:24
51:18 53:16
54:1,11,20 56:3
56:25 57:20,25
59:5,10 60:11

61:2 64:12
65:10 66:3
69:21 70:21
71:14 72:15,19
73:7 74:18 76:2
76:19,22 77:4
77:18 78:23
79:25 80:25
81:18 82:9 83:3
83:13 84:11,20
85:13,25 88:11
88:12 94:11
95:13 99:19
102:4 105:14
106:15 111:17
111:22 112:25
118:19 123:1
126:7 128:15
130:13 137:16
138:2,20 139:17
150:3 159:6
170:6 172:23
**answers** 4:15
11:11 87:16,16
88:9 90:13
**antiperspirant**
155:25
**anymore** 92:4
**apart** 27:8
**apologies** 63:8
**apologize** 8:20
87:3 91:7
108:17
**app** 10:15 100:9
102:18,20,20,21

103:3,7,8,15,17
105:17,22 106:7
107:9 110:4
**apparent** 84:13
**appear** 56:8
**appeared** 29:14
45:16 135:22
**appears** 29:3
30:6 58:4 137:4
141:15 152:6
156:1
**append** 159:4
**appended** 183:7
**apple** 102:21
103:21
**applicable** 42:2
181:8
**application**
78:16 85:8,10
97:1
**apply** 170:2
**appreciate** 6:13
145:10 168:12
**appropriate**
56:1 125:9
**approximate**
100:20 167:7
**approximately**
13:8,10 14:22
19:7,10,11,17
27:20 28:2,4
60:23 100:19
125:15,16,18,19
**apps** 123:13

arbitration
  13:15
areas  125:3
arm  98:24
  143:18
arrive  178:9
article  33:15
articulated
  43:17 45:8 55:9
  110:5
ascertain  58:19
asked  20:13
  28:24 48:9 72:9
  72:22 75:13
  113:22 128:11
  144:14,20 145:5
asking  23:18
  37:14 53:18
  71:23 73:20
  77:5 85:20,21
  132:23
aspect  21:20
  66:2
aspects  10:14
  11:23 12:3
  29:16 98:6
assert  69:13
  70:7
assess  144:21
assessment  26:6
assigned  93:14
  125:8
assigning  87:7
assistant  126:17
  126:18,21

associate  77:9
  141:4
associated
  25:24 98:5
  106:9 107:3,9
  132:14 135:20
  159:12 161:14
associates  26:12
  123:13 171:12
assume  13:24
  104:15 123:2
assuming
  167:17
attached  181:11
attempt  141:3
attempting
  111:3 144:25
attempts  38:5
attorney  13:19
  32:25 33:17
  36:9 43:9 45:12
  46:7 85:16
  181:13
attribute  143:17
  144:19 145:23
attribution
  22:15 23:7
atypical  55:14
audit  4:16 16:18
  26:20 27:10
  35:2,8 118:20
  124:20 125:2,6
  125:9 127:3
  135:25 136:2,19
  137:1,19 138:12

139:23 140:13
140:21,22
141:19 145:12
146:15 151:13
151:19 159:4
auditor  138:22
  144:12 149:22
audits  34:10,17
  34:24 118:16
  127:6,24 144:11
automatically
  130:20
avail  45:16
  47:12 51:22
  78:11
available  22:6
  40:2 61:9,15,18
  82:1 84:10,13
  84:25 102:23
  181:6
availed  39:22
  40:12
availing  43:12
  46:18 68:12
  69:5 81:3
avenue  3:10
  40:12 41:22
avenues  40:2
  45:16 47:13
  51:22
average  166:15
avoid  37:22
awarded  67:17
aware  20:19
  35:16 39:23

40:3,23 45:18
46:2,10 47:14
49:2 50:4,7
51:15,23 52:14
56:19 57:16
62:8,14 64:9
65:6,24 67:23
68:24 70:11,15
71:3,6,8 72:25
73:10 77:5 79:3
79:6 80:20
81:16 84:16
85:5 132:8,17
132:18
azure  108:24,24
  109:7

| b |
|---|

b  1:7,14 4:7,11
  7:14,21 9:6,7
  58:18 76:11,14
  137:23 138:5
  181:5 182:2,24
  183:2,4,12
back  7:1 12:12
  12:17 13:18
  19:19 25:6,23
  26:11 27:1,5,5
  32:23 43:15,15
  47:7 51:3,13
  58:7 60:23
  63:18 80:18
  86:10,20,23
  93:9 96:19
  101:21 103:18
  103:20 104:5

108:8 110:17
112:10 113:21
120:10,18 127:4
127:16 128:10
129:5 134:20,23
142:8 147:11,18
152:25 154:3
155:7,16 157:6
157:7,8 159:10
160:19 163:8
164:1 165:21,22
165:23 166:1,8
168:17 172:11
175:18 176:2
**backwards**
155:2
**banks**  27:9
**banners**  172:15
173:8,9
**bar**  36:2
**barred**  35:19
39:13,17 42:24
43:5 45:23
46:11 47:1
48:16 50:13
51:7 57:9 68:7
68:21 78:16
79:13
**barriers**  134:10
**base**  94:4
100:14 104:18
146:4 158:20
178:6,15
**based**  21:23
24:20 27:8 56:7

56:12 73:20
99:6 109:16
115:12,15
125:17 132:15
144:24 151:16
160:14 164:10
**bases**  44:4,6,19
105:9
**basically**  30:4
93:11 147:1
**basis**  11:14
31:11 35:15,25
37:9,13,15
38:19 42:6 43:4
43:24 44:23
45:6 46:1,11
47:6 48:20 49:5
51:15 52:13,15
52:17 53:18
58:7,8,13 59:23
62:8 63:10,13
64:3,8 68:24
69:15 72:12
73:16,21 74:15
74:23 75:23
76:5 77:19 78:8
78:10 79:2,4,20
80:23 81:22,24
82:23 84:15
85:5,21 92:23
162:8 163:19
**basket**  112:3
**baskets**  113:5
**batch**  122:8
176:6 178:14

**batches**  121:24
**batching**  178:4
178:6
**bates**  3:19 5:19
5:19 44:10
74:16 75:14
135:8 140:1
143:1
**bathing**  113:10
113:17
**beach**  113:11
**began**  19:11,14
137:7 159:4
**beginning**  2:2
**begins**  5:4
**behalf**  1:3 2:2
5:16,17 53:4
61:11,14 67:19
72:21 170:8
**belief**  84:9
**believe**  7:2 9:9
16:7 17:19,19
19:14,23 26:20
30:8,17,19
33:15,21 46:20
50:25 52:11,13
53:14 54:13
55:14 61:25
62:15 75:22
77:10 78:24
82:17 87:1
88:23 89:16
90:7,9,25 91:24
92:11 94:16
97:23 100:19

101:2,17,18
102:8,14,25
103:11,17
104:11,12 105:1
106:3,4,6 109:8
116:13 118:20
119:19 121:8
122:16,17 126:1
126:23,24 133:7
139:24 140:6,20
141:10,11,20,23
145:18 146:11
149:19 150:2,3
152:25 169:22
178:10
**believed**  40:9
63:21,22 78:12
142:15 149:22
**belt**  55:22
**bespoke**  110:21
111:13
**best**  59:10 75:18
117:25 135:21
144:15,21 145:3
159:12 161:16
**better**  31:22
32:19,20 63:1
**beware**  78:21
78:25
**beyond**  7:6,8
27:23 33:11,23
34:19 37:8,9
39:7 46:9 47:23
50:22 52:24
53:25 54:3,10

54:12 56:23
57:19 61:1
71:12 73:5
74:14 75:23,25
76:24 77:16
78:22 79:24
81:17 82:8 83:1
83:12 96:12
119:25 127:10
129:10 170:6
171:3
**big**  60:10 137:5
**binghamton**
18:11,19 22:3
**bit**  21:11 58:22
63:8 151:20
**blades**  93:16
**bodies**  79:16,20
**bottle**  93:17
**bottom**  136:1,2
136:24
**bought**  101:24
102:2 109:20
112:19
**boundaries**
133:21
**branding**  101:1
**break**  14:8,9,10
20:20 37:2
86:24 134:14
168:10 177:19
**brian**  12:22
88:15 93:5
**brief**  135:13

**briefing**  49:11
**briefly**  169:9
**bring**  117:24
169:12
**brings**  174:3
**broke**  17:8
**brown**  93:5
97:20
**brown's**  97:18
97:19
**browsing**
102:24
**bryson**  3:4
**building**  41:23
**built**  175:4
**business**  7:25
35:21 36:1,14
82:21
**butchering**
52:16
**buy**  110:14
**buyer**  78:21,25
**buying**  105:23
**buys**  111:18
112:17 113:9

**c**

**c**  3:1,4 137:25
138:11
**cadence**  118:1
124:21
**calculation**
167:10
**calculations**
167:16 175:13

**calculator**
102:24
**call**  55:18 83:10
94:4 106:1
108:22 113:14
123:10 158:4
176:11,15
**called**  30:1
96:15 122:3
177:5
**calls**  53:23
79:23 82:7 83:1
83:2 84:19 85:7
85:8 132:14
**camera**  87:4
**canal**  3:15
**candidly**  134:5
**capability**
102:10
**capacity**  7:10
27:24 33:14,25
34:21 37:11
39:8 47:24
50:24 53:16
54:1,11 56:3,25
57:20 58:1 59:5
60:12 61:2
69:21 70:22
71:14 72:10
73:8 74:19 76:1
76:2 77:18
79:25 81:18
82:9 83:3,13
85:14,25 120:1
127:11 129:13

130:2,13 131:4
170:7 171:9,20
**capital**  121:2
**capitalized**
123:8
**capture**  29:22
30:7 124:4
128:3 164:7
**captured**  138:4
142:4,16 143:14
161:16
**card**  42:15
104:16,17 106:3
**cards**  104:20,20
**careful**  38:2
72:3,7
**carmen**  1:3
**carolina**  3:6
**cart**  102:24
**cartridge**  123:3
**case**  1:6 6:18
29:14,24 33:2
33:16 38:3
53:22 59:15
76:17 89:13
96:24 107:3
145:15 148:4
151:6 152:11
153:17 158:12
161:22 162:25
163:23 164:14
**cases**  58:17
144:13
**cash**  11:4 16:18
26:20,25 27:4,9

27:10,16,21
111:19,23
112:18
**cashier**  40:5
41:18 61:25
**categories**  96:4
99:7
**category**  98:6,9
124:4
**caught**  160:12
**causation**  68:6
**cause**  35:18
52:4 62:6,7 67:4
**caused**  52:7
62:6,9 65:16
68:8
**causes**  42:23
45:21 46:25
50:11 62:9
69:13 70:7
79:12
**caveat**  78:17,21
78:25
**cctv**  128:22,25
129:2
**cdp**  110:2
111:12
**cell**  106:2
**center**  22:5,6
108:9 120:17
121:6 131:8
158:14
**center's**  119:7
121:12,15

**centers**  21:7
120:25 121:2
**central**  116:13
116:14
**cents**  152:12
**certain**  17:20
21:18,25 23:9
65:1 85:17 99:7
107:21 110:24
116:13 147:13
**certainly**  14:19
16:3 23:2 31:20
35:6 36:7,8
93:19 101:11
108:21 116:12
**certainty**
101:10
**certificate**  180:1
**certification**
55:24 58:24
59:20
**certified**  5:11
55:3
**certify**  180:5,10
**cetera**  113:6
**chain**  150:23,25
151:2,3 152:1,2
152:3,7 161:7
161:12,17
162:10 163:1,21
163:23 164:2,11
164:17 166:12
167:7 176:25
**challenges**
170:20,25

**change**  11:20
23:10,15 24:2,6
25:24 26:10,10
95:3,5,7 97:2
120:17 121:23
122:8 131:9,9
149:9 161:4
166:18,19 167:3
167:5,8,11,15
174:17,19
177:14 178:4,5
178:7,13 182:4
182:7,10,13,16
182:19
**changed**  20:18
23:4,5 24:4
25:18 26:3
124:9 131:12
143:24 149:12
**changes**  23:13
26:12 97:22
115:2,22 121:23
128:24 177:8
181:10 183:6
**changing**  74:24
173:21
**charge**  163:15
**charged**  38:24
39:5 40:7 42:12
63:22 67:14
80:11
**charging**  165:4
**check**  39:2
146:9 167:12

**checking**  149:25
**checkout**  41:12
106:13 108:5
109:13 124:10
**checks**  167:10
167:25
**circumstances**
80:12
**citations**  76:17
**cite**  58:17
**city**  95:23
**civ**  4:10
**civil**  55:4
**claim**  46:11
47:3,18 61:4
**claims**  36:2
39:13,17 43:5
47:21 53:3 57:9
61:10 65:7,12
68:7,21 78:15
79:14 80:15
81:11
**clarification**
44:20
**clarify**  146:10
**class**  4:13 48:16
48:22 49:7
50:14,20 51:1
53:2,4,7,22 54:4
54:7,8,14,22
55:3,5,5,5,8,24
57:9,10,12
58:23 59:20
60:22 61:11,13
64:24 69:12,19

**[class - conair]**                                        Page 192

70:4,15,21
73:17,22 77:25
92:17 115:12
119:2 124:11
131:18 132:10
**classes** 51:7
**clean** 134:8
**clear** 20:7 38:4
116:1,2 117:17
118:1 144:11
**clearance** 118:8
119:11 123:22
**clearly** 15:7
55:18 56:5
57:23 148:18
**client** 36:9
**clients** 106:12
**clog** 117:22,23
**close** 117:8
144:24 168:12
**closer** 38:11
117:12,12
**closest** 129:4
143:10
**cloud** 108:15,24
109:9 129:1
**coaching** 75:2,3
**coast** 109:9
**coke** 93:17
116:18
**coleman** 3:4
**collaborative**
20:16
**collateral** 67:18

**collected** 137:18
**column** 137:11
137:12,20,22,23
137:25 138:5,11
139:3,8,12
140:2,4,5 141:8
141:12,12,16,22
142:1 143:3,7
144:4 146:1,2,3
146:8,11,13,16
146:18 148:17
149:16,17,20
151:9 152:1,4,6
152:6,7,19
153:11,13 155:5
155:5,5 159:24
161:16,20,23
162:1,2,4,23,24
165:10,18 166:4
**column's** 144:8
**columns** 142:23
144:5 153:1
157:14 159:2,7
161:18 165:19
**combination**
92:12 146:21
147:2,17 174:5
**combined** 7:16
**come** 12:17 15:7
20:6 27:1 41:5
45:14 61:23
68:19 83:17
86:10 144:16,23
145:7 173:3

**comes** 24:12
40:5 111:18
162:9 165:21
**coming** 145:15
**commercially**
42:1,10
**common** 177:6
**commonality**
55:6
**communicate**
25:7 99:21,23
**communicated**
10:8 19:21
**communication**
94:15
**communicatio...**
111:5,12
**company** 51:23
109:1,3,4
115:15
**company's**
20:22 174:2
**comparative**
39:14 68:6
**compensation**
74:1
**competition**
116:22
**competitive**
95:19 96:2 97:5
115:16
**complained**
29:25
**complaint** 4:13
11:9 31:2,11

34:6,15 35:19
36:2,3 40:17
42:24 45:22
47:1 50:12
53:11 54:18
60:6 69:14 70:8
79:12 85:2
**complaints** 9:24
132:15
**complete** 38:25
124:24 168:1
183:8
**completed**
160:13 181:16
**completely**
74:16
**completion**
124:20 180:13
**complex** 118:12
118:13,14
**complexity**
116:4 118:4,6
**compliance** 10:1
128:10 145:13
**component**
21:13 22:10
165:17
**components**
22:10
**computer** 25:23
123:12
**computers**
119:10
**conair** 148:13

**[concatenation - correct]**

concatenation
  147:8
conclude  179:18
concluded
  179:21
concludes
  179:18
conclusion
  53:24 55:19
  66:1 79:23 82:8
  83:1,2 84:19
  85:8 144:21
conclusions
  70:20 173:2
conditions
  65:17 80:14
  81:10,15,20,23
  81:25 82:4,11
  82:14,16,18
conduct  53:5
  78:4 82:20
conducted  42:1
confidence
  144:4 145:8
  160:11
confidential
  6:19
confidentiality
  6:21
configuration
  101:18
confirm  9:13
  20:2 55:2
  128:23 166:11
  168:5 178:21

179:11
confirming
  20:16
confirms  124:16
conflate  72:3
confused  151:19
connected
  120:21
connecticut
  134:3
connie  16:5
consequences
  125:9
consider  117:15
consideration
  49:23
considers
  115:22
consistent  42:2
  42:18 163:13
consolidated
  64:24
constantly  96:1
construct  80:7
consultants
  173:4
consultation
  36:17 37:21
  48:24
consumer  82:20
  82:24 83:24
contact  40:15
  41:3 62:2 92:18
  179:3

contacting
  41:21
contained  12:3
contains  21:8
contends  11:15
  31:12 58:14
contiguously
  134:1
continue  173:17
continues  174:2
continuing
  173:5
contract  48:15
  48:17,21 49:4,5
  49:10,12,20
  50:1,3,4,7
contributed
  88:13
contributory
  39:14
control  65:20
  66:11 67:4,12
controlled
  161:20 162:1,1
  162:2,3,5,6
controls  166:20
  166:23,25
conversation
  16:19 20:16
  28:3 76:13
  113:3 126:24
conversations
  171:11 172:25
copied  139:2

copies  181:14
copy  139:3
  159:2 178:25
  179:14
core  98:15
  119:11 123:19
  123:23 124:3
  128:23 175:6
corporate  7:10
  9:18 24:12 27:2
  27:5 39:25
  40:13 45:18
  47:9,14 62:2
  121:4 133:4
  158:22
corporation
  3:18 14:20
  15:13 33:1
  88:15 170:8
  181:4 182:1
  183:1
correct  7:22 8:1
  8:3 10:4 13:6
  14:1 16:10
  18:20 19:18,23
  21:14 23:22
  26:17 28:7,21
  33:10 44:4,19
  44:25 54:18
  58:10 68:13
  72:13 73:18
  80:20 88:6,7
  91:18 109:3
  112:21 118:18
  125:16,18,25

