# EXHIBIT 13

```
DOLLAR GENERAL STORE #14321
WHITE LAKE, NY 845-887-0225

CV LACTOSE FREE 2  070744010085 E    4.25
TOTAL SALE                          $4.25
MasterCard          8142 CHIP       $4.25
AUTH# 63848P
REF: 000000011572 AID: A0000000041010
2022-09-04  21:18:44  14321 01       0957
```

8902308660391391183169134191673351113311352

------- CUT HERE -------
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Complete survey at dgcustomerfirst.com \*
\*            For a chance to             \*
\* **WIN A $100 Gift Card**                \*
\* Weekly Drawings. Must be 18+ to enter   \*
\*            Survey Code                  \*
\*         1420-1868-1156-362              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------- CUT HERE -------

**SATURDAY SEPT. 10TH ONLY!**
DG Store Coupon         Valid 9/10/2022

# $5 OFF $25
$5 off your purchase of
$25 or more (pretax)

OR SHOP ONLINE, USE PROMO CODE DGSAVE5SEP

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X5627631129902431

------- CUT HERE -------

WOLF_000001



WOLF_000002





**WOLF_000003**



WOLF_000004