# EXHIBIT 14



OPP002-0000253