# EXHIBIT 15



```
         DOLLAR GENERAL STORE #14321
          WHITE LAKE, NY 845-887-0225


CV HMSTYL WAFFLES  686151403398 E      3.00
YUMMY DINO CHICKEN 064563226932 E      6.25
OEP STD   STF TACO 016000287362 E      3.25
JM BEEF HOT DOGS   044700075050 E      5.00
BIRDSEYE BROC FLOR 014500021830 E      2.75
BIRDSEYE SWEET GRE 014500021007 E      1.50
ORE-IDA GLD CRINKL 013120002861 E      6.25
DM CLSSCS TOMATO S 024000256496 E      1.60
  2 @ 0.80
STARKIST CHUNK TUN 080000006738 E      2.30
  2 @ 1.15
LAYS WAVY BBQ      028400043496 E      3.95
STORE DISCOUNT                         0.95-
LAYS REGULAR 8OZ   028400199148 E      3.95
STORE DISCOUNT                         0.95-
TOTAL SALE                           $37.90
Mastercard              6329 CHIP    $37.90
AUTH# 60042P
REF: 000000018148 AID: A0000000041010

              TOTAL SAVINGS
                 $1.90
2023-01-11   13:05:27   14321 01          7004
```

WOLF_000006