# EXHIBIT 16





WOLF_000008



DOLLAR GENERAL

DOLLAR GENERAL STORE #14321
1034 STATE ROUTE 17B
WHITE LAKE, NY 12786
(845) 887-0225

SALE TRANSACTION

| LOL LF VANILLA YOGURT | $0.75 |
| 3450635493 | |
| LOL LF VANILLA YOGURT | $0.75 |
| 3450635493 | |
| LOL LF VANILLA YOGURT | $0.75 |
| 3450635493 | |
| LO HALF HALF ESL | $4.00 |
| 3450632027 | |

Items in Transaction: 4
Balance to pay        $6.25
MasterCard            $6.25

PAYMENT CARD PURCHASE TRANSACTION
CUSTOMER COPY

MASTERCARD
Type: MOBILE                      ************0142
MID: ******27013   Auth Code: 770410
TOTAL PURCHASE     TID:     ****5070
                              $6.25

No Cardholder Verification

Please retain for your records

Save Time, Save Money,
Every Day! At Dollar General

STORE   TILL   TRANS       DATE
14321   11     34087    12-11-22 1:43 PM

Your cashier was 500