# EXHIBIT 17

Citi® Double Cash Card



CARMEN E WOLF

www.citicards.com

Billing Period: 11/15/22-12/14/22

TTY:711

www.citicards.com

Customer Service 1-855-473-4583
TTY:711

Page 2 of 4

CARMEN E WOLF

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

thankyou from citi

**Member ID:**

**Payments, Credits and Adjustments**



www.citicards.com Customer Service 1-855-473-4583 TTY:711 Page 3 of 4

CARMEN E WOLF

**Standard Purchases, cont'd**

| Trans. date | Post date | Description | Amount |
| --- | --- | --- | --- |

00073

www.citicards.com
CARMEN E WOLF

Customer Service 1-855-473-4583
TTY:711

Page 4 of 4

Standard Purchases, cont'd

| Trans. date | Post date | Description | Amount |
| --- | --- | --- | --- |
| | 12/11 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $6.25 |

WOLF_000074

WOLF_000076