# EXHIBIT 18

Filter By: 01/03/2023 - 08/10/2023 ⊗ | Amount | Category | Card

⬇ Download Transactions    🖨 Print

| | DATE | DESCRIPTION | | CATEGORY | CARD | AMOUNT |
|---|---|---|---|---|---|---|
| ˅ | Aug 02 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $18.65 |
| ˅ | Apr 25 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $13.99 |
| ˅ | Apr 15 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $52.52 |
| ˅ | Apr 14 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $6.00 |
| ˅ | Apr 10 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $26.12 |
| ˅ | Mar 27 | DOLLAR GENERAL | Dollar General | Merchandise | Carmen W. ...7698 | $24.57 |

WOLF_000087