# EXHIBIT 19



WOLF_000088