# EXHIBIT 20

**⊗ Dec 14, 2021 - Dec 31, 2021**   Clear All

| Date | Description | Amount |
|---|---|---|
| + Dec 27, 2021 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $2.65 |
| End of Activity | **Total Activity Date range** | **$2.65** |

WOLF_000089