# EXHIBIT 21

**Jan 1, 2022 - Mar 1, 2022**  Clear All

| Date | Description | Amount |
|---|---|---|
| + Feb 23, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $13.89 |
| + Jan 22, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $22.01 |

End of Activity  Total Activity Date range

WOLF_000090