# EXHIBIT 22

**ⓧ Mar 1, 2022 - May 1, 2022**   Clear All

| Date | Description | Amount |
|---|---|---|
| ＋ Apr 23, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $5.40 |
| ＋ Apr 23, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $41.17 |
| ＋ Apr 13, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $9.18 |

WOLF_000091