# EXHIBIT 23

**May 1, 2022 - Jul 1, 2022**   Clear All

| Date | Description | Amount |
|---|---|---|
| Jun 21, 2022 | FAMILY DOLLAR #6112 BRONX NY | $62.10 |
| Jun 07, 2022 | FAMILY DOLLAR #6112 BRONX NY | $32.72 |
| Jun 06, 2022 | FAMILY DOLLAR #6112 BRONX NY | $57.78 |
| Jun 05, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $36.99 |

WOLF_000092