# EXHIBIT 24

Jul 1, 2022 - Sep 1, 2022    **Clear All**

| Date | Description | Amount |
|------|-------------|--------|
| + Aug 20, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $22.48 |

WOLF_000093