# EXHIBIT 25

**⊗ Sep 1, 2022 - Nov 1, 2022**   Clear All

| Date | Description | Amount |
|---|---|---|
| Oct 29, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $6.43 |
| Oct 29, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $15.85 |
| Oct 22, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $21.79 |
| Oct 10, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $6.80 |
| Sep 18, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $7.50 |
| Sep 17, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $4.15 |
| Sep 16, 2022 | FAMILY DOLLAR #6112 BRONX NY | $25.37 |
| Sep 04, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $4.25 |

WOLF_000094