# EXHIBIT 26

**Nov 1, 2022 - Dec 31, 2022**  Clear All

| Date | Description | Amount |
|---|---|---|
| Dec 11, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $6.25 |
| Dec 10, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $2.00 |
| Dec 10, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $18.36 |
| Nov 20, 2022 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $18.09 |

WOLF_000095