# EXHIBIT 27

**Jan 1, 2023 - Mar 1, 2023**  Clear All

| Date | Description | Amount |
|---|---|---|
| Feb 11, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $11.20 |
| Jan 28, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $23.76 |
| Jan 14, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $11.95 |

WOLF_000096