# EXHIBIT 28

**⊗ Mar 1, 2023 - May 1, 2023**   Clear All

| Date ↓ | Description | Amount |
|---|---|---|
| + Apr 11, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $37.90 |
| + Apr 09, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $16.13 |
| + Apr 09, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $23.76 |
| + Apr 08, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX… | $3.19 |