# EXHIBIT 29

**⊗ May 1, 2023 - Jul 1, 2023**   Clear All

| Date | Description | Amount |
|---|---|---|
| May 20, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $12.96 |
| May 19, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $37.01 |

WOLF_000098