# EXHIBIT 30

**⊗ Jul 1, 2023 – Sep 1, 2023**   **Clear All**

| Date ↓☰ | Description ☰ | Amount ☰ |
|---|---|---|
| ＋ Aug 26, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $8.24 |
| ＋ Aug 26, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $37.70 |
| ＋ Aug 17, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $9.60 |
| ＋ Aug 15, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $4.25 |
| ＋ Aug 13, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $2.25 |
| ＋ Aug 13, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $14.22 |
| ＋ Aug 11, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $18.00 |
| ＋ Aug 10, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $17.00 |
| ＋ Aug 10, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY Digital Account Number XXXXXX... | $20.29 |
| ＋ Aug 01, 2023 | DOLLAR GENERAL #14321 MONGAUP VALLE NY | $39.33 |

WOLF_000099