# EXHIBIT 31

**Sep 1, 2023 - Nov 1, 2023**   Clear All

| Date | Description | Amount |
|---|---|---|
| Oct 28, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $6.80 |
| Oct 28, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $15.43 |
| Oct 14, 2023 | DOLLAR TREE MONTICELLO NY Digital Account Number XXXXXXXXXXX2595 | $18.90 |

WOLF_000100