# EXHIBIT 32

**ⓧ Nov 1, 2023 - Dec 1, 2023**   Clear All

| Date | Description | Amount |
|---|---|---:|
| Nov 26, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $14.58 |
| Nov 24, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $17.24 |
| Nov 19, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $2.16 |
| Nov 12, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $44.50 |
| Nov 11, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $3.95 |
| Nov 05, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY | $5.50 |