# EXHIBIT 33

**⊗ Dec 1, 2023 - Dec 31, 2023**   Clear All

| Date | Description | Amount |
|---|---|---|
| Dec 31, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $3.75 |
| Dec 30, 2023 | DOLLAR TREE MONTICELLO NY Digital Account Number XXXXXXXXXXX2595 | $30.85 |
| Dec 30, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $6.05 |
| Dec 26, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $28.15 |
| Dec 16, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $3.24 |
| Dec 10, 2023 | DOLLAR GENERAL #14321 WHITE LAKE NY Digital Account Number XXXXXXXXX... | $1.08 |

WOLF_000102