# EXHIBIT 34



CONFIDENTIAL　　　　DG_WOLF_0040629