# EXHIBIT 35

| Fiscal Year | Format | | SKUs |
|---|---|---|---|
| 2023 | DGH | Dollar General Hybrid | 19593 |
| 2023 | DGHP | Dollar General Hybrid Plus | 19926 |
| 2023 | DGP | Dollar General Plus | 20534 |
| 2023 | DGPM | Dollar General Plus Market | 21040 |
| 2023 | DGPP | Dollar General Plus Plus | 20933 |
| 2023 | DGS | Dollar General Small | 16173 |
| 2023 | DGT | Dollar General Traditional | 18978 |
| 2023 | DGTP | Dollar General Traditional Plus | 20012 |
| 2023 | DGU | Dollar General Urban | 13514 |

CONFIDENTIAL
DG_WOLF_0040637