# EXHIBIT 36

| Fiscal Year | State | Price Override Transactions | Price Override Item Units |
|---|---|---|---|
| 2019 | NY | 56,291 | 154,579 |
| 2020 | NY | 526,735 | 1,307,759 |
| 2021 | NY | 527,681 | 1,333,157 |
| 2022 | NY | 820,822 | 2,097,608 |
| 2023 | NY | 729,012 | 1,838,771 |
| 2024 | NY | 68,121 | 199,280 |

| Fiscal Year | State | Price Override Transactions | Price Override Item Units |
|---|---|---|---|