# EXHIBIT 38

23338



DG_WOLF_0040798

22710



DG_WOLF_0040799

10547



DG_WOLF_0040800

22275



DG_WOLF_0040801

18657



DG_WOLF_0040802

21766



DG_WOLF_0040803

9029



DG_WOLF_0040804

9701



DG_WOLF_0040805