# EXHIBIT 39



OPP002-0000017