# EXHIBIT 40



OPP002-0000018