# EXHIBIT 41



OPP002-0000021