# EXHIBIT 42



OPP002-0000022