# EXHIBIT 43



OPP002-0000023