# EXHIBIT 44



OPP002-0000024