# EXHIBIT 46

