# EXHIBIT 47



**Extraction Report** - Apple iPhone



Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 8.8.100.46 |
| Report creation time | 12/21/2023 12:41:51 PM -05:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Examiner name | Nicole Ambrosio, CCO, CCPA |
| Case number | 23-0007 |
| Case name | iPhone 12 Pro Max - DannLaw - Joseph Wolf v DolGen |
| Evidence number | E23-0007-01 |
| Organization | CyForce, Inc. |

1

Source Extraction

| Advanced Logical | |
|---|---|
| Extraction start date/time | 10/11/2023 8:05:15 PM(UTC-4) |
| Extraction end date/time | 10/11/2023 8:42:35 PM(UTC-4) |
| Unit identifier | 169635286 |
| UFED version | 7.66.1.150 |
| Internal version | 7.66.1.150 |
| Selected manufacturer | Apple |
| Selected device name | A2342 iPhone 12 Pro Max |
| Machine name | CYFORCE-DESKTOP |
| Connection type | Cable No. 210 or Original Cable |
| Is encrypted | Encrypted by Physical/Logical Analyzer during the extraction process for user credentials information |
| Backup password | 1234 |
| Extraction type | Advanced Logical |
| Extraction ID | 48C89AA2-5DFD-42B4-AA3F-0B0AC0EA6AC5 |
| Extraction (UFD) file data integrity | Intact |

## Image Hash Details (1)

✅ Extraction images are verified.

| # | Name | Info | |
|---|---|---|---|
| 1 | FileDump ✅ Verified | Path | Apple_A2342 iPhone 12 Pro Max.zip |
| | | Size (bytes) | 58705686265 |
| | | MD5 | N/A |

## Contents

| Type | Included in report | Total |
|---|---|---|
| 🖥 Instant Messages | 8 | 8 |
| 📄 Data Files | 23 | 23 |
| 🖼 Images | 23 | 23 |
| 🏷 Tagged items | 31 | 31 |

## Instant Messages (8)

⚠ Events indicated in blue are ones that have been enriched.

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|---|---|---|---|---|---|---|
| 1 | Native Messages | jw577@nyu.edu Queens Apt Wolf* (owner) | | **Timestamp:** 10/29/2022 9:48:43 AM(UTC-4) | **Direction:** Outgoing **Message Deleted Reason:** Unknown **Body:** I'm sure only Dollar General would work with him now Status: Sent **Message Type:** iMessage **Folder:** Sent **Priority:** Normal Platform: | | 🏷 |

OPP002-0000252

| | | | | Timestamp: | |
|---|---|---|---|---|---|

| 2 | Native Messages | +17324065909<br>Queens Apt Wolf* (owner) | +16466737934<br>Carmen My Princess* | 4/19/2023 5:42:41 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Message Deleted Reason:**<br>Unknown<br>**Body:**<br>Where's that other receipt for dollar general? |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737934<br>Carmen My Princess | 4/19/2023<br>5:42:42<br>PM(UTC-4) | | |

Status: Sent
**Message Type:**
iMessage
**Folder:**
Sent
**Priority:**
Normal
Platform:

| 3 | Native Messages | +16466737934<br>Carmen My Princess* | +17324065909<br>Queens Apt Wolf* (owner) | **Timestamp:**<br>4/22/2023 9:20:35 PM(UTC-4) | **Direction:**<br>Incoming<br>**Message Deleted Reason:**<br>Unknown<br>**Body:**<br>I'll just get done thing at dollar general |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17324065909<br>Queens Apt Wolf | | 4/22/2<br>023<br>9:41:3<br>7<br>PM(U<br>TC-4) | |

Status: Read
**Message Type:**
iMessage
**Folder:**
Inbox
**Priority:**
Normal
Platform:

| 4 | Native Messages | +17324065909<br>Queens Apt Wolf* (owner) | +16466737934<br>Carmen My Princess* | **Timestamp:**<br>4/24/2023 1:06:47 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Message Deleted Reason:**<br>Unknown<br>**Body:**<br>Can you send me the new receipts from the latest dollar general purchase! |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737934<br>Carmen My Princess | 4/24/2023<br>1:06:47<br>PM(UTC-4) | | |

Status: Sent
**Message Type:**
iMessage
**Folder:**
Sent
**Priority:**
Normal
Platform:

| 5 | Native Messages | +17324065909<br>Queens Apt Wolf* (owner) | +16466737591<br>Jennifer Viciedo* | **Timestamp:**<br>6/3/2023 6:48:38 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Message Deleted Reason:**<br>Unknown<br>**Body:**<br>Hey Jen, Daniela asked what she can contribute. Tell her she can go to the gas station or dollar general and get marshmallow, herseys and Graham crackers for s'mores pleasw |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737591<br>Jennifer Viciedo | 6/3/2023<br>6:48:39<br>PM(UTC-4) | | |

Status: Sent
**Message Type:**
iMessage
**Folder:**
Sent
**Priority:**
Normal
Platform:

