# EXHIBIT 48



Penalty #20220502

St. Lawrence County

# DEPARTMENT OF WEIGHTS & MEASURES

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 4/13/22

Evidence has been submitted to this office indicating that on the date of April 13, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.
>
> **A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……
>   2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………
>
> **D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.
>   1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.
>   2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)
>   3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)
>   4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).
>   5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)
>
> **F.4.** In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

CONFIDENTIAL                                                                                                              DG_WOLF_0004265

*Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The <u>waiver application and required $750.00 fee</u> must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

*[signature: Adam Simmons]*

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/14/22 & 4/13/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

CONFIDENTIAL                                                                                                                         DG_WOLF_0004266

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

DATE: 3/14/22

Page 1 of 1

☐ Item Pricing  ☐ Waiver  ☐ Scanner Accuracy

Business Name / Address: Dollar General Store #15924  11997 State Highway 37 Waddington, NY 13694

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | Item Pricing # Not Priced | Waiver Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | twist & seal | 71691 49880 | | | Y | 2.15 | SH | 3.15 | violation | | V |
| 2. | Rx compress pads | 90891 94845 | | | Y | 8.95 | SH | 9.00 | violation | | V |
| 3. | Rx clear gel insoles | 42420 47042 | | | Y | 8.55 | SH | 5.25 | Error | V | |
| 4. | Zest BW ocean breeze | 16657 01021 | | | Y | 3.00 | SH | 2.70 | Error | V | |
| 5. | TV Ultra tussin | 13100 30178 | | | Y | 1350 | SH | 14.00 | violation | | V |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 3rd Re-app 1st waiver renewal Inspection 100 items scanned 3 violations found 97% accuracy

Customer Price Check Scanner Available?  YES ☒ NO ☐
Approved Customer Price Check Scanner Sign?  YES ☒ NO ☐
Customer Price Check Scanner Functional?  YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] #376

rev 150904

CONFIDENTIAL                                                                                                                                       DG_WOLF_0004267

DATE: 4/13/22

**St. Lawrence County**
**DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES**
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing  ☒ Waiver  ☐ Scanner Accuracy

Business Name / Address: Dollar General Store #15624  1997 State Highway 37  Waddington NY 13694

Page 1 of 1

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing / Waiver | | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lot # Not Priced | Price Sign? | | | | | | |
| 1. | Gamesa Chek | 28400 34475 | | Y | 0.99 | SH | 0.95 | Error | L | |
| 2. | Mayo SS | 21600 10390 | | Y | 1.95 | I | 1.75 | Error | L | |
| 3. | Dream bone twist | 10833 00324 | | Y | 3.50 | SH | 4.10 | Violation | V | |
| 4. | Pet lint roll | 38060 16600 | | Y | 3.00 | SH | 3.25 | Violation | V | |
| 5. | Purex 4in1 | 24200 04264 | | Y | 3.00 | SH | 2.70 | Error | L | |
| 6. | Anvut oil refill | 62338 88000 | | Y | 7.00 | SH | 8.00 | Violation | V | |
| 7. | Sunkist mini can | 782090 | | Y | 3.70 | SH | 2.85 | Error | L | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

COMMENTS: 3rd Re-App 2nd waiver renewal Inspection 100 items scanned  3 violations found  97% accuracy

| | YES | NO |
|---|---|---|
| Customer Price Check Scanner Available? | ☒ | ☐ |
| Approved Customer Price Check Scanner Sign? | ☐ | ☐ |
| Customer Price Check Scanner Functional? | ☒ | ☐ |

Acknowledged by: [signature]
rev 150904

Inspector: [signature] Scott Daly 376

CONFIDENTIAL    DG_WOLF_0004268