# EXHIBIT 49



Penalty #20221104

St. Lawrence County
# DEPARTMENT OF WEIGHTS & MEASURES
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

November 8, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/22

   Evidence has been submitted to this office indicating that on the date of November 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

   "*Section Seven*: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*

   *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
   2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

   *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
   1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
   2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
   3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
   4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
   5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

   *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

   If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be

considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

*Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law.* <u>*The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure.*</u> *Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

*[signature]*

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/26/22 & 11/4/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

### ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

DATE: 11/4/22  Page 1 of 1

☐ Item Pricing  ☒ Waiver  ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced / I - Item Priced / SA - Sale Priced / AD - Ad Priced

Business Name / Address: Dollar General Store #16163, 57 South Main Street, Norwood NY, 13668

| # | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing Waiver - Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Glad QT | 12509 2233 | | | Y | 4.95 | SH | 9.75 | Customer reread item | ✓ | |
| 2 | Rx Salt wound dressing | 43499 03089 | | | Y | 3.65 | SH | 4.65 | Violation | ✓ | |
| 3 | Prestoning | 41679 67466 | | | Y | 10.75 | SH | 10.00 | Customer reread item | ✓ | |
| 4 | Tres Cond moisturizer | 50019 52038 | | | Y | 2.25 | SH | 1.75 | Inspector error | | |
| 5 | TL 18 Roll w/Pm | 13100 30220 | | | Y | 13.75 | SH | 14.50 | Violation | ✓ | |
| 6 | White claw | 35985 80026 | | | Y | 16.25 | SH | 16.65 | Inspection Error | | |
| 7 | Miller light | 34100 57340 | | | Y | 12.95 | SH | 15.20 | Violation | ✓ | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 2 waiver reread inspection  100 items scanned
3 violations found  97% accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: Vilali Buckley

Inspector: Jeff Pelky 376

rev 150904

CONFIDENTIAL

DG_WOLF_0004290

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

### ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

Page 1 of 1

DATE: 10/26/22

Business Name / Address: Dollar General Store #16163  57 South Main Street  Norwood, NY 13665

PRICE CODE: SH - Shelf Priced / I - Item Priced / SA - Sale Priced / AD - Ad Priced

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing — Lot Size | Item Pricing — # Not Priced | Waiver — Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | − | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. A-Wick wet refill | 62338 01111 | | | Y | 12.00 | SH | 6.00 | Error | ✓ | |
| 2. Turkey Bag Gicks | 31000 50600 | | | Y | 2.50 | SA | 3.00 | Violation | ✓ | |
| 3. Kid Bar Chz nuts | 02651 76651 | | | Y | 1.75 | SH | 1.95 | Violation | ✓ | |
| 4. Rx Omega 3 | 01220 16076 | | | Y | 3.75 | SH | 3.45 | Violation | ✓ | |
| 5. Rx Vit B12 | 01220 03844 | | | Y | 5.50 | SH | 5.75 | Violation | ✓ | |
| 6. Colgate TTL Adv Brush | 35000 47218 | | | Y | 6.35 | SH | 5.65 | Error | ✓ | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 4

COMMENTS: Annual renewal inspection   100 items scanned
4 violations found   96% Accuracy

Customer Price Check Scanner Available?   YES ☒ NO ☐
Approved Customer Price Check Scanner Sign?   YES ☒ NO ☐
Customer Price Check Scanner Functional?   YES ☒ NO ☐

Acknowledged by: _[signature]_

Inspector: _Scott DB376_

rev 150904

CONFIDENTIAL   DG_WOLF_0004291