# EXHIBIT 50

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

### ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing  ☒ Waiver  ☐ Scanner Accuracy

Page 1 of 1

DATE: 1/3/22

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store #19679   109 NYS RT3   Hermonville, NY 13648

| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Hefty citrus | 13700 29197 | | | Y | 8.50 | SH | 8.75 | Violation | ✓ | |
| 2. HF Triple Flavor wings | 41351 19862 | | | Y | 2.70 | SH | 2.95 | Violation | ✓ | |
| 3. Lifestyles | 70907 01703 | | | Y | 1.80 | I | 1.75 | Error | | ✓ |
| 4. Sunkist orange | 78000 11346 | | | Y | 2.25 | SH | 1.60 | Error | | ✓ |

**Total Violations:** 2

**COMMENTS:** 1st Re-App 1st waiver renewal inspection. 100 items scanned. 2 violations found. 98% accuracy.

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904