# EXHIBIT 51

## Customer Service

# (SOP 88) Customer Overcharges (Excluding Connecticut Stores, Massachusetts Stores, Michigan Stores, and St. Lawrence and Ulster Counties, New York Stores)

## Policy

It is against Dollar General policy to engage in any deceptive or unfair trade practices. In accordance with this policy, Dollar General strives to maintain consistency between an advertised price, a product's marked price, the shelf label price, and/or the price charged at the register (the "scanned" price). Occasionally a difference between these prices may occur, resulting in an inadvertent overcharge to the customer. Dollar General will honor the lowest price for the customer.

## Procedures

1. Confirm the overcharge by comparing the price scanned at the register to the marked price, the advertised price, and/or the shelf label price.

2. If the customer was overcharged, the Store Manager or key carrier should refund the overcharge amount to the customer.

3. Apologize to the customer for his or her inconvenience.

4. Correct the pricing and/or signage immediately.

### Customer Overcharges for Connecticut Stores

For information regarding customer overcharges in stores in the state of Connecticut, refer to the **Customer Overcharges (Connecticut Stores Only) (SOP 247)** policy and procedures.

### Customer Overcharges for Massachusetts Stores (Grocery Items Only)

For information regarding customer overcharges in stores in the state of Massachusetts, refer to the **Customer Overcharges for Grocery Items (Massachusetts Stores Only) (SOP 244)** policy and procedures.

Note: *Grocery items are defined by the state as any food, pet food or supply, disposable paper or plastic products, soap, household cleaner of any type, laundry product, and lightbulbs.*

### Customer Overcharges for Michigan Stores

For information regarding customer overcharges in stores in the state of Michigan, refer to the **Customer Overcharges (Michigan Stores Only) (SOP 89)** policy and procedures.

CONFIDENTIAL                                                              DG_WOLF_0021416

## Customer Service

# (SOP 88) Customer Overcharges (Excluding Connecticut Stores, Massachusetts Stores, Michigan Stores, and St. Lawrence and Ulster Counties, New York Stores)

## Customer Overcharges for St. Lawrence County, New York Stores

For information regarding customer overcharges in stores in St. Lawrence County, New York, refer to the **Customer Overcharges (St. Lawrence County, New York Stores Only) (SOP 223)** policy and procedures.

## Customer Overcharges for Ulster County, New York Stores

For information regarding customer overcharges in stores in Ulster County, New York, refer to the **Customer Overcharges (Ulster County, New York Stores Only) (SOP 242)** policy and procedures.

## Stores with NextGen POS

For NextGen POS process on this topic, refer to the Next Generation Point of Sale Reference Manual.

Questions? Call the Employee Response Center (ERC) at 1-888-237-4114, option 1.
© 2022 Dollar General        FT-2001                effective 20221024                                    88.2

CONFIDENTIAL                                                                                    DG_WOLF_0021417