# EXHIBIT 52

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 194846 | 06172 | 01/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 317713 | 06184 | 05/24/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 06383 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 06386 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 325322 | 06437 | 08/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 209499 | 06950 | 04/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 310555 | 07698 | 03/01/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 08162 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 08183 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 292193 | 08294 | 07/13/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 334105 | 08308 | 11/28/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 335928 | 08308 | 12/13/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 08364 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 08402 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 258629 | 08467 | 07/20/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 08488 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 309632 | 08543 | 02/15/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 193113 | 08623 | 01/13/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 325322 | 08676 | 08/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 08896 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 322861 | 08961 | 07/26/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 324822 | 09086 | 08/16/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 09228 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 326015 | 09335 | 08/30/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 09497 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 317713 | 09556 | 05/24/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 09742 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 09839 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260162 | 10079 | 08/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 10430 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 285450 | 10920 | 04/27/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 286806 | 10920 | 05/11/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 287959 | 10920 | 05/25/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 10927 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 10942 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 11056 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 11177 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 11284 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 11658 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 317712 | 11810 | 05/24/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 317712 | 11824 | 05/24/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 322862 | 12399 | 07/26/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 311047 | 12419 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 322861 | 12541 | 07/26/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 12546 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 324822 | 12614 | 08/16/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260686 | 12916 | 08/06/2021 | 1 |

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 309632 | 13236 | 02/15/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 322861 | 13386 | 07/26/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 310555 | 13753 | 03/01/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 321711 | 13783 | 07/12/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316163 | 13797 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 309632 | 13830 | 02/15/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323660 | 14305 | 08/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 314917 | 14942 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 314361 | 14999 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 309632 | 15161 | 02/15/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 15168 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 309632 | 15513 | 02/15/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323660 | 15519 | 08/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 314917 | 15552 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323660 | 15742 | 08/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 244534 | 16022 | 02/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Pick | 317171 | 16022 | 05/17/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 16036 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328399 | 16063 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 324822 | 16163 | 08/16/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 325322 | 16187 | 08/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 321711 | 16221 | 07/12/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323660 | 16289 | 08/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 314917 | 16472 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 310554 | 16563 | 03/01/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 16566 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323660 | 16574 | 08/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 17006 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 314361 | 17062 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 17267 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313017 | 17655 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 329036 | 17913 | 10/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 215127 | 18992 | 06/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316708 | 19035 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 193111 | 19369 | 01/13/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 207599 | 19573 | 03/25/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 210563 | 19687 | 05/06/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 217564 | 19714 | 07/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 202217 | 20132 | 02/19/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 199807 | 20202 | 02/06/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 219381 | 20328 | 08/19/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 234085 | 20396 | 10/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232604 | 20397 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 194845 | 20416 | 01/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 193112 | 20434 | 01/13/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316204 | 20475 | 05/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 269415 | 20622 | 04/12/2022 | 1 |

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 237646 | 20665 | 11/03/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 194847 | 20710 | 01/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 202219 | 20891 | 02/19/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 270127 | 20943 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 234086 | 20950 | 10/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232589 | 20951 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 290880 | 20977 | 06/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 293630 | 20977 | 07/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239024 | 21094 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 211805 | 21127 | 05/19/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 246189 | 21145 | 02/17/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 216145 | 21157 | 07/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 298323 | 21171 | 09/16/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 300090 | 21171 | 10/11/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 217552 | 21200 | 07/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232588 | 21270 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 320387 | 21299 | 06/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 237648 | 21343 | 11/03/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 217553 | 21374 | 07/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239024 | 21384 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 251486 | 21398 | 04/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 218759 | 21401 | 08/05/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 246185 | 21408 | 02/17/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 305127 | 21443 | 12/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 268090 | 21444 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 251486 | 21446 | 04/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 251485 | 21449 | 04/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239023 | 21459 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 240798 | 21504 | 12/23/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232589 | 21543 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239022 | 21544 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 244416 | 21544 | 02/02/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 218758 | 21574 | 08/05/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 210563 | 21636 | 05/06/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239023 | 21671 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 240797 | 21707 | 12/23/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232589 | 21716 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 237995 | 21722 | 11/10/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 240798 | 21723 | 12/23/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 273993 | 21738 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 257659 | 21746 | 07/07/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 241503 | 21764 | 01/06/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 236291 | 21766 | 10/26/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239024 | 21772 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 246188 | 21789 | 02/17/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260873 | 21792 | 08/11/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 263213 | 21792 | 09/03/2021 | 1 |

