# EXHIBIT 59



OPP002-0000070



OPP002-0000071



OPP002-0000072







OPP002-0000075





OPP002-0000077