# EXHIBIT 60



OPP002-0000020



OPP002-0000022



DOLLAR GENERAL STORE #14321
WHITE LAKE, NY 845-887-0225

KELL EGGO BTRMLK W 038000402906 E    3.25
CV LACTOSE FREE WH 070744010078 E    4.25
TOTAL    SALE                        $7.50
                       8142 CTLS     $7.50
MasterCard
AUTH# 21916P
REF: 000000005177 AID: A0000000041010
2022-09-18   15:57:06  14321 02      1022

8902309311216391187169169191167335211321652

----------------CUT HERE----------------
************************************** *
* Complete survey at dgcustomerfirst.com *
*            For a chance to            *
* **WIN A $100 Gift Card** *
* Weekly Drawings, Must be 18+ to enter *
*           Survey Code                 *
* **          1420-2918-1170-333         ** *
************************************** *

----------------CUT HERE----------------
**SATURDAY SEPT. 24TH ONLY!**
DG Store Coupon              Valid 9/24/2022
**$5 OFF $25**
$5 off your purchase of
$25 or more (pretax)
OR SHOP ONLINE: USE PROMO CODE DGSAVESEP

$25 or more (pretax) after all other DG
discounts. Limit one DG $2, $3, or $5
off store coupon per customer. Excludes:
phone, gift and prepaid financial cards;
prepaid wireless handsets, Rug Doctor
rental, propane, tobacco and alcohol.
X2582571220812431

----------------CUT HERE----------------



WOLF_000002