# EXHIBIT 61





OPP002-0000035



OPP002-0000036



Case 7:23-cv-00558-PMH   Document 89-62   Filed 01/15/25   Page 5 of 7



WOLF_0000009





WOLF_000008