# EXHIBIT 63



OPP002-0000005





OPP002-0000007





OPP002-0000009





OPP002-0000011



OPP002-0000012





OPP002-0000015

