# **EXHIBIT 1**

File Provided in Native Format

CONFIDENTIAL
DG_WOLF_0001764

| Date | Store | Register Number | Denorm POS Transaction Number | Line Num | Item SKU | Item Description | Primary Sku | Units | Sales | Extended PLU Price | Is Non Merch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/22 | 14321 | 2 | 1022 | 5 | 30697501 | CV LACTOSE FREE WHOLE | 30697501 | 1 | 4.25 | 4.25 | 0 |