# **EXHIBIT 2**

Message

| | |
|---|---|
| **From:** | Rahulkumar Malivad (Confluence) [noreply@dollargeneral.com] |
| on behalf of | Rahulkumar Malivad (Confluence) <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 7/24/2023 4:30:17 PM |
| **To:** | keden@dollargeneral.com |
| **BCC:** | keden@dollargeneral.com |
| **Subject:** | [confluence] Merchandising > Pricing - POS Sanitization and Integrity ( Shelf vs POS) |
| **Attachments:** | page-icon.png; avatar_6ae96ca56d8d8001176f2223481f814d.png; inline-task-calendar-icon.png; footer-desktop-logo.png; footer-mobile-logo.png |

## Message Title

There's **1 new edit** on this page

### Pricing - POS Sanitization and Integrity ( Shelf vs POS)

**Rahulkumar Malivad** edited this page

Here's what changed:

### Goal :

To get the right prices to the right stores on the right day, by 6am-ish and in a format that can maximize productivit 100% Pricing Accuracy 100% of time.

### Priority Pricing POS Issues

Table Filter

| | |
|---|---|
| fixedCols | |
| totalrow | ,,,,,,,, |
| hidelabels | false |
| ddSeparator | |
| sparkName | Sparkline |
| hidePane | true |
| limitHeight | |
| sparkline | false |

CONFIDENTIAL   DG_WOLF_0010059

Message

| | |
|---|---|
| **From:** | ribigler@dollargeneral.com [StoreSystems@dollargeneral.com] |
| on behalf of | ribigler@dollargeneral.com<StoreSystems@dollargeneral.com>[StoreSystems@dollargeneral.com] |
| **Sent:** | 8/10/2023 1:00:05 PM |
| **To:** | ribigler@dollargeneral.com |
| **BCC:** | ribigler@dollargeneral.com |
| **Subject:** | StoreNet Message - **Scheduling for SUPER Tuesday** |

The following message was sent to the Stores:

**From:** District Manager - RICK BIGLER
**To:** 06125,06437,08440,08443,08596,08643,10071,11107,11122,11148,11152,14440,14586,16000,16187,16610,21343,21401,21707,22258,23061,23128,24328
**Subject:** **Scheduling for SUPER Tuesday**
**Allow Print:** True
**Allow Reply:** False
**Read Receipt:** False
**Start Date:** 8/7/2023
**End Date:** 1/31/2025
**Message Body:** Team, Please see below from Deanna... She is 100% on point here. We have discussed in the past and recently the importance of scheduling an additional person to work Price Changes every Tuesday. We all know and understand the importance of SUPER Tuesday and ensuring our pricing is 100% accurate. Please ensure you are scheduling at least "one additional experienced person EVERY Tuesday" to work price changes. This is not an optional program and every store is budgeted extra hours every Tuesday to support this process. Thanks for your leadership here! Rick From: Deanna Heckler Sent: Monday, August 7, 2023 12:21 PM To: R17 District Managers Subject: Scheduling for Compliance Tuesday Team, It is unacceptable that we have 34 stores in the region that don't have a Tuesday compliance shift scheduled this week and you as the DM have done nothing to solve this. I expect going forward every store has the Tuesday compliance shift scheduled, you are validating that each week to ensure it's on the following weeks schedule and if it's not either they schedule it or you do. This can't happen! Pricing in NY state is on watch and we aren't doing our part. Also you should be viewing schedules 2xs a week to ensure they are written, published, to budget, and compliance and T-1 shifts are scheduled. We have to do a better job at this. Please make sure your SMS understand this is the expectation and I will be viewing schedules going forward and asking why it's not happening. Thank you!

CONFIDENTIAL                                                                                                                                    DG_WOLF_0034843