# EXHIBIT 3

No. 520639

Re:    Deposition of **Joseph Wolf**
       Date: 1/8/2024
       Case: Wolf, et al. -v- Dolgen New York, LLC
       Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 55 | 6 | "icing"/", I trust" Reason: transcript error |
| 78 | 8 | "in July"/"until" Reason: transcript error |
| 121 | 6 | "anything"/"everything"  Reason: transcript error |
| 143 | 10 | "Will"/"Well"  Reason: transcript error |
| 146 | 5-6 | "I would not be overcharged 66 percent of the time."/"i was overcharged on  it |
|  |  | 66 percent of the of the items" Reason: transcript error |
| 146 | 15 | "audience"/"audits" Reason: transcript error |
| 153 | 11 | "i know that our bike all around" should be removed from transcript. |
|  |  | Reason: transcript error. |
| 155 | 18 | "in the news" should be removed from transcript. Reason: transcript error |
|  |  | It is unclear what was actually said. |
| 164 | 9-11 | "Yeah. I typically trust that, you know,the store -- the prices are accurate. |
|  |  | I do not typically look at shelf price labels."/"I do generally look at shelf price |
|  |  | labels when I'm making a purchase, because I ultimately want to know what |
|  |  | I will be paying at checkout." Reason: I interpreted the question about |
|  |  | "looking at shelf price labels" to mean "looking into shelf price lables," as in |
|  |  | doing the research at the store to compare shelf price labels with the prices |
|  |  | at checkout due to the context of the previous questions. |
| 164 | 25 | "jiving"/"jogging"  Reason: transcript error |
| 168 | 20 | "I"/"a"  Reason: transcript error |
| 170 | 11 | "the student down the road"/"stays home"  Reason: transcript error |

02 / 26 / 2024
_____          _____
        (Date)                                  (Signature)

Doc ID: 836bc9f2d635460695c799ba03e61422be74476a

No. 520639

Re:    Deposition of **Joseph Wolf**
       Date: 1/8/2024
       Case: Wolf, et al. -v- Dolgen New York, LLC
       Return to: transcripts@planetdepos.com

| 171 | 11 | "Overhear"/"Over there"  Reason: transcript error |
| 175 | 19 | "I would say"/"I wouldn't say"  Reason: transcript error |
| 176 | 20 | "Luciedo"/"Viciedo"  Reason: transcript error |
| 211 | 12 | "pair"/"there"  Reason: transcript error |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

02 / 26 / 2024
_____
(Date)

_____
(Signature)

Doc ID: 836bc9f2d635460695c799ba03e61422be74476a

No. 520639

Re:    Deposition of **Joseph Wolf**
       Date: 1/8/2024
       Case: Wolf, et al. -v- Dolgen New York, LLC
       Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Joseph Wolf, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

02 / 26 / 2024
(Date)

(Signature)

Doc ID: 836bc9f2d635460695c799ba03e61422be74476a

No. 520642

Re:    Deposition of **Carmen Wolf**
        Date: 1/9/2024
        Case: Wolf, et al. -v- Dolgen New York, LLC
        Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 12 | 16 | "Mariam"/"Miriam" Reason: transcript error |
| 40 | 12 | "One"/"More than one, but I only use my Capital One card at Dollar General" |
|  |  | Reason: Testimony correction. |
| 144 | 3 | "Mrs. Wilson testimony"/"Mrs. Wolf's testimony" Reason: transcript error |
| 149 | 18 | "It doesn't matter to me"/"It does matter to me." Reason: transcript error |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

02 / 26 / 2024

_____                    _____
(Date)                                                    (Signature)

Doc ID: 8c3f9ab812467423ec3ab9f2b35d3bf841ee6afa

No. 520642

Re:   Deposition of **Carmen Wolf**
      Date: 1/9/2024
      Case: Wolf, et al. -v- Dolgen New York, LLC
      Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

        I, Carmen Wolf, do hereby acknowledge that I
have read and examined the foregoing testimony, and
the same is a true, correct and complete
transcription of the testimony given by me and any
corrections appear on the attached Errata sheet
signed by me.

02 / 26 / 2024

_____          _____
        (Date)                          (Signature)

Doc ID: 8c3f9ab812467423ec3ab9f2b35d3bf841ee6afa