# **EXHIBIT 4**

| | |
|---|---|
| **Message** | |
| **From**: | Anita Laws [alaws@dollargeneral.com] |
| on behalf of | Anita Laws <alaws@dollargeneral.com> [alaws@dollargeneral.com] |
| **Sent**: | 1/24/2023 12:05:20 PM |
| **To**: | Rebecca O'Brien [robrien@dollargeneral.com] |
| **Subject**: | Script #2 |
| **Attachments**: | RD Meeting 1.docx |

**Anita Laws**
**Dollar General**
**District 2 Region 74 Division 10**
alaws@dollargeneral.com
785-250-6738

**Grace*Grit*Gratitude**

Pricing Accuracy

As a mom and a customer, pricing accuracy is crucial for me due to the current economy and the expense of raising a large, active family. As a DM, part of my job and responsibility is to ensure pricing accuracy so that my customers can make informed purchasing decisions. Pricing starts with building a culture in our stores. My team knows that I care about them not only as employees but as family. They know that they are key to our success, that I have high expectations of them and we want to win. I model the behavior, work shoulder to shoulder with them, explain the "whys" and recognize them for a job well done. I am relentless when it comes to removing pricing barriers for them such as issues with printers.

Ad execution is where pricing accuracy starts each week and I follow up on every store visit. I am in a different store every Compliance Tuesday working shoulder to shoulder with my team. This reinforces the importance of pricing, and I am learning what price changes are happening each week to be able to follow up and validate in my other stores. My RD has labels printed in the store that he is in on Compliance Tuesdays and takes them with him so that he can follow up and validate. He is modeling that pricing is important to him. And if pricing is important to him, it is important to me. And if pricing is important to me, it is important to my teams. The SCV gives us an excellent starting point for validating prices. If we find issues with pricings on the SCV, we must take additional steps to determine why, remove any barriers, follow up and validate.

As Rebecca mentioned, I am from Kansas and we have been dealing with intense pricing scrutiny for the past four years from the State of Kansas. It hasn't been pleasant and there is a lot of pain points around it. I am here to tell you that we can win at pricing, and we have to act now. We have to teach, train and be purposeful in our execution of pricing. Please, get your DM's and stores on a routine now so that you don't go through what I have. Make pricing important. We own it!

Product safety

Ensuring compliance and maintaining high standards is crucial to Dollar General's success, reputation, and the satisfaction of our customers. As a mom, it is important to me to have the safest and freshest product possible for my family. As a DM, it is my responsibility to make sure that my customers have the safest and freshest product possible for their family. I have built a culture where my team feels valued and supported. I take time to learn about them and their families, I invest in their development, and I share the "whys' with them so that they understand. In turn, they are engaged and invested, and we execute product safety at a high level. I start talking about the SCV the week it goes live. My RD makes his expectations around a quality execution of the SCV clear and he follows up with us weekly. By planning a purposeful SCV, I am able to work shoulder to shoulder with our team, remove barriers, coach, teach, train, and follow up on any issues. As Rebecca mentioned, the SCV isn't our only tool. START is an excellent resource. I have a START Captain on my team who shares recall notices, the weekly product rotation categories, pricing or other important updates daily. My personal favorite resource for product safety is the PowerBI reporting for Fresh. At a glance, I can tell who is executing at a high level and who need additional training and follow up. Product safety comes down to using the tools the company has provided and following up on them. As Field leaders, we have to foster a culture of engagement and ownership so that our families and our customers families have the safest and freshest product that we all deserve.

Safety

As Field Leaders, it is our responsibility to address any issues that may compromise the safety and well-being of our team and customer. We must create a culture in which safety is a constant priority not just a quarterly task. It should be integrated into all aspects of our operations. Our teams are our most important asset. I have mentioned the culture in my District where my team feels supported and valued. Because of this culture, my teams feels comfortable to raise their hand and ask for help- especially if its impacting a safe work environment. Every single time that I am in a store, whether it is a QSV, SCV or a pop in visit, I am looking at safety and if we find an issue, we address it on the spot. My responsibility to my team is to help break down any barriers that might get in their way. As Rebecca mentioned, the company has given us the tools to win at Safety from the 7 day workflow, to the daily planner to compliance Tuesday the SCV and QSV and more. Our job is to use those tools. We need to inspect what we expect, and we should never walk by something that isn't right and not say something. Everything that we do with safety has to do with keeping our Customers and our Teams safe and getting them home safely to their families.

