# EXHIBIT 5

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 4/20/2023 5:33:50 PM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**THIS COULD BE A PHISHING MESSAGE!** The sender is from outside your organization, so carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Onnalee OConnorr
**Email:** onn_oconn@hotmail.com
**Primary Phone:** 585-944-5714
**Address Line 1:** 2819 Swett rd
**City:** Lyndonville
**State:** NY
**Zip Code:** 14098
**Store Street:** 11349 ridge rd

**Store City:** Medina

**Store State:** NY

**Store ZipCode:** 14103

**Questions and Comments:**

The key on duty this afternoon was extremely rude to me and the cashier. I questioned my receipt because not all coupons, discounts and advertised prices were accurate. I understand the receipt is confusing, I shop DG regularly. I only wanted to pay what was advertised and she was short, nasty, asked what I thought she should do about it. She yelled at the cashier (Bernie) who was nothing but pleasant and was trying offer a solution. I suggested returning the 3 items on the receipt and reringing them with a price mod to match the ad sign. She didn't want to do that, so I suggested returning 1 item in full and issuing the amount back to me which was close, but not accurate. I didn't get the advertised sale. She kept asking what she was supposed do about any of it. Staying it was all out of her control. Hands shaking the entire time. She had an awful attitude the entire time. I think she was referred to as Felicia, but I'm not certain.

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | William Perkins [wperkins@dollargeneral.com] |
| **on behalf of** | William Perkins <wperkins@dollargeneral.com> [wperkins@dollargeneral.com] |
| **Sent:** | 5/11/2023 9:58:40 AM |
| **To:** | Customer Care [CustomerCare@dollargeneral.com] |
| **CC:** | Michelle Molthu [mmolthu@dollargeneral.com] |
| **Subject:** | RE: Store#:8366: Department: Other |

This has been completed.

---

**From:** Customer Care <CustomerCare@dollargeneral.com>
**Sent:** Thursday, May 11, 2023 9:23 AM
**To:** William Perkins <wperkins@dollargeneral.com>
**Cc:** Michelle Molthu <mmolthu@dollargeneral.com>
**Subject:** Store#:8366: Department: Other

Hello William,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following:
- Direct contact has been made with the customer
- The customer feels their issue has been addressed.

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,

Aarthi S. | HCL
Customer Care Specialist | Dollar General Corporation

---

**From:** NoReply <noreply@dollargeneral.com>
**Sent:** Wednesday, May 10, 2023 6:06 PM
**To:** Customer Care <CustomerCare@dollargeneral.com>; DollarGeneral.CustSvc@Genpact.com
**Subject:** Department: Other


**Customer Name:** LAURIE A BROCK
**Email:** lbbiker2003@gmail.com
**Primary Phone:** 413-302-2567
**Address Line 1:** 400 Emerson Drive
**Address Line 2:** Apt 9
**City:** Amherst
**State:** NY
**Zip Code:** 14226-1323
**Store Street:** sheridan

**Store City:** amherst

**Store State:** NY

**Store ZipCode:** 14226

CONFIDENTIAL

**Questions and Comments:**

this is the second time that I have shopped at Dollar General in the recent past that I have been charged prices different than posted. It does not add up to a lot of money but it is annoying and has me thinking about not shopping with you any more.

CONFIDENTIAL

Message
_____

**From:**           William Perkins [wperkins@dollargeneral.com]
**on behalf of**    William Perkins <wperkins@dollargeneral.com> [wperkins@dollargeneral.com]
**Sent:**           6/16/2023 9:36:41 AM
**To:**             Customer Care [CustomerCare@dollargeneral.com]
**CC:**             Michelle Molthu [mmolthu@dollargeneral.com]
**Subject:**        Re: Store# 08183, 18074 Dollar General Help Requested

Called three-time voicemail no box is full

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android
_____

**From:** Customer Care <CustomerCare@dollargeneral.com>
**Sent:** Thursday, June 15, 2023 2:29:00 PM
**To:** William Perkins <wperkins@dollargeneral.com>
**Cc:** Michelle Molthu <mmolthu@dollargeneral.com>
**Subject:** Store# 08183, 18074 Dollar General Help Requested

Hello William,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Desiree Lawrence
585 205 6440 (cell)

Will you also respond and confirm the following:

• Direct contact has been made with the customer
• The customer feels their issue has been addressed.

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,

Fathimunnisa M | HCL
Customer Care Specialist | Dollar General Corporation


**From:** Digital Care <DigitalCare@dollargeneral.com>
**Sent:** Wednesday, June 14, 2023 1:28 PM
**To:** Customer Care <CustomerCare@dollargeneral.com>
**Subject:** FW: Dollar General Help Requested


**From:** Desiree Lawrence <geodnl5@gmail.com>
**Sent:** Wednesday, June 14, 2023 1:13 PM
**To:** Digital Care <DigitalCare@dollargeneral.com>
**Subject:** Dollar General Help Requested

CONFIDENTIAL

I just left the Dollar General on Transit Rd. In Lockport NY empty handed because I asked the manager to honor the price that my app scanned in as a lower price for that item, and she refused to match the price on the Dollar general app. She was extremely rude and disrespectful about it too, to the point I left without buying a single thing, and decided I needed to contact corporate about her behavior and how she handled the situation. Additionally, I waited at the self checkout with the call for help light blinking, and after telling me he'd be right with me, he let 2 other customers that were being me get cashed out first. I had to ask him whether or not he was even going to help me.

Please set these employees straight. The store is not taking care of their customers.

Desiree Lawrence
585 205 6440 (cell)

------Diagnostics-----
User: geodnl5@gmail.com
App Version: v.12.2.12 b(302149)
OS: Android 12
Device: motorola moto g stylus 5G (2022)

CONFIDENTIAL

Message
_____

| | |
|---|---|
| **From:** | Mary Rivera [lissasmom2002@yahoo.com] |
| **on behalf of** | Mary Rivera <lissasmom2002@yahoo.com> [lissasmom2002@yahoo.com] |
| **Sent:** | 6/18/2023 3:16:36 PM |
| **To:** | custsvc@dollargeneral.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Hostile Manager Threatened My Husband And I With Permanent Ban From Manchester NY Store |
| **Attachments:** | image0.jpeg; ATT00002.txt; Video.mov; ATT00004.txt |

[You don't often get email from lissasmom2002@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

THIS COULD BE A PHISHING MESSAGE! The sender is from outside your organization, so carefully inspect this message for indicators of phishing. DO NOT click links, open attachments, or take other actions in any untrusted or suspicious message.

Hello,

Today, June 18 my Husband and I went to the Manchester NY Dollar General to buy hotdog buns and chips.

As we were checking out the cashier told us that the chips were a different price than we were expecting. They had been in the dollar section and she told us they were more.

We offered to show her where we got the bag of chips when the manager came over to tell us that he shelves the chips and that we were wrong.

We showed him that multiple bags of the chips we wanted to purchase were in the $1 section. He told us that that was wrong and that we should have looked at the oz on the bag. He became hostile and condescending.

We took our items to cash out and we're paying when he took the bag of chips and told us to leave the store.

He followed us to the door and threatened to ban us from all Dollar Generals in NY State.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | NoReply [noreply@dollargeneral.com] |
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent**: | 5/12/2020 5:38:59 PM |
| **To**: | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC**: | custsvc@dollargeneral.com |
| **Subject**: | Department: Other |

EXTERNAL MESSAGE: Exercise Caution

**Customer Name:** Marc Eidelberg
**Email:** wr2i@yahoo.com
**Primary Phone:** 646-470-2763
**Address Line 1:** 984 RT 9W S
**City:** Nyack
**State:** NY
**Zip Code:** 10960
**Store Street:** 118 Middletown Rd.

**Store City:** Pearl River

**Store State:** NY

**Store ZipCode:** 10965

**Questions and Comments:**

I searched for a 2 gallon gas can, which brought me to Dollar General's website. It looked like a good can for a fair price, so I checked the store for stock and directions. The gas can is only available in stores and was priced at $13.00. At checkout, I was charged $14.00. The cashier said we don;t price match. I advised her it was Dollar General's website I was showing her on my phone. She couldn't have cared less that the price was different. I drove 13 miles to get there and wasn't about to go hunt for a can elsewhere.