**[correct - dasani]**                                              Page 194

143:2,6 146:11
151:14 157:20
157:21 162:18
163:6,10 166:12
168:2 169:6
172:21 183:8
**corrected**  62:18
**corrections**
183:6
**correctly**  18:21
18:23 158:3
**correspond**
141:8
**cost**  115:22
117:2,6,6,8,8,12
160:22
**counsel**  5:13,20
9:11 15:14
16:10,13,25,25
36:17 37:21
38:6,12 39:20
43:10,10 46:8,8
48:24,24 52:20
52:21 55:6,20
56:6,6 58:3,3
63:17,18 64:15
64:15 69:3,3,24
69:25 72:6
76:15 80:3,3
83:7 85:11
92:12 180:10
181:14
**count**  77:20
103:24 133:20

**counter**  109:13
**country**  107:24
134:8
**couple**  6:14 41:2
41:4 45:2 101:2
**coupons**  100:11
101:2 103:4
109:22 158:20
**course**  87:24
**court**  1:1 5:7,9
5:21 13:16 32:5
178:21,24 179:6
180:1,3
**covered**  61:21
115:4
**cowher**  166:1
**create**  22:4
26:11 111:2
167:23
**created**  52:20
56:5 58:2 63:17
64:14 69:2,24
80:3 83:6 92:11
131:11 134:9,9
140:20 167:16
169:1
**creates**  122:2,3
131:10
**credentials**
103:4
**credit**  42:15
104:17,20,21
106:3
**credits**  131:17

**crew**  19:24
**cross**  167:10
**cst**  2:3,3 5:2,2
**curious**  103:6
**current**  14:18
21:18 101:18
143:21 160:17
161:7 180:4
**currently**  90:9
100:18 133:7
149:6 176:10
**custom**  175:4
**customer**  9:24
36:23 38:16,24
39:23 40:8,9,16
40:22 41:4,19
42:13 73:11,14
74:7 77:9,10
79:8 81:4 83:22
84:2 90:9 99:1,2
99:9,12,21
100:2,3,14
101:22 102:1
103:24 104:18
105:9,16,21,25
107:6,7,19
108:13,19,21
109:19,24 110:2
110:18 111:24
111:24 112:17
115:23,24 116:9
116:16,24
131:23 132:13
132:15 158:15

**customer's**
104:13
**customers**  10:21
11:1 18:25 19:2
19:3 66:8 67:10
71:21 73:25
74:9,11 77:12
79:6 82:1 83:10
99:5 100:1,22
102:9 105:6,12
107:25 110:14
110:24 111:2
116:20 131:24
**customize**  99:11
**cut**  29:13 50:2
76:7 108:16
137:3
**cutting**  63:7
**cv**  1:6
**cycle**  116:3
117:18 123:18

**d**

**d**  1:7 4:1,7
35:21 132:2
139:3,8 162:7
**daily**  95:17
**damage**  68:8
**damages**  65:16
67:17
**daniel**  6:8
**dann**  3:8
**dannlaw.com**
3:11
**dasani**  159:20
160:14,23

161:19 163:9
164:1 165:11
**dashboard** 10:2
**data** 4:16 9:22
9:25 12:3 96:20
97:4,6,7,10
98:25 104:17
105:10 106:11
106:13 108:4,11
108:13,21 109:9
109:11 110:2
111:19 112:18
112:23 113:1,19
121:7 128:13
135:25 136:2,4
137:2 139:22
140:2,14,18,21
140:22,24 141:1
141:2,8,20
142:18 146:20
150:11 172:12
172:13 174:21
**database** 21:9
21:13 109:4
119:7 121:12,15
127:23 128:12
175:7 177:6,7
177:13
**databases** 23:5
105:2 109:22
121:6 122:6
127:16 143:15
144:23 145:3,9
175:6

**date** 5:5 17:20
38:16,16 95:5
111:25 118:2
141:8,9,10,12
141:12,16,17,18
141:23 145:11
146:4,21 147:1
147:19,20,23
148:10,20,23,25
149:1,3,4,11,12
150:19,19
151:16 154:2,11
154:23 155:1
156:24 157:15
159:12 160:23
160:24 161:1,3
161:8,9 162:16
162:19 164:2,4
164:5,9,9,10,15
165:11,12,13
166:11 180:16
182:24 183:12
**dates** 42:12
141:7 157:14
165:15
**day** 94:4,5,5
105:24 106:23
141:19 146:5
149:12,23
152:25 153:3,5
153:9 154:10,11
155:1,7 156:7
156:11,12,13,13
157:5,17 161:5
178:9,14 180:16

183:15
**days** 124:23
141:14,15
155:10 157:10
176:6 181:16
**dealt** 76:25
**debit** 104:16,20
104:21
**decade** 101:5
176:13
**december** 12:25
**deceptive** 78:4
**decide** 23:10,25
117:24
**decides** 24:2
**deciding** 115:21
**decision** 14:19
63:11,14 93:2
94:1 98:21,23
111:7,9 114:4
120:14 167:4
170:14,15
**decisions** 50:20
62:23 92:24
115:11,19
**declare** 183:4
**deemed** 183:6
**default** 150:18
150:19,20,23,24
151:2,7,12,18
151:25 152:3,5
152:7 161:11,12
161:23 163:2
**defect** 78:5

**defendant** 1:8
3:13 4:10,12
5:18 8:5
**defendant's**
92:16 124:10
**defense** 11:15
31:12 36:16,18
37:6 38:20
39:18 41:25
42:8,21,23 43:8
43:8,16,20,21
43:25 44:24
45:14,21 46:6
46:24 47:10
48:13,14,23
50:10 51:4,5,14
51:14,16,19
52:4,14,15,18
52:19 53:1 55:1
55:21,23 56:5,5
57:7,8 58:2,13
59:19 61:9,22
62:5,11,20 63:4
63:16 64:13,14
65:15,25 66:5,6
67:1,7,10,16
68:11,21,25
69:2,2,12,16,24
70:4,24 73:18
73:21 79:3,5
80:2,2,6 81:2
82:20 83:5,6
84:5,17
**defenses** 31:15
35:12,16 36:6

**[defenses - different]**                                           Page 196

44:7 58:9 59:24
68:5 72:13 75:5
76:4,10 84:7,10
84:12,22,23,25
85:6,17,20,21
85:22 86:2,2
**define**  83:18,21
84:1 121:4
124:2 150:24
**defined**  118:5
**definition**  49:19
131:1
**definitively**
107:23
**degree**  144:23
**delivery**  177:15
177:19 178:1,15
**delve**  66:2 76:14
**delves**  45:3
**delving**  58:15
**demand**  115:23
**demonstrated**
115:14
**denies**  33:4
**denise**  165:25
**deodorant**
21:19 151:25
154:21 155:25
**department**
16:16 22:2
30:14 91:18,20
**departments**
115:20
**depending**
133:20 164:18

**depends**  93:24
96:23
**deploy**  177:18
**deployed**
176:24
**deponent**
181:13 183:3
**deposing**  181:13
**deposited**  27:5
**deposition**  1:14
2:1 4:10 5:4,10
6:4,16,24 7:7,14
9:5,6 13:1,6,12
13:16 14:17
15:1,3,6,9,19,21
16:4,6,14,22,24
17:3,5 19:2,6,8
19:12 25:5 44:9
44:23 58:18
59:3 62:13 89:3
89:13 91:15
179:18,20
180:13
**depositions**  13:8
13:10 15:22,23
16:7 47:12
**derailed**  113:22
**derives**  162:8
**describe**  21:21
74:10 75:13
83:19 115:6
124:8
**described**  40:24
42:11 108:12
111:11 178:9

**describing**
110:10,13
**description**  4:8
9:21 10:6,10,17
10:24 20:8
93:11 143:13,14
143:21,23,24
144:1 147:2
**descriptions**
135:22
**designate**  29:14
**designated**  35:9
37:16 118:20
127:8
**designates**
22:14
**designating**
29:12
**designations**
6:21
**desired**  95:4
**detail**  74:10
**details**  42:14
**detergent**
143:19
**determination**
71:24
**determinations**
145:6
**determine**  11:1
115:6 123:20
125:8
**determined**
92:23 93:23

**develop**  174:20
177:15
**developed**
123:13
**device**  104:14
123:10
**devices**  119:10
123:8
**dg**  12:4 58:14
71:20 135:8
136:3 137:2
140:14,21,22,24
141:1,2,8
142:18 143:7
177:6
**dgc**  122:3 176:8
177:1,2
**dictated**  162:8
**differ**  152:13
**difference**  117:4
139:12,18
140:17 146:16
151:7,25 155:24
158:18
**differences**
172:15 173:8,9
**different**  29:24
40:6,9 67:14
72:2 74:13
94:16 95:2,15
95:16 96:22
102:18 106:23
108:6 110:8,22
113:2 115:17
116:12 118:6,12

**[different - dollar]**                                                      Page 197

123:3 125:3
140:18 142:18
149:18 150:3,5
150:21,22 151:4
151:5,5,10
152:9,10 154:9
155:18,23
161:13,25
162:12 163:15
163:22,23
169:23,24
175:15 177:8
**differently**
116:17
**differs** 152:7
**digital** 100:11
101:2 103:4
**digits** 138:6
**directed** 4:10
**directing**
124:19
**direction** 180:8
**directionally**
165:21
**directions** 134:6
**director** 16:15
16:18 19:22,24
19:24 26:19,19
91:12,18,19,19
114:4
**directors** 133:3
133:8
**directs** 125:1
**disagree** 59:14

**disclosure** 80:13
81:10
**discontinuation**
116:3 117:18
**discontinued**
119:11 143:22
152:15
**discontinuing**
117:18
**discount** 99:15
158:13
**discounts** 99:6
101:14
**discovery** 11:12
74:6 84:13,23
86:25 88:9,10
91:3 92:9
132:12 135:19
**discrepancies**
70:5,17 74:2
**discrepancy**
47:8 63:21
68:13 70:6 80:7
**discuss** 26:24
27:15 73:11
89:12
**discussed** 24:25
26:25 43:16
47:7,9 51:13
61:19 68:16
89:11 92:5 96:7
109:23 121:20
131:13 141:21
145:12

**discusses** 32:22
155:25
**discussing**
23:21 80:19
97:22 120:12
**discussion** 35:2
59:16 170:13,18
172:1
**display** 40:8
42:13 79:8
80:11 81:5
**displayed** 115:7
124:9 156:4
**distributed**
176:4
**distribution**
21:7 22:5,6 30:8
**district** 1:1,1
18:3,5 124:19
124:21,24 125:7
125:15,20 126:4
126:5,9 127:17
128:22 133:2,3
**districts** 125:1
133:13,13
134:12
**divided** 133:11
**division** 30:13
90:18 172:3,20
**divisions** 133:14
133:15,17
**divvied** 147:10
**divvy** 142:5
**docket** 33:3

**doctrine** 39:14
43:5 45:23 46:2
46:12 50:11,13
68:22 78:17
79:13
**doctrines** 42:25
**document** 9:8,9
32:10 56:12
74:3,10,16
75:12,13,19
135:11 169:1,3
173:3
**documentation**
135:18 164:12
**documents** 10:2
44:11 132:1,3
139:19 163:11
**doing** 7:25
23:18 144:21
**dolgen** 1:7,7
3:13 4:12,14
5:18 7:25 8:1
33:2 88:14
**dollar** 3:18 4:10
5:20 7:11,21 8:2
8:4 9:18,22 10:3
10:7,11,15,20
10:25 11:8,11
11:15,20,24
12:21 14:18,20
15:13 17:10,12
18:9 21:2,4 24:1
24:1 31:2,10,12
31:16 32:24
33:1,3,8 34:8,9

34:16,22 35:13
36:16,19 38:12
39:19 40:3
41:25 45:17
47:2,14,17,19
48:1 49:2 50:5,8
52:4,7,11 55:15
62:2,24 63:14
64:4,16,22,25
65:19 66:10
67:3,11,16
70:12,14 82:2,4
84:7,10 87:15
88:14,20,23
90:23 92:20,22
92:25 93:3,12
93:20 96:8,10
100:9,24 101:14
102:17 103:14
104:17,19 105:5
105:22 108:9
109:10 113:25
115:10,21,23
116:19 119:3,5
119:8 121:19
124:15 125:23
129:6,7,17,21
129:22 130:6
131:21,25 132:2
132:9,11 133:12
135:18 137:13
138:5 141:2
169:2 170:3,10
170:25 173:10
176:19 177:23

181:4 182:1
183:1
**dollargeneral....**
3:21
**door** 34:16
**double** 39:2
146:9
**download**
109:12
**downloaded**
103:14,16 104:2
**downloader**
103:25
**downloads**
103:24
**downs** 177:19
**drive** 116:16,20
117:9 162:12
**drivers** 116:20
**droge** 16:5
**drop** 161:19,22
162:6,10,15
**dryer** 148:13,14
**due** 65:16 70:16
131:23 132:9
**duly** 5:24
**duplicate**
146:19

**e**

**e** 3:1,1 4:1,1,7,7
139:12 182:3,3
182:3
**e.g.** 172:15
173:8 174:21
177:16

**earlier** 30:10
47:9 51:13
68:17 72:5
85:10 94:3,8
96:7 98:21
109:23 113:3
117:22 120:12
132:7,13 173:20
175:3 178:5
**early** 17:17
**easier** 136:18
169:15
**east** 3:15 109:9
134:2
**eden** 16:15
19:21 20:1,2
24:24 30:16,17
30:18,19 88:17
91:17
**effect** 115:25
116:24 135:20
149:3,6,6 158:8
158:13,21 161:6
**effective** 38:15
42:12 95:5
147:14,14,19
148:7,20,20
149:1 150:19,19
150:20 160:23
160:24 161:8
162:19 164:2,5
164:9,15 165:11
165:12 166:11
**effects** 117:1

**effort** 51:8
110:25
**efforts** 51:8 99:1
99:3 107:24
**eight** 96:11
138:6
**eighteenth** 61:8
**eighth** 46:23
68:2
**either** 19:21
26:19 45:17
47:13 49:2
101:11 105:9
142:20
**elaborate** 28:20
29:6 68:9 102:7
116:11 120:25
144:8
**electronic** 27:10
104:21 119:7
121:6,12,15
122:6
**electronically**
24:7
**elements** 20:17
95:6 111:11
171:12 174:7
**eleventh** 50:10
**email** 9:10
16:19 28:9 30:4
41:7,9 47:9 74:6
77:8 86:12
99:22,23 100:2
101:15,16,18,19
101:25 104:8

110:6,7,20
179:3
**emailed** 30:8,9
**emails** 86:9
100:1 110:9
**employed** 88:20
88:23 113:25
**employee** 41:18
41:23
**employees** 10:8
88:14 129:18,22
**employer** 92:17
**emptor** 78:17
78:21,25
**enabled** 4:18
169:5
**engage** 170:15
**engaged** 170:11
171:11
**engagement**
116:16
**enriched** 64:5
64:17
**enroll** 104:7,8
**enrolling**
104:11
**ensure** 46:3
124:8 130:8
166:18,21
167:12 168:1
**ensuring** 129:21
**entered** 6:17
24:6 94:19
**enterprise** 20:25

**entire** 32:9 75:4
**entirely** 163:25
**entities** 34:11,18
65:24 66:10
67:23,25 137:19
**entitled** 4:17
11:16 31:12
58:8,14 67:16
169:4
**entity** 7:24
65:19
**entries** 146:19
**environment**
95:19 108:14,23
109:1,14,25
111:1,14
**environments**
115:16
**equitable** 42:25
48:15
**erp** 20:22,24,25
21:15,22 23:7
96:16 174:2,5
175:5
**errata** 181:11
181:13,16
**error** 62:1
167:14
**esq** 3:4,9,14,19
**essentially**
100:10 106:8
149:2,8
**establish** 11:19
80:13

**established** 10:8
10:12 28:24
93:12
**estimate** 167:5
**estopped** 64:21
**estoppel** 42:25
**et** 113:6 181:4,4
182:1,1 183:1,1
**euphemism**
121:16
**evaluate** 95:10
95:25 98:22
**evaluating** 96:1
**events** 65:17
118:9
**everyday** 94:5
94:14 95:7
**evidence** 73:25
74:5
**exact** 45:5
**exactly** 17:15,20
29:21 66:19
85:9 102:13,20
144:11
**examination** 4:4
6:1 77:24 78:2,3
**examine** 78:1
**examined** 5:25
78:1
**example** 21:16
21:24 29:8
38:14 39:21
40:4 41:10 62:1
62:13 93:16,18
97:9 98:15

99:10,12,21
101:22 102:8,25
111:13 116:18
116:22 117:19
117:21 118:8
146:25 151:22
152:18 164:15
173:7
**examples** 40:10
41:2 42:17
43:22 44:2
45:14 70:24
98:10 99:5
159:15
**excel** 30:6 96:24
119:12
**except** 134:6
**exception** 138:6
**excerpt** 16:4
**exchange** 49:22
**exchanged**
16:19 49:22
**excuse** 77:1
134:4 147:13
155:17
**execution** 91:25
97:24 114:12
115:1 167:4,9
170:20,25 171:6
171:7,16,21
172:7,10
**exercise** 67:12
**exercised** 65:20
**exercises** 66:11
67:3

**[exhaust - filed]**

**exhaust** 61:9,14
**exhibit** 4:8,9,12
  4:14,16,17 8:10
  8:11,23 9:5
  30:23 31:1,3,22
  31:24 32:11
  34:14 87:7,8,9
  87:12,14 134:25
  135:3,5,7
  136:10,16
  168:21,21,23
  169:12
**exhibits** 6:19
**exist** 40:21,22
  43:12 56:9
  62:16 68:14
  69:6 81:3 132:4
  164:21 167:6
**existed** 39:24
  43:13 45:17
  51:22 78:13
  140:11 157:15
  164:18
**existence** 48:14
  48:16
**existing** 176:5
  178:13
**exists** 39:23
  49:4,6 141:12
  161:18
**exit** 98:9 123:19
**expected** 98:5
  125:7
**experience** 70:5

**expertise** 79:15
**expiration**
  161:3 180:19
**explain** 22:25
  100:6 117:3
  119:18 130:24
  137:1 140:25
  151:17,17 152:8
  160:1 161:9
  164:24 165:14
**explore** 21:10
  22:25 60:8
**explored** 116:8
**extent** 50:13
  51:7 58:12 59:6
  64:22 68:7
  84:18
**extract** 164:10
**extracted**
  111:15