OPP002-0000252

| 6 | Native Messages | +17324065909 | +16466737934 | **Timestamp:** 1/2/2023 10:59:44 AM(UTC-5) | **Direction:** Outgoing **Message Deleted Reason:** Unknown | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737934 | 1/2/2023 10:59:45 AM(UTC-5) | | |

**Attachments:**

Re Dollar General.png
https://p72-content.icloud.com/M873632451E600221135058C570F658054AE065C15CB983AC4EBAB924113580FA.C01USN00
~/Library/SMS/Attachments/90/00/F37FFB6F-F732-4CDC-BFB0-FEC1D46E9DE0/Re Dollar General.png

Status: Sent
**Message Type:** iMessage
**Folder:** Sent
**Priority:** Normal
Platform:

| 7 | Native Messages | | | **Timestamp:** 6/8/2023 10:55:04 AM(UTC-4) | **Direction:** Outgoing **Message Deleted Reason:** Unknown | |

**Attachments:**

Dollar General  Phone Preservation.png
/var/tmp/com.apple.messages/com.apple.MobileSMS/Media/C6B841F2-DA54-4A59-82A8-190F8B1C4C2B/Dollar General  Phone Preservation.png
(Empty File)

**Message Type:** App Message
**Priority:** Normal
Platform:

| 8 | Native Messages | +16466737934 | +17324065909 | **Timestamp:** 12/11/2022 12:43:23 PM(UTC-5) | **Direction:** Incoming **Message Deleted Reason:** Unknown **Body:** - 3 land o lake vanilla yogurts (take picture of prices) - bread crumbs - horse radish - small heavy cream | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17324065909 | | 12/11/2022 12:46:47 PM(UTC-5) | |

Status: Read
**Message Type:** iMessage
**Folder:** Inbox
**Priority:** Normal
Platform:

OPP002-0000252

Data Files (23)

Images (23)

| # | File Info | | Additional file info | | Thumbnail | Deleted | * |
|---|---|---|---|---|---|---|---|
| 1 | Name: | 5005.JPG | Size (bytes): | 57517 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3639.HEIC/5005.JPG | Created: | 12/11/2022 1:29:27 PM(UTC-5) | | | |
| | | | Modified: | 12/11/2022 1:29:27 PM(UTC-5) | | | |
| | | | Accessed: | 12/11/2022 1:29:27 PM(UTC-5) | | | |
| | MD5: | e7f4486b9b0bd637548adec52c98eeb0 | Capturing Device: | External | | | |
| | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | | |
| | MD5 in origin: | N/A | | | | | |
| 2 | Name: | 5005.JPG | Size (bytes): | 59713 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3637.HEIC/5005.JPG | Created: | 12/11/2022 1:29:09 PM(UTC-5) | | | |
| | | | Modified: | 12/11/2022 1:29:09 PM(UTC-5) | | | |
| | | | Accessed: | 12/11/2022 1:29:09 PM(UTC-5) | | | |
| | MD5: | 15c2a0d5050a7fa057f638d059748910 | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |
| 3 | Name: | 5005.JPG | Size (bytes): | 69381 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3640.HEIC/5005.JPG | Created: | 12/11/2022 1:49:35 PM(UTC-5) | | | |
| | | | Modified: | 12/11/2022 1:49:35 PM(UTC-5) | | | |
| | | | Accessed: | 12/11/2022 1:49:35 PM(UTC-5) | | | |
| | MD5: | 3a523a3f66b519387ecc6c8303fcd7b5 | Capturing Device: | External | | | |
| | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | | |
| | MD5 in origin: | N/A | | | | | |
| 4 | Name: | 5005.JPG | Size (bytes): | 75320 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2038.HEIC/5005.JPG | Created: | 9/4/2022 9:19:29 PM(UTC-4) | | | |
| | | | Modified: | 9/4/2022 9:19:29 PM(UTC-4) | | | |
| | | | Accessed: | 9/4/2022 9:19:29 PM(UTC-4) | | | |
| | MD5: | d6f3c6e060ae3ff9bba2d138080ba0ae | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |
| 5 | Name: | 5005.JPG | Size (bytes): | 88477 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2228.HEIC/5005.JPG | Created: | 9/18/2022 3:47:10 PM(UTC-4) | | | |
| | | | Modified: | 9/18/2022 3:47:10 PM(UTC-4) | | | |
| | | | Accessed: | 9/18/2022 3:47:10 PM(UTC-4) | | | |
| | MD5: | 8f9c9f7adddda8566323a66e77a6b90 | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |
| 6 | Name: | 5005.JPG | Size (bytes): | 55407 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2662.HEIC/5005.JPG | Created: | 10/10/2022 8:52:58 AM(UTC-4) | | | |
| | | | Modified: | 10/10/2022 8:52:58 AM(UTC-4) | | | |
| | | | Accessed: | 10/10/2022 8:52:58 AM(UTC-4) | | | |
| | MD5: | e69a1bf4345c7cfa7094b1dd0d46cf6a | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |
| 7 | Name: | 5005.JPG | Size (bytes): | 51279 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2659.HEIC/5005.JPG | Created: | 10/10/2022 8:52:50 AM(UTC-4) | | | |
| | | | Modified: | 10/10/2022 8:52:50 AM(UTC-4) | | | |
| | | | Accessed: | 10/10/2022 8:52:50 AM(UTC-4) | | | |
| | MD5: | 7bea4bc783f5da5f7c8800f93bf2f55f | Capturing Device: | External | | | |
| | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | | |
| | MD5 in origin: | N/A | | | | | |
| 8 | Name: | 5005.JPG | Size (bytes): | 49919 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2660.HEIC/5005.JPG | Created: | 10/10/2022 8:52:53 AM(UTC-4) | | | |
| | | | Modified: | 10/10/2022 8:52:53 AM(UTC-4) | | | |
| | | | Accessed: | 10/10/2022 8:52:53 AM(UTC-4) | | | |
| | MD5: | ee81341859d768e95d1c6a1d93c68901 | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |
| 9 | Name: | 5005.JPG | Size (bytes): | 47053 |  | | |
| | Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2661.HEIC/5005.JPG | Created: | 10/10/2022 8:52:55 AM(UTC-4) | | | |
| | | | Modified: | 10/10/2022 8:52:55 AM(UTC-4) | | | |
| | | | Accessed: | 10/10/2022 8:52:55 AM(UTC-4) | | | |
| | MD5: | daf3ecc855c02af2455a8c88a8f7d42a | Capture Origin Reasoning: | Saved Copy | | | |
| | MD5 in origin: | N/A | | | | | |