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 302371 | 21795 | 11/10/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 246186 | 21798 | 02/17/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 242956 | 21799 | 01/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 254834 | 21812 | 06/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 246188 | 21908 | 02/17/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316725 | 21933 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267891 | 21944 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 266421 | 21944 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 215079 | 21982 | 06/23/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 216147 | 21988 | 07/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 217552 | 21988 | 07/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239023 | 21994 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260874 | 22010 | 08/11/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 263214 | 22010 | 09/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 234084 | 22041 | 10/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 256462 | 22049 | 06/23/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 232605 | 22108 | 09/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 217565 | 22121 | 07/22/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 251483 | 22126 | 04/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 234084 | 22133 | 10/08/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 301299 | 22142 | 10/26/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303399 | 22142 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 211816 | 22154 | 05/20/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Pick | 215867 | 22154 | 07/02/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 266423 | 22186 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260854 | 22210 | 08/11/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260161 | 22214 | 08/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 250379 | 22258 | 04/07/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 241502 | 22339 | 01/06/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260854 | 22357 | 08/11/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 254836 | 22374 | 06/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239021 | 22377 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 249162 | 22389 | 03/24/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303399 | 22399 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 219381 | 22429 | 08/19/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260688 | 22475 | 08/06/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 239024 | 22495 | 11/24/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260141 | 22520 | 08/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 236177 | 22567 | 10/21/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 237995 | 22585 | 11/10/2020 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267473 | 22620 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 269415 | 22620 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 272651 | 22620 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 260874 | 22635 | 08/11/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 263214 | 22635 | 09/03/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267473 | 22686 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267473 | 22699 | 04/12/2022 | 1 |

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 242955 | 22717 | 01/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 272676 | 22725 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316203 | 22756 | 05/04/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 275496 | 22852 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 302412 | 22904 | 11/11/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303398 | 22904 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 305126 | 22904 | 12/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 320395 | 22909 | 06/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 251482 | 22937 | 04/21/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 252478 | 22937 | 05/05/2021 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 268738 | 22958 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 287979 | 22995 | 05/25/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 301299 | 22995 | 10/26/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 304971 | 22995 | 12/19/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 268668 | 23061 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 273962 | 23061 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 305126 | 23073 | 12/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 318846 | 23118 | 06/07/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267473 | 23128 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 299895 | 23183 | 10/03/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 269307 | 23195 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 267474 | 23195 | 04/12/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 287979 | 23298 | 05/25/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303399 | 23338 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 290880 | 23449 | 06/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 301299 | 23538 | 10/26/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 321254 | 23550 | 07/10/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 290880 | 23623 | 06/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 322268 | 23670 | 07/19/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 301299 | 23707 | 10/26/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 293630 | 23760 | 07/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 302413 | 23797 | 11/11/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 308529 | 23829 | 02/01/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 293592 | 23909 | 07/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 301234 | 23945 | 10/26/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303399 | 24002 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328423 | 24131 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 289612 | 24168 | 06/16/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 298295 | 24203 | 09/15/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 311063 | 24232 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 305847 | 24251 | 01/09/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 323763 | 24271 | 08/07/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 315533 | 24328 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 316726 | 24328 | 05/11/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 286779 | 24344 | 05/11/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 287960 | 24354 | 05/25/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 320388 | 24374 | 06/22/2023 | 1 |

| Item Number | Description | Order Type | Web Order Number | Store | Order Date | Qty Ordered |
|---|---|---|---|---|---|---|
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 320396 | 24494 | 06/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 327283 | 24536 | 09/14/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 331018 | 24536 | 10/25/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328423 | 24584 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 326014 | 24607 | 08/30/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 333247 | 24607 | 11/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 318826 | 24617 | 06/07/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 317723 | 24659 | 05/24/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 290909 | 24723 | 06/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 321254 | 24752 | 07/10/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 299442 | 24805 | 09/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 299391 | 24831 | 09/30/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 298294 | 24835 | 09/15/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 313690 | 25020 | 05/03/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 332279 | 25025 | 11/08/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 303359 | 25090 | 11/28/2022 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328423 | 25167 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 337079 | 25187 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 337680 | 25187 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 340483 | 25187 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 333247 | 25261 | 11/22/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 336947 | 30023 | 12/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 341670 | 30085 | 02/15/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 328440 | 30177 | 09/27/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 337079 | 30401 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 339087 | 30401 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 334105 | 30526 | 11/28/2023 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 337680 | 30610 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 340483 | 30610 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 337680 | 30675 | 02/09/2024 | 1 |
| M0315A-1870 | NY/NJ REFUND POLICY SIGN | Supplemental | 340462 | 30675 | 02/09/2024 | 1 |

User: IIS APPPOOL\VestcomDGApp  
FORMATED FOR 11\"X8.5\" PAPER  
Vestcom / Dollar General  
Proprietary Information  
Printed: 2/23/2024 7:40:03 AM  
6 of 6