Message

| | |
|---|---|
| **From**: | Mia Savaloja [msavaloj@dollargeneral.com] |
| on behalf of | Mia Savaloja <msavaloj@dollargeneral.com> [msavaloj@dollargeneral.com] |
| **Sent**: | 3/29/2023 10:11:44 AM |
| **To**: | Matthew Metzger [mmetzger@dollargeneral.com]; Grayson Jensen [gjensen@dollargeneral.com]; Dane Hanslow [dhanslow@dollargeneral.com] |
| **CC**: | Rebecca O'Brien [robrien@dollargeneral.com] |
| **Subject**: | Store Compliance Script Final |
| **Attachments**: | Store Compliance Script Final .docx |

Good Morning All!

The final script for Store Compliance is attached.
I'll post the PowerPoint to the Teams site.

Thanks,
Mia

Store Compliance

**Slide 1**
Welcome to the session on Store Compliance – my name is Mia Savaloja. I'm the Sr. Director of Compliance and Communications. (Rebecca) I'm Rebecca O'Brien, Director of Store Compliance. Today, we're going to focus on 3 key areas of importance for store compliance – Pricing Accuracy, Product Safety and Store Safety. And we'll talk about each as we answer 4 key questions.
<CLICK>

**Slide 2**
The 4 Key questions are:
Why? Why is Compliance Important?
What? What are the Key Components of Compliance?
How? How will you be successful? And
When? When is Compliance Important?
<CLICK>

**Slide 3**
Let's kick off with the Why?
<CLICK>

**Slide 4**
The importance of Compliance aligns with our mission of Serving Others and our core value of demonstrating integrity in everything we do.

Serving Others means we are serving the needs of our customers by providing convenience, value, and service every day. However, our mission of Serving Others doesn't stop with our customers- we also Serve Others through our employees, shareholders, and the communities that we serve.
Remember the guiding principle: the best choice is one that will Serve Others.
So, let's break this down….

**For our customers**
We work to improve our customers' lives. We do so by providing goods at low prices, treating each customer with respect and dignity, and always considering customer safety. Are the aisles passable and shoppable?
Key words there…always considering customer safety….

**For our Employees**
We consider how our actions might affect others' well-being and safety.
So, as an employee of Dollar General…. how do we affect others well-being and safety? Let's think about that a minute….is the store environment safe? If customers and employees had to

## Store Compliance

evacuate, could they make it through aisles? Or would something be blocking the pathway to the exit door?

**For our Shareholders**
We protect the shareholder investment by keeping Company assets safe and promoting our reputation for quality goods and services.
Let's key in on one word there...reputation...as individuals, our reputation is very important to us. We care about it. The same is true about our Company reputation.... it's important to all of us.

**And last, but not least.... For our communities**
We serve the communities we support by following all local, state, and federal laws. Yes...laws that govern pricing, products, and safety. Keeping aisles and exits clear, accurate pricing, having safe products on our shelves... These aren't boxes to check. It's compliance, and it's central to our mission.
<CLICK>

**Slide 5**
As we talk about the importance of compliance, I want to further emphasize the impact on our customer. As you know, DG conducts customer research to gain insights on their opinions. As we kick off, I want to share this feedback from one of our customers...
"It isn't a pleasant experience when you're trying to shop and you can't get down the aisles because they have multiple boxes of product in the way, or the items aren't in the right place or they're incorrectly priced or it'll be in the clearance bin, but it's not on clearance."
Ok, there are a few things to address here.... what are they?
Store safety issue due to blocked aisles, not following stocking or recovery processes and...
Pricing accuracy issues
One thing is clear here, when we're out of compliance, we let our customer down....

So, why is Compliance important? Compliance is central to our mission and the store experience.
<CLICK>

**Slide 6**
Now, we're going to talk about the WHAT. When we say compliance, what specifically do we mean?
Today's session won't cover every single aspect of what it means to be compliant, but it will focus on the 3 key areas of Compliance that are critically important to our mission of Serving Others. Those three areas are: Pricing Accuracy, Product Safety, and Store Safety
<CLICK>