CONFIDENTIAL

Message
---

| From: | NoReply [noreply@dollargeneral.com] |
|---|---|
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| Sent: | 6/24/2020 5:56:18 PM |
| To: | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| BCC: | custsvc@dgcloud.mail.onmicrosoft.com; custsvc@dollargeneral.com |
| Subject: | Department: Store Feedback |

EXTERNAL MESSAGE: Exercise Caution

**Customer Name:** Elizabeth Puls
**Email:** lizzyp6@juno.com
**Primary Phone:** 585-813-7829
**Address Line 1:** 3901 Youngstown Road
**City:** Wilson
**State:** NY
**Zip Code:** 14172
**Store Street:** 412 East Main

**Store City:** Batavoa

**Store State:** NY

**Store ZipCode:** 14020

**Questions and Comments:**
Purple dot was 90 percent off yesterday. I went into your Batavia store and found 4 pillows but they rang up at 8.00. I talked to a male on the floor (I think he was in management and he would not adjust the price to match the sale. They had a purple dot. He said if they don't ring up he can not change the price. Can you help me please?

Thank you

Elizabeth Puls

DG_WOLF_0003319

Message

| | |
|---|---|
| **From:** | Chris Cammarata [ccammara@dollargeneral.com] |
| **on behalf of** | Chris Cammarata <ccammara@dollargeneral.com> [ccammara@dollargeneral.com] |
| **Sent:** | 8/12/2020 4:18:26 PM |
| **To:** | Heather Young [hyoung@dollargeneral.com]; Customer Service [custsvc@dollargeneral.com] |
| **CC:** | Heather Abernathy [habernat@dollargeneral.com]; 'dollar.general1@genpact.com' [dollar.general1@genpact.com]; Rakausky, Teri [Teri.Rakausky@genpact.com] |
| **BCC:** | dollar.general1@genpact.com; teri.rakausky@genpact.com |
| **Subject:** | Re: Store 13305 - Store Feedback |

Afternoon all, I just spoke to the customer. She will be returning to the store to have coupon honored and she is all set.

Chris Cammarata
District Manager 450
Division 5 - Region 15
615-879-4155
ccammara@dollargeneral.com

---

**From:** Customer Service <custsvc@dollargeneral.com>
**Sent:** Wednesday, August 12, 2020 3:58:56 PM
**To:** Heather Young <hyoung@dollargeneral.com>
**Cc:** Heather Abernathy <habernat@dollargeneral.com>; 'dollar.general1@genpact.com' <dollar.general1@genpact.com>; Rakausky, Teri <Teri.Rakausky@genpact.com>; Chris Cammarata <ccammara@dollargeneral.com>
**Subject:** Store 13305 - Store Feedback

Hello Heather,

In light of Chris's out-of-office notice, will you or someone on your team please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following;
* Direct contact has been made with the customer
* The customer feels their issue has been addressed.

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,
Keri Burton
Customer Care Specialist
Dollar General Corporation

---

**From:** NoReply <noreply@dollargeneral.com>
**Sent:** Tuesday, August 11, 2020 6:38 PM
**To:** Customer Service <custsvc@dollargeneral.com>; DollarGeneral.CustSvc@Genpact.com
**Subject:** Department: Store Feedback

**Customer Name:** Sue Imiola
**Email:** Sue.imiola1@gmail.com
**Primary Phone:** 716-390-8399
**Address Line 1:** 180 Eastland parkway

DG_WOLF_0003337

**City:** Cheektowaga
**State:** NY
**Zip Code:** 14225
**Store Street:** George urban and Harlem

**Store City:** Cheektowaga

**Store State:** NY

**Store ZipCode:** 14225

**Questions and Comments:**

I was in your store today and put my phone # in to use my digital coupon. The cashier tells me it's not showing up. I went to show her on my phone that it was in my saved coupons. She went on to tell me she don't care what my phone shows and she will not override the price. I asked to speak to a manager and she tells me she is the manager. I asked for her name to contact customer service . She replied I am not giving you my name . They have my schedule and can look it up. I found she was extremely rude and has no customer service skills. If she was this rude over a coupon issue I can't imagine how she is over a bigger problem.

CONFIDENTIAL

DG_WOLF_0003338

Message
_____

| | |
|---|---|
| **From:** | Customer Service [custsvc@dollargeneral.com] |
| **on behalf of** | Customer Service <custsvc@dollargeneral.com> [custsvc@dollargeneral.com] |
| **Sent:** | 9/10/2020 7:21:19 PM |
| **To:** | Custsvc [Dollargeneral.custsvc@Genpact.com]; Michele Neary [mneary@dollargeneral.com] |
| **CC:** | Heather Abernathy [habernat@dollargeneral.com]; Customer Service [custsvc@dollargeneral.com]; dollar.general1@genpact.com; Tanya Glosser [tglosser@dollargeneral.com]; John Hicks - Region Director [johicks@dollargeneral.com]; Ivy Reynoso (CME) [ercireyn@dollargeneral.com] |
| **BCC:** | dollar.general1@genpact.com; dollargeneral.custsvc@dollargeneral.com |
| **Subject:** | RE: [Ticket#2005631750] 19233 store mail |

*Our apologies Tanya/Heather! We did not verify the store location with the store number the customer listed.*

Michele,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following;

"      Direct contact has been made with the customer
"      The customer feels their issue has been addressed.

*Until the customer has received direct contact, this issue will continue to escalate

Thank you,

Marsha Murrow
Customer Care Supervisor
Dollar General Corporation

---

**From:** Tanya Glosser <tglosser@dollargeneral.com>
**Sent:** Thursday, September 10, 2020 1:03 PM
**To:** Custsvc <Dollargeneral.custsvc@Genpact.com>
**Cc:** Heather Abernathy <habernat@dollargeneral.com>; Customer Service <custsvc@dollargeneral.com>; dollar.general1@genpact.com
**Subject:** Re: [Ticket#2005631750] 19223 store mail

Sorry this store is not my district. Thanks Tanya

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Custsvc <Dollargeneral.custsvc@Genpact.com>
**Sent:** Thursday, September 10, 2020 1:52:32 PM
**To:** Tanya Glosser <tglosser@dollargeneral.com>
**Cc:** Heather Abernathy <habernat@dollargeneral.com>; Customer Service <custsvc@dollargeneral.com>; dollar.general1@genpact.com <dollar.general1@genpact.com>
**Subject:** Fwd: [Ticket#2005631750] 19223 store mail

EXTERNAL MESSAGE: Exercise Caution

Dear Tanya,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following;

DG_WOLF_0003339

*Direct contact has been made with the customer
*The customer feels their issue has been addressed.

*Until the customer has received direct contact, this issue will continue to escalate

Thank you,

Ivy Reynoso (CME)
Customer Care
Supporting Dollar General Corporation


---- Forwarded message from NoReply <noreply@dollargeneral.com> ---

From: NoReply <noreply@dollargeneral.com>
To: custsvc@dollargeneral.com, DollarGeneral.CustSvc@Genpact.com
Subject: Other
Date: 2020-09-08 18:18:10


Untitled Document>

**WARNING** - This email originated outside of Genpact.
Do not reply, click on links or open attachments unless you recognize the sender and know the content is safe. If you
believe this email may be unsafe, please forward it as an attachment to spam@genpact.com or use the
'Report as Spam' Outlook button.

**Customer Name:** Donna Murphy
**Email:** Donmur523@yahoo.com
**Primary Phone:** 718-464-1974
**Address Line 1:** 78-08 Cloverdale Blvd
**Address Line 2:** 2nd floor
**City:** Oakland Gardens
**State:** NY
**Zip Code:** 11364
**Store Street:** 11335 Springfield Blvd

**Store City:** Queens Village

**Store State:** NY

**Store ZipCode:** 11429


**Questions and Comments:**

I was at your store #19223 in Queens Village NY on September 5th, 2020. I bought Clover Valley Fudge peanut butter cookies. I was
overcharged. It was on sale for $1.50 but was charged regular price $1.85 a box. I have the receipt and store flyer showing the prices.
How so I get a refund? Yesterday I stopped in the store and your associate told me she couldn't override the price. Suggested me to
call you. Couldnt get through. Yesterday, your cashier gave me 2.00 back in change for items I bought yesterday but I was supposed to
get $2.04 back. Please email me at donmur523@yahoo.com . My phone number is 718-464-1974. Thank you.