**f**

**f** 141:22 143:3
**facing** 171:1
**fact** 50:16 51:21
  133:17
**factors** 117:14
**facts** 39:16
  58:19 76:15
  80:10 85:8
**factual** 11:14
  35:15,25 37:9
  37:13,15 38:19
  42:6 43:4,24
  44:3,6,19,23
  46:1,11 47:6

48:20 49:5
  51:15 52:13,15
  52:17 53:18
  58:7,8,13 59:23
  60:3 62:8 63:10
  63:13 64:8,17
  68:24 69:15
  72:12 73:16,21
  74:15,23 75:6
  75:23,24 76:5
  78:8,10 79:2,4
  79:20 80:23
  81:22,24 82:23
  84:15 85:4,21
  85:21 86:2
  173:7
**factually** 173:2
**fail** 55:6,8
**failed** 47:17
  51:7 61:14
  125:6
**fails** 181:18
**failure** 46:24
  47:2 61:9
  125:10 176:3
**fair** 8:6 14:13
  14:14 26:6
  32:13 59:1 75:7
**fairly** 45:9
**fall** 111:2
**falling** 147:10
**falls** 129:10
**familiar** 32:2
  109:1 171:11,23

**familiarity** 27:7
  127:3
**far** 135:16
**fashion** 25:8
  99:21 134:8
**fat** 167:13,13
**fault** 39:14 67:3
**feature** 136:9
**features** 21:15
**fed** 4:10
**federal** 5:9 55:4
  79:16
**feeds** 121:25
  177:7
**feel** 14:4 93:15
  93:17 160:12
**felt** 160:13
**field** 143:16
**fields** 147:9
**fifteenth** 54:25
  56:4
**fifth** 65:15 66:6
  67:2 68:6,10
  77:24 130:6
**fiftieth** 82:19
**fifty** 83:5 84:4
**fight** 60:10
**figure** 166:9
**file** 25:11 26:10
  26:11 30:23
  87:3 121:25
  122:2 146:22
  147:3 168:3,4,4
**filed** 17:14,16
  17:19,22 33:1

**[files - future]**

**files**  12:22 24:18
  24:20 122:4
  167:23 168:6
  177:3
**fill**  110:10
**filling**  138:23
**financial**  90:1
  98:4
**find**  28:15 32:18
  35:15 74:23
  137:3 144:22
  145:3 146:22
  153:14,24
  154:12,17
  159:18
**finding**  146:20
**fine**  31:23 86:9
  119:24 136:14
**fingered**  167:13
  167:13
**firm**  3:8
**first**  4:9,15 5:24
  8:10,16 9:17
  10:10 19:22
  35:18 37:4
  53:12 63:25
  68:3 70:3,23
  83:5 84:4 87:16
  88:25 103:7
  109:24 111:14
  121:2 124:19
  129:21 135:25
  139:7 140:18
  141:5,21 142:20
  146:17 147:24

147:25 148:1
  172:11
**five**  28:4 77:14
  77:15 103:12
  107:18 125:3
  134:14 168:10
**fix**  168:3
**fleet**  176:11
**flooid**  176:8,18
  176:22,25 177:5
**flow**  122:5
  166:19
**flows**  120:17
  173:22 175:11
**focus**  31:14
**folks**  15:16
**follow**  26:14
  37:12 94:23
  101:7 165:9
**following**
  102:16 112:17
  119:4 156:4
  163:25
**follows**  5:25
**footage**  124:6
**force**  130:19,25
  131:7
**forecasting**  21:6
**foregoing**  183:5
**forgive**  12:7
**forgot**  96:7
**form**  22:21
  24:15 25:7,19
  26:7 27:21,22
  39:6 41:3 46:13

47:22 51:17
  53:24 64:10
  65:9 75:9,15
  80:21,24 84:8
  94:10 95:12,17
  99:18 102:3
  105:13 106:14
  111:21 112:24
  122:25 125:1
  137:15 138:1,15
  138:19,23
  139:16 140:12
  158:12 172:22
**formed**  48:21
**forms**  27:16
  95:2 138:4,9,16
  139:25 140:9
**forth**  7:1 180:7
**fortieth**  69:11
**forty**  70:3,23
  77:22,23,24
  79:11 80:1,5
  81:1
**found**  145:8,12
**four**  18:14
  19:20 56:21
  107:14,22
  136:23 171:22
  171:22
**fourteenth**
  52:25
**fourth**  41:24
  64:20 68:4
  77:23

**fragmented**
  172:12
**frankly**  55:21
  59:1
**free**  14:4 93:15
  93:17
**frequently**  89:9
  89:20 113:5
**front**  17:20
**frustrating**
  74:23
**full**  6:6 16:23
  32:16 80:13
  81:10 104:19,20
  137:4 173:6
**fully**  130:25
**function**  16:18
  27:11 102:12,14
**functionality**
  10:17 11:18
  20:9 100:11
  102:23 103:2
  106:4,7 174:4
**functioning**
  29:9,10
**funds**  67:19,24
  68:1
**funneled**  24:13
**further**  46:9
  155:22 180:10
**future**  98:19
  176:20 178:11

**g**

**g** 140:2 143:7
**ga** 181:15
**game** 153:5
156:7
**general** 3:18
4:10 5:20 7:11
7:21 8:2,4 9:22
10:3,7,11,15,21
10:25 11:15,21
11:24 14:18,20
15:12,13 17:10
17:12 18:9 21:2
21:4 24:1,1
31:12 32:24,25
33:1,4,8,17 34:9
34:9,17,23
35:20 36:1,14
36:16,19 38:9
38:12 39:19
40:3 42:1 44:8
45:9,17 47:3,14
47:17,19 48:1
49:2 50:5,8 52:4
52:8,11 55:15
58:15 62:2
63:11 64:4,16
64:22,25 65:19
66:10 67:3,11
67:16 70:12,14
82:2,21 84:7,11
88:14,21,23
90:24 92:21,22
93:3,12,20 96:8
100:9,24 101:14

102:18 103:15
104:17,19 105:6
105:22 108:9
109:11 114:1
115:10,22,23
116:19 119:3,6
124:15 125:23
129:7,21 131:22
131:25 132:3,9
132:11 133:12
135:10,18
137:13 138:5
169:2 170:3,10
170:25 173:10
176:19 177:23
181:4 182:1
183:1
**general's** 9:18
11:8,11 12:21
31:2,10,16
35:13 62:24
63:14 82:4
87:15 92:25
96:10 119:8
121:19 129:6,18
129:23 130:6
141:2
**generally** 10:3
20:25 22:4 95:2
95:6,17 111:10
**geographic**
133:20
**getting** 38:11
53:13 55:19
58:23 70:19

74:21 105:23
168:12 171:17
171:24 179:2
**give** 19:12 29:6
37:24,25 38:19
44:6,9 47:2,17
47:20 58:22
75:25 76:16
93:16 97:6
99:10,14 117:19
135:13 165:19
179:6
**given** 13:5,9,12
22:8,14,20
23:13 24:2 26:3
27:4 29:15
38:13 44:2
45:14 59:4 70:1
74:17 75:23
93:13,20 97:12
97:12 98:18
105:24 124:6
145:22 147:16
151:11 152:16
152:18 153:21
164:10,11,22
166:12 167:13
183:9
**gives** 145:23
167:7
**giving** 80:14
81:11
**glenville** 156:8
**go** 8:10,15 9:12
12:6 19:19 25:6

25:17 31:15
32:1,23 34:4
35:11,14 42:20
44:9 46:4 52:3
59:8,17,18
64:20 65:14
68:20 69:11
70:3 76:17
77:22 79:11
86:5,16 87:20
87:21 88:24
101:21 104:9
110:17,23 111:1
112:8,13 115:3
118:15 124:13
127:4,14 128:1
129:5 131:15
132:22 135:2,23
140:13 152:1
153:3 154:20
156:12,22 157:4
157:9,12 158:4
158:23 159:18
159:22 162:14
164:1 167:17,24
168:2,11 169:9
174:15 179:8,17
**goes** 21:25
25:10 26:4
43:15 55:24
60:23 63:18
75:22 80:18
85:9 96:19
104:16 105:21
122:3 127:16

**[goes - harris]**                                                              Page 203

128:10 131:25
148:21 157:7,8
161:11 167:22
178:7
**going** 8:9,15
12:12 13:23
27:9 30:20,22
30:25 32:8
33:11 34:19
35:25 37:7,9
38:2 44:5 45:1,4
45:7 49:8,15
50:22 51:3,5
52:3 53:12,23
54:9 55:17 56:2
57:21 59:12,18
63:24 64:10
69:17,20 70:18
71:12 73:4
74:14 75:22
76:3,9,15 77:16
79:22 82:25
84:18 85:11
86:17,24 87:6,8
87:20 93:10
104:5 113:11,11
113:21 123:18
124:7,7 129:9
134:2,13,17
135:1 150:18
155:16,22 157:6
160:6 165:9,10
166:8 168:12,14
170:5 171:3
179:17,19

**gold** 10:18 20:5
20:9,15,21,22
21:4,15,22 24:3
24:5,9,11,18
25:1,4,7,10,21
94:2,7,12 96:6,8
96:10,17 110:10
113:3 115:2
121:10,13,16,23
122:8 143:15
162:9,13 163:3
163:8 165:7
167:10,19
171:18,24
172:15 173:14
173:18,25 174:3
174:3,5,7,22
175:3,4,6,6,10
176:7
**gold's** 173:17
**good** 5:15 6:3
23:18 27:14
86:14 116:21,21
116:23
**goodlettsville**
1:15 3:20 5:1
108:10 109:6
**goods** 49:22
110:18
**gotten** 111:17
175:14
**governmental**
34:10,18 137:19
**grab** 86:5

**great** 86:14,23
134:15 179:4
**grossman** 3:4
**grouped** 92:24
**guess** 20:8 27:15
58:7 60:1 71:21
86:15 100:23
119:24 127:6
128:10 143:19
146:23 155:22
155:23 163:7
165:1 166:8,14
171:15 172:2,11
172:19 174:11
**gun** 123:21
134:22
**guy** 110:14

**h**

**h** 4:7 140:4,5
182:3
**hair** 148:14
**half** 14:9 80:19
118:10 129:21
**hammer** 143:18
**hammond**
160:19 163:1,14
163:17,20 165:5
**handed** 142:7
**handful** 42:17
**handheld**
119:10 123:8,10
123:11,11
**handle** 119:24
**handling** 129:25

**hands** 43:1
**handwritten**
144:12
**hang** 148:19
**happen** 110:22
111:13 120:23
**happened**
153:22
**happens** 122:7
163:18
**happy** 34:5,5
58:16 59:16
60:15 76:12,18
**harbor** 35:20
36:1,14,24
43:16,25
**hard** 123:21
**hardware** 10:25
108:7
**harrington** 3:24
**harris** 3:4 4:5
5:15,15 6:2,4,9
7:18,19 8:12,20
8:22,24 12:9,17
12:19 17:8
22:24 23:16
24:21 26:1,13
28:1 31:4 32:1
32:13,17 33:19
34:3,25 35:10
37:1,12 38:17
39:4,11 41:20
44:13,17,21
45:19 46:22
48:3,11 49:24

**[harris - impracticable]**                                          Page 204

51:2 52:1 53:17
53:20 54:5,15
54:24 56:11
57:3 58:6 59:7,9
59:21 60:4,16
60:17 61:7 63:9
64:19 65:13
66:12 69:10
70:2 71:2,15,19
72:11,14,22,24
73:15 74:20
75:2,9,11,17
76:3,9,19,21,23
77:3,21 79:1
80:4,22 81:8,21
82:12 83:9,14
83:16,23 84:3
85:3,19 86:3,9
86:14,22 87:7
87:10,13,22,24
88:1,2 91:7,10
94:22 95:20
99:24 102:6
105:19 106:20
112:4,14,15
113:8 118:21,23
119:22 120:3,5
123:6 127:13
128:4,18 129:16
130:5,17 131:14
134:22,24 135:4
135:6 136:13,19
136:22 137:21
138:10,24
139:21 155:20

168:19,24
169:14,22
170:12 171:13
173:12 175:23
176:1 178:22,23
179:5,12
**haug** 12:23,24
12:25 88:15,25
89:1,5,8,9 93:5
**haug's** 89:15,16
**headquarters**
120:14 121:5
**hear** 76:8
**heard** 90:20
**heavy** 113:19
**held** 14:21,22
14:24 15:2 45:5
45:8 86:12
**help** 37:5,6 88:5
97:11 117:9
135:2 136:12
**helped** 90:13
**helpful** 136:9
166:24 168:8
**helping** 110:10
**helps** 97:2,13
121:17
**hereto** 183:7
**hey** 112:6
**hht** 123:11,20
**high** 144:6
145:6 160:12
**higher** 152:12
152:12

**highlight**
158:18
**historical** 20:14
**history** 99:7
**hold** 58:11
59:12 72:16
88:3 108:16
157:25 160:18
168:22 170:17
**holding** 180:3
**homemade**
175:5
**hour** 14:9 80:19
80:19 134:14
**hours** 7:15
19:10,17 102:25
**house** 5:19
15:14 16:25
39:20 43:9 46:7
48:24 52:20
56:6 58:3 63:17
64:14 69:3,24
80:3 83:6
**housed** 129:1
**human** 125:8

**i**

**identification**
8:11 31:3 87:12
107:9 135:5
168:23
**identified** 8:14
33:2 48:5 100:9
100:22 106:18
107:7,13,19
109:13,20 143:1

143:7
**identifier** 95:3
145:22 147:7,13
149:8
**identify** 5:13
69:7 75:18
92:15 105:11
106:1,1,1,9,19
107:3,13 109:24
118:24 131:16
159:12 160:9
177:19
**identifying**
10:20 71:20
74:11 88:8
105:5 108:4
**identity** 131:24
132:25
**ids** 152:23
**imagine** 173:4
**impact** 67:12
**impacting** 176:7
**impacts** 97:3
**impermissible**
38:5
**implementation**
171:16
**implemented**
177:23
**implied** 49:12
**importance**
129:19
**impracticable**
57:11,22

**impression**
116:15
**impressions**
45:3 55:20
70:20 72:5
85:11
**improper**  74:25
76:13
**improvement**
89:23,24,25
**inaccuracies**
9:24
**inappropriate**
58:18 59:1
**incentivize**
110:24
**include**  27:9
39:24 42:10
61:24 62:3 79:8
81:4,25 92:17
93:5 103:4
118:6 121:25
123:14 152:14
**included**  18:10
121:7
**includes**  36:21
129:20
**including**  9:23
64:25 67:18
88:15 102:23
122:1 125:3
168:6 174:8
**incorporate**
61:20

**incorrect**  125:5
**increased**
129:18 130:7
**independently**
120:23 167:15
**individual**  7:10
25:9 26:5 27:24
33:13,25 34:21
37:11 38:23
39:8 47:24
50:24 53:16
54:1,11 56:3,25
57:20,25 59:5
60:12 61:2
64:24 65:19
69:21 70:22
71:14 72:9 73:7
74:18 76:1,2
77:18 79:25
82:9 83:3,13
85:13,25 120:15
**individuals**
65:24 66:10
73:13 88:13
**inform**  25:16
**informally**
108:22
**information**
21:8 22:13,15
23:7 25:12,22
26:10 28:10,13
28:15,17 29:22
30:7 60:14 74:6
76:1 79:9 81:5
84:8 88:11

92:11,18 94:15
94:24 97:5
100:3,4 103:18
103:20,21
105:16 106:25
110:1 111:23
112:2 128:3
129:3 131:6
132:13 135:19
137:6,18 138:8
141:3,4,5,24
142:2,4,14,15
142:16,24
143:11,15
144:10,16,17,19
145:23 147:19
150:13,16 153:1
153:12 157:5,12
159:1,5,9,10
160:14,15
161:18 163:3,12
165:20,21,23
167:2,9,19
177:8 179:3
**infrastructure**
108:24
**infrequently**
113:20
**inherently**  66:9
**initial**  84:22
**initially**  12:1
17:14,16
**initiate**  47:21
**injuries**  62:6,10
65:16 67:5

**injury**  51:9
**ink**  123:3
**input**  92:13 95:4
167:14
**inquire**  38:5
**inside**  39:20
144:22
**inspections**
118:16
**installed**  128:23
**instance**  22:3
95:22 154:20
**instances**  66:7
126:25 131:22
141:22 155:9,14
164:5
**instituted**  65:1
**instrumentalit...**
65:18
**insubstantial**
53:1,7 54:6
**insufficient**  84:8
**integration**
172:14 173:13
174:12 177:15
178:1
**integrity**  36:20
**intelligently**
50:16
**intend**  98:8,8
**intends**  58:19
**intention**  98:17
**intentionally**
173:9

**interact** 121:13
**interchange**
  86:1
**interest** 173:5
**interested**
  180:12
**interesting**
  98:11 116:25
**interface** 109:16
**interfacing**
  120:9
**internal** 15:16
  142:11 143:9
  144:22 160:2
  177:2
**internally**
  123:13 143:14
**interplay**
  174:11
**interrogatories**
  4:15 87:17 88:6
  88:12
**interrogatory**
  88:8 92:14
  115:5 131:15
  132:24
**intervening**
  62:5,7
**introduce**
  168:20
**introduced**
  103:8,11 174:3
**introducing**
  176:15

**introduction**
  173:17
**invading** 37:22
**inventories**
  174:10
**inventory** 21:5
  21:6,12,19,22
  21:23,25 90:2
  96:16 113:2
  118:2 123:14
  162:7 167:11
  174:6,8,14
**investigations**
  118:16
**involve** 170:19
**involved** 33:20
  33:21 97:20
  111:8,10 170:13
  170:15
**involvement**
  171:2,17
**ip** 96:15 173:19
**iphone** 102:21
**ish** 107:18 126:8
  171:22
**island** 172:14
  173:14,19,24
  174:1,4,9,22
  175:9,11,12
**issue** 29:12,15
  29:23,23 42:21
  49:13 50:15,21
  78:2 173:14,16
**issued** 180:4