OPP002-0000252

| # | | | | | |
|---|---|---|---|---|---|
| 10 | **Name:** | 5005.JPG | **Size (bytes):** | | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2040.HEIC/5005.JPG | **Created:** | 9/5/2022 10:11:10 AM(UTC-4) | |
| | | | **Modified:** | 9/5/2022 10:11:10 AM(UTC-4) | |
| | | | **Accessed:** | 9/5/2022 10:11:10 AM(UTC-4) | |
| | **MD5:** | 6f9542c5813d963aee3ab741fbd042f4 | **Capturing Device:** | External | |
| | | | **Capture Origin Reasoning:** | Saved Copy Creation Dates Conflict | |
| | **MD5 in origin:** | N/A | | | |
| 11 | **Name:** | 5005.JPG | **Size (bytes):** | 89434 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2299.HEIC/5005.JPG | **Created:** | 9/24/2022 4:15:45 PM(UTC-4) | |
| | | | **Modified:** | 9/24/2022 4:15:45 PM(UTC-4) | |
| | | | **Accessed:** | 9/24/2022 4:15:45 PM(UTC-4) | |
| | **MD5:** | bd0c12376fbc5516f439e63a94c1c3ae | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 12 | **Name:** | 5005.JPG | **Size (bytes):** | 76138 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/116APPLE/IMG_6162.HEIC/5005.JPG | **Created:** | 10/23/2021 4:23:21 PM(UTC-4) | |
| | | | **Modified:** | 10/23/2021 4:23:21 PM(UTC-4) | |
| | | | **Accessed:** | 10/23/2021 4:23:21 PM(UTC-4) | |
| | **MD5:** | c34706ca30836364053fb8a93062762e | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 13 | **Name:** | 5005.JPG | **Size (bytes):** | 76917 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2238.HEIC/5005.JPG | **Created:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | **MD5:** | f87b577c78252b7bc5757c70d253122b | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 14 | **Name:** | 5005.JPG | **Size (bytes):** | 55527 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2663.HEIC/5005.JPG | **Created:** | 10/10/2022 8:53:00 AM(UTC-4) | |
| | | | **Modified:** | 10/10/2022 8:53:00 AM(UTC-4) | |
| | | | **Accessed:** | 10/10/2022 8:53:00 AM(UTC-4) | |
| | **MD5:** | b4d219a42ded7168594f2ec03f27fa20 | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 15 | **Name:** | 5005.JPG | **Size (bytes):** | 81145 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2227.HEIC/5005.JPG | **Created:** | 9/18/2022 3:46:11 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 3:46:11 PM(UTC-4) | |
| | | | **Accessed:** | 9/18/2022 3:46:11 PM(UTC-4) | |
| | **MD5:** | 0a41551c9938fa742bc6c7e52d9dcadf | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 16 | **Name:** | 5005.JPG | **Size (bytes):** | 74295 | |
| | **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2237.HEIC/5005.JPG | **Created:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | **MD5:** | 117ee1cc96476b99b03bb11e35d4e54f | **Capture Origin Reasoning:** | Saved Copy | |
| | **MD5 in origin:** | N/A | | | |
| 17 | **Name:** | IMG_2228.HEIC | **Size (bytes):** | 2074992 | |
| | **Path:** | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2228.HEIC | **Created:** | 9/18/2022 3:47:09 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 3:47:10 PM(UTC-4) | |
| | **MD5:** | 39569a4098adea76b95596535c87c3b3 | **Accessed:** | 9/18/2022 3:47:10 PM(UTC-4) | |
| | **MD5 in origin:** | N/A | | | |
| 18 | **Name:** | IMG_2238.HEIC | **Size (bytes):** | 2055605 | |
| | **Path:** | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2238.HEIC | **Created:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | **MD5:** | fad118e74a7f4db864824093025bd004 | **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| | **MD5 in origin:** | N/A | | | |
| 19 | **Name:** | IMG_2227.HEIC | **Size (bytes):** | 1517578 | |
| | **Path:** | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2227.HEIC | **Created:** | 9/18/2022 3:46:10 PM(UTC-4) | |
| | | | **Modified:** | 9/18/2022 3:46:11 PM(UTC-4) | |
| | **MD5:** | ccc4397551e70197b4e9c18e53c79a19 | **Accessed:** | 9/18/2022 3:46:11 PM(UTC-4) | |
| | **MD5 in origin:** | N/A | | | |