**Slide 7**
Let's start with Pricing Accuracy
<CLICK?>

Store Compliance

**Slide 8**
- A LOT has changed in this world in the last few years. As customers ourselves, we have all experienced supply shortages and inflation.
- As costs increase, retailers are raising prices. It's happening across the retail landscape.
- As prices change, it's necessary that we make those changes and ensure the prices on the shelf match what is rung up at the register. Stores MUST be priced correctly on the shelf every day on every item.
- Think about our mission and who we are for a moment. Customers rely on DG to stretch their dollar. The shape of our logo was designed to symbolize the stretching of a dollar.
- Every day, customers walk into stores with a fixed amount of money to spend. She might walk in with a $20 bill that she's worked very hard for.
- She's got coupons and a circular, and she's on a mission to get the most out of that $20 to provide for her family.
- She's keeping track in her head as she shops the aisles, she knows how much tax is going to add, and she gets to that register knowing she did the best she could for her family, and her total is going to be somewhere between $19.50 and $20.00.
- And it's $21.35.
- And now, she's deciding which item that she picked out for her family won't be coming home with her today. And now her friend from work is in line behind her, watching her make this choice.
- She's mad. She's humiliated. And it's our fault.
- Pricing accuracy isn't just to ensure that we avoid fines, it's to ensure prices are accurate for our customers. If you leave this session and send a message to your SMs that they need to be priced accurately to avoid fines, – the team isn't going to rally behind you, and they have no reason to. We must ensure that everyone understands that pricing accuracy is for our Customers and our Communities – that's why Pricing Accuracy should matter to every single employee at Dollar General.
- <CLICK>

**Slide 9**
Here's how we get it right – there are 4 specific things here that make all the difference.
Let's start with Core Shelf Labels
- Accurate pricing starts with core shelf labels. This happens weekly and the commitment must be to set these first on Compliance Tuesday right after the Safety Sweep. Stores must reach out to the ERC with any printer issues and if not resolved, please get involved to ensure stores have a working printer.

Next, is the MAG Set
- MAG endcaps and G-sections have shelf pricing that come pre-printed with the MAG.
- To help maintain accuracy, endcaps and G-sections must set on time to ensure accurate pricing.

Next, are Planograms
- Like MAG, planogram resets must be completed on time!
- If POGs aren't set on time, pricing accuracy is at risk because weekly price changes may happen right after the set date.

CONFIDENTIAL
DG_WOLF_0011321

## Store Compliance

- To maintain pricing accuracy, planograms must set on time.

Lastly AD & TPR signs…
- When you walk into a store, you can tell right away whether the Ad signs are up or not.
- Not only do Ad & TPRs drive sales, but they also play a critical role in maintaining accurate pricing
- Signs must be set in stores on the effective date and removed on the end date.

<CLICK>

**Slide 10**
We have training and resources around Pricing Accuracy
- As mentioned earlier, Accurate pricing is the law – that's why we have SOPs and processes in place to help stores maintain accurate pricing.
- When pricing doesn't get updated on time, there's going to be a discrepancy at the register. Remember the example of the customer who had to decide on what items to put back because of our pricing error?
- When there is a discrepancy between the shelf label and POS, stores must ALWAYS take care of the customer.
- Losing a customer comes at a high cost. Don't lose one over a few dollars.

<CLICK>

Training & Tools
- Let's look at training and tools that support accurate pricing. In February, we launched a SHORT 3-minute CBL called Maintaining Pricing Accuracy.
- The CBL dives into the weekly pricing activities that occur in our stores.
- Stores can't maintain accurate pricing if they don't have working equipment such as printers, a store PC, and supplies (like printer toner and blank shelf labels) – ensure that as leaders you execute RELENTLESS follow up on this.
- If the equipment isn't working or the store doesn't have proper supplies, validate that the store has contacted the ERC and follow up with the ERC if needed.
- The Tuesday Label Printing report is a great tool to determine which stores haven't printed labels.
- If labels aren't being printed, something is wrong, and follow up is needed right away.

<CLICK>

**START Task Engagement**
- Let's spend a couple of minutes on this…. are your SMs accessing the START App on the HHT to follow up? Are they engaged in what tasks haven't been opened? START tasks are a great way to get a pulse on pricing accuracy.
- We sometimes have promotional signage that needs to be updated. These changes are often communicated in START.
- Reviewing START to see if the team opened the task is the best way to follow up.
- To effectively maintain pricing accuracy across all stores, every day, we must use these tools and resources.