---- End forwarded message ---
_____
This e-mail (and any attachments), is confidential and maybe privileged. It may be read, copied and used only by intended recipients.
Unauthorized access to this e-mail (or attachments) and disclosure or copying of its contents or any action taken in reliance on it is
unlawful. Unintended recipients must notify the sender immediately by e-mail/phone & delete it from their system without making any
copies or disclosing it to a third person.
_____

DG_WOLF_0003340

Message

| | |
|---|---|
| **From**: | NoReply [noreply@dollargeneral.com] |
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent**: | 9/8/2020 6:10:30 PM |
| **To**: | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC**: | custsvc@dgcloud.mail.onmicrosoft.com; custsvc@dollargeneral.com |
| **Subject**: | Department: Other |

EXTERNAL MESSAGE: Exercise Caution

**Customer Name:** Donna Murphy
**Email:** Donmur523@yahoo.com
**Primary Phone:** 718-464-1974
**Address Line 1:** 78-08 Cloverdale Blvd
**Address Line 2:** 2nd floor
**City:** Oakland Gardens
**State:** NY
**Zip Code:** 11364
**Store Street:** 11335 Springfield Blvd

**Store City:** Queens Village

**Store State:** NY

**Store ZipCode:** 11429

**Questions and Comments:**

I was at your store #19223 in Queens Village NY on September 5th, 2020. I bought Clover Valley Fudge peanut butter cookies. I was overcharged. It was on sale for $1.50 but was charged regular price $1.85 a box. I have the receipt and store flyer showing the pri ces. How so I get a refund? Yesterday I stopped in the store and your associate told me she couldn't override the price. Suggested me to call you. Couldnt get through. Yesterday, your cashier gave me 2.00 back in change for items I bought yesterday but I was supposed to get $2.04 back. Please email me at donmur523@yahoo.com . My phone number is 718-464-1974. Thank you.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Rebecca Showen [rshowen@dollargeneral.com] |
| **on behalf of** | Rebecca Showen <rshowen@dollargeneral.com>[rshowen@dollargeneral.com] |
| **Sent**: | 9/1/2020 12:21:25 PM |
| **To**: | Customer Service [custsvc@dollargeneral.com] |
| **CC**: | Matthew Abernathy [mabernat@dollargeneral.com];'dollar.general1@genpact.com' [dollar.general1@genpact.com] |
| **Subject**: | Re: Store 6066 - FW: Department: Product Inquiry |
| **Attachments**: | image001.png |

Good afternoon
I have spoken to Ms. Benedict in regards to the online sale prices.
There appears to be an ad online for this particular price of $4.00. I have scanned this in the store and it does scan $5.00. Looks like there may be typographical error. I have checked several items in the health and beauty flyer that have price cuts for these items that match this store.

I have apologized for the error and spoken to the store manager and will issue a refund for the difference. I did suggest to the SM that this should have been taken care of when the customer was inquiring about it on the date of purchase when she returned to the store. To never let it escalate to customer service when she could have handled it in the store.

Ms. Benedict was satisfied with the phone conversation that we had and I assured her that typically the price cuts will match and when we have an error it is sent out as soon as we find it. She will return for the $2.00 refund on her next shopping trip.
We also had a conversation about the Digital coupons and new DG pick up.


Thank you
Rebecca Showen

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Customer Service <custsvc@dollargeneral.com>
**Sent:** Tuesday, September 1, 2020 11:13:18 AM
**To:** Rebecca Showen <rshowen@dollargeneral.com>
**Cc:** Matthew Abernathy <mabernat@dollargeneral.com>; 'dollar.general1@genpact.com' <dollar.general1@genpact.com>
**Subject:** Store 6066 - FW: Department: Product Inquiry

Hello Rebecca,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

For your reference, I've included a screenshot of the ad referenced by the customer. It is from the Health & Beauty Savings circular available on dollargeneral.com, and the pricing is valid from August 16-September 19.
Will you also respond and confirm the following:
• Direct contact has been made with the customer
• The customer feels their issue has been addressed

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,
Keri Burton

CONFIDENTIAL

Customer Care Specialist
Dollar General Corporation



**From:** NoReply <noreply@dollargeneral.com>
**Sent:** Friday, August 28, 2020 10:34 PM
**To:** Customer Service <custsvc@dollargeneral.com>; DollarGeneral.CustSvc@Genpact.com
**Subject:** Department: Product Inquiry

**Customer Name:** Nola Benedict
**Email:** nola@sympatico.ca
**Primary Phone:** 613-703-7624
**Address Line 1:** 5 Tony Barnes Road
**City:** Akwesasne
**State:** NY
**Zip Code:** 13655
**Store Street:** Main street

**Store City:** Massena

**Store State:** NY

**Store ZipCode:** 13662

**Questions and Comments:**

I purchased 2 bottles of Rohto eye drops recently and discovered that I was charged $5 each. I read in your Health & Beauty online that it was on sale for $4 until September 19th. I went back to the store to get back the money I was over charged but they could find no proof of the sale. I told the cashier about the flyer online sta ting the sale price but she couldn't find the flyer on the app on her phone. She got the Manager to assist me and she couldn't find any evidence of a sale. When I told the Manager about the Health & Beauty flyer online she said that flyer is just for online shopping. So I returned home thinking I didn't read/ understand the flyer about the sale. I came to your website and looked up the Rohto eye drops and it shows the regular price of $5. I read the small print on the flyer and it mentions that not all products are available at every store. So it sounds to me that it's a sales ad for in store shopping. Can you please clarify where the sales ads I read on your website pertain to? Both the store and online price show $5 for the eye drops and the ad states $4. Thank you for your attention to this inquiry. I look forward to your reply.

DG_WOLF_0003363

Message

---

| | |
|---|---|
| **From:** | Lady Domestic [ladydomestic@gmail.com] |
| **on behalf of** | Lady Domestic <ladydomestic@gmail.com> [ladydomestic@gmail.com] |
| **Sent:** | 1/10/2021 10:43:07 AM |
| **To:** | custsvc@dollargeneral.com |
| **BCC:** | custsvc@dollargeneral.com |
| **Subject:** | Service complaint |
| **Attachments:** | image0.jpeg; ATT00002.txt |

EXTERNAL MESSAGE: Exercise Caution

Hello
I am writing customer service to make them aware of the disrespectful, ignorant and argumentative two women (one manager , one cashier) employed by the store that I encountered today at store at 528 Jackson Ave Bronx NY 10455 # 19210
Going about my weekly routine at this store. Never have an issue with anyone who works here. So I see the Christmas items listed at 50% off. Signs everywhere. I pick four boxes of Christmas lights and go to the cashier with several other items, I ask if they are 50% off because they are advertised as such. The argument begins. The cashier telling me that the $2.75 price is the sale price which it is not because the box is listed as $2.75 per unit normally. The women gets cocky with me not listening to what I'm saying, how I've been there several times since Christmas and that the items has to be put in manually for a discount from the main store manager. ( a male which is very nice, love him) The manager proceeds to come over and shun me without even directly speaking to me, talking her shit behind the computer to the cashier. I told them look as long as the signs are listed you have to honor that price. If there is no sale any longer then I suggest to remove those signs because it is considered false advertisement. I had o stand there and argue about a price which obviously states half off. If it doesn't scan, then make sure your signs are down off the shelf. I told the cashier I come here all the time and that I've been there after Christmas for items as well and her response was that she has worked there before Christmas. (No one was arguing about when or if or why she started her job) Had to be the rudest encounter I ever came across and both of these women need to be fired. If you're a walking misery, don't take it out on the customers. I will make sure to contact the CEO and have them removed from that store. You argue with a customer, you get fired. End of story. They are lazy in this cocky store and for some reason think that rules don't apply to them. After fighting my way through the argument, I finally got my discount while the miserable manager was saying things under her breath. She's lucky she didn't get knocked out. Here is the receipt attached
I can be contacted at 646-548-6871 if I do not answer, leave a message. I most definitely want to speak to someone about this and when I do see the store manager, I will tell him what happened. Never have I had to argue my way through trying to buy some items. All I can say is they are glad they caught me on a good day. Things could've went another way very fast as cocky as those two were today. They deserve to be a canned combo.