**issues** 25:15
  29:5,7 36:10
  79:15 171:17
  172:2 174:18
**item** 9:17 10:10
  10:14,20,24
  11:4,8,11,14,18
  11:23 12:2,2
  21:8 22:15 23:2
  23:6,24 36:22
  61:25 79:8,10
  81:6,7 93:20
  94:6,14 113:15
  115:11,13,14,19
  115:22,23,24
  116:1,2,2,8,9,22
  117:5,6,13,17
  123:18 131:8
  135:21 141:16
  142:17,18,19
  143:11,16,17,21
  143:23,24,24
  144:1,2,9,11,16
  144:17,22 145:3
  145:8,22 146:21
  147:1,17 150:2
  150:3,17 151:11
  152:11,14,16,17
  153:22 158:15
  161:16,19 162:8
  162:8 163:1,2
  164:8,10,25
  165:2,7,8
  167:13,20,20
  172:4 175:15

**item's** 38:24
  115:12 116:2
  117:18
**items** 22:13,17
  22:19 96:3
  102:24 112:3,18
  119:11 125:2
  130:21 135:19
  144:5 153:19,21
  159:13 161:22
  163:20,22
  166:15
**iteration** 169:24

**j**

**j** 141:12,16
  146:3 155:5,7
  159:2
**january** 17:19
  157:20,25 161:8
**jason** 3:19 5:19
**javier** 3:9 12:11
  12:12
**jbates** 3:21
**jersey** 3:10
  134:3
**jmerino** 3:11
**job** 23:18
  167:18
**jobs** 167:23
  168:1,3 178:8,8
**joinder** 57:11
  57:23
**joint** 67:19
**jointly** 115:19

**joseph** 1:3 181:4
  182:1 183:1
**joss** 3:24
**judge** 59:8,17
**jump** 127:5
**jumped** 134:22
**june** 180:19
**jurisdiction**
  38:3 64:25
  79:13

**k**

**k** 159:5 160:6
  162:23
**katherine** 1:25
  2:4 5:10 180:18
**keep** 30:20
  104:17 105:11
  108:4 109:12
  111:19,19
  112:18 113:21
  117:8,11 124:7
  127:24 142:6
  148:8 150:18
  165:9
**keeps** 94:13
  128:12 139:8
**kelly** 93:5
  113:22
**kennedy** 88:15
  89:18,20 90:12
**key** 95:6 106:24
  145:21
**kicked** 112:7
**kim** 16:15 88:17

**kind** 29:18 30:5
  33:9 73:3 75:19
  78:20,21 81:15
  90:10 94:24
  95:5,9 96:18
  97:7,11 105:23
  106:13 108:2
  114:25 122:12
  127:15,23
  128:12 130:24
  132:8 135:13
  145:1 148:14
  163:12 166:9
  170:4
**kinderkamack**
  3:10
**kinds** 38:8
**knew** 101:23
  102:2 170:3
**know** 7:3,24
  12:14 13:11,18
  13:21 14:8,11
  18:2 19:11
  23:14 24:4
  26:21 27:14,18
  27:19 29:21,21
  30:3,12,13
  31:22,23 32:10
  33:14,18,22
  34:1,2,7,16,25
  35:1,1,3,6,24
  36:6 37:8,14,22
  37:24 38:1,4,10
  44:2,7,8,11 45:5
  45:7 46:8 47:19

48:4 49:9,14
  50:6 52:17
  53:10,21 54:16
  54:16 55:21,25
  55:25 56:2
  58:17,21 59:15
  59:23 60:4,5,9
  60:13,14,19,21
  65:23 71:23,25
  72:1 74:17 75:1
  75:12,20 79:19
  83:10 86:4,12
  87:11 88:22,22
  88:25,25 89:1
  90:6,7,8,12,15
  90:17,18,22,23
  90:25 91:2,9,22
  91:23 92:10
  95:9 99:9
  100:13,17,19,23
  101:10 102:11
  102:13,16 103:7
  103:10,13,16,24
  104:1 105:8
  106:16,18,22
  107:2,4,5,8,11
  109:19 111:24
  113:5,10 114:20
  114:22 119:23
  119:24 125:19
  126:23 127:2,2
  127:15,20,22
  128:25 129:8
  133:5,22,24
  134:2 136:4,7,9

137:2 139:3
  140:18 148:18
  150:15 153:16
  154:9,13 162:3
  163:15 164:4
  166:2,3,5,10,15
  169:15 170:3,9
  170:10,20,21,24
  171:9,10 172:3
  173:1,14,16,16
  176:2 177:10,12
**knowing** 99:17
**knowingly**
  50:15
**knowledge**
  15:12 23:23
  47:25 48:9
  57:15 59:11
  61:3 75:19 80:7
  82:14 83:7 84:8
  96:12 120:6,8
  123:18 125:17
  128:20 129:2
  130:14 132:3,11
**knowledgeable**
  15:17 25:3 85:1
  93:3,4 114:20
  114:21,22
**known** 8:1
  85:18 116:19
  131:24
**knows** 60:8 83:4
  127:12

**l**

**l** 160:6
**label** 66:9 67:13
  125:2,5,6
  128:24 137:24
**labeled** 135:8
**labels** 9:25
  25:16 115:7
  119:9 122:13
  124:9 129:20
  130:8,9,20,20
**laches** 42:25
  43:6
**lack** 52:4 69:13
  70:6 71:23
  72:23 176:4
  178:2
**large** 142:3
**largest** 130:22
**latest** 107:17
**law** 3:8 35:21
  36:2,14 38:3
  42:3,18 59:15
  77:1,1 82:21
**lawsuit** 17:7
  33:1,4 47:21
  48:2 89:11,12
  90:4 92:6 114:8
  114:15
**lawyers** 57:24
**lcr** 1:25 2:4
  180:19
**leeway** 37:25
  58:22

**left** 136:1,2
**legacy** 122:2
  172:14 173:13
  174:2,12 176:7
  176:9,12,21
  178:13
**legal** 5:12 36:6
  36:15 37:19
  39:18 42:8,21
  43:8,21 46:6
  47:10 48:8,13
  48:13,23 49:10
  49:19 51:19
  52:20 53:13,24
  55:1,19 56:2,5
  57:23 58:2,4,15
  58:20 59:6 60:3
  61:22,23 62:12
  63:17,25 64:1,3
  64:11,13 66:1,2
  66:5 69:2,18,24
  69:25 70:19
  71:24 72:4 75:7
  76:16 79:23,23
  80:2 82:8 83:1,2
  83:6 84:5,19
  85:7,9,17,20
  86:2 181:23
**legitimate**
  167:20,21
**letters** 121:2
**letting** 24:3 76:4
**level** 24:13
  40:13 44:8
  58:15 61:25

98:6 115:19
  131:11 144:5
  160:11 164:22
  164:23,25
**levels** 97:15
**leverage** 21:8
  175:2
**leveraged** 49:1
  175:3,6
**leverages** 22:17
  22:18
**leveraging** 23:5
  159:10
**liable** 52:5
  82:20
**license** 180:4
**licensed** 180:3
**lie** 79:15
**life** 116:3
  117:18 123:18
**lifestyle** 116:3
**light** 113:13
  177:23
**likely** 17:21
  30:16 41:19
  143:22,24 144:2
  160:16
**limitation** 80:9
  129:20
**limitations**
  42:21
**limited** 9:23
  61:12 65:1 68:7
**line** 75:4 139:6
  139:14 141:16

147:13 148:15
  150:11 151:21
  151:24 155:17
  156:25 158:4
  182:4,7,10,13
  182:16,19
**linear** 124:6
**lines** 42:15
  134:9 139:5
**list** 12:9 16:23
  74:8 131:8
**listed** 12:2 29:9
  79:10 80:8
  81:25 124:16
  138:12 140:11
  149:20,21 150:9
  151:24 152:5,21
  159:19 162:7
**litsup** 181:15
**little** 21:11
  37:19,24 58:22
  63:8 134:13
  151:20 161:13
  175:15
**live** 174:2
**llc** 1:7 3:4,13
  5:18 7:25 33:2
  88:14
**llc's** 4:12,14
**llp** 3:14
**load** 131:8
  166:17 167:1
  175:10,11
**loaded** 122:8
  164:15,17 175:9

**[loads - marginal]** Page 209

**loads** 167:9
**local** 162:11,11
  175:16
**located** 103:25
  104:3
**location** 1:15
  130:23
**locator** 102:24
**log** 86:15 100:11
  103:3 105:21
**logged** 121:23
**logic** 154:25
**login** 100:5,12
  105:16
**long** 14:21 19:5
  19:7,7 26:22
  28:2 86:6 96:7
  148:7
**longer** 97:19
  143:25 176:13
**look** 23:22 32:9
  32:15 34:7
  88:10 95:22
  98:22 133:24
  136:1,10,11,17
  140:10 141:15
  145:24 154:8
  157:9
**lookback**
  154:11,18,19,22
  155:1,7,11,15
  156:11
**looked** 16:8
  20:4 29:8
  107:20 146:17

155:7
**looking** 95:15
  138:5 155:2,10
  165:10 173:1
**looks** 123:12
  139:10 157:25
  169:11 175:4
**lookup** 146:3
**loss** 51:9 90:1
**losses** 52:6
**lost** 154:3
  156:20
**lot** 29:23 66:20
  99:4 110:22
  116:7 118:11
**lots** 22:12 113:1
  118:5 152:13
  153:20,21
**loud** 63:4
**love** 59:17
**low** 21:17,24,25
  144:7 145:6
**lower** 117:12
  152:18 158:21
  161:24
**lunch** 86:5,24

**m**

**m** 4:1 146:1,2
  146:11 149:16
  151:24 159:5
**maddox** 93:6
  114:11,21
**made** 39:10
  46:19 53:3
  56:20 61:10

67:18 69:7 82:1
84:23 92:25
94:1 107:24
115:12,19
120:14,17
132:12 144:21
145:5 158:21
166:21 177:9
183:5
**magazine** 16:19
  28:6,9,11,14
**magazine's**
  30:11
**main** 160:20
**maintain** 23:3
**maintained** 9:22
  9:25 174:4
**maintaining**
  21:6
**maintains** 21:22
  115:15
**maintenance**
  29:19
**make** 7:8 8:16
  21:11 23:11
  39:23 40:2,16
  40:22,23 45:17
  46:5 47:13 49:2
  51:7,23 54:9
  79:6 95:6 107:7
  107:24 111:17
  118:13,14
  121:17 127:9
  129:9 130:1
  131:2 163:13

164:4 165:3,9
178:7
**makes** 22:7 94:3
  108:1 111:6
  113:18 137:11
**making** 25:2
  178:3,10
**manage** 124:23
**management**
  21:5,13 96:16
  132:24 174:8,14
  177:17
**manager** 18:5,5
  41:22 91:24
  114:12 125:7,20
  126:4,9,15,15
  126:19 133:1
**managers** 18:3
  18:3 124:20,22
  124:24 125:1,15
  126:5,12,17,21
  127:18 128:22
  133:2,3,5
**manner** 42:2
**map** 133:24
**march** 1:16 2:4
  5:1,5 14:22
  180:16 181:3
**marco** 16:17
  26:16
**margin** 89:17
  116:1 117:1,2,4
  117:12
**marginal** 117:2

mark 98:9
markdown
   118:1 123:20
   151:5
markdowns
   152:17
marked 6:19
   8:11 31:3 87:12
   135:5 168:23
market 18:10,15
   18:19 97:10,12
   97:15 115:13
marketing
   98:25 110:23,24
   111:10
marketplace
   96:3 103:9,11
   116:19
markets 97:5,8
marking 8:10
   9:4 31:1 87:14
   135:7 168:21
marsha 88:16
marshal 58:19
   76:15
mash 134:11
master 12:21
   22:16 143:16
match 124:9
   129:23 143:4
   144:25 145:6
   150:4 153:14
matched 145:3
   153:11

matches 124:16
   153:6
matching 145:2
material 62:23
   63:15
materials 74:5
matter 6:5
   11:16 13:11
   16:7 31:13
   33:10,16 36:15
   39:18 49:11
   55:13 58:14
   62:10 67:24
   68:1 69:25 72:2
   72:4 84:14
matters 163:16
mcguirewoods
   3:14
mcguirewood...
   3:17
mckinsey 169:2
   169:17 170:4,11
   170:16 171:10
   171:12 172:25
mckinsey's
   171:1
mean 22:19
   23:1 27:3 29:7
   29:13 31:23
   37:3 50:2 54:7
   89:24 93:19
   95:17 99:3
   103:19,23
   117:19 123:7
   126:17 130:25

147:15,22,23
   160:1,24 162:11
   164:24 166:14
meaningful
   116:24
means 29:7 99:4
   123:9 136:11
   161:9 167:14
   174:12
meant 30:10
   98:20 174:11
measures 124:8
mechanism 24:5
   76:14 104:11,13
   108:11 128:3
   131:7 147:8
   176:5
mechanisms
   11:5 40:21,22
   40:25 43:12
   45:15 46:18
   68:14 78:12
   79:5 81:3 103:5
   131:12
media 98:25
medium 144:6
   145:6
meet 17:23 55:6
   55:8
member 57:12
   69:19 102:22
members 48:22
   49:7 50:14,20
   51:1 53:2,4,7,22
   54:3,4,7,14,23

57:9 61:11,13
   69:13 70:5,16
   70:21 73:17,22
   77:25
memory 15:16
   90:10
mental 38:5,11
   45:3 55:20
   70:20 72:5
   85:10,11
mention 12:8
   81:9 172:12
   176:3 178:4
mentioned 6:10
   8:13 16:9 19:20
   19:22 21:12
   26:15 28:5 31:8
   37:4,20 38:18
   40:11 67:7
   68:14 72:4
   89:12 94:7 96:5
   96:6 97:25
   102:17 103:5
   104:6 108:19
   127:2 171:25
   173:20 175:3
   178:5
mentioning
   101:21
mentions
   125:14 133:1
merchandise
   93:1 97:25 98:2
merchandising
   92:25 97:21

[merchandising - names]                                    Page 211

98:24 114:4
115:20
**merchants**
97:22
**merino** 3:9
**merit** 33:4
**message** 110:4
**messaging**
119:6,17 120:9
120:22
**messed** 149:24
149:25
**met** 15:14,15
16:15,17 17:23
18:1,3,4,5 58:25
59:20 60:3
**method** 106:5
109:15 115:6
**methods** 104:22
**mia** 35:2,9
88:16 91:9
94:16 118:17
119:21 123:16
126:24 127:4,7
127:21 128:16
129:3,14 130:3
130:10,15 131:7
159:8 165:19
175:19,20
**mia's** 91:12
129:11 131:3
171:5
**microsoft** 96:24
108:24 109:7,9
119:12

**midwest** 33:2
88:14
**migrate** 174:21
**milberg** 3:4
**milberg.com** 3:7
**milk** 93:16
95:23
**mind** 38:15,23
40:5 41:5,17
45:15 55:18
64:11 66:7
68:19 144:24
**minute** 8:13
13:4 30:22 96:6
128:11 132:23
134:14 168:10
**minutes** 20:4
28:4 86:7
**mirror** 149:16
**misleading** 78:4
**misrepresent**
56:15
**missed** 12:8
**missing** 150:11
150:13,15
**mission** 3:20
**misstates** 41:13
46:14
**mistake** 50:16
**mistaken**
119:20
**mistyped** 9:6
**mitchell** 165:25
**mitigate** 51:9

**mitigation**
168:2
**model** 97:2
**moment** 45:15
68:19 136:17,20
141:11 169:20
**monetary** 51:4
51:6
**money** 27:4
70:12,14,16
131:22
**monitoring**
95:18 177:18
**months** 13:12
98:13,14 110:18
**morgan** 3:5
**morning** 5:15
6:3
**mountains**
134:10
**move** 30:23
32:11 39:12
45:20 46:23
52:25 54:25
61:8 92:14
119:11 122:12
123:9,16,21
152:20
**moved** 30:25
**movement**
123:15
**movements** 98:5
**multiple** 118:12
142:6,7 147:2
172:12 176:3,6

**multiplied**
167:11
**multistate**
133:16,17,19
**multitude** 93:24
95:14 96:22
118:13
**murrow** 88:16
90:3,6,7,8
**mydg** 10:15
100:3,7,8,15,18
100:24,25 101:1
101:8,11 102:17
102:18,20,22
103:3,7 104:6
105:17 107:9,10
107:12
**mydollargene...**
105:9 106:25

| n |
|---|

**n** 3:1 4:1,1,1,7
146:8,13 149:17
149:20,25
153:13 159:5
161:16,20 162:1
162:4,23,24
**name** 5:10 6:3,6
12:23 19:22
90:20 92:17
104:18 137:4,12
137:12 142:13
142:14 180:15
**named** 8:5
**names** 15:25
16:1 17:25

104:25 105:1

**nationally**
133:12

**nationwide**
104:2

**native** 165:6

**natively** 111:12

**nature** 72:5

**near** 178:13

**neat** 134:8

**necessarily**
138:9

**necessary** 183:6

**necessitated**
171:1

**need** 14:7,10
21:20 22:2
23:15 25:17
31:24 32:9,15
34:6,6 60:7,12
60:15 61:20
86:6 95:10
110:23 113:4
118:7 123:3,3
127:15 129:23
135:9 144:17
171:1 174:19
177:14 178:22
178:25 179:13

**needed** 142:6

**needs** 29:18
93:14 110:14
122:23

**negligence**
39:15 67:2

**neither** 180:10

**network** 24:19
25:13 99:1
164:18

**never** 76:24
90:20

**new** 1:1,7 3:10
3:13 4:12,14
5:18 7:25 17:7
17:10,12,16
18:11,13,15
19:1,1,3 27:15
27:21 34:10,17
34:23 35:20
36:1,14,20
53:10 55:15
56:10,21 57:17
60:23 61:5 65:6
65:12 66:22,25
70:25 71:4,7,11
73:2,13,23 74:1
82:21 83:11
92:22 95:21
100:14,17,22
103:14 106:13
107:14,18,23
119:5 123:2
124:18 125:15
125:20,24 129:7
129:19,19,22
130:7,9,19,20
132:9 133:2,6,9
133:13,22 134:3
137:18 140:8
156:1 160:20