OPP002-0000252

| 20 | Name: | IMG_2237.HEIC | Size (bytes): | 2000869 | |
| | Path: | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2237.HEIC | Created: | 9/18/2022 5:35:40 PM(UTC-4) | |
| | | | Modified: | 9/18/2022 5:35:41 PM(UTC-4) | |
| | | | Accessed: | 9/18/2022 5:35:41 PM(UTC-4) | |
| | MD5: | 426e3ce8ad0903c532e3abb72081450f | | | |
| | MD5 in origin: | N/A | | | |
| 21 | Name: | IMG_2661.HEIC | Size (bytes): | 2184312 | |
| | Path: | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2661.HEIC | Created: | 10/10/2022 8:52:54 AM(UTC-4) | |
| | | | Modified: | 10/10/2022 8:52:54 AM(UTC-4) | |
| | MD5: | c6c6359f07419070c7049649e57ba7c6 | Accessed: | 10/10/2022 8:52:54 AM(UTC-4) | |
| | MD5 in origin: | N/A | | | |
| 22 | Name: | IMG_2299.HEIC | Size (bytes): | 2270308 | |
| | Path: | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2299.HEIC | Created: | 9/24/2022 4:15:44 PM(UTC-4) | |
| | | | Modified: | 9/24/2022 4:15:45 PM(UTC-4) | |
| | MD5: | e68ec97c5bcae6136747ad9f15c378f3 | Accessed: | 9/24/2022 4:15:45 PM(UTC-4) | |
| | MD5 in origin: | N/A | | | |
| 23 | Name: | IMG_6162.HEIC | Size (bytes): | 2289218 | |
| | Path: | iPhone (47)/mobile/Media/DCIM/116APPLE/IMG_6162.HEIC | Created: | 10/23/2021 4:23:21 PM(UTC-4) | |
| | | | Modified: | 10/23/2021 4:23:21 PM(UTC-4) | |
| | MD5: | 2902ed70eaf672fa1c5512bc1893cd36 | Accessed: | 10/23/2021 4:23:21 PM(UTC-4) | |
| | MD5 in origin: | N/A | | | |

## Tagged items (31)

| # | Type | Event | Tags | Created | Modified | Back |
|---|------|-------|------|---------|----------|------|
| 1 | Images | 5005.JPG | Dollar General | 10/17/2023 12:40:20 PM | 12/18/2023 12:16:15 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 57517 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3639.HEIC/5005.JPG | | Created: | 12/11/2022 1:29:27 PM(UTC-5) | | |
| | | | Modified: | 12/11/2022 1:29:27 PM(UTC-5) | | |
| | | | Accessed: | 12/11/2022 1:29:27 PM(UTC-5) | | |
| MD5: | e7f4486b9b0bd637548adec52c98eeb0 | | Capturing Device: | External | | |
| MD5 in origin: | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|------|-------|------|---------|----------|------|
| 2 | Images | 5005.JPG | Dollar General | 10/17/2023 12:41:06 PM | 12/18/2023 12:16:22 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 59713 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3637.HEIC/5005.JPG | | Created: | 12/11/2022 1:29:09 PM(UTC-5) | | |
| | | | Modified: | 12/11/2022 1:29:09 PM(UTC-5) | | |
| | | | Accessed: | 12/11/2022 1:29:09 PM(UTC-5) | | |
| MD5: | 15c2a0d5050a7fa057f638d059748910 | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|------|-------|------|---------|----------|------|
| 3 | Images | 5005.JPG | Dollar General | 10/17/2023 12:41:25 PM | 12/18/2023 12:16:26 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 69381 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/123APPLE/IMG_3640.HEIC/5005.JPG | | Created: | 12/11/2022 1:49:35 PM(UTC-5) | | |
| | | | Modified: | 12/11/2022 1:49:35 PM(UTC-5) | | |
| | | | Accessed: | 12/11/2022 1:49:35 PM(UTC-5) | | |
| MD5: | 3a523a3f66b519387ecc6c8303fcd7b5 | | Capturing Device: | External | | |
| MD5 in origin: | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|------|-------|------|---------|----------|------|
| 4 | Images | 5005.JPG | Dollar General | 10/17/2023 12:43:50 PM | 12/18/2023 12:16:32 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| | | | | | | |