<CLICK>

## Store Compliance

**Slide 11**
That's how we get pricing accuracy right. Now, how do we measure if we are right?
There are several ways that all involve your leadership footprint.
- First, anytime that you are in a store, whether it be a QSV or an SCV, or just a drive by visit, a pricing review must be done.
- Are Ad and TPR signs visible?
- Is the store up to date on Planograms and MAG?
- Is the store printing and hanging shelf labels on Compliance Tuesday?
- All of these are readily visible for follow up to ensure that it's right for the customer.
- And one more thing – where should you plan to be on Tuesday morning? In a store, ensuring that Compliance Tuesday is being executed correctly. This will also ensure that YOU know which items are changing prices this week. Knowing that, you'll know which items to check on your store visits.

<CLICK>

**Slide 12**
- Now let's turn our attention to product safety.
- Everyone tuning in today has shopped for products with limited shelf life at some point recently…whether it be for yourself or your family
- I find myself checking the expiration dates on products more times than not because I want to make sure I am keeping my family safe.
- Our customers should be able to walk into our stores and confidently purchase products knowing they are fresh and in date!

- **CLICK**

**Slide 13**
- Product Safety is critically important not only because it's the law, but customers deserve it!
- Our communities need to have confidence in our products knowing that they can count on DG to keep their family safe and healthy.
- Because we have let our customers down, we have seen an increase in the number of regulators in stores and we won't stop seeing them until we get product safety right.

- **CLICK**

**Slide 14**
- Why is Product Safety important?
- Our stores are a one-stop shop or convenience stop for consumable products with either a shopping cart full of groceries or a gallon of milk on the way home from work
- Our teams must ensure products on the shelf are not expired so customers will continue to rely on DG for the brands they know and trust.
- When customers can depend on us, they reward us by coming back.

## Store Compliance

- Based on our Steritech audits this year, there is a direct correlation between expired product violations and sales.
- Stores that had no expired product found in these audits are outperforming stores with 4 or more violations by $48,000.
- Please think about how you can share that bonus potential with your SM team!
- So, what does right look like for product safety?

- **CLICK**

**Slide 15**
First – product rotation
- First, product rotation
- On Compliance Tuesday, stores will complete Product Rotation after pricing.
- Weekly categories are on the Product Rotation Schedule located on the Business Center
- When the SM or key holder is performing product rotation, they should use First In, First Out method.
- And that silver cart makes this a lot faster in sku intensive areas.

Freshness Monday/Thursday
- Freshness M/Th is another way to impact Product Safety.
- All refrigerated and frozen items are rotated using FIFO on these days.
- This is a high-volume sales area so ensuring that products are fresh and up to date will keep our customers coming back.

Recalls
- Recalled product must be immediately removed from the sales floor, placed in a designated holding area, and acknowledged in START.
- I know personally that many of you are <u>highly engaged</u> with your SMs on follow up and I thank you for modeling the way.

Environmental Compliance Center
- And lastly…
- The Environmental Compliance center ensures that damaged items are properly disposed of. It <u>must</u> be set correctly in every store according to SOP 231.
- This is an area that you check on <u>every</u> SCV. Our 3rd party vendor, Steritech, also audits this in every store! In many states, there are regulatory laws for product disposal so it's an important area for you and your SMs to review and validate on <u>every visit</u>.

- **CLICK**

**Slide 16**
- Ok, let's recap…. what's the Playbook for Product Safety?
- Product Rotation on Compliance Tuesday
- Freshness Monday & Thursday
- Completing recalls on time
- The Environmental Compliance center including: 6 bins labeled with a training binder, and set to SOP 231

## Store Compliance

- And an SCV completed with integrity

- **CLICK**

**Slide 17**
- The Business Center is a valuable tool for a productive conversation. All store visits will start with a Safety Inspection…but the Business Center is still on the road map!
- All compliance related documents live under the Customer Experience section of the Business Center.
- 3 important tools live here – the product rotation schedule, the most recent Store Compliance Visit and the Compliance CBL report. Compliance makes up half of this section.
- If the SMs can ensure proper execution at store level, through these tools and resources, they will stay up to date on product rotation and should not experience an unfavorable audit.

**START Task Engagement**
- Start is another resource to use to track rotation activities.
- It provides a quick snapshot on stores that haven't opened weekly tasks.
- Weekly tasks help quickly identify those products that should be pulled from the shelf, damaged, and discarded when rotating.