CONFIDENTIAL



```
DOLLAR GENERAL STORE #19210
         628 JACKSON AVE.
       BRONX, NY 10455-4333
         (929) 358-7067

BRKO ROOT BEER 2L CO    E        1.35 S
0490005233-110
OTH BOTTLE DEP-.05               0.95
CMAS WU CLEAR 100CT    E         2.75 S
43000129440-410
 REGULAR PRICE                   2.75-S
 PRICE OVERRIDE                  1.25 S
 NEW PRICE
 PRICE MATCH
CMAS GW MLTI 100CT L             2.75 S
43000128263-410
 REGULAR PRICE                   2.75-S
 PRICE OVERRIDE                  1.25 S
 NEW PRICE
 PRICE MATCH
CMAS GW MLTI 100CT L             2.75 S
43000128263-410
 REGULAR PRICE                   2.75-S
 PRICE OVERRIDE                  1.25 S
 NEW PRICE
 PRICE MATCH
FRISKIES TURKY DNR F             0.60 S
05000022522-105
FRISKIES TURKY DNR F             0.60 S
05000022522-105
S S PAPER PLATE 91N              2.00 S
07468819210-130
FRISKIES EX GVY TURK             0.60 S
05000029353-105
FRISKIES TURKY DNR F             0.60 S
05000022522-105
FRISKIES TURKY DNR F             0.60 S
05000022522-105
FRISKIES EX GVY CHK              0.60 S
05000029392-105
FRISKIES EX GVY CHK              0.60 S
05000029392-105
FRISKIES EX GVY CHK              0.60 S
05000029392-105
FRISKIES EX GVY CHK              0.60 S
05000029392-105
FRISKIES EX GVY CHK              1.25 S
05000029392-105
FP CAT FD CHKN TNA 2             1.25 S
01520040017-105
FP CAT FD CHKN TNA 2
01520040017-105

SUBTOTAL                        $15.65
Tax                              $1.38
TOTAL SALE                      $17.03
CASH                            $20.00
CHANGE                           $2.97

ITEMS 18
2021-01-10  10:26:04  19210 03   4715

   ----CUT HERE----
```

DG_WOLF_0003369

Message
---

**From:**      Customer Service [custsvc@dollargeneral.com]
**on behalf of**      Customer Service <custsvc@dollargeneral.com> [custsvc@dollargeneral.com]
**Sent:**      10/12/2021 10:46:57 AM
**To:**      'luvcass2002@gmail.com' [luvcass2002@gmail.com]
**Subject:**      Store 9051 - Store Feedback

Hello Virginia,

Thank you for your e-mail.

We would like to have our district manager speak with you directly to discuss your concerns. In order to address this issue as soon as possible, will you please respond to this email with a phone number where you can be reached?

We apologize for any inconvenience you may have been caused and look forward to addressing your concerns.

Kind regards,

Monette Danguecan
Customer Care Specialist
Dollar General Corporation | Goodlettsville, TN

---

**From:** Ginger <luvcass2002@gmail.com>
**Sent:** Saturday, October 9, 2021 11:12 AM
**To:** DGDCP <DGDCP@dollargeneral.com>
**Subject:** Dollar General Help Requested


Hello, I was just shopping in store #09051 Owego, NY.
I was sticking up on 1/2 price items.
Once at the register I noticed something not ringing at 1/2 price.
The gentleman ringing me out had to call the manager, who had just went on her break.
Meanwhile the line behind me grew. And customers grew frustrated.
The manager said they're not 1/2 price, they have an orange sticker. I apologized and stated I got them from the clearance shelf and saw the sign stating 1/2 off.
She adjusted them, then went back to her break.
The line still growing.
Then when I went to pay partial on my card the rest cash the transaction didn't go through.
The cashier had to call the manager back up. Now she was frustrated, which I understand, but I felt embarrassed.
I asked to take something off, she said you can't, it has to be cancelled. (I'm assuming because I had used EBT for a few things)
She said figure it out and opened her register to get some people out.
She came back, cancelled the order.
I removed 2 items and the cashier re-rang the order. I just accepted the items she had previously had to override at the price stated.
Everything finally went through.
I apologized profusely to the employees and customers.
When I got to my car I looked at my receipt and realized 5 other things didn't ring 1/2 price.
I looked through my bags and noticed I had yellow sticker items and orange sticker items that both rang up 1/2 price
Now I am more angry and confused.
I do not want the items any longer. I'm very disappointed.
Thank you,
Virginia Garren
11:34 am. 09051 02 5949 is the bottom of my receipt.
I can also send pictures.


-----Diagnostics------
User: happycampergg@gmail.com
App Version: v.7.18.8 b(302090)
OS: Android 9
Device: CUBOT X19

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 11/5/2021 3:25:35 PM |
| **To:** | custsvc@dollargeneral.com;DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | custsvc@dollargeneral.com |
| **Subject:** | Department: Product Inquiry |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Katherine Kennerly
**Email:** kathyk7273@outlook.com
**Primary Phone:** 716-572-7826
**Address Line 1:** 208 South Meadow Dr
**City:** North Tonawanda
**State:** NY
**Zip Code:** 14120
**Store Street:** Delaware Ave

**Store City:** Buffalo

**Store State:** NY

**Store ZipCode:** 14217

**Questions and Comments:**

Store has tag on shelf for Monster Energy Java Monster Loca Moca 2 for $4, not only that but the shelf tag says $2.15 each. Item rang up $2.30 each, when telling the cashier they rang up differently than the shelf price tag AND sale tag he states "well there's no tax". OK there never is tax on this item as it's not carb onated. Again, I asked him for the shelf price or deal on the item. I had ten of these items in my bag to purchase. He then states "I can't change the computer pricing, pay that or don't buy them" .. I could have easily walked out with all 10 for $2.30 because he only rang up ONE can, even after I said I had a total of ten in the bag. I asked for a manager and was told he was the only person in the store. Now I shop DG enough to know better and know the store managers at my own city store locations, there is also more than one person in a store at any given time. I'd like a refund on the difference of the pricing and also someone needs to go train that employee a little bit better. I know employees are few and far between right now, but this guy has no business working in a capacity of retail check out.

CONFIDENTIAL

Message

---

| | |
|---|---|
| **From:** | DGDCP [DGDCP@dollargeneral.com] |
| on behalf of | DGDCP <DGDCP@dollargeneral.com> [DGDCP@dollargeneral.com] |
| **Sent:** | 1/24/2022 9:15:47 AM |
| **To:** | Customer Service [custsvc@dollargeneral.com] |
| **Subject:** | FW: Dollar General! Feedback |
| **Attachments:** | image_6487327.JPG; image_6487327.JPG; image_6487327.JPG; image_6487327.JPG |

**From:** tkumar <tkd1971@gmail.com>
**Sent:** Sunday, January 23, 2022 7:27 AM
**To:** DGGo Feedback <dggofeedback@digital.dollargeneral.com>
**Subject:** Dollar General! Feedback

EXTERNAL MESSAGE WARNING! Carefully inspect this message for indicators of phishing. DO NOT click links, open attachments, or take other actions in any untrusted or suspicious message.

Hi Yesterday (01/22/22) around 6:30pm I visited my neighborhood Dollar general 168-42 Jamaica Ave, NY-11432. I am the regular customer in this store because near my home but today I got to bad service from this store employees. I picked some products from selves and going to pay in cashier. But cashier register price and products tag price not match. Register prices more than the products tags price. Not only 1 item, mostly items price was more in register display than the products display price .When I asked why tag price not match with register price. Cashier told me If you don't want pay this register price you can leave from the store. After she took all products from my shopping cart and said I don't want to giving you any products. I didn't understand where I did wrong!!!!! I didn't go your store for begging !!! not match price with register and price tag , But you guys refused me and no any apologies . You guys can't say to customer leave the store. I shopped so many times but never watched the price in register display, 1st time I watched the register display and watched you guys doing robbery business with customer. Please fix all prices and stop robbery from customer. Thank you

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

DG_WOLF_0003394



DG_WOLF_0003395



------Diagnostics-----
User: tkd1971@gmail.com
App Version: v.8.0.40 b(267 )
OS: iOS 15.1
Device: iPhone 6s Plus (iPhone8,2)


Sent from my iPhone b
Ñn

DG_WOLF_0003396

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 1/1/2022 11:50:33 AM |
| **To:** | custsvc@dollargeneral.com;DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | custsvc@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Bill towler
**Email:** Bhtowle@gmail.com
**Primary Phone:** 585-738-0233
**Address Line 1:** 25 Hickory Hill
**City:** Avon
**State:** NY
**Zip Code:** 14414
**Store Street:** Main street

**Store City:** Avon

**Store State:** NY

**Store ZipCode:** 14414

**Questions and Comments:**

A comment on poor service in store just now. Sign under Fritos said 2 for 6. Rang up at 7.80. Cashier was great and followed me to shelves where sign was right under Fritos as I said. She called for price override and manager on duty did not take her word and went to shelves and pulled the sign saying they were other product. I went back to shelves a nd sign on rest of Fritos said 2 for 6. Fritos 9.25 oz was listed on sign. Brought back to register and manager on duty said that was last weeks sign. No offer or apology to make this right. As a former district manager for another retailer I know this was not handled correctly. I want to stress cashier was outstanding, the MOD needs some service training as well as understanding shelve pricing expectations

DG_WOLF_0003403

Message
_____

**From**:           Customer Service [custsvc@dollargeneral.com]
on behalf of       Customer Service <custsvc@dollargeneral.com> [custsvc@dollargeneral.com]
**Sent**:           2/16/2022 9:31:00 AM
**To**:             Mike Huss [mhuss@dollargeneral.com]
**CC**:             Jessica Smith [jesmith@dollargeneral.com]
**BCC**:            dollar.general1@genpact.com
**Subject**:        12597 store //Dollar General Help Requested

Hello Mike,

At this time, we are forwarding this email received and our response just as an FYI. We will let you know when the customer responds with the requested information so you can follow up directly.