163:1,14,17,20

**news** 33:15

**nextgen** 122:4
176:7,16,18,25
177:17

**nicholas** 6:8

**nick** 1:14 2:1
4:3 5:5,23 88:17
93:3 179:18
181:1,5 182:2
182:24 183:2,4
183:12

**nielseniq** 97:10

**nineteenth** 62:4
62:11

**ninth** 48:13 68:2
80:5 81:1

**node** 109:9

**non** 98:15,15

**north** 3:6

**notary** 183:13
183:19

**note** 6:23 7:5
181:10

**noted** 12:22
25:4 183:7

**notes** 131:22

**notice** 4:9 6:24
7:7 9:6 33:12
38:1 44:18
45:10 46:25
47:3,7,18,20
80:7 158:6

**noticed** 12:22

**notifications**
29:4 73:12

**notified** 77:10

**notifying** 40:5
41:18 61:24

**nuance** 122:7

**number** 6:16,22
6:23 10:6,17
15:11,15 22:14
33:2,3 36:6,23
38:22 40:4 41:4
41:4,17 44:10
44:10 45:2,4
53:1,7,21 54:2
54:17,22 56:8,9
75:14 87:8
92:12 94:15
95:3 97:4,9 98:2
99:20 100:20
101:16 102:10
106:2 107:2,4
108:6 109:15
111:25 115:5
123:14 130:22
131:16 140:7
142:17,18,19
143:8,9 145:17
145:19 147:5
160:2 161:2
167:6 169:11
174:7 177:7

**numbered**
74:16

**numbers** 54:14
104:23,24 138:6

138:8 140:10 150:12
**numerical** 160:3 167:21
**numerosity** 60:2
**numerous** 57:10 57:22 60:7 62:2
**nunez** 16:17 26:16 28:3

**o**

**o** 4:1 146:16 159:6 161:10
**o'brien** 88:16 90:21,22
**oath** 5:22
**object** 33:11 34:19 37:7 44:5 45:1 49:9 50:22 53:13,23,24,24 55:17 57:21 64:10,11 66:1 69:17,20 70:18 71:12 73:4 74:14 75:9,16 77:16 79:22 82:25 84:18 85:12 119:25 170:5 171:3
**objection** 7:8 22:21 24:15 25:19 26:7 27:22,23 33:23 39:3,6,6 41:13 46:13,13 47:22 47:22 48:6

49:16 51:17 56:23 57:19 61:1 65:9 75:15 78:22 80:21,24 81:17 82:7,8 83:12,20,25 85:7,24 92:20 94:10 95:12 99:18 102:3 105:13 106:14 111:21 112:24 122:25 127:10 127:25 128:14 129:10 130:1,12 131:2 137:15 138:1,19 139:16 172:22
**objections** 4:14 6:25 7:2,7 54:10 54:19 59:22 72:18 74:21 76:23 87:15 131:21
**obscene** 74:22
**obviously** 27:9 31:24 34:25 36:15 37:18,19 38:22 47:10 49:11 60:7 66:5 83:6 85:16 93:20 96:24 149:9
**occasions** 157:19

**occur** 121:22,24 122:9
**occurred** 66:23 66:25 84:24 129:8 130:15 139:23 153:16
**occurring** 66:13 128:6
**occurs** 93:15
**ocean** 134:6
**odd** 144:1
**ods** 176:8 177:4 177:10
**offer** 99:11 177:17
**offering** 99:5
**offers** 99:4
**office** 25:23 26:11 27:2 47:9 120:10,18 165:22,23 166:1
**officer** 5:10
**official** 22:14 94:13,13
**offline** 60:12
**oh** 18:24 112:5 119:22 139:5 142:10 153:24 157:6,11,16
**ohio** 32:25 33:9 33:16,17
**okay** 8:21,25 9:1,4,15,21 10:14 11:14,18 11:23 12:1,17

13:3,11,15 14:3 14:5,15,24 15:4 15:19 16:9 17:1 17:18 18:2,7,12 18:12,18,24,24 19:16 20:6,12 21:2,10 22:9,18 23:25 24:8,12 24:22 25:6 26:2 26:2,2,14,21 27:14,18 28:8 29:11,16 30:3 30:15,18,20,20 31:8,17 32:3 34:4 35:11,24 37:2,7 38:18 39:12 40:1 41:6 41:21 42:6,20 43:4,15,23 46:1 46:10,23 51:3,3 51:12 52:2,23 53:12 54:6,16 54:25 55:12 56:12,19 57:15 58:7 62:19 63:6 63:24 64:8,20 65:5 66:21 68:16,20 69:11 70:3,15 71:8,21 72:22 73:16 74:3,8 77:14,22 78:8,15 79:2 80:5,5,18 81:9 81:14,22 82:13 82:13 83:24

84:4 86:3,8,13
88:4,24 89:5,8
89:14,24 90:3
91:2,11,14 92:1
92:5 94:23 95:8
96:13,18 97:17
98:11 99:8
100:6,23 101:6
101:13,20 102:7
102:16 103:6,13
103:19 104:1,15
104:24 106:21
106:21 108:1,25
109:18 112:5,13
114:3,14,17
115:3,5 116:25
118:3,21 120:11
120:24 121:17
122:11 123:7,23
124:1,7,7
126:16,16 127:1
128:5,9,19
129:17 131:15
131:15 132:7,16
133:10,15
134:13 135:9,13
135:23 136:21
136:23 137:9,11
137:22 138:11
138:25 139:7,22
140:1,4,7,13,17
140:25,25 141:7
141:13,13,25
142:10,13,17,22
142:25 143:13

144:4 145:10,17
145:20 146:7,18
146:23 147:4,7
148:2,5,7,12
149:5,9,14,24
150:7,10,18
151:12 152:8
153:2,14 154:15
154:15,19 155:9
157:6,6,16,16
157:22 158:2,2
158:5,7,17,23
159:14,14,16,21
160:6,11,17
161:3 162:14
163:7,11 164:20
165:1,24 166:3
166:3,6,8
168:25 169:7,8
170:1,13,17
171:14 173:23
174:15,16
175:17,23 176:2
176:22 177:1
179:8,16,17
**old**   101:5 153:5
154:6 156:7
157:17
**older**   122:21,21
122:22 176:17
**omission**   52:7
78:5
**omissions**   62:22
65:18

**once**   28:24
72:22 120:12
179:7
**ones**   9:12 41:5
41:17 61:19
88:22 92:10
107:6 132:18
154:16
**online**   104:9
106:6
**open**   29:5,7,23
29:23 126:2
137:3
**opening**   169:20
**operate**   178:14
**operating**
174:13 176:10
**operation**
128:17
**operational**
116:3 118:3,6
167:25
**operationally**
118:11,14
**operations**   91:1
91:13 98:24
126:24 127:21
129:3,15 130:4
130:16 159:8
168:4
**operative**   11:9
31:10
**opportunities**
4:18 49:1 69:6
169:5

**opportunity**
31:18 49:15
68:12 78:1,11
**opposed**   7:10
12:15
**ops**   158:24
159:22 165:17
**opted**   102:10
**options**   62:16
179:2
**oracle**   177:13
**oral**   4:9
**order**   6:17,22
21:20 22:5,5
95:6 99:15
141:25 142:3,8
159:19,25 160:3
167:23 179:12
**orders**   110:11
179:11
**organization**
9:19 98:4
**organize**   160:3
160:5
**organized**   124:6
134:7
**oriented**   82:21
82:24
**original**   141:25
142:3,8 159:19
159:25 167:1
**outcome**   180:12
**outset**   36:11
**outside**   15:15
16:10,24,24

37:10 39:20
40:16,24 43:10
46:8 48:24
51:23 52:20
53:15,17 56:6
58:3 61:4 62:17
63:17,20 64:15
68:15 69:3,6,25
78:14 80:3 81:4
83:7 104:13
131:9
**overall** 116:13
116:14
**overcharge**
39:24 40:17,23
43:13 45:18
47:15 49:3
51:24 69:9 73:1
78:13 131:23
132:9
**overcharged**
10:21 40:3
56:20 57:2,5,17
60:19,24 61:5
62:15 71:4,6,10
73:10 77:6,11
105:6 131:17
**overlap** 35:7
171:5
**override** 61:25
69:8 130:19,24
131:6
**overrides**
130:22 132:15

**oversees** 125:20
**overview**
135:14
**own** 16:3 68:8
144:23

**p**

**p** 3:1,1 4:11
146:18 151:24
159:6 161:21
**p.m.** 2:3 5:2
179:20
**pacific** 172:14
173:14,19,24
174:1,4,9,22
175:9,12,12
**pack** 159:20
160:14,23
161:19 163:9
**packs** 116:18
**pad** 81:5 106:3
**pads** 40:8
**page** 4:4,8 7:3
8:16 35:12
132:22 170:17
170:21 173:1
174:15,16,18
182:4,7,10,13
182:16,19
**pages** 74:17
169:9
**paid** 46:20
67:19 80:12
113:16
**pale** 76:24

**par** 136:3 137:2
140:21
**paragraph**
31:17 32:23,24
33:3 34:4,8
124:14
**parameters**
111:3
**pardon** 69:1
**part** 10:10 21:9
22:16,17,18
32:21 34:15
42:24 45:23
47:2 52:5 65:17
68:22 71:15
73:12 74:25
75:24 78:16
95:24 100:4
104:24 116:1,2
116:25 117:17
117:24 122:12
123:3 125:4
128:9,21 136:15
142:11 172:1
173:20 175:18
**partial** 137:10
138:8
**particular**
37:10 38:8
44:10 58:12,22
58:24,25 66:4
69:19 71:22
72:7 73:5
**particularly**
116:23

**parties** 67:20
**partner** 125:8
**parts** 124:13
**party** 58:19
141:19 180:11
**pass** 110:1
111:4
**passed** 111:15
144:15
**passes** 167:22
**past** 27:19 56:21
80:19 99:6
105:18 107:13
107:21
**path** 110:7
**payment** 27:21
50:11,13 104:22
**payments** 67:18
**pc** 25:23 26:11
120:10,18
165:23
**pcs** 165:22
**peak** 117:25
**pendency** 17:7
**pending** 14:12
**pennsylvania**
134:4
**people** 16:10,23
17:25 19:8,20
53:10 54:17
55:14 57:16
60:5,19,24 61:4
67:11 77:5
83:17,19 88:20
92:12 95:15

100:17 103:14
103:16 104:2,7
104:8 106:24
107:12 127:17
142:6,7 166:3,5
**percent** 107:18
118:10 133:8,9
**percentage**
27:15,20 100:13
106:12,17,24
107:12,16,20
108:12
**performed**
129:6
**period** 6:20,20
9:19 10:22 11:2
55:16 56:10
57:18 60:22
61:6 71:5,11
73:2,23 92:17
93:14 100:15
105:7 107:21
110:19 118:1
119:2 124:11
125:22 131:19
132:10 141:11
154:6,7,11,14
155:4,11,22
156:18 157:17
**permanent** 26:9
95:7
**perpetual** 21:7
174:6,10
**perpetuity**
149:8

**person** 26:15
41:12 90:16
92:21 93:2,23
111:20,20 128:8
138:22
**personal** 25:23
81:18 104:14
120:1,6,8
127:11 129:12
130:2,13,14
131:4 170:7
171:9
**personalization**
99:1,2 177:17
**personalize**
99:4
**personally**
128:5,7
**persons** 92:15
93:4 114:19
131:16
**perspective**
167:22
**phase** 176:20
**philadelphia**
134:3
**philip** 88:17
93:6
**phillip** 91:21,22
**phillips** 3:4
**phone** 29:9,9,15
104:12 106:2
123:12
**physical** 134:10

**picked** 22:6
**piece** 35:8 38:1
143:14
**pieces** 20:18
108:6
**pin** 40:8 81:5
106:3
**place** 58:25
113:11 154:3
180:7
**placed** 130:9
**places** 97:14
152:21 163:15
**placing** 129:19
**plaintiff** 5:16
11:12 69:19
70:1 135:20
137:18 140:23
141:3,24 143:12
144:20 145:16
153:13
**plaintiff's**
146:12,15
**plaintiffs** 1:5
2:2 3:3 4:15
16:6 36:3 39:13
39:16,22 43:5
43:11 45:16
46:11,17 47:2
47:11 48:15,21
49:1,6 50:5,8,14
51:1,6,21 52:5,6
53:3 54:3,7,13
55:13 56:8,14
56:17,18 57:8

60:25 61:4,10
61:13 62:6,10
62:14,20,22,23
63:14,19 64:21
64:23 65:15
67:5,17,24 68:7
68:8,12,21 69:5
69:12 70:4,11
70:13 77:25
78:11,15 79:14
80:6,10,15 81:2
81:11 87:16
137:6 142:5,16
142:24 145:4
159:3
**plan** 32:10 86:7
86:11
**planning** 21:1
89:17 93:1
97:21,25 98:2,4
152:15
**planogram**
123:19,23 124:3
124:4
**plans** 110:23
**platform** 110:2
174:20 177:2,2
177:3
**play** 116:12,14
**pleading** 37:20
**pleasantries**
18:6
**please** 5:7 6:7
59:10,21 72:15
74:20 75:10,18

76:20 77:4 86:1
92:15 115:5
118:24 124:8
131:16 179:5
**plus** 133:8
**pmh** 1:6
**point** 11:4 20:20
24:14 25:8,12
26:4,4 27:14
32:11 45:7
58:23 66:4 69:4
69:23 72:7
118:25 119:8
120:18 121:19
122:1,2,4
127:20 128:16
129:14 130:3,15
131:5 140:23
144:2 146:14
164:22 167:24
176:12,16,17,20
176:21,22
**pointing** 120:4
**points** 25:22
45:9 176:3,10
**policy** 47:20
129:23
**popshelf** 172:16
173:8,11
**portion** 171:23
**portions** 20:3
176:24
**pos** 16:20 146:7
146:9,13 149:20
163:3 176:7,9

176:12 177:18
**posed** 7:6
**position** 14:21
14:22,24 15:2
26:22 71:22
90:23,25 91:11
91:23 114:3,17
**possible** 115:17
130:9
**possibly** 21:20
41:21 117:10
**post** 149:11
**posted** 81:15,20
82:11,18
**potential** 39:24
40:17,23,23
43:13 45:18
46:19 47:14
49:3 51:1,24
54:14,22 68:13
69:7,8 103:25
132:14 170:18
**potentially**
170:6
**powerbi** 10:1
**powerpoint**
4:17 169:3,17
**practicable**
129:24
**practicing** 77:1
77:1
**pre** 141:11
**preceding**
128:24

**precluded** 53:5
61:12 62:20
**predecessor**
101:3,11 105:17
**predominance**
55:7
**preparation**
16:22,24 17:2,4
19:2,5,21 20:1
40:14 44:22
48:4 73:11 89:3
172:1
**prepare** 15:6,9
88:5
**prepared** 9:14
11:24 12:14,20
31:9 39:19 44:3
45:13 57:6 58:9
59:7,14,24 66:7
93:10
**preparing** 16:13
19:6,9,12,14,17
**preponderance**
151:2
**preponderant**
152:2
**present** 3:23
156:19
**presentation**
4:17 169:3
**presently** 84:7
**president** 14:19
89:17,22
**pretty** 38:4
135:16 177:7

**prevent** 51:8
**previous** 14:16
16:4 61:21 67:7
97:24 143:5
171:20
**previously**
103:5 131:12
141:21 146:17
**price** 11:6 22:20
23:3,4,4,8,10,13
23:22,24 24:2,4
24:6 25:9,18,24
26:3,9 34:10,23
36:20,23 38:24
39:5,24 40:6,7,7
40:10,17 42:12
43:13 45:18
46:19,20 47:8
47:15 49:3
51:24 61:25
63:21,22 67:13
68:13 69:8,8
70:5,6,16 74:2
77:11 78:13
79:6,9,9 80:8,9
80:10,11,11
81:6 93:14,19
93:21 94:1,5,5
94:14,20 95:4,4
95:5,5,7,18,23
96:1,2 97:2,2,8
97:11,15,22,22
114:25 115:2,14
115:21,24,25
116:9,14,21,21

**[price - produced]**

116:23 117:5
119:9,10 120:12
120:16 121:7,15
121:23 122:8,13
123:9,16,20,21
124:9,16,17
125:4,6 128:23
129:6,20,23
130:8,19,20,22
130:24 131:6,9
131:9,11 132:9
132:15 137:24
138:12,17 139:2
139:9,9,11,13
139:13 145:13
146:4 147:19,21
148:1,1,8
149:22 150:8,22
150:22 151:3,3
151:4,6,7,8,9,10
152:2,5 158:8
158:13,15,20,21
160:17,25 161:4
161:6,14,23
162:13,16,16,22
162:22 163:2,4
163:14,17,21,24
164:3,9,19,22
164:25 165:8
166:13,17 167:3
167:5,11,14,21
170:25 171:16
173:21 174:20
176:5 177:3,8
177:15,19 178:1

178:4,13,15,15
**priced**  152:11
**prices**  11:20
23:15 42:15
92:21,23,25
93:23 94:9
95:10,15 97:5
97:18,20 98:13
115:6 118:12
119:1,5,7
121:12 124:9
129:24 152:13
163:13 164:17
166:11,19,21
172:4 175:18
178:6
**pricing**  9:23,24
10:1,2,7,11
16:17 20:3,15
21:9 22:17,19
24:23 25:22
26:10 39:2 66:9
91:24 92:16,24
93:4,11 94:14
95:16 96:21
97:24 114:12,20
115:1,11,13,17
115:19,20 117:1
118:14 123:8
124:20 125:2,9
135:20 145:23
147:18 161:25
163:18,22 165:6
165:18 167:2,4
167:9 168:7

170:19 171:15
171:16,18,21,24
172:7,9,12,13
172:15 173:10
174:6,9,13,21
174:22 175:5,7
175:8,10,11,13
175:14,15,16
**pricings**  115:15
**primarily**  100:2
**primary**  79:13
105:15 106:5
108:11 145:20
145:21,25 146:3
**print**  26:5 131:7
131:10 159:12
165:13,22
**printed**  25:25
26:12 128:23
165:25
**printer**  122:16
122:22
**printers**  119:9
122:12,14,18
**printing**  25:16
118:9 119:9
120:19 122:13
159:10,11
**prints**  130:19,25
**prior**  65:1 96:16
101:9,12 141:11
141:15 157:5
178:7
**privilege**  36:9
37:23