OPP002-0000252

| Name: | 5005.JPG | Size (bytes): | 23320 | | |
|---|---|---|---|---|---|
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2038.HEIC/5005.JPG | Created: | 9/4/2022 9:19:29 PM(UTC-4) | | |
| | | Modified: | 9/4/2022 9:19:29 PM(UTC-4) | | |
| | | Accessed: | 9/4/2022 9:19:29 PM(UTC-4) | | |
| MD5: | d6f3c6e060ae3ff9bba2d138080ba0ae | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 5 | Images | 5005.JPG | Dollar General | 10/17/2023 12:44:29 PM | 12/18/2023 12:16:40 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 88477 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2228.HEIC/5005.JPG | | Created: | 9/18/2022 3:47:10 PM(UTC-4) | | |
| | | | Modified: | 9/18/2022 3:47:10 PM(UTC-4) | | |
| | | | Accessed: | 9/18/2022 3:47:10 PM(UTC-4) | | |
| MD5: | 8f9c9f7addddda8566323a66e77a6b90 | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 6 | Images | 5005.JPG | Dollar General | 10/17/2023 12:44:55 PM | 12/18/2023 12:16:45 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 55407 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2662.HEIC/5005.JPG | | Created: | 10/10/2022 8:52:58 AM(UTC-4) | | |
| | | | Modified: | 10/10/2022 8:52:58 AM(UTC-4) | | |
| | | | Accessed: | 10/10/2022 8:52:58 AM(UTC-4) | | |
| MD5: | e69a1bf4345c7cfa7094b1dd0d46cf6a | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 7 | Images | 5005.JPG | Dollar General | 10/17/2023 12:45:22 PM | 12/18/2023 12:16:50 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 51279 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2659.HEIC/5005.JPG | | Created: | 10/10/2022 8:52:50 AM(UTC-4) | | |
| | | | Modified: | 10/10/2022 8:52:50 AM(UTC-4) | | |
| | | | Accessed: | 10/10/2022 8:52:50 AM(UTC-4) | | |
| MD5: | 7bea4bc783f5da5f7c8800f93bf2f55f | | Capturing Device: | External | | |
| MD5 in origin: | | | Capture Origin Reasoning: | Saved Copy Creation Dates Conflict | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 8 | Images | 5005.JPG | Dollar General | 10/17/2023 12:45:53 PM | 12/18/2023 12:16:55 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 49919 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2660.HEIC/5005.JPG | | Created: | 10/10/2022 8:52:53 AM(UTC-4) | | |
| | | | Modified: | 10/10/2022 8:52:53 AM(UTC-4) | | |
| | | | Accessed: | 10/10/2022 8:52:53 AM(UTC-4) | | |
| MD5: | ee81341859d768e95d1c6a1d93c68901 | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 9 | Images | 5005.JPG | Dollar General | 10/17/2023 12:46:58 PM | 12/18/2023 12:17:00 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 47053 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2661.HEIC/5005.JPG | | Created: | 10/10/2022 8:52:55 AM(UTC-4) | | |
| | | | Modified: | 10/10/2022 8:52:55 AM(UTC-4) | | |
| | | | Accessed: | 10/10/2022 8:52:55 AM(UTC-4) | | |
| MD5: | daf3ecc855c02af2455a8c88a8f7d42a | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 10 | Images | 5005.JPG | Dollar General | 10/17/2023 12:48:02 PM | 12/18/2023 12:17:05 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|

8

OPP002-0000252

| Name: | 5005.JPG | | | Size (bytes): | 83113 | | | |
|---|---|---|---|---|---|---|---|---|
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2040.HEIC/5005.JPG | | | Created: | 9/5/2022 10:11:10 AM(UTC-4) | | | |
| | | | | Modified: | 9/5/2022 10:11:10 AM(UTC-4) | | | |
| | | | | Accessed: | 9/5/2022 10:11:10 AM(UTC-4) | | | |
| MD5: | 6f9542c5813d963aee3ab741fbd042f4 | | | Capturing Device: | External | | | |
| MD5 in origin: | | | | Capture Origin Reasoning: | Saved Copy / Creation Dates Conflict | | | |

| # | Type | Event | | Tags | | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 11 | Images | 5005.JPG | | Dollar General | | 10/17/2023 12:48:47 PM | 12/18/2023 12:17:11 PM | ▲ |