- **CLICK**

**Slide 18**
As we review the Business Center, it's important to call out the new Serving Others Employee Pledge! The pledge is our commitment to Store Safety, Product Safety and Pricing Accuracy. Let's review this important commitment that <u>each</u> employee makes to Serving Others.
- "Our purpose at Dollar General is bringing our mission of Serving Others to life every day, which has stayed constant for 85 years.
- We are committed to providing a customer ready experience where there is everyday trust that our stores remain clean, in-stock, safe, and convenient.
- As the leader of your store, <u>you</u> set the example and empower <u>your</u> team to always uphold these standards.
- To support you and the DG Experience, all store employees should sign the "Providing a Customer Ready Experience" pledge showing their commitment to maintaining this environment for our employees and customers."

Please ensure that you review pledges at the Business Center as part of <u>every</u> store visit.

- **CLICK**

**Slide 19**
- Ensuring compliance and maintaining high standards is crucial to Dollar General's success, reputation, and the satisfaction of our customers. <u>All of us</u> care about our families and communities and want safe, fresh products for them.

## Store Compliance

- When you are conducting SCVs, it's not just about completing it. It's about setting clear expectations around the importance of compliance and the quality execution of the SCV. You must follow up with Store Managers as necessary.
- By planning a purposeful SCV, you can work alongside your Store Managers, remove barriers, coach, teach, train, and follow up on any issues.
- As leaders, you have opportunities to see, measure, and act on Product Safety all the time. Is the team checking rotation on Compliance Tuesday, Is the Rotation Schedule posted and being used? Is the store on process with the Damages Control Center and using FIFO stocking practices? And what are YOU doing to solve problems with your team? All of these, in combination with the SCV, will help us to provide safe products for our customers.

- CLICK


**Slide 20**
- Finally, let's talk about Store Safety

- CLICK

**Slide 21**
- I'm talking about clear aisles, clear exits, clear electrical panels, and accessible fire extinguishers.
- I know I don't have to tell you why this is important, but stores need clear aisles, clear exits, clear electrical panels, and accessible fire extinguishers in the event of an emergency.

- CLICK

**Slide 22**
- Why is store safety so important?
- The safety of employees and customers is the #1 priority every hour, every day
- We know that customers respond positively to a clean, clutter free, safe store by rewarding us with more sales!
    - There is a direct correlation to the amount of safety violations found on Steritech audits and store sales performance.
    - It's no surprise to see that stores who had no safety violations on a Steritech audit are outperforming stores with 4+ violations by $66k.
- Next, we're going to cover some important and non-negotiable safety areas. Let's break down what Right looks like…

- CLICK

**Slide 23**
- First, the emergency exits…

## Store Compliance

- Pathways to emergency exit doors must be clear, uncluttered, and free of obstructions.
- There must be a <u>clear</u> path of at least <u>36 inches</u> to the emergency exit and <u>3 feet</u> of clearance in front of the emergency exit. In most stores, this area is typically marked with yellow striping.
- So where do things go wrong? The two photos on the right are easy to spot…but what about the employee who takes the trash to the back and puts it in front of the door to take out first thing in the morning?
- That's not a clear pathway…
- Emergency exit doors should always open by pushing the panic bar. Emergency exits should <u>never</u> be padlocked or barred with any items that prevents an employee or customer from safely exiting during an emergency.
- As you talk to your Store Managers, put it in perspective for them….in the event of a fire or other need to evacuate, is the pathway clear to do so? Will the emergency exit doors open?

- **CLICK**

**Slide 24**
- Next, electrical panels…
- Pathways to electrical panels must be clear, uncluttered, and free of obstructions with 3 feet of clearance <u>always</u>.
- As you talk to your Store Managers, put it in perspective for them….in the event of an electrical fire or a blown circuit, is there anything blocking the panel that would prevent necessary access?

- **CLICK**

**Slide 25**
- Aisles
- Blocked aisles are defined as less than 36 inches of clearance (use the length of a shopping cart as a reference) or rolltainers on the sales floor greater than 2x the number of on duty employees.
- Aisles including the pathways to restrooms and water fountains must be clear, uncluttered, and free of obstructions which include: stackouts, merchandise, rolltainers, uboats, ladders, footstools, and other merchandising displays.
- As you talk to your Store Managers, put it in perspective for them….in the event of a fire or other need to evacuate, is the pathway clear to do so?

- **CLICK**

**Slide 26**
- And lastly…
- All Fire Extinguishers must be visible, accessible, and free of obstructions on the sales floor <u>and</u> in the Receiving Room.