Thank you,


Ivy R.
Customer Care    | CME
Supporting Dollar General Corporation


**From:** Customer Service
**Sent:** Wednesday, February 16, 2022 8:30 AM
**To:** 'eyesofblue813@optonline.net' <eyesofblue813@optonline.net>
**Subject:** 12597 store //Dollar General Help Requested

Hello Deb,

Thank you for your e-mail.

We would like to have our district manager speak with you directly to discuss this matter.  In order to address this issue will you please respond to this email with a phone number where you can be reached?

We apologize for any inconvenience you may have been caused and look forward to addressing your concerns.

Kind regards,

Ivy R.
Customer Care    | CME
Supporting Dollar General Corporation


**From:** eyesofblue813 <eyesofblue813@optonline.net>
**Sent:** Monday, February 14, 2022 5:55 AM
**To:** DGDCP <DGDCP@dollargeneral.com>
**Subject:** Dollar General Help Requested

Good morning,

The past three times I have shopped in your Rosendale NY store, I have been overcharged. I asked if the prices were changed, because everytime I shop there, I am overcharged between .50 and $1. per item.

CONFIDENTIAL                                                           DG_WOLF_0003410

The young clerk there made no attempt to refund me the overcharge, and I was told that "sometimes the store associate will put products back in the wrong spot."
This is not true, as I'm getting the prices off the labels of the items I'm purchasing.

I bought chips at 2/$5.50 and was charged $3.20 per bag.
Cereal that was supposed to be $4.00, I was charged $4.50.
I bought curtains on sale for $15.00. There was a store sign stating the sale price, and when I got to the register, they were $16.00. (I have since returned them).
The last time I went, I was charged $16.00 for $15.00 dog food, and $5.50 for $5.00 laundry detergent.
Once again, I have brought this to the clerks attention, with no results.
I do not go to that store often, because it is not convenient. Once in a while, I stop there on my way home from a friends.
This never happens in my hometown store in Highland NY.
The prices listed, are what I am charged.

What should I do? I can provide receipts.

Thank you,
Deb Albee


------Diagnostics------
User: eyesofblue813@optonline.net
App Version: v.8.0.39 b(302094)
OS: Android 10
Device: samsung SM-G960U


Sent from my Verizon, Samsung Galaxy s smartphone

CONFIDENTIAL

Message

---

| From: | NoReply [noreply@dollargeneral.com] |
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| Sent: | 11/4/2022 12:29:24 PM |
| To: | custsvc@dollargeneral.com;DollarGeneral.CustSvc@Genpact.com |
| BCC: | customercare@dollargeneral.com |
| Subject: | Department: Other |

---

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Scott Allen
**Email:** scottrayallen6969@gmail.com
**Primary Phone:** 585-322-4021
**Address Line 1:** 64 North Main Street Apt 1
**City:** Warsaw
**State:** NY
**Zip Code:** 14569
**Store Street:** 80 South Main Street Rt.19

**Store City:** Warsaw

**Store State:** NY

**Store ZipCode:** 14569


**Questions and Comments:**

Went to the dollar general to get some food. There was a deal on fast bite sandwiches 4 for 5. It rang up as full price no money taken of. I asked for help and was told if you would have come to my register, I could override the price. I was using the self-checkout. lane. The lady was a older short lady don't k now her name. But she was very rude. Also, a lady came in with two children wonder if they could use the bathroom, it was an emergency there were traveling to Canada. She said no public bathroom... guess they just do not like cleaning it and doing their job. This store is one of the worst store in town. They are out of so much stuff all the time and rude workers. Ty for listening. Have a good day.

CONFIDENTIAL

DG_WOLF_0003456

Message
_____

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 5/24/2022 12:52:32 PM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Stacy Lonneville
**Email:** lonneville.stacy@yahoo.com
**Primary Phone:** 315-224-5612
**Address Line 1:** 2304 poormon rd
**City:** Fayette
**State:** NY
**Zip Code:** 13065
**Store Street:** 110 Wayne Ave.

**Store City:** Clyde

**Store State:** NY

**Store ZipCode:**


**Questions and Comments:**

Dave, the store manager, was extremely rude while my mother and I were in there shopping. He was walking around eating his lunch. He kept huffing while he was cashing us out. The app showed a different price than in store and I raised a question about it and Dave gave me attitude and said "there's nothing I can do about it". T old my mother and I several times while cashing out that he was extremely frustrated with us because I didn't want to pay for something that rang up differently on the app. It was at least a couple dollars difference. Dave and his employees didn't have a name tag on so at the end of the horrible shopping experience I had to ask him what his name was. I will never come back to that store unless something changes with the store manager. I've had other managers override prices due to a sign saying otherwise or even the app saying different. The aisles had a bunch of stuff on the floor you could barely walk through the aisles with the carts. I am extremely unsatisfied with his behavior, the looks of the store, the employees and the experience I had within my shopping experience.

CONFIDENTIAL

Message
---

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 7/7/2022 11:52:06 AM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Rich
**Email:** mets139@yahoo.com
**Primary Phone:** 607-373-9843
**Address Line 1:** Morris
**City:** Morris
**State:** NY
**Zip Code:** 13808
**Store Street:** Main st

**Store City:** Morris

**Store State:** NY

**Store ZipCode:** 13808


**Questions and Comments:**
Shelf pricing does not match prices in register. Last six items I have purchased from this store have been priced incorrectly. So with that being said what is your price accuracy policy? I need a follow up call on this.

CONFIDENTIAL

DG_WOLF_0003509

Message
_____

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 12/2/2022 5:10:26 PM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Product Inquiry |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Caitlyn pawlikowski
**Email:** Saj.caitlyn@yahoo.com
**Primary Phone:** 518-588-4828
**Address Line 1:** 8899 Knapp rd
**City:** West falls
**State:** NY
**Zip Code:** 14170
**Store Street:** State rd

**Store City:** Colden

**Store State:** NY

**Store ZipCode:**


**Questions and Comments:**
Hello,

I absolutely love the addition of dollar general to our community and the workers are Always really busy but very friendly. I was in tonight and was really disappointed that a lot of the grocery items rang up a different price then that listed on the shelves: over the border queso(3$) rang up 4$.. italian bread (2.80$) ran g up 3$... and a few other items as well. The employee did not have a good explanation and couldn't do anything about it. Totally not her fault. But why would you advertise one price and not honor it? It's like a bait and switch. I have to pay really close attention when I shop at any DG from now on.

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 11/16/2022 2:39:48 PM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** CHARLENE STUBBS
**Email:** MWEBA2011@YAHOO.COM
**Primary Phone:** 347-210-8181
**Address Line 1:** 59-38 60 ROAD
**City:** MASPETH
**State:** NY
**Zip Code:** 11378
**Store Street:** GATES AVE

**Store City:** RIDGEWOOD

**Store State:** NY

**Store ZipCode:** 11385


**Questions and Comments:**

Your store is charging customers different prices than was is on the shelf. They say prices change and they are not notified so they can not change stickers on shelf. People are telling me this is illegal to do.