**probably**  18:14
95:9 134:5
136:18 137:5
140:11 165:19
175:22 176:13
**procedure**  55:4
**proceeded**
64:23
**proceeding**
13:16
**proceedings**
180:6
**process**  10:20
27:1 64:18
71:20 73:14
93:3 105:5,20
108:7 117:24
131:6,10 142:11
147:9 164:13
166:25 167:17
173:21 177:19
178:6
**processed**  24:6
**processes**  27:12
38:6,11 39:23
39:25 40:15
94:17 121:22
122:9
**processing**
113:19 173:18
176:6
**produce**  132:1
**produced**  30:5
74:6,17 135:18

**produces** 81:5
**product** 10:1
  21:18 22:1,15
  22:20 23:14,22
  24:2 25:17 26:3
  36:9 37:23
  89:25 93:13,21
  93:22 95:2
  97:12 98:16,17
  112:1 115:7
  120:13 124:4,17
  137:12 142:13
  142:14 143:8,15
  145:24 147:24
  160:4 161:4,13
  161:15,19 162:6
**products** 10:2,7
  10:11 11:20
  50:15,21 62:24
  63:15 69:14
  70:7 77:24 78:2
  83:18 92:16,22
  93:5,12,24 95:1
  96:2,21,23
  97:13 98:7
  114:20 115:18
  116:12,14,15,17
  119:1,5 124:5,5
  124:10 131:18
  172:8,9
**program** 10:15
  100:3,7,8,25,25
  101:1,3,8
  102:17,18,22
  104:6 107:10,13

107:25
**programs**
  109:11
**promotion**
  158:13,20
**pronounce** 8:18
  12:23
**pronouncing**
  18:20,23
**propensity** 99:6
  99:13 116:16
**proper** 75:15
  144:22
**prosecution**
  64:23
**protective** 6:17
  6:22
**provide** 14:17
  16:2 36:20 37:6
  46:24 90:13
  92:18 94:24
  104:7 106:12
  128:13 167:5
**provided** 34:15
  37:9 67:24 68:1
  88:9 91:3 92:10
  97:10 100:10
  101:14 102:9,25
  105:18 126:7
  130:8 132:12
  135:19,22 137:6
  140:22 141:3,5
  141:24 142:4,16
  142:24 143:11
  144:10,20 145:4

145:16 153:12
  156:11,14 159:3
  159:7 160:15
**provides** 37:15
  100:4 105:16
**providing** 94:9
**provision** 35:20
  36:1
**provisions**
  36:14,24 58:24
**proximate** 52:4
  67:4
**proximately**
  52:7 65:16
**pseudo** 100:10
**public** 183:19
**pull** 136:16
  169:19
**pulled** 136:19
  136:21 147:18
  149:2,7
**purchase** 50:20
  62:23 63:11,11
  63:14 83:18
  98:7,16,17 99:6
  99:13,14,16
  178:25
**purchased**
  50:15 110:18
**purely** 42:21
  48:13 53:13
  55:1 56:1 59:5
  63:25,25 64:3
  69:18 75:7
  79:23

**purport** 53:5
  61:12,14
**purported** 53:3
  53:4 54:4 55:3,5
  57:9 61:10,11
  61:13 140:5
  153:12
**purpose** 18:6
  71:1
**purposes** 82:21
**pursuant** 5:9
  6:17,21
**pursuing** 64:21
**purview** 37:22
**push** 176:5
**put** 7:12 36:4,7
  36:16 43:9
  44:11 46:7
  48:23 49:16
  55:22 142:8
  147:10 152:25
**putative** 48:16
  48:21 49:6
  50:14,19 51:6
  53:1,7,22 54:8
  69:12 70:4,15
  70:21 73:17,22
  77:25
**puts** 45:9

| q |
| --- |

**qsv** 124:25
  125:1 128:6,7
  128:12,17
**quality** 124:24
  127:18

**[queried - reconciliation]**

queried  152:25
query  111:2
question  7:9
  13:24,25 14:4
  14:11 20:13
  23:17 27:19
  37:13 44:15
  45:2 53:14,19
  56:1 57:24 58:5
  59:6,21 60:3,18
  63:2 72:8,11,19
  72:25 73:19
  74:24 75:10,14
  76:20 77:4
  83:15 97:18
  125:22 126:23
  127:21 128:11
question's  28:22
questioning
  75:4
questions  7:6
  13:20,23 14:3
  25:3 27:6,11
  28:24 32:15
  75:8 135:10
  168:11 178:16
  178:19
quick  6:15 12:7
  136:6,16 146:10
  168:10 169:19
  174:15
quicker  179:2
quickly  130:9
quite  20:6
  108:16 109:21

121:13 163:25
quote  49:10

**r**

r  3:1,14 4:10
  150:20 182:3,3
r.j.  93:6 114:11
  114:12
raise  84:12
rakausky  88:16
  90:16,17
raleigh  3:6
ramsey  93:6
  113:23
randomly
  111:19
rang  149:22
range  107:18
  126:8 153:22
  164:11 170:19
rate  151:5
rather  175:24
razor  93:16
razors  21:19
reached  33:8
read  42:9,22
  43:11 44:8
  47:11 51:20,20
  63:4 66:6 76:17
  121:14 123:17
  139:18 151:6
  153:8 178:20
  181:9 183:5
reading  62:13
  158:3

real  6:15 12:7
  136:6,16 146:10
  168:10 169:19
  174:15 177:15
  178:13
really  36:6
  49:14 55:19,25
  58:23 59:2
  66:16 116:21
  171:4
reason  35:1
  85:5 117:11
  148:23 150:14
  153:15 155:13
  181:11 182:6,9
  182:12,15,18,21
reasonable  42:1
  42:10 51:8,8
  78:3
reasonableness
  167:12
reasonably
  42:18
reasons  45:2
  95:16 104:22
  105:2 150:5
  152:13
rebecca  88:16
  90:21,22
rebooting  29:19
rebranded
  101:10
recall  15:22,23
  15:25 16:1
  17:23,25 19:25

20:12 39:9
  66:19,24 74:3,8
  74:9 77:8,12
  89:10 96:13
  114:6 171:14
  172:2
receipt  38:23
  39:1,2,10 79:9
  80:12 81:6
  181:17
receipts  36:22
  38:19,21
receive  103:18
  103:20,21 168:5
  168:6
received  6:24
  22:8 66:22 71:9
  73:3,3,10,13,17
  73:22 74:1,9
  77:6 131:17
  142:9 159:10
receiving  132:8
recent  101:1
recently  130:21
  132:11
recognize  35:6
  135:11 168:25
  169:10
recollection
  173:24
reconciled  11:5
reconciles  27:11
reconciliation
  26:25

reconciliations
  27:13
record   5:14 6:6
  6:11,24 7:13,16
  21:7 32:2,4,5
  36:5,8 44:12
  45:7 49:17
  54:22 56:7
  85:16,18 86:5
  86:16,17,19,20
  86:23 94:19
  107:19 112:9
  134:17,19,20,23
  145:22 146:22
  147:16,21 148:6
  149:12 152:24
  153:3 161:17
  168:14,16,17
  174:9 179:7,7,9
  179:19
records   9:22
  21:22 94:14
  96:19 123:15
  137:7 145:16
  146:12,15
  147:18 148:11
  156:16 164:6,21
  164:21 165:2
  174:6
recovery   62:21
rectified   40:18
  49:3 62:3,16
  69:7
rectify   43:13
  46:19

recycle   122:22
reduce   98:13
reduced   39:13
reduction   125:4
refer   8:4 83:17
  123:16 126:23
reference   45:6
  132:12 143:9
  146:20 149:1
  177:6,12 178:3
  178:10
referenced
  97:23 144:12
  146:14 162:23
  173:19 181:6
referencing
  156:24
referred   79:21
  81:23 142:20
referring   8:4
  72:1 103:20,22
  109:2 121:1,9
  141:9 154:2
refers   20:25
  123:10 124:4
  141:18,20
reflect   26:11
reflected   63:18
refresh   15:16
  20:3 173:23
refreshed
  171:25
refund   62:1
  71:1,10 73:3,10
  73:17,22 77:9

132:8
refunded   70:6
  70:12,13,16
  74:12 131:23
refunds   70:24
  73:13 77:6
  131:17 132:14
regard   25:4
  27:1,6,12 28:15
  28:22 29:22
  33:16,17 36:13
  36:19,24 39:10
  39:19 42:19
  43:11 45:13
  46:17 48:10
  49:21 51:16,21
  53:14 62:14
  65:12 66:8
  67:10 68:10,11
  69:25 70:23
  77:8 81:2,24
  82:1 83:7 89:25
  94:4,17,18 95:1
  98:7 110:14
  111:24 121:6,10
  122:6 123:17
  133:22 141:5
  143:16 145:24
  159:9 164:19
  165:22 171:12
  171:21 173:10
  174:5,10,13,17
  175:13 178:2
regarding   9:24
  35:25 65:6

114:25 132:13
  165:21
regardless
  14:10 113:16
  163:18
region   17:7
  133:11,23,25
regional   133:3,5
  133:7
regions   133:14
  133:14,18
  134:12
register   40:7
  42:13 63:23
  67:14 80:9,11
  81:5 104:14
  108:5,8 124:17
  138:18 145:14
  149:23
registers   11:4
regular   124:21
regularly   92:2,3
regulatory
  79:16,20 175:16
relate   170:7
related   10:2
  20:10 48:2
  70:20 89:13
  102:19 127:6
  160:4 171:15
  180:11
relates   46:17
  48:25 59:19
relative   116:21
  144:23

**relevant** 9:19
10:22 11:1
41:25 55:16
57:18 60:22
71:5,11 73:2,23
100:14 105:7
119:2 131:18
**reliable** 177:15
178:1
**relief** 48:15 51:4
51:6 64:21
69:14 70:8
**rely** 178:6
**remedies** 61:10
61:15,18,23,24
63:20
**remember**
110:9
**reminded**
129:22
**reminding** 88:1
**remotely** 2:5
**remove** 11:20
152:15,16
**removed** 66:8
**repeat** 23:16
56:15 61:20
73:19 83:15
108:20 156:20
**rephrase** 14:5
53:19
**rephrased** 75:14
**replaced** 122:23
**replacement**
176:17

**replenishes**
21:23 22:1
**replenishment**
21:6 113:3
**replications**
142:23
**report** 28:16
29:3 30:9 133:4
169:8
**reported** 1:25
30:2
**reporter** 5:7,9
5:11,21 32:5
44:20 178:21,24
179:6 180:3
**reporter's** 180:1
**reporting** 2:5
146:5
**reports** 9:23
10:1 11:24
28:18 29:2,20
30:4,5 66:13,21
66:24 127:18
137:19 159:4
**represent** 15:17
133:8
**representations**
62:21
**representative**
7:11
**representatives**
55:5
**represented**
28:23 144:2

**representing**
15:13
**represents**
157:10
**request** 132:4
**requested** 167:3
167:14,21
180:14
**requests** 11:12
88:9,10 92:9
**require** 57:11
57:23 101:17
148:24
**required** 44:9
47:3,17,20 95:3
101:17 124:22
131:10 183:13
**requirement**
48:1,5,9 60:2
**requirements**
55:7 59:20
**requires** 79:14
128:22 176:6
**requisites** 42:2
**rerun** 168:3
**research** 30:6
137:8 142:5
143:10 144:15
150:6 159:13
160:3,5
**researched**
160:15
**researching**
142:12

**reservation** 84:6
84:22,24
**reserves** 84:11
**resolution** 79:14
**resolved** 7:2
**resource** 20:25
**resources** 125:8
**respond** 59:13
88:5
**responds** 92:21
115:11 119:3
124:15
**response** 34:14
39:19 44:18
92:19,20 93:22
97:23 114:19
115:10 124:13
**responses** 11:12
86:25 90:14
91:2 92:8,11
125:14
**responsibilities**
98:1,3 133:2
**responsibility**
127:7 171:21
**responsible**
16:16 92:15
**responsive**
132:4
**rest** 24:13
**restitution** 64:4
**retail** 23:2,3,4,8
23:22,23 90:2
117:5,11 146:1
146:2,7,9,11,13

146:14 148:11
149:14,20,20
150:8 151:6,9
151:12,13,16,18
151:19,19 152:1
152:5,7 153:6
153:10,11
160:17,18 161:2
161:8,14,15,20
162:6,9,9,10,11
162:12,13,22,22
162:25 164:2
165:7 166:13
167:6,8 174:21
**retailer** 27:7
113:6
**retailers** 178:12
**retain** 104:19,22
104:24,25 105:1
143:17
**retained** 23:7
170:3
**retains** 22:12,15
23:23 174:7
**return** 143:18
143:23 181:13
181:16
**returned** 150:16
**reveal** 78:3
**review** 15:19,21
40:20 128:22
129:6 158:24
159:22 166:14
180:13 181:7

**reviewed** 14:16
15:22,24 16:3,4
16:5 40:15,21
82:4 85:15
115:13 166:10
**reviewing** 19:8
**revionics** 97:2
**rewarding**
107:25
**rewards** 100:10
102:22 105:23
107:10
**richmond** 3:16
**ridge** 3:20
**right** 7:18 8:9
12:6 13:3 17:8
26:2,14 28:2,5,6
30:3 31:6 32:15
32:21 39:12
41:24 44:1,14
50:9 52:25
60:16 62:4
65:14,14 82:19
84:4,11 86:3,4
87:5 89:18 90:3
105:3 107:1
110:8 112:14
113:12 120:11
120:20 127:1,1
130:6 132:20
140:25 146:18
146:25 147:6
148:9,9 152:19
153:4,7 154:23
156:2 157:1,22

158:1 160:9,20
163:13 168:11
168:20 177:10
179:10
**rise** 80:14 81:11
**rivers** 134:10
**roads** 134:11
**robins** 55:9
**rohit** 16:19
**role** 14:18 90:11
97:18,20,24
98:6 114:24
115:12
**roles** 116:13,14
**rolled** 163:19,20
**rolling** 134:11
**roughly** 126:3
**routine** 111:12
**rpr** 1:25 2:5
180:19
**rtaylor** 3:17
**rule** 5:10 58:25
60:2 95:9
**rules** 13:19 55:4
74:25 175:16
**run** 167:18,18
168:1
**rung** 79:7
138:17
**running** 21:17

| s |
|---|

**s** 3:1 150:20
159:6 161:18,23
165:18 182:3

**safe** 35:20 36:1
36:13,24 43:16
43:25
**sale** 11:5 25:8
25:12,22 26:4,4
27:4 118:12,25
119:9 120:18
121:19 122:1,3
122:4 146:14
152:24 153:3,10
154:5 167:24
176:11,13,16,17
176:20,21,23
**sales** 10:1 16:18
26:20,25 27:1,7
27:10,15,20
98:5 113:1
123:15
**satisfaction**
68:23 69:4
**savaloja** 8:18,19
8:20 12:15
88:17 91:5,6,7
175:24
**savings** 103:4
**saw** 30:8 33:15
51:20 66:17
74:5 75:20
125:23 159:5
174:18
**saying** 58:17
60:1,6 71:21
82:3 117:2,7,17
139:9 148:2

**says**   39:2 46:25
47:16 49:4
50:11 51:4
55:21 56:13
57:7 64:20
78:15 79:11
81:9 114:19
115:5 121:18
124:15 128:21
129:5 130:19
131:20,21,25
132:2 136:2,14
143:18 144:4
147:14 160:21
161:8 165:12,24
172:4,13 174:19
176:7 177:14
**scan**   80:8,11
106:7
**scanned**   36:23
40:7 79:8
124:17
**scanners**   36:22
**scenario**   67:13
67:13 109:25
**science**   14:20
93:2 98:21,23
98:25 111:7,9
**scope**   7:6,8 27:6
27:23 33:12,24
34:20 37:8 39:7
47:23 50:23
53:15,18,25
54:10 56:24
57:19 61:1

71:13,16 73:5
74:15 75:23,25
77:17 78:22
79:24 81:17
82:8 83:1,12
119:25 127:10
129:10 170:6
171:4
**scott**   3:4 5:15
6:3,12 7:17 12:7
15:8 31:21 36:4
37:19 49:9
58:21 59:13
63:8 69:18
71:22 75:1,21
76:7,12 118:20
119:19 135:3
136:8 155:16
**screen**   8:9,23,25
13:4 30:22 31:1
31:5,6 42:13
87:2,6 135:1
136:2 168:22
169:7 170:21,22
**screens**   40:8,9
175:4
**scroll**   32:14
46:3 62:25
63:24 92:19
124:12 135:9
148:12 150:10
**scv**   128:13,22
128:24
**season**   98:17

**seasonal**   98:7
117:25 118:8
**seasonality**
116:1
**second**   4:12,14
30:24 31:2 32:2
35:19 42:24
45:22 47:1
50:12 51:13
63:25 68:3
72:16 82:7
87:15 108:17
112:7 157:13
168:22 176:19
**section**   35:21
117:16 123:22
**security**   104:22
105:2
**see**   9:2,3 31:6,17
33:5,6 34:12
35:22 42:4,5,12
42:14 43:2,3
45:24,25 47:4,5
48:18,19 50:17
50:18 51:10,11
52:9,10 53:8,9
55:10,11 57:13
57:14 61:16,17
62:25 63:3,5
64:6,6,7 65:3,4
65:21,22 66:16
67:21,22 69:18
70:9,10 78:6,7
78:18 79:17,18
80:16,17 81:12

81:13 87:7,18
87:19 88:18
93:7,8 95:10
99:8,15 107:20
112:11 115:8,9
116:5 117:14
119:13,14 120:3
123:15 125:11
125:12 131:20
132:5,6 136:23
136:25,25 140:3
140:5,15,16
146:23,24
147:12 148:10
148:12,18 149:1
150:13 155:16
155:23 156:9
157:2 168:9,10
169:16 170:17
170:21,23
172:17,18
174:23,24
177:20,21
178:11 179:1
**seeing**   77:8
155:18
**seeking**   28:10
28:13
**seems**   121:1
139:14 172:19
**seen**   9:8,9 54:21
56:7,13 66:13
66:15 70:24
73:25 76:6
78:24 99:14