| File Info | | | | Additional file info | | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | | Size (bytes): | 89434 | | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2299.HEIC/5005.JPG | | | Created: | 9/24/2022 4:15:45 PM(UTC-4) | | | |
| | | | | Modified: | 9/24/2022 4:15:45 PM(UTC-4) | | | |
| | | | | Accessed: | 9/24/2022 4:15:45 PM(UTC-4) | | | |
| MD5: | bd0c12376fbc5516f439e63a94c1c3ae | | | Capture Origin Reasoning: | Saved Copy | | | |
| MD5 in origin: | | | | | | | | |

| # | Type | Event | | Tags | | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 12 | Images | 5005.JPG | | Dollar General | | 10/17/2023 1:12:44 PM | 12/18/2023 12:17:16 PM | ▲ |

| File Info | | | | Additional file info | | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | | Size (bytes): | 76138 | | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/116APPLE/IMG_6162.HEIC/5005.JPG | | | Created: | 10/23/2021 4:23:21 PM(UTC-4) | | | |
| | | | | Modified: | 10/23/2021 4:23:21 PM(UTC-4) | | | |
| | | | | Accessed: | 10/23/2021 4:23:21 PM(UTC-4) | | | |
| MD5: | c34706ca30836364053fb8a93062762e | | | Capture Origin Reasoning: | Saved Copy | | | |
| MD5 in origin: | | | | | | | | |

| # | Type | Event | | Tags | | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 13 | Instant Messages | I'm sure only Dollar General would work with him now | | Communication | | 10/17/2023 1:39:37 PM | 10/17/2023 1:39:37 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Native Messages | jw577@nyu.edu  Queens Apt Wolf* (owner) | | Timestamp: 10/29/2022 9:48:43 AM(UTC-4) | **Direction:** Outgoing  **Message Deleted Reason:** Unknown  **Body:** I'm sure only Dollar General would work with him now  Status: Sent  **Message Type:** iMessage  **Folder:** Sent  **Priority:** Normal  Platform: | |

| # | Type | Event | | Tags | | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 14 | Instant Messages | Where's that other receipt for dollar general? | | Communication | | 10/17/2023 1:39:48 PM | 10/17/2023 1:39:48 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Native Messages | +17324065909  Queens Apt Wolf* (owner) | +16466737934  Carmen My Princess* | Timestamp: 4/19/2023 5:42:41 PM(UTC-4) | **Direction:** Outgoing  **Message Deleted Reason:** Unknown  **Body:** Where's that other receipt for dollar general?  **Participants:**  | Participant | Delivered | Read | Played |  +16466737934 Carmen My Princess | 4/19/2023 5:42:42 PM(UTC-4)  Status: Sent  **Message Type:** iMessage  **Folder:** Sent  **Priority:** Normal  Platform: | |

| # | Type | Event | | Tags | | Created | Modified | Back |
|---|---|---|---|---|---|---|---|---|
| 15 | Instant Messages | I'll just get done thing at dollar general | | Communication | | 10/17/2023 1:39:56 PM | 10/17/2023 1:39:56 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| | | | | | |

9

OPP002-0000252

| Native Messages | Carmen My Princess* | Queens Apt Wolf* (owner) | 4/22/2023 9:20:35 PM(UTC-4) | Incoming **Message Deleted Reason:** Unknown **Body:** I'll just get done thing at dollar general | | |
|---|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17324065909 Queens Apt Wolf | | 4/22/202 3 9:41:37 PM(UTC -4) | |

Status: Read
**Message Type:** iMessage
**Folder:** Inbox
**Priority:** Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 16 | Instant Messages | Can you send me the new receipts from the latest dollar general purchase! | Communication | 10/17/2023 1:40:02 PM | 10/17/2023 1:40:02 PM | ▲ |

| Source | From | To | All timestamps | Content | | Deleted |
|---|---|---|---|---|---|---|
| Native Messages | +17324065909 Queens Apt Wolf* (owner) | +16466737934 Carmen My Princess* | Timestamp: 4/24/2023 1:06:47 PM(UTC-4) | **Direction:** Outgoing **Message Deleted Reason:** Unknown **Body:** Can you send me the new receipts from the latest dollar general purchase! | | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737934 Carmen My Princess | 4/24/2023 1:06:47 PM(UTC-4) | | |

Status: Sent
**Message Type:** iMessage
**Folder:** Sent
**Priority:** Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 17 | Instant Messages | Hey Jen, Daniela asked what she can contribute. Tell her she can go to the gas station or dollar general and get marshmallow, herseys and Graham crackers for s'mores pleasw | Communication | 10/17/2023 1:40:12 PM | 10/17/2023 1:40:12 PM | ▲ |

| Source | From | To | All timestamps | Content | | Deleted |
|---|---|---|---|---|---|---|
| Native Messages | +17324065909 Queens Apt Wolf* (owner) | +16466737591 Jennifer Viciedo* | Timestamp: 6/3/2023 6:48:38 PM(UTC-4) | **Direction:** Outgoing **Message Deleted Reason:** Unknown **Body:** Hey Jen, Daniela asked what she can contribute. Tell her she can go to the gas station or dollar general and get marshmallow, herseys and Graham crackers for s'mores pleasw | | |