CONFIDENTIAL
DG_WOLF_0011327

## Store Compliance

- And all fire extinguishers should be visually inspected once a month for dents, that the hose is attached and it's in the green area on the dial. If a tag is available, please mark the inspection on the tag.
- In the event of a fire, the pathway <u>must</u> be clear to get to the fire extinguisher. Remember, employees are NEVER expected to fight a fire. Employees are expected to report the fire and safely help evacuate the store. Fire extinguishers are available for <u>trained</u> first responders to use.

- **CLICK**

**Slide 27**
- Our commitment to employee and customer safety is evident in our SOPs and is supported by other resources and training.
- <u>Yes</u>, there are A LOT of words on the slide, but they are there for a purpose.
- This demonstrates the tools available, and <u>we must</u> use them at all levels.
- Let's do a quick walk through some of the resources available to our store teams
    - Store Manager Training
    - Safety Orientation Training
    - ADA Training
    - Safety Handbook
    - Safety & Stocking poster
    - Product Rotation schedule
    - DG Fresh *and that's just the onboarding*!
- Ongoing there is the Monthly Safety Newsletter, the Quarterly Safety Audit, and Daily Compliance Checks in the HHT just to name a few.
- And there is also recognition for the teams that achieve success by being accident free!
- And for field leaders, there is also robust training and several preventative methods to help stores achieve success: such as SCVs, QSVs, and live CCTV access.

- **CLICK**

**Slide 28**
- As we continue our focus on Store Safety, we have tools to help stores maintain safety standards.
- Reinforcement training with regulatory and safety questions are live in Elevate.
- The Daily Planner now has a Compliance section which includes: Compliance Tuesday tasks and the 3x daily safety walk.
- An additional call out is the investment for a Steritech audit to be conducted in all our stores.
- And T+1 calls are a great way to reinforce expectations and talk about any existing safety challenges while also creating actions plans to solve.

- **CLICK**

## Store Compliance

**Slide 29**
- In 2023, we will continue to drive Store Safety improvement through existing processes and some new ones.
- 3X Daily our stores check Emergency Exits, electrical panels, clear aisles, and fire extinguishers through the HHT safety walks.
- District Managers have at least 3 formal touchpoints every quarter to check the <u>same</u> areas on the QSVs and SCVs. Those touchpoints are 1 QSV every 45 days and 1 SCV every quarter.
- And then we have Steritech, who will visit all stores during the year to measure against the <u>same</u> Safety aspects.
- And as you know, we are now leveraging CCTV for daily touchpoints in all stores on safety.
- ALL and I'll repeat ALL of these touchpoints are checking and measuring against the same things – accessible, clear, unobstructed exits, electrical panels, aisles, and fire extinguishers.

- **CLICK**

**Slide 30**
And That is our "what" when it comes to Compliance: Pricing Accuracy, Product Safety, and Store Safety. As Field Leaders, it is <u>your</u> responsibility to address and immediately correct any issues that could compromise the safety and well-being of your employees and customers. We <u>must</u> continue to further **a culture in which safety is a** <u>constant</u> priority. It should be integrated into all aspects of store operations.
- We must foster a culture where the team feels comfortable to raise their hand – and work to solve problems with them when they do
- We must Use the tools available – including Daily CCTV Review
- And on Every Visit, Every Time – we must check store safety, and ACT when we see opportunity, which includes upholding our Accountability program
- Next Mia will talk about the HOW

- **CLICK**

**Slide 31**
Next up – we'll talk about HOW. This is about the tools and processes that exist *specifically* to drive compliance in stores.
<CLICK>

**Slide 32**
In 2023, we have some new tools and programs
<u>Steritech Frequency</u>
- All stores will be audited this year by our 3rd party vendor Steritech
- Product Rotation Failures will be reaudited
- An audit in every store is a win to get everyone will be focused on the same priorities

## Store Compliance

- Accountability for Store Managers and District Managers is now tied to Steritech, QSV and SCV audits.

CCTV
- Utilizing CCTV allows you to react in real time.
- This provides valuable insight for prioritizing store visits and solving issues quickly.