CONFIDENTIAL

Message
_____

**From:**          Brittany LeBlanc [brittanycho@hotmail.com]
on behalf of       Brittany LeBlanc <brittanycho@hotmail.com> [brittanycho@hotmail.com]
**Sent:**          1/9/2023 3:07:13 PM
**To:**            Digital Care [DigitalCare@dollargeneral.com]
**BCC:**           digitalcare@dollargeneral.com
**Subject:**       Re: Dollar General - Digital Coupon Technical Feedback Form
**Attachments:**   image005.png; image006.jpg; image008.png; image0.png; image1.png; image006.jpg; image008.png; image005.png

 This is the cart calculator .... From what I figured out I was not given the discount for the sodas 3/12
This is the cart calculator

4:13

**Cart: 5 items**
Total $26.92

Clear



Dr Pepper, .5 L Bottles, 6 Pack                    $3.00

 Deals applied

Dr Pepper, .5 L Bottles, 6 Pack                    $3.00

Deals applied

Dr Pepper, .5 L Bottles, 6 Pack                    $3.13

Deals applied

## Estimated order summary

| | |
|---|---|
| Subtotal: | **$24.55** |
| Deals Applied: | **-$16.75** |
| Est. Tax: | $2.37 |
| **Estimated Total:** | **$26.92** |

**Checkout at register**

 Home     Deals     Wallet     List     Cart

4:13

LTE

## Cart: 5 items
Total $26.92

Clear

Swiffer Pet Heavy Duty Wet Mopping Cloths, 20 Ct       $2.45

Deals applied

Swiffer Sweeper Pet Dry + Wet Sweeping Kit (1 Sweeper, 7 Dry Cloths, 3 W...       $12.07

Deals applied

Dr Pepper, .5 L Bottles, 6 Pack       $3.00

Deals applied

Dr Pepper, .5 L Bottles, 6 Pack       $3.00

Deals applied

Dr Pepper, .5 L Bottles, 6 Pack       $3.13



Checkout at register

Home    Deals    Wallet    List    Cart

Brittany Cho LeBlanc
5186516501
Brittanycho@hotmail.com

On Jan 9, 2023, at 2:47 PM, Digital Care <DigitalCare@dollargeneral.com> wrote:

Thank you Brittany for your email.

You may see the pricing reflect something different than expected in our cart calculator as the totals in the mobile app are estimates.

If you are in the store and this occurs when using the cart calculator, please see an associate to confirm the correct price at the register.

Additionally, please provide us the highlighted information from your receipt as seen below as we cannot find a purchase with the information given with the previous email.

   <!--[if !vml]--><!--[endif]-->

<!--[if !vml]--><!--[endif]-->

OR



Once we receive this information we will be more than happy to review this purchase for coupons that should have applied but did not.  Once your information is received, please allow up to 4 business days for us to get back to you with our findings.

We look forward to hearing from you.


Kind regards,


Joeann K.
Digital Customer Care Team

CONFIDENTIAL

Dollar General Corp

-----Original Message-----
From: custsvc@dollargeneral.com <custsvc@dollargeneral.com>
Sent: Saturday, January 7, 2023 2:57 PM
To: Digital Care <DigitalCare@dollargeneral.com>
Subject: Dollar General - Digital Coupon Technical Feedback Form

EXTERNAL MESSAGE WARNING! Carefully inspect this message for indicators of phishing. DO NOT click links, open attachments, or take other actions in any untrusted or suspicious message.

Name: Brittany Leblanc
Email: brittanycho@hotmail.com
Phone: 5186516501
Coupon Error: Coupon Redemption
Store: 16847

Summary: Not all my coupons were registered into the system. I did the cart calculator and it rang up $26.92 and my reciept subtotal showed 32.11 and cashier just wouldnâEUR(tm)t rectify the situation.

Store Information

State: NY
City: Hogansburg
Street: 48 conners rd
Store Number: 48 conners rd

Transaction/Reciept Information

Transaction Number: 0104-50-0363

Date: 1/07/23
Description: Swiffer and soda

System Information
Device: Mobile Phone
Device Operating System: Verizob
Device System Version:
Browser:
Browser Version:

DG_WOLF_0003591

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 1/21/2023 11:19:10 AM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** Katrina Kendall
**Email:** Trinakendall@yahoo.com
**Primary Phone:** 315-382-0344
**Address Line 1:** 329 atomic project rd # 27
**City:** Ballston Spa
**State:** NY
**Zip Code:** 12020
**Store Street:** West Milton rd

**Store City:** Ballston Spa

**Store State:** NY

**Store ZipCode:** 12020


**Questions and Comments:**

While shopping at store #15734 I was buying eggs. The sign on the shelf says $3.50 but my receipt says $3.95. Last week we bought Folgers coffee. Shelf says $6.50 and was charged $10.75 at the register. I understand prices change but the shelf price needs to match the receipt. I could of insisted the store associate match the price but with such a small staff and a line of customers, I chose not to this time.

CONFIDENTIAL

DG_WOLF_0003606

Message

| | |
|---|---|
| **From:** | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent:** | 2/12/2023 10:33:37 AM |
| **To:** | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC:** | customercare@dollargeneral.com |
| **Subject:** | Department: Store Feedback |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

**Customer Name:** jerry Stewart
**Email:** jerry12983@yahoo.com
**Primary Phone:** 518-524-8321
**Address Line 1:** P.O. Box 1054
**City:** Saranac Lake
**State:** NY
**Zip Code:** 12983
**Store Street:** P.O. Box 1054

**Store City:** Saranac Lake

**Store State:** NY

**Store ZipCode:** 12983

**Questions and Comments:**

Your store in Saranac Lake, N.Y. prices are always wrong from shelf to register. Butter on shelf shows $3.45(close to that) but rings up $4.95. Belt, $9 rings up $10. Razors, soda, snacks and just about everything in between are all marked wrong. Always rings up around $1 or more than advertised. This is frustrating because as I s hop, I add up prices to what money I have in my pocket only to get to the register and total price is well over $5 or $8 as expected. The cashier will at times change price to what is labeled on shelf but most of the time "there's no manager here to override price" is excuse I get. This has been going on for months. I understand there is a lack of employees there to keep up with price changes, I can tell by the usually 1 employee there or sign on door that reads, closed due to lack of employees, and the carts jammed in isle full of merchandise waiting to be put on shelves. Which makes it so I can't get to the product on tge shelf as the cart's wheels are locked and I can't move them. I know the rebuttal would be, well fill out an application and work there. I would if you match my $50,000 pay, 6 weeks PTO/Vaca, and 4 weeks sick time built up plus matching 403b, weekends off, paid holidays off, etc, etc... Please send other employees from other stores to clean up the mess and price i ssues to Saranac Lake, even for a couple days. I really like shopping at DG and like the prices but it is getting to be too frustrating to continue shopping there. BTW, the very few employees that do work there are very kind and do work hard. It is a staffing issue not employee issue.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | NoReply [noreply@dollargeneral.com] |
| on behalf of | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent**: | 2/24/2020 6:33:05 PM |
| **To**: | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC**: | custsvc@dollargeneral.com |
| **Subject**: | Department: Store Feedback |

EXTERNAL MESSAGE: Exercise Caution

**Customer Name:** Michelle guarno
**Email:** Dggreat123@gmail.com
**Primary Phone:** 315-520-9924
**Address Line 1:** 225 herkimer road apt a4
**City:** Utica
**State:** NY
**Zip Code:** 13502
**Store Street:** Route 5

**Store City:** Utica

**Store State:** NY

**Store ZipCode:** 13502

**Questions and Comments:**

Hi you guys advertised the most Oreo cookie in store. My store doesn't have them. I am extremely disappointed. Then I was told they can price override but only for regular double stuffed Oreos. You had signs all over but one get one of any kind. This is complete bull crap. I am a frequent shopper I do not appreciate this. I� ��ve wasted so much gas going there and back to be told that you wouldn't even be getting them in. Why have a sale that you are not honoring?

CONFIDENTIAL

DG_WOLF_0003650

Message
_____

| | |
|---|---|
| **From:** | Customer Care [CustomerCare@dollargeneral.com] |
| **on behalf of** | Customer Care <CustomerCare@dollargeneral.com> [CustomerCare@dollargeneral.com] |
| **Sent:** | 8/12/2023 2:40:14 PM |
| **To:** | Timothy Horsford [thorsfor@dollargeneral.com] |
| **CC:** | Jessica Smith [jesmith@dollargeneral.com] |
| **BCC:** | csarchive@dollargeneral.com; ercpkann@dollargeneral.com |
| **Subject:** | Store# 21200: Department: Other |

Hello Timothy,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following:
- Direct contact has been made with the customer
- The customer feels their issue has been addressed.

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,

Prakash Raj K. | HCL
Customer Care Specialist | Dollar General Corporation

**From:** Cheryl Elisar <cher3231@nycap.rr.com>
**Sent:** Thursday, August 10, 2023 12:24 PM
**To:** Customer Care <CustomerCare@dollargeneral.com>
**Subject:** RE: Department: Other

Monette,

Thank you for your response to my e-mail. I hope that some sort of resolution can be reached in this situation.

In this account, I will also state the differences at another location in Petersburgh —several miles away from Stephentown.