128:7 169:2,8
169:10,22,24
**self** 106:1 107:3
107:7,9 108:4
109:13,20
**sell** 98:8,12
113:7,7 117:5,5
117:25,25
143:17,25
153:20,21
**selling** 97:14
98:18 113:4,5
148:8
**send** 12:13 47:8
109:22 110:3
163:3 177:4,4
**sending** 25:11
99:22
**sends** 24:18
25:21 168:4,4
**senior** 19:24
26:19 89:16
91:12,19,24
**sense** 21:1 38:9
108:1 111:6
113:18 121:17
137:11
**sensitive** 72:5
**sensitivity**
115:14
**sent** 6:25 12:12
24:7 120:13
122:9 171:18
181:14

**sentence** 46:5
88:11 132:2
**separately**
15:14
**series** 13:20,23
25:10 62:16
63:19 121:22,24
166:20,25
167:23,25 178:8
**served** 11:12
**service** 41:4
73:12,14 74:7
77:9 90:10
132:14
**set** 4:15 87:16
93:21 94:20
95:9 97:15
100:24 108:23
111:3 119:1,4
120:13 122:4,13
146:21 160:25
162:12 180:7
**setoff** 67:16
**sets** 92:21 147:3
**setting** 97:18,20
**settings** 21:23
**settlement** 33:9
67:19 68:1
**settling** 33:16
67:20
**seven** 28:4
**seventeenth**
57:7
**seventh** 45:20
67:15 68:20

69:1 79:11 80:1
**several** 9:11
101:7,20 102:14
112:18 121:7
124:12 127:6
144:5,5
**shape** 95:17
**share** 8:9,23,25
30:22,23,25
31:5,22,24
32:12 87:2,3,6,8
135:1,1 136:2
136:11,16 137:2
140:14,21,22
168:21,22
169:13 170:22
**sharing** 8:22
13:3
**sharris** 3:7
**she'd** 128:20
**sheet** 181:11
**shelf** 9:25 40:6
46:20 66:9
67:13 80:8,10
98:14 115:7
119:9 122:13
124:9,16 125:2
125:5 129:20,24
130:7 137:24,24
138:12 139:13
145:13 146:1,2
146:11 153:6
158:8
**shifts** 130:7

**ship** 22:2 161:19
161:22 162:6,10
162:15
**shipping** 22:2
**shoot** 110:19,19
136:1
**shopped** 55:15
**shorthand** 5:11
180:7
**show** 34:5
105:23 163:4
**showed** 147:2
160:7
**showing** 87:14
106:12 163:12
**shown** 40:8
**shows** 36:23
112:17
**shrink** 89:23,24
89:25 90:1
**shut** 86:15
**side** 128:3,17
130:16 171:6
**sides** 7:13
**sign** 38:15 78:24
105:17 178:20
181:12
**signage** 36:21
37:4,5,14,15
38:8 42:11 66:8
118:8,9
**signature**
180:17
**signed** 181:19

**[significant - sounds]**                                    Page 226

| | | | |
|---|---|---|---|
| **significant** | **skip** 48:12 77:22 | 182:2,24 183:2 | 41:8,9 49:18 |
| 170:18 | 118:21 | 183:4,12 | 50:2 54:13 |
| **signs** 78:20 | **sku** 22:14 95:3 | **snowflake** | 56:17 57:6,8 |
| **similar** 43:17 | 137:22 138:5,5 | 108:14,22,23,25 | 61:23 62:13,25 |
| 65:7 67:2 | 138:9 142:20 | 109:1,3,4,8,14 | 63:2,7 64:7,16 |
| 110:13 115:18 | 143:13,14,21 | 109:15,25 | 69:8 71:17 |
| 122:18 123:12 | 144:18 145:20 | 110:12 111:1,14 | 73:19 74:22 |
| 159:1 | 145:21,25,25 | **software** 10:25 | 76:7 80:23 82:3 |
| **similarly** 1:4 | 146:3 147:16,17 | 108:3,3,6 | 83:14 85:23 |
| **simple** 118:9 | 149:19 150:8 | 118:25 119:4,8 | 87:10 89:14 |
| **simply** 117:9 | 154:14 160:16 | 121:18 | 103:8,23 105:25 |
| 131:7 | 161:2,6 164:22 | **sold** 10:7,11 | 108:19 109:24 |
| **simultaneous** | 164:23 | 23:2 92:16,22 | 110:7 112:13,16 |
| 44:16 | **skus** 143:7 | 93:12 97:15 | 117:5 120:24 |
| **single** 29:15 | 154:16 162:23 | 106:23 112:1 | 121:4,11,14 |
| 45:6,6 87:20 | **slides** 169:25 | 119:1,5 124:10 | 134:22 136:6,19 |
| 107:7 126:14 | **slightly** 152:12 | 131:18 147:24 | 136:25 140:21 |
| 133:19 172:13 | **small** 56:8,14 | 147:25 153:7,10 | 146:10 148:14 |
| 174:20 | 123:11 | 153:22 157:17 | 148:15 149:16 |
| **sit** 44:1 | **snow** 1:14 2:2 | 157:24,24 158:6 | 151:1,12,15,17 |
| **sits** 108:13 | 4:3 5:5,23 6:3,8 | 158:12 | 151:21 152:4 |
| 109:8 | 7:20 9:4 12:15 | **sole** 67:4 | 154:2 155:4 |
| **sitting** 35:16 | 12:20 13:5 | **solution** 177:18 | 156:3,3,17 |
| 43:23 44:22 | 14:16 34:5 | **solutions** 5:12 | 157:23 158:9,10 |
| 57:15 84:16 | 35:14 44:22 | 11:19 181:23 | 169:20 176:9 |
| 85:4 107:11 | 59:11 60:18,21 | **somewhat** | 177:10,25 |
| 117:23 121:5 | 64:6 72:15 | 102:19 | 179:11 |
| **situated** 1:4 | 75:18 76:22 | **soon** 129:24 | **sort** 12:12 32:9 |
| **situation** 43:14 | 77:7 86:23 | **sorry** 8:17 15:7 | 55:22 127:7 |
| 69:8,9 | 88:17 93:4 | 17:8 18:9,18 | 141:25 159:19 |
| **six** 110:18 | 127:10 129:12 | 20:6 22:9 23:16 | 159:25 160:4 |
| **sixteenth** 57:8 | 130:2,12 131:3 | 26:18 28:12,22 | **sought** 15:15 |
| **sixth** 42:22 43:7 | 136:15 168:25 | 29:13,14 30:1 | 48:15 51:6 |
| 44:24 45:13 | 171:8 175:22 | 30:10 32:22 | **sounds** 14:14 |
| 51:14 67:1,9 | 179:18 181:1,5 | 40:19,19,25 | 86:14 125:17 |

**[source - store]**

source  67:18
  75:24 94:19
  110:24 158:14
  172:13 174:20
sources  97:4,6,7
south  160:20
southern  1:1
spans  133:25
speak  16:12
  28:8 89:2,8,9,20
  90:4 91:14
  159:8
speaking  19:8
  44:16 59:22
special  4:15
  87:16 118:7
specific  30:12
  32:14 53:14
  72:8 74:15
  79:15 99:5
  114:24 135:16
  148:4 151:4
  152:15 160:18
  163:19
specifically
  103:10 121:8
  127:21 154:8,10
  173:5
specifics  33:18
  38:9,10 60:13
  130:16 165:19
spend  132:21
spent  19:5,8,10
  19:17

spice  153:5
  154:6 156:7
  157:17
split  27:8
spoke  16:9,21
  16:23 19:25
  20:2,7 24:24
  26:16 28:6
  114:6
spoken  18:25
  19:3 50:19,25
  89:5,19 114:8
  114:14
spokeo  55:9
spreadsheet
  4:16 74:11
  96:25 134:25
  136:21 139:20
  142:3 154:25
  160:8
staffing  130:7
stake  170:19
stamp  140:1
  143:1
stand  20:24
standards  55:8
standing  69:13
  69:19 70:1,7
  71:23 72:23
  179:12
start  15:12
  25:16 38:16
  41:17 49:14
  119:6,17,20
  120:7,8,15,22

135:23 143:23
  147:20,23
  152:17 156:21
  161:1 164:9
  167:1 169:10
started  101:8,12
  102:11,13
  176:15
starting  108:7
  137:7 140:23
  159:2
starts  173:18
state  6:6 18:15
  32:25 33:9
  56:21 57:17
  60:23 61:5 65:6
  65:12 70:25
  71:4,7,11 73:1
  73:23 74:1
  79:16 95:21,24
  100:22 132:10
  133:20 134:1
  175:16 180:4
stated  46:21
  61:24
statement  39:10
  42:7 78:9
  121:10
states  1:1 32:24
  34:8 132:3
  133:23,25
statute  42:20
step  172:11
steps  166:18

sticker  123:21
stock  98:12
stop  13:3 59:22
  112:6
stopped  18:8,13
store  10:8 11:24
  16:20 17:21
  18:4,8,10,12
  21:17 22:3,8
  24:10 25:24
  26:5,6,12 27:4
  28:16,18 29:3,4
  29:15,17,17,25
  30:4 39:24 40:2
  40:16,24 41:12
  41:18 45:17
  47:8,14 49:2
  51:22,23 62:17
  62:17 63:20,20
  66:17,18,19
  67:11 68:15,15
  69:6,7 78:13,14
  78:25 79:5 80:8
  81:4,4,15,20
  82:15,16,18
  83:11,18 91:1
  91:12 92:15,23
  93:20 94:17
  98:18,24 99:9
  102:24 103:1,21
  103:22 104:12
  104:13,16
  105:21 106:22
  108:9 111:18,25
  115:12,16

**[store - supplement]**

116:15,20,24
117:10,23 119:6
120:17,25 121:2
121:5,11,14
122:5,21 123:13
123:19 124:16
124:20,24 125:3
125:6 126:12,14
126:15,21
127:18,20 128:3
128:6,8,10,17
128:23 129:3,15
129:18,22 130:4
130:16 131:7,8
131:10 133:1,20
135:21 140:4,6
140:7,8 143:3
145:17,18 146:5
146:21 147:1,17
147:20 148:2,4
148:11 149:14
149:20 150:8,21
151:4,8,9,9,11
151:18 152:5,12
152:14,14,15,16
152:18 153:11
153:21,23
154:13 156:1
157:17 158:24
159:8,11,22
160:18,19,20
161:25 162:4,5
162:11,11,17,21
162:23,25 163:4
163:17,19,21

164:3,6,8,11,14
164:18,22,23,25
165:2,7,8,8,16
166:12,12 172:5
175:19 177:16
**store's** 29:1
119:10 123:10
167:24
**stores** 10:3,7,11
11:21 17:2,4,6
17:11,12,16,24
18:14,16 21:7
23:14,15 24:4,7
24:8,11,13 25:9
34:9,17,23
36:20,21,22
55:15 56:10
66:14,20,22
78:20 90:1
92:16,22,24
94:3,9,21 104:9
115:17,25
116:10 117:22
119:2,6 120:9
120:15,24
122:10,14,17
123:5,7 124:10
124:18,22
125:19,24 126:1
126:4,6,9,18
129:7 130:8,21
131:18 132:25
133:9,13 134:7
134:11 137:14
148:3 166:16,22

168:5,5 171:19
171:25 173:10
173:22 176:11
177:5 178:2,9
**straight** 175:9
**strategies** 38:6
38:11 55:20
72:6 85:11
**strategy** 96:3
**street** 3:5,15
160:20
**strike** 13:22
23:12 52:12
53:19 60:20
63:12 114:7,18
126:10
**structure** 9:18
132:25 133:12
**struggle** 91:8
**study** 170:4
**styler** 148:13
**suave** 151:24
154:21 155:25
**sub** 65:1
**subject** 34:9,17
34:23 72:17
73:1 92:20
130:22
**submit** 6:21
127:17,18
**subordinate**
24:18
**subscribed**
99:22 180:15
183:14

**subsections**
104:23
**substantial**
54:14
**substantiate**
54:22
**sue** 53:5 61:12
61:14
**sued** 7:24
**suffered** 52:6
**sufficient** 88:12
**suggest** 22:20
136:8
**suggesting** 77:9
**suit** 113:10,17
**summarized**
27:8
**summary** 29:4
30:7
**summer** 17:17
98:12,16 99:13
**sunscreen** 98:12
99:13,16 101:23
102:2 105:24
109:21 110:15
111:13,18 113:9
113:15 117:21
**superiority** 55:7
**superseding**
62:5,7
**supervision**
180:9
**supplement**
98:16

**supplemental**
4:14 87:15
**supplied** 130:21
**support** 58:20
76:15 108:9
114:5 119:7
120:17,25 121:2
121:6,12,15
131:8 158:14
167:4
**supporting**
119:8 121:19
**supposed** 29:22
126:10 138:15
168:6
**supposedly**
138:12
**sure** 8:16 13:19
18:4 21:11
23:11 25:2
37:12 44:1 46:5
64:2 68:18
99:12 111:17
117:2 118:17
123:9 130:25
134:16 136:7
159:17 163:13
164:4 165:3,9
171:9 179:6
**survey** 177:24
**suspect** 138:7
**suspenders**
55:22
**swear** 5:7

**swipe** 105:22
**switch** 71:25
86:24
**sworn** 5:24
183:14
**symbolizes**
147:5
**synchronization**
176:5
**syndicated**
97:10
**synonym**
176:18
**synonymous**
176:25
**synonyms** 151:1
**system** 10:18
20:4,9,15,21,22
20:23 21:3,4
22:10,13 23:3,5
23:20 24:3,5,9
24:11,18 25:1,4
25:7,10,21 94:2
94:12,13 96:6,9
96:10,15,16
97:1 110:10,13
113:4 115:2
118:25 119:6,17
120:7,9,22
121:10,13,16,24
122:3 127:23
150:1,16 162:10
162:11 165:3
167:10 171:18
174:5,9 175:5

175:21 176:4,9
176:12,17
177:17 178:11
**systematic**
145:2
**systemically**
20:18,19 148:1
149:19 151:11
158:14 159:5
161:2,17,23
**systems** 16:17
24:18,19 25:8
94:2,8,19,19,25
96:20 119:8
121:18,20,25
141:4 145:22
146:4,6 147:21
148:24 149:2
152:24 158:22
160:10 161:12
162:7 165:6,18
166:17,20
171:24 172:5,13
174:13 175:19
176:4 177:16
178:14

**t**

**t** 4:1,7 151:9
152:4,6 153:11
159:7 165:18
182:3,3
**tab** 136:17
137:4,12 140:13
140:19,21,24
141:9 158:25

159:1,22
**tables** 108:23
109:17 142:21
162:12
**tabs** 136:23
141:6,21 143:5
146:17
**tag** 26:11
120:18 131:10
**tags** 25:24 42:11
**take** 4:9 6:4
14:7,9 47:12
63:19 95:2
121:25 134:14
141:3 151:21
156:4 168:10
**taken** 2:2 6:16
180:6
**takes** 36:20
**talk** 12:14 38:8
60:12 72:1
121:9
**talked** 14:8
70:19 94:3
117:21 150:5
**talking** 41:12
45:4 74:21
76:23 85:9
122:7
**talks** 118:15
130:18
**target** 99:17
101:22 102:1
111:4 126:8

**targeted** 118:2
**task** 122:19
**taylor** 3:14 5:17
  5:17 6:12 8:13
  8:19,21 12:7,11
  22:21 24:15
  25:19 26:7
  27:22 31:21
  32:4,7 33:11,23
  34:19 35:5 36:4
  37:7,18 39:3,6
  41:13 44:5 45:1
  46:13 47:22
  48:6 49:8 50:22
  51:17 53:12,23
  54:9,19 55:17
  56:23 57:19
  58:4,11 59:12
  60:1,9 61:1 63:7
  64:10 65:9 66:1
  69:17 70:18
  71:12,17,20
  72:16 73:4
  74:14 75:1,3,21
  76:7,12 77:16
  78:22 79:22
  80:21,24 81:17
  82:7,25 83:12
  83:20,25 84:18
  85:7,24 86:7,11
  86:16 87:22,25
  91:6 94:10
  95:12 99:18
  102:3 105:13
  106:14 111:21

112:6,10,13,24
118:19 119:19
119:23 122:25
127:5,25 128:14
129:9 130:1,12
131:2 134:16
135:3 136:8
137:15 138:1,19
139:16 155:16
169:12 170:5
171:3 172:22
175:21,24
178:19,24 179:1
179:8,13,15
**team** 16:20 91:1
  91:13 93:1,1,2
  97:21,25 98:22
  98:23 111:7,9
  111:10 114:13
  115:1 144:20
**teams** 74:7
  144:14 167:4
**tech** 4:18 169:5
**technical** 177:3
  177:7 178:8
**technological**
  11:19 21:1
**technology**
  11:24 28:16,18
  29:1,3,5,16 30:4
  118:25 119:4
**telephone** 41:3
  101:16 102:9
**tell** 16:12 21:18
  29:17,20 103:17

124:1 155:17
**tells** 22:2 26:3,5
  26:5
**temporarily**
  6:19
**temporary**
  125:4
**ten** 7:15 125:2
  134:14
**tender** 27:8,16
  38:25
**tendered** 79:7
  81:7
**tenders** 27:10
  42:15
**tennessee** 1:15
  3:20 5:1 109:6
  180:5
**tenth** 48:14
**teri** 88:16
**term** 90:2,2
**terminal** 106:3
  109:16 123:11
**terms** 6:22 7:3
  24:3 25:15 27:3
  80:13 81:10,15
  81:19,22,24
  82:4,11,14,15
  82:17 85:10
  98:4 105:4
  109:10 117:23
**terri** 166:1
**testified** 5:25
  13:15 44:25
  119:16 120:16