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737591 Jennifer Viciedo | 6/3/2023 6:48:39 PM(UTC-4) | | |

Status: Sent
**Message Type:** iMessage
**Folder:** Sent
**Priority:** Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 18 | Instant Messages | | Communication | 10/17/2023 1:42:02 PM | 10/17/2023 1:42:02 PM | ▲ |

| Source | From | To | All timestamps | Content | | Deleted |
|---|---|---|---|---|---|---|

OPP002-0000252

| Native Messages | | | | Timestamp: 1/2/2023 10:59:44 AM(UTC-5) | **Direction:** Outgoing **Message Deleted Reason:** Unknown |
|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16466737934 | 1/2/2023 10:59:45 AM(UTC-5) | | |

**Attachments:**

Re Dollar General.png
https://p72-
content.icloud.com/M873632451E6
00221135058C570F658054AE065
C15CB983AC4EBAB924113580FA
.C01USN00
~/Library/SMS/Attachments/90/00/
F37FFB6F-F732-4CDC-BFB0-
FEC1D46E9DE0/Re Dollar
General.png

Status: Sent
**Message Type:**
iMessage
**Folder:**
Sent
**Priority:**
Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 19 | Instant Messages | | Communication | 10/17/2023 1:42:10 PM | 10/17/2023 1:42:10 PM | ▲ |

| Source | From | To | All timestamps | Content | | Deleted |
|---|---|---|---|---|---|---|
| Native Messages | | | Timestamp: 6/8/2023 10:55:04 AM(UTC-4) | **Direction:** Outgoing **Message Deleted Reason:** Unknown | | |

**Attachments:**

Dollar General  Phone
Preservation.png
/var/tmp/com.apple.messages/com.
apple.MobileSMS/Media/C6B841F
2-DA54-4A59-82A8-
190F8B1C4C2B/Dollar General
Phone Preservation.png
(Empty File)

**Message Type:**
App Message
**Priority:**
Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 20 | Images | 5005.JPG | Dollar General | 10/17/2023 1:45:50 PM | 12/18/2023 12:17:20 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Name:** | 5005.JPG | |
| **Path:** | iPhone (47)/mobile/Media/PhotoData/Thumbn ails/V2/DCIM/122APPLE/IMG_2238.H EIC/5005.JPG | |
| **MD5:** | f87b577c78252b7bc5757c70d253122 b | |
| **MD5 in origin:** | | |

| | | |
|---|---|---|
| **Size (bytes):** | 76917 | |
| **Created:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | |
| **Capture Origin Reasoning:** | Saved Copy | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 21 | Images | 5005.JPG | Dollar General | 10/17/2023 1:46:39 PM | 12/18/2023 12:17:26 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|

11

OPP002-0000252

| Name: | 5005.JPG | Size (bytes): | 95527 | | |
|---|---|---|---|---|---|
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2663.HEIC/5005.JPG | Created: | 10/10/2022 8:53:00 AM(UTC-4) | | |
| | | Modified: | 10/10/2022 8:53:00 AM(UTC-4) | | |
| | | Accessed: | 10/10/2022 8:53:00 AM(UTC-4) | | |
| MD5: | b4d219a42ded7168594f2ec03f27fa20 | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | |



| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 22 | Images | 5005.JPG | Dollar General | 10/17/2023 1:47:15 PM | 12/18/2023 12:17:31 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 81145 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2227.HEIC/5005.JPG | | Created: | 9/18/2022 3:46:11 PM(UTC-4) | | |
| | | | Modified: | 9/18/2022 3:46:11 PM(UTC-4) | | |
| | | | Accessed: | 9/18/2022 3:46:11 PM(UTC-4) | | |
| MD5: | 0a41551c9938fa742bc6c7e52d9dcadf | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |



| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 23 | Images | 5005.JPG | Dollar General | 10/17/2023 1:48:30 PM | 12/18/2023 12:17:35 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | 5005.JPG | | Size (bytes): | 74295 | | |
| Path: | iPhone (47)/mobile/Media/PhotoData/Thumbnails/V2/DCIM/122APPLE/IMG_2237.HEIC/5005.JPG | | Created: | 9/18/2022 5:35:41 PM(UTC-4) | | |
| | | | Modified: | 9/18/2022 5:35:41 PM(UTC-4) | | |
| | | | Accessed: | 9/18/2022 5:35:41 PM(UTC-4) | | |
| MD5: | 117ee1cc96476b99b03bb11e35d4e54f | | Capture Origin Reasoning: | Saved Copy | | |
| MD5 in origin: | | | | | | |



| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 24 | Instant Messages | - 3 land o lake vanilla yogurts (take picture of prices)<br>- bread crumbs<br>- horse radish<br>- small heavy cream | Communication | 10/17/2023 2:09:11 PM | 10/17/2023 2:09:11 PM | ▲ |

| Source | From | To | All timestamps | Content | Deleted |
|---|---|---|---|---|---|
| Native Messages | +16466737934 | +17324065909 | Timestamp: 12/11/2022 12:43:23 PM(UTC-5) | **Direction:** Incoming<br>**Message Deleted Reason:** Unknown<br>**Body:**<br>- 3 land o lake vanilla yogurts (take picture of prices)<br>- bread crumbs<br>- horse radish<br>- small heavy cream<br><br>**Participants:** | |