Training
- Safety Orientation and ADA CBLs were the first CBLs of the month for 2023
- In February, we launched the Stackz Video and the Maintaining Pricing CBL
- Compliance will also continue to be a weekly focus in Teams Live events

<CLICK>

**Slide 33**
Our next "How" is Compliance Tuesday. These activities will be completed by the Store Manager (or Manager on duty) every Tuesday starting at store opening:

- The daily Safety Sweep should be conducted first.
    - Ensure aisles, electrical panels, and exits are clear, unobstructed, and accessible. Ensure that fire extinguishers are visible, unobstructed and in their designated location.
- Next - Complete price changes with a focus on shelf labels and clearance stickers. From there….
- Complete product rotation/damages according to the current weekly Product Rotation Schedule located on the Business Center
- Audit prior day's Freshness Monday activities by checking product dates in Dairy-Cultured, Deli, Cheese, etc. and
- Lastly, ensure that damages are completed in the Damages Compliance Center

<CLICK>


**Slide 34**
This is a visual of what Compliance Tuesday looks like….
Shelf labels –
    •These are now pushed in fulfillment based on price changes monitoring
Shelf strip Must Buys –
    •Check START for updates if there is a price change
Clearance Stickers –
    •Huge sales opportunity to sell through before the reset.
    •There's less to move to the clearance section!!
Product Rotation & Damages & Fresh Monday Audit
    •A quick spot check to validate Monday execution.
What's the main theme about Exit Doors, Electrical Panels, Aisles and Fire Extinguishers?
Accessible, Unobstructed AND a pathway to safety!!
<CLICK>

## Store Compliance

**Slide 35**
The Damages Control Center is relatively new. So, let's look at it in detail. As part of Dollar General's continued commitment to Compliance, all stores are required to set up and utilize a ***Damages Control Center.***
The Damages Control Center is used to collect dry damaged items throughout the week. Dry damages are categorized into 4 areas:
- Expired
- In-Store
- Received
- Other

On each Compliance Tuesday, the Store Manager (or Manager on Duty) will review and process damages in the Damages Control Center.
- Scan and process dry damages <u>only</u> on Compliance Tuesday.
- Do NOT process damages on the HHT as items are being placed in the Damages Control Center.
- The Store Manager (or Key Holder) must contact the District Manager if more than 50 units/pieces will be processed as damages.
- Items that are part of Environmental Compliance should be placed in the appropriate EC bin after damaging out.
- If an item is leaking and/or a potential safety hazard (i.e. broken glass), scan with the HHT and immediately process.
- Fresh and Produce damages are excluded from the Damages Control Center. Stores should follow the damages process outlined in SOP
- Each week, Stores should rotate only the categories directed and Damage out per SOP using START task dates.

<CLICK>


**Slide 36**
- That's our process....
- Model the way for Store Managers and help them make good decisions in all situations.
- As part of 7-Day Workflow, product is ALWAYS stocked to the shelf.
- We never....
    - Damage out Sellable product
    - Donate Sellable product
    - Send Sellable product back to the DC
    - Throw it away
    - Or Mark product down with a Price Override

Yes, there are times when a store can get off process for any number of reasons....and when they do, it's critical to help the Store Manager get back on process.

## Store Compliance

    That might mean leading the store team to clean up the receiving room, aisles, or other parts of the store, but mostly it means coaching Store Managers and helping them get to the root cause of problems to truly solve them.
That wraps up the How with tools and programs.
Now, let's talk about the "When."
<CLICK>

**Slide 37**
The "When" is very simple…it's Every Day. It's not part of 7-Day Workflow or a special activity that stores do weekly or monthly. It's so important…. that it's Every Day.

**Slide 38**
Before our time with you ends, let's go over what we've discussed.

Safety & Compliance come first.

We owe it to our customers, and to our teams, to give them a safe environment to shop in, to give them honesty and integrity in the prices we charge them, and to sell them quality products.

We talked about the WHY – Compliance is Critical to Our Mission of Serving Others. Our customers and our employees count on us. Our shareholders and the communities we serve count on us, too. Serving Others is our Mission, and that means we must uphold every day the most basic principles of integrity, fairness, and safety.

We talked about the WHAT…Our focus needs to be on Price Accuracy, Product Safety, and Store Safety.

We talked about HOW … we have great tools, routines and practices established in our SOP. But in addition, we must have ENERGY and FOCUS on compliance and safety. It starts with us. The store teams will care about the things that YOU care about.

And finally, we talked about WHEN. All Day, Every Day --- because Safety & Compliance are a part of everything we do for our customers, our employees, our shareholders, and our communities.

Thank you all so very much for your time today.