As I stated, on 7/27/23, I shopped at the Stephentown location. I have had a lot of issues at that store such as attitudes, incompetence, disorganized shelves, clutter in the aisles, incorrect pricing, misleading sales tags, and lack of good customer service. I tried to use the self-checkout register every chance I had; however, I would still encounter problems with prices, etc., so I would still need to have some assistance which is not always readily available. On this particular day, as has occurred regularly, I had to wait for a couple of minutes or more for assistance AFTER having to squeeze this ridiculous squeaking pig/dog toy instead of ringing a bell.

So many times I have observed the entire store unsupervised while the employees were in the back or outside doing whatever they thought was more important than customer service or protecting the store's merchandise from theft. The ONLY reason I have put up with this nonsense and unprofessional behavior is that the store is only one mile from home and is on my way to and from work. I can pick up frozen items there and not have them thaw while driving home which is in a rural area where there are not a lot of stores.

On this visit, there were a few items for which the tags on the shelves stated that I needed digital coupons. One of those items was Pringles Super Stack. I looked on my app more than once for the coupon that was not there so I had to forgo the good price because I was not in the mood to deal with the nonsense at the register. In Petersburgh, the sale price was the same on the tag; however, their tag did not state the need for a digital coupon.

DG_WOLF_0040902

I purchased two containers of Edy's ice cream. At BOTH locations, the regular price was $4.50, and the sale price (without a digital coupon) was $3.75; however, I was charged $4.50 for each of the two containers at the Stephentown location.

At the Stephentown location, I purchased two different flavors of Nature's Bakery fig bars. The regular price was $4.50, and I thought that, after a sale price AND a digital coupon, I would pay only $2.50 each. I did not read every word of the sale tag that was affixed to the shelf directly under the fig bars; when I inquired at the register because I couldn't find the coupon in my app (just like the Pringles coupon that wasn't there), the cashier told me that it was for Nature's Valley products. Both products have similar names so the tag was carelessly placed in the wrong spot. Someone was not paying attention, and apparently, I had to be responsible for paying attention instead.

As my ice cream was melting, I not only had to wait for someone to come to the register but also had to wait for another employee (Amanda, I believe she shouted to me as I was leaving the store) to assist with the discrepancies with my purchases. Of course, nothing is ever simple so Amanda told me that she had to see my credit card again, blah, blah, blah, after which I asked her to hurry because my ice cream was melting. It was then that she gave me back my card and told me that she was not going to take my abuse (very dramatic) and told me to come back the next day to speak with the manager. I was not abusive, and her big production in front of other customers, who seemed to be personal friends of hers, at the self-checkout was unnecessary.

One more thing that I did not appreciate was the insinuation that I switched shelf tags. She actually told me that customers do that all the time. This was definitely not the case. That thought would never even occur to me. The REAL reason was most likely carelessness and incompetence when the tag was placed under the wrong product because both products had the word "nature" in the names. I had to walk out of the store, with my melting ice cream and overcharges on my receipt, because I was really on the verge of leaving everything there for them to deal with and dispute the charge with my credit card company. Instead, I took everything home and called the customer service number at 6:53 (just minutes after the original checkout time of 6:25 on the receipt).

At the end of a 16-minute phone call, I was told that I would be contacted within 24-48 hours, which hasn't happened, so I could receive assistance with this matter.

Because of previous problems with this store, as I mentioned above, I took pictures with my phone; therefore, I have proof of everything I have written in this e-mail. I have pictures of the same items at the Petersburgh location as well; I went to that store after my phone call to gather more information.

I can provide the pictures and receipt if requested. The store number is 21200 at 324 NY Route 43, Stephentown, NY 12168. The transaction number is 60455; the total on my Visa was $27.40.

Overall, I was charged $10.50 too much, considering $9.00 for the two packages of fig bars that were NOT on sale, as the tag on the shelf appeared to purport, and $1.50 for the two containers of ice cream that were charged at their regular price.

Because of this incident, I have not been able to take advantage of the convenience of this store since that date. I will boycott that location although I am the one to be ultimately inconvenienced unfairly.

I look forward to having this issue resolved.

Thank you,

Cheryl Elisar


-------------------------------------------

DG_WOLF_0040903

From: "Customer Care"
To: "cher3231@nycap.rr.com"
Cc:
Sent: Wednesday August 9 2023 2:43:45PM
Subject: RE: Department: Other

Hello Cheryl,

Thank you for your email.

In order to better assist, will you please respond to this email with more details of the concern mentioned in your message?

We look forward to your response.

Kind regards,

Monette Danguecan

Customer Care Specialist

Dollar General Corporation | Goodlettsville, TN

---

**From:** NoReply <noreply@dollargeneral.com>
**Sent:** Monday, August 7, 2023 10:36 AM
**To:** Customer Care <CustomerCare@dollargeneral.com>; DollarGeneral.CustSvc@Genpact.com
**Subject:** Department: Other

**Customer Name:** Cheryl Elisar
**Email:** cher3231@nycap.rr.com
**Primary Phone:** 518-925-2951
**Address Line 1:** 11 New Karner Rd.
**Address Line 2:** Unit 150
**City:** Guilderland
**State:** NY
**Zip Code:** 12084
**Store Street:** 324 NY Route 43

**Store City:** Stephentown

**Store State:** NY

**Store ZipCode:** 12168


**Questions and Comments:**

I shopped at this store on 7/27/23 and had several issues with my transaction. I promptly called the customer service number that evening and was told that a Mr. Heresford (?) would contact me. It is well over a week now, and I have heard nothing. I need some assistance with these issues, especially because I believe that some of Dollar General's rules are being broken continually at this store. Thank you.

DG_WOLF_0040904



DOLLAR GENERAL STORE #10600
303 MAIN ST
BOLIVAR, NY 14715-1008
(585) 928-3980

DUTCH OVEN
07286797049-200                        10.95 S
CV WATER 24PK          E/CE             3.00 S
02754100293-110
CV BOTTLE DEP-  .05    E/CE             1.20
24 @ 0.05
DGHOME FLEX 30 GAL-1                    4.75 S
07691460184.130
DGH ELECTROLYTE FRUI   E               *3.00
73513220013-100
REGULAR PRICE                           3.95
PEDIALYTE STRAWBERRY   E                5.25
07007466280-100

SUBTOTAL                              $28.15
Tax1                                   $1.59
TOTAL SALE                            $29.74
Visa/Debit                            $29.74
PIN VERIFIED
************3287
EXPIRY: **/** CHIP
PIN VERIFIED
AUTH# 698453
REFERENCE# 00000007120
AID# A0000000980840

ITEMS 29
2021-08-07  16:29:36  10600 01        8300

8905192190695390176219374108627819173112133

-------CUT HERE-------
You may have a chance to
*WIN A $100 Gift Card*



DOLLAR GENERAL STORE #9233
453 W COMMERCIAL ST,
EAST ROCHESTER, NY 14445
(585) 643-8260

**SALE TRANSACTION**

ALEVE CAPLETS-50 CT                    $7.25
325866105042

Items in Transaction:1
Balance to pay                         $7.25
Visa Debit                             $7.25
Quotient Scheme Number: ** **** 5099

- - - - - - - - - - - - - - - - - - - - -

PAYMENT CARD PURCHASE TRANSACTION
CUSTOMER COPY

US DEBIT              *********1952
Type: Chip Read      Auth Code: 010602
AID: A0000000980840  PAN Seq:
TVR: 8000048000      TSI:       6C00
IAD: 0601A03A0A000
MID: ******27013     TID:       ****6000
TOTAL PURCHASE                  $7.25

Cardholder PIN Verified

Please retain for your records

CONFIDENTIAL

Message
---

| | |
|---|---|
| **From**: | NoReply [noreply@dollargeneral.com] |
| **on behalf of** | NoReply <noreply@dollargeneral.com> [noreply@dollargeneral.com] |
| **Sent**: | 1/3/2021 10:43:22 PM |
| **To**: | custsvc@dollargeneral.com; DollarGeneral.CustSvc@Genpact.com |
| **BCC**: | custsvc@dgcloud.mail.onmicrosoft.com; custsvc@dollargeneral.com |
| **Subject**: | Department: Store Feedback |

EXTERNAL MESSAGE: Exercise Caution

**Customer Name:** John Profeta
**Email:** johnnypro@aol.com
**Primary Phone:** 518-383-3524
**Address Line 1:** 197 Stage Rd
**City:** Ballston Lake
**State:** NY
**Zip Code:** 12027
**Store Street:** 204 Kingsley Rd.