132:7 159:23
165:17
**testify** 9:14
  12:20 31:9 35:4
  35:25 36:7
  37:17 44:3 46:9
  57:6 58:10,12
  59:24 72:9,12
  72:17,20 76:5
  76:11 93:10,10
  94:16,18 118:17
  120:1,6 127:10
  129:12 130:2,10
  131:4,5 170:8
  171:8 175:20
**testifying** 8:15
  8:17 9:11,13
  10:9 35:3
**testimony** 6:18
  15:20,21 16:3,5
  16:6 19:9,9
  40:14 41:14
  46:14 51:20
  61:21 73:24
  74:24 77:7
  123:17 132:13
  173:20 175:3
  178:5 181:9,17
  183:8
**text** 102:9,12,14
  110:4
**thank** 7:18 8:8
  12:6 14:6,15
  15:4 17:1 30:20
  32:20 46:4,23

| | | | |
|---|---|---|---|
| 50:9 52:2 60:16 | 174:17 177:4,8 | 125:23 129:3 | **thursday** 1:16 |
| 86:3 87:10,25 | **think** 6:9 7:3 | 131:3 132:7 | 2:4 5:1 |
| 88:1 121:17 | 12:1,11 14:8 | 133:17 134:7 | **tickets** 29:4 |
| 135:4,15 154:5 | 16:21 17:18 | 136:9 137:10 | **ties** 93:9 141:11 |
| 158:2 178:17 | 19:5,7,20 20:4,7 | 138:3 142:19 | 141:23 |
| 179:5 | 23:19 26:14 | 144:24 145:4 | **time** 5:5 6:20,20 |
| **thanks** 6:12 | 28:5,20 29:12 | 147:14 149:24 | 9:19 10:22 11:1 |
| 7:17 35:5 120:4 | 30:15,25 34:6 | 156:3 159:14,23 | 14:7,10 55:16 |
| **theft** 90:1 | 35:8,18 37:5,5 | 167:5 168:9,12 | 56:10 57:18 |
| **theoretically** | 37:10,24 38:4,7 | 169:18 171:4,6 | 59:2,18 60:22 |
| 29:25 | 38:9,10 41:7,9 | 174:16 175:2,17 | 61:6 71:5,11 |
| **theories** 58:20 | 41:16 42:20 | 175:18,22 178:2 | 73:2,23 86:18 |
| 76:16 | 43:7,17,24 44:6 | 178:4,16 | 86:21 93:14 |
| **thereof** 180:12 | 45:8,9 46:7,16 | **thinking** 43:18 | 97:12 98:18 |
| **thing** 7:12 32:16 | 46:17 48:12 | **third** 7:12 64:2 | 100:14 105:7 |
| 32:21 47:7 48:1 | 49:9,20 51:12 | 64:14 68:4 | 107:21 110:19 |
| 60:10 106:8 | 55:18,25 57:4 | 77:22 141:19 | 111:25 124:23 |
| 129:17 130:18 | 58:5,23 59:1,2 | **thirteenth** 52:3 | 125:21,21 132:4 |
| 146:14 148:17 | 59:17 60:22 | 52:19 | 132:19,22 |
| 152:20 163:8,16 | 62:12 63:24 | **thirtieth** 68:3 | 134:18,21 |
| **things** 6:14,14 | 66:2 67:1,10 | **thirty** 68:3,3,4,4 | 143:25 144:3 |
| 15:11 21:5 | 68:2 71:15,22 | 68:6,10,20 69:1 | 147:24,25 148:1 |
| 22:12 24:20 | 72:1,2 75:4 | **thought** 42:18 | 149:2,10 151:18 |
| 27:11 29:24 | 77:14 79:4 84:4 | 43:22 62:12 | 154:14 155:4,4 |
| 30:21 31:15 | 86:6 93:9 | 143:10 | 155:21 156:19 |
| 36:21,24 37:3 | 100:21 101:8 | **thousand** | 157:15 164:22 |
| 37:21 38:19,22 | 105:15 107:17 | 166:15 | 168:15,18 175:8 |
| 40:1 42:10,17 | 110:23 111:2,16 | **three** 6:14 13:10 | 176:21 177:15 |
| 47:16 96:23 | 112:7,16 113:21 | 18:14 19:13,15 | 178:13,17 |
| 99:4 101:7,20 | 113:22 115:3 | 19:16 27:20 | 179:15,19 180:7 |
| 103:6 113:2 | 116:7,8 118:15 | 56:21 95:6 | 181:18 |
| 118:6,7,13 | 118:24 119:3,15 | 107:7,13,22 | **timeframe** |
| 120:23 123:14 | 119:16,24 | 126:13 127:16 | 181:8 |
| 151:20 152:14 | 120:12 121:14 | 128:24 133:7 | **times** 41:24,25 |
| 170:24 173:7 | 122:11 125:14 | 171:22,22 | 95:15 99:7 |

**[times - trying]**

110:11 113:15
130:7 147:2
154:9 167:6
**title** 14:18 19:23
26:18,20 30:11
30:12 89:15,16
89:21,22
**titled** 20:4 97:1
141:22 169:16
**today** 7:14 15:6
15:10,17 16:14
19:2,6,9,12 20:1
25:15 35:17
43:23 44:19,22
51:15 57:16
58:10 84:16
89:3 91:15
107:11 121:5
126:1 178:6,17
179:14
**together** 43:9
46:7 48:23
142:8 147:11
173:25 174:11
174:13
**told** 13:19
**tomorrow** 7:14
8:18 35:3
118:17 159:9
**tomorrow's**
123:17
**ton** 127:15
132:21
**top** 109:8

**topic** 12:21
19:25 20:8,10
28:21 31:9 35:1
37:10,16 53:15
58:12 71:16,18
71:19,19 72:1
72:18,21 73:6
75:24 86:25
93:9 96:19
105:5 108:2
111:16 119:20
120:3 131:3
170:2
**topics** 6:25 7:4,6
8:14,17 9:12,14
13:21 15:12,17
15:18 19:7 31:8
35:7 85:1 105:4
119:21 127:6
129:11 170:8
171:5,6
**tortfeasors**
67:20
**total** 56:9
153:10
**towards** 98:13
**track** 109:12
112:18 113:4
127:24
**tracks** 168:4
**traded** 28:9
**traffic** 115:25
116:10,20,24
117:9

**training** 129:18
**transaction**
38:25 42:14,16
49:13,21 82:2
106:10 107:5
111:25 112:2
113:16 152:21
152:22 153:9,9
153:15,17 154:8
154:13,17 155:2
156:18 157:14
158:15
**transactions**
56:9 80:14
81:11 106:17,23
107:2,4,8,8,18
108:13 113:14
154:12
**transcribed**
137:20 138:4,23
139:10,19,24
140:9,11 141:24
144:10 146:13
146:15 149:21
159:3 180:8
**transcript** 44:10
178:22 180:14
181:6,19 183:5
183:8
**transcription**
138:14,14,21
**transcripts** 6:18
**transferred**
108:8

**transfers** 25:11
**translate** 135:21
**translated**
135:19
**translates** 177:3
**transmission**
110:3
**transmitted**
94:20,25 163:12
**trent** 3:14 5:17
6:9 32:3 34:25
37:13 59:8,22
74:21 75:10
76:24
**trentle** 88:17
91:21 92:1,3
93:6
**tricky** 37:19
**tried** 159:11,11
159:13 160:5
**trip** 18:10
**truck** 22:7
**true** 133:18
139:3 183:8
**truly** 55:23
**truth** 174:21
**try** 32:1,14
49:15 102:1
132:1 144:22
160:9
**trying** 14:8
23:19,19 28:15
37:22 72:6
74:23 122:11
135:10 145:2

**[trying - upstream]**                                                    Page 233

148:16 154:12
155:3 168:10
170:1 174:17
175:17
**turbo** 148:13
**turn** 35:11
**twelfth** 51:3,5
**twentieth** 62:19
63:3,16
**twenty** 63:25,25
64:2,14,20
65:15 66:6 67:1
67:2,9,15 68:2,2
**two** 6:23 7:13
7:21 19:13 45:4
56:18 57:16
72:3 120:22
126:13 133:25
141:5,21 142:20
143:5 146:17
155:15 157:19
158:19 164:17
165:15 167:15
174:13 176:10
**type** 65:7
111:12 122:13
162:7
**types** 27:8 96:20
164:5
**typicality** 55:6
**typically** 106:2
110:22 126:20
133:25 143:22
151:4 158:20

**u**

**u** 150:20
**ultimately** 7:1
22:7 25:12,23
38:24 79:7,7
81:6 94:1 98:9
108:8 144:17,18
167:23 173:21
177:5
**unable** 145:1
**unaware** 34:22
48:10 54:2 57:1
65:8,11 67:25
70:13 73:9
81:19
**unclean** 43:1
**unclear** 17:15
70:25
**under** 55:3 60:2
78:3 159:22
180:8
**underlying** 96:2
**underneath**
30:15,17
**underpin** 23:6
**underpins**
108:12
**undersigned**
180:3
**understand**
13:18 14:4 20:7
21:11 23:19
33:7 36:18 43:8
56:17 58:9 60:9
82:6 84:21

97:13 111:17
126:14 130:25
137:5 148:17
157:22 158:2
159:14,23
161:15 165:16
165:18 171:15
**understanding**
7:20,23 9:10,13
9:17 10:9,13
13:5 20:3,14,17
20:17 24:10,17
33:8 43:10
47:11 49:20,21
88:3 89:22
97:19 98:3
104:4 113:7
120:21 125:13
135:17 137:17
138:13 154:24
155:6 169:1
170:2 173:7
**understood**
13:25 39:21
42:9 48:25
**uneconomical**
57:11,23
**unfair** 74:16
75:5,10
**unfamiliar**
128:2
**unified** 174:20
**uniform** 122:15
122:16

**uniformity**
123:4
**unique** 100:4,12
107:6 147:7,12
150:21,22
**uniquely** 100:8
**unit** 98:5 153:10
167:6
**united** 1:1
**units** 167:6,11
**unjustly** 64:4,17
**unquote** 49:10
**unstated** 84:10
**unusual** 30:9
95:18 153:20
**upc** 138:8
**upcoming**
176:22
**update** 119:1,5
129:23
**updated** 95:11
143:20 172:5
175:19
**updates** 176:6
**updating**
175:21
**upgrade** 122:22
**upload** 87:3
**uploaded** 87:5
94:2 129:1
134:25 164:19
**upset** 59:18
**upstream** 122:9
146:5 168:3
177:16

**urgency**  129:19
**use**  12:21 21:2
    21:16,17 31:22
    58:18 62:23
    63:11,14 76:14
    93:15,17 94:7,9
    96:20,23,24,24
    97:4,7,9 108:4
    108:12 109:12
    109:22 112:23
    113:1 122:14
    123:19 127:23
    151:1 164:14
    165:20 166:23
**used**  11:19 21:4
    25:9 96:13,25
    108:7 115:6
    118:25 119:4
    124:8 173:25
    181:19
**uses**  29:17
    104:16
**using**  96:8,10
    101:23 102:11
    102:13 144:19
    146:3 170:22
**usually**  110:21
**utilized**  10:25

**v**

**v**  150:20 165:10
    165:12 181:4
    182:1 183:1
**vacation**  18:7
**valid**  180:4

**validates**  167:19
    167:20
**value**  95:16
    167:7 170:19
**values**  158:19
**variance**  46:19
**varied**  125:22
**varies**  93:21,21
    125:21
**variety**  88:13
    124:18
**various**  21:23
    24:19 96:3
    97:14 119:7
    121:18,25 122:8
    123:12 131:21
    147:8 150:5
    154:12
**vehicles**  110:3
**verification**
    34:10,24 129:6
    166:18
**verified**  11:5
**verify**  169:4
    181:9
**veritext**  5:11
    181:14,23
**veritext.com**
    181:15
**vernacular**
    124:3 176:19
**version**  169:23
    169:24
**versions**  169:11

**versus**  8:17
    27:16,21 55:9
    56:8 95:23
    106:25,25
    150:25 151:18
    161:9 162:4
    163:14 164:3,6
    165:5 166:12
    172:7,7 173:25
**vertical**  156:12
**vice**  14:19 89:16
    89:22
**video**  5:6,13
    179:7,12,14
**videoconferen...**
    1:14 2:1,5 3:5,9
    3:15,19,23
**videographer**
    3:24 5:4 86:17
    86:20 112:8,12
    134:17,20
    168:14,17
    179:10,16
**videotaped**  1:14
    2:1
**view**  80:10
**violation**  139:22
    141:12,16,18,20
    141:23 145:11
    146:3 154:11,22
    155:1 156:24
**violations**
    146:16
**virginia**  3:16

**visit**  17:2,4 18:4
    18:6,10 124:22
    124:25 127:19
    128:10
**visited**  17:6,10
    17:12,13,21
    128:6
**visits**  124:24
**voluntarily**
    50:14
**voluntary**  50:11
    50:13
**vs**  1:6

**w**

**w**  151:13 152:1
    152:7
**waddington**
    156:1
**wait**  27:22
    56:23 58:11
    72:16 82:7
    112:10
**waive**  76:3,9
**waiver**  45:21,23
    46:2,12,12,17
**walk**  93:13
    159:15
**walking**  99:9
**want**  7:5 8:15
    12:13 31:23
    35:14 36:4,7,8
    36:10 37:14,25
    44:11 46:3
    49:16 56:14
    59:23 60:4,10

**[want - works]**

60:15 71:25
75:12,20 76:16
76:19 86:4
87:21 88:24
101:7 109:10
111:17 112:8
117:22 119:23
132:21 135:16
179:1
**wanted**   6:10,23
7:12 33:7 46:4
86:24 101:21
**wants**   109:11
136:10
**warehouse**
108:13,21 109:5
109:7,8 121:8
**waste**   59:2
**wasting**   59:18
**watched**   128:6
**way**   22:4,7 23:6
30:1 32:3,18
44:7 54:13
60:18 75:15,15
82:13 94:3 95:8
95:11 96:18
101:13,22
104:15 105:4,8
105:10,15 106:8
106:16 107:5
109:18 120:15
131:11 137:3
142:7 151:6
153:8 160:4
164:12 166:21

167:1 172:20
173:18 175:11
178:5 180:11
**ways**   62:2 93:24
94:16 95:14
99:20 102:1
104:8 109:15
110:22 116:16
124:18
**we've**   14:8
42:11 61:19,21
68:13 72:2
80:18 119:15
134:13 141:21
154:9 167:12
176:12
**web**   109:16
**website**   41:3
82:1,5,11,16,18
100:9 178:12
**week**   19:13
153:20 155:15
157:8
**weeks**   19:13,13
19:15,16 128:24
**welcome**   178:18
**went**   15:18
17:24 65:2
147:18
**west**   1:25 2:4
3:5 5:11 165:4
180:18
**westwood**   3:10
**whatnot**   127:7

**whereof**   180:15
**whom's**   15:23
**wide**   170:19
**window**   148:10
154:18,19,22
155:2
**winter**   98:13,14
117:24
**witness**   1:15 4:3
5:8,24 7:8,15
8:22 22:23
24:17 25:21
26:9 27:25 32:9
33:15 34:2,20
34:22 36:13
38:14 39:9
41:16 45:12
46:16 47:25
48:8 49:18
50:25 51:19
54:2,12,21 56:2
56:4 57:1,24
58:2 61:3 64:13
65:11 66:5
69:23 70:23
72:20 73:9 75:2
75:4 76:11
77:19 78:24
80:1 81:1,19
82:10 83:5,14
83:21 84:1,21
85:15 86:1 91:8
94:12 95:14
99:20 102:5
105:15 106:16

111:23 113:1
119:25 123:2
128:2,16 129:14
130:3,14 131:5
136:10 137:17
138:3,21 139:18
170:10 171:10
172:24 180:15
181:8,10,12,18
**witnesses**   7:21
**wolf**   1:3,3 12:4
55:13 135:8
169:17 181:4
182:1 183:1
**woods**   93:6
113:23
**word**   86:2 152:4
**words**   121:3
**work**   30:13 36:9
37:23 92:1,3
97:21 125:7
140:24 168:2
172:25 173:6
**worked**   20:15
90:9
**workflow**   20:18
21:9 22:19
**workflows**
22:17 25:11
**working**   90:19
**works**   30:14,15
30:17,18,19
90:8 91:1 93:18
164:13 165:25
167:17 173:18

**worries**   169:21
**wow**   126:3
**written**   50:4,7
    138:15,22 175:8
    178:22

**x**

**x**   4:1,1,7,7 150:2
    151:13 152:4,6
    166:4 180:14

**y**

**y**   150:3 152:20
    153:1 157:14
**y'all**   26:24
    27:15 86:6
    95:25 112:10,23
    166:23
**yeah**   6:12 19:14
    20:22 21:21
    22:4 23:18 24:5
    24:17 26:9 29:1
    29:8 35:5 36:13
    38:14,22 40:4
    40:25 41:2,16
    43:7 46:16
    47:10,25 54:2
    54:12 61:22
    64:13 67:9
    68:10 77:19
    78:10 81:1 84:1
    86:11,16 87:24
    93:19 95:1
    96:22 97:9,13
    98:15 102:20
    103:23 105:15

105:25 107:1
117:4,21 118:19
121:4 122:20,24
126:5 127:14
128:2 131:5
133:12,15
134:16 136:25
137:1 138:3,13
138:14,21 139:7
139:8,15,24
140:9 141:2
142:2,15 143:20
144:9 145:15,21
146:2 151:1
152:9,11 153:18
153:19 154:15
154:24 155:6,21
156:6,10,22,23
157:3 158:11,12
159:21 160:13
161:5,11 162:21
162:21 163:16
164:8 165:16
166:2,7,23,25
169:15,18
170:22 172:24
174:1 175:2
176:24 179:8
**year**   109:20
    124:21 175:1
**years**   27:20
    56:21 76:25
    77:1 96:11,12
    101:2 102:15
    103:12 107:14

107:22 171:22
171:22,22,23
**yep**   151:23
**york**   1:1,7 3:13
    4:12,14 5:18
    7:25 17:7,10,12
    17:16 18:11,13
    18:15 19:1,1,4
    27:16,21 34:10
    34:17,23 36:1
    36:21 53:10
    55:15 56:10,21
    57:17 60:24
    61:5 65:6,12
    66:22,25 70:25
    71:4,7,11 73:2
    73:13,23 74:1
    82:21 83:11
    92:22 95:22
    100:14,17,22
    103:14 106:13
    107:14,18,23
    119:5 124:18
    125:15,20,24
    129:7,19,22
    132:9 133:2,6,9
    133:13,22
    137:18 140:8
    156:1 160:20
    163:1,14,17,21
**york's**   35:20
    36:14

**z**

**z**   166:4
**zone**   150:22,23
    150:23,25,25
    151:2,2,3 152:3
    152:11,13
    163:22 164:16
**zones**   92:24
    115:15 134:9
    163:19
**zoom**   31:19
    32:18 87:23
    88:4 135:15
    136:6,9,14
    137:9

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.