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17324065909 | | 12/11/2022 12:46:47 PM(UTC-5) | |

Status: Read
**Message Type:** iMessage
**Folder:** Inbox
**Priority:** Normal
Platform:

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 25 | Images | IMG_2228.HEIC | Dollar General | 10/24/2023 12:03:22 PM | 12/18/2023 12:17:42 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| Name: | IMG_2228.HEIC | | Size (bytes): | 2074992 | | |
| Path: | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2228.HEIC | | Created: | 9/18/2022 3:47:09 PM(UTC-4) | | |
| | | | Modified: | 9/18/2022 3:47:10 PM(UTC-4) | | |
| | | | Accessed: | 9/18/2022 3:47:10 PM(UTC-4) | | |
| MD5: | 39569a4098adea76b95596535c87c3b3 | | | | | |
| MD5 in origin: | | | | | | |



| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 26 | Images | IMG_2238.HEIC | Dollar General | 10/24/2023 12:13:10 PM | 12/18/2023 12:17:47 PM | ▲ |

OPP002-0000252

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_2238.HEIC | **Size (bytes):** | 2055605 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2238.HEIC | **Created:** | 9/18/2022 5:35:41 PM(UTC-4) | | |
| | | | **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | | |
| **MD5:** | | fad118e74a7f4db864824093025bd004 | **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 27 | Images | IMG_2227.HEIC | Dollar General | 10/24/2023 12:13:33 PM | 12/18/2023 12:17:52 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_2227.HEIC | **Size (bytes):** | 1517578 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2227.HEIC | **Created:** | 9/18/2022 3:46:10 PM(UTC-4) | | |
| | | | **Modified:** | 9/18/2022 3:46:11 PM(UTC-4) | | |
| **MD5:** | | ccc4397551e70197b4e9c18e53c79a19 | **Accessed:** | 9/18/2022 3:46:11 PM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 28 | Images | IMG_2237.HEIC | Dollar General | 10/24/2023 12:14:01 PM | 12/18/2023 12:17:57 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_2237.HEIC | **Size (bytes):** | 2000869 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2237.HEIC | **Created:** | 9/18/2022 5:35:40 PM(UTC-4) | | |
| | | | **Modified:** | 9/18/2022 5:35:41 PM(UTC-4) | | |
| **MD5:** | | 426e3ce8ad0903c532e3abb72081450f | **Accessed:** | 9/18/2022 5:35:41 PM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 29 | Images | IMG_2661.HEIC | Dollar General | 10/24/2023 12:17:04 PM | 12/18/2023 12:18:02 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_2661.HEIC | **Size (bytes):** | 2184312 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2661.HEIC | **Created:** | 10/10/2022 8:52:54 AM(UTC-4) | | |
| | | | **Modified:** | 10/10/2022 8:52:54 AM(UTC-4) | | |
| **MD5:** | | c6c6359f07419070c7049649e57ba7c6 | **Accessed:** | 10/10/2022 8:52:54 AM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 30 | Images | IMG_2299.HEIC | Dollar General | 10/24/2023 12:17:35 PM | 12/18/2023 12:18:09 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_2299.HEIC | **Size (bytes):** | 2270308 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/122APPLE/IMG_2299.HEIC | **Created:** | 9/24/2022 4:15:44 PM(UTC-4) | | |
| | | | **Modified:** | 9/24/2022 4:15:45 PM(UTC-4) | | |
| **MD5:** | | e68ec97c5bcae6136747ad9f15c378f3 | **Accessed:** | 9/24/2022 4:15:45 PM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

| # | Type | Event | Tags | Created | Modified | Back |
|---|---|---|---|---|---|---|
| 31 | Images | IMG_6162.HEIC | Dollar General | 10/24/2023 12:18:04 PM | 12/18/2023 12:18:15 PM | ▲ |

| File Info | | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| **Name:** | | IMG_6162.HEIC | **Size (bytes):** | 2289218 |  | |
| **Path:** | | iPhone (47)/mobile/Media/DCIM/116APPLE/IMG_6162.HEIC | **Created:** | 10/23/2021 4:23:21 PM(UTC-4) | | |
| | | | **Modified:** | 10/23/2021 4:23:21 PM(UTC-4) | | |
| **MD5:** | | 2902ed70eaf672fa1c5512bc1893cd36 | **Accessed:** | 10/23/2021 4:23:21 PM(UTC-4) | | |
| **MD5 in origin:** | | | | | | |

OPP002-0000252