**Store City:** Burnt Hills

**Store State:** NY

**Store ZipCode:** 12027


**Questions and Comments:**

Almost every time I try to buy something that is on a BOGO sale at my Dollar General, something goes wrong with the sale. Either there is nothing on the shelf showing the sale, or even if there is, it doesn't come up as a BOGO sale. If I bring it up to the cashier, they don't believe me, go and check it themselves, and then still sc rew up the price and charge me too much. I'm afraid to go there any more during a sale. I go out of my way to another store.

DG_WOLF_0041335

Message
---

| From: | Christine CC OBrien [crzyrednckgurl@gmail.com] |
|---|---|
| on behalf of | Christine CC OBrien <crzyrednckgurl@gmail.com> [crzyrednckgurl@gmail.com] |
| Sent: | 11/27/2022 3:47:17 PM |
| To: | Customer Care [CustomerCare@dollargeneral.com] |
| BCC: | customercare@dollargeneral.com |
| Subject: | Re: Complaint -Store # 15734 |

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

Hello
I be happy to speak with someone. My name is Christine. I can be reached at (518) 313-2651. Afternoons are best for me.


Thank for your time


Sincerely.
Christine OBrien



On Sun, Nov 27, 2022, 4:37 PM Customer Care <CustomerCare@dollargeneral.com> wrote:

Thank you for your e-mail.

We would like to have our district manager speak with you directly to discuss a resolution to this matter. In order to address this issue as soon as possible, will you please respond to this email with your name, and a phone number where you can be reached?

We apologize for any inconvenience you may have been caused and look forward to addressing your concerns.

Kind regards,


Amanda M

Customer Care Specialist

Dollar General Corporation

-------------------------------------------------

**From:** Christine CC OBrien <crzyrednckgurl@gmail.com>
**Sent:** Sunday, November 20, 2022 9:18 PM
**To:** Customer Care <CustomerCare@dollargeneral.com>
**Subject:** Complaint -Store # 15734


Hello,

I am emailing in regards to your store #15734, 162 West Milton Road, Ballston Spa, NY 12020. I have 2 concerns about this store. My first one is in regards to your prepaid credit cards. I have a few prepaid cards where the cashier can swipe my card to add money to the card. I have heard from other customers that they had some issues when going to this store to do this. The other day; boyfriend has one too(not the same credit card I have) I had gone in to add cash to my GO2Bank card. Several times the store manager, Ruth; tried swiping the card

DG_WOLF_0041216

and each time, nothing happened. I got mad; not at her; but told her to forget it. I thought it was my card; until later in the day when i had a friends and my boyfriend; whom had the same issue and had to travel several miles out of our ways to another store(not another dollar general) to add cash to our cards. I was able to do mine at a local CVS and the cashier had no problem with my card. This seems to be an ongoing issue at this store and now I have once again declined to go to this location because of this issue.

My other concern is your pricing. I have worked in retail all my life(not these days) and I am very familiar with making sure product is out; and price tags are under the shelves where required by instructions. If for any reason; the price tag is wrong; usually a customer will the get the lower price of the item. This seems to not be the case in this store!!!!  Today, November 20, 2022 I had decided to run into this location to grab few arts and craft items I needed and a bag of my Ricola cough drops. The tag on your self, stated the bags are $2.85. As though this is a steep price; I didn't want to travel several miles for something I just wanted for the day. Upon cashing out, I discovered the price of these are now up to $3.05!!! I told Ruth your store manager who told me things happen and they can't keep up with price changes, etc. I find this rather uncalled for. If your prices change, I know damn well your system(POS) will update the system and make sure there are tags for items to be replaced with new price updates. This seems to be an ongoing issue with this store. I know this store was recently closed for awhile due to safety standards with carts on their floor. However; there is no reason why for other issues to be happening. I like to make sure that this store is aware that some of their products have changed in pricing and they do not change the tags on the shelves where the products are. Customers , such as myself; will obviously be angry and demand for the correct price that is on the shelf.

Please make sure this store is up to date with their products and pricing. Another customer who has now decided I've had enough of shopping here with so many issues. There should be no issues with your systems where customers can add money to their prepaid cards. I now have to travel several miles into town to do this now; along with others who I am told they no longer will go to this store for the same reason when there is no issue with their cards. My boyfriend was furious other day when he too was told he couldn't add cash to his prepaid card. He was angry and was angry at the fact nothing was done to fix the issue.(I was informed he too addressed Ruth, the store manager, and nothing was done) As right now; this issue is still going on with this store and customers can not add cash to their prepaid cards. It is definetely not on the customers end. This needs to be addressed and corrected. It is unacceptable.

Unfortunately now, this customer will no longer be going to this local dollar general. I must now travel few miles out of my way to another of your stores or whatever is more convenient for my needs.  This store has become a very displeased, run down, uncared for in the past year.

Thank you for your time.


Sincerely,

Christine O

Message

---

| | |
|---|---|
| **From:** | Customer Care [CustomerCare@dollargeneral.com] |
| **on behalf of** | Customer Care <CustomerCare@dollargeneral.com> [CustomerCare@dollargeneral.com] |
| **Sent:** | 4/18/2023 8:23:09 AM |
| **To:** | Renelle Fico [rfico@dollargeneral.com] |
| **CC:** | Michelle Molthu [mmolthu@dollargeneral.com] |
| **BCC:** | asathish@dollargeneral.com; csarchive@dollargeneral.com |
| **Subject:** | Store# 15900: Department: Other |

Hello Renelle,

Will you please look into the email below and contact the customer within 24 hours to address their concerns?

Will you also respond and confirm the following:
- Direct contact has been made with the customer
- The customer feels their issue has been addressed.

Until the customer has received direct contact, this issue will continue to escalate.

Thank you,

Arun S. | HCL
Customer Care Specialist | Dollar General Corporation

---

**From:** NoReply <noreply@dollargeneral.com>
**Sent:** Monday, April 17, 2023 2:59 PM
**To:** Customer Care <CustomerCare@dollargeneral.com>; DollarGeneral.CustSvc@Genpact.com
**Subject:** Department: Other

**Customer Name:** Kathaleen ferguson
**Email:** katf28@gmail.com
**Primary Phone:** 716-247-9084
**Address Line 1:** 118 Bush St
**City:** Buffalo
**State:** NY
**Zip Code:** 14207
**Store Street:** 118 Bush St

**Store City:** Buffalo

**Store State:** NY

**Store ZipCode:** 14207

**Questions and Comments:**

I recently purchased some items from your store number #15900 in Buffalo ny and I'm not very happy as I went to check out my items rang up more than they should have every item that rang up was different from what the shelf said only one item rang up the right price that is very misleading and upsetting as I didn't want to be that customer I just cashed out but in the future you may want to have your items on the shelf price at the real pice they ring up as not to mention the store was a mess coming from a previous family dollar worker years ago this is totally unacceptable in I hope that it's taking care of thanks

CONFIDENTIAL

Message

---

| | |
|---|---|
| **From:** | Customer Service [custsvc@dollargeneral.com] |
| **on behalf of** | Customer Service <custsvc@dollargeneral.com> [custsvc@dollargeneral.com] |
| **Sent:** | 8/15/2021 2:01:58 PM |
| **To:** | DGDCP [DGDCP@dollargeneral.com] |
| **BCC:** | csarchive@dollargeneral.com |
| **Subject:** | FW: Refund |
| **Attachments:** | 20210814_210853.jpg; 20210814_210909.jpg |
| **Importance:** | High |

**From:** Marcia Nupp, LMSW <marcianupp@hotmail.com>
**Sent:** Saturday, August 14, 2021 8:35 PM
**To:** Customer Service <custsvc@dollargeneral.com>
**Subject:** Refund
**Importance:** High

**EXTERNAL MESSAGE WARNING!** Carefully inspect this message for indicators of phishing. **DO NOT** click links, open attachments, or take other actions in any untrusted or suspicious message.

I am writing you to get a $7.00 refund because my e coupons from app were AGAIN not applied so I paid more than I should have. I tried to input them on your website form but it would not submit. Attached are receipts.

1.      This did not give me the $1.50 off for Aleve coupon I added in app. Also, the price on the shelf said $6.75 and rang up $7.25 - this happens ALL the time at this store.

2.      This did not give me the $5 off $25.  When I noticed the cashier said that they must have hit buttons while I entered the phone number. When I asked for refund I was told they could not but DID confirm that my coupon was indeed on the app.

Thank you for your time and attention to this. My address is 231 W. Filbert Street, East Rochester, NY 14445.

Marcia Nupp, LMSW
(585) 928-5099

DG_WOLF_0041278