# EXHIBIT 6



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220211

February 23, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #6066
Attn: Store Manager
232 North Main Street
Massena, NY 13662

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/22/22

Evidence has been submitted to this office indicating that on the date of February 22, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **<u>payable to</u>** the St. Lawrence County Treasurer. Payment should be **<u>mailed to</u>** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/10/22 & 2/22/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 2 / 22 / 22

Page 1 of

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #6066 232 N. Main St. Massena, NY 13662

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Fanta Grape | 49000 05024 | | | Y | 1.65 | SH | 1.50 | Error | ✓ | |
| 2. | RS Milk Choc. Box | 77260 04052 | | | Y | 5.00 | SH | 2.50 | OK - Inspector Error | | |
| 3. | Dole Sliced pineapple | 38900 00143 | | | Y | 1.55 | SH | 1.85 | violation | | ✓ |
| 4. | Tuff stuff cleaner | 71153 00356 | | | Y | 3.75 | SH | 4.00 | Violation | | ✓ |
| 5. | TL Oxy cleaner | 77487 52482 | | | Y | 5.50 | SH | 4.25 | Error | ✓ | |
| 6. | T Simply bleach | 37000 63700 | | | Y | 9.50 | SH | 11.50 | violation | | ✓ |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2nd Waiver renewal inspection 100 items scanned 3 violations found 97% Accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: 2 /10 /22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store #6066 232 N. Main Street Massena, NY. 13662

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Lays BBQ | 28400 32420 | | | Y | 1.75 | SH | 1.70 | Error | ✓ | |
| 2. | Armor All wheel | 70612 78090 | | | Y | 5.25 | SH | 5.75 | OK customer moved item | | |
| 3. | Dove Antibacterial | 11111 02583 | | | Y | 6.55 | SH | 7.00 | Violation | | 1 |
| 4. | STS Bw Exfoliating | 72785 13997 | | | Y | 4.00 | SH | 3.60 | Error | ✓ | |
| 5. | Wahl Groom Trim All | 43917 10792 | | | Y | 12.00 | SH | 20.00 | Violation | | 1 |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 2

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
2 violations found 98 % Accuracy

**Acknowledged by:** [signature]

rev 150904

**Inspector:** [signature] 376


COUNTY OF ERIE
**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | | | |
|---|---|---|---|
| Firm | Dollar General #01177 | Date | 6-15-2022 |
| Address | 912 ... | Type | Dept |
| Town | Buffalo NY 14220 | Price Log # | N/A |

Summary of reports S 35824 through ____

| Scanner Accuracy | | | Item Pricing | |
|---|---|---|---|---|
| A. Total Units | | 200 | Total Units | N/A |
| B. Total Under Prices | 0 | 0 | Units Passed | |
| C. Total Correct | | 193 | Units Failed | |
| D. Total Overpriced | 2.15 | 7 | **Type of Inspection** | |
| % Overpriced (d ÷ a) | | 4.00% | ☒ 1st Inspection 2022 | |
| Shelf Tag Violations | | 8 | ☐ 2nd Inspection | |
| **Status of Inspection** | | | ☐ Complaint | |
| ☐ Waiver Application | | | ☐ Follow-up | |
| ☐ Scanner Accuracy | Non Waiver | | ☐ Other | |
| ☐ Item Pricing | | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Pricing violations corrected at time of inspection

Acknowledged

Inspector

420-110



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total ________

Number

________ Acknowledged by

________ Inspector

Page ______ of ______



LL

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d ÷ a) | ______ | ❑ 1st Inspection | |
| Shelf Tag Violations | ______ | ☒ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | ______ |
| ❑ Waiver Application | | ❑ Follow-up | ______ |
| ❑ Scanner Accuracy | | ❑ Other | ______ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged

Inspector



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______ Total ______ Number ______

Acknowledged by ______ Inspector ______

Page ______ of ______



# County of Erie

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☒ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy 2023 | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector

S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total

Number

Acknowledged by

Inspector

Page ______ of ______



LL

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm: [illegible] | Date: [illegible] |
|---|---|
| Address: [illegible] | Type: [illegible] |
| Town: [illegible] | Price Log #: [illegible] |

Summary of reports [illegible] through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | [illegible] | Total Units | |
| B. Total Under Prices | [illegible] | Units Passed | N/A |
| C. Total Correct | 195 | Units Failed | |
| D. Total Overpriced | 5 | Type of Inspection | |
| % Overpriced (d ÷ a) | [illegible] | ☑ 1st Inspection | |
| Shelf Tag Violations | 4 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy [illegible] | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☑ No

REMARKS:

[illegible] cited

Scanner Accuracy = 97.5%

Acknowledged

Inspector



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 2. [illegible] | [illegible] | | | | | | | | 1 |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | | | | | | | | 2 |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | [illegible] | |
| 8. [illegible] | [illegible] | | | | | | | | 3 |
| 9. [illegible] | [illegible] | | | | | | | | 4 |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

| | Under | Over | Shelf Tag |
|---|---|---|---|
| Total | [illegible] | [illegible] | |
| Number | 0 | 3 | 4 |

[illegible signature]
Acknowledged by

[illegible signature]
Inspector

Page 1 of 1



# County of Erie

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ________ | Total Units | ________ |
| B. Total Under Prices | ________ | Units Passed | ________ |
| C. Total Correct | ________ | Units Failed | ________ |
| D. Total Overpriced | ________ | Type of Inspection | |
| % Overpriced (d ÷ a) | ________ | ☒ 1st Inspection | |
| Shelf Tag Violations | ________ | ☐ 2nd Inspection | |
| Status of Inspection | ________ | ☐ Complaint | ________ |
| ☐ Waiver Application | | ☐ Follow-up | ________ |
| ☒ Scanner Accuracy | | ☐ Other | ________ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☒ No

REMARKS

Acknowledged

Inspector



S [illegible]

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 3. [illegible] | [illegible] | | | | | | | | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 7. [illegible] | [illegible] | | | | | | | | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 11. [illegible] | [illegible] | | | | | | | | [illegible] |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 14. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 15. [illegible] | [illegible] | | | | | | | | — |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible]

[illegible signature]

Acknowledged by

[illegible signature]

Inspector

Page [illegible] of [illegible]



**ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES**
**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

# CIVIL PENALTY

ISSUED: September 30, 2020

**2nd Inspection**
INSPECTION DATE: 9/29/20
REPORT: LL31940
PENALTY #: IP-13185

Dollar General #8427
315 West Ferry Avenue
Buffalo, NY 14213

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

## ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 1 | violation(s): | Penalty: | $100.00 |
| 2 | Section 14 - Shelf Tags | 16 | violation(s): | Penalty: | $320.00 |
| 3 | Section 10.G.V. – Failure to correct Super Refund item | 0 | violation(s): | Penalty: | $0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| | | | |
|---|---|---|---|
| **Total Penalty Amount:** | **$420.00** | **Payable by:** | **10/30/20** |

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

<u>You may request an informal hearing by contacting this office within 15 days of the issue date.</u> At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE <u>PENALTY #</u> LISTED ABOVE**

Very truly yours,
*Paula A. Trimper*
Director
Erie County Bureau of Weights & Measures



LL

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☒ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

Acknowledged

Inspector





**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | | | | | | [illegible] |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 4. [illegible] | [illegible] | | | | | | | | [illegible] |
| 5. [illegible] | [illegible] | | | | | | | | [illegible] |
| 6. [illegible] | [illegible] | | | | | | | | [illegible] |
| 7. [illegible] | [illegible] | | | | | | | | [illegible] |
| 8. [illegible] | [illegible] | | | | | | | | [illegible] |
| 9. [illegible] | [illegible] | | | | | | | | [illegible] |
| 10. [illegible] | [illegible] | | | | | | | | [illegible] |
| 11. [illegible] | [illegible] | | | | | | | | [illegible] |
| 12. [illegible] | [illegible] | | | | | | | | [illegible] |
| 13. [illegible] | [illegible] | | | | | | | | [illegible] |
| 14. [illegible] | [illegible] | | | | | | | | [illegible] |
| 15. [illegible] | [illegible] | | | | | | | | [illegible] |
| 16. [illegible] | [illegible] | | | | | | | | [illegible] |
| 17. [illegible] | [illegible] | | | | | | | | [illegible] |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

______ Acknowledged by

______ Inspector

Page ______ of ______



COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 197 | Units Failed | |
| D. Total Overpriced | 3 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1.500 | ❑ 1st Inspection | |
| Shelf Tag Violations | 5 | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ Follow-up | |
| ❑ Scanner Accuracy | | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged

Inspector



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15 | 1 |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2 |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | | 3 |
| 4. [illegible] | [illegible] | — | [illegible] | [illegible] | — | | | | 4 |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | — | [illegible] | — | 5 |
| 6. [illegible] | [illegible] | 4.00 | 3.50 | | | | | .50 | — |
| 7. [illegible] | [illegible] | 2.25 | 2.00 | | | | | .25 | — |
| 8. [illegible] | [illegible] | 2.50 | 2.?0 | | | | | .50 | — |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 8

| | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|
| Total | 0 | 1 | 25 | |
| Number | 0 | 3 | | 5 |

[illegible signature]
Acknowledged by

[illegible signature]
Inspector

Page 1 of 1



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Dollar General #4227 | Date | 11/17/22 |
|---|---|---|---|
| Address | 315 W. Ferry St | Type | Department |
| Town | Buffalo, NY 14213 | Price Log # | |

Summary of Reports 530341 through ______

| Scanner Accuracy | | | Item Pricing | |
|---|---|---|---|---|
| A. Total Units | | | Total Units | |
| B. Total Under Prices | | | Units Passed | N/A |
| C. Total Correct | | | Units Failed | |
| D. Total Overpriced | | | Type of Inspection | |
| % Overpriced (d ÷ a) | | | ☒ 1st Inspection | |
| Shelf Tag Violations | | | ☐ 2nd Inspection | |
| Status of Inspection | | | ☐ Complaint | |
| ☐ Waiver Application | | | ☐ Follow-up | |
| ☒ Scanner Accuracy 2022 non-waiver | | | ☐ Other | |
| ☐ Item Pricing | | | | |

Violations were corrected during Inspection? ☐ Yes ☒ No

REMARKS

Please correct violations that were cited at time of inspection



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS______

Total

Number

Acknowledged by

Inspector

Page ______ of ______



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____________

Total

Number

Acknowledged by

Inspector

Page ______ of ______

S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | [illegible] | | | | | [illegible] |
| 3. [illegible] | [illegible] | | | | | | | | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | — |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 13. [illegible] | [illegible] | | | | | | | | [illegible] |
| 14. [illegible] | [illegible] | | | | | | | | [illegible] |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 17. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 18. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |

TOTAL UNITS________

Total [illegible]

Number [illegible]

[illegible]

Acknowledged by

Inspector

Page ______ of ______



LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ____________ through ____________

| Scanner Accuracy | Item Pricing |
|---|---|
| A. Total Units ____ | Total Units ____ |
| B. Total Under Prices ____ | Units Passed ____ |
| C. Total Correct ____ | Units Failed ____ |
| D. Total Overpriced ____ | Type of Inspection |
| % Overpriced (d ÷ a) ____ | ☒ 1st Inspection |
| Shelf Tag Violations ____ | ☐ 2nd Inspection |
| Status of Inspection | ☐ Complaint ____ |
| ☐ Waiver Application | ☐ Follow-up ____ |
| ☒ Scanner Accuracy | ☐ Other ____ |
| ☐ Item Pricing | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged ____________

Inspector ____________

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______ Total ______ Number ______

______ Acknowledged by

______ Inspector

Page ______ of ______



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210703

July 22, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 7/21/21

Evidence has been submitted to this office indicating that on the date of July 21, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 7/21/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 7 /21 /21

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General Store #9558 7669 State Highway 68 Ogdensburg, NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CV Rich crisp cracker | 76983 40036 | | | Y | 2.00 | SH | 1.85 | Error | L |
| 2. | Dunkin Donuts original | 81334 00046 | | | Y | 6.95 | SH | 7.50 | Violation | L |
| 3. | Beef Ravioli | 64144 04315 | | | Y | 1.95 | SH | 0.85 | Error | L |
| 4. | Pringles Scorchin | 38000 24556 | | | Y | 1.55 | SH | 1.70 | Violation | L |
| 5. | Pint canning jars | 49291 41706 | | | Y | 9.00 | SH | 8.00 | Error | L |
| 6. | DGH Plastic wrap | 40323 10420 | | | Y | 1.95 | SH | 2.00 | Violation | L |
| 7. | TL ultra 10in wrap | 74688 60480 | | | Y | 5.50 | SH | 7.00 | OK- customer moved item | — |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

COMMENTS: 100 items scanned
3 Violations found 97 % Accuracy

Customer Price Check Scanner Available? YES ☑ NO ☐
Approved Customer Price Check Scanner Sign? YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:**

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**COMMENTS:**

**Acknowledged by:**

rev 150904

**Inspector:**



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221101

November 3, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/25/22

Evidence has been submitted to this office indicating that on the date of October 25, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/25/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

**DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES**

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 10/25/22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Slim Jim mild | 26200 14444 | | | Y | 3.75 | SH | 6.25 | violation | | ✓ |
| 2. | Life Saver Gummies | 22000 28028 | | | Y | 3.65 | SH | 4.56 | violation | | ✓ |
| 3. | Sprite 12 pack | 49000 03711 | | | Y | 6.75 | SH | 7.56 | violation | | ✓ |
| 4. | Swiffer XL wet cloth | 37000 74471 | | | Y | 9.50 | SH | 10.00 | violation | | ✓ |
| 5. | Airspun powder | 31655 00018 | | | Y | 6.00 | I | 6.75 | violation | | ✓ |
| 6. | STS Crossover system | 24500 30535 | | | Y | 6.50 | SH | 5.35 | favor | ✓ | |
| 7. | RX Omega | 01220 29355 | | | Y | 7.95 | SH | 5.75 | customer [illegible] item | — | — |
| 8. | Jimmy Dean meat lover | 77900 70615 | | | Y | 3.50 | SH | 3.75 | violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 6

**COMMENTS:** 100 items scanned. 6 violations found. 94 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** x Alissa Baker

rev 150904

**Inspector:** [signature] 326



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220208

February 10, 2022

RECEIVED
FEB 16 2022
EMPLOYMENT LAW GROUP

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/4/22

Evidence has been submitted to this office indicating that on the date of February 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed……*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 93.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/10/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2 /14 /22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY. 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dreyers Edys D.br | 41548 82553 | | | Y | 2.50 | SH | 1.75 | Error | ✓ | |
| 2. | Keebler scooby do | 30100 18201 | | | Y | 2.50 | SH | 2.75 | violation | | ✓ |
| 3. | CV Instant coffee | 76941 00406 | | | Y | 3.95 | SH | 4.50 | Violation | | ✓ |
| 4. | CV yoke free noodle | 90484 00153 | | | Y | 1.50 | SH | 1.75 | violation | | ✓ |
| 5. | CV Black pepper | 908001 105712 | | | Y | 2.50 | SH | 3.00 | violation | | ✓ |
| 6. | Kelloggs Frosted Flakes | 38000 19904 | | | Y | 3.00 | SH | 3.25 | violation | | ✓ |
| 7. | Scotch brite scrub | 21200 52042 | | | Y | 2.85 | SH | 3.00 | violation | | ✓ |
| 8. | Cloralen | 43152 01734 | | | Y | 2.00 | SH | 2.25 | violation | | ✓ |
| 9. | Lime A way | 51700 87103 | | | Y | 4.00 | SH | 4.25 | violation | | ✓ |
| 10. | TL No vac honeysuckle | 51266 10176 | | | Y | 2.50 | SH | 2.75 | violation | | ✓ |
| 11. | Xtra liquid Trop. | 94514 42871 | | | Y | 5.80 | SH | 5.50 | OK Inspector Error | — | — |
| 12. | Ivory Bar Soap | 37000 32136 | | | Y | 1.50 | SH | 1.75 | violation | | ✓ |
| 13. | GS Body wash | 72785 13877 | | | Y | 1.65 | SH | 2.00 | violation | | ✓ |
| 14. | TL Ultra 8 roll | 13100 30175 | | | Y | 6.75 | SH | 8.95 | violation | | ✓ |
| 15. | Puff cube Lotion | 37000 89314 | | | Y | 5.00 | SH | 5.25 | violation | | ✓ |

Total Violations: 13

COMMENTS: 1st waiver renewal inspection 100 items scanned 13 violations found 87% Accuracy The Customer price ck scanner must be working to meet waiver requirements

Customer Price Check Scanner Available? YES ☑ NO ☐

Approved Customer Price Check Scanner Sign? YES ☑ NO ☐

Customer Price Check Scanner Functional? YES ☐ NO ☑

Acknowledged by: Melody Stark

Inspector: Scott Doty 376

R · 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

DATE: ___/___/___

# St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| | Total Violations: | | | | | | | | | |

COMMENTS: ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________ **Inspector:** ______________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220905

September 13, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #9582
Attn: Store Manager
5933 New York Route 11
Canton, NY 13617

Re: Item Pricing/Scanner Accuracy Inspection Report dated 9/12/22

Evidence has been submitted to this office indicating that on the date of September 12, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/12/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 9/12/22

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store #9582 5933 New York State Rt. 11 Canton, NY. 13617

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. Lays sour cream | 28400 19963 | | | Y | 3.90 | SH | 3.60 | Error | ✓ | |
| 2. Purex sud min breeze | 24200 05106 | | | Y | 3.50 | SH | 3.75 | Violation | | ✓ |
| 3. Sweetheart coll[illegible] | 79200 04985 | | | Y | 1.00 | SH | 2.50 | Violation | | ✓ |
| 4. off Botanicals Lotion | 46500 02989 | | | Y | 6.00 | I | 3.60 | Error | ✓ | |
| 5. DGH Ache relief | 70630 16787 | | | Y | 2.60 | SH | 2.85 | Violation | | ✓ |
| 6. C.V. Bottled water | 13962 52802 | | | Y | 3.25 | SH | 3.45 | Violation | | ✓ |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | 4 |

Customer Price Check Scanner Available? YES ☒ NO ☐

~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items scanned. 4 violations found. 96 % Accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: ____/____/____

Page ____ of ____

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

# St. Lawrence County

Page ___ of ___

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

CONFIDENTIAL



Penalty #20211103

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

November 2, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/6/21

Evidence has been submitted to this office indicating that on the date of October 6, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale........*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *E. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/6/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 10 / 6 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Nescafe Coffee | 28000 46631 | | | Y | 5.95 | SH | 6.25 | violation | | ✓ |
| 2. JF Utility Pan | 49394 90394 | | | Y | 1.00 | SH | 3.00 | violation | | ✓ |
| 3. Tal Mealprep | 71691 53022 | | | Y | 4.50 | SH | 4.75 | violation | | ✓ |
| 4. Mr Clean Flip mop | 11171 26147 | | | Y | 4.00 | SH | 5.00 | violation | | ✓ |
| 5. DG Scent booster bl | 40232 54396 | | | Y | 2.95 | SH | 2.65 | Error | ✓ | |
| 6. T simply bleach | 37000 63700 | | | Y | 10.95 | SH | 11.50 | violation | | ✓ |
| 7. Summer Sausage | 47500 01527 | | | Y | 1.50 | SH | 3.25 | OK customer merchandise | — | — |
| 8. Tums Berry Chewy | 07661 30465 | | | Y | 4.75 | SA | 5.00 | violation | | ✓ |
| 9. Sauve cond. Keratin | 79400 27125 | | | Y | 5.00 | SH | 4.00 | Error | ✓ | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 6

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items scanned
6 violations found 94% Accuracy

Acknowledged by: [signature]

rev 150904

Inspector: [signature] 376



LL

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d ÷ a) | ______ | ☐ 1st Inspection | |
| Shelf Tag Violations | ______ | ☒ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | ______ |
| ☐ Waiver Application | | ☐ Follow-up | ______ |
| ☒ Scanner Accuracy | | ☐ Other | ______ |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

______
Acknowledged

______
Inspector



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | | | | | | | | [illegible] |
| 5. [illegible] | [illegible] | | | | | | | | [illegible] |
| 6. [illegible] | [illegible] | | | | | | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 14. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 17. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 18. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |

| TOTAL UNITS [illegible] | | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|
| | Total | [illegible] | | [illegible] | |
| | Number | [illegible] | | [illegible] | [illegible] |

[illegible signature]
Acknowledged by

[illegible signature]
Inspector

Page [illegible] of ________



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____

Total ____

Number ____

Acknowledged by

Inspector

Page ____ of ____



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____________

Total ____________

Number ____________

Acknowledged by

Inspector

Page ____ of ____



COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ________________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | _____ | Total Units | _____ |
| B. Total Under Prices | _____ | Units Passed | _____ |
| C. Total Correct | _____ | Units Failed | _____ |
| D. Total Overpriced | _____ | Type of Inspection | |
| % Overpriced (d ÷ a) | _____ | ❑ 1st Inspection | |
| Shelf Tag Violations | _____ | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | _____ |
| ❑ Waiver Application | | ❑ Follow-up | _____ |
| ❑ Scanner Accuracy | | ❑ Other | _____ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

______________________________ Acknowledged

______________________________ Inspector



150

LL

COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 150 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ Follow-up | |
| ❑ Scanner Accuracy | | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged

Inspector

S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

______
Acknowledged by

______
Inspector

Page ______ of ______



**COUNTY OF ERIE**
**BUREAU OF WEIGHTS AND MEASURES**
2380 CLINTON STREET • BUFFALO, NEW YORK 14227
**825-1310**

| FIRM | TYPE | DATE |
|---|---|---|
| ADDRESS | TIME IN | TIME OUT |
| TOWN | | |

Complaint was called in on 8/12/2022 @ 1:00pm.

ACKNOWLEDGED BY: INSPECTOR:

PAGE ____ OF ____

WM-59 (Rev. 9/93) PW

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ____________________

**Inspector:** ____________________

rev 150904

CONFIDENTIAL

DG_WOLF_0004126



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211111

November 16, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #10656
Attn: Store Manager
124 W. Main Street
Gouverneur, NY 13642

Re: Discrepancy Inspection Report Dated 11/9/21 for Store #10656, Gouverneur, NY

Evidence has been submitted to this office indicating that on the date of November 9, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.** If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $750.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/9/21
cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11 / 9 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #10656 124 W Main St. Gouverneur NY 13642

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| Mentos | 73390 00386 | | | Y | 1.25 | SH | 0.75 | Error | ✓ | |
| GH peach unsweet tea | 83900 00577 | | | Y | 1.65 | SH | 1.75 | violation | | ✓ |
| CV Apple cider | 74680 80132 | | | Y | 4.25 | SH | 1.95 | OK customer moved item | — | — |
| Dunkin Mocha | 49000 07238 | | | Y | 2.35 | SH | 2.40 | violation | | ✓ |
| Folgers Black silk | 25500 20044 | | | Y | 6.95 | SH | 7.50 | violation | | ✓ |
| AL pan loaf | 00003 12892 | | | Y | 3.50 | SH | 1.00 | Error | ✓ | |
| Lysol Kitchen | 19200 00888 | | | Y | 2.75 | SH | 3.25 | violation | | ✓ |
| Axe Apollo | 11111 26285 | | | Y | 4.50 | SH | 4.00 | Error | ✓ | |
| Canada dry ginger ale | 78000 01158 | | | Y | 1.25 | SH | 1.00 | Error | ✓ | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 4

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items scanned
4 violations found 96 % Accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210906

September 29, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #10656
Attn: Store Manager
124 W. Main Street
Gouverneur, NY 13642

Re: Discrepancy Inspection Report Dated 9/22/21 for Store #10656, Gouverneur, NY

Evidence has been submitted to this office indicating that on the date of September 22, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

*"Section Seven: **WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***E.** If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/22/21
cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

DATE: 9/22/21

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #10656 124 W. Main Street Gouverneur, NY 13642

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dost Fruity Pebbles | 84912 00139 | | | Y | 2.25 | SH | 2.75 | Violation | | ✓ |
| 2. | Kelloggs Fruit Loops | 38000 25207 | | | Y | 4.60 | SH | 3.00 | Error | ✓ | |
| 3. | JF Med Rock Roast | 49384 92039 | | | Y | 12.00 | SH | 3.25 | Error | ✓ | |
| 4. | Ajax 40 oz. | 45514 04100 | | | Y | 6.95 | SH | 1.00 | Error | ✓ | |
| 5. | T Simply Bleach | 37000 63352 | | | Y | 2.95 | SH | 3.25 | Violation | | ✓ |
| 6. | Lysol Adirondack | 19200 96215 | | | Y | 3.00 | I | 3.25 | Violation | | ✓ |
| 7. | Saure grapefruit | 50019 52037 | | | Y | 1.80 | SH | 1.50 | Error | ✓ | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | Total Violations: | | | | | | | | | | 3 |

COMMENTS: 100 items scanned
3 Violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



LL

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # N/A |

Summary of reports ______ through ______

| Scanner Accuracy | |
|---|---|
| A. Total Units | |
| B. Total Under Prices | |
| C. Total Correct | |
| D. Total Overpriced | |
| % Overpriced (d ÷ a) | |
| Shelf Tag Violations | |

Status of Inspection

- ☐ Waiver Application
- ☒ Scanner Accuracy
- ☐ Item Pricing

| Item Pricing | |
|---|---|
| Total Units | N/A |
| Units Passed | |
| Units Failed | |

Type of Inspection

- ☒ 1st Inspection
- ☐ 2nd Inspection
- ☐ Complaint
- ☐ Follow-up
- ☐ Other

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | [illegible] | | | | | [illegible] |
| 3. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] |
| 4. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 5. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] |
| 6. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible] [illegible]

Acknowledged by

Inspector [illegible]

Page ________ of ________

# St. Lawrence County

DATE: [illegible]

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page [illegible] of __

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

**Business Name / Address:** [illegible]

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing | | Waiver | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot Size | # Not Priced | Price Sign? | | | | | | |
| 1. [illegible] | [illegible] | | | [illegible] | [illegible] | | [illegible] | [illegible] | | |
| 2. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| 3. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | | | |
| 4. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 5. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 6. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 7. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 8. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 9. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 10. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 11. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 12. [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 13. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 14. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 15. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

**Total Violations:**

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**COMMENTS:** [illegible]

**Acknowledged by:** [illegible]

rev 150904

**Inspector:** [illegible]

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ________________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| | Total Violations: | | | | | | | | | |

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

COMMENTS: ________________________________

**Acknowledged by:** ________________________________

rev 150904

**Inspector:** ________________________________

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221105

November 9, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/8/22

Evidence has been submitted to this office indicating that on the date of November 8, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"<u>Section Seven</u>: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*

*A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

*D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

*E. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

*F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/8/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11 /18 /22

# St. Lawrence County

**DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES**
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store #15824 11997 State Highway 37 Waddington NY 13694

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. TL Deep Clean Pad | 30001 48032 | | | Y | 8.00 | SH | 7.75 | Error | ✓ | |
| 2. HM Candy Cherry | 40000 58088 | | | Y | 1.00 | SH | 1.25 | Violation | | ✓ |
| 3. Next Mon Stuck wanka | 70501 41098 | | | Y | 10.95 | SH | 11.50 | Violation | | ✓ |
| 4. ST Aloe cornstarch | 81370 63058 | | | Y | 4.95 | SH | 5.00 | Violation | | ✓ |
| 5. charmin mega rolls | 30772 04170 | | | Y | 14.50 | SH | 15.50 | Violation | | ✓ |
| 6. Lemon Basil Lipton | 12000 01120 | | | Y | 4.25 | SH | 4.75 | Violation | | ✓ |
| 7. Corona Extra 12 pk | 80660 95615 | | | Y | 15.20 | SH | 18.65 | Customer moved item | — | — |
| 8. chapstick | 36600 29635 | | | Y | 2.65 | SH | 1.25 | Error | ✓ | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 5 |

**COMMENTS:** 2nd Re-App Waiver renewal inspection 100 items scanned
5 violations found 95% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220803

August 2, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 7/29/22

Evidence has been submitted to this office indicating that on the date of July 29, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *E. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

*Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 93.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 7/29/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

Case 7:23-cv-00558-PMH Document 93-6 Filed 01/15/25 Page 72 of 675

DATE: 7 29 22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Hig hway 37 Waddington, NY 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dunkin Donut Columbia | 91334 00279 | | | Y | 9.50 | SA | 9.95 | Violation | | ✓ |
| 2. | Kraft mac Cheese | 21000 65883 | | | Y | 1.25 | SH | 1.35 | Violation | | ✓ |
| 3. | CV Iodonized Salt | 30001 58797 | | | Y | 0.70 | SH | 0.85 | Violation | | ✓ |
| 4. | Snapple Pet Peach | 76183 00311 | | | Y | 1.25 | SH | 1.50 | Violation | | ✓ |
| 5. | VS Spark energy drink | 51000 27625 | | | Y | 1.85 | SH | 2.10 | Violation | | ✓ |
| 6. | Clorox disinfectant | 44600 60050 | | | Y | 3.65 | SH | 4.25 | Violation | | ✓ |
| 7. | DGH Scrub sponge | 57747 00643 | | | Y | 3.75 | SH | 4.75 | Violation | | ✓ |
| 8. | DGH oil ref liner | 51264 10132 | | | Y | 6.50 | SH | 6.75 | Violation | | ✓ |
| 9. | Rx Vit B12 | 01220 74256 | | | Y | 4.35 | SH | 4.50 | prices changed during inspection | — | |
| 10. | Rx Softener gel | 59726 07200 | | | Y | 6.00 | SH | 7.40 | Violation | | ✓ |
| 11. | Rx Deo Swagger | 12044 03753 | | | Y | 7.40 | SH | 6.55 | Error | ✓ | |
| 12. | Dove Spray clean | 79400 35030 | | | Y | 7.90 | SH | 8.25 | Violation | | ✓ |
| 13. | NNE Color Light Ash | 70018 11697 | | | Y | 6.00 | SH | 7.95 | price changed during inspection | — | |
| 14. | PN shampoo 2 in 1 clean | 80878 19439 | | | Y | 5.10 | SA | 6.10 | Violation | | ✓ |
| 15. | Dove SH Repair | 79400 71601 | | | Y | 7.65 | SH | 7.95 | price changed during inspection | — | |

See page 2 for totals

Total Violations:

COMMENTS:

Customer Price Check Scanner Available? YES ☒ NO ☐

~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: 7 /29/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Highway 37 Waddington NY. 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Glade Rug Hawaii | 46500 15479 | | | Y | 2.50 | SH | 2.75 | violation | ✓ |
| 2. | TL Family Roll | 30196 71105 | | | Y | 8.00 | SH | 8.50 | violation | ✓ |
| 3. | White Plates | 74608 63075 | | | Y | 8.45 | SH | 3.45 | Error | ✓ |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: | | | 2

COMMENTS: 1st waiver manual inspection 100 items scanned
13 violations found 87% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220502

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 4/13/22

Evidence has been submitted to this office indicating that on the date of April 13, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "<u>Section Seven</u>: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollars ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/14/22 & 4/13/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 3/14/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Highway 37 Waddington NY. 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Twist & Seal | 71691 49880 | | | Y | 2.75 | SH | 3.75 | Violation | | ✓ |
| 2. | Rx com~~[illegible]~~ pads | 90891 94845 | | | Y | 8.95 | SH | 9.00 | Violation | | ✓ |
| 3. | Rx clear gel insoles | 42920 47042 | | | Y | 8.55 | SH | 5.25 | Error | ✓ | |
| 4. | Zest BW ocean breeze | 16559 01021 | | | Y | 3.00 | SH | 2.70 | Error | ✓ | |
| 5. | TL ultra tussin | 13100 30178 | | | Y | 13.50 | SH | 14.00 | Violation | | ✓ |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 3rd Re-app 1st waiver renewal inspection 100 items scanned
3 violations found 97 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 4376

rev. 150904

CONFIDENTIAL

DATE: 4/13/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #15824 11997 State Highway 37 Waddington NY. 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Gamesa Choki | 28400 34475 | | | Y | 0.99 | SH | 0.95 | Error | ✓ | |
| 2. | Mayo SS | 21600 10390 | | | Y | 1.95 | I | 1.75 | Error | ✓ | |
| 3. | Dream bone twist | 10833 00324 | | | Y | 3.50 | SH | 4.10 | violation | | ✓ |
| 4. | Pet lint roll | 38060 16600 | | | Y | 3.00 | SH | 3.25 | violation | | ✓ |
| 5. | Purex 4 in 1 | 24200 04264 | | | Y | 3.00 | SH | 2.70 | Error | ✓ | |
| 6. | Airwick oil refill | 62338 88060 | | | Y | 7.90 | SH | 8.00 | violation | | ✓ |
| 7. | Sunkist mini can | 782090 | | | Y | 3.70 | SH | 2.85 | Error | ✓ | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 3rd Re-App 2nd waiver renewal inspection 100 items scanned 3 violations found 97 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** Scott Daly 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211108

November 8, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/21

Evidence has been submitted to this office indicating that on the date of November 4, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result being unable to achieve an average accuracy of 98%, with an maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website: http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/4/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11 / 4 / 21

Page 1 of 1

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General #16163 57 South main Street Norwood NY. 13668

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CV york free noodles | 90484 00153 | | | Y | 1.95 | SH | 1.75 | OK-Inspector Error | — | — |
| 2. welch's fruit snacks | 34856 53218 | | | Y | 5.00 | SH | 3.75 | OK- inspector Error | — | — |
| 3. Blue windex | 19800 00377 | | | Y | 3.25 | I | 3.00 | Error | ✓ | |
| 4. Scrubbing bubbles | 25700 71362 | | | Y | 3.50 | SH | 4.00 | violation | | ✓ |
| 5. Tide simply berry | 37000 58704 | | | Y | 6.95 | SH | 7.50 | Violation | | ✓ |
| 6. GNF PB Rolls 8ct | 91093 94520 | | | Y | 9.00 | SH | 9.50 | violation | | ✓ |
| 7. DGH Head cold | 50844 52708 | | | Y | 3.00 | SH | 4.00 | violation | | ✓ |
| 8. GS Jumbo Diaper | 90891 95168 | | | Y | 4.95 | SH | 4.50 | Error | ✓ | |
| 9. Glad bowl 16oz 4bct | 42797 93431 | | | Y | 6.95 | SH | 5.00 | OK-Inspectors Error | — | — |
| 10. DGH Slider Storage | 40323 10561 | | | Y | 2.25 | SH | 2.35 | Violation | | ✓ |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 5

COMMENTS: 1st waiver renewal inspection 100 items scanned
5 violations found 95% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x Natalie Bradford

Inspector: Scott Duffy 376

rev 150904

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220604

June 28, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 6/17/22

Evidence has been submitted to this office indicating that on the date of June 17, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 6/17/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 6 / 17 /22

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General #15824 11997 State Highway 37 Waddington NY 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CV steak sauce | 79851 10205 | | | Y | 2.65 | SH | 2.95 | Violation | ✓ |
| 2. | ~~Nestled Ice tray~~ | ~~30001 01369~~ | | | Y | ~~2.75~~ | SH | ~~1.52~~ | ~~Error~~ | ✓ |
| 3. | Temptations chicken | 23100 13769 | | | Y | 3.85 | SH | 2.85 | Error | ✓ |
| 4. | GMF Dumbbells | 91093 94287 | | | Y | 7.15 | SH | 6.75 | Error | — |
| 5. | HF Dog mini treats | 70155 14317 | | | Y | 2.50 | SH | 1.00 | Customer moved item | |
| 6. | LD Zebra mini donuts | 24300 04546 | | | Y | 2.00 | SH | 2.15 | Violation | |
| 7. | Simply cheddar ruffles | 28400 68937 | | | Y | 3.25 | SH | 3.70 | Violation | |
| 8. | Fabuloso passion | 35000 53030 | | | Y | 2.85 | SH | 3.35 | Violation | |
| 9. | Meguiars Hot shine | 70382 15138 | | | Y | 6.85 | SH | 7.60 | Violation | |
| 10. | Fixodent Compl original | 37000 71650 | | | Y | 13.00 | SH | 13.70 | Violation | |
| 11. | Scott 8 pack 1000sh. | 54000 11971 | | | Y | 8.00 | SA | 8.50 | Violation | ✓ |
| 12. | Coors light 8 pack | 71990 17046 | | | Y | 10.65 | SH | 6.85 | Error | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

COMMENTS: 4th Re-App 1st waiver renewal inspection 100 items scanned
7 violations found. 93% Accuracy

Customer Price Check Scanner Available? YES ☑ NO ☐
Approved Customer Price Check Scanner Sign? YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

COMMENTS: ______________________________

Acknowledged by: ______________________________

Inspector: ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221104

November 8, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/22

Evidence has been submitted to this office indicating that on the date of November 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be

considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/26/22 & 11/4/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11 / 4 / 22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SB - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store # 16163 57 South Main Street Norwood NY, 13668

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Glad QT | 12587 22323 | | | Y | 4.95 | SH | 9.75 | customer moved item | — | |
| 2. | Rx Soft wound dressing | 93489 03089 | | | Y | 3.65 | SH | 4.65 | violation | | ✓ |
| 3. | Best original | 41679 67466 | | | Y | 16.75 | SH | 10.00 | customer moved item | — | |
| 4. | Tres cond moisturizer | 50019 52038 | | | Y | 2.25 | SH | 1.75 | Inspector error | — | |
| 5. | TL 18 Roll ultra | 13100 30220 | | | Y | 13.75 | SH | 14.50 | violation | | ✓ |
| 6. | White claw | 35985 80026 | | | Y | 16.25 | SH | 16.65 | inspector Error | — | |
| 7. | Miller light | 3400 57340 | | | Y | 12.95 | SH | 15.20 | violation | | ✓ |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 2nd waiver renewal inspection 100 items scanned
3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904

DATE: 10/26/22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store #16163 57 South Main Street Norwood NY. 13668

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. A wick mist refill | 62338 01111 | | | Y | 12.00 | SH | 6.00 | Error | ✓ | |
| 2. Twizzlers Black Licorice | 34000 50000 | | | Y | 2.50 | SH | 3.00 | Violation | | ✓ |
| 3. Kind Bar Choc nuts | 02652 17651 | | | Y | 1.75 | SH | 1.95 | Violation | | ✓ |
| 4. Rx Omega 3 | 01220 18076 | | | Y | 3.75 | SH | 3.95 | Violation | | ✓ |
| 5. Rx V.t B12 | 01220 03864 | | | Y | 5.50 | SH | 5.75 | Violation | | ✓ |
| 6. Colgate TTL Adv. Brush | 35000 97218 | | | Y | 6.35 | SH | 5.65 | Error | ✓ | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 4 |

**COMMENTS:** 1st waiver renewal inspection 100 items Scanned
4 violations found 96% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** x [signature]

**Inspector:** [signature] 376

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing | | Waiver | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot Size | # Not Priced | Price Sign? | | | | | | |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220207

February 10, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/3/22

Evidence has been submitted to this office indicating that on the date of February 3, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

*"Section Seven: **WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

*A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

*D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

*E. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

*F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 95%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/3/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

CONFIDENTIAL

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 2 / 3 / 22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Highway 37 Waddington, NY. 13694

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CV Chicken Rice | 71541 99330 | | | Y | 0.65 | SH | 0.80 | Violation | | ✓ |
| 2. CV Parmesean Grated | 70506 03000 | | | Y | 3.00 | SH | 3.25 | Violation | | ✓ |
| 3. Hershey milk choc. | 342400 | | | Y | 0.95 | SH | 1.00 | Violation | | ✓ |
| 4. Large roasting pan | 72867 10287 | | | Y | 10.00 | SH | 12.00 | Violation | | ✓ |
| 5. Glad Beach Breeze | 12587 79198 | | | Y | 4.50 | SA | 5.00 | Violation | | ✓ |
| 6. Fancy Feast Seafood | 50000 21562 | | | Y | 10.00 | SH | 9.85 | Error | ✓ | |
| 7. NN Chicken Quail | 70155 14396 | | | Y | 2.00 | SH | 1.80 | Error | ✓ | |
| 8. Hostess Donettes | 88109 11065 | | | Y | 3.50 | SH | 2.50 | Error | ✓ | |
| 9. T Pant Girl 4T-5T | 90891 95185 | | | Y | 8.00 | SH | 6.00 | Error | ✓ | |
| 10. Cheddar Cheese Pot | 57664 00610 | | | Y | 1.25 | SH | 1.35 | Violation | | ✓ |
| 11. MS Peanut Mix | 40000 56704 | | | Y | 1.65 | SH | 1.75 | Violation | | ✓ |
| 12. Swiffer wet cloth wood | 37000 59253 | | | Y | 8.00 | SH | 9.00 | Violation | | ✓ |
| 13. LA Looks Stylin gel | 41670 13237 | | | Y | 2.00 | SA | 2.25 | Violation | | ✓ |
| 14. Bounty 4 Single plus | 37000 65534 | | | Y | 6.95 | SH | 7.25 | Violation | | ✓ |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 10 |

COMMENTS: 2nd Re-App 1st waiver renewal inspection 100 items scanned 10 violations found 90% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x [signature]

Inspector: Scott Daly 378

rev 150904

Page [illegible] of [illegible]

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: [illegible] / [illegible] / [illegible]

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** [illegible]

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 2. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 3. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** [illegible]

**COMMENTS:** [illegible]

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** [illegible]

**Inspector:** [illegible]

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211108

November 8, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/21

Evidence has been submitted to this office indicating that on the date of November 4, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***F.4****. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result being unable to achieve an average accuracy of 98%, with an maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website: http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **<u>payable to</u>** the St. Lawrence County Treasurer. Payment should be **<u>mailed to</u>** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/4/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

DATE: 11/4/21

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General #16163 57 South main Street Norwood NY. 13668

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CV york free noodles | 90484 00153 | | | Y | 1.95 | SH | 1.75 | OK Inspector Error | — | — |
| 2. | welch's fruit snacks | 34856 53218 | | | Y | 5.00 | SH | 3.75 | OK - inspection Error | — | — |
| 3. | Blue Windex | 19800 00377 | | | Y | 3.25 | I | 3.00 | Error | ✓ | |
| 4. | Scrubbing bubbles | 25700 71362 | | | Y | 3.50 | SH | 4.00 | violation | | ✓ |
| 5. | Tide simply berry | 37000 58704 | | | Y | 6.95 | SH | 7.50 | violation | | ✓ |
| 6. | GNF PB Pails 8ct | 91093 94520 | | | Y | 9.00 | SH | 9.50 | violation | | ✓ |
| 7. | DGH Head cold | 50844 52708 | | | Y | 3.00 | SH | 4.00 | violation | | ✓ |
| 8. | GS Jumbo Diaper | 90891 95168 | | | Y | 4.95 | SH | 4.50 | Error | ✓ | |
| 9. | Glad bowl 16oz 4pk | 42797 93431 | | | Y | 6.95 | SH | 5.00 | OK - Inspectors Error | — | — |
| 10. | DGH Slider Storage | 40323 10561 | | | Y | 2.25 | SH | 2.35 | violation | | ✓ |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 5

COMMENTS: 1st waiver renewal inspection 100 items scanned
5 violations found 95 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x Natalie Bradford

Inspector: Scott Duffy 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

August 17, 2020

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 8/3/20

Evidence has been submitted to this office indicating that on the date of August 3, 2020, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "<u>Section Seven</u>: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be

considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 8/3/20

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 8 /3 /20

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store # 15824 1197 State Highway 37 Waddington NY 13694

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CV cheese snack cracker | 76983 38658 | | | Y | 1.75 | SH | 1.85 | violation | | ✓ |
| 2. Kellogg's strawberry poptart | 38000 22273 | | | Y | 2.50 | SH | 2.95 | violation | | ✓ |
| 3. CV Honeynut toasted oats | 76924 56928 | | | Y | 1.75 | SH | 2.00 | violation | | ✓ |
| 4. Guy Fieri BBQ Sauce | 76045 00420 | | | Y | 2.00 | I | 1.50 | Error | ✓ | |
| 5. Patriot Freeze pops | 72392 93095 | | | Y | 2.00 | SH | 1.50 | Error | ✓ | |
| 6. Labatt's Blue 6 pack | 62067 05153 | | | Y | 8.35 | SH | 4.80 | Error | ✓ | |
| 7. Lindor Milk Stick | 09542 42703 | | | Y | 1.35 | SH | 0.85 | Error | ✓ | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 3 |

COMMENTS: 1st waiver renewal inspection 100 items scanned
3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x Melinda McMullan

Inspector: [signature] 376

rev 150904

DATE: 5/2/[illegible]

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store [illegible] 59 South Main Street [illegible] NY 13665

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | Y | [illegible] | SH | [illegible] | [illegible] | [illegible] | |
| 2. [illegible] | [illegible] | | | Y | [illegible] | SH | 5.50 | [illegible] | | [illegible] |
| 3. [illegible] | [illegible] | | | Y | [illegible] | SH | [illegible] | [illegible] | [illegible] | |
| 4. [illegible] | [illegible] | | | Y | [illegible] | SH | [illegible] | [illegible] | | [illegible] |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 1

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

COMMENTS: [illegible]
[illegible]

**Acknowledged by:** x [illegible]

**Inspector:** [illegible]

rev 100804

PEPTO-BISMOL ORIG- 301490039165 8.25
[illegible]



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221102

November 3, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/26/22

Evidence has been submitted to this office indicating that on the date of October 26, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"<u>Section Seven</u>: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $750.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/26/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 10/26/22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #16163 57 South Main Street Norwood NY. 13668

| # | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | A wick mist refill | 62338 01111 | | | Y | 12.00 | SH | 6.00 | Error | ✓ | |
| 2. | Tweezer Black licorice | 34000 56000 | | | Y | 2.50 | SH | 3.00 | Violation | | ✓ |
| 3. | Kind Bar choc nuts | 02652 17651 | | | Y | 1.75 | SH | 1.95 | Violation | | ✓ |
| 4. | Rx Omega 3 | 01220 19076 | | | Y | 3.75 | SH | 3.95 | Violation | | ✓ |
| 5. | Rx Vit B12 | 01220 03864 | | | Y | 5.50 | SH | 5.75 | Violation | | ✓ |
| 6. | Colgate TTL Adv. Brush | 35000 47218 | | | Y | 6.35 | SH | 5.65 | Error | ✓ | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 4

COMMENTS: 1st waiver renewal inspection 100 items scanned
4 violations found 96% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 326

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210907

September 29, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #16847
Attn: Store Manager
635 Route 11 C
Winthrop, NY 13697

Re: Item Pricing/Scanner Accuracy Inspection Report dated 9/27/21

Evidence has been submitted to this office indicating that on the date of September 27, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.** In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/10/21 & 9/27/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 9 /27/ 21

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #16847 635 Route 11C Winthrop NY. 13697

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CV Decaf Coffee | 10688 01087 | | | Y | 425 | SH | 450 | Violation | | ✓ |
| 2. | Smoked Sausage | 41358 35041 | | | Y | 0.90 | SH | 1.00 | violation | | ✓ |
| 3. | Benefulgrain free | 17800 17774 | | | Y | 550 | SA | 6.25 | Violation | | ✓ |
| 4. | GNF Dumbells | 91093 94287 | | | Y | 9.00 | SH | 5.50 | Error | ✓ | |
| 5. | Country time lemonade | 43000 95117 | | | Y | 300 | SH | 2.65 | Error | ✓ | |
| 6. | Son a Gum | 71153 19239 | | | Y | 3.00 | SH | 3.25 | violation | | ✓ |
| 7. | DGH Aluminum Foil | 40323 10594 | | | Y | 3.25 | SH | 3.50 | violation | | ✓ |
| 8. | PN Sham 3in1 multi | 80878 19265 | | | Y | 4.75 | SA | 5.00 | violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 6

**COMMENTS:** 2nd waiver renewal inspection 100 items scanned
6 violations found 94% Accuracy

Customer Price Check Scanner Available? YES ☑ NO ☐
Approved Customer Price Check Scanner Sign? YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904

CONFIDENTIAL

DG_WOLF_0004351

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 9 / 10 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store #16849 635 Route 11C Winthrop NY. 13697

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | OS Cran Grape | 31200 22007 | | | Y | 3.15 | SH | 2.75 | OK-customer moved item | — | — |
| 2. | BC Blueberry mix | 16000 45602 | | | Y | 2.50 | SH | 2.65 | Violation | | ✓ |
| 3. | CV carrots | 9 23917 200698 | | | Y | 0.65 | SH | 0.75 | Violation | | ✓ |
| 4. | Fit Crunch | 17719 02111 | | | Y | 2.25 | SH | 1.75 | Error | ✓ | |
| 5. | 3M Scotch pad | 21200 52044 | | | Y | 2.75 | SH | 2.85 | Violation | | ✓ |
| 6. | Nev20 'Mighty Bamboo | 16119 02085 | | | Y | 10.00 | SH | 7.50 | Error | ✓ | |
| 7. | Red Bull 12 oz | 11269 18246 | | | Y | 3.50 | SH | 2.55 | Error | ✓ | |
| 8. | Diet Pepsi | 12000 17252 | | | Y | 1.90 | SH | 2.00 | Violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 4

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
4 violations found 96% Accuracy

Customer Price Check Scanner Available? YES ☑ NO ☐
Approved Customer Price Check Scanner Sign? YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220808

August 23, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16847
Attn: Store Manager
635 Route 11 C
Winthrop, NY 13697

Re: Item Pricing/Scanner Accuracy Inspection Report dated 8/15/22

Evidence has been submitted to this office indicating that on the date of August 15, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 8/15/22

Page 1 of 2

ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General #16847 635 Route 11C Winthrop NY. 13660

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Cheez-It Puff | 24100 00021 | | | Y | 3.65 | SH | 3.15 | Error | ✓ | |
| 2. GS Nut N Choco trail | 71725 80035 | | | Y | 3.65 | SH | 3.85 | Violation | | ✓ |
| 3. CV Butter Flv syrup | 54100 99991 | | | Y | 2.65 | SH | 2.85 | violation | | ✓ |
| 4. Sour Patch Kids | 70462 00920 | | | Y | 2.50 | SH | 2.65 | Violation | | ✓ |
| 5. Armor Chili | 54100 02903 | | | Y | 2.25 | SH | 2.50 | violation | | ✓ |
| 6. Knorr creamy garlic shell | 41000 02290 | | | Y | 1.50 | SH | 1.65 | violation | | ✓ |
| 7. OEP Takis shells | 46000 12374 | | | Y | 2.15 | SH | 2.85 | customer moved item | | — |
| 8. Maxwell House | 43000 02922 | | | Y | 5.00 | SH | 5.35 | violation | | ✓ |
| 9. Temptations | 23100 13743 | | | Y | 2.95 | SH | 2.75 | Error | ✓ | |
| 10. MC Black Pepper | 52100 03026 | | | Y | 3.25 | SH | 3.45 | Violation | | ✓ |
| 11. Simply Cheetos white ch | 28400 33120 | | | Y | 1.95 | SH | 2.15 | violation | | ✓ |
| 12. DGH Electrolyte straw | 70030 65840 | | | Y | 5.50 | SH | 4.65 | Error | ✓ | |
| 13. Onyx foot rasp | 17937 72128 | | | Y | 4.50 | SH | 4.50 | Inspector Error | — | |
| 14. Mr. Clean magic eraser | 11171 22342 | | | Y | 3.50 | SH | 4.00 | violation | | ✓ |
| 15. Dove Breast | 11111 03376 | | | Y | 8.00 | SH | 8.25 | Violation | | ✓ |

See page 2 for totals

Total Violations:

COMMENTS: 1st waiver renewal inspection 100 items scanned violation found % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐

Approved Customer Price Check Scanner Sign? YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 8 /15 /22

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General #16847 635 Route 11c Winthrop N.Y. 13660

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Curel Itch Defense | 19045 19710 | | | Y | 4.50 | SH | 4.75 | violation | | ✓ |
| 2. New wiper | 70501 15429 | | | Y | 6.80 | SH | 6.95 | violation | | ✓ |
| 3. Loreal 2 pack | 71249 33953 | | | Y | 7.40 | SH | 8.40 | violation | | ✓ |
| 4. DG H Slider storage | 40323 10562 | | | Y | 2.35 | SH | 2.50 | customer moved item | — | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | 13 |

COMMENTS: 1st waiver renewal inspection 100 items scanned
13 violations found 87% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211107

November 8, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #16847
Attn: Store Manager
635 Route 11 C
Winthrop, NY 13697

Re: Item Pricing/Scanner Accuracy Inspection Report dated11/2/21

Evidence has been submitted to this office indicating that on the date of November 2, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"<u>Section Seven</u>: **WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/2/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11 / 2 / 21

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store #16847 635 Route 11c Winthrop NY. 13697

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. Australian Licorice | 11737 04842 | | | Y | 2.00 | SH | 1.00 | OK customer moved item | — | |
| 2. Smartwater cucumber | 86162 00612 | | | Y | 1.40 | SH | 1.50 | Violation | | ✓ |
| 3. Martha White cornmeal | 13300 17101 | | | Y | 1.55 | SH | 0.01 | Error | ✓ | |
| 4. A.D. original ointment | 41100 81124 | | | Y | 2.65 | SH | 4.75 | OK customer moved item | — | |
| 5. Bounty 2 Dr | 37000 66659 | | | Y | 3.75 | SH | 5.25 | OK customer moved item | — | |
| 6. Puff's cube lotion | 37000 81867 | | | Y | 1.85 | SA | 1.90 | Violation | | ✓ |
| 7. Ice breaker cool mint | 340070 | | | Y | 2.15 | SH | 2.35 | Violation | | ✓ |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** Re App 1st waiver renewal inspection 100 items scanned
3 violations found 97 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210905

September 29, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #17784
Attn: Store Manager
4906 New York State Route 56
Colton, NY 13625

Re: Discrepancy Inspection Report Dated 9/20/21 for Store #17784, Colton, NY

Evidence has been submitted to this office indicating that on the date of September 20, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"<u>Section Seven</u>: **WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/20/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 9 /20 /21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General Store #17784 4906 NYSR 56 Colton, NY 13625

| | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. Old El Paso | 46000 27918 | | | Y | 2.80 | SH | 1.80 | Error | ✓ | |
| 2. Quaker Corn meal | 30000 03050 | | | Y | 2.00 | SH | 1.95 | Error | ✓ | |
| 3. AH Clean Meadow | 33200 00077 | | | Y | 8.00 | SH | 9.00 | Violation | | ✓ |
| 4. Motts Natural Apple sauce | 14800 00181 | | | Y | 2.00 | I | 1.80 | Error | ✓ | |
| 5. 9 Lives Care | 79100 92795 | | | Y | 4.75 | SA | 3.75 | OK customer moved item | ~~—~~ | |
| 6. Sunkist single | 78000 11340 | | | Y | 1.60 | SH | 1.75 | Violation | | ✓ |
| 7. RX Comp | 90891 94960 | | | Y | 3.75 | SA | 4.75 | OK - customer moved item | ~~—~~ | |
| 8. PDT Cheeseburger | 71421 00037 | | | Y | 3.50 | SH | 4.00 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

COMMENTS: 1st waiver renewal inspection 100 items scanned
3 violations found 97 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220203

February 2, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16847
Attn: Store Manager
635 Route 11 C
Winthrop, NY 13697

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/20/22

Evidence has been submitted to this office indicating that on the date of January 20, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $750.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 1/20/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 1 /20 /22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** Dollar General Store #16847 635 State Route 11C Winthrop NY. 13697

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Haribo Fruit Salad | 42238 72358 | | | Y | 2.25 | SH | 1.00 | Error | ✓ | |
| 2. | PGH Wax Hint | 14840 01273 | | | Y | 2.00 | SH | 2.15 | Violation | | ✓ |
| 3. | Always Rad Liner | 37000 83394 | | | Y | 4.00 | SH | 4.50 | Violation | | ✓ |
| 4. | Hairspray Aero | 70456 00013 | | | Y | 2.75 | SH | 4.00 | Violation | | ✓ |
| 5. | Bounty | 37000 66659 | | | Y | 5.00 | SH | 5.25 | Violation | | ✓ |
| 6. | TL Moist toilet tissue | 71287 87043 | | | Y | 4.75 | SH | 2.25 | OK Inspector Error | — | |
| 7. | CrackerJack | 28400 17251 | | | Y | 1.75 | SH | 1.65 | Error | ✓ | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 4

**COMMENTS:** 100 items scanned
4 violations found 96 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220505

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General #17684
Attn: Store Manager
6 Mcilwee Road
Heuvelton, NY 13654

Re: Item Pricing/Scanner Accuracy Inspection Report dated 5/2/22

Evidence has been submitted to this office indicating that on the date of May 2, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 4/7/22 & 5/2/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 4 / 7 / 22

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #17684 6 McIlwee Road Heuvelton NY 1365x

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing Lot Size | Item Pricing # Not Priced | Waiver Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Michalob ultra | 18200 06991 | | | Y | 13.70 | SH | 12.80 | Error | ✓ | |
| 2. | wick refill | 62338 82314 | | | Y | 5.50 | SH | 6.00 | Violation | | ✓ |
| 3. | TL ultra foh | 5964756002 | | | Y | 3.00 | SH | 3.50 | Violation | | ✓ |
| 4. | | | | | | | | | | | |
| 5. | | | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | Total Violations: | | | | | | | | | | 2 |

COMMENTS: 2nd RE APP 1st waiver renewal inspection 100 items scanned 2 violations found 98% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐

~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x [signature]

Inspector: Scott D. 376

rev 150904

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 5 /12 /22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store # 17684 6 McIlwee Road Heuvelton, NY 13654

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Lifewater | 12000 17163 | | | Y | 2.10 | SH | 1.80 | Error | ✓ | |
| 2. | Prego Sauce | 51000 27058 | | | Y | 3.45 | SH | 3.75 | Violation | | ✓ |
| 3. | coffee mate | 50000 30302 | | | Y | 5.83 | SH | 6.45 | Violation | | ✓ |
| 4. | Lorna doone | 44000 00335 | | | Y | 4.25 | SH | 4.95 | Violation | | ✓ |
| 5. | Arm oxide | 33200 97552 | | | Y | 9.00 | SH | 9.65 | Violation | | ✓ |
| 6. | 9 Lives hearty cut | 79100 77867 | | | Y | 1.50 | SH | 1.00 | Error | ✓ | |
| 7. | Downy light ocean | 30772 00445 | | | Y | 9.95 | SH | 10.95 | Violation | | ✓ |
| 8. | Club Ranch crisp | 30100 12733 | | | Y | 3.50 | SH | 2.90 | Error | ✓ | |
| 9. | Dr. Spot upholstery | 74999 05048 | | | Y | 10.99 | SH | 10.95 | Error | ✓ | |
| 10. | Nesquick | 28000 77212 | | | Y | 1.50 | SH | 1.85 | Violation | | ✓ |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 6

Customer Price Check Scanner Available? YES ☒ NO ☐

~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2nd ReApp 2nd waiver renewal inspection 100 items scanned
~~6 violations found 94 % Accuracy~~

Acknowledged by: [signature]

Inspector: Scott [signature] 376

rev 150904

St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211112

November 16, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #17684
Attn: Store Manager
6 Mcilwee Road
Heuvelton, NY 13654

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/10/21

Evidence has been submitted to this office indicating that on the date of November 10, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4****. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, no. will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **<u>payable to</u>** the St. Lawrence County Treasurer. Payment should be **<u>mailed to</u>** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/20/21 & 11/10/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11/10/21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General #17684 6 McIlwee Road Heuvelton Ny. 13654

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size (Item Pricing) | # Not Priced (Item Pricing) | Price Sign? (Waiver) | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Rice Krispie Treat | 30000 26500 | | | Y | 4.25 | SH | 2.65 | Error | ✓ | |
| 2. | Clorox Wand Refill | 44600 01717 | | | Y | 5.50 | SH | 5.75 | Violation | | ✓ |
| 3. | Campell Chunky Chick | 51000 27722 | | | Y | 1.75 | SH | 1.85 | Violation | | ✓ |
| 4. | Focalsense Avocado | 77043 00095 | | | Y | 4.10 | SH | 4.05 | Error | ✓ | |
| 5. | Ray Nutrish bone | 71190 00668 | | | Y | 4.95 | SH | 3.25 | OK - customer moved item | — | |
| 6. | Swanson chicken broth | 51000 02431 | | | Y | 1.25 | SH | 1.00 | Error | ✓ | |
| 7. | Rx Breeze pads | 90891 94898 | | | Y | 4.25 | SH | 5.00 | Violation | | ✓ |
| 8. | GS Baby Shampoo | 72785 13873 | | | Y | 1.75 | SH | 1.85 | Violation | | ✓ |
| 9. | whatchamacallit | 342990 | | | Y | 1.65 | SH | 1.80 | Violation | | ✓ |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | Total Violations: | | | | | | | | | | 5 |

COMMENTS: 2nd waiver renewal inspection 100 items scanned 5 violations found 95% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 5376

rev 150904

Page ____ of ____

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Inspector: ____________________

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ___

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ___

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ___

**Inspector:** ___

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page ____ of ____

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing Lot Size | Item Pricing # Not Priced | Waiver Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

DATE: 4/30/23 Page 1

St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SS - Shelf, E - Item, SA - Sale, AD - Ad

Business Name / Address: [illegible]

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| Total Violations: | | | | | | | | |

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items [illegible]
0 [illegible] 100 % [illegible]

Acknowledged by: [signature]

rev 180904

Inspector: [signature]

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________

**Inspector:** ______________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page ____

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf
I - Item
SA - Sale
AD - Ad

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |

**Total Violations:** ____ ____

**COMMENTS:** ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ____________________

**Inspector:** ____________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ____ of ____

DATE: ____/____/____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ____________________

Inspector: ____________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ____________________

**Inspector:** ____________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________ **Inspector:** ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220102

January 14, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #18388
Attn: Store Manager
52 South Main St.
Hammond, NY 13646

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/3/22

Evidence has been submitted to this office indicating that on the date of January 3, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97/5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website: http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 1/3/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

Case 7:23-cv-00558-PMH Document 93-6 Filed 01/15/25 Page 139 of 675

DATE: 1 / 3 / 22

Page 1 of 1

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #18388 52 South Main Street Hammond NY 13646

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Kit Kat | 34000 31873 | | | Y | 0.95 | SH | 1.00 | Violation | | ✓ |
| 2. | Hersey choc syrup | 343120 | | | Y | 235 | SH | 2.55 | Violation | | ✓ |
| 3. | Jiffy corn muffin | 72486 00220 | | | Y | 0.55 | SH | 0.60 | Violation | | ✓ |
| 4. | cleansol AB wipes | 23548 37723 | | | Y | 1.00 | SH | 3.50 | Violation | | ✓ |
| 5. | 15 QT Latch tote | 73149 14948 | | | Y | 11.00 | SH | 7.00 | Error | ✓ | |
| 6. | Hot pocket | 43695 50971 | | | Y | 3.00 | SH | 3.50 | Violation | | ✓ |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 5

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 1st waiver renewal inspection 100 items scanned
5 violations found 95 % Accuracy

Acknowledged by: X Crystal Cole

Inspector: Scott Doty 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20230107

January 24, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #18388
Attn: Store Manager
52 South Main St.
Hammond, NY 13646

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/6/23 & 1/19/23

Evidence has been submitted to this office indicating that on the dates of January 6, 2023 & January 19, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

***Be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after***

DATE: 1 / 6 /23

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #18388 52 South Main St. Hammond, NY 13646

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. M+M's Crunchy cookie | 40000 58096 | | | y | 4.35 | SH | 4.65 | violation | | ✓ |
| 2. Sani wand | 96617 03186 | | | y | 10.60 | I | 7.50 | Error | ✓ | |
| 3. eraser dog food | 23100 23537 | | | y | 16.60 | SH | 16.45 | violation | | ✓ |
| 4. Stuff puff peppermint | 51932 00423 | | | y | 4.00 | SH | 3.00 | Error | ✓ | |
| 5. Rug Dr. Pet spot remover | 74999 05108 | | | y | 7.49 | SH | 7.45 | Error | ✓ | |
| 6. Duracell 8 pack | 49000 02870 | | | y | 3.25 | SH | 3.50 | violation | | ✓ |
| 7. Bud light 12 pack | 18200 53047 | | | y | 11.10 | SH | 12.10 | violation | | ✓ |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 4 |

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

COMMENTS: 1st Re-App 1st waiver renewal inspection 100 items scanned
4 violations found 96 % Accuracy
The customer price ck. scanner must be working to meet waiver requirements.

Acknowledged by: Denise Mitchell

Inspector: Scott Doty 376

rev 150904

CONFIDENTIAL

DATE: 1 / 19 / 23

# St. Lawrence County

**DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES**
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store #18388 52 South Main St. Hammond, NY 13646

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Sheer puff | 51932 00423 | | | Y | 3.00 | SH | 2.00 | Error | ✓ | |
| 2. LD Turtle brownies | 24300 04502 | | | Y | 2.55 | SH | 3.60 | Customer moved item | — | — |
| 3. Creators cheese | 14800 64669 | | | Y | 2.75 | SH | 4.00 | Inspector Error | — | — |
| 4. HF Dry Hand n Cream | 70155 14399 | | | Y | 5.35 | SH | 5.60 | Violation | | ✓ |
| 5. XL Peppermint Kettle | 10607 02071 | | | Y | 5.00 | SH | 3.70 | Error | ✓ | |
| 6. Comp underpads XL | 90891 94988 | | | Y | 7.65 | SH | 7.00 | Error | ✓ | |
| 7. Eye Color mod Brown | 71249 21055 | | | Y | 10.00 | SH | 10.25 | Customer moved item | — | — |
| 8. Charmin strong | 30772 03156 | | | Y | 10.85 | SH | 11.50 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 2

| | | |
|---|---|---|
| Customer Price Check Scanner Available? | YES ☑ | NO ☐ |
| Approved Customer Price Check Scanner Sign? | YES ☑ | NO ☐ |
| Customer Price Check Scanner Functional? | YES ☐ | NO ☑ |

**COMMENTS:** 1st Re-Try, 2nd waiver renewal inspection 100 items scanned
2 violations found 98 % Accuracy
The customer price ck scanner must be working to meet waiver requirements

**Acknowledged by:** Denise Mitchell

**Inspector:** [signature] 316

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20230301

March 15, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #18388
Attn: Store Manager
52 South Main St.
Hammond, NY 13646

Re: Item Pricing/Scanner Accuracy Inspection Report dated 3/3/23

Evidence has been submitted to this office indicating that on the dates of March 3, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website: http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/3/23

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 3 / 13 / 23

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General Store #18388 52 South Main St Hammond, NY

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Swiss miss marsh | 70920 47634 | | | Y | 3.65 | SH | 2.65 | Inspector Error | — | — |
| 2. | Dawn Spot top palm | 11171 25578 | | | Y | 5.25 | SH | 5.50 | Violation | | ✓ |
| 3. | FP Cat litter | 41789 16205 | | | Y | 6.00 | SH | 6.25 | Violation | | ✓ |
| 4. | Pep pepperoni Smokehouse | 79100 22240 | | | Y | 2.50 | SH | 2.90 | Violation | | ✓ |
| 5. | Fruit roll ups screen | 16000 10589 | | | Y | 3.50 | SH | 4.00 | Violation | | ✓ |
| 6. | DG 12 Cottage menthol | 76312 36515 | | | Y | 5.75 | SH | 3.00 | Error | ✓ | |
| 7. | Miller Lite 12 pack | 34100 57636 | | | Y | 10.65 | SH | 11.30 | Violation | | ✓ |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 5

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

COMMENTS: 2nd Re App Waiver renewal inspection 100 items scanned
5 violations found. 95% Accuracy
The customer price ck scanner must be working to meet waiver requirements

Acknowledged by: [signature]

Inspector: [signature] 326

rev 150904

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220302

March 11, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #18388
Attn: Store Manager
52 South Main St.
Hammond, NY 13646

Re: Item Pricing/Scanner Accuracy Inspection Report dated 3/9/22

Evidence has been submitted to this office indicating that on the date of March 9, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/9/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 3 / 9 / 22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #18388 52 South Main St Hammond, NY 13646

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Doritos Blazin | 77260 09794 | | | Y | 3.30 | SH | 3.00 | Error | ✓ | |
| 2. | Tom Dead. | 77326 61225 | | | Y | 3.75 | SH | 3.00 | Error | ✓ | |
| 3. | Planters cashew half | 29000 01607 | | | Y | 5.25 | SH | 6.00 | Violation | | ✓ |
| 4. | GS overnight pant | 90891 95187 | | | Y | 8.65 | SH | 8.50 | Error | ✓ | |
| 5. | TL Ess Deco Towel | 13796 19381 | | | Y | 1.95 | SH | 2.00 | OK customer moved item | — | — |
| 6. | Sax cheese | 77817 19227 | | | Y | 2.50 | SH | 3.00 | Violation | | ✓ |
| 7. | Aquafina | 121590 | | | Y | 1.60 | SH | 1.90 | Violation | | ✓ |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 3

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** Re App 1st waiver renewal inspection 100 items scanned
3 violations found 97% Accuracy

Acknowledged by: x Denise Mitchell

Inspector: Scott D. 376

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ____ of ____

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ____________________

**Inspector:** ____________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of _

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Pric
I - Item Pric
SA - Sale Pric
AD - Ad Price

Business Name / Address: ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| | Total Violations: | | | | | | | |

COMMENTS: ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ______________________

Inspector: ______________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220103

January 14, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #19569
Attn: Store Manager
1809 State Highway 345
Madrid, NY 13660

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/7/22

Evidence has been submitted to this office indicating that on the date of January 7, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 1/7/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 1/7/22

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General #19569 1809 SH 345 Madrid, NY. 13660

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Parodontax | 53100 21613 | | | Y | 4.50 | I | 4.75 | Violation | | ✓ |
| 2. Tylenol | 00450 56208 | | | Y | 3.75 | SH | 6.85 | OK-Customer moved item | — | — |
| 3. DGH Ibuprofen | 70030 16743 | | | Y | 6.25 | SH | 4.75 | OK-customer moved item | — | |
| 4. Simply Citrus Vanila | 37000 60705 | | | Y | 2.95 | SH | 3.25 | Violation | | ✓ |
| 5. SNS Antib. Trig Lav | 11435 00752 | | | Y | 2.00 | SH | 2.25 | Violation | | ✓ |
| 6. Rolo unwrapped | 34000 47067 | | | Y | 3.25 | SH | 3.60 | Violation | | ✓ |
| 7. CV Honey | 72223 00116 | | | Y | 6.60 | SH | 6.95 | Violation | | ✓ |
| 8. Sliders | 40323 10560 | | | Y | 2.25 | SH | 2.35 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 6

COMMENTS: 3rd waiver renewal inspection 100 items scanned
6 violations found 94% Accuracy
→ the customer price ck scanner must be working to meet waiver requirements

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

Acknowledged by: X [signature]

Inspector: [signature] 376

rev 150904



**Department of Weights and Measure**

Monroe County, New York

**Adam J. Bello**
*County Executive*

**Jeffrey D. Berl**
*Director*

03/11/2023

**LETTER OF PENALTY**

**Dollar General #19237**
**529 Monroe Ave**
**Rochester, NY 14607**

Report # **A 10238**
Amount Due: **$1650.00**

Dear Sir/Madam,

After a price accuracy inspection, evidence has been submitted indicating that on **03/01/2023**, inspectors from this Department visited your establishment and found the following violations of NYS Ag. & Mkts. Law, Article 16 Sections 197-B Retail Pricing Accuracy, 65% accuracy ($300) 10 items missing retail price ($250), ten large overcharges ($1000) and missing post of over charge refund policy ($100).

Under Section 181(7) of the Agriculture and Markets Law, an action may be commenced against you by the County of Monroe to recover a civil penalty pursuant to Sections 39 and/or 40 of that statute.

If a penalty of **$1650** is received at this office within 21 days from the date of this letter and the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designee's, please make the request in a formal letter. Such a request must be received at this office within 21days from the date of this letter.

***Failure to comply with this demand will result in a referral of this matter to the Monroe County Attorney's Office, for commencement of an action to recover the full statutory penalty, plus court costs.***

**Remittance may be submitted to this office by certified check, bank check or by postal or express money order, payable to the Director of Finance, County of Monroe**. If you want to arrange payment or have any question in reference to this penalty, please contact me at Office: 585-753-7933 or Cell: 585-683-1727.

Sincerely,

Jeffrey D. Berl,
Director
Enclosed: Copy of reports.

145 Paul Road, Building 2, • Rochester, New York 14624
(585) 753-7933 • *fax:* (585) 753-7485 • *jberl@monroecounty.gov*

A10238 COPY

# MONROE COUNTY DEPARTMENT OF WEIGHTS AND MEASURES

145 Paul Road, Bldg 2, Rochester, New York 14624
Telephone: 585-753-7933

☐ RETEST
☐ RETEST REQUIRED

STORE NO. 19237
DATE 03/01/2023
MAIN CONTACT
E-MAIL ADDRESS

FIRM Dollar General
ADDRESS 529 Monroe Ave
ZIP CODE 14607
TOWN/CITY Rochester

☐ SUPERMARKET ☐ FOOD STORE/DELI ☐ FISH/BUTCHER ☒ PRICE ACCURACY ☐ BAKERY ☐ DRUG ☐ HARDWARE
☐ GAS STATION ☐ GAS STATION/STORE ☐ VARIETY ☐ FUEL OIL DEALER ☐ PROCESS/WARE/MANUF. ☐ OTHER

| DEVICE TYPE | TOTAL NO. | VISUAL INSPECTION: FOUND CORRECT | CORRECTED | OTHER | NOT SEALED | DEVICE TEST: PLUS | MINUS | OTHER | ORDERED REPAIRED | CONDEMNED | NO CORRECT | FEES: TOTAL NO. | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTING SCALE | | | | | | | | | | | | | | |
| PRE-PACK SCALE | | | | | | | | | | | | | | |
| CUSTOMER SCALE | | | | | | | | | | | | | | |
| VEHICLE SCALE | | | | | | | | | | | | | | |
| RACK METER | | | | | | | | | | | | | | |
| PRESCRIPTION SCALE | | | | | | | | | | | | | | |
| Hopper/Batch TANK SCALE | | | | | | | | | | | | | | |
| PLATFORM SCALE | | | | | | | | | | | | | | |
| MISC. SCALE | | | | | | | | | | | | | | |
| PETROLEUM PUMPS | | | | | | | | | | | | | | |
| WEIGHTS | | | | | | | | | | | | | | |
| LINEAR MEASURE | | | | | | | | | | | | | | |
| LINEAR DEVICE | | | | | | | | | | | | | | |
| TIMING DEVICE | | | | | | | | | | | | | | |
| VEHICLE TANK METER | | | | | | | | | | | | | | |
| LIQUID MEAS. DEVICE | | | | | | | | | | | | | | |
| TAXI METER | | | | | | | | | | | | | | |
| | | | | | | | | | | | | GRAND TOTAL | | |

Devices listed below require repair or adjustment.

| Manuf. | Model No. | Serial No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Notify Director of Weights and Measures when ready for retesting.
☐ "For Customer Use" sign required on or near a computing customer scale.
☐ Customer scale required must be easily accessible.
☐ Price signs must be posted on every pump or dispenser.
☐ Security seals on all approved devices applied on ______
☐ Product used in testing as shown on this form was returned to proper storage tank, as instructed by operator.

GALLONS PUMPED

| REGULAR | | DIESEL | |
|---|---|---|---|
| MID GRADE | | KERO | |
| PREMIUM NOLEAD | | | |

MAIL TO: Monroe County Dept of Weights & Measu[res] 145 Paul Rd, Bldg 2 Rochester, New York 14624

THIS AMOUNT PAYABLE IN 30 DAYS FROM ABOVE DATE. FAILURE TO PAY PROMPTLY MAY RESULT IN A CIVIL FINE.

MAKE CHECK PAYABLE TO: County of Monroe - Director of Finance

REMARKS: Price Accuracy Inspection. Tested 75 items. Found 26 errors 65% Accuracy, 19 overcharges 7 Undercharges. Several Items missing prices, wrote up 10. No overcharge policy was posted in store.

65% $300.00
10 LOC $1000.00
10 No Price 250.00
No Sign Posted 100.00
$1650.0[0]

ACKNOWLEDGED BY: Daniela Velez
INSPECTOR: R George / J. Berl

It is the user's responsibility to maintain the accuracy of all weighing and measuring devices. All devices must start at zero and all indica[tions] ... must be in agreement. Notify the Director immediately in writing of any new or reconditioned weighing and measuring device, ... used are traceable to the national standards at NIST.

GOLDENROD - CUSTOMER'S COPY

8157788

Daniela COPY

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 3/1/23
Firm : Dollar General
Address : 529 Monroe Ave
Town/City : Rochester

Report # A10238
Page 1 of 3

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Pillow | 6 | | | 10.00 | 10.00 | 0 |
| 2 | TP | 4 | | | 10.00 | 10.00 | 0 |
| 3 | Throw Rug | 1 | | | 15.00 | 15.00 | 0 |
| 4 | 4 Roll TP | 12 | | | 3.75 | 3.75 | 0 |
| 5 | Thread | 5 | | | 4.00 | 4.00 | 0 |
| 6 * | Duck Jerky | 5 | 841351195904 | End Cap | 2.50 | 2.90 | + $0.40 10% * |
| 7 | Puffs | 11 | | | 6.15 | 6.15 | 0 |
| 8 * | Air Wick | 6 | 062338989785 | Aisle 12 | 12.00 | 13.00 | + $1.00 * |
| 9 | Fabric Fresh | 12 | | | 2.50 | 2.50 | 0 |
| 10 * | Tide | 7 | 037000509608 | Aisle 12 | 10.50 | 9.95 | -0.55 * |
| 11 * | OxiClean | 6 | 033200065135 | Aisle 12 | 11.50 | 11.00 | -0.50 * |
| 12 * | Scotts Bright | 8 | 021200520433 | Aisle 12 | 4.35 | 5.00 | +0.65 10% * |
| 13 | Downy Rinse | 23 | | | 6.95 | 6.95 | 0 |
| 14 | Cascade | 16 | | | 5.15 | 5.15 | 0 |
| 15 * | Glaves | 4 | 796326024177 | Cloths | 8.50 | 9.00 | +0.50 * |
| 16 | Bar and Chain Oil | 4 | | | 6.95 | 6.95 | 0 |
| 17 * | Lysol Wipes | 17 | 019200997164 | Aisle 11 | 6.00 | 5.75 | -0.25 * |
| 18 | Gorilla Tape | 5 | | | 6.95 | 6.95 | 0 |
| 19 | Swifter | 3 | | | 14.50 | 14.50 | 0 |
| 20 | Light Bulb | 6 | | | 8.50 | 8.50 | 0 |
| 21 | Paper Plates | 9 | | | 5.75 | 5.75 | 0 |
| 22 | Stem Repel | 3 | | | 7.00 | 7.00 | 0 |
| 23 | Adhesive Dots | 12 | | | 1.00 | 1.00 | 0 |
| 24 | Hole Punch | 6 | | | 2.00 | 2.00 | 0 |
| 25 | Happy Birthday Sign | 11 | | | 10.00 | 10.00 | 0 |

Acknowledged By: [signature]

Inspector(s): George / Bert

COPY

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 3/1/23
Firm : Dollar General #19237
Address : 520 Monroe Ave
Town/City : Rochester

Report # A16238
Page 2 of 3

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Party Plates | 5 | | | 1.00 | 1.00 | 0 |
| 2 | 3 Briefs | 7 | 04299006715 | Middle Aisle | 7.65 | 7.95 | +0.30 |
| 3 | Tank Tops | 1 | | | 12.00 | 12.00 | 0 |
| 4 | Candle | 1 | | | 7.00 | 7.00 | 0 |
| 5 | Soaps | 3 | | | 4.50 | 4.50 | 0 |
| 6 | Wood Stain | 4 | 672125066097 | Aisle 9 | 6.00 | 6.50 | +0.50 |
| 7 | Lamp | 12 | | | 7.00 | 7.00 | 0 |
| 8 | Hot Wheels | 5 | | | 1.25 | 1.25 | 0 |
| 9 | Assorted Cutlery | 3 | | | 7.50 | 7.50 | 0 |
| 10 | Curtain Rod | 4 | | | 15.00 | 15.00 | 0 |
| 11 | Fragrance | 12 | | | 1.00 | 1.00 | 0 |
| 12 | Oxygen Orange | 6 | | | 1.00 | 1.00 | 0 |
| 13 | AAA Battery | 5 | 039800108050 | End cap | 7.50 | 8.85 | +1.35 |
| 14 | Eye Lash | 5 | | | 1.50 | 1.50 | 0 |
| 15 | Avocado Gel | 3 | | | 4.25 | 4.25 | 0 |
| 16 | Hair Brush | 2 | 074108951618 | Beauty | 5.00 | 4.50 | -0.50 |
| 17 | Hair Dryer | 2 | 074106277039 | Beauty | 20.50 | 20.95 | +0.45 |
| 18 | Gillette Razor | 7 | | | 14.00 | 14.00 | 0 |
| 19 | Hydro Boost | 6 | 070501154298 | Beauty | 7.00 | 7.50 | +0.50 |
| 20 | Dove Soap | 2 | 011111040900 | Beauty | 4.50 | 4.75 | +0.25 |
| 21 | Tampax | 3 | | | 5.50 | 5.50 | 0 |
| 22 | Tooth Brush | 9 | | | 5.65 | 5.65 | 0 |
| 23 | Icy Hot | 7 | | | 5.00 | 5.00 | 0 |
| 24 | Silicone Nipple | 6 | | | 1.00 | 1.00 | 0 |
| 25 | Huggies Wipes | 8 | | | 2.75 | 2.75 | 0 |

Acknowledged By: [signature]

Inspector(s): Greco / Bull

COPY

**Monroe County Weights & Measures**

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Report # A10238
Page 3 of 3

Date : 3/1/23
Firm : Dollar General #19237
Address : 529 Monroe Ave
Town/City : Rochester

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Pull Ups | 7 | | | 12.00 | 12.00 | 0 |
| 2 | Sleep Aid | 8 | 370030166985 | Aisle 16 | 2.75 | 2.50 | -0.25 |
| 3 | Tums | 1 | 307667392 87 | Aisle 16 | 5.00 | 5.75 | +0.75 |
| 4 | Cherry Cough Drops | 12 | 81483201043 0 | | 1.90 | 2.10 | +0.20 |
| 5 | Pill Container | 8 | 07760267375 8 | Aisle 16 | 2.85 | 2.00 | -0.85 |
| 6 | Toaster Strudel | 13 | 18000426980 | Cooler | 3.00 | 4.00 | +1.00 |
| 7 | Planter | 10 | | | 16.00 | 16.00 | 0 |
| 8 | Russel Stover | 10 | | | 2.25 | 2.25 | 0 |
| 9 | Tuna | 35 | | | 0.95 | 0.95 | 0 |
| 10 | Knife | 3 | | | 8.50 | 8.50 | 0 |
| 11 | Scoop | 3 | 622125061145 | Aisle 5 | 3.50 | 7.50 | +4.00 |
| 12 | Pasta | 2 | | | 1.40 | 1.40 | 0 |
| 13 | Foil Pan | 10 | | | 4.00 | 4.00 | 0 |
| 14 | Corn | 14 | 793396851089 | Aisle 5 | 0.75 | 0.85 | +0.10 |
| 15 | Hefty Bag | 6 | | | 8.50 | 8.50 | 0 |
| 16 | Parma Romano Chs | 13 | | | 3.65 | 3.65 | 0 |
| 17 | Reese Puffs | 12 | 16000122222 | End Cap | 2.75 | 3.65 | +0.90 |
| 18 | PB & Jelly | 22 | | | 3.00 | 3.00 | 0 |
| 19 | Hellmann's | 28 | | | 5.50 | 5.50 | 0 |
| 20 | Pie Crust | 14 | 769245692066 | Aisle #4 | 1.75 | 2.00 | +0.25 |
| 21 | Frosting | 7 | | | 2.00 | 2.00 | 0 |
| 22 | Fig Bar | 9 | 474952100019 | Aisle #4 | 3.35 | 4.00 | +0.65 |
| 23 | Dunkin Coffee | 12 | 49000072372 | Aisle #4 | 2.65 | 2.95 | +0.30 |
| 24 | Cafe | 5 | | | 5.50 | 5.50 | 0 |
| 25 | Raisin Brand | 10 | 38000199875 | Aisle #4 | 3.65 | 3.50 | -0.10 |

Acknowledged By: [signature]

Inspector(s): George | Berl

COPY

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Report # A10238
Page 1 of 1

Date : 03/01/2023
Firm : Dollar General
Address : 529 Monroe Ave
Town/City : Rochester

Over Charge Refund Policy Posted
Yes ☐ No ☒

| Qty. | Products/SKU's Found Missing Retail Price | Location |
|---|---|---|
| 331 | Canning Lids / 4300072435 | End Cap |
| 15 | Paper Plates / 42000165136 | Backwall |
| 12 | Pedigree / 2310013 7247 | End Cap |
| 10 | School Glue / 026000205023 | Aisle 10 |
| 7 | Poster Letters / 672125013601 | Aisle 10 |
| 3 | Colored Pencils / 672125068861 | Aisle 10 |
| 6 | Warheads / 032134239025 | Aisle 3 |
| 13 | Pepsi Peeps / 012000221705 | End Cap |
| 5 | Lemon Wafers / 067312002702 | End Cap |
| 30 | Twizzlers / 034000560028 | End Cap |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Inspector(s): George Bell

COPY

DOLLAR GENERAL STORE #19237
ROCHESTER, NY 585-371-6916
SUBTOTAL $150.45
TOTAL SALE $159.35
CASH $159.35
CUT HERE
Complete survey at dgcustomerfirst.com
For a chance to
WIN A $100 Gift Card
Weekly Drawings, Must be 18+ to enter
Survey Code
CUT HERE
THREE DAYS OF SAVINGS!
$5 OFF $25
$5 off your purchase of
$25 or more

$25 or more (pretax) after all other DG discounts. Limit one DG $2, $3, or $5 off store coupon per customer. Excludes: phone, gift and prepaid financial cards; prepaid wireless handsets, Rug Doctor rental, propane, tobacco and alcohol

CUT HERE



S

COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______________ Total ____ Number

Acknowledged by

Inspector

Page ________ of ________



LL

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date 10 26 |
| Address | Type |
| Town | Price Log # |

Summary of reports ______________ through ___________

| Scanner Accuracy | |
|---|---|
| A. Total Units | _____ |
| B. Total Under Prices | _____ |
| C. Total Correct | _____ |
| D. Total Overpriced | _____ |
| % Overpriced (d ÷ a) | _____ |
| Shelf Tag Violations | _____ |

**Status of Inspection**

- ☐ Waiver Application
- ☐ Scanner Accuracy
- ☐ Item Pricing

| Item Pricing | |
|---|---|
| Total Units | _____ |
| Units Passed | _____ |
| Units Failed | _____ |

**Type of Inspection**

- ☐ 1st Inspection
- ☐ 2nd Inspection
- ☐ Complaint _____
- ☐ Follow-up _____
- ☐ Other _____

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

_______________________ Acknowledged

_______________________ Inspector



**Department of Weights and Measure**

Monroe County, New York

**Adam J. Bello**
*County Executive*

**Jeffrey D. Berl**
*Director*

**LETTER OF PENALTY** 12/15/2022

**Dollar General #19235**
**1004 Culver Road**
**Rochester, NY 14609**

Report # **A 9810**
Amount Due: **$1600.00**

Dear Sir/Madam,

After a price accuracy inspection, evidence has been submitted indicating that on **11/30/2022**; inspectors from this Department visited your establishment and found the following violations of NYS Ag. & Mkts. Law, Article 16 Sections 197-B Retail Pricing Accuracy, 68% accuracy rate ($300), 24 items missing retail price ($600), 6 large overcharges ($600) and no refund policy posted in the event of an overcharge ($100).

Under Section 181(7) of the Agriculture and Markets Law, an action may be commenced against you by the County of Monroe to recover a civil penalty pursuant to Sections 39 and/or 40 of that statute.

If a penalty of **$1600** is received at this office within 21 days from the date of this letter and the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designee's, please make the request in a formal letter. Such a request must be received at this office within 21days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the Monroe County Attorney's Office, for commencement of an action to recover the full statutory penalty, plus court costs.

**Remittance may be submitted to this office by certified check, bank check or by postal or express money order, payable to the Director of Finance, County of Monroe.** If you want to arrange payment or have any question in reference to this penalty, please contact me at Office: 585-753-7933 or Cell: 585-683-1727.

Sincerely,

J D Berl

Jeffrey D. Berl,
Director
Enclosed: Copy of reports.

145 Paul Road, Building 2, • Rochester, New York 14624
(585) 753-7933 • *fax:* (585) 753-7485 • *jberl@monroecounty.gov*

A 9810

# MONROE COUNTY
## DEPARTMENT OF WEIGHTS AND MEASURES

145 Paul Road, Bldg 2, Rochester, New York 14624
Telephone: 585-753-7933

☐ RETEST
☐ RETEST REQUIRED

| FIRM: Dollar General | STORE NO. 19235 | DATE: 11-30-2022 |
|---|---|---|
| ADDRESS: 1001 Culver Road | | MAIN CONTACT: |
| TOWN/CITY: Rochester | ZIP CODE: 14609 | E-MAIL ADDRESS: |

☐ SUPERMARKET ☐ FOOD STORE/DELI ☐ FISH/BUTCHER ☒ PRICE ACCURACY ☐ BAKERY ☐ DRUG ☐ HARDWARE
☐ GAS STATION ☐ GAS STATION/STORE ☐ VARIETY ☐ FUEL OIL DEALER ☐ PROCESS/WARE/MANUF. ☐ OTHER

| DEVICE TYPE | TOTAL NO. | VISUAL INSPECTION: FOUND CORRECT | CORRECTED | OTHER | NOT SEALED | DEVICE TEST: PLUS | MINUS | OTHER | ORDERED REPAIRED | CON-DEMNED | NO CORRECT | FEES: TOTAL NO. | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTING SCALE | | | | | | | | | | | | | | |
| PRE-PACK SCALE | | | | | | | | | | | | | | |
| CUSTOMER SCALE | | | | | | | | | | | | | | |
| VEHICLE SCALE | | | | | | | | | | | | | | |
| RACK METER | | | | | | | | | | | | | | |
| PRESCRIPTION SCALE | | | | | | | | | | | | | | |
| Hopper/Batch TANK SCALE | | | | | | | | | | | | | | |
| PLATFORM SCALE | | | | | | | | | | | | | | |
| MISC. SCALE | | | | | | | | | | | | | | |
| PETROLEUM PUMPS | | | | | | | | | | | | | | |
| WEIGHTS | | | | | | | | | | | | | | |
| LINEAR MEASURE | | | | | | | | | | | | | | |
| LINEAR DEVICE | | | | | | | | | | | | | | |
| TIMING DEVICE | | | | | | | | | | | | | | |
| VEHICLE TANK METER | | | | | | | | | | | | | | |
| LIQUID MEAS. DEVICE | | | | | | | | | | | | | | |
| TAXI METER | | | | | | | | | | | | | | |

THIS AMOUNT PAYABLE IN 30 DAYS FROM ABOVE DATE. FAILURE TO PAY PROMPTLY MAY RESULT IN A CIVIL FINE. GRAND TOTAL

Devices listed below require repair or adjustment.

| Manuf. | Model No. | Serial No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Notify Director of Weights and Measures when ready for retesting.
☐ "For Customer Use" sign required on or near a computing customer scale.
☐ Customer scale required must be easily accessible.
☐ Price signs must be posted on every pump or dispenser.
☐ Security seals on all approved devices applied on ________
☐ Product used in testing as shown on this form was returned to proper storage tank, as instructed by operator.

| GALLONS PUMPED | | | |
|---|---|---|---|
| REGULAR | | DIESEL | |
| MID GRADE | | KERO | |
| PREMIUM NOLEAD | | | |

MAIL TO: Monroe County Dept of Weights & Measures, 145 Paul Rd, Bldg 2, Rochester, New York 14624

MAKE CHECK PAYABLE TO: County of Monroe - Director of Finance

COPY

REMARKS: Price Accuracy Inspection
Left copy of price accuracy document with Manager.
Tested price of 75 items, found 24 errors (68% correct).
(1) under charge and (23) overcharges
(24) products found without retail price, Overcharge Policy not posted. Corrections being made at departure.

ACKNOWLEDGED BY: [signature]
INSPECTOR: Agent / Knight / Millman

It is the user's responsibility to maintain the accuracy of all weighing and measuring devices. All devices must start at zero and all indications displayed must be in agreement. Notify the Director immediately in writing of any new or reconditioned weighing and measuring device, which will be used commercially. All standards used are traceable to the national standards at NIST.

WHITE - DEPARTMENT'S COPY CANARY - INVOICE PINK - OFFICE COPY GOLDENROD - CUSTOMER'S COPY

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date: 11-30-22
Firm: Dollar General #19235
Address: 1004 Culver Rd
Town/City: Rochester

Report # A9810
Page 1 of 1

Over Charge Refund Policy Posted
Yes ☐ No ☒

| Qty. | Products/SKU's Found Missing Retail Price | | Location |
|---|---|---|---|
| 15 | 7.5oz Coke 6 Pack | 049000061017 | Doorway island |
| 11 | CV 1gal water | 027510107770 | Wall Cooler |
| 11 | Pepsi 12 Pack | 012000809941 | Aisle 12 End Cap |
| 11 | Sunkist Singles | 072392324064 | Aisle 2 End Cap |
| ~~32~~ | ~~Pork Cracklin Strips~~ | | ~~Aisle 2 Rack~~ MK |
| 19 | Sparkling White Grape Juice | 041800715008 | Aisle 3 End Cap |
| 11 | CV Vanilla Sandwich Dessert | 070640023462 | Ice Cream Freezer |
| 12 | Brillo Erase & Wipe | 070881562621 | Aisle 15 End Cap |
| 6 | Cascade Platinum | 037000274742 | Aisle 15 Dish Soap |
| 4 | Downy Rinse & Refresh | 037000879152 | Aisle 15 |
| 9 | Mean Green Cleaner | 720547001000 | Aisle 16 |
| 7 | Sparkling Ice Cherry Vanilla | 016571955144 | Back wall |
| 23 | Sanitizer wipes | 868124220402 3 | Aisle 17 End Cap |
| 3 | Spray Nine | 07717482 | Aisle 18 End Cap |
| 2 | Pastry Mat | 672125061176 | Aisle 18 |
| ~~3~~ 15 | Party Game | 011179361069 | Aisle 18 End |
| 3 | Vintage light Bulb | 430001370411 | Aisle 19 J Hook |
| 12 | Pine Glo | 076061211518 | Aisle 20 End Cap |
| 5 | Heavy Duty Shower Liner | 43001713256 | Aisle 20 |
| 5 | 20in RainX Wiper Blade | 079118004200 | Aisle 21 End Cap |
| 4 | Radio Alarm Clock | 841351166966 | Aisle 20 |
| 5 | Magik Brush | 070982023007 | Aisle 20 |
| 3 | Huggies Snug & Dry | 036000514728 | Aisle 10 |
| 6 | Bella Curls | 823168100432 | Aisle 24 End Cap |
| 4 | Twister Rollers 12-Pack | 190425105234 | Aisle 24 |

COPY

Acknowledged By: [signature]

Inspector(s): Knight / Agent / Millman

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date : 11/30/22
Firm : Dollar General #19235
Address : 1004 culver rd.
Town/City : Rochester NY 14609

Report # A9810
Page 1 of 3

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | NUT HARVEST CASHEWS | 11 | | | $1.95 | $1.95 | — |
| 2 | CORE POWER | 20 | 811620021968 | 11 | $3.00 | $3.25 | + 25¢ |
| 3 | 2% MILK | 14 | | | $3.75 | $3.75 | — |
| 4 | LIPTON ICE TEA | 8 | 12000 11223 | 11 | $1.00 | $1.10 | + 10 ¢ |
| 5 | Simple smart cheese block | 12 | | | $1.25 | $1.25 | — |
| 6 | Caramel / Irish Delight | 10 | | | $3.00 | $3.00 | — |
| 7 | TYSON Grilled + Ready | 9 | | | $10.95 | $10.95 | — |
| 8 | Yummy Dino Buddies | 8 | | | $6.25 | $6.25 | — |
| 9 | Gatorade | 14 | 052000043280 | 11 | $1.35 | $1.45 | + 10 ¢ |
| 10 | Birds eye GREEN BEANS | 4 | | | $1.00 | $1.00 | — |
| 11 | Lucky Charms BARS | 9 | | | $3.85 | $3.85 | — |
| 12 | HAWAIIAN Punch Polar Blast | 3 | | | $2.65 | $2.65 | — |
| 13 | TOWN HOUSE Pita | 9 | | | $3.85 | $3.85 | — |
| 14 | chex mix cheddar | 10 | 01600158405 | 10 | $2.65 | $2.75 | + 10 ¢ |
| 15 | Pringles Pizza | 6 | | | $2.00 | $2.00 | — |
| 16 | MTN DEW 20 oz | 7 | | | $2.35 | $2.35 | — |
| 17 | Vibe ear buds | 3 | | | $10.00 | $10.00 | — |
| 18 | Little Debbie Cosmic brownies | 7 | | | $4.00 | $4.00 | — |
| 19 | white bread | 14 | | | $1.75 | $1.75 | — |
| 20 | crunch + munch | 12 | | | $1.00 | $1.00 | — |
| 21 | Idahoan scalloped | 9 | | | $1.85 | $1.85 | — |
| 22 | canned chicken Breast | 22 | 5100018806 | 13 | $3.65 | $4.00 | + 35 ¢ |
| 23 | crushed Tomatoes | 15 | | | $1.75 | $1.75 | — |
| 24 | BROOM | 8 | | | $6.00 | $6.00 | — |
| 25 | Dish brush | 5 | | | $3.00 | $3.00 | — |

COPY

Acknowledged By: [signature]

Inspector(s): Knight / Agent / MILLMAN

**Monroe County Weights & Measures**

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Report # A9810
Page 2 of 3

Date : 11/30/22
Firm : Dollar General #19235
Address : 1004 Culver Rd.
Town/City : Rochester NY 14609

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | DAWN Power wash | 7 | | | $5.00 | $5.00 | — |
| 2 | Air wick oil | 3 | 062338955513 | 15 | $7.75 | $8.00 | +25¢ |
| 3 | GLAD FORCE FLEX | 5 | | | $5.95 | $5.95 | — |
| 4 | Pine-Sol | 9 | | | $4.00 | $4.00 | — |
| 5 | Pepsi 2 liter | 25 | | | $2.50 | $2.50 | — |
| 6 | Smart water 700 mill | 6 | 786162001571 | Back wall | $1.50 | $1.65 | +15¢ |
| 7 | T-lights 16 ct | 25 | 43000118 2914 | 18 | $1.00 | $2.00 | +$1.00 |
| 8 | Cookie cutters DONUT | 4 | 672125069448 | 18 | $3.00 | $5.00 | +$2.00 |
| 9 | 9 in. plates | 3 | | | $1.00 | $1.00 | — |
| 10 | 2ct crystal clear light bulb | 9 | | | $5.00 | $5.00 | — |
| 11 | Gorilla Epoxy | 2 | 052427420015 | 19 | $7.50 | $6.75 | -75¢ |
| 12 | Toilet bowl cleaner | 3 | | | $1.00 | $1.00 | — |
| 13 | Drive MXP oil | 6 | | | $7.50 | $7.50 | — |
| 14 | Bounty 2pack | 4 | 037000666592 | BACK WALL | $5.50 | $6.25 | +75¢ |
| 15 | Lint Roller 100 count | 4 | 070982003078 | 20 | $5.00 | $6.00 | +$1.00 |
| 16 | BATH TOWEL | 1 | | | $2.00 | $2.00 | — |
| 17 | MIRROR | 2 | | | $10.00 | $10.00 | — |
| 18 | Grill PAN | 3 | | | $14.00 | $14.00 | — |
| 19 | Red cups | 16 | | | $4.00 | $4.00 | — |
| 20 | Rolling pin | 2 | | | $6.00 | $6.00 | — |
| 21 | ANgel soft | 8 | | | $5.95 | $5.95 | — |
| 22 | flushable wipes | 3 | | | $4.75 | $4.75 | — |
| 23 | Puffs | 24 | | | $2.00 | $2.00 | — |
| 24 | infant bottles | 1 | | | $1.00 | $1.00 | — |
| 25 | Gerber RICE | 7 | 015000007041 | 10 | $2.90 | $3.00 | +10¢ |

Acknowledged By: [signature]

Inspector(s): Knight / Agent / [illegible]

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date: 11/30/22
Firm: Dollar General #19235
Address: 1004 Culver Rd
Town/City: Rochester N.Y. 14609

Report # A9810
Page 3 of 3

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | LUVS SIZE 2 | 6 | 0376 0085 9239 | 10 | $7.75 | $8.00 | +25¢ |
| 2 | BABY OIL | 7 | 0 72785 13 6649 | 10 | $3.95 | $4.00 | +5¢ |
| 3 | Aussie Curls | 3 | | | $5.00 | $5.00 | — |
| 4 | ORS olive oil | 9 | | | $7.25 | $7.25 | — |
| 5 | DIAL Soap | 6 | 0176 0010 9022 | 24 | $1.95 | $2.00 | +5¢ |
| 6 | cover girl BB cream | 2 | 022700033584 | 24 | $7.25 | $7.95 | +70¢ |
| 7 | Cerave face lotion | 3 | | | $10.00 | $10.00 | — |
| 8 | TOP GUN DVD | 3 | | | $19.95 | $19.95 | — |
| 9 | ZANTAC | 3 | 6814 2103 6122 | 24 | $9.95 | $10.00 | +5¢ |
| 10 | Vitamin D3 | 7 | | | $5.00 | $5.00 | — |
| 11 | BAND-AD | 5 | 3813 7004 4314 | 23 | $3.35 | $3.50 | +15¢ |
| 12 | Playtex Sport | 6 | | | $5.00 | $5.00 | — |
| 13 | Zone Pro MENS Socks | 8 | 7308 3879 8489 | 9 | $6.25 | $6.50 | +25¢ |
| 14 | Bic pens 4ct. | 3 | 4300 0064 9488 | 8 | $2.00 | $2.50 | +50¢ |
| 15 | office board | 7 | | | $6.00 | $6.00 | — |
| 16 | Glue Stick | 6 | 4300 0050 8839 | 8 | 75¢ | $1.00 | +25¢ |
| 17 | Listerine | 10 | | | $6.50 | $6.50 | — |
| 18 | Glide floss | 4 | | | $4.25 | $4.25 | — |
| 19 | Rexall whitening strips | 8 | | | $5.00 | $5.00 | — |
| 20 | Red Energy gum | 22 | | | $2.50 | $2.50 | — |
| 21 | Downy rinse | 9 | | | $6.95 | $6.95 | — |
| 22 | MENTOS | 15 | 07339002 9883 | check out | 95¢ | $1.00 | +5¢ |
| 23 | X-MAS ornaments | 12 | | | $3.00 | $3.00 | — |
| 24 | Chewy bars | 14 | 6300 0057 5284 | 6 | $5.00 | $5.50 | +50¢ |
| 25 | HARIBO Peaches | 10 | | | $2.50 | $2.50 | — |

Acknowledged By: [signature]

Inspector(s): Knight / Agent / Millman





DOLLAR GENERAL STORE #19235
ROCHESTER, NY 585-239-2755

| Item | Code | | Price | |
|---|---|---|---|---|
| LUVS JUMBO PK SZ2 | 037000859239 | | 8.00 | N |
| QUAKER CHEWY VARIE | 030000575284 | E | 5.50 | |
| GS BABY OIL 20OZ | 072785136649 | | 4.00 | S |
| CG FOUN BB CRM SMT | 022700033584 | | 7.95 | S |
| 20OZ LIT ICED TEA | 012000112232 | E | 1.10 | |
| MENS P6 1 2C ANKLE | 691466859310 | | 6.50 | N |
| IM GLUE STICK LARG | 430001474232 | | 1.00 | S |
| A WICK OIL TURQ 3C | 062338956513 | | 8.00 | S |
| CHEX MIX CHEDDAR | 016000158405 | E | 2.75 | |
| 10PK UNSCENTED TEA | 430001182014 | | 2.00 | S |
| MENTOS MINT ROLLS | 073390003852 | E | 1.00 | S |
| GTRADE ZERO GLC FR | 052000043280 | E | 1.45 | S |
| EVERCAREPET 100CT | 070982003344 | | 6.00 | S |
| BIC PENS SOFT FEEL | 070330197619 | | 2.50 | S |
| CORE POWER VANILLA | 811620021968 | E | 3.25 | S |
| ZANTAC H BURN RELI | 681421036122 | | 10.00 | |
| BABY RICE CEREAL 8 | 015000070007 | E | 3.00 | |
| SWANSON CHUNK CHIC | 051000188069 | E | 4.00 | |
| BOUNTY 2DR SAS PRI | 037000666608 | | 6.25 | S |
| SMARTWATER 23.7OZ | 786162001511 | E | 1.65 | S |
| OTH BOTTLE DEP- .05 | | E | 0.05 | |
| GORILLA EPOXY 25ML | 052427007001 | | 6.75 | S |
| BAND-AID FABRIC 30 | 381370044314 | | 3.50 | |
| DONUT CUTTER | 672125069448 | | 5.00 | S |
| DIAL LHS AB LAV JA | 017000109022 | | 2.00 | S |
| SUBTOTAL | | | $103.20 | |
| Tax1 | | | $4.70 | |
| Tax2 | | | $0.58 | |
| TOTAL SALE | | | $108.48 | |
| CASH | | | $108.48 | |

2022-11-30 13:55:27 19235 02 9380

890144299183539120910012910919910014341311

----------------CUT HERE----------------
****************************************
* Complete survey at dgcustomerfirst.com *
* For a chance to *
*WIN A $100 Gift Card*
* Weekly Drawings, Must be 18+ to enter *
* Survey Code *
* 1914-0298-1243-493 *
****************************************
----------------CUT HERE----------------

SATURDAY DEC. 3RD ONLY!
DG Store Coupon Valid 12/3/2022
$5 OFF $25

COPY

DOLLAR GENERAL STORE #19235
ROCHESTER, NY 585-239-2756

| | | | |
|---|---|---|---|
| LUVS JUMBO PK SZ2 | 037000859239 | | 8.00 N |
| QUAKER CHEWY VARIE | 030000575284 | E | 5.50 |
| GS BABY OIL 20OZ | 072785136649 | | 4.00 S |
| CG FOUN BB CRM SMT | 022700033584 | | 7.95 S |
| 20OZ LIT ICED TEA | 012000112232 | E | 1.10 |
| MENS P6 1 2C ANKLE | 691466859310 | | 6.50 N |
| IM GLUE STICK LARG | 430001474232 | | 1.00 S |
| A WICK OIL TURQ 3C | 062338955513 | | 8.00 S |
| CHEX MIX CHEDDAR | 016000158405 | E | 2.75 |
| 10PK UNSCENTED TEA | 430001182014 | | 2.00 S |
| MENTOS MINT ROLLS | 073390003852 | E | 1.00 S |
| GTRADE ZERO GLC FR | 052000043280 | E | 1.45 S |
| EVERCAREPET 100CT | 070982003344 | | 6.00 S |
| BIC PENS SOFT FEEL | 070330197619 | | 2.50 S |
| CORE POWER VANILLA | 811620021968 | E | 3.25 S |
| ZANTAC H BURN RELI | 681421036122 | | 10.00 |
| BABY RICE CEREAL 8 | 015000070007 | E | 3.00 |
| SWANSON CHUNK CHIC | 051000188069 | E | 4.00 |
| BOUNTY 2DR SAS PRI | 037000666608 | | 6.25 S |
| SMARTWATER 23.7OZ | 786162001511 | E | 1.65 S |
| OTH BOTTLE DEP- .05 | | E | 0.05 |
| GORILLA EPOXY 25ML | 052427007001 | | 6.75 S |
| BAND-AID FABRIC 30 | 381370044314 | | 3.50 |
| DONUT CUTTER | 672125069448 | | 5.00 S |
| DIAL LHS AB LAV JA | 017000109022 | | 2.00 S |
| SUBTOTAL | | | $103.20 |
| Tax1 | | | $4.70 |
| Tax2 | | | $0.58 |
| TOTAL SALE | | | $108.48 |
| CASH | | | $108.48 |

2022-11-30 13:55:27 19235 02 9380

8901442991835391209100129109199100143413 11

--------------CUT HERE--------------
* Complete survey at dgcustomerfirst.com *
* For a chance to *
*WIN A $100 Gift Card*
* Weekly Drawings, Must be 18+ to enter *
* Survey Code *
* 1914-0298-1243-493 *
--------------CUT HERE--------------

SATURDAY DEC. 3RD ONLY!
DG Store Coupon Valid 12/3/2022
$5 OFF $25



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221108

November 29, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #19569
Attn: Store Manager
1809 State Highway 345
Madrid, NY 13660

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/15/22

Evidence has been submitted to this office indicating that on the dates of November 15, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***As a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 96.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/15/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11 / 15 / 22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store # 19569 1809 SH 345 Madrid NY. 13660

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Starburst air original | 22000 28804 | | | Y | 1.00 | SH | 2.50 | Customer missed item | | — |
| 2. Safeguard bar soap | 37000 80351 | | | Y | 3.25 | I | 3.15 | Error | ✓ | |
| 3. Chap stick | 05131 27633 | | | Y | 3.30 | SH | 3.45 | violation | | ✓ |
| 4. Pepto Bismol caplets | 01490 03990 | | | Y | 5.75 | SH | 6.00 | violation | | ✓ |
| 5. HF savory gravy | 70155 14408 | | | Y | 9.50 | SH | 10.00 | violation | | ✓ |
| 6. Swiffer duster | 37000 79809 | | | Y | 5.50 | SH | 10.00 | customer missed item | | — |
| 7. Black magic tire wet | 77279 20033 | | | Y | 6.50 | SH | 6.95 | violation | | ✓ |
| 8. Curad gauze pad | 60196 36518 | | | Y | 1.25 | I | 1.50 | violation | | ✓ |
| 9. CV water 24 pack | 27541 00924 | | | Y | 5.50 | SH | 4.50 | Error | ✓ | |
| 10. Strawberry cheesecake | 90109 25032 | | | Y | 3.50 | SH | 3.75 | Violation | | ✓ |
| 11. Dr Pepper 2 litre | 78000 08346 | | | Y | 2.65 | SH | 2.95 | violation | | ✓ |
| 12. TL EVD plates 8 in | 74888 63948 | | | Y | 5.75 | SH | 6.95 | customer missed item | | — |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 7 |

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 1st Re-App 1st waiver renewal inspection 100 items scanned
7 violations found 93 % Accuracy

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904

DATE: ___/___/___

Page ___ of ___

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220504

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #19569
Attn: Store Manager
1809 State Highway 345
Madrid, NY 13660

Re: Item Pricing/Scanner Accuracy Inspection Report dated 4/27/22

Evidence has been submitted to this office indicating that on the date of April 27, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 4/27/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 4/27/22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General #19569 1809 SH 345 Madrid NY. 13660

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dunaroos Vanilla | 16000 28801 | | | Y | 165 | SH | 150 | Error | ✓ | |
| 2. | Lysol wiper 80 | 19200 89346 | | | Y | 550 | I | 565 | Violation | | ✓ |
| 3. | Tide simp pod day brat | 37000 75259 | | | Y | 2.95 | SH | 3.45 | Violation | | ✓ |
| 4. | Twist mop | 11171 59867 | | | Y | 10.50 | SH | 10.00 | Error | ✓ | |
| 5. | Roasted salted | 53519 47231 | | | Y | 3.35 | SH | 3.50 | Violation | | ✓ |
| 6. | Sitz hard soda | 18200 20333 | | | Y | 16.35 | SH | 16.65 | Violation | | ✓ |
| 7. | totino pizza roll | 42800 00589 | | | Y | 235 | SH | 1.85 | Error | ✓ | |
| 8. | Colgate mint total | 35000 46385 | | | Y | 400 | SH | 425 | Violation | | ✓ |
| 9. | STS Fresh mist | 72785 13745 | | | Y | 250 | SH | 260 | Violation | | ✓ |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 6

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign? YES ☒ NO ☐~~
Customer Price Check Scanner Functional? YES ☐ NO ☒

COMMENTS: 100 items scanned
6 violations found 94 % Accuracy
the customer price ck scanner must be working to meet waiver requirements.

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



***Department of***
**Weights and Measure**

Monroe County, New York

**Adam J. Bello**
*County Executive*

**Jeffrey D. Berl**
*Director*

**LETTER OF PENALTY**

01/24/2023

**Dollar General #19235**
**1004 Culver Road**
**Rochester, NY 14609**

Report # **A 10011**
Amount Due: **$1825.00**

Dear Sir/Madam,

After a price accuracy re-inspection, evidence has been submitted indicating that on **01/20/2023**, inspectors from this Department visited your establishment and found the following violations of NYS Ag. & Mkts. Law, Article 16 Sections 197-B Retail Pricing Accuracy, 82% accuracy rate ($400), 17 items missing retail price ($425), 4 large overcharges ($800) and no refund policy posted in the event of an overcharge ($200).

Under Section 181(7) of the Agriculture and Markets Law, an action may be commenced against you by the County of Monroe to recover a civil penalty pursuant to Sections 39 and/or 40 of that statute.

If a penalty of **$1825** is received at this office within 21 days from the date of this letter and the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designee's, please make the request in a formal letter. Such a request must be received at this office within 21days from the date of this letter.

***Failure to comply with this demand will result in a referral of this matter to the Monroe County Attorney's Office, for commencement of an action to recover the full statutory penalty, plus court costs.***

**Remittance may be submitted to this office by certified check, bank check or by postal or express money order, payable to the Director of Finance, County of Monroe.** If you want to arrange payment or have any question in reference to this penalty, please contact me at Office: 585-753-7933 or Cell: 585-683-1727.

Sincerely,

J D Berl

Jeffrey D. Berl,
Director
Enclosed: Copy of reports.

145 Paul Road, Building 2, • Rochester, New York 14624
(585) 753-7933 • *fax:* (585) 753-7485 • *jberl@monroecounty.gov*

A10011 COPY COPY

# MONROE COUNTY
## DEPARTMENT OF WEIGHTS AND MEASURES

145 Paul Road, Bldg 2, Rochester, New York 14624
Telephone: 585-753-7933

☒ RETEST

☐ RETEST REQUIRED

| FIRM Dollar General | STORE NO. 19235 | DATE 1-20-23 |
|---|---|---|
| ADDRESS 1004 Culver Rd | | MAIN CONTACT |
| TOWN/CITY Rochester | ZIP CODE 14609 | E-MAIL ADDRESS |

☐ SUPERMARKET ☐ FOOD STORE/DELI ☐ FISH/BUTCHER ☒ PRICE ACCURACY ☐ BAKERY ☐ DRUG ☐ HARDWARE
☐ GAS STATION ☐ GAS STATION/STORE ☐ VARIETY ☐ FUEL OIL DEALER ☐ PROCESS/WARE/MANUF. ☐ OTHER

| DEVICE TYPE | TOTAL NO. | | VISUAL INSPECTION: FOUND CORRECT | CORRECTED | OTHER | NOT SEALED | DEVICE TEST: PLUS | MINUS | OTHER | ORDERED REPAIRED | CON-DEMNED | NO CORRECT | FEES: TOTAL NO. | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTING SCALE | | | | | | | | | | | | | | | |
| PRE - PACK SCALE | | | | | | | | | | | | | | | |
| CUSTOMER SCALE | | | | | | | | | | | | | | | |
| VEHICLE SCALE | | | | | | | | | | | | | | | |
| RACK METER | | | | | | | | | | | | | | | |
| PRESCRIPTION SCALE | | | | | | | | | | | | | | | |
| Hopper/Batch TANK SCALE | | | | | | | | | | | | | | | |
| PLATFORM SCALE | | | | | | | | | | | | | | | |
| MISC. SCALE | | | | | | | | | | | | | | | |
| PETROLEUM PUMPS | | | | | | | | | | | | | | | |
| WEIGHTS | | | | | | | | | | | | | | | |
| LINEAR MEASURE | | | | | | | | | | | | | | | |
| LINEAR DEVICE | | | | | | | | | | | | | | | |
| TIMING DEVICE | | | | | | | | | | | | | | | |
| VEHICLE TANK METER | | | | | | | | | | | | | | | |
| LIQUID MEAS. DEVICE | | | | | | | | | | | | | | | |
| TAXI METER | | | | | | | | | | | | | | | |

THIS AMOUNT PAYABLE IN 30 DAYS FROM ABOVE DATE. FAILURE TO PAY PROMPTLY MAY RESULT IN A CIVIL FINE. ➤ GRAND TOTAL

MAKE CHECK PAYABLE TO: County of Monroe - Director of Finance

Devices listed below require repair or adjustment.

| Manuf. | Model No. | Serial No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Notify Director of Weights and Measures when ready for retesting.

☐ "For Customer Use" sign required on or near a computing customer scale.

☐ Customer scale required must be easily accessible.

☐ Price signs must be posted on every pump or dispenser.

☐ Security seals on all approved devices applied on ______

☐ Product used in testing as shown on this form was returned to proper storage tank, as instructed by operator.

| GALLONS PUMPED | | | |
|---|---|---|---|
| REGULAR | | DIESEL | |
| MID GRADE | | KERO | |
| PREMIUM NOLEAD | | | |

MAIL TO: Monroe County Dept of Weights & Measures
145 Paul Rd, Bldg 2
Rochester, New York 14624

REMARKS: Price Accuracy reinspection. Checked the price of (100) items, Found (18) errors (82%). There were (16) over charges and (2) Undercharges. Found (17) items missing the retail price. Over charge refund policy was not posted. Store was fixing pricing errors at the time of departure.

ACKNOWLEDGED BY: [signature] Sanchez | INSPECTOR: Knight / George

It is the user's responsibility to maintain the accuracy of all weighing and measuring devices. All devices must start at zero and all indications displayed must be in agreement. Notify the Director immediately in writing of any new or reconditioned weighing and measuring device, which will be used commercially. All standards used are traceable to the national standards at NIST.

WHITE - DEPARTMENT'S COPY CANARY - INVOICE PINK - OFFICE COPY GOLDENROD - CUSTOMER'S COPY

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 1-20-23
Firm : Dollar General # 19235
Address : 1004 Culver Rd
Town/City : Rochester

Report # A 10011
Page 1 of 1

Over Charge Refund Policy Posted
Yes ☐ No ☒

COPY

| Qty. | Products/SKU's Found Missing Retail Price | | Location |
|---|---|---|---|
| 9 | Milk Chocolate Roses | 072084004137 | Entrance Island |
| 4 | Edge Shave Gel | 841058005209 | Beauty Floor Display |
| 2 | Hand Soap | 072785 142084 | 24 End Cap |
| 12 | BC Powder | 042037 103736 | 23 Floor Display |
| 5 | 20inch Wiper Blade | 079118004200 | 21 EC |
| 5 | Chip PK clips | 430001304829 | A-21 |
| 16 | Huggies Wipes | 036000504071 | 10 EC |
| 9 | Glad paper bowls | 742797004389 | 19 EC |
| 3 | Wicking LS shirt | 194959643538 | A9 |
| 12 | Alkaline C | 430001488246 | 8 EC |
| 2 | Take Alongs | 71691528241 | 7 EC |
| 4 | Glade Warmer | 46500761911 | 16 EC |
| 13 | Sanitizer Wipes | 868124220 4023 | 16 EC |
| 5 | Nail Stickers | 840797151130 | A5 |
| 4 | Iams Cat Food | 190148036 20 | 14 EC |
| 5 | LifeSavers Gummies | 19000083425 | 4 EC |
| 3 | CatNip | 847388005504 | A14 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

COPY

Acknowledged By: [signature]

Inspector(s): Knight / George

Monroe County Weights & Measures
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 1-20-23
Firm : Dollar General #19235
Address : 1004 Culver RD
Town/City : Rochester, NY, 14609

Report # A10011
Page 1 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

COPY

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Cerave | 3 | | | $6.75 | $6.75 | — |
| 2 | Wipes | 3 | | | $3.25 | $3.25 | — |
| 3 | Wrap | 4 | | | $4.50 | $4.50 | — |
| 4 | Stetson Black | 2 | | | $5.00 | $5.00 | — |
| 5 | Choice Razors | 1 | | | $5.00 | $5.00 | — |
| 6 | Argan Oil | 10 | | | $1.00 | $1.00 | — |
| 7 | ZZZ Quil | 1 | | | $8.75 | $8.75 | — |
| 8 | Midol | 2 | | | $6.50 | $6.50 | — |
| 9 | Stool gel | 5 | | | $4.50 | $4.50 | — |
| 10 | Carmax | 5 | | | $1.50 | $1.50 | — |
| 11 | Alka Seltzer | 3 | | | $6.50 | $6.50 | — |
| 12 | Cloth tape | 4 | | | $2.15 | $2.15 | — |
| 13 | Dry Shampoo | 5 | 067153947897 | Haircare | $4.65 | $5.15 | $0.50 |
| 14 | A&D | 1 | 041100811240 | Baby | $4.50 | $5.00 | $0.50 |
| 15 | Easy Ups | 3 | 037000764649 | A10 | $11.75 | $12.00 | $0.25 |
| 16 | Baby wipes | 14 | 430001715663 | A10 | $2.50 | $2.65 | $0.15 |
| 17 | Facial Tissues | 8 | | | $1.00 | $1.00 | — |
| 18 | Bath towel | 6 | | | $2.00 | $2.00 | — |
| 19 | Heft Cups | 12 | | | $4.95 | $4.95 | — |
| 20 | TL Napkins | 3 | | | $2.95 | $3.00 | $0.05 |
| 21 | Oven Mat | 5 | | | $3.00 | $3.00 | — |
| 22 | Mug | 5 | | | $2.00 | $2.00 | — |
| 23 | Salt Lamp | 3 | | | $8.00 | $8.00 | — |
| 24 | Saddle Soap | 2 | | | $5.50 | $5.50 | — |
| 25 | Dust Mask | 3 | | | $1.00 | $1.00 | — |

COPY

Acknowledged By: [signature]

Inspector(s): Knight/George

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 1-20-23
Firm : Dollar General #19235
Address : 1004 Culver Rd
Town/City : Rochester

Report # A 10011
Page 2 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

COPY

| Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|
| Antifreeze | 5 | | | $17.50 | $17.50 | — |
| Lables | 13 | | | $1.00 | $1.00 | — |
| Fondant | 5 | 672125061077 | A18 | $5.00 | $5.50 | $0.50 |
| Wallet | 2 | | | $10.00 | $10.00 | — |
| Booties | 14 | | | $4.00 | $4.00 | — |
| T-Shirt | 2 | | | $6.00 | $6.00 | — |
| Tanks | 5 | | | $10.00 | $10.00 | — |
| Sheer Energy | 1 | 74200906554 | | $5.50 | $3.30 | $-2.20 + |
| Elmer's Glue | 5 | 2600182164 | A8 | $7.00 | $8.00 | $+1.00 |
| Neon Boards | 10 | | | $2.00 | $2.00 | — |
| Depends | 6 | | | $15.65 | $15.65 | — |
| Miconazole | 4 | | | $6.00 | $6.00 | — |
| Pauldent | 3 | | | $3.00 | $3.00 | — |
| Energizer | 5 | | | $7.25 | $7.25 | — |
| Mirror | 1 | | | $10.00 | $10.00 | — |
| Lysol | 6 | 1920098244 | A16 | $7.00 | $7.50 | $0.50 |
| Comet | 7 | | | $3.50 | $3.50 | — |
| Cutter | 7 | | | $5.00 | $5.00 | — |
| Mr Clean | 3 | | | $4.00 | $4.00 | — |
| Hefty 30 | 5 | 1370027344 | A16 | $8.25 | $8.50 | $0.25 |
| Bai water | 12 | | | $2.15 | $2.15 | — |
| TL Detergent | 5 | | | $4.75 | $4.75 | — |
| Purex | 4 | | | $12.00 | $12.00 | — |
| Downy | 5 | | | $7.25 | $7.25 | — |
| Krabby Patties | 7 | | | $1.25 | $1.25 | — |

COPY

Acknowledged By: [signature]

Inspector(s): Knight / George

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 1-20-23
Firm : Dollar General #19235
Address : 1004 Culver Rd
Town/City : Rochester

COPY

Report # A10611
Page 3 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Assorted chocolates | 12 | | | $5.50 | $5.50 | — |
| 2 | Dog food | 16 | | | $1.95 | $1.95 | — |
| 3 | Puppy Pads | 6 | 682198131324 | A14 | $11.50 | $11.75 | $+0.25 |
| 4 | TL Broom | 8 | | | $6.00 | $6.00 | — |
| 5 | Tomato Sauce | 9 | | | $0.75 | $0.75 | — |
| 6 | campbells | 6 | | | $2.15 | $2.15 | — |
| 7 | chili with Beans | 7 | 71846112417 | A17 | $1.95 | $2.00 | $+0.05 |
| 8 | Applesauce | 12 | | | $1.00 | $1.00 | — |
| 9 | Parmesan cheese | 8 | | | $365 | $365 | — |
| 10 | Poptarts | 17 | 38000222771 | A12 | $3.50 | $4.00 | $+0.50 |
| 11 | Smores cereal | 12 | | | $3.25 | $3.25 | — |
| 12 | Honey Crunch | 12 | | | $3.50 | $3.50 | — |
| 13 | Snack cheese | 5 | 44000045517 | | $4.50 ~~3.25~~ RC | $4.75 | $+0.25 |
| 14 | Sucrox | 2 | | | $2.85 | $2.85 | — |
| 15 | Bagles | 8 | | | $1.00 | $1.00 | — |
| 16 | Penuts | 6 | | | $3.45 | $3.45 | — |
| 17 | Lemon cookies | 12 | | | $1.50 | $1.50 | — |
| 18 | Biscoff | 1 | 21788506362 | A2 | $2.75 | $2.65 | $-0.10 |
| 19 | Brush | 5 | | | $5.00 | $5.00 | — |
| 20 | B12 | 18 | | | $1.00 | $1.00 | — |
| 21 | Rolo | 8 | | | $4.25 | $4.25 | — |
| 22 | Q Tips | 4 | | | $4.35 | $4.35 | — |
| 23 | Keebler | 10 | | | $0.67 | $0.67 | — |
| 24 | Bic | 3 | COPY | | $3.00 | $3.00 | — |
| 25 | Poncho | 12 | | | $1.00 | $1.00 | — |

Acknowledged By: [signature]

Inspector(s): Knight/Gunn

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date : 1-20-23
Firm : Dollar General #19235
Address : 1004 Culver Rd
Town/City : Rochester

Report # A1001l
Page 4 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Mixed nuts | 6 | | | $1.95 | $1.95 | — |
| 2 | Lay's | 12 | | | $4.45 | $4.45 | — |
| 3 | Smart Food | 12 | | | $3.70 | $3.70 | — |
| 4 | Pick up | 12 | | | $1.00 | $1.00 | — |
| 5 | Mccafe | 4 | | | $7.95 | $7.95 | — |
| 6 | Tea bags | 4 | | | $2.00 | $2.00 | — |
| 7 | Salt & Pepper | 14 | | | $1.00 | $1.00 | — |
| 8 | Food colors | 5 | | | $4.50 | $4.50 | — |
| 9 | Veg oil | 8 | 859872000270 | A11 | $1.65 | $1.75 | $+0.10 |
| 10 | Chicken Broth | 3 | | | $1.95 | $1.95 | — |
| 11 | Mayo | 7 | 52500082987 | A13 | $3.00 | $3.25 | $+0.25 |
| 12 | Buns | 2 | | | $1.75 | $1.75 | — |
| 13 | Big Nerds | 10 | | | $3.00 | $3.00 | — |
| 14 | Beef Jerky | 3 | | | $5.00 | $5.00 | — |
| 15 | Feeder | 4 | | | $4.50 | $4.50 | — |
| 16 | Lighter mini | 4 | | | $5.00 | $5.00 | — |
| 17 | Brush set | 16 | 672125054413 | A17 | $5.35 | $5.50 | $+0.15 |
| 18 | Phase 10 | 2 | | | $8.50 | $8.50 | — |
| 19 | Wild Quest | 3 | | | $5.00 | $5.00 | — |
| 20 | Chalks | 6 | | | $3.00 | $3.00 | — |
| 21 | Yams | 8 | | | $2.65 | $2.65 | — |
| 22 | Eggo | 8 | | | $3.00 | $3.00 | — |
| 23 | Pierogies | 9 | | | $3.50 | $3.50 | — |
| 24 | Iced coffee | 4 | | | $4.85 | $4.85 | — |
| 25 | Schweppes | 30 | | | $1.10 | $1.10 | — |

COPY

Acknowledged By: [signature]

Inspector(s): Knight / Greene

COPY

DOLLAR GENERAL STORE #19235
ROCHESTER, NY 585-239-2755

ELMERS SCHOOL GLUE 026000182'64 8.00 S
CW CHILI WITH BEAN 071846112417 E 2.00
CW VEGETABLE OIL 1 859872000270 E 1.75
CW MAYONNAISE SQUE 052500082987 E 3.25
HEFTY EASYFLAP 30G 013700277344 8.50 S
KELLOGGS POP TART 038000222771 E 4.00
LYSOL FABRIC LINEN 019200982849 7.50 S
EFSY CHEESE CRACKE 044000045617 E 4.75
STS DRY SHAM-ORIGI 067153947897 5.15 S
LEGGS P1 SUPPRT CT 074200906564 3.30 N
A D ORIGINAL OINTM 041100811240 5.00
BISCOFF FILLED BIS 021788506362 E 2.65
TL 120CT 2PLY NAPK 026505211208 3.00 S
GS SHEA BUTTER WIP 430001715663 2.65 S
FONDANT WHITE 24OZ 672125061077 5.50 S
ASKILLS LONG BRUSH 672125064413 5.50 S
EFSY UPS GIRL 4T-5 037000764649 12.00
FF PUPPY PADS 32CT 840323105927 11.75 S
BLVB N STICKER-GOL 840797151'30 5.35 S
SUBTOTAL $101.60
Tax1 $5.03
Tax2 $0.13
TOTAL SALE $106.76
CASH $106.76
2023-01-20 10:42:26 19235 01 9124

8901446330123392109100109109199100113317 31

--------------CUT HERE--------------
**************************************
* Complete survey at dgcustomerfirst.com *
* For a chance to *
* WIN A $100 Gift Card *
* Weekly Drawings, Must be 18+ to enter *
* Survey Code *
* 1914-0668-1939-832 *
**************************************
--------------CUT HERE--------------

(1) Sign in or Sign up at dg.coupons.com

(2) +ADD the Spend $25 Save $5 Digital Coupon to your DGDC account

(3) Shop on SAT, 1/21 and redeem when you enter your phone number at checkout

For more information and other great offers visit dg.coupons.com

We reserve the right to limit use to normal retail purchases. No cash value. See offer online for full details and exclusions.

--------------CUT HERE--------------

COPY



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220507

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General #19679
Attn: Store Manager
109 New York State Route 3
Harrisville, NY 13648

Re: Discrepancy Inspection Report Dated 5/4/22 for Store #19679, Harrisville, NY

Evidence has been submitted to this office indicating that on the date of May 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 5/4/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 5 / 14 / 22

Page 1 of 1

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #19679 109 NYS RT 3 Harrisville NY 13648

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Tillamook Ter Jerky | 51943 05122 | | | Y | 3.95 | SH | 4.35 | Violation | | ✓ |
| 2. | Kellogg Rice Krisp | 38000 19992 | | | Y | 3.25 | SH | 3.50 | Violation | | ✓ |
| 3. | Light up Easter Tube | 73563 01466 | | | Y | 2.00 | SH | 1.50 | Error | ✓ | |
| 4. | Febreeze Plug Downy | 37000 52369 | | | Y | 13.00 | SH | 13.50 | Violation | | ✓ |
| 5. | Lysol Spray Linen | 19200 74186 | | | Y | 5.15 | SH | 5.75 | Violation | | ✓ |
| 6. | Cup insulated | 48526 24030 | | | Y | 5.00 | SH | 5.95 | customer moved item | — | — |
| 7. | Colgate renewal enamel | 35000 98498 | | | Y | 4.00 | I | 4.20 | Violation | | ✓ |
| 8. | Zest Bar Soap Aqua | 16559 01069 | | | Y | 1.50 | SH | 2.50 | Violation | | ✓ |
| 9. | Michelina Ettu Alfr | 17854 10521 | | | Y | 0.90 | SH | 1.00 | Violation | | ✓ |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 7

COMMENTS: 100 items scanned
7 violations found 93% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211202

December 8, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #19569
Attn: Store Manager
1809 State Highway 345
Madrid, NY 13660

Re: Item Pricing/Scanner Accuracy Inspection Report dated 12/1/21

Evidence has been submitted to this office indicating that on the date of December 1, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 12/1/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 12 / 1 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General #19569 1809 SH 345 Madrid, NY 13660

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dove shampoo | 79400 45855 | | | Y | 5.00 | SH | 6.00 | Violation | | ✓ |
| 2. | Relaxer Kit | 72790 00420 | | | Y | 3.50 | SH | 5.95 | Violation | | ✓ |
| 3. | Claritin 24 Hr 5ct | 41100 08022 | | | Y | 16.50 | SH | 5.50 | OK-Customer moved item | — | — |
| 4. | Iams Large Breed | 19014 80487 | | | Y | 14.95 | SH | 15.95 | Violation | | ✓ |
| 5. | AA Disinfectant Pump | 70612 19468 | | | Y | 4.00 | I | 1.20 | OK-Inspector Error | — | — |
| 6. | Post Fruity Pebbles | 84912 12971 | | | Y | 3.75 | SH | 3.00 | Error | ✓ | |
| 7. | Charmin Ess. strong | 37000 97344 | | | Y | 13.95 | SH | 10.50 | Error | ✓ | |
| 8. | Hubba Bubba straw | 220670 | | | Y | 1.25 | SH | 0.95 | Error | ✓ | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 1st waiver renewal inspection 100 items scanned 3 violations found 97% Accuracy waiver granted

Customer Price Check Scanner Available? YES ☑ NO ☐
Approved Customer Price Check Scanner Sign? YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211204

December 27, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #19679
Attn: Store Manager
109 New York State Route 3
Harrisville, NY 13648

Re: Discrepancy Inspection Report Dated 12/10/21 for Store #19679, Harrisville, NY

Evidence has been submitted to this office indicating that on the date of December 10, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Also be aware that as a result of failing both renewal inspections, with a maximum average accuracy of 96 %, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within five (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 12/10/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 12 / 10 / 21

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store # 19679 109 NYS RT 3 Harrisville NY 13648

| | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. CV Coffee filter | 71287 83737 | | | Y | 1.65 | SH | 1.75 | Violation | | ✓ |
| 2. CV Cocoa crispy rice | 76924 56934 | | | Y | 2.75 | SH | 3.00 | Violation | | ✓ |
| 3. Vlasic Dillspears | 54100 00060 | | | Y | 2.35 | SH | 2.50 | Violation | | ✓ |
| 4. Kelloggs Fruit Loops | 38000 19886 | | | Y | 3.00 | SH | 3.25 | Violation | | ✓ |
| 5. 3qt glass bakeware | 76440 67526 | | | Y | 5.00 | SH | 8.00 | Violation | | ✓ |
| 6. TL 10pc meal prep round | 76753 53728 | | | Y | 4.00 | SH | 3.50 | OK - inspector error | — | — |
| 7. Huggies Jumbo step 3 | 36000 51471 | | | Y | 9.25 | SA | 9.50 | Violation | | ✓ |
| 8. CV 1 gallon | 70744 00962 | | | Y | 4.15 | SH | 4.25 | Violation | | ✓ |
| 9. 7 up | 78000 00161 | | | Y | 1.60 | SH | 1.75 | Violation | | ✓ |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 8

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
8 violations found 92 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221109

November 29, 2022

**RETURN RECEIPT REQUESTED**

Dollar General #19679
Attn: Store Manager
109 New York State Route 3
Harrisville, NY 13648

Re: Discrepancy Inspection Report Dated 11/17/22 for Store #19679, Harrisville, NY

Evidence has been submitted to this office indicating that on the date of November 17, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***As a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/17/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11 / 17 / 22

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store # 19629 109 NYS RT 3 Harrisville N.Y. 13648

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. SGR Smoke House Sausage | 47500 61995 | | | Y | 4.75 | SH | 5.00 | Violation | | ✓ |
| 2. MM Peanut standup | 40000 51305 | | | Y | 4.35 | SH | 4.65 | Violation | | ✓ |
| 3. Missie wok chili | 70662 09503 | | | Y | 2.75 | SH | 3.15 | Inspection Error | — | — |
| 4. Tal meal prep container | 71691 51252 | | | Y | 8.50 | SH | 6.50 | Error | ✓ | |
| 5. MRC magic eraser | 11171 46614 | | | Y | 14.00 | SH | 15.50 | Violation | | ✓ |
| 6. Heartland Farms meat | 76155 14435 | | | Y | 2.65 | SH | 2.35 | Customer moved item | | — |
| 7. Dial Bw spring water | 17000 21357 | | | Y | 2.25 | SH | 2.50 | Violation | | ✓ |
| 8. A.W. cream soda | 78000 05446 | | | Y | 2.50 | SH | 2.25 | Error | ✓ | |
| 9. Michelob ultra | 18200 06991 | | | Y | 12.80 | SH | 13.75 | Violation | | ✓ |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 5

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 1st waiver renewal inspection 100 items scanned
5 violations found 95 % accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ____ of ____

DATE: ____/____/____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ____________________

Inspector: ____________________

rev 150904



**NIAGARA COUNTY**
**DEPARTMENT OF WEIGHTS & MEASURES**
59 PARK AVENUE
LOCKPORT, NEW YORK 14094

**PATRICK KENNEY JR.**
*Director*

*(716) 439-7371*

Dollar General #19579
1895 Quaker Rd
Baker, NY, 14012

February 24, 2021

Re Inspection Report #21068A on 2-23-2021

Dear Sir/Madam

During a recent inspection at your above addressed location, this Department found you in violation of Article 16, Section 197-b, of the New York State Weights and Measures Law, Retail Pricing Accuracy. (Please see attached paper work concerning this law)

It has been determined that no penalty will be assessed at this time.

Please be advised, however, that this Letter of Violation and Warning has been entered into our Bureau's files. A repetition or the continuance of this/these violations makes you liable to possible legal action under the laws of the State of New York.

Note: If you wish to reply to this letter, please include the name and address of your business and the date of the inspection.

Sincerely,

Patrick M Kenney Jr

Patrick M Kenney Jr
Director of Niagara County W&M
716-471-439-7371

21068A

County of Niagara – Bureau of Weights & Measures
225 South Niagara Street, Lockport, NY 14094
(716)439-7371

| | | | |
|---|---|---|---|
| Attention: | * Price Audit Retest | Date | 2/23/2021 |
| Estab. & No. | Dollar General #19579 | Tel. | 795-3126 |
| Address | 1895 Quaker Rd. | Contact | |
| City | Barker | Zip Code | 14012 |

In all communications, refer to document # ________

*50 Items Sampled

2 items sampled are overcharged compared to the offered price:

| | Offered | Actual |
|---|---|---|
| Coca-Cola 7.5 oz. 6pk. (UPC 049000061055) | $2.85 | $3.10 |
| Plastic Cups - 50 ct. (UPC 031779003046) - Aisle 18 | $1.00 | $3.00 |

*Overcharge Percentage: 4% (2% or less required to pass)

*13 expired promotional tags were found during inspection.

*All overcharges listed on pages one and two are ordered corrected today.

*All other items listed on all pages are ordered corrected by 3/8/21.

*A 3rd Price Audit will be conducted on a future date.

Acknowledged by: [signature]

Inspector [signature] 29-262
[signature] 29-200

# County of Niagara – Bureau of Weights & Measures

225 South Niagara Street, Lockport, NY 14094
(716)439-7371

| | |
|---|---|
| Attention: * Price Audit Retest – 2nd Inspection | Date 2-23-2021 |
| Estab. & No. Dollar General #19579 | Tel. 795-3126 |
| Address 1895 Quaker Rd. | Contact |
| City Barker | Zip Code 14012 |

In all communications, refer to document #

The following items being offered for sale are in violation of NYS Agriculture + Markets Law, Article 16, Section 197-b and are ordered to be corrected:

The following items are Overcharged and are ordered to be corrected immediately:
- A+W 2L on Magic table
- Coca Cola products 2L, 6pK, 12pK located throughout the store, Aisle 1, 13, 5 end cap, etc.
- Starbucks Endcap (Doubleshot, Frappuccino)
- Pepsi Products throughout the store aisle 13, 8/9 end cap, etc register cooler Aquafina
- Reese's Sale Price on display is expired aisle 7, register lane
- Mtn Dew Products aisle 9/10 end cap, etc
- Java Monster in cooler at register

The following items require a price tag:
- Valentines Day Candy Display near door.
- Magic table soda requires a single item price
- Several Beer / Seltzer cases on aisle 1
- Hostess Products on Bread Rack aisle 1
- Corona Extra 6pK, Corona Seltzer 12pK in cooler aisle 1
- All varieties ½ gal Milk
- Several Cleaning Products aisle 13 end cap by back door
- Breakfast Shop end cap aisle 5 requires single item price.
- Peace Tea on Coca Cola end cap aisle 5
- Nutrish Dog Treats / Temptations Cat Treats aisle 15 end cap.
-

* Continued on Page 2 *

Acknowledged by: [signature]

Inspector [signature] 29-250

[signature] 29-262

# County of Niagara – Bureau of Weights & Measures

225 South Niagara Street, Lockport, NY 14094
(716)439-7371

| | |
|---|---|
| Attention: * Price Audit Retest - 2nd Inspection continued from p1. | Date 2-23-2021 |
| Estab. & No. Dollar General #19579 | Tel. 795-3126 |
| Address 1895 Quaker Rd. | Contact |
| City Barker | Zip Code 14012 |

In all communications, refer to document #

* continued from page 1 - The following items are missing an offered price:

- Several items in Seasonal Candy (ex. Popcorn Ball, jelly beans, coconut nest, shortbread cookies)
- Several items in Seasonal Outdoor (ex Miracle Grow, Potting Soils, charcoal, lighter fluid etc)
- Playskool Crayons aisle 18
- Aisle 10/11 endcap Batteries (ex Duracell AA8, Energizer AAA16, Energizer Max AA6)
- Toilet Paper, Wipes (Baby and Surface cleaner) aisle 19/20 endcap
- Rice Cooker / Mac Cooker aisle 20/21 end cap
- Several Mobile Phone Accessories Aisle 11 by Batteries
- Several items on Health and Beauty Display by registers
- Several items in Hair Accessories aisle 12
- Several items in Hardware/Auto (ex Air Freshener, Locktite adhesive, stretch cords, utility knife)
- Aussie Display aisle 12
- Coca Cola products in cooler at register
- Mtn Dew Game Fuel at register
- Listerine Strips at register lane

Acknowledged by: [signature]

Inspector Tobi Heffron 29-250
[signature] 29-262

CONFIDENTIAL

# Price Verification Report II

8:00

Page 1 of ___

Inspection: ( ) 1st (X) 2nd ( ) 3rd Frequency: ( ) Normal (X) Increased Complaint: ( )

| Location: | Date: | Telephone: |
|---|---|---|
| Dollar General #19579<br>1895 Quaker Rd<br>Barker, NY 14012 | 2 | 795-3126 |
| | Manager: | Type of Store: Variety |

| Item/Brand/Description | Offered Price | Price Charged | Price Error (+/-) |
|---|---|---|---|
| 1. Identity: Truly 12 pk<br>UPC/PLU: 0857692006862<br>Comments: | 15.80 | 15.80 | 0 |
| 2. Identity: Sara Lee Honey Wheat Bread<br>UPC/PLU: 0729 40601369<br>Comments: | 2.90 | 2.50 | -.40 |
| 3. Identity: Cheetos<br>UPC/PLU: 02840051819 2<br>Comments: | 3.30 | 3.30 | 0 |
| 4. Identity: Fanta<br>UPC/PLU: 049000019162<br>Comments: | 1.60 | 1.60 | 0 |
| 5. Identity: Gatorade<br>UPC/PLU: 052000204087<br>Comments: | 3.50 | 3.50 | 0 |
| 6. Identity: Chex mix<br>UPC/PLU: 016000159907<br>Comments: | 2 / 2/2 | 2 / 2/2 | 0 / 0 |
| 7. Identity: Water<br>UPC/PLU: 022196000804<br>Comments: | 2.75 | 2.75 | 0 |
| 8. Identity: Sausage<br>UPC/PLU: 046600650033<br>Comments: | 3.25 | 3.25 | 0 |
| 9. Identity: Froot loops cereal<br>UPC/PLU: 038000198861<br>Comments: | 3.00 / 2/5 / 3/6 | 3.00 / 2/5 / 3/6 | 0 / 0 / 0 |
| 10. Identity: Cheeseburger<br>UPC/PLU: 071421000375<br>Comments: | 3.60 | 3.60 | 0 |
| 11. Identity: Zip bags<br>UPC/PLU: 840523104234<br>Comments: | 2.25 | 2.25 | 0 |
| 12. Identity: Water<br>UPC/PLU: 0709 24500 8108<br>Comments: | 0.75 | 0.75 | 0 |
| 13. Identity: Coca cola 6pk 7.5oz<br>UPC/PLU: 049000061055<br>Comments: | 2.85 | 3.10 | +0.25 |
| 14. Identity: Kaboom<br>UPC/PLU: 757037000533<br>Comments: | 3.85 | 3.85 | 0 |
| 15. Identity: Turtle wax<br>UPC/PLU: 074660508947<br>Comments: | 5.50 | 5.50 | 0 |
| 16. Identity: Amonia<br>UPC/PLU: 035140700305<br>Comments: | 1 | 1 | 0 |
| 17. Identity: Extra<br>UPC/PLU: 09451442 8818<br>Comments: | 8 | 8 | 0 |
| 18. Identity: Dawn Platinum<br>UPC/PLU: 037000769835<br>Comments: | 3.50 / 2/6 | 3.50 / 2/6 | 0 / 0 |
| 19. Identity: pickles<br>UPC/PLU: 8500 12565093<br>Comments: | 2.20 | 2.20 | 0 |
| 20. Identity: tomato<br>UPC/PLU: 072940990796<br>Comments: | 1 | 1 | 0 |
| 21. Identity: Snickers Fun Size 10.95oz<br>UPC/PLU: 040000505334<br>Comments: | 3.80 / 2/7 | 3.80 / 2/7 | 0 / 0 |
| 22. Identity: Kitty<br>UPC/PLU: 044800031121<br>Comments: | 2.50 | 2.50 | 0 |
| 23. Identity: Dog Food Iams<br>UPC/PLU: 0190 14805211<br>Comments: | 15 | 15 | 0 |
| 24. Identity: Cat Litter<br>UPC/PLU: 04460 032 5590<br>Comments: | 10 | 10 | 0 |
| 25. Identity: Collar<br>UPC/PLU: 489516381252<br>Comments: | 3.85 | 3.85 | 0 |

Refund Policy ( )

Inspection Results:

_______ (overcharges) / _______ (sample count) = _______ (overcharge %)

# Price Verification Report II

Page 2 of ___

Inspection: ( ) 1st ( ) 2nd ( ) 3rd    Frequency: ( ) Normal ( ) Increased    Complaint: ( )

| Location: | Date: | Telephone: |
|---|---|---|
| | Manager: | Type of Store: |

| Item/Brand/Description | Offered Price | Price Charged | Price Error (+/-) |
|---|---|---|---|
| 1. Identity: Splatter guard UPC/PLU: 076753542319 Comments: | 3 | 3 | 0 |
| 2. Identity: Towels UPC/PLU: 4300013595515 Comments: | 10 | 10 | 0 |
| 3. Identity: rug UPC/PLU: 04571324680 8 Comments: | 5 | 5 | 0 |
| 4. Identity: Reeses eggs UPC/PLU: 034000476039 Comments: | 4.50 | 4.50 | 0 |
| 5. Identity: Air Wick UPC/PLU: 062338857237 Comments: | 3.35 | 3.35 | 0 |
| 6. Identity: grass seed UPC/PLU: 0417 00420040 Comments: | 4 | 4 | 0 |
| 7. Identity: Sign UPC/PLU: 6800041700284 Comments: | 5 | 5 | 0 |
| 8. Identity: mug UPC/PLU: 4300014046509 Comments: | 3 | 3 | 0 |
| 9. Identity: Scott TP 12pk UPC/PLU: 054000514370 Comments: | 5 | 5 | 0 |
| 10. Identity: Plastic cups 50ct UPC/PLU: 031779003046 Comments: aisle 18 | 1.00 | 3.00 | +2.00 |
| 11. Identity: Paper mate pens UPC/PLU: 071641104006 Comments: | 2 | 2 | 0 |
| 12. Identity: nail file UPC/PLU: 0928349852164 Comments: | 1 | 1 | 0 |
| 13. Identity: Activity Book UPC/PLU: 205219482377 Comments: | 5 | 5 | 0 |
| 14. Identity: Duracell D2 UPC/PLU: 041333213019 Comments: | 4.95 | 4.95 | 0 |
| 15. Identity: Gift bag UPC/PLU: 806008715737 Comments: | 3 | 3 | 0 |
| 16. Identity: Phase 10 UPC/PLU: 887961437225 Comments: | 6.75 | 6.75 | 0 |
| 17. Identity: Poster Board UPC/PLU: 672125050545 Comments: | 2.75 | 2.75 | 0 |
| 18. Identity: Baby lotion UPC/PLU: 381371175604 Comments: | 4 | 4 | 0 |
| 19. Identity: Socks UPC/PLU: 038257764840 Comments: | 9.00 | 9.00 | 0 |
| 20. Identity: Ensure 6pk UPC/PLU: 070074407111 Comments: | 8 | 8 | 0 |
| 21. Identity: Depend UPC/PLU: 0370 0072 7958 Comments: | 12 | 12 | 0 |
| 22. Identity: McCormick 4oz UPC/PLU: 3 0338 24190518 Comments: | 9 | 9 | 0 |
| 23. Identity: Body Wash UPC/PLU: 817981025331 Comments: | 3 | 3 | 0 |
| 24. Identity: Axe wash UPC/PLU: 0111 11240919 Comments: | 4 | 4 | 0 |
| 25. Identity: 430001361303 UPC/PLU: Wall hooks Comments: | 4.70 | 4.70 | 0 |

Refund Policy ( )

Inspection Results:

_____ (overcharges) / _____ (sample count) = _____ (overcharge %)

No. 21068A

County of Niagara – Bureau of Weights & Measures
225 South Niagara Street, Lockport, NY 14094
(716)439-7371

Date 2/23/2021

**STOP-USE, STOP-REMOVAL, REMOVAL ORDER**

| Firm/Person | | Address | |
|---|---|---|---|
| Dollar General #19579 | | 1895 Quaker Rd. | |
| City/Town | | State | Zip |
| Barker | | NY | 14012 |

This order is issued under the authority of Article 16, Section 185 of the Agriculture and Markets Law. You are hereby ordered to:

- [ ] **Stop-Use** — The device, system or other thing being used is in contravention of Article 16 and such use shall be stopped or discontinued.
- [X] **Stop-Removal** — The device, system, commodity or other thing being used or handled is in contravention of Article 16 and shall be removed from use or sale for a reasonable period of time pending correction.
- [ ] **Removal** — The device, system, commodity or other thing being used or handled is in contravention of Article 16 and shall be permanently removed from use or sale

of the following weighing and measuring devices, packages and/or commodities.

Coca-Cola 7.5 oz. 6-Pack (UPC 049000061055)

Plastic Cups - 50ct. (UPC 031779003046)

Reason for order

The above items are in violation of NYS Agriculture & Markets Law, Article 16, Section 197-b (2)

| Director/Inspector | Accepted By |
|---|---|
| [signature] 29-262 | [signature] |

[signature] 29-260

NOTICE

YOU HAVE THE RIGHT TO ADMINISTRATIVE REVIEW OF THIS ORDER. TO OBTAIN A REVIEW, SEND A WRITTEN REQUEST POSTMARKED WITHIN FIVE (5) BUSINESS DAYS FROM THE DATE OF THIS ORDER

YOUR REQUEST SHOULD SET FORTH ANY INFORMATION WHICH YOU BELIEVE SUPPORTS WITHDRAWAL OR MODIFICATION OF THE ORDER.

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

2 Less Overage Than Previous

| Firm | | Date | |
|---|---|---|---|
| Address | | Type | |
| Town | | Price Log # | |

Summary of reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | _____ | Total Units | _____ |
| B. Total Under Prices | _____ | Units Passed | _____ |
| C. Total Correct | _____ | Units Failed | _____ |
| D. Total Overpriced | _____ | Type of Inspection | |
| % Overpriced (d ÷ a) | _____ | ❑ 1st Inspection | |
| Shelf Tag Violations | _____ | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | _____ |
| ❑ Waiver Application | | ❑ Follow-up | _____ |
| ❑ Scanner Accuracy | | ❑ Other | _____ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

_________________________ Acknowledged

_________________________ Inspector



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 3. [illegible] | [illegible] | | | | | | | | |
| 4. [illegible] | [illegible] | | | [illegible] | [illegible] | | | | |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 6. [illegible] | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 8. [illegible] | [illegible] | | | | | | | | |
| 9. [illegible] | [illegible] | | | | | | | | |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | | | [illegible] |
| 11. [illegible] | [illegible] | | | | | | | | |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | | | |
| 14. [illegible] | [illegible] | | [illegible] | [illegible] | | | | | [illegible] |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

Acknowledged by ______

Inspector ______

Page ______ of ______



St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221106

November 10, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/9/22

Evidence has been submitted to this office indicating that on the dates of November 9, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County*

*Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***As a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 94.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/9/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11/9/22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #22686 3712 State Highway 37 Morristown NY 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Jelly Reindeer gummies | 10700 70262 | | | Y | 200 | SH | 225 | Violation | | ✓ |
| 2. Planters mixed nuts | 29000 01666 | | | Y | 550 | SH | 575 | Violation | | ✓ |
| 3. Red Bull Blue | 11269 18246 | | | Y | 2.55 | SH | 2.75 | Violation | | ✓ |
| 4. GB Crepe Carrot | 41167 04369 | | | Y | 6.50 | I | 6.75 | Violation | | ✓ |
| 5. Mtn Dew Major melon | 12000 20562 | | | Y | 4.25 | SH | 4.75 | Violation | | ✓ |
| 6. Armor All cleaning wipes | 70612 17497 | | | Y | 5.45 | SH | 5.75 | Violation | | ✓ |
| 7. CV Chicken flavored crack | 98533 34006 | | | Y | 2.45 | SH | 3.00 | Violation | | ✓ |
| 8. Mtn Dew Kickstart | 12000 04300 | | | Y | 1.60 | SH | 1.50 | Error | ✓ | |
| 9. Lysol lemon | 19200 79557 | | | Y | 2.25 | SH | 2.50 | Violation | | ✓ |
| 10. DC4 Mold mildew | 59447 51047 | | | Y | 2.50 | SH | 2.65 | Violation | | ✓ |
| 11. Gearnite | 36000 41314 | | | Y | 11.50 | SH | 11.95 | Violation | | ✓ |
| 12. Hefty cinch sack | 13700 86311 | | | Y | 4.95 | SH | 5.95 | Customer moved item | | — |
| 13. caramel twin | 404350 | | | Y | 1.00 | SH | 1.25 | Violation | | ✓ |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 11 |

**COMMENTS:** 1st Re-App 1st waiver renewal inspection 100 items scanned
11 violations found 89% Accuracy
customer price check scanner must be working to meet waiver requirements.

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220506

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 5/2/22

Evidence has been submitted to this office indicating that on the date of May 2, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a average accuracy of 95.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 4/8/22 & 5/2/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 4 /8 /22

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #22686 3712 State Highway 37 Morristown NY. 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Glade Aero | 46500 73343 | | | Y | 1.00 | I | 0.90 | Error | ✓ | |
| 2. | Lysol Spray pet | 19200 99429 | | | Y | 650 | SH | 7.00 | violation | | ✓ |
| 3. | Skin bracer | 222542 | | | Y | 300 | SH | 350 | Customer moved item | — | — |
| 4. | Dairy squeeze sour | 73430 01614 | | | Y | 250 | SH | 2.25 | Error | ✓ | |
| 5. | Freedent spearmint | 229200 | | | Y | 1.10 | SH | 1.25 | Violation | | ✓ |
| 6. | Juicy fruit slim pack | 226670 | | | Y | 1.00 | SH | 1.25 | Violation | | ✓ |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 2nd RE-APP 1st waiver renewal inspection 100 items scanned 3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

rev 150904

Inspector: Scott D. [illegible] 336

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 5/12/22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store # 22686 3712 State Highway 37 Morristown, NY 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Slim Jim Garlic Top | 26200144405 | | | Y | 2.95 | SH | 3.50 | Violation | | ✓ |
| 2. Ritz Chips sour cream | 44000 05105 | | | Y | 3.25 | SH | 3.50 | Violation | | ✓ |
| 3. DGH Plastic Cups | 41598 26068 | | | Y | 6.00 | I | 5.40 | Error | ✓ | |
| 4. Machex Max | 63824 07207 | | | Y | 7.15 | SH | 7.75 | Inspector Error | — | — |
| 5. All Clean Burst | 33200 00073 | | | Y | 11.50 | SH | 9.50 | Error | ✓ | |
| 6. DGH DIS Summer | 10229 21219 | | | Y | 3.50 | SH | 4.75 | Violation | | ✓ |
| 7. Dial mens | 17000 16964 | | | Y | 4.00 | SH | 4.50 | Violation | | ✓ |
| 8. Aluminum sauce pan | 72867 97048 | | | Y | 13.00 | SH | 12.00 | Inspector Error | — | — |
| 9. Choc cream slices | 41458 11704 | | | Y | 3.75 | SH | 3.25 | Error | ✓ | |
| 10. Monster Khaotic | 70847 03694 | | | Y | 2.10 | SH | 2.20 | Violation | | ✓ |
| 11. Extra Peppermint slim | 228910 | | | Y | 1.00 | SH | 1.25 | Violation | | ✓ |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 6

COMMENTS: 2 Re App 2nd waiver renewal inspection 100 items scanned 6 violations found 94% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒ → The customer price ck scanner must be working to meet waiver requirements

Acknowledged by: Leanna Cardinell

Inspector: Scott Doty 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220501

May 20, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 4/8/22

Evidence has been submitted to this office indicating that on the date of April 8, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 4/8/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 4/8/22

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #22686 3712 State Highway 37 Morristown NY. 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Glade Aero | 46500 73343 | | | Y | 1.00 | I | 0.90 | Error | ✓ | |
| 2. Lysol Spray pet | 19200 99429 | | | Y | 650 | SH | 7.00 | violation | | ✓ |
| 3. Skin bracer | 222542 | | | Y | 300 | SH | 350 | Customer moved item | — | — |
| 4. Dairy squeeze soap | 73430 01614 | | | Y | 250 | SH | 2.25 | Error | ✓ | |
| 5. Freedent spearmint | 229200 | | | Y | 1.10 | SH | 1.25 | Violation | | ✓ |
| 6. Sugary fruit slim pack | 226670 | | | Y | 1.00 | SH | 1.25 | Violation | | ✓ |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 2nd RE-APP 1st waiver renewal inspection 100 items scanned 3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20230103

January 18, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/6/23

Evidence has been submitted to this office indicating that on the dates of January 6, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County*

DATE: 1 / 6 / 23

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #22686 3712 State Highway 37 Hemstein NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Clear Ice Extra | 22000 00858 | | | Y | 1.00 | SH | 1.25 | violation | | ✓ |
| 2. | Jolly Rancher | 10700 85875 | | | Y | 2.00 | SH | 2.25 | violation | | ✓ |
| 3. | A.W. Cream soda | 78000 05446 | | | Y | 2.50 | SH | 2.25 | Error | ✓ | |
| 4. | R.A. Bug wasp | 71121 96278 | | | Y | 3.75 | SH | 3.95 | violation | | ✓ |
| 5. | Ex Immune health | 30769 31958 | | | Y | 4.00 | SH | 4.05 | violation | | ✓ |
| 6. | Tide LQ w/ Ebreeze | 37000 87565 | | | Y | 9.25 | SA | 9.95 | Inspector Error | — | — |
| 7. | STS Gold | 72785 13765 | | | Y | 2.00 | SH | 1.35 | Error | ✓ | |
| 8. | Huggies Jumbo Step | 36000 51470 | | | Y | 9.95 | SH | 10.50 | violation | | ✓ |
| 9. | TL 6 Roll Ultra Strong | 13100 30308 | | | Y | 6.50 | SH | 6.75 | price shown at l'aisle after deleted (on site check) | — | — |
| 10. | YoP Straw Ban. yogurt | 70470 00383 | | | Y | 3/2.00 0.67 | SH | 0.85 | violation | | ✓ |
| 11. | Cadbury Caramello | 343 400 | | | Y | 1.00 | SH | 1.25 | violation | | ✓ |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 7

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2nd Re-App 1st waiver renewal inspection 100 items scanned 7 violations found 93% Accuracy

Acknowledged by: [signature]

Inspector: Scott Doty 376

rev 150904



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm [illegible] | Date [illegible] |
|---|---|
| Address [illegible] | Type [illegible] |
| Town [illegible] | Price Log # [illegible] |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ________ | Total Units | ________ |
| B. Total Under Prices | ________ | Units Passed | ________ |
| C. Total Correct | ________ | Units Failed | ________ |
| D. Total Overpriced | ________ | Type of Inspection | |
| % Overpriced (d ÷ a) | ________ | ☒ 1st Inspection | |
| Shelf Tag Violations | ________ | ☐ 2nd Inspection | |
| Status of Inspection | ________ | ☐ Complaint | ________ |
| ☐ Waiver Application | | ☐ Follow-up | ________ |
| ☒ Scanner Accuracy | | ☐ Other | ________ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☒ No

REMARKS

[illegible]

[illegible]

______________________
Acknowledged

______________________
Inspector



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | 1 |
| 2. [illegible] | [illegible] | | | | | | | | 2 |
| 3. [illegible] | [illegible] | | | | | | | | 3 |
| 4. [illegible] | [illegible] | | | | | | | | 4 |
| 5. [illegible] | [illegible] | | | | | | | | 5 |
| 6. [illegible] | [illegible] | | | | | | | | 6 |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 6

Total

Number 6

Acknowledged by

Inspector

Page ______ of ______



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d ÷ a) | ______ | ☐ 1st Inspection | |
| Shelf Tag Violations | ______ | ☐ 2nd Inspection | |
| Status of Inspection | ______ | ☐ Complaint | ______ |
| ☐ Waiver Application | | ☐ Follow-up | ______ |
| ☐ Scanner Accuracy | | ☐ Other | ______ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

______________________ Acknowledged

______________________ Inspector

S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total

Number

______________________
Acknowledged by

______________________
Inspector

Page ____ of ____



St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221110

November 29, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22958
Attn: Store Manager
4149 State Highway 3
Star Lake, NY 13690

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/17/22

Evidence has been submitted to this office indicating that on the date of November 17, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D****. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E****. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> ***F.4****. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County*

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11 /17 /22

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #22458 4149 Highway 3 Star Lake, NY 13690

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Cherry Cheese Danish | 88109 11374 | | | Y | 4.00 | SH | 4.50 | Violation | | ✓ |
| 2. | Chef B D Mini Ravioli | 64144 04306 | | | Y | 1.25 | SH | 1.35 | violation | | ✓ |
| 3. | One a day energy | 16500 58700 | | | Y | 6.15 | I | 5.40 | Error | ✓ | |
| 4. | Munchy Dumbells HF | 40139 90265 | | | Y | 4.50 | SH | 5.25 | Violation | | ✓ |
| 5. | Lysol Spray | 19200 74166 | | | Y | 5.00 | SH | 5.75 | violation | | ✓ |
| 6. | DGH Antacid | 68163 21512 | | | Y | 2.65 | SH | 2.00 | Error | ✓ | |
| 7. | DGH Cold Flu | 70030 169911 | | | Y | 9.50 | SH | 5.25 | Customer removed item | — | |
| 8. | Mucinex | 63824 02066 | | | Y | 14.95 | SH | 15.00 | Violation | | ✓ |
| 9. | JJ Baby lotion | 81371 19664 | | | Y | 4.25 | SH | 4.50 | violation | | ✓ |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 6

COMMENTS: 1st waiver renewal inspection 100 items scanned
6 violations found 94 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: Ashley Miller

rev 150904

Inspector: Scott Daly 376



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220904

September 9, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #23623
Attn: Store Manager
8740 State Route 56
Norfolk, NY 13667

Re: Item Pricing/Scanner Accuracy Inspection Report dated 9/7/22

Evidence has been submitted to this office indicating that on the date of September 7, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "<u>Section Seven</u>: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 96%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. <u>The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure.</u> Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **<u>payable to</u>** the St. Lawrence County Treasurer. Payment should be **<u>mailed to</u>** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/7/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 9 /7 /22

Page 1 of 1

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
1 - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store # 23623 8740 Route 56 Norfolk NY. 13667

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Pepsi 12oz 8 pack | 12000 01426 | | | Y | 5.00 | SH | 5.25 | violation | | ✓ |
| 2. Folgers columbia | 25500 20481 | | | Y | 10.15 | SH | 9.25 | Error | ✓ | |
| 3. OLE 8 inch Flour tort | 27331 00312 | | | Y | 3.00 | SH | 2.40 | customer moved item | — | — |
| 4. Jerky teriyaki | 47500 01989 | | | Y | 4.25 | SH | 4.50 | violation | | ✓ |
| 5. TL Aluminum Foil | 30001 55057 | | | Y | 3.00 | SH | 3.25 | violation | | ✓ |
| 6. Evercare 70 ct. | 70982 00305 | | | Y | 3.75 | SH | 4.00 | violation | | ✓ |
| 7. Febreeze storm 2ct | 30772 01053 | | | Y | 5.00 | SH | 5.50 | violation | | ✓ |
| 8. STS Kids sun spray | 72785 14179 | | | Y | 5.50 | SH | 5.75 | violation | | ✓ |
| 9. 13x9 cake pan | 49384 49309 | | | Y | 2.00 | SH | 1.00 | Error | ✓ | |
| 10. DGH ESomeprazole | 70030 16902 | | | Y | 7.50 | SH | 7.00 | Error | ✓ | |
| 11. DGH 8 hr pain relief | 70030 64086 | | | Y | 6.75 | SH | 4.95 | customer moved item | — | — |
| 12. Hefty Us clean | 13700 46530 | | | Y | 5.50 | SH | 5.75 | violation | | ✓ |
| 13. Snapple pet peach | 76183 00311 | | | Y | 1.00 | SH | 1.50 | violation | | ✓ |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 8

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
8 violations found 92% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 371

rev 150904



Penalty #20221103

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

November 8, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #23623
Attn: Store Manager
8740 State Route 56
Norfolk, NY 13667

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/22

Evidence has been submitted to this office indicating that on the date of November 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/4/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 11 / 4 / 22

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #23023 8740 Route 56 Norfolk, NY 13667

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Albanese Gummy worms | 34418 52350 | | | Y | 2.35 | SH | 2.65 | violation | | ✓ |
| 2. | Campbells vegetable beef | 51000 22473 | | | Y | 1.35 | SH | 1.95 | customer moved item | — | — |
| 3. | One chicken/rice gravy | 17800 14314 | | | Y | 2.25 | SH | 2.00 | Error | ✓ | |
| 4. | (Ghost) Micro cloth | 11171 00758 | | | Y | 5.00 | SH | 6.00 | violation | | ✓ |
| 5. | Hylands cough | 51013 16905 | | | Y | 4.95 | SH | 5.00 | violation | | ✓ |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | **Total Violations:** | | | | | | | | | | 3 |

**COMMENTS:** 1st Re-App & waiver renewal inspection 100 items scanned 3 violations found 97% Accuracy waiver granted

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] D-S 376

rev 150904



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector

S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | | | | | | [illegible] |
| 3. [illegible] | [illegible] | | | | | | | | [illegible] |
| 4. [illegible] | [illegible] | | | | | | | | [illegible] |
| 5. [illegible] | [illegible] | | | | | | | | [illegible] |
| 6. [illegible] | [illegible] | | | | | | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 9. [illegible] | [illegible] | | | | | | | | [illegible] |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible]

[illegible]
Acknowledged by

[illegible]
Inspector

Page ______ of ______

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220804

August 2, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 7/1/22 & 7/20/22

Evidence has been submitted to this office indicating that on the dates of July 1, 2022 and July 20, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"<u>Section Seven</u>: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*

*A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

*D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

*F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

*As a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The* ***waiver application and required $750.00 fee*** *must be received within* ***FIVE (5) business days*** *after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 7/1/22 & 7/20/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 7/1/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store # 22686 3712 State Hwy 37 Morristown NY 13669

| | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. Sbar patch bar straw | 70462 00862 | | | Y | 2.35 | SH | 2.50 | Violation | | ✓ |
| 2. HF Dry tend n crunch | 70155 14399 | | | Y | 4.95 | SH | 5.25 | Violation | | ✓ |
| 3. Milk braid 2 count | 15958 98910 | | | Y | 2.45 | SH | 2.25 | Error | ✓ | |
| 4. Spaghetti OS plain | 51000 21224 | | | Y | 1.85 | SH | 2.00 | Violation | | ✓ |
| 5. 3M HD Dishwand refill | 21200 57280 | | | Y | 2.60 | SH | 3.00 | Customer moved item | — | — |
| 6. DGH Omeprazole tabs | 70030 16839 | | | Y | 11.00 | SH | 7.25 | Customer moved item | — | — |
| 7. DGH P reliever caplet | 70030 16798 | | | Y | 5.50 | SH | 2.60 | Error | ✓ | |
| 8. Voltaren topical gel | 00671 20177 | | | Y | 10.00 | SH | 10.50 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 4

COMMENTS: 3rd Re-App 1st waiver renewal inspection 100 items scanned
4 violations 96 % accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: 7 / 20 / 22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General store #22686 3712 State Highway 37 Morristown NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | CV Peaches | 973626 190032 | | | Y | 0.60 | I | 1.00 | Violation | | L |
| 2. | Tone Bw mango | 17000 13213 | | | Y | 3.00 | SH | 3.65 | Violation | | L |
| 3. | Lysol power free | 19200 85017 | | | Y | 3.65 | SH | 3.35 | Inspector Error | — | |
| 4. | | | | | | | | | | | |
| 5. | | | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 2

Customer Price Check Scanner Available? YES ☑ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

COMMENTS: 3rd Re App 2nd waiver renewal inspection 100 items scanned
2 violations found 98% Accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220204

February 2, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/26/22

Evidence has been submitted to this office indicating that on the date of January 26, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "<u>Section Seven</u>: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 1/26/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 1/26/22

Page 1 of __

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #22686 3712 State Highway 37 Morristown NY 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prego Italian Sauce | 51000 12911 | | | Y | 2.25 | SH | 2.45 | violation | | ✓ |
| 2. 7up 2 liter | 78000 00034 | | | Y | 1.60 | SH | 1.80 | violation | | ✓ |
| 3. Awick lavender Mist | 62338 98552 | | | Y | 5.00 | SH | 5.50 | violation | | ✓ |
| 4. Tal meal prep. | 71691 53022 | | | Y | 3.50 | SH | 5.00 | OK-customer moved item | — | — |
| 5. 16.9 oz Diet pepsi | 12000 17195 | | | Y | 3.50 | SH | 3.95 | OK-Inspector Error | — | — |
| 6. Remedy cleansing foam | 84389 11108 | | | Y | 5.00 | SH | 4.50 | Error | ✓ | |
| 7. Neat Cream norwegian | 70501 01300 | | | Y | 4.00 | SH | 3.60 | Error | ✓ | |
| 8. Brown Lunch Bags | 76955 76539 | | | Y | 1.35 | SH | 1.45 | violation | | ✓ |
| 9. Red Bull | 11269 18246 | | | Y | 3.50 | SH | 2.55 | Error | ✓ | |
| 10. Reg Lays | 28400 09085 | | | Y | 0.59 | SH | 0.50 | Error | 3✓ | |
| 11. Hersey with Almond | 342210 | | | Y | 1.50 | SH | 1.65 | violation | | 5✓ |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 5

COMMENTS: 1st waiver renewal inspection 100 items scanned
5 Violations found 95% Accuracy
The customer price ck scanner must be working to meet waiver requirements

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

Acknowledged by: x [signature]

Inspector: Scott Deby 376

rev 150904



LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2. [illegible] | [illegible] | 6.50 | [illegible] | | | | | [illegible] | [illegible] |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible]

[illegible]
Acknowledged by

[illegible]
Inspector

Page ____ of ____



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220303

March 11, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 3/9/22

Evidence has been submitted to this office indicating that on the date of March 9, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 96%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/9/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 3 /19 /22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #22686 3712 State Highway 37 Morristown, NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Reeses Mini unwrap | 34000 47056 | | | Y | 3.60 | SH | 3.65 | Violation | | ✓ |
| 2. | HP Orange Ocean | 14800 64609 | | | Y | 2.50 | SH | 2.00 | Error | ✓ | |
| 3. | 1-2-3 veg. oil | 120057 | | | Y | 2.75 | SH | 2.95 | Violation | | ✓ |
| 4. | CV Self Rising Flour | 71740 31845 | | | Y | 1.85 | SH | 1.95 | Violation | | ✓ |
| 5. | Mt. Dew | 12000 20502 | | | Y | 3.95 | SH | 4.25 | Violation | | ✓ |
| 6. | Reynolds Alum Foil | 10900 20356 | | | Y | 3.25 | SH | 3.50 | Violation | | ✓ |
| 7. | Cast Iron Skillet TL | 72867 91490 | | | Y | 10.00 | SH | 12.00 | Violation | | ✓ |
| 8. | Aqua Fina 24 pack | 12000 50404 | | | Y | 3.50 | SH | 5.25 | OK - customer moved item | | — |
| 9. | CV Orange juice | 70744 00980 | | | Y | 2.65 | SH | 2.85 | Violation | | ✓ |
| 10. | A.W Cream Soda | 78000 05440 | | | Y | 1.95 | SH | 1.75 | Error | ✓ | |
| 11. | Starburst Duo | 22000 02174 | | | Y | 0.95 | SH | 1.00 | Violation | | ✓ |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 8

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** Re App 1st waiver renewal inspection 100 items scanned
8 violations found 92% Accuracy

**Acknowledged by:** x [signature]

**Inspector:** [signature] 376

rev 150904

DATE: ___/___/___

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:**

**COMMENTS:**

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________

**Inspector:** ______________________

rev 150904



LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm Dollar General #8203 | Date |
| Address | Type |
| Town | Price Log # n/a |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 198 | Units Failed | |
| D. Total Overpriced | 2 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1.00 | ☐ 1st Inspection | |
| Shelf Tag Violations | 2 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Sh Ta |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | — | No | TAG | — | | | | 1 |
| 2. [illegible] | [illegible] | 1.75 | 1.50 | | | | | .25 | — |
| 3. [illegible] | [illegible] | 13.75 | 12.95 | | | | | .80 | — |
| 4. [illegible] | [illegible] | — | No | TAG | — | | | | 2 |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 4

Total 0 [illegible]

Number 0 2 2

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 1



$200

CMO3

COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm Dollar General #2263 | Date 4/12/2021 |
| Address 13475 Broadway | Type Dept |
| Town Alden, NY 14004 | Price Log # N/A |

Summary of reports $3375 through

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices 0.00 | 0 | Units Passed | |
| C. Total Correct | 197 | Units Failed | |
| D. Total Overpriced , 40 | 3 | Type of Inspection | |
| % Overpriced (d ÷ a) 3/200 | 1.500 | ☒ 1st Inspection 2021 | |
| Shelf Tag Violations | 3 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy NON Waiver SNC | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

- Please correct violations -

[signature]
Acknowledged

[signature]
Inspector 950



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | .13 | – | 1 |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A.9 | – | 2 |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | – | | 3 |
| 4. [illegible] | 67212505779 | 4.00 | 3.75 | | | | | .25 | — |
| 5. [illegible] | 1895153361056 | 3.85 | 3.75 | | | | | .10 | — |
| 6. [illegible] | 12210011601 | .70 | .65 | | | | | .05 | — |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 6

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | 0 | | .40 | |
| Number | 0 | | 3 | 3 |

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 1



# ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES

**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

## CIVIL PENALTY

ISSUED: December 17, 2020

**2nd Inspection**
INSPECTION DATE: 12/16/20
REPORT: LL31478
PENALTY #: IP-13498

Dollar General #8366
3372 Sheridan Drive
Amherst, NY 14226

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

### ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 1 | violation(s): | Penalty: | $100.00 |
| 2 | Section 14 - Shelf Tags | 6 | violation(s): | Penalty: | $120.00 |
| 3 | Section 10.G.V. -- Failure to correct Super Refund item | 0 | violation(s): | Penalty: | $0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| **Total Penalty Amount:** | **$220.00** | **Payable by:** | **01/31/21** |
|---|---|---|---|

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

You may request an informal hearing by contacting this office within 15 days of the issue date. At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

---

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE PENALTY # LISTED ABOVE**

Very truly yours,

*Paula A. Trimper*

Director
Erie County Bureau of Weights & Measures

COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ____ | Total Units | ____ |
| B. Total Under Prices | ____ | Units Passed | ____ |
| C. Total Correct | ____ | Units Failed | ____ |
| D. Total Overpriced | ____ | Type of Inspection | |
| % Overpriced (d ÷ a) | ____ | ☐ 1st Inspection | |
| Shelf Tag Violations | ____ | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | ____ |
| ☐ Waiver Application | | ☐ Follow-up | ____ |
| ☐ Scanner Accuracy | | ☐ Other | ____ |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____________

Total ____

Number ____

______________________ Acknowledged by

______________________ Inspector

Page ________ of ________

LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | | | |
|---|---|---|---|
| Firm | Dollar General #21188 | Date | 10/20/21 |
| Address | 2 [illegible] Street | Type | Department |
| Town | [illegible] | Price Log # | 41121 |

Summary of reports [illegible] through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 197 | Units Failed | |
| D. Total Overpriced | 3 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1.50% | ☒ 1st Inspection | |
| Shelf Tag Violations | 15 | ☒ 2nd Inspection | 2021 |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | Non-compliant | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:
Please correct violations.
Receipt 11/5/20 – 11/5/25
Marie was Manager.

Acknowledged ______ Inspector ______



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 2. [illegible] | [illegible] | | [illegible] | | [illegible] | | | | [illegible] |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | [illegible] |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 6. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 11. [illegible] | [illegible] | | [illegible] | | [illegible] | | | | [illegible] |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 13. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 14. [illegible] | [illegible] | | | | | | | | [illegible] |
| 15. [illegible] | [illegible] | | | | | | | | [illegible] |
| 16. [illegible] | [illegible] | | | | | | | | [illegible] |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible]

[illegible signature]
Acknowledged by

[illegible signature]
Inspector

Page ______ of ______



LL

COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | | | |
|---|---|---|---|
| Firm | Dollar General #8488 | Date | 5/16/2021 |
| Address | 33 Niagara Street | Type | Department |
| Town | Tonawanda NY 14150 | Price Log # | N/A |

Summary of reports 5/3/21 through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices | 0 | Units Passed | N/A |
| C. Total Correct | 198 | Units Failed | N/A |
| D. Total Overpriced .55¢ | 2 | Type of Inspection | |
| % Overpriced (d ÷ a) +.99 / 1.12 | 1% | ☑ 1st Inspection 2021 | |
| Shelf Tag Violations | 16 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy Non-waiver | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:
*Please correct violations.
*I scanned right side of store.
*Manager is Maria
Exempt - 1/15/20 - 1/15/25

Acknowledged ______ Inspector ______



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. B/C [illegible] | 0703[illegible] | 5.50 | 5.00 | 4/[illegible] | | | | | 6 |
| 2. [illegible] | 6914[illegible] | 5.50 | 5.00 | | | | | .50¢ | [illegible] |
| 3. B/C Deodorizers | 0703[illegible] | | | | | | | | 3 |
| 4. B/C [illegible] Dispenser | 0703[illegible] | | | | | | | | 3 |
| 5. Rain-X [illegible] | 79118[illegible] | | | | | | | | 1 |
| 6. Prestone [illegible] | [illegible] | | | | | | | | 5 |
| 7. Multipurpose [illegible] | 4300[illegible] | | | | | | | | 6 |
| 8. [illegible] | 43001217 38 | 2.00 | 1.95 | | | | | .05¢ | — |
| 9. Playskool [illegible] | [illegible] | (Hanging Strip) | | | | | | | 7 |
| 10. Scotch [illegible] | 5113[illegible]7395 | (Hanging Strip) | | | | | | | 8 |
| 11. [illegible] glue | 79[illegible] | (Hanging Strip) | | | | | | | 9 |
| 12. [illegible] | 2[illegible] | | | | | | | | [illegible] |
| 13. [illegible] | [illegible] | (Hanging Strip) | | | | | | | 11 |
| 14. [illegible] | [illegible] | | | | | | | | 12 |
| 15. [illegible] | [illegible] | | | | | | | | 13 |
| 16. [illegible] | [illegible] | (No Cleaning) | | | | | | | 14 |
| 17. [illegible] | 4300[illegible] | (Hanging Strip) | | | | | | | 15 |
| 18. Clip [illegible] | 4300[illegible] | | | | | | | | 16 |

TOTAL UNITS 18

Total .55¢

Number 0 2 16

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: [illegible] / [illegible] / [illegible]

Page [illegible] of [illegible]

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** [illegible]

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 2. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 3. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 4. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 5. [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | [illegible] |

**COMMENTS:** [illegible]

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** [illegible]

**Inspector:** [illegible]

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210904

September 29, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 9/15/21

Evidence has been submitted to this office indicating that on the date of September 15, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: **WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/15/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 9/15/21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CV Hot Dog Buns | 71673 04882 | | | Y | 2.30 | SH | 1.25 | - Error | ✓ | |
| 2. CV fruity Bites | 42400 21187 | | | Y | 2.75 | SH | 3.00 | Violation | | ✓ |
| 3. Pure-ade Orange | 49000 07936 | | | Y | 0.95 | SH | 1.15 | Violation | | ✓ |
| 4. Swanson Chunk chicken | 51000 18806 | | | Y | 2.72 | SH | 3.15 | Violation | | ✓ |
| 5. Take Along rectangle | 71691 23100 | | | Y | 2.50 | SH | 2.75 | Violation | | ✓ |
| 6. 25 Qt Latching Box | 73149 14958 | | | Y | 14.00 | SH | 7.50 | Error | ✓ | |
| 7. Soag tire shine | 71153 19238 | | | Y | 4.00 | SH | 4.25 | Violation | | ✓ |
| 8. Ocedo no scratch scrubs | 51141 25507 | | | Y | 2.85 | SH | 1.00 | Error | ✓ | |
| 9. HF Dry cat seafood | 70155 14356 | | | Y | 8.50 | SH | 9.00 | Violation | | ✓ |
| 10. Gravy train mini bite | 79100 27616 | | | Y | 3.00 | SH | 3.25 | Violation | | ✓ |
| 11. Pedigree HP Chunk Turkey | 23100 12861 | | | Y | 5.00 | SH | 5.50 | Violation | | ✓ |
| 12. PS Men BW Hurricane | 15195 01120 | | | Y | 7.00 | SH | 2.50 | Error | ✓ | |
| 13. DGH Slider Freezer bag lgd. | 40323 10560 | | | Y | 2.25 | SH | 2.35 | Violation | | ✓ |
| 14. CV. Peach water sparkling | 70925 00811 | | | Y | 0.75 | SH | 0.85 | Violation | | ✓ |
| 15. | | | | | | | | | | |

Total Violations: 10

COMMENTS: 100 items scanned
10 violations found 90% Accuracy
Customer price ck scanner must be working to meet waiver obligation

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

Acknowledged by: [signature]

Inspector: [signature] 37?

rev 150904



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] Dry Lentils | [illegible] | | DISPLAY | | VARIOUS | | | | 1 |
| 2. Renuzit Snuggle | 023400 06865 4 | | DISPLAY | | AISLE 17 | | | | 2 |
| 3. [illegible] | [illegible] | | | | | | | | 3 |
| 4. [illegible] | 049200 0659[illegible] | | | | | | | | 4 |
| 5. Febreze Air Cranberry | 037000 45532 4 | | DISPLAY | | VARIOUS | | | | 5 |
| 6. Dial Hand Soap Freesia | 017000 32095 5 | | DISPLAY | | VARIOUS | | | | 6 |
| 7. [illegible] | [illegible] | | | | | | | | 7 |
| 8. [illegible] | [illegible] | | Shopper | ✓ | Aisle 12 | | | | 8 |
| 9. [illegible] | [illegible] | | at Register | | | 3 | | | 9 |
| 10. Wireless Charge Cable | [illegible] | 725 | 700 | | | | | .25 | – |
| 11. Hanes 3pk T Shirts | 043935 72214 2 | 1015 | 995 | | | | | .20 | – |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 11

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | | .45 | |
| Number | 0 | | 2 | 9 |

Acknowledged by [signature]

Inspector [signature]

Page 1 of 1

S-2 Zone 4

LL

COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm Dollar General #10184 | Date 12-2-2020 |
| Address | Type Dept |
| Town | Price Log # N/A |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 198 | Units Failed | |
| D. Total Overpriced | 2 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1.00% | ☐ 1st Inspection | |
| Shelf Tag Violations | 4 | ☒ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged ______

Inspector ______



S [illegible]

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Blue Coral Wiper Blade | [illegible] | | | | | | | | 1 |
| 2. [illegible] | [illegible] | | [illegible] | [illegible] | | | | | 2 |
| 3. [illegible] | [illegible] | | | | | | | | 3 |
| 4. [illegible] | [illegible] | | 350 | | | | | | 4 |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 4

Total Number: 4

Acknowledged by ______________________

Inspector [signature]

Page 1 of 1





LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm Dollar General #1547 | Date 12 23 2020 |
|---|---|
| Address 4857 Main Ave | Type Dept |
| Town Buffalo NY 14219 | Price Log # N/A |

Summary of reports S3216216 through ——

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units N/A | |
| B. Total Under Prices 0 | 0 | Units Passed | |
| C. Total Correct | 200 | Units Failed | |
| D. Total Overpriced 0 | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | .00% | ☐ 1st Inspection 2/26/20 | 98.5% |
| Shelf Tag Violations | 4 | ☑ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy Not [illegible] | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Please correct violations cited

Acknowledged

Inspector [signature]
1850-545

CONFIDENTIAL

DG_WOLF_0004943



**ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES**
**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

# CIVIL PENALTY

ISSUED: September 17, 2020

**1st Inspection**
INSPECTION DATE: 8/27/20
REPORT: LL30792
PENALTY #: IP-13059

Dollar General
8229 North Main Street
Eden, NY 14057

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

## ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 0 | violation(s): | Penalty: | $0.00 |
| 2 | Section 14 - Shelf Tags | 4 | violation(s): | Penalty: | $40.00 |
| 3 | Section 10.G.V. – Failure to correct Super Refund item | 0 | violation(s): | Penalty: | $0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| **Total Penalty Amount:** | **$40.00** | **Payable by:** | **10/15/20** |
|---|---|---|---|

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

You may request an informal hearing by contacting this office within 15 days of the issue date. At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

---

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE PENALTY # LISTED ABOVE**

Very truly yours,
*Paula A. Trimper*
Director
Erie County Bureau of Weights & Measures

LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 8-27-2020 |
| Address | 8289 N Main St | Type | Dept |
| Town | Eden NY 14057 | Price Log # | N/A |

Summary of reports S319773 through ——

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices 0 | 0 | Units Passed | |
| C. Total Correct | 200 | Units Failed | |
| D. Total Overpriced 0 | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) 100.00% | .00% | X ❑ 1st Inspection 2020 | |
| Shelf Tag Violations | 4 | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ Follow-up | |
| ☑ Scanner Accuracy Non Waiver | | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ❑ No

REMARKS:

Acknowledged

Inspector
1215 220



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | 1 |
| 2. [illegible] | [illegible] | | | | | | | | 2 |
| 3. [illegible] | [illegible] | Display | | | | | | | 3 |
| 4. [illegible] | [illegible] | End Cap | | | | | | | 4 |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 4

Total

Number 0 0 4

Acknowledged by

Inspector

Page 1 of 1

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

DATE: ___/___/___

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ______________________

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Inspector:

Acknowledged by:



COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ____ | Total Units | ____ |
| B. Total Under Prices | ____ | Units Passed | ____ |
| C. Total Correct | ____ | Units Failed | ____ |
| D. Total Overpriced | ____ | Type of Inspection | |
| % Overpriced (d ÷ a) | ____ | ❑ 1st Inspection | |
| Shelf Tag Violations | ____ | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | ____ |
| ❑ Waiver Application | | ❑ Follow-up | ____ |
| ❑ Scanner Accuracy | | ❑ Other | ____ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged

Inspector

S

COUNTY OF ERIE

Bureau of Weights & Measures
[illegible]
[illegible]

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____________

Total ____

Number

Acknowledged by

Inspector

Page ________ of ________

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ____ of ____

DATE: ____/____/____

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| | Total Violations: | | | | | | | | | |

COMMENTS: ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ______________________________

Inspector: ______________________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Total Violations:

COMMENTS: ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ______________________________

Inspector: ______________________________

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Total Violations:**

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

# St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Date: ___/___/___

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

ess Name / Address: ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing Lot Size | Item Pricing # Not Priced | Waiver Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Total Violations: ____ ____

Price Check Scanner Available? YES ☐ NO ☐
Customer Price Check Scanner Sign? YES ☐ NO ☐
Price Check Scanner Functional? YES ☐ NO ☐

COMMENTS: ______________________________

ledged by: ______________________________

Inspector: ______________________________

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing | | Waiver | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lot Size | # Not Priced | Price Sign? | | | | | | |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

**COMMENTS:** ______________________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________________

**Inspector:** ______________________________

rev 150904

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page ___ of ___

DATE: ___/___/___

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ______

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______

**Inspector:** ______

rev 150904

Page ____ of ____

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | |

COMMENTS: ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ______________________

Inspector: ______________________

rev 150904

St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

COMMENTS: ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ______________________

Inspector: ______________________

rev 150904

CONFIDENTIAL

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page [illegible] of [illegible]

DATE: [illegible] / [illegible] / [illegible]

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: [illegible]

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | Y | 1.25 | I | 1.10 | [illegible] | [illegible] | |
| 2. [illegible] | [illegible] | | | Y | [illegible] | SA | [illegible] | [illegible] | [illegible] | |
| 3. [illegible] | [illegible] | | | Y | [illegible] | S | [illegible] | [illegible] | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | | | Y | [illegible] | SA | [illegible] | [illegible] | | [illegible] |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: | | | [illegible]

COMMENTS: [illegible]

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: [signature]

Inspector: [signature]

rev 150904

Page [illegible] of [illegible]

DATE: [illegible] / [illegible] / [illegible]

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** [illegible]

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 2. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 3. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 4. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** [illegible]

**COMMENTS:** [illegible]

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** [illegible signature]

**Inspector:** [illegible signature]

rev 150904

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page [illegible] of [illegible]

DATE: [illegible]

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: [illegible]

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. [illegible] | [illegible] | | | Y | 1.25 | [illegible] | 1.10 | [illegible] | [illegible] | |
| 2. [illegible] | [illegible] | | | Y | 1.20 | [illegible] | [illegible] | [illegible] | [illegible] | |
| 3. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 4. [illegible] | [illegible] | | | Y | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: [illegible]

COMMENTS: [illegible]

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: [signature]

Inspector: [signature]

rev 150904

# St. Lawrence County

Page ___ of ___

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Price
I - Item Price
SA - Sale Price
AD - Ad Price

**Business Name / Address:** ___

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| Total Violations: | | | | | | | | | |

COMMENTS: ___

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

Acknowledged by: ___

Inspector: ___

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ____/____/____

Page ____ of ____

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ____________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

**COMMENTS:** ____________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ____________________

**Inspector:** ____________________

rev 150904

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

Business Name / Address: ______________________________

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

COMMENTS: ______________________________

Acknowledged by: ______________________________

Inspector: ______________________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220215

February 28, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #22958
Attn: Store Manager
4149 State Highway 3
Star Lake, NY 13690

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/24/22

Evidence has been submitted to this office indicating that on the date of February 24, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D***. *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4****. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The <u>waiver application and required $750.00 fee</u> must be received within <u>FIVE (5) business days</u> after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/24/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2 /24 /22

# St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General store #22958 4149 Highway 3 Star Lake NY. 13690

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 1-2-3 veg. oil. | 120057 | | | Y | 2.95 | SH | 2.75 | Error | ✓ | |
| 2. Schwp ginger ale 6pack | 78000 00396 | | | Y | 2.60 | SH | 4.25 | violation | | ✓ |
| 3. Idahoan Family | 29700 13141 | | | Y | 1.90 | SH | 2.10 | violation | | ✓ |
| 4. Scrub Dot | 76308 91049 | | | Y | 2.50 | SH | 3.00 | violation | | ✓ |
| 5. TL Liquid dish | 72785 13948 | | | Y | 3.25 | SH | 3.50 | violation | | ✓ |
| 6. cutter backwoods | 71121 96280 | | | Y | 6.50 | SH | 3.38 | Error | ✓ | |
| 7. original 6pack english | 48121 10208 | | | Y | 2.65 | SH | 2.95 | violation | | ✓ |
| 8. Core water | 53004 00403 | | | Y | 1.50 | SH | 1.95 | violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 6

Customer Price Check Scanner Available? YES ☐ NO ☒
Approved Customer Price Check Scanner Sign? YES ☐ NO ☒
Customer Price Check Scanner Functional? YES ☐ NO ☒

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
6 violations found 94 % Accuracy
A functional customer price ck scanner with signage must be available for customers in order to meet waiver requirements

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210804

August 30, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 8/24/21

Evidence has been submitted to this office indicating that on the date of August 24, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be

considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 8/24/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 8 / 24 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store # 15824 11997 State Highway 37 Waddington NY. 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | GS Fruit snacks Assort | 51756 10931 | | | Y | 2.00 | SH | 1.80 | Error | ✓ | |
| 2. | DG Fresh Mint | 79065 00405 | | | Y | 3.00 | SH | 3.25 | Violation | | ✓ |
| 3. | Rx Natural Fish oil | 30768 68148 | | | Y | 7.00 | SH | 4.20 | Error | ✓ | |
| 4. | Robitussin child | 00318 76012 | | | Y | 7.45 | SH | 6.25 | Error | ✓ | |
| 5. | St Moiskurizer water | 77043 00228 | | | Y | 6.00 | SH | 5.40 | Error | ✓ | |
| 6. | Fanta Orange | 49000 03073 | | | Y | 5.60 | SH | 6.25 | Violation | | ✓ |
| 7. | Twisted Tea | 87692 83231 | | | Y | 3.00 | SH | 2.70 | Error | ✓ | |
| 8. | Instant Rice | 35200 26738 | | | Y | 1.50 | SH | 1.85 | violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 1st waiver renewal inspection 100 items scanned
3 violations found 97% accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: Melinda McMillan

Inspector: Scott D. S326

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: ___/___/___

Page ___ of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** ______________________

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | |

COMMENTS: ______________________

Customer Price Check Scanner Available? YES ☐ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☐

**Acknowledged by:** ______________________

**Inspector:** ______________________

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221104

November 8, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 11/4/22

Evidence has been submitted to this office indicating that on the date of November 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be

considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 96.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/26/22 & 11/4/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

CONFIDENTIAL

DATE: 11 / 4 / 22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SB - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store # 16163 57 South Main Street Norwood NY, 13668

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Glad QT | 12587 22323 | | | Y | 4.95 | SH | 9.75 | customer moved item | — | |
| 2. Rx Soft + wound dressing | 93489 03089 | | | Y | 3.65 | SH | 4.65 | violation | | ✓ |
| 3. Best original | 41679 67466 | | | Y | 16.75 | SH | 10.00 | customer moved item | — | |
| 4. Tres cond moisturizer | 50019 52038 | | | Y | 2.25 | SH | 1.75 | Inspector error | — | |
| 5. TL 18 Roll ultra | 13100 30220 | | | Y | 13.75 | SH | 14.50 | violation | | ✓ |
| 6. white claw | 35985 80026 | | | Y | 16.25 | SH | 16.65 | inspector error | — | |
| 7. Miller light | 3400 57340 | | | Y | 12.95 | SH | 15.20 | violation | | ✓ |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 2nd waiver renewal inspection 100 items scanned
3 violations found 97% accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904

DATE: 10/26/22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #16163 57 South Main Street Norwood NY. 13668

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | A wick mist refill | 62338 01111 | | | Y | 12.00 | SH | 6.00 | Error | ✓ | |
| 2. | Twizzlers Black Licorice | 34000 50000 | | | Y | 2.50 | SH | 3.00 | Violation | | ✓ |
| 3. | Kind Bar Choc nuts | 02652 17651 | | | Y | 1.75 | SH | 1.95 | Violation | | ✓ |
| 4. | Rx Omega 3 | 01220 18076 | | | Y | 3.75 | SH | 3.95 | Violation | | ✓ |
| 5. | Rx Vit B12 | 01220 03864 | | | Y | 5.50 | SH | 5.75 | Violation | | ✓ |
| 6. | Colgate TTL Adv. Brush | 35000 97218 | | | Y | 6.35 | SH | 5.65 | Error | ✓ | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | Total Violations: | | | | | | | | | | 4 |

COMMENTS: 1st waiver renewal inspection 100 items scanned
4 violations found 96% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: x [illegible signature]

Inspector: [illegible signature] DG 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221101

November 3, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/25/22

Evidence has been submitted to this office indicating that on the date of October 25, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*

*A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

*D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/25/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

CONFIDENTIAL

DATE: 10 25 /22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store # 9558 7669 State Highway 68 Ogdensburg NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Slim Jim mild | 26200 14444 | | | Y | 3.75 | SH | 6.25 | violation | | ✓ |
| 2. | Life Saver Gummies | 22000 29028 | | | Y | 3.65 | SH | 4.56 | violation | | ✓ |
| 3. | Sprite 12 pack | 49000 03711 | | | Y | 6.75 | SH | 7.56 | violation | | ✓ |
| 4. | Swiffer XL wet cloth | 37000 74471 | | | Y | 9.50 | SH | 10.00 | violation | | ✓ |
| 5. | Airspun L powder | 31655 00018 | | | Y | 6.00 | I | 6.75 | violation | | ✓ |
| 6. | STS Crossover system | 24500 30535 | | | Y | 6.50 | SH | 5.35 | Error | ✓ | |
| 7. | Rx Omega | 01220 29355 | | | Y | 7.95 | SH | 5.75 | customer ... | — | — |
| 8. | Skinny Dean meat lover | 77900 70615 | | | Y | 3.50 | SH | 3.75 | violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 6

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 100 items scanned
6 violations found 94 % Accuracy

**Acknowledged by:** [signature] Olivia Baker

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20230107

January 24, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #18388
Attn: Store Manager
52 South Main St.
Hammond, NY 13646

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/6/23 & 1/19/23

Evidence has been submitted to this office indicating that on the dates of January 6, 2023 & January 19, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

***Be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within <u>FIVE (5) business days</u> after***

DATE: 1 / 6 /23

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store # 18388 52 South Main St. Hammond, NY 13646

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. M+M's Crunchy cookie | 40000 58096 | | | Y | 4.35 | SH | 4.65 | violation | | ✓ |
| 2. Swiffer wand | 96617 03186 | | | Y | 10.60 | I | 7.50 | Error | ✓ | |
| 3. eraser dog food | 23100 23537 | | | Y | 16.60 | SH | 16.45 | violation | | ✓ |
| 4. Stuff puff peppermint | 51932 00423 | | | Y | 4.00 | SH | 3.00 | Error | ✓ | |
| 5. Bissell Dr. Pet spot remover | 74999 05108 | | | Y | 7.49 | SH | 7.45 | Error | ✓ | |
| 6. Duracell 8 pack | 49000 02870 | | | Y | 3.25 | SH | 3.50 | violation | | ✓ |
| 7. Bud light 12 pack | 18200 53047 | | | Y | 11.10 | SH | 12.10 | violation | | ✓ |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 4

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

**COMMENTS:** 1st Re-App 1st waiver renewal inspection 100 items scanned
4 violations found 96 % Accuracy
The customer price ck. scanner must be working to meet waiver requirements.

**Acknowledged by:** Denise Mitchell

**Inspector:** Scott Doty 376

rev 150904

DATE: 1 / 19 / 23

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

**Business Name / Address:** Dollar General Store #18388 52 South Main St. Hammond, NY 13646

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Shell puff | 51932 00423 | | | Y | 3.00 | SH | 2.00 | Error | ✓ | |
| 2. LD Turtle brownies | 24300 04502 | | | Y | 2.55 | SH | 3.60 | Customer moved item | — | — |
| 3. Creators cheese | 14800 64669 | | | Y | 2.75 | SH | 4.00 | Inspector Error | — | — |
| 4. HF Dry Hand n Cream | 70155 14399 | | | Y | 5.35 | SH | 5.60 | Violation | | ✓ |
| 5. XL Peppermint Kettle | 10607 02071 | | | Y | 5.00 | SH | 3.70 | Error | ✓ | |
| 6. Comp underpads XL | 90891 94988 | | | Y | 7.65 | SH | 7.00 | Error | ✓ | |
| 7. Eye Color med Brown | 71249 21055 | | | Y | 10.00 | SH | 10.25 | Customer moved item | — | — |
| 8. Charmin strong | 30772 03156 | | | Y | 10.85 | SH | 11.50 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| **Total Violations:** | | | | | | | | | | 2 |

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

COMMENTS: 1st Re-Try 2nd waiver renewal inspection 100 items scanned
2 violations found 98 % Accuracy
The customer price check scanner must be working to meet waiver requirements

Acknowledged by: [signature] Denise Mitchell

Inspector: [signature] 316

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20210906

September 29, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #10656
Attn: Store Manager
124 W. Main Street
Gouverneur, NY 13642

Re: Discrepancy Inspection Report Dated 9/22/21 for Store #10656, Gouverneur, NY

Evidence has been submitted to this office indicating that on the date of September 22, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

*"Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 9/22/21
cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 9 /22 /21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #10656 124 W. Main Street Gouverneur, NY 13642

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Post Fruity Pebbles | 84912 00139 | | | Y | 2.25 | SH | 2.75 | Violation | | ✓ |
| 2. | Kelloggs Fruit Loops | 38000 25207 | | | Y | 4.00 | SH | 3.00 | Error | ✓ | |
| 3. | JF Med Roast | 49384 92039 | | | Y | 12.00 | SH | 3.25 | Error | ✓ | |
| 4. | Ajax 40 oz. | 45514 04100 | | | Y | 6.95 | SH | 1.00 | Error | ✓ | |
| 5. | T Simply Bleach | 37000 63352 | | | Y | 2.95 | SH | 3.25 | Violation | | ✓ |
| 6. | Lysol Adirondack | 19200 96215 | | | Y | 3.00 | I | 3.25 | Violation | | ✓ |
| 7. | Sauve grapefruit | 50019 52037 | | | Y | 1.80 | SH | 1.50 | Error | ✓ | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |
| | **Total Violations:** | | | | | | | | | | 3 |

COMMENTS: 100 items scanned
3 Violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211103

November 2, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/6/21

Evidence has been submitted to this office indicating that on the date of October 6, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> *E. If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/6/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

DATE: 10 / 6 / 21

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Nescafe Coffee | 28000 46631 | | | Y | 5.95 | SH | 6.25 | violation | | ✓ |
| 2. | JF Utility Pan | 49394 90394 | | | Y | 1.00 | SH | 3.00 | violation | | ✓ |
| 3. | Tal Mealprep | 71691 53022 | | | Y | 4.50 | SH | 4.75 | violation | | ✓ |
| 4. | Mr Clean Flip mop | 11171 26147 | | | Y | 4.00 | SH | 5.00 | violation | | ✓ |
| 5. | DG scent booster bl | 40232 54396 | | | Y | 2.95 | SH | 2.65 | Error | ✓ | |
| 6. | T simply black | 37000 63700 | | | Y | 10.95 | SH | 11.50 | violation | | ✓ |
| 7. | summer Sausage | 47500 01527 | | | Y | 1.50 | SH | 3.25 | OK- customer moved item | — | — |
| 8. | Tums Berry chewy | 07661 30465 | | | Y | 4.75 | SA | 5.00 | violation | | ✓ |
| 9. | Sauve cond. Keratin | 79400 271[illegible] | | | Y | 5.00 | SH | 4.00 | Error | ✓ | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 6

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items scanned
6 violations found 94% Accuracy

Acknowledged by: [signature]

rev 150904

Inspector: [signature] 376



Penalty #20211104

St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

November 2, 2021

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/19/21

Evidence has been submitted to this office indicating that on the date of October 19, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

*Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 94.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within* ***FIVE (5) business days*** *after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

The Item Pricing Waiver Application form is available at our website: http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 8/24/21 & 10/19/21

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 10/19/21

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Highway 37 Waddington, NY 13694

| | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. CV Healthy Cream | 923917 200698 | | | Y | 0.75 | SH | 0.80 | OK. Inspector Error | ✓ | |
| 2. Hefty utility 136 | 13700 81847 | | | Y | 5.00 | SH | 5.50 | Violation | | ✓ |
| 3. Chicken Cat treat HF | 70155 14348 | | | Y | 2.00 | SH | 1.75 | Error | ✓ | |
| 4. BBQ Potato crisp | 57664 00609 | | | Y | 1.25 | SH | 1.35 | Violation | | ✓ |
| 5. Original choc chip | 72030 00180 | | | Y | 2.75 | SH | 2.50 | Error | ✓ | |
| 6. Preshe Baby wipes | 68016 084734 | | | Y | 1.00 | SH | 1.95 | Violation | | ✓ |
| 7. DGH Rinse B mint | 72785 10344 | | | Y | 1.65 | SH | 1.80 | Violation | | ✓ |
| 8. Suave A.P. Deo | 79400 56199 | | | Y | 3.50 | SH | 3.75 | Violation | | ✓ |
| 9. Tuffstuff cleaner | 71153 00350 | | | Y | 3.75 | SH | 4.20 | Violation | | ✓ |
| 10. Colgate Triple Act | 35000 44442 | | | Y | 4.00 | SH | 1.00 | Error | ✓ | |
| 11. Sparkle 6 Giant | 30400 22130 | | | Y | 5.00 | SH | 6.50 | Violation | | ✓ |
| 12. Mt Dew mini 6 pack | 12000 16317 | | | Y | 2.80 | SH | 3.10 | Violation | | ✓ |
| 13. Clever Valley Dozen | 77438 59902 | | | Y | 1.95 | SH | 1.60 | Error | ✓ | |
| 14. Taco Bell Red sauce | 21000 04720 | | | Y | 1.50 | SH | 1.30 | Error | ✓ | |
| 15. | | | | | | | | | | |

Total Violations: 8

COMMENTS: 2nd waiver renewal inspection 100 items scanned
8 violations found. 92% accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 8 /24 /21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store # 15824 11997 State Highway 37 Waddington NY. 13694

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. GS Fruit snacks Assort | 51756 10931 | | | Y | 2.00 | SH | 1.80 | Error | ✓ | |
| 2. DG Fresh Mint | 79868 00405 | | | Y | 3.00 | SH | 3.25 | Violation | | ✓ |
| 3. Rx Natural Fish oil | 30768 68148 | | | Y | 7.00 | SH | 4.20 | Error | ✓ | |
| 4. Robitussin child | 00318 76012 | | | Y | 7.45 | SH | 6.25 | Error | ✓ | |
| 5. Si Moisturizer water | 77043 00228 | | | Y | 6.00 | SH | 5.40 | Error | ✓ | |
| 6. Fanta Orange | 49000 03073 | | | Y | 5.60 | SH | 6.25 | Violation | | ✓ |
| 7. Twisted Tea | 87692 83231 | | | Y | 3.00 | SH | 2.70 | Error | ✓ | |
| 8. Instant Rice | 35200 26738 | | | Y | 1.50 | SH | 1.85 | Violation | | ✓ |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

COMMENTS: 1st waiver renewal inspection 100 items scanned
3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: Melinda McMullen

Inspector: Scott D. [signature] 326

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20211111

November 16, 2021

**RETURN RECEIPT REQUESTED**

Dollar General #10656
Attn: Store Manager
124 W. Main Street
Gouverneur, NY 13642

Re: Discrepancy Inspection Report Dated 11/9/21 for Store #10656, Gouverneur, NY

Evidence has been submitted to this office indicating that on the date of November 9, 2021, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.** If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $750.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 11/9/21
cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 11 / 9 / 21

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #10656 124 W Main St. Gouverneur NY 13642

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Mentos | 73390 00386 | | | Y | 1.25 | SH | 0.75 | Error | ✓ | |
| 2. | GH peach unsweet tea | 83900 00577 | | | Y | 1.65 | SH | 1.75 | violation | | ✓ |
| 3. | CV Apple cider | 74680 80132 | | | Y | 4.25 | SH | 1.95 | OK customer moved item | — | — |
| 4. | Dunkin Mocha | 49000 07238 | | | Y | 2.35 | SH | 2.40 | violation | | ✓ |
| 5. | Folgers Black silk | 25500 20044 | | | Y | 6.95 | SH | 7.50 | violation | | ✓ |
| 6. | Al. pan loaf | 00003 12892 | | | Y | 3.50 | SH | 1.00 | Error | ✓ | |
| 7. | Lysol Kitchen | 19200 00888 | | | Y | 2.75 | SH | 3.25 | violation | | ✓ |
| 8. | Axe Apollo | 11111 26285 | | | Y | 4.50 | SH | 4.00 | Error | ✓ | |
| 9. | Canada dry ginger ale | 78000 01158 | | | Y | 1.25 | SH | 1.00 | Error | ✓ | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 4

COMMENTS: 100 items scanned
4 violations found 96 % Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220208

February 10, 2022

RECEIVED FEB 16 2022 EMPLOYMENT LAW GROUP

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/4/22

Evidence has been submitted to this office indicating that on the date of February 4, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"*Section Seven*: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.……*

***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 93.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/10/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2/14/22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY. 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dreyers Edys D.br | 41548 82553 | | | Y | 2.50 | SH | 1.75 | Error | ✓ | |
| 2. | Keebler Scooby do | 30100 18201 | | | Y | 2.50 | SH | 2.75 | violation | | ✓ |
| 3. | CV Instantcoffee | 76941 00406 | | | Y | 3.95 | SH | 4.50 | Violation | | ✓ |
| 4. | CV Yokefree noodle | 90484 00153 | | | Y | 1.50 | SH | 1.75 | violation | | ✓ |
| 5. | CV Black pepper | 908001 105712 | | | Y | 2.50 | SH | 3.00 | violation | | ✓ |
| 6. | Kelloggs Frosted Flakes | 38000 19904 | | | Y | 3.00 | SH | 3.25 | violation | | ✓ |
| 7. | Scotch brite scrub | 21200 52042 | | | Y | 2.85 | SH | 3.00 | violation | | ✓ |
| 8. | Cloralen | 43152 01734 | | | Y | 2.00 | SH | 2.25 | violation | | ✓ |
| 9. | Lime A way | 51700 87103 | | | Y | 4.00 | SH | 4.25 | violation | | ✓ |
| 10. | TL No vac honeysackle | 51266 10176 | | | Y | 2.50 | SH | 2.75 | violation | | ✓ |
| 11. | Xtra liquid Trop. | 94514 42871 | | | Y | 5.80 | SH | 5.50 | OK Inspector Error | — | — |
| 12. | Ivory Bar Soap | 37000 32136 | | | Y | 1.50 | SH | 1.75 | violation | | ✓ |
| 13. | GS Body wash | 72785 13877 | | | Y | 1.65 | SH | 2.00 | violation | | ✓ |
| 14. | TL Ultra 8 roll | 13100 30175 | | | Y | 6.75 | SH | 8.95 | violation | | ✓ |
| 15. | Puff cube Lotion | 37000 89314 | | | Y | 5.00 | SH | 5.25 | violation | | ✓ |

**Total Violations:** 13

**COMMENTS:** 1st waiver renewal inspection 100 items scanned 13 violations found 87% Accuracy The Customer price ck scanner must be working to meet waiver requirements

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒

**Acknowledged by:** Melody Stark

**Inspector:** Scott Doty 376

r. · 150904

CONFIDENTIAL



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220211

February 23, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #6066
Attn: Store Manager
232 North Main Street
Massena, NY 13662

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/22/22

Evidence has been submitted to this office indicating that on the date of February 22, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

"<u>Section Seven</u>: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***

***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*

2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*

***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

***Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

The Item Pricing Waiver Application form is available at our website:
http://www.stlawco.org/Departments/WeightsMeasures/ItemPricingLaw

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

[signature]

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/10/22 & 2/22/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2 / 22 / 22

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of __

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Price; I - Item Price; SA - Sale Price; AD - Ad Priced

Business Name / Address: Dollar General Store #6066 232 N. Main St Massena, NY 13662

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | - |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Fanta Grape | 49000 05024 | | | Y | 1.65 | SH | 1.50 | Error | ✓ | |
| 2. RS Milk Choc. Box | 77260 04052 | | | Y | 5.00 | SH | 2.50 | OK-Inspector Error | – | |
| 3. Dole sliced pineapple | 38900 00143 | | | Y | 1.55 | SH | 1.85 | violation | | ✓ |
| 4. TUFF stuff cleaner | 71153 00356 | | | Y | 3.75 | SH | 4.00 | violation | | ✓ |
| 5. TL Oxy cleaner | 77487 52482 | | | Y | 5.50 | SH | 4.25 | Error | ✓ | |
| 6. T simply bleach | 37000 63700 | | | Y | 9.50 | SH | 11.50 | violation | | ✓ |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| Total Violations: | | | | | | | | | | 3 |

Customer Price Check Scanner Available? YES ☒ NO ☐

Approved Customer Price Check Scanner Sign? YES ☒ NO ☐

Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2nd waiver renewal inspection 100 items scanned 3 violations found 97 % Accuracy

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: 2 /10 /22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Price, I - Item Price, SA - Sale Price, AD - Ad Priced

**Business Name / Address:** Dollar General Store #6066 232 N. Main Street Massena, NY. 13662

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lays BBQ | 28400 32420 | | | Y | 1.75 | SH | 1.70 | Error | L |
| 2. Armor All wheel | 70612 78090 | | | Y | 5.25 | SH | 5.75 | OK customer moved item | — |
| 3. Dove Antibacterial | 11111 02583 | | | Y | 6.55 | SH | 7.00 | Violation | 1 |
| 4. STS BW Exfoliating | 72785 13997 | | | Y | 4.60 | SH | 3.60 | Error | L |
| 5. Wahl Groom Trim All | 43917 10792 | | | Y | 12.00 | SH | 20.00 | Violation | 1 |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |

**Total Violations:** 2

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 1st waiver renewal inspection 100 items scanned
2 violations found 98 % Accuracy

**Acknowledged by:** [signature] Ayers

**Inspector:** [signature] 376

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220305

March 16, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 3/14/22

Evidence has been submitted to this office indicating that on the date of March 14, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 3/14/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 3 /14/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☐ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Highway 37 Waddington NY 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Twist & Seal | 71691 49880 | | | Y | 2.75 | SH | 3.75 | Violation | | ✓ |
| 2. | Rx compressor pads | 90891 94845 | | | Y | 8.95 | SH | 9.00 | Violation | | ✓ |
| 3. | Rx Clear gel insoles | 42920 47042 | | | Y | 8.55 | SH | 5.25 | Error | ✓ | |
| 4. | Zest BW Ocean breeze | 16559 01021 | | | Y | 3.00 | SH | 2.70 | Error | ✓ | |
| 5. | TL ultra Hussis | 13100 30178 | | | Y | 13.50 | SH | 14.00 | Violation | | ✓ |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations: 3

COMMENTS: 3rd Re-app 1st waiver renewal inspection 100 items scanned
3 violations found 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 4376

rev 150904

CONFIDENTIAL



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20220803

August 2, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #15824
Attn: Store Manager
11997 State Highway 37
Waddington, NY 13694

Re: Item Pricing/Scanner Accuracy Inspection Report dated 7/29/22

Evidence has been submitted to this office indicating that on the date of July 29, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*
>
> ***F.4.*** *In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $2000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

*Additionally, be aware that as a result of failing to achieve an average accuracy of 98%, with a maximum average accuracy of 93.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.*

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

**Department of Weights & Measures/Consumer Affairs**
**44 Park Street**
**Canton, NY 13617**
**Phone: 315-379-9734**
**Fax: 315-379-9077**
**Email: Adamsimmons@stlawco.org**

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 7/29/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 7 29 22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #15824 11997 State Hwy 37 Waddington, NY 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dunkin Donut Columbe | 91334 00279 | | | Y | 9.50 | SA | 9.95 | Violation | | ✓ |
| 2. | Kraft MC Cheese | 21000 65883 | | | Y | 1.25 | SH | 1.35 | Violation | | ✓ |
| 3. | CV Iodonized Salt | 30001 58787 | | | Y | 0.70 | SH | 0.85 | Violation | | ✓ |
| 4. | Snapple Peach | 76183 00311 | | | Y | 1.25 | SH | 1.50 | Violation | | ✓ |
| 5. | VS Spark energy drink | 51000 27625 | | | Y | 1.85 | SH | 2.10 | Violation | | ✓ |
| 6. | Clorox disinfectant | 44600 60050 | | | Y | 3.65 | SH | 4.25 | Violation | | ✓ |
| 7. | DGH Scrub sponge | 57747 00643 | | | Y | 3.75 | SH | 4.75 | Violation | | ✓ |
| 8. | DGH oil ref liner | 51266 10132 | | | Y | 6.50 | SH | 6.75 | Violation | | ✓ |
| 9. | Rx Vit B12 | 01220 74256 | | | Y | 4.35 | SH | 4.50 | prices changed during inspection | — | |
| 10. | Rx Softener gel | 59726 07200 | | | Y | 6.00 | SH | 7.40 | Violation | | ✓ |
| 11. | Rz Deo Swagger | 12044 03753 | | | Y | 7.40 | SH | 6.55 | Error | ✓ | |
| 12. | Dove Spray clean | 79400 35030 | | | Y | 7.90 | SH | 8.25 | Violation | | ✓ |
| 13. | NNE Color Light Ash | 70018 11697 | | | Y | 6.00 | SH | 7.95 | price changed during inspection | — | |
| 14. | PN shampoo 2in1 clean | 80878 19439 | | | Y | 5.10 | SA | 6.10 | Violation | | ✓ |
| 15. | Dove SH Repair | 79400 71601 | | | Y | 7.65 | SH | 7.95 | price changed during inspection | — | |

Total Violations: See page 2 for totals

COMMENTS:

Customer Price Check Scanner Available? YES ☒ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 376

rev 150904

DATE: 7 /29/22

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☑ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #15824 11997 State Highway 37 Waddington NY. 13694

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Glade Rug Hawaii | 46500 15479 | | | Y | 2.50 | SH | 2.75 | violation | ✓ |
| 2. | TL Family Roll | 30196 71105 | | | Y | 8.00 | SH | 8.50 | violation | ✓ |
| 3. | White Plates | 74608 63575 | | | Y | 8.45 | SH | 3.45 | Error | ✓ |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| | **Total Violations:** | | | | | | | | | 13 |

Customer Price Check Scanner Available? YES ☑ NO ☐
~~Approved Customer Price Check Scanner Sign?~~ YES ☑ NO ☐
Customer Price Check Scanner Functional? YES ☑ NO ☐

**COMMENTS:** 1st waiver manual inspection 100 items scanned
13 violations found 87% Accuracy

**Acknowledged by:** [signature]

**Inspector:** [signature] 376

rev 150904

CONFIDENTIAL



LL

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d ÷ a) | ______ | ❑ 1st Inspection | |
| Shelf Tag Violations | ______ | ☒ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | ______ |
| ❑ Waiver Application | | ❑ Follow-up | ______ |
| ☒ Scanner Accuracy | | ❑ Other | ______ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ☒ No

REMARKS:

______
Acknowledged

______
Inspector

# MONROE COUNTY
## DEPARTMENT OF WEIGHTS AND MEASURES

145 Paul Road, Bldg 2, Rochester, New York 14624
Telephone: 585-753-7933

☐ RETEST
☐ RETEST REQUIRED

| FIRM: Dollar General | STORE NO. 4623 | DATE: 8-4-23 |
|---|---|---|
| ADDRESS: 435 ~~...~~ 455 W. Commercial St | | MAIN CONTACT |
| TOWN/CITY: E. Rochester | ZIP CODE: 14445 | E-MAIL ADDRESS |

☐ SUPERMARKET ☐ FOOD STORE/DELI ☐ FISH/BUTCHER ☒ PRICE ACCURACY ☐ BAKERY ☐ DRUG ☐ HARDWARE
☐ GAS STATION ☐ GAS STATION/STORE ☐ VARIETY ☐ FUEL OIL DEALER ☐ PROCESS/WARE/MANUF. ☒ OTHER

| DEVICE TYPE | TOTAL NO. | VISUAL INSPECTION: FOUND CORRECT | CORRECTED | OTHER | NOT SEALED | DEVICE TEST: PLUS | MINUS | OTHER | ORDERED REPAIRED | CONDEMNED | NO CORRECT | FEES: TOTAL NO. | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTING SCALE | | | | | | | | | | | | | | |
| PRE - PACK SCALE | | | | | | | | | | | | | | |
| CUSTOMER SCALE | | | | | | | | | | | | | | |
| VEHICLE SCALE | | | | | | | | | | | | | | |
| RACK METER | | | | | | | | | | | | | | |
| PRESCRIPTION SCALE | | | | | | | | | | | | | | |
| Hopper/Batch TANK SCALE | | | | | | | | | | | | | | |
| PLATFORM SCALE | | | | | | | | | | | | | | |
| MISC. SCALE | | | | | | | | | | | | | | |
| PETROLEUM PUMPS | | | | | | | | | | | | | | |
| WEIGHTS | | | | | | | | | | | | | | |
| LINEAR MEASURE | | | | | | | | | | | | | | |
| LINEAR DEVICE | | | | | | | | | | | | | | |
| TIMING DEVICE | | | | | | | | | | | | | | |
| VEHICLE TANK METER | | | | | | | | | | | | | | |
| LIQUID MEAS. DEVICE | | | | | | | | | | | | | | |
| TAXI METER | | | | | | | | | | | | | | |

THIS AMOUNT PAYABLE IN 30 DAYS FROM ABOVE DATE. FAILURE TO PAY PROMPTLY MAY RESULT IN A CIVIL FINE. ➤ GRAND TOTAL

MAKE CHECK PAYABLE TO: County of Monroe - Director of Finance

Devices listed below require repair or adjustment.

| Manuf. | Model No. | Serial No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Notify Director of Weights and Measures when ready for retesting.
☐ "For Customer Use" sign required on or near a computing customer scale.
☐ Customer scale required must be easily accessible.
☐ Price signs must be posted on every pump or dispenser.
☐ Security seals on all approved devices applied on ______
☐ Product used in testing as shown on this form was returned to proper storage tank, as instructed by operator.

| GALLONS PUMPED | | | |
|---|---|---|---|
| REGULAR | | DIESEL | |
| MID GRADE | | KERO | |
| PREMIUM NOLEAD | | | |

MAIL TO: Monroe County Dept of Weights & Measures 145 Paul Rd, Bldg 2 Rochester, New York 14624

REMARKS: Price Accuracy Inspection
Copy of Price Accuracy document given to manager. During inspection (100) items were tested and (2) errors were found (98% correct). Both errors were overcharges. Overcharge policy not posted on arrival but posted when leaving.

ACKNOWLEDGED BY: [signature]

INSPECTOR: Agent / George I Millman

It is the user's responsibility to maintain the accuracy of all weighing and measuring devices. All devices must start at zero and all indications displayed must be in agreement. Notify the Director immediately in writing of any new or reconditioned weighing and measuring device, which will be used commercially. All standards used are traceable to the national standards at NIST.

WHITE - DEPARTMENT'S COPY CANARY - INVOICE PINK - OFFICE COPY GOLDENROD - CUSTOMER'S COPY

Date : ______
Firm : ______
Address : ______
Town/City : ______

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Report # ______
Page ____ of ____

Over Charge Refund Policy Posted
Yes ☐ No ☐

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |

Acknowledged By: ______ Inspector(s):

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : ______________________
Firm : ______________________
Address : ______________________
Town/City : ______________________

Report # ______________
Page ____ of ____

Over Charge Refund Policy Posted
Yes ☐ No ☐

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |

Acknowledged By: ______________________ Inspector(s): ______________________

CONFIDENTIAL

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : ______________
Firm : ______________
Address : ______________
Town/City : ______________

Report # ______________
Page ____ of ____

Over Charge Refund Policy Posted
Yes ☐ No ☐

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |

Acknowledged By: ______________ Inspector(s):

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : ____________
Firm : ____________
Address : ____________
Town/City : ____________

Report # ____________
Page ____ of ____

Over Charge Refund Policy Posted
Yes ☐ No ☐

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |

Acknowledged By: ____________ Inspector(s): ____________



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20230802

August 4, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 8/3/23

Evidence has been submitted to this office indicating that on the dates of August 3, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $750.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-0077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 8/3/23

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 8 / 3 / 24

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

# ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General Store #22686 3712 State Highway 37 Morristown NY. 13669

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lace stone Jalapeno | 76397 00212 | | | Y | 1.85 | SH | 1.95 | violation | |
| 2. Turtle wax carpet clean | 74660 10244 | | | Y | 7.25 | SH | 7.75 | violation | |
| 3. H/shot bug spray | 71121 96781 | | | Y | 4.50 | SH | 4.75 | violation | |
| 4. Slim Jim | 26200 00012 | | | Y | 1.35 | SH | 1.00 | Error | ✓ |
| 5. Corn broom | 82269 40502 | | | Y | 6.50 | SH | 6.95 | Violation | |
| 6. STS Dangerschampoo | 72785 13752 | | | Y | 4.35 | SH | 3.85 | Error | ✓ |
| 7. Fun Yuns | 28400 01356 | | | Y | 0.59 | | 0.50 | Error | ✓ |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |

Total Violations:

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 100 items scanned
4 violations found 96 % Accuracy

Acknowledged by: X [signature]

Inspector: Scott Daly 376

rev 150904

CONFIDENTIAL

DG_WOLF_0007589



**Department of Weights and Measure**

Monroe County, New York

**Adam J. Bello**
*County Executive*

**Jeffrey D. Berl**
*Director*

**LETTER OF PENALTY**

07/14/2023

**Dollar General #08814**
**525 Titus Ave**
**Irondequoit, NY 14617**

Report # **A 10860**
Amount Due: **$1350.00**

Dear Sir/Madam,

After a price accuracy inspection based on a complaint, evidence has been submitted indicating that on **06-29-2023**, inspectors from this Department visited your establishment and found the following violations of NYS Ag. & Mkts. Law, Article 16 Sections 197-B Retail Pricing Accuracy, 87% accuracy ($300) 6 items missing retail price ($150), eight large overcharges ($800) and missing post of over charge refund policy ($100).

Under Section 181(7) of the Agriculture and Markets Law, an action may be commenced against you by the County of Monroe to recover a civil penalty pursuant to Sections 39 and/or 40 of that statute.

If a penalty of **$1350** is received at this office within 21 days from the date of this letter and the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designee's, please make the request in a formal letter. Such a request must be received at this office within 21days from the date of this letter.

***Failure to comply with this demand will result in a referral of this matter to the Monroe County Attorney's Office, for commencement of an action to recover the full statutory penalty, plus court costs.***

**Remittance may be submitted to this office by certified check, bank check or by postal or express money order, payable to the Director of Finance, County of Monroe.** If you want to arrange payment or have any question in reference to this penalty, please contact me at Office: 585-753-7933 or Cell: 585-683-1727.

Sincerely,

Jeffrey D. Berl,
Director
Enclosed: Copy of reports.

145 Paul Road, Building 2, • Rochester, New York 14624
(585) 753-7933 • *fax:* (585) 753-7485 • *jberl@monroecounty.gov*

A10860 COPY

MONROE COUNTY
DEPARTMENT OF WEIGHTS AND MEASURES

145 Paul Road, Bldg 2, Rochester, New York 14624
Telephone: 585-753-7933

☐ RETEST
☐ RETEST REQUIRED

FIRM: Dollar General STORE NO: 08814 DATE: 6-29-23
ADDRESS: 525 Titus Ave. MAIN CONTACT:
TOWN/CITY: Irondequoit ZIP CODE: 14617 E-MAIL ADDRESS:

☐ SUPERMARKET ☐ FOOD STORE/DELI ☐ FISH/BUTCHER ☒ PRICE ACCURACY ☐ BAKERY ☐ DRUG ☐ HARDWARE
☐ GAS STATION ☐ GAS STATION/STORE ☐ VARIETY ☐ FUEL OIL DEALER ☐ PROCESS/WARE/MANUF. ☐ OTHER

| DEVICE TYPE | TOTAL NO. | | VISUAL INSPECTION: FOUND CORRECT | CORRECTED | OTHER | NOT SEALED | DEVICE TEST: PLUS | MINUS | OTHER | ORDERED REPAIRED | CON-DEMNED | NO CORRECT | TOTAL NO. | FEES: AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPUTING SCALE | | | | | | | | | | | | | | | |
| PRE - PACK SCALE | | | | | | | | | | | | | | | |
| CUSTOMER SCALE | | | | | | | | | | | | | | | |
| VEHICLE SCALE | | | | | | | | | | | | | | | |
| RACK METER | | | | | | | | | | | | | | | |
| PRESCRIPTION SCALE | | | | | | | | | | | | | | | |
| Hopper/Batch TANK SCALE | | | | | | | | | | | | | | | |
| PLATFORM SCALE | | | | | | | | | | | | | | | |
| MISC. SCALE | | | | | | | | | | | | | | | |
| PETROLEUM PUMPS | | | | | | | | | | | | | | | |
| WEIGHTS | | | | | | | | | | | | | | | |
| LINEAR MEASURE | | | | | | | | | | | | | | | |
| LINEAR DEVICE | | | | | | | | | | | | | | | |
| TIMING DEVICE | | | | | | | | | | | | | | | |
| VEHICLE TANK METER | | | | | | | | | | | | | | | |
| LIQUID MEAS. DEVICE | | | | | | | | | | | | | | | |
| TAXI METER | | | | | | | | | | | | | | | |

THIS AMOUNT PAYABLE IN 30 DAYS FROM ABOVE DATE. FAILURE TO PAY PROMPTLY MAY RESULT IN A CIVIL FINE. ➤ GRAND TOTAL

Devices listed below require repair or adjustment.

| Manuf. | Model No. | Serial No. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Notify Director of Weights and Measures when ready for retesting.

☐ "For Customer Use" sign required on or near a computing customer scale.

☐ Customer scale required must be easily accessible.

☐ Price signs must be posted on every pump or dispenser.

☐ Security seals on all approved devices applied on ____________

☐ Product used in testing as shown on this form was returned to proper storage tank, as instructed by operator.

| GALLONS PUMPED | | | |
|---|---|---|---|
| REGULAR | | DIESEL | |
| MID GRADE | | KERO | |
| PREMIUM NOLEAD | | | |

MAIL TO: Monroe County Dept of Weights & Measures, 145 Paul Rd, Bldg 2, Rochester, New York 14624

MAKE CHECK PAYABLE TO: County of Monroe - Director of Finance

REMARKS: Customer Complaint, Price Accuracy Inspection. Price Accuracy document given to store Manager. During inspection (100) items were tested, (13) errors were found. Of the (13) errors (12) overcharges and (1) undercharge (87% correct). (6) items were found without a price.

ACKNOWLEDGED BY: [signature]

INSPECTOR: Agent/George/Millman

It is the user's responsibility to maintain the accuracy of all weighing and measuring devices. All devices must start at zero and all indications displayed must be in agreement. Notify the Director immediately in writing of any new or reconditioned weighing and measuring device, which will be used commercially. All standards used are traceable to the national standards at NIST.

WHITE - DEPARTMENT'S COPY CANARY - INVOICE PINK - OFFICE COPY GOLDENROD - CUSTOMER'S COPY

COPY

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date : 6/29/23
Firm : DOLLAR GENERAL #08814
Address : 525 TITUS AVE
Town/City : IRONDEQUOIT NY. 14617

Report # A10860
Page 1 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | CLOROX 30oz Disinfecting cleaner | 9 | 44600080338 | 16 | $4.25 | $5.50 | +$1.25 |
| 2 | RICE CHEX | 7 | | | $3.85 | $3.85 | — |
| 3 | BACON CHEDDAR | 3 | | | $4.50 | $4.50 | — |
| 4 | CAP'N CRUNCH | 24 | | | $3.75 | $3.75 | — |
| 5 | RED BARON PIZZA | 14 | | | $5.95 | $5.95 | — |
| 6 | Pearl Millings complete Buttermilk | 18 | 30000653005 | 4 | $2.85 | $3.10 | +.25 |
| 7 | Snuggle pods | 5 | | | $4.00 | $4.00 | — |
| 8 | NO BAKE OREO | 8 | | | $3.30 | $3.30 | — |
| 9 | RC cola | 14 | | | $1.95 | $1.95 | — |
| 10 | MONSTER CAN | 29 | | | $2.40 | $2.40 | — |
| 11 | Papper pickles | 12 | | | $3.50 | $3.50 | — |
| 12 | TALL Kitchen BAGS | 7 | | | $5.25 | $5.25 | — |
| 13 | DAWN 32.7oz | 8 | | | $5.85 | $5.85 | — |
| 14 | Copper MESH | 6 | | | $1.00 | $1.00 | — |
| 15 | GAIN PODS | 2 | | | $15.95 | $15.95 | — |
| 16 | OXY CLEANER | 5 | | | $5.00 | $5.00 | — |
| 17 | SPAGHETTIOS MEATBALLS | 32 | | | $1.45 | $1.45 | — |
| 18 | STOVE TOP | 9 | | | $3.00 | $3.00 | — |
| 19 | MAC + CHEESE | 11 | | | $1.35 | $1.35 | — |
| 20 | welch's grape Jelly | 14 | | | $3.00 | $3.00 | — |
| 21 | MACKEREL | 8 | | | $2.00 | $2.00 | — |
| 22 | COKE 1 liter | 24 | | | $1.75 | $1.75 | — |
| 23 | UTZ Carolina Style | 8 | ~~41780351463~~ | TAG IN WRONG PLACE | ~~$3.00~~ 3.50 | $3.50 | ~~+.50~~ |
| 24 | OREO | 28 | | | $4.85 | $4.85 | — |
| 25 | V8 | 4 | | | $4.25 | $4.25 | — |

Acknowledged By: BG

Inspector(s): MILLMAN / GEORGE / AGENT

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Date : 6/29/23
Firm : DOLLAR GENERAL #08814
Address : 525 TITUS AVE.
Town/City : IRONDEQUOIT N.Y. 14617

Report # A 10860
Page 2 of 4

COPY

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Rice Krispies TREATS | 6 | | | @ 3.50 | @ 3.50 | ——— |
| 2 | GoGo Squeez | 9 | 89000001103 | 16 | @ 2.95 | @ 3.00 | +.05 |
| 3 | CESAR DOG FOOD | 10 | 23100122878 | 16 | @ 1.35 | @ 2.00 | +.65 |
| 4 | CAR WASH | 3 | | | @ 6.50 | @ 6.50 | ——— |
| 5 | LED BULB | 3 | | | @ 11.50 | @ 11.50 | ——— |
| 6 | TUFF BONE DOG | 4 | | | @ 4.50 | @ 4.50 | ——— |
| 7 | TIDY CATS LITTER | 1 | | | @ 8.50 | @ 8.50 | ——— |
| 8 | PURINA DOG FOOD | 7 | | | @ 6.75 | @ 6.75 | ——— |
| 9 | CAT FOOD CAN | 30 | | | @ .95 | @ .95 | ——— |
| 10 | ICEE SLUSH | 5 | | | @ 1.25 | @ 1.25 | ——— |
| 11 | Bamboo utensil | 15 | | | @ 1.00 | @ 1.00 | ——— |
| 12 | HARIBO watermelon | 7 | | | @ 2.75 | @ 2.75 | ——— |
| 13 | Dunkin HAZELNUT COFFEE | 6 | | | @ 9.95 | @ 9.95 | ——— |
| 14 | MINI DONUTS | 10 | | | @ 2.50 | @ 2.50 | ——— |
| 15 | HOT SHOT FOGGER | 25 | | | @ 7.50 | @ 7.50 | ——— |
| 16 | FOIL SHEETS | 38 | | | @ 1.00 | @ 1.00 | ——— |
| 17 | CHESTER'S popcorn | 18 | | | @ 1.00 | @ 1.00 | ——— |
| 18 | GLOW NECKLACES | 76 | | | @ 1.00 | @ 1.00 | ——— |
| 19 | BBQ CHIPS | 7 | | | @ 2.95 | @ 2.95 | ——— |
| 20 | SHOE LACES | 8 | | | @ 2.00 | @ 2.00 | ——— |
| 21 | Bounty | 10 | | | @ 6.25 | @ 6.25 | ——— |
| 22 | Super Soaker | 3 | | | @ 10.00 | @ 10.00 | ——— |
| 23 | Spider-MAN ARMBANDS | 29 | | | @ 3.00 | @ 3.00 | ——— |
| 24 | Spray Bottle | 18 | | | @ 1.00 | @ 1.00 | ——— |
| 25 | TORCH FUEL | 4 | | | @ 18.00 | @ 18.00 | ——— |

Acknowledged By: [signature]

Inspector(s): MILLMAN / GEORGE / AGER

COPY

**Monroe County Weights & Measures**
145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date : 6/29/23
Firm : DOLLAR GENERAL #08814
Address : 525 TITUS AVE.
Town/City : IRONDEQUOIT N.Y. 14617

Report # A10860
Page 3 of 4

Over Charge Refund Policy Posted
Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | Slim Jim | 8 | | | $1.50 | $1.50 | — |
| 2 | Pringles SNACK CAN | 31 | | | $1.75 | $1.75 | — |
| 3 | IRON CADDY | 3 | | | $7.50 | $7.50 | — |
| 4 | MISSION RIDGE MASK | 1 | | | $5.00 | $5.00 | — |
| 5 | HUGGIES DIAPER | 2 | | | $27.00 | $27.00 | — |
| 6 | GIRLS PJS | 3 | | | $5.00 | $5.00 | — |
| 7 | SOCKS | 10 | | | $5.00 | $5.00 | — |
| 8 | LEGO CITY | 5 | | | $5.50 | $5.50 | — |
| 9 | PAINT BRUSHES | 3 | 672125054413 | 20 | $5.35 | $5.50 | +$.15 |
| 10 | SOCCER BALL | 6 | | | $12.00 | $12.00 | — |
| 11 | ELMERS SCHOOL GLUE | 5 | 26000182164 | 20 | $7.00 | $8.00 | +$1.00 |
| 12 | WALKIE TALKIE | 4 | | | $7.50 | $7.50 | — |
| 13 | Dumbell | 10 | | | $8.00 | $8.00 | — |
| 14 | SAUNA SUIT | 8 | 672125067628 | 20 | $12.95 | $12.75 | —$.20 |
| 15 | WALL SIGN | 6 | | | $3.50 | $3.50 | — |
| 16 | Silver Cutlery combo | 7 | 81741061877 | 21 | $3.50 | $5.00 | $+1.50 |
| 17 | CAKE PAN | 4 | | | $6.00 | $6.00 | — |
| 18 | PARTY BAG | 4 | | | $1.00 | $1.00 | — |
| 19 | TABLE COVER | 8 | | | $3.50 | $3.50 | — |
| 20 | CUPS | 6 | | | $1.00 | $1.00 | — |
| 21 | BIC GEL-OCITY | 49 | 70330201330 | 21 END CAP | $2.00 | $2.50 | +$.50 |
| 22 | BABY TOY | 2 | | | $6.00 | $6.00 | — |
| 23 | HUGGIES WIPES | 13 | | | $3.50 | $3.50 | — |
| 24 | PAMPERS | 3 | | | $11.00 | $11.00 | — |
| 25 | 2 THONGS | 2 | | | $9.00 | $9.00 | — |

Acknowledged By: [signature]

Inspector(s): MILLMAN / GEORGE / AGENT

# Monroe County Weights & Measures

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

COPY

Date: 6/29/23
Firm: DOLLAR GENERAL #08814
Address: 525 TITUS AVE.
Town/City: IRONDEQUOIT N.Y. 14617

Report # A10860
Page 4 of 4

Over Charge Refund Policy Posted Yes ☐ No ☒

| | Item | Qty. | UPC | Area | Offered Price | Reg. | Error |
|---|---|---|---|---|---|---|---|
| 1 | BRIEFS | 2 | | | $8.50 | $8.50 | — |
| 2 | WIRELESS GEAR | 2 | | | $16.00 | $16.00 | — |
| 3 | C BATTERY | 2 | | | $9.35 | $9.35 | — |
| 4 | KIT KAT BAG | 10 | 34000286702 | FRONT | $4.25 | $4.95 | +$.70 |
| 5 | BODY SPRAY | 2 | | | $3.35 | $3.35 | — |
| 6 | MIRALAX | 3 | 41100820730 | 12 | $12.95 | $14.00 | +$1.05 |
| 7 | ALKA-SELTZER | 4 | 16500583424 | 12 | $7.00 | $7.95 | +$.95 |
| 8 | STACKER 3 | 11 | 358286980081 | 12 | $4.95 | $5.00 | +$.05 |
| 9 | GEL INSOLES | 4 | | | $6.75 | $6.75 | — |
| 10 | BUTT PASTE | 5 | | | $4.35 | $4.35 | — |
| 11 | BABY PACIFIER | 3 | | | $2.75 | $2.75 | — |
| 12 | PAN | 18 | | | $3.50 | $3.50 | — |
| 13 | Bowl Set | 9 | | | $6.50 | $6.50 | — |
| 14 | ICE CREAM Scooper | 4 | | | $3.50 | $3.50 | — |
| 15 | CONTAINER | 9 | | | $1.50 | $1.50 | — |
| 16 | PUFFS | 6 | | | $6.15 | $6.15 | — |
| 17 | SHOWER HOOK | 4 | | | $7.00 | $7.00 | — |
| 18 | coffee mug | 9 | | | $1.00 | $1.00 | — |
| 19 | clear blue | 3 | | | $9.95 | $9.95 | — |
| 20 | TAMPAX Pearl | 5 | | | $8.50 | $8.50 | — |
| 21 | Hello TOOTH PASTE | 5 | | | $6.00 | $6.00 | — |
| 22 | PANTENE | 4 | | | $6.00 | $6.00 | — |
| 23 | Depends | 8 | | | $15.65 | $15.65 | — |
| 24 | COCONUT GRENTA OIL | 3 | | | $2.35 | $2.35 | — |
| 25 | EYE LASHES | 12 | | | $2.00 | $2.00 | — |

Acknowledged By: [signature]

Inspector(s): MILLMAN / GEORGE / AG

145 Paul Road - Building 2
Rochester, New York 14624
Phone: (585) 753-7933

Report #
Page 1 of 1

Date : 6-29-23
Firm : Dollar General #08814
Address : 525 Titus Ave.
Town/City : Irondequoit

Over Charge Refund Policy Posted
Yes ☐ No ☒

COPY

| Qty. | Products/SKU's Found Missing Retail Price | Location |
|---|---|---|
| 31 | Tide Pods, 3700075257 8 | Aisle 15 |
| 18 | Hotwheels, 19117350153 68 | Aisle 15 |
| 22 | Stuffed Puffs, 851932004587 | Aisle 6 |
| 44 | Off Spray, 46500775802 | Aisle 17 |
| 1 | Quart Canning Jar, 4300017244 05 | Aisle 5 |
| 94 | Everready Batteries, 398000300 85 | Aisle 20 |

Acknowledged By: [signature]

Inspector(s): AGENT / GEORGE / M

COPY

COPY

DOLLAR GENERAL STORE #08814
IRONDEQUOIT, NY 585-504-1416

| | | | |
|---|---|---|---|
| ASKILLS LONG BRUSH | 672125054413 | | 5.50 S |
| PEARL MILLING BTRM | 030000653005 | E | 3.10 |
| KIT KAT MINIATURES | 034000226702 | E | 4.95 S |
| SAUNA SUIT | 672125067628 | | 12.75 S |
| BIC GELOCITY 2P FA | 070330201330 | | 2.50 S |
| ELMERS SCHOOL GLUE | 026000182164 | | 8.00 S |
| CESAR SC CH CA BR | 023100122878 | | 2.00 S |
| ALKA SLTZR PL C C | 016500683424 | | 7.95 |
| GOGO SQZ APPLE SAU | 890000001103 | E | 3.00 |
| CLOROX BATH CLNR 3 | 044600080338 | | 5.50 S |
| MIRALAX-14 DOSE | 041100820730 | | 14.00 |
| STACKER 3 EFFERV C | 358286980081 | | 5.00 S |
| 36- SILVER CUTLERY | 081741001877 | | 6.00 S |
| SUBTOTAL | | | $79.25 |
| Tax1 | | | $4.10 |
| TOTAL SALE | | | $83.35 |

ABORTED

CUSTOMER DIDN'T WANT

CCTV REVIEWED BY / DATE

MANAGER APPROVAL

CASHIER SIGNATURE
2023-06-29 09:28:20 08814 02 8201



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20221101

November 3, 2022

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/25/22

Evidence has been submitted to this office indicating that on the date of October 25, 2022, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $1500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 10/25/22

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 10/25/22

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General Store #9558 7669 State Highway 68 Ogdensburg NY 13669

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Slim Jim mild | 26200 14444 | | | Y | 3.75 | SH | 6.25 | violation | | ✓ |
| 2. | LifeSaver Gummies | 22000 29028 | | | Y | 3.65 | SH | 4.56 | violation | | ✓ |
| 3. | Sprite 12 pack | 49000 03711 | | | Y | 6.75 | SH | 7.56 | violation | | ✓ |
| 4. | Swiffer XL wet cloth | 37000 74471 | | | Y | 9.50 | SH | 10.00 | violation | | ✓ |
| 5. | Airspun powder | 31655 00018 | | | Y | 6.00 | I | 6.75 | violation | | ✓ |
| 6. | STS Crossover system | 24500 30535 | | | Y | 6.50 | SH | 5.35 | Error | ✓ | |
| 7. | Rx Omega | 01220 29355 | | | Y | 7.95 | SH | 5.75 | customer [illegible] | — | — |
| 8. | Skinny Dean meat lover | 77900 70615 | | | Y | 3.50 | SH | 3.75 | violation | | ✓ |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 6

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 100 items scanned
6 violations found 94% Accuracy

**Acknowledged by:** [signature] Olivia Baker

**Inspector:** [signature] 376

rev 150904

CONFIDENTIAL

DG_WOLF_0011050

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Dollar General #4127 | Date | 11/17/22 |
|---|---|---|---|
| Address | 315 W. Ferry St. | Type | Department |
| Town | Buffalo, NY 14213 | Price Log # | |

Summary of Reports 5360341 through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | N/A |
| C. Total Correct | 174 | Units Failed | |
| D. Total Overpriced | 26 | Type of Inspection | |
| % Overpriced (d ÷ a) | 13% | ☒ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy 2022 Non-Waiver | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☒ No

REMARKS

Please correct violations that were noted at time of inspection



S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| | | | | | Total | | | | |
| | | | | | Number | | | | |

TOTAL UNITS________

Acknowledged by

Inspector

Page _____ of _____



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total

Number

Acknowledged by

Inspector

Page ______ of ______



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | [illegible] | | | | | [illegible] |
| 3. [illegible] | [illegible] | | | | | | | | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | [illegible] |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 13. [illegible] | [illegible] | | | | | | | | [illegible] |
| 14. [illegible] | [illegible] | | | | | | | | [illegible] |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 17. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 18. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |

TOTAL UNITS [illegible]

Total [illegible]

Number [illegible]

[illegible]

Acknowledged by

Inspector

Page ______ of ______

S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS____________

Total

Number

Acknowledged by

Inspector

Page ______ of ______



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports _______ through _______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | _______ | Total Units | _______ |
| B. Total Under Prices | _______ | Units Passed | _______ |
| C. Total Correct | _______ | Units Failed | _______ |
| D. Total Overpriced | _______ | Type of Inspection | |
| % Overpriced (d ÷ a) | _______ | ☐ 1st Inspection | |
| Shelf Tag Violations | _______ | ☐ 2nd Inspection | |
| Status of Inspection | _______ | ☐ Complaint | _______ |
| ☐ Waiver Application | | ☐ Follow-up | _______ |
| ☐ Scanner Accuracy | | ☐ Other | _______ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

_______________________ Acknowledged

_______________________ Inspector



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date 5/11/2023 |
|---|---|
| Address | Type |
| Town NY 14042 | Price Log # |

Summary of Reports 38642 through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | N/A |
| C. Total Correct | 199 | Units Failed | |
| D. Total Overpriced .40 | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | .50% | ☐ 1st Inspection | |
| Shelf Tag Violations | 4 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☑ No

REMARKS - Please correct violations cited

Acknowledged Jeanette Rotkowski

Inspector

CONFIDENTIAL DG_WOLF_0020465

S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jack Links [illegible] | 028400712996 | | | | | | | | 1 |
| 2. [illegible] Coke 235 ml | 04900006 4632 | | | | | | | | 2 |
| 3. [illegible] Bay [illegible] | [illegible] | | | | | | | | 3 |
| 4. Kingsford Easy Light [illegible] | [illegible]1600032032 | | | | | | | | 4 |
| 5. Hamburger Helper [illegible] | [illegible]0417517 | 2.25 | 1.85 | | | | | .40 | — |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| | | | | | | Total 0 | | .40 | |
| | | | | | | Number | | 1 | 4 |

TOTAL UNITS 5

Jeanette Rutkowski
Acknowledged by

Inspector

Page 1 of 01



**ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES**
**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

# CIVIL PENALTY

ISSUED: July 2, 2020

**1st Inspection**
INSPECTION DATE: 6/26/20
REPORT: LL30691
PENALTY #: IP-12806

Dollar General #14978
122 South Main Street
Holland, NY 14080

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

## ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 2 | violation(s): | Penalty: | $100.00 |
| 2 | Section 14 - Shelf Tags | 0 | violation(s): | Penalty: | $ 0.00 |
| 3 | Section 10.g.v.– Failure to correct Super Refund item – PD564413 | 0 | violation(s): | Penalty: | $ 0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| | | | |
|---|---|---|---|
| **Total Penalty Amount:** | **$100.00** | **Payable by:** | **7/31/20** |

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

You may request an informal hearing by contacting this office within 15 days of the issue date. At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE PENALTY # LISTED ABOVE**

Very truly yours,

Paula A. Trimper

Director
Erie County Bureau of Weights & Measures



**ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES**
**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

# CIVIL PENALTY

ISSUED: July 2, 2020

**1st Inspection**
INSPECTION DATE: 6/26/20
REPORT: LL30691
PENALTY #: IP-12806

Dollar General #14978
122 South Main Street
Holland, NY 14080

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

## ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 2 | violation(s): | Penalty: | $100.00 |
| 2 | Section 14 - Shelf Tags | 0 | violation(s): | Penalty: | $ 0.00 |
| 3 | Section 10.g.v.– Failure to correct Super Refund item – PD564413 | 0 | violation(s): | Penalty: | $ 0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| | | | |
|---|---|---|---|
| **Total Penalty Amount:** | **$100.00** | **Payable by:** | **7/31/20** |

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

You may request an informal hearing by contacting this office within 15 days of the issue date. At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE PENALTY # LISTED ABOVE**

Very truly yours,

*Paula A. Trimper*

Director
Erie County Bureau of Weights & Measures

LL

COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ________ through ________

| Scanner Accuracy | |
|---|---|
| A. Total Units | |
| B. Total Under Prices | |
| C. Total Correct | |
| D. Total Overpriced | |
| % Overpriced (d ÷ a) | |
| Shelf Tag Violations | |

| Item Pricing | |
|---|---|
| Total Units | |
| Units Passed | |
| Units Failed | |

Status of Inspection

- ☐ Waiver Application
- ☒ Scanner Accuracy
- ☐ Item Pricing

Type of Inspection

- ☒ 1st Inspection
- ☐ 2nd Inspection
- ☐ Complaint
- ☐ Follow-up
- ☐ Other

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

Acknowledged ________________ Inspector ________________



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | | | | | .50 | — |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | .50 | — |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

| | Under | Over | Shelf Tag |
|---|---|---|---|
| Total | 0 | 1.00 | |
| Number | 0 | 2 | 0 |

[signature]
Acknowledged by

Inspector

Page 1 of 1



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Coca Cola Energy | 049000081374 | | | | | | | | 1 |
| 2. Clover Valley 2% [illegible] | [illegible] | | | | | | | | 2 |
| 3. [illegible] | [illegible] | | | | | | | | 3 |
| 4. Clover Valley Orange Juice | [illegible] | | | | | | | | 4 |
| 5. Mtn Dew [illegible] | [illegible] | | VARIOUS | | | | | | 5 |
| 6. Gatorade Orange [illegible] | [illegible] | | VARIOUS | | | | | | 6 |
| 7. [illegible] Jerky [illegible] | [illegible] | | | | | | | | 7 |
| 8. [illegible] | [illegible] | | | | | | | | 8 |
| 9. [illegible] | [illegible] | 2.35 | 2.10 | | | | | .25 | — |
| 10. Dr Pepper [illegible] | [illegible] | 1.10 | 1.00 | | | | | .10 | — |
| 11. [illegible] | [illegible] | 1.00 | .90 | | | | | .10 | — |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 10

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | | .45 | |
| Number | 0 | | 3 | 7 |

Acknowledged by

Inspector

Page 1 of 1



S-200 2020 4

LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm Dollar General #10547 | Date 2-26-2020 |
| Address 4257 Lake Avenue | Type Dept |
| Town Blasdell, NY 14219 | Price Log # N/A |

Summary of reports ________ through ________

| Scanner Accuracy | | | Item Pricing | |
|---|---|---|---|---|
| A. Total Units | | 200 | Total Units | N/A |
| B. Total Under Prices | ∅ | ∅ | Units Passed | |
| C. Total Correct | | 197 | Units Failed | |
| D. Total Overpriced | .45 | 3 | Type of Inspection | |
| % Overpriced (d ÷ a) | 98.50% | 1.500% | ☒ 1st Inspection 2020 | |
| Shelf Tag Violations | | 7 | ☐ 2nd Inspection | |
| Status of Inspection | | | ☐ Complaint | |
| ☐ Waiver Application | | | ☐ Follow-up | |
| ☒ Scanner Accuracy No Waiver | | | ☐ Other | |
| ☐ Item Pricing | | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:
Please correct violations noted

Acknowledged

Inspector [signature]
1005



LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm Dollar General | Date 2/21/2020 |
| Address 338 Kenmore Ave | Type Department |
| Town Kenmore, NY 14223 | Price Log # N/A |

Summary of reports 531388 through 531389

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | N/A |
| B. Total Under Prices | 197 | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced $1.15 | 3 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1.50% | ☑ 1st Inspection 2020 | |
| Shelf Tag Violations | 24 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy 100-Item Waiver | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☑ No

REMARKS:
* Consumer Rights Notice N/A
* Please correct violations.
* I scanned items that need tags.
* Manager is Dean.

Acknowledged

Inspector



S

COUNTY OF ERIE

Bureau of Weights & Measures
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | | | | | | | 1 |
| 2. [illegible] | [illegible] | [illegible] | | | | | | | 2 |
| 3. [illegible] | [illegible] | [illegible] | | | | | | [illegible] | |
| 4. [illegible] | [illegible] | [illegible] | | | | | | | 3 |
| 5. [illegible] | [illegible] | [illegible] | | | | | | | 4 |
| 6. [illegible] | [illegible] | | | | | | | | 5 |
| 7. [illegible] | [illegible] | 3.75 | 3.25 | | | | | [illegible] | |
| 8. [illegible] | [illegible] | | | | | | | | 6 |
| 9. [illegible] | [illegible] | [illegible] | | | | | | | 7 |
| 10. [illegible] | [illegible] | [illegible] | | | | | | | 8 |
| 11. [illegible] | [illegible] | | | | | | | | 9 |
| 12. [illegible] | [illegible] | | | | | | | | 10 |
| 13. [illegible] | [illegible] | | | | | | | | 11 |
| 14. [illegible] | [illegible] | [illegible] | | | | | | | 12 |
| 15. [illegible] | [illegible] | [illegible] | | | | | | | 13 |
| 16. [illegible] | [illegible] | | | | | | | | 14 |
| 17. [illegible] | [illegible] | | | | | | | | 15 |
| 18. [illegible] | [illegible] | | | | | | | | 16 |

TOTAL UNITS 18

Total [illegible]

Number [illegible]

Acknowledged by

Inspector [signature]

Page 1 of



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] |
| 2. [illegible] | [illegible] | | | | | | | | [illegible] |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 4. [illegible] | [illegible] | | | | | | | | [illegible] |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | 5 |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | | | [illegible] |
| 8. [illegible] | [illegible] | 3.50 | 3.35 | | | | | .15 | |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______ .15

Number ______ 1

Acknowledged by ______

Inspector ______

Page ______ of ______



**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit<br>Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | 1 |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | -- |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | - |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 5. [illegible] | [illegible] | | | | | | | | [illegible] |
| 6. [illegible] | [illegible] | | | | | | | | [illegible] |
| 7. [illegible] | [illegible] | | | | | | | | [illegible] |
| 8. [illegible] | [illegible] | | | | | | | | 5 |
| 9. [illegible] | [illegible] | | | | | | | | [illegible] |
| 10. [illegible] | [illegible] | | | | | | | | 7 |
| 11. [illegible] | [illegible] | | | | | | | | 8 |
| 12. [illegible] | [illegible] | | | | | | | | [illegible] |
| 13. [illegible] | [illegible] | | | | | | | | [illegible] |
| 14. [illegible] | [illegible] | | | | | | | | [illegible] |
| 15. [illegible] | [illegible] | | | | | | | | 12 |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | — |
| 17. [illegible] | [illegible] | | | | | | | | [illegible] |
| 18. [illegible] | [illegible] | | | | | | | | [illegible] |

TOTAL UNITS [illegible]

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | [illegible] | [illegible] | [illegible] | [illegible] |
| Number | [illegible] | [illegible] | [illegible] | [illegible] |

Acknowledged by ______________________

Inspector ______________________

Page [illegible] of [illegible]



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | 2 | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | 10 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☑ No

REMARKS:

Acknowledged

Inspector



# COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
*2380 Clinton Street, Buffalo, NY 14227*
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | 2 | Units Passed | |
| C. Total Correct | 188 | Units Failed | |
| D. Total Overpriced | 10 | Type of Inspection | |
| % Overpriced (d ÷ a) | % | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

*Violations were Corrected During Inspection* ☐ *Yes* ☑ *No*

REMARKS:



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | |
| 2. [illegible] | [illegible] | | | | | | | | |
| 3. [illegible] | [illegible] | | | | | | | | |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 5. [illegible] | [illegible] | | | | | | | | |
| 6. | | | | | | | | | |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 8. [illegible] | [illegible] | | | | | | | | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | | | |
| 10. [illegible] | [illegible] | | | | | | | | [illegible] |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 14. [illegible] | [illegible] | | | | | | | | |
| 15. [illegible] | [illegible] | | | | | | | | |
| 16. [illegible] | [illegible] | | | | | | | | [illegible] |
| 17. [illegible] | [illegible] | | | | | | | | [illegible] |
| 18. [illegible] | [illegible] | | | | | | | | |

TOTAL UNITS 17

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | [illegible] | | | [illegible] |
| Number | [illegible] | [illegible] | [illegible] | [illegible] |

Acknowledged by

Inspector

Page 1 of 2



LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ____ | Total Units | ____ |
| B. Total Under Prices | ____ | Units Passed | ____ |
| C. Total Correct | ____ | Units Failed | ____ |
| D. Total Overpriced | ____ | Type of Inspection | |
| % Overpriced (d ÷ a) | ____ | ☑ 1st Inspection | |
| Shelf Tag Violations | ____ | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | ____ |
| ☐ Waiver Application | | ☐ Follow-up | ____ |
| ☑ Scanner Accuracy | | ☐ Other | ____ |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

Acknowledged by

Inspector

Page ______ of ______



# ERIE COUNTY BUREAU OF WEIGHTS AND MEASURES

**2380 Clinton Street, Cheektowaga, New York 14227**
**(716) 825-1310 Fax (716) 823-7686**

## CIVIL PENALTY

ISSUED: March 2, 2020

Dollar General #13305
2750 Harlem Rd.
Cheektowaga, NY 14225

**1st Inspection**
INSPECTION DATE: 2/19/20
REPORT: LL30480
PENALTY # IP-12474

Evidence submitted in the report noted above indicates that the following violations have been recorded as follows:

### ERIE COUNTY LOCAL LAW NO. 7 (1997)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Section 9 - Scanner Accuracy | 4 | violation(s): | Penalty: | $200.00 |
| 2 | Section 14 - Shelf Tags | 0 | violation(s): | Penalty: | $0.00 |
| 3 | Section 10.G.5 Failure to Correct Super Refund item within 3 hours | 0 | violation(s): | Penalty: | $0.00 |

Under Section 181.17 an action is hereby commenced against you by the County of Erie to recover a civil penalty pursuant to Section 39/40.

| **Total Penalty Amount:** | **$200.00** | **Payable by:** | **4/1/20** |
|---|---|---|---|

If such amount is received and the objectionable conditions are remedied, the payment will be accepted as full settlement. The payment will not be considered as an admission of guilt.

You may request an informal hearing by contacting this office within 15 days of the issue date. At this hearing you will be able to present any evidence which may exonerate your firm against these charges. Failure to pay this civil penalty will result in this case being turned over to the County Attorney. They will be authorized to recover the full statutory amount as well as all costs associated with the collection.

---

**PAYABLE TO:** **Erie County Comptrollers (WM)**
**(Check or money order)**

**REMIT TO:** **Erie County Bureau of Weights & Measures**
**2380 Clinton Street**
**Buffalo, New York 14227**

**To pay online by credit card, please visit www.erie.gov/dpw/wm.asp**

**IN ORDER TO BE PROPERLY CREDITED YOU MUST INCLUDE THE PENALTY # LISTED ABOVE**

Very truly yours,

Paula A. Trimper

Director
Erie County Bureau of Weights & Measures





LL

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Firm | Date 2-19-2020 |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 300 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☒ 1st Inspection | |
| Shelf Tag Violations | 0 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged

Inspector

S [illegible]

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Keeping Unit Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | | | | | .50 | |
| [illegible] | [illegible] | 5.75 | 5.50 | | | | | .25 | |
| [illegible] | [illegible] | [illegible] | 5.50 | | | | | .50 | |
| [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | Under | Over |
|---|---|---|
| Total | 0 | $1.50 |
| Number | 0 | [illegible] |

TOTAL UNITS 4



# COUNTY OF ERIE

**MARK C. POLONCARZ**

COUNTY EXECUTIVE

WILLIAM E. GEARY, JR.
COMMISSIONER

DEPARTMENT OF PUBLIC WORKS
RATH BUILDING, ROOM 1400

TELEPHONE: 716.858.8300
FAX: 716.858.8228

October 21, 2019

Reginald Sessum
Store Manager
Dollar General
2750 Harlem Rd.
Cheektowaga, NY 14225

**RE: Request for Exemption from Item Pricing/ Scanner Accuracy Local Law No. 7 (1997), Section 3 Our File No.: 28-20090066**

Dear Mr. Sessum:

Thank you for your letter requesting an exemption from the item pricing requirements of Local Law No. 7 (1997) pursuant to Section 3a. Based upon your sworn statement, Local Law No. 7 (1997), Section 3, does presently apply at the referenced location. This location is exempt from placing individual item price tags on your commodities. All other provisions of Local Law No. 7 (1997) still apply and are subject to verification by our department.

Should this location hire more full-time employees (outside of your immediate family), you agree to notify us immediately in writing. If you have any questions or require additional information, please contact Paula A. Trimper, Director of the Erie County Bureau of Weights and Measures at (716) 825-1310.

**Effective: 10/9/19** **Expires: 10/9/24**

Please display this notice conspicuously with your other business licenses and permits.

Sincerely,

By ______________________
William E. Geary, Jr.
Commissioner of Public Works

WEG/skb
PC: Paula Trimper, Director, Erie County Bureau of Weights/Measures

V:\Public Works\Highways - Main\General Administration\Exempt Letters\2019\nic's village deli inc 10-21-19.doc



COUNTY OF ERIE

LL

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| | | | |
|---|---|---|---|
| Firm | [illegible] | Date | [illegible] |
| Address | 427 [illegible] | Type | [illegible] |
| Town | [illegible] | Price Log # | |

Summary of reports [illegible] through ——

| Scanner Accuracy | | | Item Pricing | |
|---|---|---|---|---|
| A. Total Units | | [illegible] | Total Units | |
| B. Total Under Prices | [illegible] | 2 | Units Passed | |
| C. Total Correct | | 91 | Units Failed | |
| D. Total Overpriced | [illegible] | 7 | Type of Inspection | |
| % Overpriced (d ÷ a) | 95% | 7% | ☑ 1st Inspection | [illegible] |
| Shelf Tag Violations | [illegible] | 8 | ❑ 2nd Inspection | |
| Status of Inspection | | | ❑ Complaint | |
| ❑ Waiver Application | | | ❑ Follow-up | |
| ☑ Scanner Accuracy | | | ❑ Other | |
| ❑ Item Pricing | | | | |

Violations were Corrected During Inspection ❑ Yes ☑ No

REMARKS:

[illegible]

Acknowledged

Inspector



S

**COUNTY OF ERIE**

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | 2 |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | 3 |
| 13. | | | | | | | | | 4 |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | 7 |
| 17. | | | | | | | | | 8 |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total ________

Number ________

________ Acknowledged by

________ Inspector

Page ______ of 1

Paula Tripper
(716)825-1310

# County of Erie

**Mark Poloncarz**
Erie County Executive

**Karen L. King, PhD**
**Commissioner of Public Advocacy**

**Paula A. Trimper**
**Director**

OFFICE OF PUBLIC ADVOCACY
BUREAU OF WEIGHTS AND MEASURES

**TELEPHONE:** (716) 825-1310
**FAX:** (716) 823-7686
**EMAIL:** Paula.Trimper@erie.gov

**To obtain a copy of Erie County's Local Law 7 (1997), please make your request on company letterhead or specify company name and address and mail to:**

**ERIE COUNTY**
**BUREAU OF WEIGHTS & MEASURES**
**2380 CLINTON STREET**
**CHEEKTOWAGA, NEW YORK 14227**

**OR FAX YOUR REQUEST TO: 823-7686**

**Please write or fax only. Do not call**

**Your copy of Local Law 7 (1997) will be sent by US Postal Service**

**OR**

**You can access the law online by visiting www.erie.gov**

**Search: Local Law 7 (1997)**

After you have reviewed the law, your questions and concerns will be handled through the Bureau of Weights and Measures



S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. [illegible] | [illegible] | | | | | | | | |
| 2. [illegible] | [illegible] | | | | | | | | |
| 3. [illegible] | [illegible] | | | | | | | | |
| 4. [illegible] | [illegible] | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

______
Acknowledged by

______
Inspector

Page ______ of ______



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

________________
Acknowledged

________________
Inspector





# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | [illegible] |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 3. [illegible] | [illegible] | | | | | | | | [illegible] |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 6. [illegible] | [illegible] | | | | | | | | [illegible] |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 8. [illegible] | [illegible] | | | | | | | | [illegible] |
| 9. [illegible] | [illegible] | [illegible] | | | | | | | [illegible] |
| 10. [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | [illegible] |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | [illegible] |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS [illegible]

Total [illegible]

Number

[illegible]
Acknowledged by

[illegible]
Inspector

Page _____ of _____



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d ÷ a) | ______ | ☐ 1st Inspection | |
| Shelf Tag Violations | ______ | ☐ 2nd Inspection | |
| Status of Inspection | ______ | ☐ Complaint | ______ |
| ☐ Waiver Application | | ☐ Follow-up | ______ |
| ☐ Scanner Accuracy | | ☐ Other | ______ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

______________________ Acknowledged

______________________ Inspector

DOLLAR GENERAL STORE #08363
ALDEN, NY 716-431-4523

| | |
|---|---|
| FINISH QUANTUM 37C 051700206131 | 12.50 S |
| DIET MTN DEW 20OZ 012000001345 ECE | 2.50 S |
| OTH BOTTLE DEP- .05 E/CE | |
| | 0.05 |
| ARTSKILLS HOLO LET 672125013601 | 3.00 S |
| SENTRY 2PK WIRED E 080068000099 | 5.50 S |
| RX ADV AB SHEER LR 888277718770 | 3.75 |
| PETER PAN PB CREAM 045300000503 E | 4.50 |
| SUBTOTAL | $31.80 |
| Tax1 | $2.06 |
| TOTAL SALE | $33.86 |

ABORTED

SYSTEM ERROR

---

CCTV REVIEWED BY / DATE

---

MANAGER APPROVAL

---

CASHIER SIGNATURE
2023-09-19 11:20:29 08363 02 6439



St. Lawrence County

**DEPARTMENT OF CONSUMER AFFAIRS**

*Bureau of Weights & Measures*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240306

March 28, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Reports dated 3/1/24 & 3/20/24

Evidence has been submitted to this office indicating that on the dates of March 1, 2024 and March 20, 2024, an inspector from this Bureau visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *F.4. In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County*

***As a result of failing to achieve an average accuracy of 98%, with an average accuracy of 97.5%, you are required to reapply for a waiver per Section 7.F.4 of the St. Lawrence County Item Pricing Law. The waiver application and required $750.00 fee must be received within FIVE (5) business days after being notified of the failure. Stores which do not reapply must immediately comply with all requirements of the item pricing law.***

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 3/20/24

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: DOLLAR GENERAL #22686 3712 STATE HIGHWAY 37 MORRISTOWN NY

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. SLIM JIM JALAPENO CHEESE | 26200 14160 | | | Y | 1.65 | SH | 1.55 | ERROR | ✓ | |
| 2. NISSIN TOP RAMEN CHICKEN 3oz | 70662 01003 | | | Y | 1.00 | SH | 0.50 | ERROR | ✓ | |
| 3. AIRWICK OIL SUMMER 3 COUNT | 62338 92948 | | | Y | 7.75 | SH | 7.65 | ERROR | ✓ | |
| 4. DUNKIN COLD 10 COUNT | 81334 01515 | | | Y | 9.00 | SH | 6.50 | ERROR | ✓ | |
| 5. AIRWICK OIL LINEN 2 COUNT | 62338 82291 | | | Y | 5.50 | SH | 6.50 | OK - INSPECTOR ERROR | — | |
| 6. DAYQUIL COLD/FLU SEVERE | 23900 03812 | | | Y | 11.75 | SH | 10.50 | ERROR | ✓ | |
| 7. CASCADE ACTION PACK 30 | 37000 70767 | | | Y | 11.25 | SA | 11.50 | VIOLATION | | ✓ |
| 8. WG SHAM - CNUT OIL | 03087 45938 | | | Y | 4.50 | SH | 3.75 | ERROR | ✓ | |
| 9. TOLLHOUSE SANDWICH | 50000 69659 | | | Y | 7.75 | SH | 3.25 | ERROR | ✓ | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 5TH WAIVER RENEWAL INSPECTION - 100 ITEMS SCANNED
1 VIOLATIONS FOUND - 99 % ACCURACY

Acknowledged by: X [signature]

Inspector: [signature] #377

rev 150904

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 3 / 1 / 24

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: DOLLAR GENERAL #22686, 3712 STATE HIGHWAY 37, MORRISTOWN NY

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. M&M PEANUT STANDUP | 40000 57977 | | | Y | 4.75 | SH | 4.95 | VIOLATION | | ✓ |
| 2. JACKLINK TERIYAKI BITES | 28400 71300 | | | Y | 3.35 | SH | 3.25 | ERROR | ✓ | |
| 3. IAMS MINICHUNKS | 19014 80019 | | | Y | 20.50 | SA | 23.70 | VIOLATION | | ✓ |
| 4. HF BONE JUMBO | 15958 99024 | | | Y | 3.65 | SH | 5.20 | VIOLATION | | ✓ |
| 5. STARKIST JALAPENO | 80000 51486 | | | Y | 1.50 | SA | 1.35 | ERROR | ✓ | |
| 6. GRANITE ROCK FRY PAN | 80313 02144 | | | Y | 20.00 | SH | 7.50 | ERROR | ✓ | |
| 7. TBSP FACIAL MASK HPD | 84628 15684 | | | Y | 1.50 | SH | 2.00 | VIOLATION | | ✓ |
| 8. TYLENOL SEVERE COUGH | 00450 52209 | | | Y | 9.00 | SH | 10.00 | OK - CUSTOMER MOVED ITEM | | — |
| 9. ARM & HAMMER CLEANBURST/USA | 33200 00266 | | | Y | 9.95 | SH | 9.65 | OK - INSPECTOR ERROR | | — |
| 10. DEGREE DEODORANT | 79400 08602 | | | Y | 7.75 | SH | 7.35 | OK - INSPECTOR ERROR | | — |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 4TH WAIVER RENEWAL INSPECTION · 100 ITEMS SCANNED
4 VIOLATIONS FOUND - 96% ACCURACY

Acknowledged by: X [signature]

Inspector: [signature] 377

rev 150904



# COUNTY OF ERIE

**Bureau of Weights & Measures**

2380 Clinton Street, Buffalo, NY 14227

(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ________ | Total Units | ________ |
| B. Total Under Prices | ________ | Units Passed | ________ |
| C. Total Correct | ________ | Units Failed | ________ |
| D. Total Overpriced | ________ | Type of Inspection | |
| % Overpriced (d ÷ a) | ________ | ☐ 1st Inspection | |
| Shelf Tag Violations | ________ | ☐ 2nd Inspection | |
| Status of Inspection | ________ | ☐ Complaint | ________ |
| ☐ Waiver Application | | ☐ Follow-up | ________ |
| ☐ Scanner Accuracy | | ☐ Other | ________ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

______________________________ Acknowledged

______________________________ Inspector



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ____________

Total

Number

Acknowledged by ____________

Inspector ____________

Page ______ of ______

S-200

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm: Dollar General #10256 | Date: 10/16/23 |
|---|---|
| Address: 12968 Main Rd | Type: Department |
| Town: Akron NY 14001 | Price Log #: N/A |

Summary of Reports S 37807 through —

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | |
| B. Total Under Prices 0.00 | 0 | Units Passed | |
| C. Total Correct | 199 | Units Failed | |
| D. Total Overpriced 9.50 | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) 99.5% | .5% | ☐ 1st Inspection | |
| Shelf Tag Violations | 10 | ☑ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☑ Scanner Accuracy NON-WAIVER | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☑ No

REMARKS

Please correct violations cited

Scanner Accuracy = 99.5%

Acknowledged: [signature] Hallman

Inspector: [signature]
IN 11:20



S 37[illegible]

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jack Links Flaming Hot | 025400712965 | | | | | | | | 1 |
| 2. Downy Bedside Cotton | 037000510393 | | | | | | | | |
| 3. Puffs Plus Lotion | 037000518670 | | | | | | | | 3 |
| 4. Chapstick Mint 3 Pk | 305731349214 | | | | | | | | 4 |
| 5. Extra Spearmint Gum | 022000017571 | | | | | | | | 5 |
| 6. Maxwell House Coffee | 043000046187 | | | | | | | | 6 |
| 7. Heartland Farms Trimmings | 841351198820 | | | | | | | | 7 |
| 8. Clover Valley Shredded Wheat | 076924560374 | 2.95 | 2.45 | | | | | .50 | — |
| 9. Coca Cola 1.5 Liter | 049000055375 | | | | | | | | |
| 10. Kick Start Fruit Punch | 012000110467 | | | | | | | | 1 |
| 11. Lipton Green Tea Single | 012000012754 | | | | | | | | 10 |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 11

Total

Number

[signature]
Acknowledged by

Inspector

Page 1 of 1



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20231005

October 12, 2023

**RETURN RECEIPT REQUESTED**

Dollar General Store #16163
Attn: Store Manager
57 South Main Street
Norwood, NY 13668

Re: Item Pricing/Scanner Accuracy Inspection Report dated 10/11/23

Evidence has been submitted to this office indicating that on the date of October 11, 2023, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

DATE: 10/11/23

Page 1 of 1

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

**Business Name / Address:** Dollar General #16163 57 South Main St Norwood, NY 13668

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Honey Roasted Cashews | 29000 07534 | | | Y | 1.25 | SH | 1.65 | Violation | | ✓ |
| 2. | Lipton Unsweetened Tea | 12000 28620 | | | Y | 1.10 | SH | 2.25 | Violation | | ✓ |
| 3. | Heavy Duty Sponge | 30001 51823 | | | Y | 4.50 | SH | 5.00 | Violation | | ✓ |
| 4. | | | | | | | | | | | |
| 5. | | | | | | | | | | | |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

**Total Violations:** 3

**COMMENTS:** 1st Waiver Renewal Inspection - 100 items Scanned
3 Violations Found - 97% Accuracy

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**Acknowledged by:** [signature]

**Inspector:** [signature] 375

rev 150904



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ____________ through ______________

| Scanner Accuracy | Item Pricing |
|---|---|
| A. Total Units ________ | Total Units ________ |
| B. Total Under Prices ________ | Units Passed ________ |
| C. Total Correct ________ | Units Failed ________ |
| D. Total Overpriced ________ | Type of Inspection |
| % Overpriced (d ÷ a) ________ | ☐ 1st Inspection |
| Shelf Tag Violations ________ | ☐ 2nd Inspection |
| Status of Inspection ________ | ☐ Complaint ________ |
| ☐ Waiver Application | ☐ Follow-up ________ |
| ☐ Scanner Accuracy | ☐ Other ________ |
| ☐ Item Pricing | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

_______________________________
Acknowledged

_______________________________
Inspector

S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total

Number

Acknowledged by

Inspector

Page ______ of ______



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ____________ through ____________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. [illegible] | [illegible] | | | | | | | | 1 |
| 2. [illegible] | [illegible] | | | | | | | | 2 |
| 3. [illegible] | [illegible] | | | | | | | | 3 |
| 4. [illegible] | [illegible] | | | | | | | | 4 |
| 5. [illegible] | [illegible] | | | | | | | | 5 |
| 6. [illegible] | [illegible] | | | | | | | | 6 |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | - |
| 8. [illegible] | [illegible] | | | | | | | | 7 |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS__________

Total

Number

Acknowledged by

Inspector

Page ______ of ______

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL 37268

| Firm | Dollar General #10256 | Date | |
|---|---|---|---|
| Address | 12968 Main Rd | Type | |
| Town | Akron NY 14001 | Price Log # | N/A |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 200 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 199 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | .5% | ☐ 1st Inspection | |
| Shelf Tag Violations | 10 | ☒ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | ________ | Total Units | ________ |
| B. Total Under Prices | ________ | Units Passed | ________ |
| C. Total Correct | ________ | Units Failed | ________ |
| D. Total Overpriced | ________ | Type of Inspection | |
| % Overpriced (d ÷ a) | ________ | ☐ 1st Inspection | |
| Shelf Tag Violations | ________ | ☑ 2nd Inspection | |
| Status of Inspection | ________ | ☐ Complaint | ________ |
| ☐ Waiver Application | | ☐ Follow-up | ________ |
| ☑ Scanner Accuracy | | ☐ Other | ________ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector

S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price | | | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS______

Total

Number

[illegible]
Acknowledged by

[illegible]
Inspector

Page ______ of ______

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | |
|---|---|
| A. Total Units | ________ |
| B. Total Under Prices | ________ |
| C. Total Correct | ________ |
| D. Total Overpriced | ________ |
| % Overpriced (d ÷ a) | ________ |
| Shelf Tag Violations | ________ |
| Status of Inspection | ________ |

☐ Waiver Application
☐ Scanner Accuracy
☐ Item Pricing

| Item Pricing | |
|---|---|
| Total Units | ________ |
| Units Passed | ________ |
| Units Failed | ________ |
| Type of Inspection: | |

☐ 1st Inspection
☐ 2nd Inspection
☐ Complaint ________
☐ Follow-up ________
☐ Other ________

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

________________________
Acknowledged

________________________
Inspector



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | | | | | | | |
| 2. [illegible] | [illegible] | | | | | | | | |
| 3. [illegible] | [illegible] | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS________

Total

Number

Acknowledged by

Inspector

Page ______ of ______



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240207

February 26, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #10656
Attn: Store Manager
124 West Main Street
Gouverneur, NY 13642

Re: Item Pricing/Scanner Accuracy Inspection Reports dated 2/7/24 & 2/22/24

Evidence has been submitted to this office indicating that on the dates of February 7, 2024 & February 22, 2024, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

*"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*

***A.** Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*

*2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*

***D.** The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*

*1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
*2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
*3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
*4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
*5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

***F.4.** In the event that total violations in excess of two percent (2%) are discovered in the inspections provided for, the St. Lawrence County Department of Weights and Measures shall not grant a waiver to the applicant. Such a store must promptly reapply for a waiver, and pay the required fee to the St. Lawrence County Department of Weights and Measures within five (5) business days after being notified of the failure. Stores which do not reapply must be in compliance with all the requirements of the item pricing law.*

If a penalty of $1000.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment

# St. Lawrence County

## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES

44 Park St., Canton, NY 13617 / 315-379-9734

DATE: 2 / 22 / 24

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: DOLLAR GENERAL #10656, 124 W MAIN ST, GOUVERNEUR NY 13642

| | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. CELSIUS SP MANGO | 89392 02143 | | | Y | 2.50 | SH | 2.25 | ERROR | ✓ | |
| 2. CANADA DRY 6PACK | 782010 | | | Y | 4.50 | SH | 4.25 | ERROR | ✓ | |
| 3. MT DEW LIVE WIRE 20 | 12000 81131 | | | Y | 2.50 | SH | 2.75 | VIOLATION | | ✓ |
| 4. GARDETTOS SNACK MIX | 16000 19370 | | | Y | 2.75 | SH | 2.85 | VIOLATION | | ✓ |
| 5. MT DEW BAJA BLAST | 12000 13027 | | | Y | 2.50 | SH | 2.75 | VIOLATION | | ✓ |
| 6. MT DEW CODE RED | 122240 | | | Y | 2.50 | SH | 2.75 | VIOLATION | | ✓ |
| 7. BODY ARMOR STRAWBANANA | 58176 00206 | | | Y | 1.45 | SH | 1.50 | VIOLATION | | ✓ |
| 8. GOOD COOK WINGED CORKSCREW | 76753 54161 | | | Y | 6.00 | SH | 5.00 | ERROR | ✓ | |
| 9. CUP DISNEY ASSORTED PDQ | 32878 23945 | | | Y | 6.50 | SH | 4.00 | ERROR | ✓ | |
| 10. VITAMIN D3 SOFTGEL | 01220 19992 | | | Y | 6.75 | SH | 6.50 | ERROR | ✓ | |
| 11. HE BIO COND. ARGAN OIL | 90679 00018 | | | Y | 7.45 | SH | 6.55 | ERROR | ✓ | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 5

COMMENTS: 2ND WAIVER RENEWAL INSPECTION - 100 ITEMS SCANNED 5 VIOLATIONS FOUND - 95 % ACCURACY

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature]

Inspector: [signature] 377

rev 150904

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

DATE: 2/7/24

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: DOLLAR GENERAL #10656 124 W MAIN ST GOUVERNEUR NY 13642

| | | Item Pricing | | Waiver | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Keeping Unit Item, Brand, Size | UPC Number | Lot Size | # Not Priced | Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
| 1. REESE'S FASTBREAK | 340350 | | | Y | 1.35 | SH | 2.25 | VIOLATION | | ✓ |
| 2. GRAPE CRUSH | 78000 01356 | | | Y | 2.75 | SH | 1.95 | ERROR | ✓ | |
| 3. ACT II POPCORN | 76150 20010 | | | Y | 2.35 | SH | 1.00 | ERROR | ✓ | |
| 4. CLOVER VALLEY RICH CRISP CRACKERS | 76983 40036 | | | Y | 3.25 | SH | 2.75 | ERROR | ✓ | |
| 5. CHEF BOYARDEE SPAGHETTI/MEATBALL | 64144 04322 | | | Y | .95 | SH | 1.25 | OK - CUSTOMER MOVED ITEM | — | — |
| 6. GOOD COOK SQUARE BAKE PAN | 76253 54199 | | | Y | 6.00 | SH | 4.50 | ERROR | ✓ | |
| 7. SWIFFER POWER MOP | 30772 07255 | | | Y | 30.00 | SH | 35.00 | VIOLATION | | ✓ |
| 8. DOVE APRIL FRESH SHEETS | 37000 82386 | | | Y | 5.50 | SH | 5.00 | ERROR | ✓ | |
| 9. REXALL VITAMIN B12 2500MCG | 01720 03864 | | | Y | 6.85 | SH | 5.85 | ERROR | ✓ | |
| 10. DR TEAL EPSOM SALT | 11068 01000 | | | Y | 6.00 | SH | 6.60 | VIOLATION | | ✓ |
| 11. OLD SPICE SHAMPOO 2 in 1 SWAGGER | 12044 04584 | | | Y | 9.35 | SH | 8.75 | ERROR | ✓ | |
| 12. AUSSIE CONDITIONER | 81519 18664 | | | Y | 5.50 | SH | 4.00 | OK - CUSTOMER MOVED ITEM | — | — |
| 13. SMARTWATER ALKALINE | 86162 41116 | | | Y | 1.75 | SH | 2.25 | OK - INSPECTOR ERROR | — | — |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations:

COMMENTS: 1st WAIVER RENEWAL INSPECTION - 100 ITEMS SCANNED
3 VIOLATIONS FOUND - 97% ACCURACY

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

Acknowledged by: [signature] Tracy Wilson

Inspector: [signature] 377

rev 150904



St. Lawrence County
**DEPARTMENT OF WEIGHTS & MEASURES**
*Consumer Affairs*
44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240205

February 26, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #9558
Attn: Store Manager
7669 State Highway 68
Ogdensburg, NY 13669

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/21/24

Evidence has been submitted to this office indicating that on the date of February 21, 2024, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven:* ***WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.***
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

DATE: 2/21/24

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of ___

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced, I - Item Priced, SA - Sale Priced, AD - Ad Priced

Business Name / Address: Dollar General # 9558, 7669 State Highway 68, Ogdensburg NY

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Mini Chips Ahoy Snacks | 44000 00713 | | | Y | 2.50 | SH | 2.95 | Violation | | ✓ |
| 2. Reeses Pieces | 48000 46408 | | | Y | 1.25 | SH | 1.00 | OK-Inspector Error | — | |
| 3. DD Caramel Crazy | 81334 00966 | | | Y | 8.75 | SH | 6.50 | Error | ✓ | |
| 4. MT Dew Diet 2L | 127460 | | | Y | 2.75 | SH | 3.00 | Violation | | ✓ |
| 5. Chips Ahoy Family Size | 44000 03338 | | | Y | 4.65 | SH | 4.95 | Violation | | ✓ |
| 6. Glade PISO Bubbly 2C | 46500 03083 | | | Y | 6.00 | SH | 4.50 | Error | ✓ | |
| 7. Deluxe Microfiber | 82269 30150 | | | Y | 5.00 | SH | 6.00 | OK - Inspector Error | — | |
| 8. STS M Outback D RZR | 24500 30673 | | | Y | 3.00 | SH | 4.50 | OK - Customer Moved Item | — | |
| 9. Hask TT Shampoo Invig | 71164 30111 | | | Y | 5.50 | SH | 4.95 | Error | ✓ | |
| 10. Skyn Original 12 Count | 70907 27312 | | | Y | 7.50 | SH | 6.75 | Error | ✓ | |
| 11. Pullups 4-5T Jumbo Boy | 36000 51358 | | | Y | 12.00 | SH | 11.50 | Error | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☐ NO ☒ →

COMMENTS: 1st Waiver Renewal Inspection - 100 items scanned
3 Violations Found - 97 % Accuracy
Scanner must be in operation in order to receive a waiver

Acknowledged by: X [signature]

rev 150904

Inspector: [signature] 377



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL [illegible]

| Firm [illegible] | Date [illegible] |
|---|---|
| Address [illegible] | Type [illegible] |
| Town [illegible] | Price Log # [illegible] |

Summary of Reports ________ through ________

| Scanner Accuracy | Item Pricing |
|---|---|
| A. Total Units ________ [illegible] | Total Units ________ |
| B. Total Under Prices ________ [illegible] | Units Passed N/A ________ |
| C. Total Correct ________ [illegible] | Units Failed ________ |
| D. Total Overpriced ________ | Type of Inspection |
| % Overpriced (d ÷ a) [illegible] ________ [illegible] | ☐ 1st Inspection [illegible] |
| Shelf Tag Violations ________ | ☐ 2nd Inspection |
| Status of Inspection ________ | ☐ Complaint ________ |
| ☐ Waiver Application | ☐ Follow-up ________ |
| ☐ Scanner Accuracy [illegible] | ☐ Other ________ |
| ☐ Item Pricing | |

Violations were corrected during inspection? ☐ Yes ☐ No

REMARKS

[illegible]

________ Acknowledged

________ Inspector [illegible]

St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

Consumer Affairs

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240102

January 10, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #22686
Attn: Store Manager
3712 State Highway 37
Ogdensburg, NY 13669

RECEIVED
JAN 22 2024
BUSINESS LAW GROUP

Re: Item Pricing/Scanner Accuracy Inspection Report dated 1/5/24

Evidence has been submitted to this office indicating that on the dates of January 5, 2024, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> *"Section Seven: WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> *A. Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ……*
>
> *2. Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale………*
>
> *D. The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> *1. Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> *2. Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> *3. Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> *4. Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> *5. Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-0734
Fax: 315-379-0077
Email: Adamsimmons@stlawco.org

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 1/5/24

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 1/5/24

Page 1 of 1

# St. Lawrence County

DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced
I - Item Priced
SA - Sale Priced
AD - Ad Priced

Business Name / Address: DOLLAR GENERAL #22686 3712 STATE HWY 37 MORRISTOWN NY

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. ROCKSTAR ORANGEAIDE | 18094 00579 | | | Y | 3.50 | SH | 2.00 | OK-INSPECTOR ERROR | ✓ | |
| 2. SUNNY CHERRY LIMEAID | 78000 12146 | | | Y | 2.25 | SH | 1.95 | ERROR | ✓ | |
| 3. JOLLY RANCHER SOUR GUMMI | 10700 55710 | | | Y | 2.35 | SH | 2.65 | VIOLATION | | ✓ |
| 4. CV BUTTER FLAVOR SYRUP | 59100 99991 | | | Y | 3.50 | SH | 2.85 | ERROR | ✓ | |
| 5. SWEET SMILES KIDS PLAY | 77732 13661 | | | Y | 3.75 | SH | 3.50 | ERROR | ✓ | |
| 6. MILK CHOC ROSES IN VASE | 72084 00413 | | | Y | 5.00 | SH | 5.50 | VIOLATION | | ✓ |
| 7. TAGALONG SQUARE | 71691 23099 | | | Y | 4.50 | SH | 5.00 | OK-CUSTOMER MOVES ITEM | ~~✓~~ | |
| 8. HEAVY DUTY ALUMINUM FOIL | 30001 70391 | | | Y | 3.25 | SH | 5.00 | VIOLATION | | ✓ |
| 9. STOUFFERS SALISBURY STEAK | 13500 10070 | | | Y | 5.00 | SH | 4.25 | ERROR | ✓ | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

Total Violations: 3

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2ND WAIVER RENEWAL INSPECTION - 100 ITEMS SCANNED
3 VIOLATIONS FOUND - 97% ACCURACY

Acknowledged by: ✓ [signature]

Inspector: [signature] 377

rev 150904

CONFIDENTIAL DG_WOLF_0043043



# COUNTY OF ERIE

**Bureau of Weights & Measures**

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # n/a |

Summary of Reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | n/a |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☑ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☑ No

REMARKS

Acknowledged

Inspector



S

# COUNTY OF ERIE

## Bureau of Weights & Measures

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | | [illegible] | [illegible] | | | | | 1 |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS 1

Total Number 1

[illegible signature]
Acknowledged by

[illegible signature]
Inspector

Page 1 of 1



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports____________ through_______________

| SCANNER ACCURACY | ITEM PRICING |
|---|---|
| A. Total Units ________ | Total Units ________ |
| B. Total Under Prices ________ | Units Passed ________ |
| C. Total Correct ________ | Units Failed ________ |
| D. Total Overpriced ________ | Type of Inspection |
| % Overpriced (d÷a) ________ | ☐ 1st Inspection |
| Shelf Tag Violations ________ | ☐ 2nd Inspection |
| Status of Inspection | ☐ Complaint ________ |
| ☐ Waiver Application | ☐ Follow-up ________ |
| ☐ Scanner Accuracy | ☐ Other ________ |
| ☐ Item Pricing | |

Violations were corrected during Inspection? ☐ Yes ☐ No

| REMARKS: |
|---|
| |

_________________________ Acknowledged

_________________________ Inspector



S

# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| Stock Keeping Unit<br>Item, Brand, Size, Variety | UPC<br>Code | Price<br>Scanned | Shelf<br>Price | Sale<br>Price | Ad<br>Price | Price | | | Shelf<br>Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Under | Cor. | Over | |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total

Number

Acknowledged by

Inspector

Page ______ of ______



# COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports ________ through ________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☒ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ Follow-up | |
| ☒ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS

Acknowledged

Inspector



County of Erie

Erie County Executive

Karen L. King, PhD
Commissioner of Public Advocacy

Charles La Marca
Director

OFFICE OF PUBLIC ADVOCACY
BUREAU OF WEIGHTS AND MEASURES

TELEPHONE: (716) 825-1310
FAX: (716) 823-7686
EMAIL: Paula.Trimper@erie.gov

**Erie County Local Law 7 of 1997 (Section 7)**

**No store shall charge a retail price for any shop keeping item which exceeds the lowest of any item, shelf, sale or advertised price of such shop keeping item.**

**Price look-up systems <u>must</u> be programmed to charge the lowest of any advertised price without any intervention by a cashier.**

2380 CLINTON STREET, BUFFALO, NEW YORK 14227-1734 WWW.ERIE.GOV



# COUNTY OF ERIE

**Bureau of Weights & Measures**

2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

LL

| Firm | Date |
|---|---|
| Address | Type |
| Town | Price Log # |

Summary of Reports____________ through____________

| SCANNER ACCURACY | | ITEM PRICING | |
|---|---|---|---|
| A. Total Units | ______ | Total Units | ______ |
| B. Total Under Prices | ______ | Units Passed | ______ |
| C. Total Correct | ______ | Units Failed | ______ |
| D. Total Overpriced | ______ | Type of Inspection | |
| % Overpriced (d÷a) | ______ | ☐ 1st Inspection | |
| Shelf Tag Violations | ______ | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | ______ |
| ☐ Waiver Application | | ☐ Follow-up | ______ |
| ☐ Scanner Accuracy | | ☐ Other | ______ |
| ☐ Item Pricing | | | |

Violations were corrected during Inspection? ☐ Yes ☐ No

REMARKS:



S

## COUNTY OF ERIE

**Bureau of Weights & Measures**
2380 Clinton Street, Buffalo, NY 14227
(716) 825-1310

| ck Keeping Unit n, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

TAL
IITS_____________

Total

Number

________________________
ıowledged by

________________________
Inspector



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240301

March 4, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #6066
Attn: Store Manager
232 North Main Street
Massena, NY 13662

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/28/24

Evidence has been submitted to this office indicating that on the date of February 28, 2024, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "*Section Seven*: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight [illegible] pricing [illegible], pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.gov

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/28/24

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2/08/24

St. Lawrence County
DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

Page 1 of 1

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

Business Name / Address: Dollar General #6066 753 N. Main St. Massena NY 13662

| | Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. Pepper Diet 2L | 78000 08346 | | | Y | 2.95 | SH | 3.50 | Violation | | ✓ |
| 2. | Lays Kettle Cooked | 28400 37219 | | | Y | 3.75 | SH | 4.45 | Violation | | ✓ |
| 3. | 9 Lives Indoor Cat 12LB | 79100 52255 | | | Y | 11.50 | SH | 11.95 | [illegible] - Inspector Error | — | |
| 4. | TL Lavender Lin Spray | 57647 56014 | | | Y | 4.75 | SH | 4.50 | Error | ✓ | |
| 5. | Robitussin DM Max NT | 00318 71813 | | | Y | 7.95 | SH | 8.75 | Violation | | ✓ |
| 6. | | | | | | | | | | | |
| 7. | | | | | | | | | | | |
| 8. | | | | | | | | | | | |
| 9. | | | | | | | | | | | |
| 10. | | | | | | | | | | | |
| 11. | | | | | | | | | | | |
| 12. | | | | | | | | | | | |
| 13. | | | | | | | | | | | |
| 14. | | | | | | | | | | | |
| 15. | | | | | | | | | | | |

Total Violations:

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☐ NO ☒
Customer Price Check Scanner Functional? YES ☒ NO ☐

COMMENTS: 2nd Waiver Renewal Inspection - 100 Items Scanned
3 Violations Found - 97% Accuracy
Price check scanner sign MUST be posted conspicuously in order to meet waiver requirements

Acknowledged by: [signature]

Inspector: [signature] 377

rev 150904



St. Lawrence County

**DEPARTMENT OF WEIGHTS & MEASURES**

*Consumer Affairs*

44 Park St. / Canton, NY 13617 / 315-379-9734

Penalty #20240302

March 4, 2024

**RETURN RECEIPT REQUESTED**

Dollar General Store #9559
Attn: Store Manager
2 Malby Avenue
Massena, NY 13662

Re: Item Pricing/Scanner Accuracy Inspection Report dated 2/28/24

Evidence has been submitted to this office indicating that on the date of February 28, 2024, an inspector from this Department visited your establishment and found violation(s) of the provisions of St. Lawrence County Local Law No. 6 for the year 1998, which states:

> "Section Seven: *WAIVER OF THE ITEM PRICING REQUIREMENT FOR CERTAIN STORES WHICH MAINTAIN A VERY HIGH DEGREE OF COMPUTER ASSISTED PRICING ACCURACY.*
>
> ***A.*** *Retail stores, with "computer assisted checkout systems" who do not place price stickers on individual stock keeping units, shall be required to: ......*
>
> 2. *Achieve and maintain a pricing accuracy level of 98% from an inspection of not less than 100 nor more than 200 stock keeping units, which shall represent a cross section of all stock keeping units offered for sale.........*
>
> ***D.*** *The following penalties are established for pricing accuracy inspection violations, based on a sample of not less than one hundred nor more than two hundred stock keeping units. A violation exists when the programmed computer price exceeds the retail price.*
>
> 1. *Ninety-eight (98%) or better pricing accuracy, pricing corrected.*
> 2. *Ninety-seven (97%) pricing accuracy, a penalty of five hundred dollars ($500.00)*
> 3. *Ninety-six (96%) pricing accuracy, a penalty of seven hundred fifty dollar ($750.00)*
> 4. *Ninety-five (95%) pricing accuracy, a penalty of one thousand dollars ($1,000.00).*
> 5. *Below ninety-five (95%) pricing accuracy, a penalty of fifteen hundred dollars ($1,500.00)*
>
> ***E.*** *If a retail store fails to achieve a pricing accuracy level of ninety-five percent (95%) on two consecutive pricing accuracy inspections, on a sample of not less than one hundred nor more than two hundred stock keeping units, a penalty in the amount of two thousand dollars ($2,000.00) will be assessed.*

If a penalty of $500.00 is received at this office within a timely fashion and the objectionable conditions have been remedied, such amount will be accepted as full settlement of this matter. Such payment will not be considered as an admission of liability, nor will this office be prevented from conducting similar inspections in the future.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director, please make the request in a formal letter. Such a request must be received at this office within 10 days from the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance may be submitted to this office by certified check, bank check, or by postal or express money order, **payable to** the St. Lawrence County Treasurer. Payment should be **mailed to** St. Lawrence County, Dept. of Weights and Measures, 44 Park Street, Canton, NY 13617.

Sincerely,

Adam R. Simmons
Director, St. Lawrence County Weights & Measures

Department of Weights & Measures/Consumer Affairs
44 Park Street
Canton, NY 13617
Phone: 315-379-9734
Fax: 315-379-9077
Email: Adamsimmons@stlawco.gov

Enclosure - Item Pricing/Scanner Accuracy Inspection Report Dated 2/28/24

cc: Dollar General Corp., Attn: Legal Dept., 100 Mission Ridge, Goodlettsville, TN 37072

DATE: 2/28/24

# St. Lawrence County
## DEPARTMENT OF CONSUMER AFFAIRS / WEIGHTS AND MEASURES
44 Park St., Canton, NY 13617 / 315-379-9734

## ITEM PRICING / SCANNER ACCURACY INSPECTION REPORT

☐ Item Pricing ☒ Waiver ☐ Scanner Accuracy

PRICE CODE: SH - Shelf Priced; I - Item Priced; SA - Sale Priced; AD - Ad Priced

**Business Name / Address:** DOLLAR GENERAL #9559 2 MALBY AVE MASSENA NY 13662

| Stock Keeping Unit Item, Brand, Size | UPC Number | Item Pricing: Lot Size | Item Pricing: # Not Priced | Waiver: Price Sign? | Retail Price | Price Code | Scanned Price | Remarks | - | + |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. LAYS PARTY CLASSIC 13 OZ | 28400 31041 | | | Y | 4.75 | SH | 4.95 | VIOLATION | | ✓ |
| 2. BUSCH LITE 30PACK 12OZ | 18200 86031 | | | Y | 20.10 | SH | 21.00 | VIOLATION | | ✓ |
| 3. TOSTITOS TOPPERS RED CHILI | 28400 69864 | | | Y | 3.50 | SH | 3.15 | ERROR | ✓ | |
| 4. WASHCLOTH 15 PACK WHITE | 30726 33426 | | | Y | 2.00 | SH | 5.00 | OK - CUSTOMER MOVED ITEM | — | — |
| 5. KINGSFORD MATCHLIGHT 8LB | 44600 30697 | | | Y | 12.00 | I | 10.25 | ERROR | ✓ | |
| 6. LYSOL WIPES LEMON 80CT | 19200 77182 | | | Y | 5.75 | SH | 6.00 | VIOLATION | | ✓ |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

**Total Violations:** 3

Customer Price Check Scanner Available? YES ☒ NO ☐
Approved Customer Price Check Scanner Sign? YES ☒ NO ☐
Customer Price Check Scanner Functional? YES ☒ NO ☐

**COMMENTS:** 2ND WAIVER RENEWAL INSPECTION - 100 ITEMS SCANNED
3 VIOLATIONS FOUND - 97% ACCURACY
WAIVER GRANTED

**Acknowledged by:** X [signature]

**Inspector:** [signature] 337

rev 150904



MONTGOMERY
COUNTY NY
Made of Something Stronger

Office of the County Attorney

Meghan M. Manion
County Attorney

January 18, 2024

*Sent Via Regular Mail*
J. Hunter Bryson
Law Office of Milberg, Coleman, Bryson, Phillips, and Grossman, PLCC
405 E 50th Street
New York, NY 10022

Re: Response to Subpoena, Wolf, et al. v. Dolgen of New York, LLC

Mr. Bryson,

Enclosed please find the documents responsive to the Subpoena dated December 12, 2023.

Document Request No. 1:

Responsive documents attached.

Document Request No. 2:

Responsive documents attached.

If anything further is needed from the Office please do not hesitate to reach out.

Cheers,

Will Sawma, Esq.

Enc.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)* .

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

Montgomery_002

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Montgomery_003

Bureau of Weights & Measures MONTGOMERY COUNTY Raymond J. Borst

Dollar General 10/3/2022

41 W. Main St.

Fonda, NY 12068

Re: Inspection Report Number: 93022B

Dear Sir/Madam:

Evidence has been submitted indicating that on September 30, 2022 an inspector from this department visited your establishment and found the following violation(s) of the provisions of Section(s) 186.2 of Agriculture and Markets Law:

Inspection Report attached:

Under Section 197-b of the Agriculture and Markets Law Article 16, an action may be commenced against you by the County of Montgomery to recover a civil penalty pursuant to Section 39 and/or 40 of that statute.

If a penalty of $1600.00 is received at this office within 30 days from the date of this letter & the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designees, please make the request in a formal letter. Such a request must be received at this office within 10 days of the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, County of Montgomery, for commencement of an action to recover the full statutory penalty plus court costs.

Remittance may be submitted to this office by certified check, bank check or by postal/express money order payable to THE MONTGOMERY COUNTY TREASURER and mailed to Dept. of Weights & Measures , 6 Park Street , Fonda , New York , 12068......( Reference inspection report number when you reply to this letter )

Sincerely,

Raymond J. Borst

Director

6 Park Street · P.O. Box 1500 · Fonda, NY 12068 · 518-853-8249 · www.co.montgomery.ny.us
Contact info = Mobile #518-705-3033 Email = rborst@co.montgomery.ny.us
Montgomery_004

Dollar General
Fonda

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

Price Verification Tally Sheet

| Sample | Location/Area | Item | U.P.C./Identity | Shelf $ | Charge $ | Error $ |
|---|---|---|---|---|---|---|
| 1 | Front | Hostess Baby Bundts | 888109115241 | 3.50 | 3.75 | + 25 |
| 2 | " | French Dip Lays | | 4.75 | | |
| 3 | " | Fretos | | 4.60 | | |
| 4 | Cooler | Monster | | 2.10 | | |
| 5 | End | Jerky | 017082877635 | 4.95 | 5.35 | + 46 |
| 6 | | Milk | | 4.40 | | |
| 7 | | Munchies Crackers | | 2.20 | | |
| 8 | | Planters HR nuts | 029000014862 | 3.25 | 3.45 | + 20 |
| 9 | | Jolly Ranchers | | 2.25 | | |
| 10 | | Ritz toasted chips | 044000072490 | 3.50 | 3.65 | + .15 |
| 11 | 4 | Rice Krispies | | 3.50 | | |
| 12 | 4 | Smithfield Bacon | | 5.95 | | |
| 13 | 4 | Nature Valley | | 3.65 | | |
| 14 | 4 | Welches mix | | 1.00 | | |
| 15 | 12 | Pepsi 12 PK | 012000809941 | 6.50 | N-A | |
| 16 | 12 | Glad trash bags | | 9.75 | | |
| 17 | 12 | Paper Plates 8" | | 6.25 | | |
| 18 | 12 | Plastic Spoons | | 4.15 | | |
| 19 | 12 | MatchBox | | 1.25 | | |
| 20 | 12 | Bounty | | 5.50 | | |
| 21 | 12 | AS | | 6.25 | | |
| 22 | 11 | RR Dog | | 22.95 | | |
| 23 | 11 | Purina One | | 27.95 | | |
| 24 | 11 | Pedigree Marro bone | 023100100463 | 4.85 | 4.95 | + 10 |
| 25 | 11 | Meow mix | | 11.95 | | |

Date: ____________

Report#: Montgomery_005

2 3 8

Family

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353
**Price Verification Tally Sheet**

| Sample | Location/Area | Item | U.P.C./Identity | Shelf $ | Charge $ | Error $ |
|---|---|---|---|---|---|---|
| 1 | 5 | Iced Coffee | | 1.95 | | |
| 2 | 5 | Dinty Moore | 037600215831 | 3.15 | 3.20 | + .5 |
| 3 | 5 | Velveeta | | 4.00 | | |
| 4 | 5 | Heinz | | 3.45 | | |
| 5 | 6 | Freihofers HD Buns | 07133003257 | 3.20 | N-A | |
| 6 | 6 | Ballpark HD Buns | 050400739482 | 3.00 | 3.50 | + 50 |
| 7 | 6 | Thomas Bagles | 048121277079 | 3.75 | 4.10 | + 35 |
| 8 | 6 | Bisquick | | 4.50 | | |
| 9 | 14 | Cookie Sheet | | 6.50 | | |
| 10 | 14 | Foil Pan | | 4.00 | | |
| 11 | 14 | Curtain | | 16.— | | |
| 12 | 14 | Scott Comfort Plus | 054000514371 | 5.35 | 5.00 | -35 |
| 13 | 15 | Curtain Rd | | 13.— | | |
| 14 | 15 | GE Bulb | | 6.75 | | |
| 15 | 15 | Socks | | 5.— | | |
| 16 | 15 | Thick Grip | 087508217765 | 6.50 | 7.00 | + 50 |
| 17 | 15 | Cinnamon Candle | 047223500405 | 5.00 | 6.00 | + 1.00 |
| 18 | 7 | BC Yellow Cake | | 1.25 | | |
| 19 | 16 | Wipes | | 1.00 | | |
| 20 | 16 | Baby | | 13.— | | |
| 21 | 16 | Piano | | 8.— | | |
| 22 | 16 | Snap hand | | 2.— | | |
| 23 | 16 | AJAX | | 1.00 | | |
| 24 | 16 | Whoopy Cush | | 1.— | | |
| 25 | 16 | Battery | | 3.— | | |

Date: ____________________ Report#: Montgomery_006

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

# Price Verification Report

Page 1 of 2

Inspection: ☑ 1st ☐ 2nd ☐ 3rd  Frequency: ☐ Normal ☐ Increased  Type: ☐ Stratified ☐ Automated ☐ Randomized  Complaint: ☐

| Location of Test (Store Name, Address, County, Zip Code) | Date: | Telephone: |
|---|---|---|
| Dollar General<br>41 W. Main St<br>Fonda, NY 12068 | 9-30-22 | 518 315-570-5512 |
| | Manager: | Type of Store: Variety |

| Identity, Brand Name, Item or Style Number | Number of Items, Size, Location in Store, or U.P.C. Code | Offered Price | Price Charged | Price Error in Cents |
|---|---|---|---|---|
| 1. Hostess Buddy Bundts | 888109115241 | 3.50 | 3.75 | +25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 2. Beef Jerky | 017082877635 | 4.95 | 5.35 | +40 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 3. Planters H.R. nuts | 029000072490 | 3.50 | 3.65 | +15 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 4. Pepsi 12pk Cans | 012000809941 | 6.50 | N-A | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 5. Ritz toasted Chips | 044000072490 | 3.50 | 3.65 | +15 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 6. Pedigree Marro Bone | 023100100463 | 4.85 | 4.95 | +10 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 7. Dinty Moore | 0376000215881 | 3.15 | 3.20 | +.5 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 8. Freihofers HD Buns | 071330032511 | 3.20 | N-A | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |

**Comments/Remarks:**

**Evaluation of Results:**

____ Sample - ____ Not on File = ____ Adjusted Sample

____ Errors ÷ ____ Adjusted Sample = ____ Error (%)

Accuracy ____ % Ratio: ____ Overcharges

Acknowledged by: [signature] Official: [signature]

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

# Price Verification Report

Page 2 of 2

Inspection: ☒ 1st ☐ 2nd ☐ 3rd   Frequency: ☐ Normal ☐ Increased   Type: ☐ Stratified ☐ Automated ☐ Randomized   Complaint: ☐

| Location of Test (Store Name, Address, County, Zip Code) | Date: | Telephone: |
|---|---|---|
| Dollar General | 9-30-22 | |
| | Manager: | Type of Store: |

| Identity, Brand Name, Item or Style Number | Number of Items, Size, Location in Store, or U.P.C. Code | Offered Price | Price Charged | Price Error in Cents |
|---|---|---|---|---|
| 1. Ballpark HD Buns | 050430739482 | 3.00 | 3.50 | +.50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 2. Thomas Bagles | 048121277079 | 3.75 | 4.10 | +35 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 3. Scott Comfort Plus TP | 054000514371 | 5.35 | 5.00 | -.35 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 4. Thick Grip | 087508217765 | 6.50 | 7.00 | +50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 5. Cinnimon Candle | 047223500405 | 5.00 | 6.00 | +1.00 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 6. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 7. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 8. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |

**Comments/Remarks:**

**Evaluation of Results:**

50 Sample - 0 Not on File = 50 Adjusted Sample

13 Errors ÷ 50 Adjusted Sample = 26 Error (%)

Accuracy 74 % Ratio: 10/1 Overcharges

Acknowledged by: [signature] Official: Ray Bart [signature]

Bureau of Weights & Measures MONTGOMERY COUNTY Raymond J. Borst

Dollar General 10/3/2022

203 E. Main St.

Amsterdam, NY 12010

Re: Inspection Report Number: 93022A

Dear Sir/Madam:

Evidence has been submitted indicating that on September 30, 2022 an inspector from this department visited your establishment and found the following violation(s) of the provisions of Section(s) 186.2 of Agriculture and Markets Law:

Inspection Report attached:

Under Section 197-b of the Agriculture and Markets Law Article 16, an action may be commenced against you by the County of Montgomery to recover a civil penalty pursuant to Section 39 and/or 40 of that statute.

If a penalty of $8400.00 is received at this office within 30 days from the date of this letter & the objectionable conditions have been remedied, such amount will be accepted in full settlement of this matter. Such payment will not be considered as an admission of liability.

If you would like an opportunity to discuss this matter at an informal conference with the Municipal Director or one of his designees, please make the request in a formal letter. Such a request must be received at this office within 10 days of the date of this letter.

Failure to comply with this demand will result in a referral of this matter to the County Attorney, County of Montgomery, for commencement of an action to recover the full statutory penalty plus court costs.

Remittance may be submitted to this office by certified check, bank check or by postal/express money order payable to THE MONTGOMERY COUNTY TREASURER and mailed to Dept. of Weights & Measures , 6 Park Street , Fonda , New York , 12068......( Reference inspection report number when you reply to this letter )

Sincerely,

Raymond J. Borst

Director

6 Park Street · P.O. Box 1500 · Fonda, NY 12068 · 518-853-8249 · www.co.montgomery.ny.us

Contact info = Mobile #518-705-3033 Email = rborst@co.montgomery.ny.us

Dollar General
East End

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

Price Verification Tally Sheet

| Sample | Location/Area | Item | U.P.C./Identity | Shelf $ | Charge $ | Error $ |
|---|---|---|---|---|---|---|
| 1 | Front | Monster Energy Drink | 070847037828 | 2.20 | 2.40 | +.20 |
| 2 | " | Bud Light 12 Pack | 018200530470 | 11.10 | 11.55 | +.45 |
| 3 | " | Entenmans Cupcakes | 072030022802 | 3.85 | 4.20 | +.35 |
| 4 | " | Jolly Rancher | 010700702623 | $2 | 2.25 | +.25 |
| 5 | Cooler | Milk | 070744002196 | 3.90 | $4 | +.10 |
| 6 | 1 | Choc. Pretzels | | $1 | $1 | |
| 7 | 1 | Sara Lee Bread | | 3.25 | 2.90 | -.35 |
| 8 | 1 | Nutty Buddy | | $4 | $4 | |
| 9 | 2 | Reeses | 034000491087 | $1 | 1.25 | +.25 |
| 10 | 4 | Seasoned flour | 070351180126 | 1.85 | 1.95 | +.10 |
| 11 | 4 | Gardens Fish stix | 044400156509 | 5.95 | 6.95 | +1.00 |
| 12 | 4 | Red Velvet Cake | 016000428997 | 1.35 | 1.65 | +.30 |
| 13 | 4 | Drumsticks | 072554001543 | 7.50 | 7.75 | +.25 |
| 14 | 13 | Fabuloso | 035000995032 | 2.85 | 3.35 | +.50 |
| 15 | 13 | Mt. Dew | 012000809965 | 5.95 | 6.50 | +.55 |
| 16 | 13 | Clorox | 044600322605 | 3.25 | 3.75 | +.50 |
| 17 | 13 | Raid | | 4.50 | 4.50 | 0 |
| 18 | 14 | Gain | 630772007181 | 7.75 | 7.50 | -.25 |
| 19 | 14 | Air wick Refill | 062338937946 | 11.00 | 11.50 | +.50 |
| 20 | 14 | Scotch Brite | 051141924847 | 1.50 | $2 | +.50 |
| 21 | 14 | Roma Detergent | | 2.95 | 2.95 | |
| 22 | 5 | CV Ketsup | | 3.50 | 3.50 | |
| 23 | 5 | Peter Pan | 045300005423 | $2.20 | $2.65 | +.45 |
| 24 | 5 | Oreos | 044000033255 | 4.50 | 4.75 | +.25 |
| 25 | 6 | Pop tarts | 038000222672 | 3.40 | 3.95 | +.55 |

Date: 9-30-22

Report#: Montgomery_010

stores.

RULES OF CONSTRUCTION

The following rules of construction shall apply:

1. The use of the singular form of any word shall be deemed to include the plural and vice versa;

2. The use of the present tense includes the past tense and vice versa; and

3. The connections "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery requests all responses that might otherwise be constructed to be outside of their scope.

**DOCUMENT REQUESTS**

Document Requests No. 1

Please provide a copy of any pricing audits or inspections, pursuant to Section 181 of the Agriculture and Markets Law, for Dollar General stores within Montgomery County/Borough from June 1, 2019 to present.

Document Requests No. 2

Please provide a copy of any penalties assessed to Dollar General stores within Montgomery County/Borough, pursuant to Section 181(7) of the Agriculture and Markets Law, from June 1, 2019 to present.

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841 4353

# Price Verification Report

Page 2 of 3

Inspection: ☐ 1st ☐ 2nd ☐ 3rd Frequency: ☐ Normal ☐ Increased Type: ☐ Stratified ☐ Automated ☐ Randomized Complaint: ☐

| Location of Test (Store Name, Address, County, Zip Code) | Date: | Telephone: |
|---|---|---|
| Dollar General #18503 | 9-30-22 | |
| | Manager: | Type of Store: |

| Identity, Brand Name, Item or Style Number | Number of Items, Size, Location in Store, or U.P.C. Code | Offered Price | Price Charged | Price Error in Cents |
|---|---|---|---|---|
| 1. Seasoned Flour | 070351180126 | 1.85 | 1.95 | +10 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 2. Gordons Fish Stix | 044400156509 | 5.95 | 6.95 | +1.00 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 3. Red Velvet Cake | 011600042899[illegible] | 1.35 | 1.65 | +30 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 4. Drumsticks | 072554001543 | 7.50 | 7.75 | +25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 5. Fabuloso | 035000995032 | 2.85 | 3.35 | +50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 6. Mt. Dew 12pk | 01200809965 | 5.95 | 6.50 | +55 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 7. Clorox | 044600322605 | 3.25 | 3.75 | +50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 8. Gain | 030772007181 | 7.75 | 7.50 | -25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |

**Comments/Remarks:**

**Evaluation of Results:**

_____ Sample - _____ Not on File = _____ Adjusted Sample

_____ Errors ÷ _____ Adjusted Sample = _____ Error (%)

Accuracy _______ % Ratio: _________ Overcharges

Acknowledged by: [signature] | Official:

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

# Price Verification Report

Page 1 of 3

Inspection: ☒ 1st ☐ 2nd ☐ 3rd Frequency: ☐ Normal ☐ Increased Type: ☐ Stratified ☐ Automated ☐ Randomized Complaint: ☐

| Location of Test (Store Name, Address, County, Zip Code) | Date: | Telephone: |
|---|---|---|
| Dollar General #18503<br>201 E. Main St<br>Amsterdam, NY 12010 | 9-30-22 | 518- |
| | Manager: | Type of Store: Variety |

| Identity, Brand Name, Item or Style Number | Number of Items, Size, Location in Store, or U.P.C. Code | Offered Price | Price Charged | Price Error in Cents |
|---|---|---|---|---|
| 1. Monster Energy Drink | 070847037828 | 2.20 | 2.40 | +.20 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 2. Bud Light 6pk Cans | 018200530470 | 11.10 | 11.55 | +.45 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 3. Entemans Cupcakes | 072030022802 | 3.85 | 4.20 | +.35 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 4. Jolly Rancher | 010700702623 | 2.00 | 2.25 | +.25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 5. Milk | 070744002196 | 3.90 | 4.00 | +.10 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 6. [illegible] | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 7. Sara Lee Bread | 072945601338 | 3.25 | 2.90 | -.35 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 8. Reeses | 034000491087 | 1.00 | 1.25 | +.25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |

**Comments/Remarks:**

**Evaluation of Results:**

_____ Sample - _____ Not on File = _____ Adjusted Sample

_____ Errors ÷ _____ Adjusted Sample = _____ Error (%)

Accuracy _______ % Ratio: _________ Overcharges

Acknowledged by: [signature] | Official:

Montgomery County Weights & Measures Department
61 Church Street, City Hall
Amsterdam, N.Y. 12010
Phone: (518) 841-4322 Fax: (518) 841-4353

# Price Verification Report

Page 3 of 3

Inspection: ☒ 1st ☐ 2nd ☐ 3rd Frequency: ☐ Normal ☐ Increased Type: ☐ Stratified ☐ Automated ☐ Randomized Complaint: ☐

| Location of Test (Store Name, Address, County, Zip Code) | Date: | Telephone: |
|---|---|---|
| Dollar General #18503 | 9-30-22 | |
| | Manager: | Type of Store: |

| Identity, Brand Name, Item or Style Number | Number of Items, Size, Location in Store, or U.P.C. Code | Offered Price | Price Charged | Price Error in Cents |
|---|---|---|---|---|
| 1. Air Wick Refill | 062338937946 | 11.00 | 11.50 | +50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 2. Scotch Brite | 051141924847 | 1.50 | 2.00 | +50 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 3. Peter Pan | 045300005423 | 2.20 | 2.65 | +.45 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 4. Oreos | 044000033255 | 4.50 | 4.75 | +25 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 5. Pop tarts | 038000033255 | 3.40 | 3.95 | +55 |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 6. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 7. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |
| 8. | | | | |
| ☐ Stop Sale Issued ☐ Corrected | Comments: | | | |

**Comments/Remarks:**

**Evaluation of Results:**

25 Sample - 0 Not on File = 25 Adjusted Sample

20 Errors ÷ 25 Adjusted Sample = 80 Error (%)

Accuracy 20 % Ratio: 18/2 Overcharges

Acknowledged by: [signature] Official: [signature] Ray B[illegible]



CHRISTOPHER H. GARDNER
COUNTY ATTORNEY

COUNTY OF SCHENECTADY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
620 STATE STREET
SCHENECTADY, NEW YORK 12305-2114
(518) 388-4700
Fax No. (518) 388-4493

SAMANTHA MILLER-HERRERA
FIRST DEPUTY COUNTY ATTORNEY

FRANK S. SALAMONE
FIRST DEPUTY COUNTY ATTORNEY

SARAH H. PETRACCIONE
DEPUTY COUNTY ATTORNEY

GILAH R. MOSES
SR. DEPUTY COUNTY ATTORNEY

JENNIFER M. BARNES
FIRST DEPUTY COUNTY ATTORNEY

NADIA C. VISCUSI-STANNERS
DEPUTY COUNTY ATTORNEY

CHRISTINE D. Mc CLELLAN
DEPUTY COUNTY ATTORNEY

CAMILLE J. SIANO ENDERS
DEPUTY COUNTY ATTORNEY

DYLAN J. REILLY
DEPUTY COUNTY ATTORNEY

BETHANY M. DIXON
DEPUTY COUNTY ATTORNEY

December 28, 2023

**Via: First Class Mail**

J. Hunter Bryson, Esq.
Milberg, Coleman, Bryson, Phillips & Grossman, PLLC
405 E. 50th Street
New York, New York 10022

Re: ***Wolf, et al. v. Dolgen of New York, LLC***
Response to Subpoena
Our File NO. 23.207

Dear Mr. Bryson:

Please find enclosed Schenectady County's Department of Consumer Affairs Response to the Subpoena issued in this matter.

Very truly yours,

By: ______________________
Christopher H. Gardner
County Attorney
Chris.gardner@schenectadycountyny.gov

CHG/kah
Enclosure

cc: James Caputo, Director of Consumer Affairs/Weights & Measures - Via Email

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Wolf, et al.

*Plaintiff*

v.

Dolgen of New York, LLC

*Defendant*

Civil Action No.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Schenectady County Department of Consumer Affairs
Attn. Christopher Garner, County Attorney
620 State Street, 6th Floor Schenectady NY 12305

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

As described in Schedule A.

| Place: Milberg Coleman Bryson Phillips Grossman PLLC 405 East 50th Street New York, NY 10022 | Date and Time: 01/16/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/12/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

s/J. Hunter Bryson

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Joseph Wolf, et al. , who issues or requests this subpoena, are:

J. Hunter Bryson, MILBERG, 405 E. 50th Street, New York, NY 10022 (T: 630-796-0903; E: hbryson@milberg.com)

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** ***Appearance Not Required.*** A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** ***Objections.*** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** ***When Required.*** On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** ***When Permitted.*** To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** ***Specifying Conditions as an Alternative.*** In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** ***Documents.*** A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** ***Form for Producing Electronically Stored Information Not Specified.*** If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** ***Electronically Stored Information Produced in Only One Form.*** The person responding need not produce the same electronically stored information in more than one form.

**(D)** ***Inaccessible Electronically Stored Information.*** The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** ***Information Withheld.*** A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** ***Information Produced.*** If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

stores.

RULES OF CONSTRUCTION

The following rules of construction shall apply:

1. The use of the singular form of any word shall be deemed to include the plural and vice versa;

2. The use of the present tense includes the past tense and vice versa; and

3. The connections "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery requests all responses that might otherwise be constructed to be outside of their scope.

DOCUMENT REQUESTS

Document Requests No. 1

Please provide a copy of any pricing audits or inspections, pursuant to Section 181 of the Agriculture and Markets Law, for Dollar General stores within Schenectady County/Borough from June 1, 2019 to present.

Document Requests No. 2

Please provide a copy of any penalties assessed to Dollar General stores within Schenectady County/Borough, pursuant to Section 181(7) of the Agriculture and Markets Law, from June 1, 2019 to present.

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures (518)-357 0319

11/17/23

Dollar General Store @
3985 – NY30
Esperance, NY 12066
Attn: Jere Cowan

Inspection # 01423

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

10/24/23

Dollar General Store @
2001 Broadway.
Schenectady, NY 12306
Attn: Jere Cowan

FILE COPY

Inspection # 01413

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

10/24/23

Dollar General Store @
154 Sacandaga Rd.
Schenectady, NY 12302
Attn: Jere Cowan

Inspection # 01414

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures (518)-357-0319

10/03/23

Dollar General Store @
6250 Duanesburg Rd.
Duanesburg, NY 12056
Attn: Jere Cowan

Inspection # 01402

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

FILE COPY

07/14/23

Dollar General @
1008 State St.
Schenectady, NY 12303
Attn: Jere Cowan

Inspection # 01138

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

07/03/23

Dollar General Store @
1225 Main St.
Rotterdam Jct., NY 12150
Attn: Jere Cowan

Inspection # 01388

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director

Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

06/06/23

Dollar General @
2001 Broadway.
Schenectady, NY 12306
Attn: Jere Cowan

Inspection # 01379

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director

Department of Consumer Affairs/ Weights & Measures

S 12/28

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Stetson Gft Pk | 2050 | 10 | 10 | 1 | | | | | |
| 2. Bth Bmb | 0069. | 5 | 5 | | | | | | |
| 3. 12 pc Fc Mk Kt. | 0714 | 10 | 10 | | | | | | |
| 4. 5 pc Kt. | 0653 | 5 | 5. | | | | | | |
| 5. 5 pc Hnd Crm | 6928 | 5 | 5. | | | | | | |
| 6. Duo care Set. | 0598 | 2 | 2 | | | | | | |
| 7. Spa Script. | 6693 | 5 | 5. | | | | | | |
| 8. Orn Present. | 9455 | 1 | 1 | | | | | | |
| 9. 8 pc Conair St. | 9797. | 6 | 6 | | | | | | |
| 10. Fer Gld Gall | 0121 | 5.5 | 5.50 | | | | | | |
| 11. Axe Gift set | 6707 | 10 | 10 | | | | | | |
| 12. Gift wrap 4pk | 9536 | 5 | 5. | | | | | | |
| 13. Single Roll | 9338 | 3 | 3 | | | | | | |
| 14. Gift box | 7482 | 3 | 3. | | | | | | |
| 15. 6ft Garland | 3921. | 3 | 3. | | | | | | |
| 16. Light up Earings | 1239. | 1 | 1 | | | | | | |
| 17. X MS Cards | 9804. | 3 | 3 | | | | | | |
| 18. Oreo Cndy Cns. | 7001. | 1.5 | 1.5 | | | | | | |

TOTAL UNITS 36

Total 18

Number

Acknowledged by

Inspector

Page 2 of 3

Schenectady_013



3752

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 5-28-21 |
| Address | 1008 State St | Type | Variety General Merch |
| Town | Schenectady | Price Log # | |

Summary of Reports S16807 through S16810

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1% | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☑ Scanner Accuracy | 99% Pass | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☑ Yes ❑ No

REMARKS:

Acknowledged

Inspector

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 518-356-7473
Weights & Measures 518 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Cor. Under | Price Cor. | Price Cor. Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Always liners | 928638 | 4 | 4 | | | | | | |
| 2. Tioconazole | 641758 | 10 | 10 | | | | | | |
| 3. Pro Nate Gummies | 792134 | 9 | 9 | | | | | | |
| 4. Mens multi | 280103 | 5 | 5 | | | | | | |
| 5. All day Focus | 593131 | 8 | 8 | | | | | | |
| 6. Tumeric & Ginger | 511754 | 6 | 6 | | | | | | |
| 7. Dure protein | 443126 | 11 | 11 | | | | | | |
| 8. Neosporin | 730884 | 4.25 | 4.25 | | | | | | |
| 9. Oral Sore Rinse | 138803 | 3 | 3 | | | | | | |
| 10. Polident | 034476 | 5.95 | 5.95 | | | | | | |
| 11. Colgate optic white | 971623 | 5 | 5 | | | | | | |
| 12. Aerowood Ointment | 020835 | 4.85 | 4.85 | | | | | | |
| 13. Glide pro | 469537 | 3 | 3 | | | | | | |
| 14. Rexall wipes | 624802 | 3.65 | 3.65 | | | | | | |
| 15. ZzzQuil 12 oz | 013988 | 8 | 8 | | | | | | |
| 16. Milk thistle | 293457 | 4.50 | 4.50 | | | | | | |
| 17. O'keef Hth Feet | 026003 | 6.75 | 6.75 | | | | | | |
| 18. Dr Scholls odor X | 762404 | 4.75 | 4.75 | | | | | | |

TOTAL UNITS 18

Total 18

Number

Acknowledged by

Inspector

Page 1 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Air wick oils | 937939 | 10 | 10 | | | | | | |
| 2. Arm & Hammer Clean Sensation | 001744 | 3 | 3 | | | | | | |
| 3. OG Stu Remover | 710297 | 3.45 | 3.45 | | | | | | |
| 4. Clorox 2 | 300368 | 4.50 | 4.50 | | | | | | |
| 5. Oxi Clean | 515235 | 8.25 | 8.25 | | | | | | |
| 6. Dumy Dedy | 585329 | 9.95 | 9.95 | | | | | | |
| 7. True live Dri Shgs | 101848 | 2.95 | 2.95 | | | | | | |
| 8. Valuedeur | 001558 | 4.50 | 4.50 | | | | | | |
| 9. Tire repair | 425678 | 2.50 | 2.50 | | | | | | |
| 10. Gum out | 010758 | 3.85 | | | | | | | |
| 11. Bm Remover | 902247 | 4.00 | 4.00 | | | | | | |
| 12. Cali Scent Block | 075458 | 2 | 2 | | | | | | |
| 13. Metal Scraper | 019389 | 3 | 3 | | | | | | |
| 14. 4 pk Furni Slide | 361228 | 5 | 5 | | | | | | |
| 15. GE 100w | 814492 | 4 | 4 | | | | | | |
| 16. Toy Story 4 | 332391 | 5 | 5 | | | | | | |
| 17. Kiddie Dough | 495924 | 1.95 | 1.95 | | | | | | |
| 18. Clip clicks | 144166 | 2.50 | 2.50 | | | | ✓ | | |

TOTAL UNITS 36

Total 18

Number

Acknowledged by [signature]

Inspector [signature]

Page 2 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] Stock | 31138 | 3.15 | | | | | | | |
| 2. Very Rounds | 002167 | 1.55 | | | | | | | |
| 3. CV Cheese | | 2.50 | | | | | | | |
| 4. CV [illegible] Chs | 866403 | 3.00 | | | | | | | |
| 5. Hunts Sauce | 868101 | 1.00 | | | | | | | |
| 6. Goya Cookies | 044436 | .95 | | | | | | | |
| 7. Clover Mrw | 087237 | 1.00 | | | | | | | |
| 8. CV Marshmallow | 008414 | 1.00 | | | | | | | |
| 9. BC Blberry Muf | 456020 | 2.50 | | | | | | | |
| 10. Pie Crust | 569206 | 1.75 | | | | | | | |
| 11. CV Pods. | 104424 | 7.95 | | | | | | | |
| 12. G mtn 12 cups | 085204 | 7.35 | | | | | | | |
| 13. Strikest. 3pk | 515841 | 2.95 | | | | | | | |
| 14. Asst Cutlery | 394042 | 7.00 | | | | | | | |
| 15. DG Napkins | 511208 | 2.50 | | | | | | | |
| 16. DG Home Plates | 688560 | 3.95 | | | | | | | |
| 17. Son of Gun Protect | 192386 | 2.50 | 1.95 | | | | | X | |
| 18. Xtra liquid Laundry | 428448 | 2.00 | | | | | 1 | | |

TOTAL UNITS 54.

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | 17 | 1 | |
| Number | | | | |

Acknowledged by [signature]

Inspector [signature]

Page 3 of 4

Schenectady_017



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Coated Gloves | 024188 | 3.65 | 3.65 | 7 | | | | | |
| 2. Huga Pull UPS | 513585 | 10 | 10 | | | | | | |
| 3. Mas Cap | 323313 | 8 | 8 | | | | | | |
| 4. Sleep pants | 180805 | 10 | 10 | | | | | | |
| 5. Dwn Moisture | 191826 | 6 | 6 | | | | | | |
| 6. Tre volum Hrs spy | 005255 | 5 | 5 | | | | | | |
| 7. H N Shlrs | 812111 | 7 | 7 | | | | | | |
| 8. T trew Shampoo | 705100 | 4.50 | 4.50 | | | | | | |
| 9. Plush Paddle | 080795 | 5 | 5 | | | | | | |
| 10. Ant bac soap | 138049 | 4.95 | 4.95 | | | | | | |
| 11. Mid size Dryer | 309204 | 10.50 | 10.50 | | | | | | |
| 12. MT Chpr | 541510 | 2 | 2 | | | | | | |
| 13. Ceflavor bowl | 970222 | 5 | 5 | | | | | | |
| 14. 12 pc Flatware set | 547671 | 5 | 5 | | | | | | |
| 15. Step Stool | 172216 | 8 | 8 | | | | | | |
| 16. Thick Grip | 717765 | 5 | 5 | | | | | | |
| 17. Dbl Zipper | 104449 | 3.75 | 3.75 | | | | | | |
| 18. Zppr Sandwch bags | 104272 | 2.25 | 2.25 | | | | ↓ | | |

TOTAL UNITS 72

Total 18

Number

Acknowledged by

Inspector

Page 4 of 4

Schenectady_018

3738

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 3 - 31 - 21 |
| Address 2001 Broadway | Type Scanner Accuracy |
| Town Sch'dy NY 12306 | Price Log # |

Summary of Reports 516728 through 516733

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 1 | Units Passed | |
| C. Total Correct | 99 | Units Failed | |
| D. Total Overpriced | 8 | Type of Inspection | |
| % Overpriced (d ÷ a) | 7% | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | Fail | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 93% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:
* Items with no shelf tag not included in inspection.
* Must have a customer use scanner

[signature]
Acknowledged

[signature]
Inspector

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | 1500 |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102




County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Measuring Cups + | 1725 | 3.00 | 2.5. | | | | | X | |
| 2. Good Cook MSR | 1718 | 5.00 | 4.00 | | | | | X | |
| 3. MSrINg spoons | 1752 | 2.5 | 2.5 | | | | X | | |
| 4. Ice Cream Scoop | ~~5000~~ 1688 | 3.00 | 3.00 | | | | X | | |
| 5. BH opener | 2227. | 2.00 | 2.00 | | | | X | | |
| 6. CN opener | 1596 | 3.00 | 3.00 | | | | X | | |
| 7. GK Grater | 2302 | 3.00 | 3.00 | | | | X | | |
| 8. tenderizer | 2159. | 6.00 | 6.00 | | | | X | | |
| 9. Cst Iron Skill | 4909. | 10.00 | 10.00 | | | | X | | |
| 10. Knfe Sharpener | 0864. | 2.– | 2 – | | | | X | | |
| 11. Dutch oven | 0499. | 10.95 | 10– | | | | X | | |
| 12. True living scpan | 0482 | 10 – | 8– | | | | | X | |
| 13. MSY owl Socks | 2364. | 6 | 6 | | | | X | | |
| 14. real tree snells | 6312 | 10.50 | 10– | | | | X | | |
| 15. Hns tyls Shrts | 5133 | 9.25 | 9.25 | | | | X | | |
| 16. Zone pro socks | 8496. | 5.50 | 5.50 | | | | X | | |
| 17. Easter Clue Signs | 6376 | 2.5 | 2.5. | | | | X | | |
| 18. Tostitos salsa | 5970 | 3.25 | 3.25 | | | | X | | |
| | | | | | Total | | 15 | 3 | |
| | | | | | Number | | | | |

TOTAL UNITS 108.

Acknowledged by [signature]

Inspector [signature]

Page 6 of 6





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. T brush cover | 7266 | 2 | 2 | | | | X | | |
| 2. " " Hldrs. | 6518 | 2 | 2 | | | | X | | |
| 3. Kanka | 3911 | 5.75 | 5.75 | | | | X | | |
| 4. Re face mask | 3109 | 14 | 14 | | | | X | | |
| 5. Dg Compl | 6812 | 4 | 4 | | | | X | | |
| 6. Centrum energ | 0300 | 5 | 5 | | | | X | | |
| 7. One day multi | 7448 | 5 | 5 | | | | X | | |
| 8. 1 a day womens | 7439 | 5 | 5 | | | | X | | |
| 9. Dg Hlth 1 dly | 0213 | 4 | 4 | | | | X | | |
| 10. 1 a day multi | 7453 | 5 | 5 | | | | X | | |
| 11. VitMax | 1427 | 5 | 5 | | | | X | | |
| 12. Chld Mult Gum | 0361 | 4 | 4 | | | | X | | |
| 13. Lil crts | 1654 | 4.25 | 4.25 | | | | X | | |
| 14. Flins Multi | 2270 | 6.25 | 6.25 | | | | X | | |
| 15. Flins Cmplt | 9358 | 5 | 5 | | | | X | | |
| 16. Child Clarit | 1028 | 10 - | 10 - | | | | X | | |
| 17. Blk bag | 6622 | 8.50 | 8.5 | | | | X | | |
| 18. Graphic T's | | 5 | 5 | | | | X | | |

TOTAL UNITS 90

Total 18

Number

Acknowledged by

Inspector

Page 5 of 6

S 16793

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rexall Dual Gel. | 0418 | 6 | 6. | | | | X | | |
| 2. Drs tri comf | 9954. | 8 | 8. | | | | X | | |
| 3. Dr S Pn Relief. | 9855 | 14.5 | 14.5 | | | | X | | |
| 4. Rexall Ft Pdr | 2565 | 3.5 | 3.5 | | | | X | | |
| 5. Od eat Pwdr. 6oz | 4468 | 4.65 | 4.65 | | | | X | | |
| 6. Dr sch Spr Pwd | 2404. | 4.75 | 4.75 | | | | X | | |
| 7. Tiny Spy Pwdr | 2611 | 3 | 3. | | | | X | | |
| 8. Tinactin. | 0097 | 5.5 | 5.5 | | | | X | | |
| 9. Lotrimin. | 0233. | 6.95 | 6.95 | | | | X | | |
| 10. Dg health | 5027. | 3.75 | 3.50 | | | | | X | |
| 11. Rexc Ath Foot | | 3.00 | 3.50 | | | X | | | |
| 12. Icy Hot | 9116. | 4.5 | 4.5. | | | | X | | |
| 13. ClJ n Ht Oil on | 0221 | 5.00 | 5.00 | | | | X | | |
| 14. Pn Relief | 7267. | 3.00 | 3.00 | | | | X | | |
| 15. Mx Str ClJ Hot | 0311 | 3.50 | 3.50 | | | | X | | |
| 16. Bn Gay | 1939. | 5 | 5 | | | | X | | |
| 17. Sty oint | 3084. | 8 | 8 | | | | X | | |
| 18. Lub eye Drops | 8170. | 8 | 8. | | | | X | | |
| | | | | | Total | 1 | 16 | 1 | |
| | | | | | Number | | | | |

TOTAL UNITS 72

Acknowledged by [signature]

Inspector [signature]

Page 4 of 6

Schenectady_022



S 10799

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| | Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Chpstk | 2122 | 4 | 4 | | | | X | | |
| 2. | Bell scrunchi | | 2.85 2.85 | 2.75 2.85 | | | | | X | |
| 3. | Parch Paper | 2798. | 1.85 | 1.65 | | | | X | X | |
| 4. | Pack tape | 0938 | 5.5 | 5.5 | | | | X | | |
| 5. | Gel effct tp | 2192. | 2.5 | 2.5 | | | | X | | |
| 6. | Ol spice | 0693. | 6.5 | 6.5 | | | | X | | |
| 7. | Brut. 3.5 oz | 0139 | 3.5 | 3.5 | | | | X | | |
| 8. | Classic splsh. | 7776 | 2 | 2 | | | | X | | |
| 9. | Skn bree | 2547. | 3.5 | 3.5 | | | | X | | |
| 10. | Design bod spry | 4088. | 3.75 | 3.75 | | | | X | | |
| 11. | Body heat. | 0192 | 3.95 | 3.95 | | | | X | | |
| 12. | Bod Frsh Guy | 0497. | 3.95 | 3.95 | | | | X | | |
| 13. | Stetson | 3364 | 5 | 5. | | | | X | | |
| 14. | Sinful Act. | 5408. | 4 | 4. | | | | X | | |
| 15. | Beau Mondr. | 1717. | 3.5 | 3.5 | | | | X | | |
| 16. | CShmr Radince. | 1847. | 3.5 | 3.5 | | | | X | | |
| 17. | Primo fragrence. | 6348. | 3 | 3. | | | | X | | |
| 18. | Degree Clin Protr | 6490 | 7.95 | 7.95 | | | | X | | |
| | | | | | | Total | | 16 | 2 | |
| | | | | | | Number | | | | |

TOTAL UNITS 54

Acknowledged by [signature]

Inspector [signature]

Page 3 of 6





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. B. Jaul Comb. | 2325. | 1 | 1. | | | | X | | |
| 2. Medal Pik. | 5363. | 2. | 2 | | | | X | | |
| 3. Satin Safari | 6687. | 4.5 | 4.5 | | | | X | | |
| 4. Satin wrap. | 4407. | 4. | 4 | | | | X | | |
| 5. Wig cap. | 3301 | 1 | 1 | | | | X | | |
| 6. Wrap Scarf. | 3066 | 5 | 5 | | | | X | | |
| 7. Sat Slp cap. | 9083. | 2 | 2. | | | | X | | |
| 8. Bk wrp Scarf. | 3059. | 4 | 4. | | | | X | | |
| 9. Comergys Cmb. | 8194. | 2 | 2 | | | | X | | |
| 10. Conair Comb | 6073 | 2 | 2 | | | | X | | |
| 11. 3 in 1 Cmb. | 4773 | 1.50 | 1 | | | | | X | |
| 12. Bell brs brsh. | 5844. | 1.5 | 1.5 | | | | X | | |
| 13. bell brush. | 5745. | 2.75 | 2.75 | | | | X | | |
| 14. Flyway Smthr | 1526 | 4 | 4. | | | | X | | |
| 15. Finish brsh | 5775. | 2.5 | 2.5 | | | | X | | |
| 16. Slk brsh | 5171. | 3.5 | 3.5. | | | | X | | |
| 17. Bell brush- | 8850. | 2 | 2 | | | | X | | |
| 18. Detangler. | 5875. | 3 | 3 | | | | X | | |

TOTAL UNITS 36

Total 17 1

Number

Acknowledged by

Inspector

Page 7 of 6

Schenectady_024





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Conair Curler | 17165 | 13.00 | 13.00 | | | | X | | |
| 2. Conair Curler | 0827 | 15.50 | 15.50 | | | | X | | |
| 3. bell Pony hldrs | 0319 | 1 | 1 | | | | X | | |
| 4. Scunci Girl | | 3.50 | 3.25 | | | | | X | |
| 5. Bobby Pins | | 1 | 1 | | | | X | | |
| 6. Conair pins | 3027 | 2 | 2 | | | | X | | |
| 7. Bell 32 pc elas | 7923 | 2 | 2 | | | | X | | |
| 8. Scunci elastic | 4006 | 4.25 | 4.25 | | | | X | | |
| 9. Hot wraps | 4924 | 3 | 3 | | | | X | | |
| 10. Hot wraps Strch | 4931 | 2.75 | 2.75 | | | | X | | |
| 11. All Purp brsh | 3100 | 5 | 5 | | | | X | | |
| 12. Detang brsh | 3117 | | 5.50 | | | | X | | |
| 13. Eudu [illegible] | 5751 | 3 | 3 | | | | X | | |
| 14. Funk brush | 5553 | 3.5 | 3.5 | | | | X | | |
| 15. Milbar brush | 5850 | 3 | 3 | | | | X | | |
| 16. Sleek brush | 3216 | 1 | 1 | | | | X | | |
| 17. bell brush | 7292 | 2 | 2 | | | | X | | |
| 18. sleek brush | 8559 | 1 | 1 | | | | X | | |
| | | | | | | Total | 17 | 1 | |
| | | | | | | Number | | | |

TOTAL UNITS 18

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6

3826

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General 8749 | Date | ~~12-10~~ 12-9-21 |
| Address | 2001 Broadway | Type | Grocery / Gen Merch |
| Town | Sch'dy NY 12306 | Price Log # | |

Summary of Reports S17115 through S17117

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 52 | Units Failed | |
| D. Total Overpriced | ~~2~~ 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | ~~[illegible]~~ 2% | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 98% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ ~~Yes~~ ❑ No

REMARKS:

Pam. Sukhnan [signature]
Acknowledged

[signature]
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**



S [illegible]

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pirouline | 8037 | 1 | 1 | | | | \| | | |
| 2. Mellow Salsa | 0586 | 1 | 1. | | | | \| | | |
| 3. Dritz Corm Corn | 9471. | 1 | 1 | | | | \| | | |
| 4. Rolo. | 8554 | 3 | 3 | | | | \| | | |
| 5. Ghirardelli | 1151. | 3.5 | 3.5 | | | | \| | | |
| 6. Ghird PPmt SQ | 1963 | 3.5 | 3.5 | | | | \| | | |
| 7. Mini Cndy Cns. | 7069. | 1 | 1 | | | | \| | | |
| 8. Premium Cookies | 3826 | 1.25 | 1.25 | | | | \| | | |
| 9. 11 oz Creme Drops | 3126 | 1 | 1 | | | | \| | | |
| 10. Hershyetts | 9715 | 1 | 1. | | | | \| | | |
| 11. M & Ms | 8625 | 1 | 1. | | | | \| | | |
| 12. Delux Hrd Cndy | 1136 | 2 | 2 | | | | \| | | |
| 13. Gummy Kabob. | 3987. | 1 | 1 | | | | \| | | |
| 14. Whitmans Sampler. | 2137. | 5 | 5 | | | | \| | | |
| 15. Guardian brk Apart | 3268 | 2.5 | 2.5 | | | | \| | | |
| 16. Kisses Mlk Choc | 4916 | 3 | 3 | | | | \| | | |
| 17. Rudolph. | 9025 | 1 | 1 | | | | \| | | |
| 18. Big Pop | 3378 | 1 | 1 | | | | \| | | |
| | | | | | Total | | 18 | | |
| TOTAL UNITS | | | | | Number | | | | |

Pam. Sullivan [signature]
Acknowledged by

[signature]
Inspector

Page ______ of ______

Schenectady_027





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. CV OJ. | 9805 | 2.65 | 2.65 | | | | X | | |
| 2. CV Mand oranges | 0509 | .95 | .90 | | | | | X | |
| 3. CV Frt Cktail | 0087 | 1.35 | 1.35 | | | | | | |
| 4. Yellow Peaches | 0124 | 1.95 | 1.95 | | | | | | |
| 5. Dole med Frut. | 0606 | 2 | 2 | | | | | | |
| 6. Dried ban Chips | 1900 | 2 | 2 | | | | | | |
| 7. Cndy Canes. | 7007. | 1 | 1. | | | | | | |
| 8. Skittles Cndy Canes | 6003 | 2.25 | 2.25 | | | | | | |
| 9. Rudolph big pops | 9001 | 1 | 1. | | | | | | |
| 10. Kwater | 0060. | 3 | 3 | | | | | | |
| 11. Kwater Joy. | 0041. | 5 | 5 | | | | | | |
| 12. 12 Cndy Canes | 7007. | 1 | 1 | | | | | | |
| 13. tootsie rolls | 6938. | 1 | 1 | | | | | | |
| 14. G Bread frame | 1088 | 5 | 5 | | | | | | |
| 15. G Bread logs | 5284 | 10 | 10 | | | | | | |
| 16. Rsd stove Box | 1032 | 5 | 5 | | | | | | |
| 17. P mns Puffs | 6189. | 3 | 3 | | | | | | |
| 18. Chili Chs Dip | 1939. | 1.75 | 1.75 | | | | | | |

TOTAL UNITS

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | 17 | 1 | |
| Number | | | | |

Pam. Sukhnan (signature)
Acknowledged by

Inspector

Page ____ of ____

Schenectady_028





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 518-356-7473
Weights & Measures 518 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. PoP tarts Strawbrry | 2719. | 2.25 | 2.25 | | | | | | |
| 2. 12 POP tarts. | 2733 | 2.85 | 2.85 | | | | | | |
| 3. Qkr Chwy. | 1820 | 2.50 | 2.50 | | | | | | |
| 4. Clur Vally Gran brs | 8132 | 2 | 2 | | | | | | |
| 5. Knd brkFst. | 1011 | 3 | 3. | | | | | | |
| 6. Knd PB – | 1059. | 3.25 | 3.25 | | | | | | |
| 7. NAtur Vally | 7076 | 3.25 | 3.25 | | | | | | |
| 8. NAtur VAll salt brs | 1027. | 5.35 | 5.35 | | | | | | |
| 9. CV Dst Shop. | 4080. | 7.95 | 7.95 | | | | | | |
| 10. Hzlnt Cups | 1924. | 4 | 4. | | | | | | |
| 11. MC-Cafe – | 0650. | 8.5 | 8.5 | | | | | | |
| 12. Mc afe Coffee | 5359. | 6 | 6. | | | | | | |
| 13. 1850 Blk Gld. | 5166 | 5.95 | 5.95 | | | | | | |
| 14. CV VAlly Fr Vanilla | 0010. | 3.95 | 3.95 | | | | | | |
| 15. Folgers Clssc | 1887. | 1 | 1. | | | | | | |
| 16. CAPPUCCINO. | 8480. | 3.95 | 3.95 | | | | | | |
| 17. CV Inst Cffee. | 4069. | 4.5 | 4.5 | | | | | | |
| 18. Folg Clsc Roast. | 0343 | 5.95 | 5.95 | | | | | | |

TOTAL UNITS 18

Total 18

Number

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 3



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 5-18-21 |
| Address | 2001 Broadway | Type | Grocery / Gen Merch |
| Town | Schenectady | Price Log # | |

Summary of Reports S16786 through S16791

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 1 | Units Passed | |
| C. Total Correct | 103 | Units Failed | |
| D. Total Overpriced | 4 | Type of Inspection | |
| % Overpriced (d ÷ a) | 3% | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | Fail | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 97% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ❑ No

REMARKS:
Line 6 on S16786 - Manager in process of initiating price change

Acknowledged [signature]                    Inspector [signature]

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | $500 |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Stock energ | 06900. | 1. | 2.95 | | | X | | | |
| 2. Clover Vlly | 003?9. | 3 | 3. | | | | X | | |
| 3. Cl Scents | 401009. | 2.85 | 2.85 | | | | X | | |
| 4. I-fresh Malt stick | 616224 | 2 | 2 | | | | X | | |
| 5. Call | 20260 | 3 | 3 | | | | X | | |
| 6. Flanders beef Patties | 005148 | 8.25 | 7.85 | | | | | X | |
| 7. Tys Cntry Fr Stk | 014849. | 4.95 | 4.95 | | | | X | | |
| 8. Tys chick wngs | 854026 | 5.25 | 5.25 | | | | X | | |
| 9. Red baron Pizza | 634733 | 4 | 4 | | | | X | | |
| 10. Digios NO | 949471 | 5.95 | 5.95 | | | | X | | |
| 11. Pizza Rolls | 109156. | 3.95 | 3.95 | | | | X | | |
| 12. Twas burroos | 020118 | 3.25 | 3.25 | | | | X | | |
| 13. Hungry Man. | 203214 | 3.75 | 3.75 | | | | X | | |
| 14. Arby Fries | 370007 | 2.75 | 2.75 | | | | X | | |
| 15. J Jean Roll ups | 502231 | 6.00 | 6.00 | | | | X | | |
| 16. Dr pepper | 082463 | 2 | 2 | | | | X | | |
| 17. 24 oz Cot chs | 524401 | 3.25 | 3.25 | | | | X | | |
| 18. Shrd Chs | 005364 | 2.50 | 2.50 | | | | X | | |
| | | | | | Total | | 1 | 17. | |
| | | | | | Number | | | | |

TOTAL UNITS 18

Acknowledged by _______ Inspector _______

Page 1 of 6

See Summary Sheet

Schenectady_031

S 36787

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ricos Premium cheese | 744086 | 2.85 | 2.85 | | | | X | | |
| 2. Ricos Chs Sauce. | 211888 | 2.75 | 2.70. | | | | | X | |
| 3. Salsa con Queso. | 444086 | 2 | 2 | | | | X | | |
| 4. Apple Filling. | 513108. | 1.85 | 1.85 | | | | X | | |
| 5. Pecan Halves | 002190 | 3 | 3 | | | | X | | |
| 6. No bake Pmt Pot | 085400 | 2.95 | 2.95 | | | | X | | |
| 7. Betty Crocker | 430587 | 1.35 | 1.35 | | | | X | | |
| 8. Cntry Gravy | 600200 | 1.50 | 1.50. | | | | X | | |
| 9. Cooked Ham | 002005 | 3 | 3. | | | | X | | |
| 10. Clover Vally bns chili | 112455 | 1.45 | 1.35 | | | | | X | |
| 11. CV Bkd beans. | 616137 | 1.45 | 1.45 | | | | X | | |
| 12. CV Mayo. | 066628. | 1.95 | 1.95 | | | | X | | |
| 13. 15 oz Asparagus | 009286 | 2.50 | 2.50. | | | | X | | |
| 14. 28 oz Jiff | 241639 | 4.20 | 4.20 | | | | X | | |
| 15. 128 oz Pickles | 008242 | 5.95 | 5.95 | | | | X | | |
| 16. CV Orange Jc | 009805 | 2.50 | 2.25 | | | | | X | |
| 17. 48 oz App Sauce. | 627232 | 2.25 | 2.25 | | | | X | | |
| 18. CV Raisins | 100127 | 1.35 | 1.35 | | | | X | | |

TOTAL UNITS 36

Total: Cor. 15, Over 3

Number

Acknowledged by [signature]

Inspector

Page 2 of 6



S 10788

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tasters Choice | 593933 | 8.50 | 8.50 | | | | X | | |
| 2. Duncan Carts | 003017 | 7.50 | 7.50 | | | | X | | |
| 3. MC cafe | 055359 | 6 | 6. | | | | X | | |
| 4. Starbucks Carts | 888112 | 7.95 | 7.95 | | | | X | | |
| 5. Rice kris trts | 350554 | 3.75 | 3.75 | | | | X | | |
| 6. Fat Rab trots | 001399 | 2 | 2. | | | | X | | |
| 7. Sunkist 7.5 oz | 002 096. | 2.35 | 2.35 | | | | X | | |
| 8. Skittle Drink Stick | 328 208 | 2.50 | 2.50. | | | | X | | |
| 9. Animal cookies | 101 280 | 2.75 | 2.75 | | | | X | | |
| 10. 11.3 oz Crackers | 400311 | 1.50 | 1.50. | | | | X | | |
| 11. Ritz toasted Chips | 051051 | 3 | 3 | | | | X | | |
| 12. CV wheat crackers | 400205 | 1.50 | 1.50. | | | | X | | |
| 13. Whisp Chees crisps | 413202 | 3.50 | 3. | | | | | X | |
| 14. Pirate booty | 601004. | 2.50 | 2.50. | | | | X | | |
| 15. Brownie brittle. | 012385 | 3 | 3 | | | | X | | |
| 16. 2.75 Pita thins | 201704. | 1.50 | 1.50 | | | | X | | |
| 17. Frappacino | 813313 | 2.85 | 2.85 | | | | X | | |
| 18. UFt Sausage. | 018906 | 3.95 | 3.95 | | | | X | | |

TOTAL UNITS 54

Total Number

Acknowledged by

Inspector

Page 3 of 6



S 36789

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. DG Home bags | 104227 | 2.35 | 2.35 | | | | ↓ | | |
| 2. 22 ct Frzr bags | 104234 | 2.35 | 2.35 | | | | | | |
| 3. 56 cnt VAl QRt | 104203 | 3.75 | 3.75 | | | | | | |
| 4. 42 ct Gallon bags | 104571 | 3.75 | 3.75 | | | | | | |
| 5. Zplc Frzr bags | 003816 | 4.25 | 4.75 | | | | | | |
| 6. 27 ct Ziplock | 003823 | 4.75 | 4.75 | | | | | | |
| 7. Hfty 20 ct. | 586316 | 5 | 5. | | | | | | |
| 8. DG 230 Hm bg. | 101893 | 4.5 | 4.5 | | | | | | |
| 9. Glad Frz Flx Plus | 791981 | 5 | 5. | | | | | | |
| 10. Gld Frz Flex | 222515 | 9 | 9. | | | | | | |
| 11. Flx Drw String | 601831 | 4.5 | 4.5 | | | | | | |
| 12. Hfty ulb String | 835742 | 5 | 5. | | | | | | |
| 13. Zip Lock 36 ct. | 001126 | 4.75 | 4.75 | | | | | | |
| 14. " " 24 ct. Qrt. | 003304 | 3 | 3 | | | | | | |
| 15. GD Hm Dbl Zip | 104463 | 3.75 | 3.75 | | | | | | |
| 16. 13 1 Gallon bags | 104357 | 1 | 1 | | | | | | |
| 17. Lunch bags | 765394 | 1.25 | 1.25 | | | | | | |
| 18. Aluminum foil | 104180 | 3.5 | 3.5 | | | | ↓ | | |

TOTAL UNITS 72

Total 18.

Number

Acknowledged by

Inspector

Page 4 of 6



S 16750

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 12 Foam Plates | 971190 | 1.85 | 1.85 | | | | ↓ | | |
| 2. Dg Home We paper | 570663 | 1.65 | 1.65 | | | | | | |
| 3. Pichmar Paper | 106979 | 2 | 2 | | | | | | |
| 4. DG Hom 15 33 gal bgs | 105651 | 4.50 | 4.5 | | | | | | |
| 5. 75 Drawstrwg | 106368 | 9 | 9 | | | | | | |
| 6. Hfty No String 38 pk | 015946 | 7 | 7 | | | | | | |
| 7. DG Flee odor Cntrl | 601909 | 7 | 7 | | | | | | |
| 8. refrigeror pans | K0326 | 5 | 5 | | | | | | |
| 9. 2 quro Sc Pan | 970482 | 10.00 | 10.00 | | | | | | |
| 10. Cmman 5lb Strap | 8660935 | 3.75 | 3.75 | | | | | | |
| 11. Pr Felt Pads | 362276 | 2 | 2 | | | | | | |
| 12. Furnature Sliders | 475301 | 5 | 5 | | | | | | |
| 13. Packing tape | 361426 | 3 | 3 | | | | | | |
| 14. Stretch Cord | 649747 | 2.75 | 2.75 | | | | | | |
| 15. Ratchet tie down | 101480 | 4 | 4 | | | | | | |
| 16. Surge protector | 875829 | 8 | 8 | | | | | | |
| 17. 9 Ft Cord | 139323 | 3 | 3 | | | | | | |
| 18. Brass Padlock | 162304 | 3.5 | 3.50 | | | | ↓ | | |

TOTAL UNITS 90

Total 18

Number

Acknowledged by

Inspector

Page 5 of 6

Schenectady_035

S 16793

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hook + Loop. | 361259 | 1 | 1 | | | | ↓ | | |
| 2. Command. | 866935 | 3 | 3 | | | | | | |
| 3. essential tape measur | 361211 | | | | | | | | |
| 4. Long nose Pliers | 362607 | 2.75 | 2.75 | | | | | | |
| 5. Slip Joint Pliers | 361310 | 2.75 | 2.75 | | | | | | |
| 6. 6 in 1 Screwdriver | 234547 | 5 | 5 | | | | | | |
| 7. Pnt brush Set | 361976 | 2 | 2 | | | | | | |
| 8. 1.5 in Pnt brush | 570171 | 1.95 | 1.95 | | | | | | |
| 9. Pro Pnt brush | 362232 | 2 | 2 | | | | | | |
| 10. 3 in Pnt brush | 361952 | 2.95 | 2.95 | | | | | | |
| 11. Utility knife. | 361419. | 6.50 | 6.5 | | | | | | |
| 12. water weld. | 082220 | 6 | 6 | | | | | | |
| 13. J-B weld. | 826558 | 5 | 5 | | | | | | |
| 14. RV vinyl Caulk | 004050 | 2.95 | 2.95 | | | | | | |
| 15. Cable ties | 024130. | 1.95 | 1.95 | | | | | | |
| 16. Sand paper. | 361181. | 2.95 | 2.95 | | | | | | |
| 17. Duct tape | 411657. | 4 | 4 | | | | | | |
| 18. B-12 Chem tool | 001167 | 4 | 4. | | | | ↓ | | |

TOTAL UNITS 108.

Total Number 18

Acknowledged by [signature]

Inspector [signature]

Page 6 of 6

Schenectady_036

3645

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | February 26, 2020 |
| Address | 2001 Broadway | Type | |
| Town | | Price Log # | |

Summary of Reports 16300 through 16303

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ❑ No

REMARKS:

Ram. Sukhanandan
Acknowledged

M. STRAIT
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS
B-102



S 16300

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lipton Green Tea | 02453 | 3.00 | 3.00 | | | | Y | | |
| 2. Skinny Pop Mini Cakes | 00453 | 3.00 | 3.00 | | | | Y | | |
| 3. Pretzel Crisps | 00600 | 250 | 250 | | | | Y | | |
| 4. Fudge Stripe Cookies | 12070 | 2.00 | 2.00 | | | | Y | | |
| 5. Kraft Easy Cheese | 01551 | 4.00 | 4.00 | | | | Y | | |
| 6. Intel. Delight Creamers | 00974 | 265 | 265 | | | | Y | | |
| 7. Lucky Charms Bars | 46757 | 295 | 295 | | | | Y | | |
| 8. Cinnamon Toast Cereal | 12254 | 3.00 | 3.00 | | | | Y | | |
| 9. Swanson Chunk Chicken | 18806 | 275 | 275 | | | | Y | | |
| 10. Heinz Ketchup | 136400 | 245 | 245 | | | | Y | | |
| 11. Clover Valley Honey | 00089 | 3.25 | 325 | | | | Y | | |
| 12. Hormel Compleats | 48252 | 2.00 | 2.00 | | | | Y | | |
| 13. B.Crocker Muffin Mix | 45602 | 250 | 250 | | | | Y | | |
| 14. Jumbo Highlighters | 16353 | 150 | 150 | | | | Y | | |
| 15. Bic Gelocity Pens | 35116 | 2.00 | 2.00 | | | | Y | | |
| 16. Art Skills Acrylic Paints | 05756 | 4.00 | 4.00 | | | | Y | | |
| 17. Duck Bubble Mailer | 11903 | 1.65 | 165 | | | | Y | | |
| 18. Hot Wheels Monster Truck | 72050 | 4.00 | 4.00 | | | | Y | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. Straight
Inspector

Page 1 of 4



S 10301

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hefty Kitchen Bags | 80584 | 7.00 | 7.00 | | | | X | | |
| 2. Brown lunch Bags | 76539 | 1.25 | 1.25 | | | | X | | |
| 3. Plastic Wine Goblets | 00198 | 3.00 | 3.00 | | | | X | | |
| 4. Cake/Pie Server | 05246 | 4.50 | 4.00 | | | | | ⊕ | |
| 5. Happy Birthday Banner | 34618 | 2.00 | 2.00 | | | | X | | |
| 6. Kitchen Towels 2pk. | 02189 | 5.00 | 5.00 | | | | X | | |
| 7. Good Cook Can Opener | 54159 | 3.00 | 3.00 | | | | X | | |
| 8. Cookie Pan Set | 18018 | 4.00 | 4.00 | | | | X | | |
| 9. Clothesline 100' | 37777 | 4.00 | 4.00 | | | | X | | |
| 10. Fabric Shower Curtain | 49393 | 8.00 | 8.00 | | | | X | | |
| 11. Pampers Swaddlers | 74897 | 10.00 | 10.00 | | | | X | | |
| 12. Hanes Crew Socks | 71087 | 9.50 | 9.50 | | | | X | | |
| 13. Leather Cowhide Gloves | 04612 | 6.00 | 6.00 | | | | X | | |
| 14. GE Lightbulbs | 99192 | 10.00 | 10.00 | | | | X | | |
| 15. DG Surge Protector | 87582 | 8.00 | 8.00 | | | | X | | |
| 16. Fantastik Cleaner | 00335 | 2.95 | 2.95 | | | | X | | |
| 17. Car Wash Mitt | 45381 | 5.50 | 5.50 | | | | X | | |
| 18. Castrol GTX Motor Oil | 00148 | 4.95 | 4.95 | | | | X | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. Sheehan [signature]
Inspector

Page 2 of 4

Schenectady_039



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bounce Dryer Sheets | 68933 | 3.50 | 3.50 | | | | X | | |
| 2. Purex Detergent | 05016 | 6.85 | 6.85 | | | | X | | |
| 3. Dawn Dish Brush | 32261 | 3.00 | 3.00 | | | | X | | |
| 4. Swiffer Wet Jet Cleaner | 23680 | 5.65 | 5.65 | | | | X | | |
| 5. DG Cutlery | 80895 | 3.00 | 3.00 | | | | X | | |
| 6. Scott Paper Towels (2) | 49628 | 3.00 | 3.00 | | | | X | | |
| 7. Good 'N Fun Dog Treats | 94206 | 3.00 | 3.00 | | | | X | | |
| 8. Kibbles 'N Bits | 85120 | 4.75 | 4.75 | | | | X | | |
| 9. Purina Kitten Chow | 15052 | 5.50 | 5.50 | | | | X | | |
| 10. Angel Soft Bath Tissue | 79297 | 3.50 | 3.50 | | | | X | | |
| 11. Step Stool | 11721 | 6.50 | 6.50 | | | | X | | |
| 12. Rexall Back Support | 81292 | 8.00 | 8.00 | | | | X | | |
| 13. Effedent Tablets | 01587 | 5.00 | 5.00 | | | | X | | |
| 14. Sensodyne Toothpaste | 85078 | 6.00 | 6.00 | | | | X | | |
| 15. Oral B Toothbrush | 68064 | 4.00 | 4.00 | | | | X | | |
| 16. Tea Tree Oil | 10003 | 5.00 | 5.00 | | | | X | | |
| 17. Chap Stick 3pk. | 70541 | 3.00 | 3.00 | | | | X | | |
| 18. ZzzQuil LiquiCaps | 03802 | 5.50 | 5.50 | | | | X | | |

TOTAL UNITS 18

Total ______

Number ______

Acknowledged by ______

M. STRAIT
Inspector

Page 3 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tylenol Caplets | 44905 | 4.00 | 4.00 | | | | Y | | |
| 2. Childrens Claritin | 81102 | 10.00 | 10.00 | | | | Y | | |
| 3. Slimfast Shakes | 74002 | 5.50 | 5.50 | | | | Y | | |
| 4. Alka-Seltzer Plus | 56499 | 6.00 | 6.00 | | | | Y | | |
| 5. Ricola Cough Drops | 07290 | 1.95 | 1.95 | | | | Y | | |
| 6. RX Vitamin D | 68140 | 5.00 | 5.00 | | | | Y | | |
| 7. Opti Free Lens Solution | 01011 | 9.50 | 9.50 | | | | Y | | |
| 8. Odor Eaters Spray | 12119 | 465 | 465 | | | | Y | | |
| 9. Dr. Scholl's Insoles | 31265 | 11.00 | 11.00 | | | | Y | | |
| 10. Garnier Conditioner | 49184 | 3.00 | 3.00 | | | | Y | | |
| 11. Nice & Easy Hair Color | 11679 | 7.00 | 7.00 | | | | Y | | |
| 12. Gold Bond Lotion | 05350 | 8.00 | 8.00 | | | | Y | | |
| 13. Secret Solid | 94884 | 3.00 | 3.00 | | | | Y | | |
| 14. Axe Body Spray | 37997 | 495 | 495 | | | | Y | | |
| 15. Wahl Groomer | 10794 | 10.00 | 10.00 | | | | Y | | |
| 16. Soft Soap Refill | 29585 | 3.00 | 3.00 | | | | Y | | |
| 17. LA Colors Eyelashes | 73954 | 4.50 | 4.50 | | | | Y | | |
| 18. Kiss Nails | 52882 | 3.00 | 3.00 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STREIT

Page 4 of 4

3565

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | December 5, 2019 |
| Address | 2006 Broadway | Type | |
| Town | | Price Log # | |

Summary of Reports 15961 through 15964

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged [signature]

Inspector M-STRAIT

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



S 3596

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Soap Dish | 70181 | 3.00 | 3.00 | | | | Y | | |
| 2. DG Paper Towels | 80648 | 2.95 | 2.95 | | | | Y | | |
| 3. Suave Hairspray | 09355 | 1.50 | 1.50 | | | | Y | | |
| 4. Scotch Brite Brush | 90107 | 2.50 | 2.50 | | | | Y | | |
| 5. Lysol Bowl Cleaner | 74083 | 3.75 | 3.75 | | | | Y | | |
| 6. Tire Spray | 53418 | 2.95 | 2.95 | | | | Y | | |
| 7. Baby Wipes | 20802 | 1.50 | 1.50 | | | | Y | | |
| 8. Mr. Clean Gloves | 60639 | 1.25 | 1.25 | | | | Y | | |
| 9. Plastic Tumbler | 42083 | 1.00 | 1.00 | | | | Y | | |
| 10. Eyeglasses Case | 33543 | 5.00 | 5.00 | | | | Y | | |
| 11. Infant Bottles(2) | 76844 | 3.00 | 3.00 | | | | Y | | |
| 12. Mini Umbrella | 40558 | 4.50 | 4.50 | | | | Y | | |
| 13. Dial Soap | 31945 | 2.00 | 2.00 | | | | Y | | |
| 14. Crayola Paints | 80020 | 5.00 | 5.00 | | | | Y | | |
| 15. Hairbrush | 75189 | 1.50 | 1.50 | | | | Y | | |
| 16. Spic & Span Sponge | 20961 | 1.00 | 1.00 | | | | Y | | |
| 17. Paintbrushes (3) | 41900 | 4.50 | 4.50 | | | | Y | | |
| 18. Pet Collar | 11905 | 3.50 | 3.50 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 1 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Johnson's Baby Lotion | 50710 | 3.00 | 3.00 | | | | x | | |
| 2. Votive Candle | 06648 | 1.50 | 1.50 | | | | x | | |
| 3. Colgate Toothbrush | 44118 | 1.00 | 1.00 | | | | x | | |
| 4. Imodium Caplets | 03238 | 3.75 | 3.75 | | | | x | | |
| 5. Arrid XX | 33310 | 1.50 | 1.50 | | | | x | | |
| 6. Pantene Shampoo | 30681 | 4.00 | 4.00 | | | | x | | |
| 7. GE Lightbulbs | 97650 | 2.50 | 2.50 | | | | x | | |
| 8. Hair Pins | 47901 | 1.00 | 1.60 | | | | x | | |
| 9. Baking Pan | 35506 | 4.00 | 4.00 | | | | x | | |
| 10. Suave Hairspray | 55590 | 2.00 | 2.00 | | | | x | | |
| 11. Party Plates | 66529 | 2.00 | 2.00 | | | | x | | |
| 12. Bic - Wite-Out | 44111 | 1.50 | 1.50 | | | | x | | |
| 13. Banquet Nuggets | 57002 | 3.75 | 3.75 | | | | x | | |
| 14. Ginseng Tablets | 95000 | 3.00 | 3.00 | | | | x | | |
| 15. Ponds Towelettes | 09002 | 5.00 | 5.00 | | | | x | | |
| 16. Aluminum Foil | 59300 | 1.25 | 1.25 | | | | x | | |
| 17. Plastic Pitcher | 90319 | 1.50 | 1.50 | | | | x | | |
| 18. Metal Grater | 60583 | 2.00 | 2.00 | | | | x | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 2 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Twin Sheet Set | 40674 | 15.00 | 15.00 | | | | x | | |
| 2. Car Sponge | 90875 | 1.00 | 1.00 | | | | x | | |
| 3. Bath Towel (2) | 89826 | 6.00 | 6.00 | | | | x | | |
| 4. Laundry Basket | 82492 | 2.00 | 2.00 | | | | x | | |
| 5. Waste Can | 70048 | 3.00 | 3.00 | | | | x | | |
| 6. Pledge Wipes | 21800 | 275 | 275 | | | | x | | |
| 7. Pro-Mask Tape | 38098 | 3.00 | 3.00 | | | | x | | |
| 8. Lint Roller | 10904 | 175 | 175 | | | | x | | |
| 9. 3 Drawer Organizer | 28844 | 5.50 | 5.50 | | | | x | | |
| 10. Curtain Rod Set | 12880 | 8.00 | 8.00 | | | | x | | |
| 11. 10 pk. Hangers | 61712 | 1.25 | 1.25 | | | | x | | |
| 12. Airwick Spray | 03838 | 275 | 275 | | | | x | | |
| 13. Mini Hammer | 44585 | 2.50 | 2.50 | | | | x | | |
| 14. Tide Detergent | 11652 | 6.50 | 6.50 | | | | x | | |
| 15. Dog Dish | 60780 | 3.00 | 3.00 | | | | x | | |
| 16. Downy Softener | 09724 | 4.00 | 4.00 | | | | x | | |
| 17. Night Light | 41817 | 2.25 | 2.00 | | | | | (x) | |
| 18. Bounce Sheets | 90708 | 4.00 | 4.00 | | | | x | | |

TOTAL UNITS 18

Total ______

Number ______

Acknowledged by ______

Inspector M STREAIT

Page 3 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Umbrella | 54607 | 4.00 | 4.00 | | | | X | | |
| 2. Glade Candle | 04084 | 3.00 | 3.00 | | | | Y | | |
| 3. DG Paper Towel | 58315 | 1.50 | 1.50 | | | | Y | | |
| 4. Tidy Cat Litter | 98806 | 5.00 | 5.00 | | | | Y | | |
| 5. DG Batteries | 72759 | 3.50 | 3.50 | | | | Y | | |
| 6. Kiwi Shoe Spray | 80104 | 4.00 | 4.00 | | | | Y | | |
| 7. Clorox Wipes | 81100 | 2.75 | 2.75 | | | | Y | | |
| 8. Puffs Tissues | 38900 | 1.25 | 1.25 | | | | Y | | |
| 9. Toilet Plunger | 64612 | 3.00 | 3.00 | | | | X | | |
| 10. DG Bath Tissue | 10001 | 2.75 | 2.75 | | | | X | | |
| 11. Dust Pan | 39407 | 1.50 | 1.50 | | | | X | | |
| 12. Scotch Brite Sponge | 50924 | 2.50 | 2.50 | | | | Y | | |
| 13. Baby Bottle | 50902 | 1.50 | 1.50 | | | | X | | |
| 14. Hair Brush | 25897 | 1.00 | 1.00 | | | | X | | |
| 15. Girls Socks | 62501 | 6.00 | 6.00 | | | | X | | |
| 16. Mildew Remover | 34843 | 2.50 | 2.50 | | | | X | | |
| 17. Spic + Span | 89168 | 1.00 | 1.00 | | | | X | | |
| 18. Sunflower Seeds | 40007 | 3.50 | 3.50 | | | | X | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

Schenectady_046

3473

County of Schenectady

# DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

## SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | August 23, 2019 |
| Address | 2001 Broadway | Type | |
| Town | | Price Log # | |

Summary of Reports 15594 through 15597

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☐ Scanner Accuracy | 99% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS: 99%

Acknowledged A.H. Inspector M. STRAIT

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cover Girl Make-Up | 76453 | 4.00 | 4.00 | | | | X | | |
| 2. Vaseline Lotion | 19144 | 3.50 | 3.50 | | | | X | | |
| 3. Garnier HairColor | 10633 | 6.95 | 6.95 | | | | X | | |
| 4. Children's PediaCare | 70540 | 5.00 | 5.00 | | | | X | | |
| 5. Kiss French Nails | 62425 | 3.00 | 3.00 | | | | X | | |
| 6. Arm + Hammer Toothpaste | 00140 | 3.50 | 3.50 | | | | X | | |
| 7. WovenWheat Crackers | 65527 | 1.95 | 1.95 | | | | X | | |
| 8. DG Hydrocortisone | 01807 | 2.25 | 2.25 | | | | X | | |
| 9. Dr. Scholl's Insoles | 24091 | 10.00 | 10.00 | | | | X | | |
| 10. Sea Bond Wafers | 80162 | 3.85 | 3.85 | | | | X | | |
| 11. Fudge Cookies | 64002 | 1.75 | 1.75 | | | | X | | |
| 12. Pepto Bismol Caplets | 60075 | 4.50 | 4.50 | | | | X | | |
| 13. Axe Body Spray | 00272 | 4.50 | 4.50 | | | | X | | |
| 14. DG Calcium Caplets | 30316 | 3.50 | 3.50 | | | | X | | |
| 15. CV Trail Mix | 91170 | 2.00 | 2.00 | | | | X | | |
| 16. Aleve Tablets | 24199 | 4.00 | 4.00 | | | | ✓ | | |
| 17. DG Hand Soap | 24650 | 2.25 | 2.50 | | | (X) | | | |
| 18. Tresemme Hairspray | 01069 | 4.00 | 4.00 | | | | X | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 1 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. CV Chicken Salad | 00312 | 1.25 | 1.25 | | | | ✓ | | |
| 2. Cutlery Tray | 20125 | 3.00 | 3.00 | | | | ✓ | | |
| 3. Luncheon Napkins | 81600 | 1.75 | 1.75 | | | | ✓ | | |
| 4. Folgers K-Cups | 31572 | 8.00 | 8.00 | | | | ✓ | | |
| 5. Jello Pudding Mix | 04575 | .95 | .95 | | | | ✓ | | |
| 6. Serving Tongs | 52078 | 1.00 | 1.00 | | | | ✓ | | |
| 7. DG Computer Paper | 52004 | 2.50 | 2.50 | | | | ✓ | | |
| 8. Frosted Flakes Cereal | 83721 | 4.00 | 4.00 | | | | ✓ | | |
| 9. Sweet Ray's Sauce | 23743 | 2.00 | 2.00 | | | | ✓ | | |
| 10. Press + Click Container | 25706 | 4.00 | 4.00 | | | | ✓ | | |
| 11. 6 Outlet Wall Tap | 13527 | 3.00 | 3.00 | | | | ✓ | | |
| 12. CV Peach Water | 95760 | .75 | .75 | | | | ✓ | | |
| 13. Libby's Peas | 24315 | .75 | .75 | | | | ✓ | | |
| 14. Brown Rice | 80052 | 1.25 | 1.25 | | | | ✓ | | |
| 15. Tide Detergent | 03011 | 6.95 | 6.95 | | | | ✓ | | |
| 16. Tampico Punch | 81081 | 2.00 | 2.00 | | | | ✓ | | |
| 17. Kraft Mac + Cheese | 78966 | 3.75 | 3.75 | | | | ✓ | | |
| 18. CV Grated Cheese | 10255 | 2.95 | 2.95 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 2 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gain Scent Booster | 30030 | 5.00 | 5.00 | | | | X | | |
| 2. DG Drain Cleaner | 80108 | 3.75 | 3.75 | | | | X | | |
| 3. Cottonelle Bath Tissue | 98506 | 5.00 | 5.00 | | | | X | | |
| 4. Folgers Coffee | 85121 | 8.95 | 8.95 | | | | X | | |
| 5. Tennis Balls | 64552 | 2.00 | 2.00 | | | | X | | |
| 6. Mop & Shine | 38505 | 2.00 | 2.00 | | | | X | | |
| 7. Mr. Clean Mop | 23047 | 12.00 | 12.00 | | | | X | | |
| 8. Oatmeal Cookies | 97902 | 229 | 229 | | | | X | | |
| 9. GE 3 Way Bulb | 44632 | 250 | 2.00 | | | | | (X) | |
| 10. Gravy Train Dog Food | 30240 | 275 | 275 | | | | X | | |
| 11. Gain Sponges | 78161 | 150 | 150 | | | | X | | |
| 12. Blue Magic Carpet Spray | 95158 | 3.85 | 3.85 | | | | X | | |
| 13. Bath Towel | 42845 | 5.00 | 5.00 | | | | X | | |
| 14. Scott Bath Tissue | 49085 | 4.00 | 4.00 | | | | X | | |
| 15. Pampers Diapers | 80868 | 9.00 | 9.00 | | | | X | | |
| 16. Peak Motor Oil | 71001 | 3.60 | 360 | | | | X | | |
| 17. DG Asst. Cutlery | 28655 | 5.00 | 5.00 | | | | X | | |
| 18. Nite Glo Necklace | 20118 | 1.00 | 1.00 | | | | X | | |

TOTAL UNITS 18

Total Number

Acknowledged by ______

M. STRAIT
Inspector

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Girl's T-shirt | 80250 | 7.00 | 7.00 | | | | X | | |
| 2. Baby Washcloth | 51982 | 1.00 | 1.00 | | | | X | | |
| 3. Reese's Sticks | 11789 | 1.35 | 1.35 | | | | X | | |
| 4. Playing Cards | 90701 | 2.00 | 2.00 | | | | X | | |
| 5. Tea light Candles | 63481 | 2.00 | 2.00 | | | | X | | |
| 6. Avent Baby Bottles | 66985 | 7.00 | 7.00 | | | | X | | |
| 7. Hubba Bubba Tape | 98763 | 1.00 | 1.00 | | | | X | | |
| 8. Votive Candle Holder | 90408 | 1.50 | 1.50 | | | | X | | |
| 9. DG Baby Wipes | 00032 | 1.50 | 1.50 | | | | X | | |
| 10. Sheer Breeze Hosiery | 67145 | 4.50 | 4.50 | | | | X | | |
| 11. Juicy Fruit Gum | 06327 | 1.00 | 1.00 | | | | X | | |
| 12. Shoe Gear Polish | 83487 | 3.00 | 3.00 | | | | X | | |
| 13. Bath Toys | 80072 | 4.00 | 4.00 | | | | X | | |
| 14. Hanes Crew Socks | 21907 | 8.95 | 8.95 | | | | X | | |
| 15. Bear Creek Soup Mix | 29068 | 3.00 | 3.00 | | | | X | | |
| 16. Duracell Batteries | 77294 | 3.75 | 3.75 | | | | X | | |
| 17. Baby Pacifiers | 80001 | 2.00 | 2.00 | | | | X | | |
| 18. Welch's Fruit Snacks | 24122 | .75 | .75 | | | | X | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

Inspector M. STRAIT

Page 4 of 4

3458

County of Schenectady

**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**

130 Princetown Plaza, Schenectady, NY 12306

**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | August 8, 2019 |
| Address | 154 Sacandaga Rd. | Type | |
| Town | | Price Log # | |

Summary of Reports 15548 through 15551

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS: 99%

Acknowledged [signature]

Inspector M. STRAIT

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Belle Hair Clips | 24877 | 2.00 | 2.00 | | | | Y | | |
| 2. GE Lightbulbs | 44036 | 6.50 | 6.50 | | | | Y | | |
| 3. Crest Toothpaste | 91338 | 3.00 | 3.00 | | | | Y | | |
| 4. Jigzaw Puzzle | 02393 | 5.00 | 5.00 | | | | Y | | |
| 5. Suave Body Wash | 58460 | 2.00 | 2.00 | | | | Y | | |
| 6. Photo Frame | 59240 | 2.00 | 2.00 | | | | Y | | |
| 7. Baby Sip Cup | 28600 | 2.25 | 2.25 | | | | Y | | |
| 8. Clear Eyes Drops | 40925 | 4.00 | 4.00 | | | | Y | | |
| 9. Wicker Basket set | 89043 | 5.00 | 5.00 | | | | Y | | |
| 10. Opti-Free Solution | 43336 | 5.75 | 5.75 | | | | Y | | |
| 11. Gain Laundry Bag | 42178 | 2.50 | 2.50 | | | | Y | | |
| 12. Rexall Gauze Pads | 10322 | 1.75 | 1.75 | | | | Y | | |
| 13. Mini LED Light | 00661 | 3.00 | 3.00 | | | | Y | | |
| 14. Venus Tropical Razor | 560731 | 7.00 | 7.00 | | | | Y | | |
| 15. CRC Brake Parts Spray | 30705 | 4.00 | 4.00 | | | | Y | | |
| 16. Dove Shampoo | 39140 | 5.00 | 5.00 | | | | Y | | |
| 17. Castrol Motor Oil | 62201 | 4.95 | 4.95 | | | | Y | | |
| 18. Nivea Body Lotion | 55780 | 4.00 | 4.00 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 1 of 4



S 15543

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vitamin E Softgels | 40317 | 4.50 | 4.50 | | | | ✓ | | |
| 2. DG Jumbo High lighter | 500316 | 1.50 | 1.50 | | | | ✓ | | |
| 3. Ting Foot Spray | 82453 | 3.50 | 3.00 | | | | | (+) | |
| 4. Large Sketch Pad | 35305 | 4.00 | 4.00 | | | | ✓ | | |
| 5. Duck Packaging Tape | 26158 | 4.00 | 4.00 | | | | ✓ | | |
| 6. Bic Velocity Pens | 81235 | 2.00 | 2.00 | | | | ✓ | | |
| 7. Plastic Tablecloth | 85601 | 1.50 | 1.50 | | | | ✓ | | |
| 8. Hanes Boxer Briefs | 11831 | 8.95 | 8.95 | | | | ✓ | | |
| 9. Pillar Candle | 43151 | 3.00 | 3.00 | | | | ✓ | | |
| 10. Rexall Headache Caplets | 571192 | 3.50 | 3.50 | | | | ✓ | | |
| 11. Craft Project Knife | 28503 | 2.00 | 2.00 | | | | ✓ | | |
| 12. Pepto Bismol Ultra | 40003 | 6.00 | 6.00 | | | | ✓ | | |
| 13. Plush Puppy | 65461 | 6.00 | 6.00 | | | | ✓ | | |
| 14. Men's Degree Solid | 92926 | 2.50 | 2.50 | | | | ✓ | | |
| 15. Thomas Toy Train | 40419 | 6.00 | 6.00 | | | | ✓ | | |
| 16. Campho-Phenique Gel | 57000 | 4.00 | 4.00 | | | | ✓ | | |
| 17. Ace Poker Cards | 50800 | 2.50 | 2.50 | | | | ✓ | | |
| 18. DG Hydrogen Peroxide | 70001 | .65 | .65 | | | | ✓ | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. STRAIT
Inspector

Page 2 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Glade Wax Melts | 99700 | 3.00 | 3.00 | | | | ✓ | | |
| 2. Betty Crocker Frosting | 86345 | 1.50 | 1.50 | | | | ✓ | | |
| 3. Crayola Markers | 15208 | 4.00 | 4.00 | | | | ✓ | | |
| 4. Swanson Chicken | 84024 | 1.75 | 1.75 | | | | ✓ | | |
| 5. Snuggle Dryer Sheets | 10645 | 2.00 | 2.00 | | | | ✓ | | |
| 6. Old El Paso Tortillas | 45727 | 1.95 | 1.95 | | | | ✓ | | |
| 7. Raid Insect Spray | 10873 | 5.50 | 5.50 | | | | ✓ | | |
| 8. CV Almond Extract | 34260 | 2.50 | 2.50 | | | | ✓ | | |
| 9. All Power Pacs | 86846 | 4.00 | 4.00 | | | | ✓ | | |
| 10. Palmolive Dish Soap | 10745 | 2.00 | 2.00 | | | | ✓ | | |
| 11. Nature's Dog Treats | 37814 | 2.50 | 2.50 | | | | ✓ | | |
| 12. Hefty Trash Bags | 23927 | 7.00 | 7.00 | | | | ✓ | | |
| 13. EverPet Chain Collar | 30230 | 2.00 | 2.00 | | | | ✓ | | |
| 14. Quilted Northern | 73494 | 7.00 | 7.00 | | | | ✓ | | |
| 15. Heartland Cat Food | 80814 | 3.00 | 3.00 | | | | ✓ | | |
| 16. Resolve Carpet Spray | 29300 | 4.50 | 4.50 | | | | ✓ | | |
| 17. Gold Letter Stickers | 33304 | 1.65 | 1.65 | | | | ✓ | | |
| 18. Kaboom Spray Cleaner | 61994 | 3.95 | 3.95 | | | | ✓ | | |

TOTAL UNITS 18

Total

Number

Acknowledged by ______________________

M. STRAIT
Inspector

Page 3 of 4

Schenectady_055



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone: Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Honey Comb Cereal | 42011 | 285 | 285 | | | | x | | |
| 2. Jiffy Foil Pans | 92092 | 250 | 250 | | | | x | | |
| 3. Monster Energy Drink | 17102 | 2.00 | 2.00 | | | | x | | |
| 4. Chef Knife Set | 10737 | 2.00 | 2.00 | | | | x | | |
| 5. Folger's Coffee | 73220 | 6.95 | 695 | | | | x | | |
| 6. Wing Corkscrew | 14825 | 375 | 3.75 | | | | x | | |
| 7. Cool Whip | 48100 | 215 | 215 | | | | x | | |
| 8. Rubbermaid Take Along | 50117 | 450 | 4.50 | | | | x | | |
| 9. Mexican Blend Cheese | 95300 | 265 | 265 | | | | x | | |
| 10. DG Paper Towels | 48500 | 295 | 295 | | | | x | | |
| 11. Club Crackers | 53611 | 295 | 295 | | | | x | | |
| 12. Clear Party Pitcher | 10855 | 250 | 250 | | | | x | | |
| 13. Black Olives | 17620 | 1.50 | 1.50 | | | | x | | |
| 14. CV Pancake Syrup | 72599 | 1.95 | 195 | | | | x | | |
| 15. CV Soy Sauce | 12210 | 1.65 | 165 | | | | x | | |
| 16. V8 Splash | 99014 | 2.00 | 2.00 | | | | x | | |
| 17. CV Pie Crust | 42256 | 1.25 | 125 | | | | x | | |
| 18. Dixie Ultra Plates | 33115 | 5.00 | 5.00 | | | | x | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

Schenectady_056



3514

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date September 30, 2019 |
| Address 1008 State Street | Type |
| Town | Price Log # |

Summary of Reports 15770 through 15223

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged [signature]

Inspector M. Stuart

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

 BEE BUSINESS FORMS B-102



S 02466

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vitamin C Tablets | 22613 | 5.00 | 5.00 | | | | ✓ | | |
| 2. Duck Packing Paper | 72014 | 5.00 | 5.00 | | | | ✓ | | |
| 3. Maybelline Blush | 42854 | 5.00 | 5.00 | | | | ✓ | | |
| 4. Duck Packaging Tape | 68030 | 125 | 125 | | | | ✓ | | |
| 5. Loreal Shampoo | 38804 | 4.00 | 4.00 | | | | ✓ | | |
| 6. Clio Foot-File | 94801 | 10.00 | 10.00 | | | | ✓ | | |
| 7. Loreal Hair Color | 17225 | 9.00 | 9.00 | | | | ✓ | | |
| 8. Tina Foot Powder | 37033 | 3.00 | 3.00 | | | | ✓ | | |
| 9. King Size Pillow | 32420 | 7.00 | 7.00 | | | | ✓ | | |
| 10. EOS Lip Balm | 26101 | 3.00 | 3.00 | | | | ✓ | | |
| 11. Mattress Pad | 96939 | 1250 | 1250 | | | | ✓ | | |
| 12. DG Laxative Tablets | 31419 | 2.00 | 2.00 | | | | ✓ | | |
| 13. Small Jar Candle | 04161 | 3.00 | 3.00 | | | | ✓ | | |
| 14. Pepto-Bismol Tablets | 02932 | 225 | 225 | | | | ✓ | | |
| 15. DG Cotton Swabs | 30734 | 165 | 165 | | | | ✓ | | |
| 16. Bic Hybrid Razor | 04072 | 6.00 | 6.00 | | | | ✓ | | |
| 17. Kiss Nail Glue | 50214 | 2.00 | 2.00 | | | | ✓ | | |
| 18. Rexall Knee Support | 74781 | 4.00 | 4.00 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

M. STRAIT
Inspector

Acknowledged by

Page 1 of 4



512467

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPIRO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Transformers Toy | 41532 | 5.00 | 5.00 | | | | ✓ | | |
| 2. Temptations Cat Treats | 95372 | 3.00 | 3.00 | | | | ✓ | | |
| 3. DG Bath Tissue | 37441 | 2.50 | 2.50 | | | | ✓ | | |
| 4. Ever Pet Cat Food | 30033 | .80 | .80 | | | | ✓ | | |
| 5. GE Floodlight | 45569 | 8.50 | 7.50 | | | | | ✗ | |
| 6. Nature's Menu Dog Food | 11430 | 1.25 | 1.25 | | | | ✓ | | |
| 7. Football | 14391 | 8.00 | 8.00 | | | | ✓ | | |
| 8. Ever Pet Puppy Food | 06314 | 3.50 | 3.50 | | | | ✓ | | |
| 9. Disney Bracelet | 80991 | 3.00 | 3.00 | | | | ✓ | | |
| 10. R. Ray Dog Food | 20700 | 6.75 | 6.75 | | | | ✓ | | |
| 11. Dinosaur Toy | 77763 | 3.00 | 3.00 | | | | ✓ | | |
| 12. Sergeant's Flea Collar | 37702 | 5.00 | 5.00 | | | | ✓ | | |
| 13. Fabric Storage Bin | 67924 | 4.00 | 4.00 | | | | ✓ | | |
| 14. Ever Pet Dog Biscuits | 16414 | 2.00 | 2.00 | | | | ✓ | | |
| 15. Sticker Gems | 95503 | 1.50 | 1.50 | | | | ✓ | | |
| 16. Bird Seed | 27956 | 2.00 | 2.00 | | | | ✓ | | |
| 17. Neon Crayons | 76701 | 1.50 | 1.50 | | | | ✓ | | |
| 18. Dentalife Dog Chews | 74117 | 3.75 | 3.75 | | | | ✓ | | |

TOTAL UNITS 18

Total
Number

Acknowledged by

Inspector M. STRAIT

Page 2 of 4



S 2466

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Boy's Briefs | 24582 | 495 | 495 | | | | ✓ | | |
| 2. 409 Spray | 70300 | 235 | 235 | | | | ✓ | | |
| 3. Bic Pens | 67290 | 150 | 150 | | | | ✓ | | |
| 4. Mean Green Spray | 62870 | 2.00 | 2.00 | | | | ✓ | | |
| 5. Tablecover | 60999 | 1.50 | 2.00 | | | ✓ | | | |
| 6. Endust Spray | 73250 | 350 | 350 | | | | ✓ | | |
| 7. Paper Pads | 42358 | 180 | 180 | | | | ✓ | | |
| 8. DG Sponge Mop | 81025 | 2.00 | 2.00 | | | | ✓ | | |
| 9. Paper Clips | 80053 | 1.00 | 1.00 | | | | ✓ | | |
| 10. Oral Bucket | 63032 | 3.00 | 3.00 | | | | ✓ | | |
| 11. Sheet Protectors | 53834 | 1.00 | 1.00 | | | | ✓ | | |
| 12. Swiffer Dusters | 15590 | 10.00 | 10.00 | | | | ✓ | | |
| 13. Elmer's Glue | 69900 | 265 | 265 | | | | ✓ | | |
| 14. Bounce Dryer Sheets | 50982 | 235 | 235 | | | | ✓ | | |
| 15. Construction Paper | 64289 | 275 | 275 | | | | ✓ | | |
| 16. Sewing Needles | 33200 | 175 | 175 | | | | ✓ | | |
| 17. Westcott Scissors | 30010 | 2.00 | 2.00 | | | | ✓ | | |
| 18. Red Bull - Can | 81621 | 255 | 255 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by ____________

M. STRAIT
Inspector

Page 3 of 4



JAMES J. CAPUTO
DIRECTOR

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306
Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Silicone Whisk | 47537 | 2.00 | 2.00 | | | | Y | | |
| 2. Baking Sheet | 80607 | 3.00 | 3.00 | | | | Y | | |
| 3. Gladware Containers | 11970 | 5.00 | 5.00 | | | | Y | | |
| 4. Glad Trash Bags | 11202 | 6.50 | 6.50 | | | | Y | | |
| 5. DG Kitchen Bags | 12902 | 4.25 | 4.25 | | | | Y | | |
| 6. CV Coffee K-Cups | 45710 | 8.95 | 8.95 | | | | Y | | |
| 7. Cascade Complete Gel | 58799 | 4.50 | 4.50 | | | | Y | | |
| 8. Fruity Hoops Cereal | 44221 | 1.50 | 1.50 | | | | Y | | |
| 9. CV Parsley Flakes | 13169 | 1.00 | 1.00 | | | | Y | | |
| 10. Fruity Pebbles Bars | 23700 | 2.00 | 2.00 | | | | Y | | |
| 11. CV Pear Halves | 35420 | 2.00 | 2.00 | | | | Y | | |
| 12. Blue Coral Wiper Blades | 3997 | 5.00 | 5.00 | | | | Y | | |
| 13. Cheez it Crackers | 10070 | 2.00 | 2.00 | | | | Y | | |
| 14. Hefty Deluxe Plates | 53024 | 1.85 | 1.85 | | | | Y | | |
| 15. Brach's Caramels | 57102 | 2.50 | 2.50 | | | | Y | | |
| 16. Plastic Funnel | 11837 | 1.50 | 1.50 | | | | Y | | |
| 17. Swanson Chunk Chicken | 58018 | 2.50 | 2.50 | | | | Y | | |
| 18. Toastmaster Handmixer | 14001 | 10.00 | 10.00 | | | | Y | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

3601

County of Schenectady

**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**

**130 Princetown Plaza, Schenectady, NY 12306**

**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | January 10, 2020 |
| Address | 1008 state street | Type | |
| Town | | Price Log # | |

Summary of Reports 16122 through 16125

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☐ Scanner Accuracy | 99% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

99%

K.J.
Acknowledged

M. Stroll
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ____________

Scanner Fine levied ____________

Letter / Fine Sent ____________

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fruity Pebbles Bars | 16923 | 2.00 | 2.00 | | | | X | | |
| 2. Silicone Whisk | 00147 | 2.00 | 2.00 | | | | X | | |
| 3. CV Pear Halves | 70035 | 2.00 | 2.00 | | | | X | | |
| 4. Baking Sheet | 53780 | 3.00 | 3.00 | | | | X | | |
| 5. Blue Coral Wiper Blades | 42013 | 5.00 | 5.00 | | | | X | | |
| 6. Gladware Containers | 60711 | 5.00 | 5.00 | | | | X | | |
| 7. Cheez it Crackers | 99710 | 2.00 | 2.00 | | | | X | | |
| 8. Glad Trash Bags | 97011 | 6.50 | 6.50 | | | | X | | |
| 9. Hefty Deluxe Plates | 07053 | 1.85 | 1.85 | | | | X | | |
| 10. DG Kitchen Bags | 20212 | 4.25 | 4.25 | | | | X | | |
| 11. Bruchs Caramels | 02457 | 2.50 | 2.50 | | | | X | | |
| 12. CV Coffee K-Cups | 90245 | 8.95 | 8.95 | | | | X | | |
| 13. Plastic Funnel | 10211 | 1.50 | 1.50 | | | | X | | |
| 14. Cascade Gel | 71058 | 4.50 | 4.50 | | | | X | | |
| 15. Swanson Chunk Chicken | 83758 | 2.50 | 2.50 | | | | X | | |
| 16. Fruity Hoops Cereal | 79944 | 1.50 | 1.50 | | | | X | | |
| 17. Toastmaster Handmixer | 01814 | 10.00 | 10.00 | | | | X | | |
| 18. CV Parsley Flakes | 22113 | 1.00 | 1.00 | | | | X | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M STREIT
Inspector

Page 1 of 4



S 36125

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Blue Bucket | 05363 | 3.00 | 3.00 | | | | Y | | |
| 2. Boy's Briefs | 62124 | 4.95 | 4.95 | | | | Y | | |
| 3. Sheet Protectors | 03253 | 1.00 | 1.00 | | | | Y | | |
| 4. 409 Spray | 58270 | 2.35 | 2.35 | | | | Y | | |
| 5. Swiffer Dusters | 83413 | 10.00 | 10.00 | | | | Y | | |
| 6. Bic Pens | 30067 | 1.50 | 1.50 | | | | Y | | |
| 7. Elmer's Glue | 59069 | 2.65 | 2.65 | | | | Y | | |
| 8. Mean Green Spray | 29062 | 2.00 | 2.00 | | | | Y | | |
| 9. Bounce Dryer Sheets | 90050 | 2.35 | 2.35 | | | | Y | | |
| 10. Table cover | 87060 | 2.00 | 2.00 | | | | Y | | |
| 11. Construction Paper | 98264 | 2.75 | 2.75 | | | | Y | | |
| 12. Endust Spray | 99973 | 3.50 | 3.50 | | | | Y | | |
| 13. Sewing Needles | 28933 | 1.75 | 1.75 | | | | Y | | |
| 14. Paper Plates | 25042 | 1.80 | 1.80 | | | | Y | | |
| 15. Westcott Scissors | 20030 | 2.00 | 2.00 | | | | Y | | |
| 16. DG Sponge Mop | 35881 | 2.00 | 2.00 | | | | Y | | |
| 17. Red Bull | 01081 | 2.55 | 2.55 | | | | Y | | |
| 18. Paper Clips | 02380 | 1.00 | 1.00 | | | | Y | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. STRAIT
Inspector

Page 2 of 4

S 10174

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rachael Ray Dog Food | 94120 | 6.75 | 6.75 | | | | Y | | |
| 2. Baby Shark Toy | 11741 | 5.00 | 5.00 | | | | Y | | |
| 3. Toy Truck | 70077 | 3.00 | 3.00 | | | | Y | | |
| 4. Temptations Cat Treats | 53295 | 3.00 | 3.00 | | | | Y | | |
| 5. Sergeants Flea Collar | 76337 | 5.00 | 5.00 | | | | Y | | |
| 6. DG Bath Tissue | 37237 | 2.50 | 2.50 | | | | Y | | |
| 7. Fabric Storage Bin | 70267 | 4.00 | 4.00 | | | | Y | | |
| 8. Ever Pet Cat Food | 44130 | .80 | .80 | | | | Y | | |
| 9. Ever Pet Dog Biscuits | 92416 | 2.00 | 2.00 | | | | Y | | |
| 10. GE Floodlight | 05345 | 8.50 | 8.50 | | | | Y | | |
| 11. Sticker Gems | 41495 | 1.50 | 1.50 | | | | Y | | |
| 12. Nature's Dog Food | 56911 | 1.25 | 1.25 | | | | Y | | |
| 13. Bird Seed | 50327 | 2.25 | 2.00 | | | | | X | |
| 14. Play Ball | 43014 | 8.00 | 8.00 | | | | X | | |
| 15. Neon Crayons | 95676 | 1.25 | 1.00 | | | X | | | |
| 16. Ever Pet Puppy Food | 39106 | 3.50 | 3.50 | | | | Y | | |
| 17. Denta Life Dog Chews | 70174 | 3.75 | 3.75 | | | | Y | | |
| 18. Girl's Bracelet | 31480 | 3.00 | 3.00 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STVANIT
Inspector

Page 3 of 4



S 36123

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. EOS Lip Balm | 42026 | 3.00 | 3.00 | | | | X | | |
| 2. Vitamin C Tablets | 78122 | 5.00 | 5.00 | | | | Y | | |
| 3. Mattress Pad | 10196 | 12.50 | 12.50 | | | | Y | | |
| 4. Duck Packing Paper | 61372 | 5.00 | 5.00 | | | | Y | | |
| 5. DG Laxative Tablets | 93951 | 2.00 | 2.00 | | | | Y | | |
| 6. Maybelline Blush | 01442 | 5.00 | 5.00 | | | | Y | | |
| 7. Small Jar Candle | 41904 | 3.00 | 3.00 | | | | Y | | |
| 8. Duck Packing Tape | 85468 | 1.25 | 1.25 | | | | Y | | |
| 9. Pepto-Bismol Tablets | 16102 | 2.25 | 2.25 | | | | Y | | |
| 10. Loreal Shampoo | 03038 | 4.00 | 4.00 | | | | Y | | |
| 11. DG Cotton Swabs | 93230 | 1.65 | 1.65 | | | | Y | | |
| 12. Clio Foot File | 80494 | 10.00 | 10.00 | | | | Y | | |
| 13. Bic Hybrid Razor | 73404 | 6.00 | 6.00 | | | | Y | | |
| 14. Loreal Haircolor | 80117 | 9.00 | 9.00 | | | | Y | | |
| 15. Kiss Nail Glue | 07250 | 2.00 | 2.00 | | | | Y | | |
| 16. Ting Foot Powder | 22537 | 3.00 | 3.00 | | | | Y | | |
| 17. Rexall Knee Support | 21474 | 4.00 | 4.00 | | | | Y | | |
| 18. King Size Pillow | 05332 | 7.00 | 7.00 | | | | Y | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. SHEALT
Inspector

Page 4 of 4

Schenectady_066

3422

County of Schenectady

# DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

## SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | July 12, 2019 |
| Address | 1008 State Street | Type | |
| Town | | Price Log # | |

Summary of Reports 15464 through 15467

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 72 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 100% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged [signature]

Inspector M. STRAIT

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Scotch Brite Sponge | 00684 | 1.50 | 1.50 | | | | x | | |
| 2. Deli Cat Food | 85690 | 1.35 | 1.35 | | | | x | | |
| 3. Girls Socks | 71097 | 3.00 | 3.00 | | | | x | | |
| 4. Batman Action Figure | 33100 | 6.00 | 6.00 | | | | x | | |
| 5. Bounty Towels | 24390 | 1.85 | 1.85 | | | | x | | |
| 6. Nuby Sippy Cup | 04214 | 4.00 | 4.00 | | | | x | | |
| 7. Cottonelle Bath Tissue | 34042 | 4.75 | 4.75 | | | | x | | |
| 8. DG Tissues | 05917 | 1.00 | 1.00 | | | | x | | |
| 9. Alarm Clock | 10963 | 4.00 | 4.00 | | | | x | | |
| 10. Expert Pet Brush | 02352 | 3.50 | 3.50 | | | | x | | |
| 11. Umbrella | 08660 | 5.25 | 5.25 | | | | x | | |
| 12. Play Money | 32151 | 3.50 | 3.50 | | | | x | | |
| 13. Cat's Pride Litter | 75053 | 5.50 | 5.50 | | | | x | | |
| 14. Baby Bottle | 95806 | 1.00 | 1.00 | | | | x | | |
| 15. Plastic Container | 53091 | 5.00 | 5.00 | | | | x | | |
| 16. Comet Spray | 71863 | 2.00 | 2.00 | | | | x | | |
| 17. Angel Soft Tissue | 48613 | 7.00 | 7.00 | | | | x | | |
| 18. Vanity Fair Napkin | 58979 8 | 2.00 | 2.00 | | | | x | | |

TOTAL UNITS 18

Total

Number

Acknowledged by ____________

M. STRAIT
Inspector

Page 1 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. S+S Snack Bags | 61081 | 1.00 | 1.00 | | | | ✓ | | |
| 2. Bubble Mailer | 09524 | 2.00 | 2.00 | | | | ✓ | | |
| 3. GE Lightbulb | 64294 | 2.00 | 2.00 | | | | ✓ | | |
| 4. Febreze Spray | 67914 | 3.00 | 3.00 | | | | ✓ | | |
| 5. Foil Cake Pan | 40971 | 1.25 | 1.25 | | | | ✓ | | |
| 6. Paint Brush | 33028 | 1.50 | 1.50 | | | | ✓ | | |
| 7. Tide Pen | 19031 | 4.50 | 4.50 | | | | ✓ | | |
| 8. Chunky Soup | 05521 | 1.95 | 1.95 | | | | ✓ | | |
| 9. Armor All Spray | 06040 | 5.00 | 5.00 | | | | ✓ | | |
| 10. Shelf Grip Liner | 28070 | 1.00 | 1.00 | | | | ✓ | | |
| 11. Dog Toy | 55015 | 4.00 | 4.00 | | | | ✓ | | |
| 12. Peak Motor Oil | 13142 | 3.65 | 3.65 | | | | ✓ | | |
| 13. DG Highlighters | 20064 | 1.50 | 1.50 | | | | ✓ | | |
| 14. Hand Towels 2pk. | 23611 | 5.00 | 5.00 | | | | ✓ | | |
| 15. Palmolive Dish Soap | 06681 | 2.25 | 3.25 | | | | ✓ | | |
| 16. Mini Chopper | 16919 | 10.00 | 10.00 | | | | ✓ | | |
| 17. Microfiber Towel | 46555 | 2.50 | 2.50 | | | | ✓ | | |
| 18. Over Door Hook | 33001 | 2.00 | 2.00 | | | | ✓ | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M STRAIT
Inspector

Page 2 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Oreo Cookies | 13701 | 1.50 | 1.50 | | | | X | | |
| 2. Noxzema Cleanser | 85394 | 4.00 | 4.00 | | | | X | | |
| 3. Apple Pie Filling | 01701 | 1.75 | 1.75 | | | | X | | |
| 4. DG Salsa | 66610 | 3.25 | 3.25 | | | | X | | |
| 5. Q-Tips | 17695 | 3.25 | 3.25 | | | | X | | |
| 6. Nutella | 00840 | 3.85 | 3.85 | | | | X | | |
| 7. Orville R. Popcorn | 60028 | 2.50 | 2.50 | | | | X | | |
| 8. DG Antacid Tabs | 89381 | 2.25 | 2.25 | | | | X | | |
| 9. CV Water Enhancer | 95081 | 2.25 | 2.50 | | | (X) | | | |
| 10. Gum Toothbrush | 07267 | 1.75 | 1.75 | | | | X | | |
| 11. Pampa Tuna | 24300 | 1.50 | 1.50 | | | | X | | |
| 12. Cheez-it Crackers | 05867 | 2.00 | 2.00 | | | | X | | |
| 13. St. Ives Body Wash | 42120 | 2.50 | 2.50 | | | | X | | |
| 14. Libby's Peas | 70140 | .89 | .89 | | | | X | | |
| 15. Clover Valley Peanuts | 40439 | 1.50 | 1.50 | | | | X | | |
| 16. Rexall Tablet Cutter | 07450 | 3.00 | 3.00 | | | | X | | |
| 17. Golden Crisp Cereal | 01094 | 2.50 | 2.50 | | | | X | | |
| 18. Old Spice Stick | 07090 | 4.00 | 4.00 | | | | X | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STREIT

Page 3 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Plunger | 92881 | 3.00 | 3.00 | | | | X | | |
| 2. DG Bath Tissue | 80648 | 295 | 295 | | | | X | | |
| 3. Baby Washcloth | 09355 | 1.50 | 1.50 | | | | X | | |
| 4. Washcloth 2pk. | 90107 | 250 | 250 | | | | X | | |
| 5. Clorox Wipes | 74083 | 375 | 375 | | | | X | | |
| 6. Dawn Dish Soap | 53418 | 295 | 295 | | | | X | | |
| 7. Puffs Tissues | 20802 | 1.50 | 150 | | | | X | | |
| 8. Dish Scrub Brush | 60639 | 1.25 | 1.25 | | | | X | | |
| 9. Meat Stick | 42083 | 1.00 | 1.00 | | | | X | | |
| 10. Men's Socks | 33543 | 5.00 | 5.00 | | | | X | | |
| 11. Glade Candle | 76844 | 3.00 | 3.00 | | | | X | | |
| 12. Jigsaw Puzzle | 40358 | 4.50 | 4.50 | | | | X | | |
| 13. Mildew Spray | 31945 | 2.00 | 2.00 | | | | X | | |
| 14. Energizer Batteries | 80020 | 5.00 | 5.00 | | | | X | | |
| 15. DG Paper Towel | 78189 | 150 | 1.50 | | | | X | | |
| 16. Hair Brush | 20901 | 1.00 | 1.00 | | | | X | | |
| 17. Kiwi Shoe Spray | 41900 | 4.50 | 4.50 | | | | X | | |
| 18. Sunflower Seeds | 11905 | 3.50 | 3.50 | | | | X | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

Inspector M. STRAIT

Page 4 of 4

Schenectady_071



3617

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | January 22, 2020 |
| Address | 3985 Hwy 30 | Type | |
| Town | Esperance | Price Log # | |

Summary of Reports 16167 through 16170

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ❑ No

REMARKS:

Acknowledged ____________________

Inspector M. STRAIT

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hawaiian Punch | 82664 | 2.00 | 2.00 | | | | ✓ | | |
| 2. Good Smart Almonds | 13247 | 3.25 | 3.25 | | | | ✓ | | |
| 3. Chunky Soup | 60800 | 1.95 | 1.95 | | | | ✓ | | |
| 4. Betty C. Brownie Mix | 23181 | 2.50 | 2.50 | | | | ✓ | | |
| 5. CV Trail Mix | 55613 | 2.50 | 2.50 | | | | ✓ | | |
| 6. Dole Fruit Bowls | 54103 | 2.50 | 2.50 | | | | ✓ | | |
| 7. Crisco Shortening | 65223 | 2.85 | 2.85 | | | | ✓ | | |
| 8. CV Sea Salt Grinder | 03322 | 1.50 | 1.50 | | | | ✓ | | |
| 9. Cap'N Crunch Cereal | 91306 | 3.25 | 3.25 | | | | ✓ | | |
| 10. Nature Valley Bars | 00943 | 5.00 | 5.00 | | | | ✓ | | |
| 11. Minute Maid Juice | 30101 | 1.35 | 1.35 | | | | ✓ | | |
| 12. Hunt's Ketchup | 10138 | 1.25 | 1.25 | | | | ✓ | | |
| 13. Mexican Blend Cheese | 65100 | 2.65 | 2.65 | | | | ✓ | | |
| 14. Peter Pan Peanut Butter | 24900 | 2.65 | 2.65 | | | | ✓ | | |
| 15. Welchs Squeeze Jelly | 53610 | 2.95 | 3.15 | | | (x) | | | |
| 16. O. Mayer Bacon Bits | 54907 | 2.50 | 2.50 | | | | ✓ | | |
| 17. Imperial Margarine | 17287 | 1.15 | 1.15 | | | | ✓ | | |
| 18. Kool-Aid Jammers | 56902 | 2.00 | 2.00 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 1 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Scotch Brite Sponges | 12372 | 3.00 | 3.00 | | | | X | | |
| 2. Spikey Dog Bone | 62236 | 3.50 | 3.50 | | | | X | | |
| 3. Palmolive Dish Soap | 91014 | 2.00 | 2.00 | | | | X | | |
| 4. Dingo Twist Sticks | 10445 | 2.75 | 2.75 | | | | X | | |
| 5. Reynolds Wrap | 03020 | 3.00 | 3.00 | | | | X | | |
| 6. Pedigree Dog Food | 02110 | 10.95 | 10.95 | | | | X | | |
| 7. CV Coffee | 35610 | 4.95 | 4.95 | | | | X | | |
| 8. Purina Dog Food | 61814 | 1.50 | 1.50 | | | | X | | |
| 9. 2pk. Frying Pan | 40710 | 4.25 | 4.00 | | | | | X | |
| 10. 9Lives Cat Food | 31483 | 4.75 | 4.75 | | | | X | | |
| 11. Dishcloths | 17924 | 1.75 | 1.75 | | | | X | | |
| 12. Gain Detergent | 05086 | 4.50 | 4.50 | | | | X | | |
| 13. Armour Beef Stew | 39233 | 2.35 | 2.35 | | | | X | | |
| 14. Hormel Compleats | 74849 | 2.00 | 2.00 | | | | X | | |
| 15. Starkist Tuna Salad | 85151 | 1.25 | 1.25 | | | | X | | |
| 16. Hefty Trash Bags | 23185 | 7.00 | 7.00 | | | | X | | |
| 17. CV Beef Jerky | 46801 | 3.00 | 3.00 | | | | X | | |
| 18. Mr. Clean | 32123 | 3.00 | 3.00 | | | | X | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M STRAIT
Inspector

Page 2 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bounty Towels | 03476 | 325 | 325 | | | | ✓ | | |
| 2. Westcott Scissors | 41210 | 2.00 | 2.00 | | | | ✓ | | |
| 3. Ace Poker Cards | 37610 | 275 | 275 | | | | Y | | |
| 4. DG Dry Erase Markers | 70394 | 225 | 225 | | | | Y | | |
| 5. Plastic Hangers | 00094 | 4.00 | 4.00 | | | | Y | | |
| 6. Small Jar Candle | 32358 | 175 | 175 | | | | Y | | |
| 7. Armor All Car Wash | 67825 | 425 | 425 | | | | Y | | |
| 8. Artskills Paints | 86405 | 3.00 | 3.00 | | | | Y | | |
| 9. Duck Brand Tape | 46425 | 5.00 | 5.00 | | | | Y | | |
| 10. Good Smart Nut Bars | 47219 | 350 | 350 | | | | Y | | |
| 11. Step Stool | 83711 | 6.50 | 6.50 | | | | Y | | |
| 12. DG Balloons | 80651 | 175 | 175 | | | | Y | | |
| 13. GE Light Bulbs | 72167 | 8.00 | 8.00 | | | | Y | | |
| 14. DG Plastic Spoons | 17934 | 150 | 150 | | | | Y | | |
| 15. DG Plates | 59168 | 3.00 | 3.00 | | | | Y | | |
| 16. Back To Nature Cookies | 56020 | 3.50 | 350 | | | | Y | | |
| 17. Dixie Cups | 10315 | 3.25 | 3.25 | | | | Y | | |
| 18. Pedigree Dog Food | 10011 | 5.25 | 5.25 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 3 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone: Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Icy Hot Patch | 36400 | 5.85 | 5.85 | | | | X | | |
| 2. Maybelline Mascara | 80842 | 7.00 | 7.00 | | | | Y | | |
| 3. Afrin Nasal Spray | 84101 | 6.50 | 6.50 | | | | Y | | |
| 4. Kiss Nails | 06458 | 5.00 | 5.00 | | | | Y | | |
| 5. Gillette Clear Gel | 51130 | 4.00 | 4.00 | | | | X | | |
| 6. Aussie Shampoo | 67502 | 3.00 | 3.00 | | | | Y | | |
| 7. Motrin Capsules | 73140 | 4.00 | 4.00 | | | | Y | | |
| 8. Loreal Hair Color | 27225 | 9.50 | 9.50 | | | | Y | | |
| 9. Energizer Batteries | 92010 | 7.50 | 7.50 | | | | Y | | |
| 10. Nuby No Spill Cup | 34000 | 2.50 | 2.50 | | | | Y | | |
| 11. Girls Briefs | 79782 | 6.95 | 6.95 | | | | Y | | |
| 12. Infant Brush + Comb | 89026 | 2.00 | 2.00 | | | | Y | | |
| 13. Comfort Bay Panels | 61502 | 10.00 | 10.00 | | | | Y | | |
| 14. Pampers Wipes | 63687 | 2.00 | 2.00 | | | | Y | | |
| 15. Bubble Mailer | 93311 | 1.65 | 1.65 | | | | Y | | |
| 16. Listerine Cool Mint | 07642 | 4.25 | 4.25 | | | | X | | |
| 17. Construction Paper | 90305 | 2.00 | 2.00 | | | | Y | | |
| 18. DG Lens Solution | 72530 | 4.65 | 4.65 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

Schenectady_076



3574

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306

# SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | December 12, 2019 |
| Address | 3985 Hwy 30 | Type | |
| Town | Esperance | Price Log # | |

Summary of Reports 16006 through 16009

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☐ Scanner Accuracy | 99% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☐ No

REMARKS:

Acknowledged [signature]

Inspector M STRAIT

**LEVIED FINES**

Item Pricing Fine Levied ________

Scanner Fine levied ________

Letter / Fine Sent ________

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sensodyne Toothpaste | 12719 | 6.00 | 6.00 | | | | Y | | |
| 2. Lucky Charms Cereal | 72112 | 4.00 | 4.00 | | | | Y | | |
| 3. Pampers Diapers | 84385 | 10.00 | 10.00 | | | | Y | | |
| 4. Hunt's Ketchup | 68338 | 1.25 | 1.25 | | | | Y | | |
| 5. Ace Knee Support | 07874 | 8.50 | 8.50 | | | | Y | | |
| 6. Black Olives | 24920 | 1.50 | 1.50 | | | | Y | | |
| 7. Suave Deodorant | 95820 | 1.85 | 1.85 | | | | Y | | |
| 8. CV Peanut Butter | 01221 | 1.50 | 1.50 | | | | Y | | |
| 9. Bic Flex Razors | 51476 | 6.00 | 6.00 | | | | Y | | |
| 10. Mott's Apple Juice | 81600 | 2.50 | 2.50 | | | | Y | | |
| 11. Shower Curtain | 38073 | 8.00 | 8.00 | | | | Y | | |
| 12. Tampico Punch | 03401 | 1.75 | 1.75 | | | | Y | | |
| 13. Baby Washcloths (2) | 23106 | 2.00 | 2.00 | | | | Y | | |
| 14. Cover Girl Blush | 29909 | 5.50 | 5.50 | | | | Y | | |
| 15. Art Skills Crayons | 57816 | 1.50 | 1.50 | | | | Y | | |
| 16. Dove Conditioner | 39199 | 5.00 | 5.00 | | | | Y | | |
| 17. Laundry Basket | 33311 | 6.00 | 6.50 | | | | Y | | |
| 18. Irish Spring Soap | 81014 | 4.00 | 4.00 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 1 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. M+M's - Peanut | 27053 | 1.85 | 1.85 | | | | x | | |
| 2. Outdoor thermometer | 85531 | 450 | 450 | | | | x | | |
| 3. Cheez it Crackers | 95570 | 2.45 | 2.00 | | | | | (x) | |
| 4. Coffee Mate Creamer | 15569 | 265 | 265 | | | | x | | |
| 5. Clover Valley Crackers | 58440 | 2.00 | 2.00 | | | | x | | |
| 6. Folger's Coffee | 22500 | 395 | 395 | | | | x | | |
| 7. Imperial Cashews | 03647 | 375 | 375 | | | | x | | |
| 8. DG Plastic Wrap | 36557 | 185 | 185 | | | | x | | |
| 9. CV Apple Pie Filling | 25653 | 250 | 275 | | | (x) | | | |
| 10. Gain Dish Soap | 66674 | 3.00 | 3.00 | | | | x | | |
| 11. Nestle Choc. Chips | 31621 | 3.00 | 3.00 | | | | x | | |
| 12. Mean Green Spray | 34660 | 2.00 | 2.00 | | | | x | | |
| 13. Old El Paso Shells | 58027 | 1.75 | 1.75 | | | | x | | |
| 14. Prego Sauce | 60012 | 2.00 | 2.00 | | | | x | | |
| 15. Pace Picante Sauce | 91800 | 275 | 275 | | | | x | | |
| 16. CV Chunk Chicken | 91116 | 1.95 | 195 | | | | x | | |
| 17. Nature Valley Bars | 62427 | 3.00 | 3.00 | | | | x | | |
| 18. Wolf Chili | 34502 | 1.95 | 1.95 | | | | x | | |

TOTAL UNITS 18

Total ______

Number ______

Acknowledged by ______

Inspector M. STRAIT

Page 2 of 4



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pedigree Dog Food | 60911 | .85 | .85 | | | | ✗ | | |
| 2. Odor Eliminating Candle | 75858 | 2.00 | 2.00 | | | | ✗ | | |
| 3. Friskies Cat Food | 11610 | 4.50 | 4.50 | | | | ✗ | | |
| 4. DG Bath Tissue | 86421 | 3.00 | 3.00 | | | | ✗ | | |
| 5. Heartland Dog Biscuits | 03414 | 2.00 | 2.00 | | | | ✗ | | |
| 6. Dog Collar | 24504 | 5.00 | 5.00 | | | | ✗ | | |
| 7. Pet Laser Toy | 32060 | 3.25 | 3.25 | | | | ✗ | | |
| 8. Pro Gloves | 77504 | 5.00 | 5.00 | | | | ✗ | | |
| 9. Hot Shot Ant Bait | 96702 | 4.25 | 4.25 | | | | ✗ | | |
| 10. DG Paper Plates | 79943 | 3.75 | 3.75 | | | | ✗ | | |
| 11. Febreze Vent Freshener | 04886 | 5.00 | 5.00 | | | | ✗ | | |
| 12. GE Light Bulbs | 36194 | 6.00 | 6.00 | | | | ✗ | | |
| 13. Gain Dryer Sheets | 58682 | 2.00 | 2.00 | | | | ✗ | | |
| 14. Microfiber Sponge | 83494 | 2.50 | 2.50 | | | | ✗ | | |
| 15. Lysol Cleaner | 37089 | 3.00 | 3.00 | | | | ✗ | | |
| 16. Peak Motor Oil | 40904 | 4.25 | 4.25 | | | | ✗ | | |
| 17. Cutlery Tray | 96215 | 3.50 | 3.50 | | | | ✗ | | |
| 18. Magic Cover Shelf Liner | 21008 | 3.00 | 3.00 | | | | ✗ | | |

TOTAL UNITS 18

Total
Number

Acknowledged by

Inspector M.STRAIT

Page 3 of 4

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sk Intimate Shave Gel | 32000 | 3.00 | 3.00 | | | | ✓ | | |
| 2. Broadway Lashes | 31058 | 2.00 | 2.00 | | | | ✓ | | |
| 3. Duracell Batteries | 86270 | 12.95 | 12.95 | | | | ✓ | | |
| 4. Rave Hairspray | 71901 | 2.00 | 2.00 | | | | ✓ | | |
| 5. Lamp Base | 46401 | 7.00 | 7.00 | | | | ✓ | | |
| 6. Old Spice Body Wash | 07679 | 5.00 | 5.00 | | | | ✓ | | |
| 7. Zone Pro Socks | 06579 | 5.50 | 5.50 | | | | ✓ | | |
| 8. Conair Hair brush | 34280 | 4.75 | 4.75 | | | | ✓ | | |
| 9. Window Panels | 85704 | 12.00 | 12.00 | | | | ✓ | | |
| 10. DG Baby Shampoo | 05413 | 1.85 | 1.85 | | | | ✓ | | |
| 11. Hand Towel | 02515 | 3.25 | 3.25 | | | | ✓ | | |
| 12. Polident Cleanser | 24903 | 2.65 | 2.65 | | | | ✓ | | |
| 13. Duck Bubble Wrap | 19811 | 1.65 | 1.65 | | | | ✓ | | |
| 14. Visine Eye Drops | 44001 | 6.50 | 6.50 | | | | ✓ | | |
| 15. Letter Stickers | 25105 | 2.00 | 2.00 | | | | ✓ | | |
| 16. NyQuil Liquicaps | 07603 | 5.00 | 5.00 | | | | ✓ | | |
| 17. Notebook Paper | 72694 | 1.85 | 1.85 | | | | ✓ | | |
| 18. Children's Benadryl | 84355 | 5.65 | 5.65 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

3502

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306

# SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date September 13, 2019 |
| Address 154 Sacandaga Rd. | Type |
| Town | Price Log # |

Summary of Reports 15732 through 15735

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS: 99%

Acknowledged [signature]

Inspector M. STRAIT

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

B-102

S 13/32

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Silicone Whisk | 02654 | 250 | 250 | | | | X | | |
| 2. Ragu Sauce | 15000 | 175 | 175 | | | | X | | |
| 3. Golden Grahams Bars | 13746 | 295 | 295 | | | | X | | |
| 4. CV Salt | 28057 | .55 | .55 | | | | X | | |
| 5. Cookie Crisp Cereal | 75927 | 3.00 | 3.00 | | | | X | | |
| 6. Old El Paso Shells | 11940 | 275 | 275 | | | | X | | |
| 7. CV Coffee Pods | 51703 | 450 | 450 | | | | X | | |
| 8. Pecan Halves | 02800 | 295 | 295 | | | | X | | |
| 9. McCafe Frappe | 16307 | 225 | 225 | | | | X | | |
| 10. Hershey's Kisses | 21917 | 295 | 295 | | | | X | | |
| 11. DG Water Pitcher | 53055 | 250 | 250 | | | | X | | |
| 12. Pringles Chips | 00517 | 275 | 275 | | | | X | | |
| 13. DG Forks | 72580 | 3.00 | 3.00 | | | | X | | |
| 14. Puffs Tissues | 25984 | 2.00 | 2.00 | | | | X | | |
| 15. Fruity Rolls Cereal | 96456 | 175 | 175 | | | | X | | |
| 16. Rubbermade Bowls | 73614 | 450 | 450 | | | | X | | |
| 17. Bachman Pretzel Stix | 93311 | 3.00 | 3.00 | | | | X | | |
| 18. Plastic Spatula | 45437 | 1.50 | 150 | | | | X | | |

TOTAL UNITS 18

Total ____

Number ____

Acknowledged by ____

M. STRAIT
Inspector

Page 1 of 4

Schenectady_083



S 15723

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Spaghetti + Meatballs | 90323 | .85 | .85 | | | | X | | |
| 2. DG Bowl Cleaner | 73542 | 2.50 | 2.50 | | | | X | | |
| 3. Banana Pepper Rings | 31430 | 2.00 | 2.00 | | | | Y | | |
| 4. Mr. Clean Duster | 20200 | 3.50 | 3.50 | | | | Y | | |
| 5. Cheez-it Crackers | 02044 | 4.00 | 4.00 | | | | Y | | |
| 6. Arm Hammer Carpet Powder | 26511 | 2.00 | 2.00 | | | | Y | | |
| 7. David Jumbo Seeds | 67000 | 1.00 | 1.00 | | | | Y | | |
| 8. Little Trees Freshener | 52532 | 2.85 | 2.85 | | | | Y | | |
| 9. Slim Jim 5pk | 61914 | 3.00 | 3.00 | | | | Y | | |
| 10. Corn Broom | 08902 | 5.00 | 5.00 | | | | Y | | |
| 11. Reese's Choc. Chips | 44041 | 2.50 | 2.50 | | | | X | | |
| 12. Glad Freezer Bags | 80278 | 2.00 | 2.00 | | | | Y | | |
| 13. Snack Pack Pudding | 44041 | 1.00 | 1.00 | | | | Y | | |
| 14. Gain Dish Soap | 67497 | 2.00 | 2.00 | | | | Y | | |
| 15. CV Fruit Cocktail | 90100 | 1.45 | 1.25 | | | | | X | |
| 16. Knorr Pasta Sides | 61802 | 1.00 | 1.00 | | | | X | | |
| 17. CV White Rice | 78926 | 1.50 | 1.50 | | | | X | | |
| 18. CV Mac + Cheese | 28688 | 1.50 | 1.50 | | | | Y | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 2 of 4



S 15734

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Swiffer Dry Cloths | 90776 | 450 | 450 | | | | ✓ | | |
| 2. DG Sticky Notes | 76502 | 250 | 250 | | | | ✓ | | |
| 3. Repel Repellent | 47100 | 4.25 | 450 | | | ⓧ | | | |
| 4. Jumbo Markers | 42001 | 2.00 | 2.00 | | | | ✓ | | |
| 5. Clorox Bleach | 33830 | 275 | 275 | | | | ✓ | | |
| 6. Temptations Cat Treats | 49600 | 1.75 | 175 | | | | ✓ | | |
| 7. Downy Dryer Sheets | 76995 | 5.00 | 5.00 | | | | ✓ | | |
| 8. Gain Detergent | 09997 | 795 | 795 | | | | ✓ | | |
| 9. Hot Glue Gun | 28481 | 3.00 | 3.00 | | | | ✓ | | |
| 10. Arm Hammer Litter | 50197 | 650 | 650 | | | | ✓ | | |
| 11. Bird Seed | 24656 | 4.00 | 4.00 | | | | ✓ | | |
| 12. Friskies Cat Food | 29810 | 450 | 450 | | | | ✓ | | |
| 13. Glade Wax Melts | 72200 | 3.00 | 3.00 | | | | ✓ | | |
| 14. EverPet Munchy Stick | 03498 | 275 | 275 | | | | ✓ | | |
| 15. Mean Orange Cleaner | 15170 | 2.00 | 2.00 | | | | ✓ | | |
| 16. DG Bath Tissue | 50441 | 6.00 | 6.00 | | | | ✓ | | |
| 17. Dawn Dish Puff | 73225 | 3.00 | 3.00 | | | | ✓ | | |
| 18. Febreze Plug-In | 41274 | 5.00 | 5.00 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 3 of 4





JAMES J. CAPUTO
DIRECTOR

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Under | Price Cor. | Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lantern Battery | 11708 | 3.00 | 3.00 | | | | x | | |
| 2. Coconut Milk Shampoo | 93091 | 6.00 | 6.00 | | | | x | | |
| 3. Blue Magic Cleaner | 09090 | 4.00 | 4.00 | | | | x | | |
| 4. Suave Lotion | 00545 | 3.00 | 3.00 | | | | x | | |
| 5. Valvoline Oil | 01200 | 4.50 | 4.50 | | | | x | | |
| 6. Scented Bath Bomb | 05180 | 1.00 | 1.00 | | | | x | | |
| 7. Multi-Purpose Paper | 11957 | 2.50 | 2.50 | | | | x | | |
| 8. Arm + Hammer Toothpaste | 04718 | 3.50 | 3.50 | | | | x | | |
| 9. Salonpas Patch | 27283 | 4.50 | 4.50 | | | | x | | |
| 10. Baby Blanket | 77032 | 5.00 | 5.00 | | | | x | | |
| 11. Rexall Bandages | 00223 | 1.50 | 1.50 | | | | x | | |
| 12. Listerine Cool Mint | 70442 | 4.00 | 4.00 | | | | x | | |
| 13. Secret Solid | 16412 | 3.00 | 3.00 | | | | x | | |
| 14. Slim Line Hangers | 72577 | 3.00 | 3.00 | | | | x | | |
| 15. Bic Hybrid Razor | 34573 | 6.00 | 6.00 | | | | x | | |
| 16. Gain Laundry Bag | 60627 | 2.50 | 2.50 | | | | x | | |
| 17. Sport Shoe Laces | 82310 | 1.95 | 1.95 | | | | x | | |
| 18. 6 Outlet Wall Tap | 80043 | 3.00 | 3.00 | | | | x | | |

TOTAL UNITS 18

Total ______

Number ______

Acknowledged by ______________________

Inspector M. STRAIT

Page 4 of 4

3619

County of Schenectady

**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**

**130 Princetown Plaza, Schenectady, NY 12306**

**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | January 28, 2020 |
| Address | 154 Sacandaga Rd. | Type | |
| Town | | Price Log # | |

Summary of Reports 16199 through 16202

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged [signature]

Inspector M. STRATT

**LEVIED FINES**

Item Pricing Fine Levied ____________

Scanner Fine levied ____________

Letter / Fine Sent ____________

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 16199

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Infant Towel Set | 28377 | 5.00 | 5.00 | | | | X | | |
| 2. GE Fan Bulb | 04311 | 3.00 | 3.00 | | | | X | | |
| 3. Rexall Bandages | 03200 | 1.50 | 1.50 | | | | X | | |
| 4. Loreal Shampoo | 70893 | 6.00 | 6.00 | | | | X | | |
| 5. Listerine Cool Mint | 22370 | 4.00 | 4.00 | | | | X | | |
| 6. Blue Magic Cleaner | 09109 | 4.00 | 4.00 | | | | X | | |
| 7. Secret Solid | 44216 | 3.00 | 3.00 | | | | X | | |
| 8. Suave Lotion | 04000 | 3.00 | 3.00 | | | | X | | |
| 9. Caress Bath Soap | 41272 | 3.00 | 3.00 | | | | X | | |
| 10. Valvoline Oil | 54501 | 4.50 | 4.50 | | | | X | | |
| 11. Bic Hybrid Razor | 57734 | 6.00 | 6.00 | | | | X | | |
| 12. Bath Bomb | 20005 | 1.00 | 1.00 | | | | X | | |
| 13. Gain Dryer Sheets | 57760 | 2.50 | 2.50 | | | | X | | |
| 14. Multi-Purpose Paper | 18014 | 2.50 | 2.50 | | | | X | | |
| 15. Dress Shoe Laces | 62782 | 1.95 | 1.95 | | | | X | | |
| 16. Arm+Hammer Toothpaste | 95704 | 3.50 | 3.50 | | | | X | | |
| 17. 6 Outlet Wall Tap | 31080 | 3.00 | 3.00 | | | | X | | |
| 18. Salonpas Patch | 71827 | 4.50 | 4.50 | | | | X | | |

TOTAL UNITS 18

Total ____

Number ____

Acknowledged by ____________

Inspector M. STRAIT

Page 1 of 4

Schenectady_088

S 56200

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Arm+Hammer Litter | 48150 | 6.50 | 6.50 | | | | Y | | |
| 2. Swiffer Dry Cloths | 27490 | 4.50 | 4.50 | | | | Y | | |
| 3. Wild Bird Seed | 19724 | 4.00 | 4.00 | | | | Y | | |
| 4. DG Sticky Notes | 77676 | 2.50 | 2.50 | | | | Y | | |
| 5. Friskies Cat Food | 65629 | 4.50 | 4.50 | | | | Y | | |
| 6. Repel Bug Spray | 50247 | 4.80 | 4.80 | | | | Y | | |
| 7. Glade Wax Melts | 81072 | 3.00 | 3.00 | | | | Y | | |
| 8. Rose Art Markers | 10042 | 2.00 | 2.00 | | | | Y | | |
| 9. Exce Pet Munchy Sticks | 20003 | 2.75 | 2.75 | | | | Y | | |
| 10. Clorox Bleach | 00133 | 2.75 | 2.75 | | | | Y | | |
| 11. Mean Orange Cleaner | 49815 | 2.00 | 2.00 | | | | Y | | |
| 12. Temptations Cat Treats | 83049 | 1.75 | 1.75 | | | | Y | | |
| 13. DG Bath Tissue | 17080 | 6.50 | 6.00 | | | | | (X) | |
| 14. Downy Dryer Sheets | 60076 | 5.00 | 5.00 | | | | Y | | |
| 15. Dawn Dish Soap | 44173 | 3.00 | 3.00 | | | | Y | | |
| 16. Gain Detergent | 99509 | 7.95 | 7.95 | | | | Y | | |
| 17. Febreze Plug-In | 22541 | 5.00 | 5.00 | | | | Y | | |
| 18. Air Wick Oil Refill | 99728 | 3.00 | 3.00 | | | | Y | | |

TOTAL UNITS 18

Total
Number

Acknowledged by

M. STRAIT
Inspector

Page 2 of 4

S 16201

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Saucepan w/ Lid | 91408 | 5.00 | 5.00 | | | | X | | |
| 2. CV Spaghetti | 68890 | .85 | .85 | | | | X | | |
| 3. Reese's Choc Chips | 90244 | 250 | 250 | | | | X | | |
| 4. DG Bowl Cleaner | 32373 | 250 | 250 | | | | X | | |
| 5. Glad Freezer Bags | 64150 | 2.00 | 2.00 | | | | X | | |
| 6. Banana Pepper Rings | 53231 | 2.00 | 2.00 | | | | X | | |
| 7. Snack Pack Pudding | 27844 | 1.00 | 1.00 | | | | X | | |
| 8. Mr. Clean Duster | 45020 | 350 | 350 | | | | X | | |
| 9. Gain Dish Soap | 04107 | 2.00 | 2.00 | | | | X | | |
| 10. Cheez it Crackers | 20002 | 4.00 | 4.00 | | | | X | | |
| 11. CV Fruit Cocktail | 49790 | 165 | 165 | | | | X | | |
| 12. Arm+Hammer Deodorizer | 04426 | 2.00 | 2.00 | | | | X | | |
| 13. Knorr Rice Pouch | 10061 | 1.00 | 1.00 | | | | X | | |
| 14. David Jumbo Seeds | 51107 | 1.00 | 1.00 | | | | X | | |
| 15. CV White Rice | 80278 | 1.50 | 1.50 | | | | X | | |
| 16. Little Trees Freshener | 00052 | 285 | 285 | | | | X | | |
| 17. CV Mac+Cheese | 92626 | 1.25 | 1.50 | | | X | | | |
| 18. Slim Jim Sticks | 53261 | 3.00 | 3.00 | | | | X | | |

TOTAL UNITS 18

Total ______

Number ______

Acknowledged by ______

M. STRAIT
Inspector

Page 3 of 4

S 16202

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hershey's Kisses | 30721 | 295 | 295 | | | | ✗ | | |
| 2. Silicone Whisk | 43702 | 250 | 2.50 | | | | ✗ | | |
| 3. DG Water Pitcher | 91353 | 2.50 | 2.50 | | | | ✗ | | |
| 4. Ragu Sauce | 65415 | 1.75 | 1.75 | | | | ✓ | | |
| 5. Pringles Chips | 05300 | 275 | 275 | | | | ✗ | | |
| 6. Golden Grahams Bar | 00013 | 295 | 295 | | | | ✗ | | |
| 7. DG Spoons | 51772 | 3.00 | 3.00 | | | | ✗ | | |
| 8. CV Salt | 74625 | .65 | .65 | | | | ✗ | | |
| 9. Puffs Tissues | 57025 | 2.00 | 2.00 | | | | ✓ | | |
| 10. Cookie Crisp Cereal | 05775 | 3.00 | 3.00 | | | | ✗ | | |
| 11. CV Coconut Cookies | 98496 | 1.75 | 1.75 | | | | ✗ | | |
| 12. Old El Paso Shells | 92711 | 275 | 275 | | | | ✗ | | |
| 13. Rubbermaid Bowls | 45673 | 4.50 | 4.50 | | | | ✗ | | |
| 14. CV Coffee Pods | 94051 | 4.50 | 4.50 | | | | ✗ | | |
| 15. Bachman Pretzel Stix | 61493 | 3.00 | 3.00 | | | | ✗ | | |
| 16. Pecan Halves | 70302 | 295 | 295 | | | | ✗ | | |
| 17. Plastic Spatula | 31145 | 1.50 | 1.50 | | | | ✗ | | |
| 18. Salad Tongs | 80016 | 225 | 225 | | | | ✗ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 4 of 4

4099

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 10-3-23 |
| Address 6250 Duanesburg | Type Variety multiple |
| Town Duanesburg | Price Log # |

Summary of Reports S18319 through S18320

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 54 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ☐ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 100% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ☐ No

REMARKS:

Acknowledged [signature]

Inspector [signature]

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 18319

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rees Fork | 0357 | 225 | 2.25 | | | | ✓ | | |
| 2. Dg Hlth | 3233 | 330 | 330 | | | | | | |
| 3. Tyl Pn relief | 4271 | 21.95 | 21.95 | | | | | | |
| 4. Dg Hlth Pn relief | 1313 | 4 | 4 | | | | | | |
| 5. DG Hlth Pn relief | 9783 | 1.50 | 1.50 | | | | | | |
| 6. Mal lag 15 | 1278 | 2.25 | 2.25 | | | | | | |
| 7. Tums ant Smooth | 0008 | 575 | 5.75 | | | | | | |
| 8. Dulco liquid | 9100 | 660 | 660 | | | | | | |
| 9. DG Hlth Fbr | 4787 | 8 | 8 | | | | | | |
| 10. Vicks Vap rub | 9216 | 650 | 650 | | | | | | |
| 11. Slp Jelly bns | 2266 | 7 | 7 | | | | | | |
| 12. Lt. 16oz | 8382 | 250 | 250 | | | | | | |
| 13. Glz foam | 6892 | 335 | 335 | | | | | | |
| 14. 70% Is alco | 1103 | 1.75 | 1.75 | | | | | | |
| 15. Lotrimin | 7887 | 925 | 9.25 | | | | | | |
| 16. Vks lip therap | 1597 | 2 | 2 | | | | | | |
| 17. Cpstcle lp blm | 6346 | 395 | 395 | | | | | | |
| 18. Shr Xt Strngth | 1435 | 345 | 345 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 3

S 18320

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hig Shn cr wsh | 1468 | 575 | 5.75 | | | | | | |
| 2. Ran & Clr | 1668 | 5 | 5 | | | | | | |
| 3. AA - Car wsh | 3468 | 650 | 6.50 | | | | | | |
| 4. Tr Fm protect | 3289 | 585 | 5.85 | | | | | | |
| 5. Crb chk Clnr | 0758 | 425 | 425 | | | | | | |
| 6. Fuel inj Clnr | 2990 | 4 | 4 | | | | | | |
| 7. Tire plug kit | 0475 | 550 | 550 | | | | | | |
| 8. Mobil Flly Syn | 0104 | 7.15 | 7.15 | | | | | | |
| 9. Zo Frzz Gallo | 0777 | 8 | 8 | | | | | | |
| 10. Tmpt5n | 6325 | 275 | 2.75 | | | | | | |
| 11. Dg wst bgs | 2683 | 3.75 | 375 | | | | | | |
| 12. Tams Protect | 5693 | 950 | 950 | | | | | | |
| 13. Kbbls n bits | 1720 | 1350 | 1350 | | | | | | |
| 14. Flgrs Cffe | 1784 | 875 | 875 | | | | | | |
| 15. Hender SC | 1002 | 375 | 375 | | | | | | |
| 16. Wr Hd Cwlrs | 1 – | 1 | 1 | | | | | | |
| 17. Kind bk br | 1059 | 395 | 395 | | | | | | |
| 18. Plr Mil on 60 | 1545 | 1.45 | 1.45 | | | | ↓ | | |

TOTAL UNITS 36

Total Number

Acknowledged by [signature]

Inspector [signature]

Page 2 of 3

S 18321

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cinn tst Cereal | 4862 | 385 | 3.85 | | | | | | |
| 2. Chps Ahoy Cki | 3385 | 465 | 465 | | | | | | |
| 3. Mtts App Sc | 0028 | 285 | 285 | | | | | | |
| 4. Rtc 15ct chps | 0714 | 385 | 385 | | | | | | |
| 5. Lm Pd bdy ck | 2998 | 1.25 | 1.25 | | | | | | |
| 6. V8 splsh. 46oz | 2829 | 2.25 | 2.25 | | | | | | |
| 7. In Wtgt crms. | 5682 | 4 | 4 | | | | | | |
| 8. Cran apple | 5821 | 1.35 | 1.35 | | | | | | |
| 9. Rotts chl | 1213 | 525 | 525 | | | | | | |
| 10. Ckd Shrmp. | 0118 | 750 | 750 | | | | | | |
| 11. Fom fries. | 5818 | 525 | 525 | | | | | | |
| 12. Oreo Ic crm | 3542 | 450 | 450 | | | | | | |
| 13. Pgls | 0045 | 2.25 | 2.25 | | | | | | |
| 14. Plst frt mx | 6501 | 250 | 250 | | | | | | |
| 15. Ez Chz. | 5517 | 4.25 | 425 | | | | | | |
| 16. Kit Kat Snk up. | 6702 | 495 | 495 | | | | | | |
| 17. Ice brkrs | 0074 | 285 | 2.85 | | | | | | |
| 18. Jck Ink Jrky | 0408 | 1.25 | 1.25 | | | | ✓ | | |

TOTAL UNITS 54

Total ______

Number ______

Acknowledged by [signature]

Inspector [signature]

Page 3 of 3

4056

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 7-3-23 |
| Address 1225 Main St | Type Variety Multiple |
| Town Rotterdam Junction. | Price Log # |

Summary of Reports 518143 through 518145

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 2 | Units Passed | |
| C. Total Correct | 51 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 2% | ☐ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 98% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ☐ No

**REMARKS:**
Issued tag violation 1388. This store has the fewest untagged items compared to other Inspections (only 2) Thank you!

Acknowledged [signature] Inspector [signature]

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 18143

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ku Kow Std bag | 6702 | 4.95 | 4.95 | | | | | | |
| 2. Oreo wld Stuff | 354 | 3.75 | 3.75 | | | | | | |
| 3. Pills Cookie | 2288 | 3.45 | 3.45 | | | | | | |
| 4. Cheez its | 0702 | 5.70 | 5.70 | | | | | | |
| 5. Ritz Crackers | 0714 | 3.85 | 3.85 | | | | | | |
| 6. Pst ablz | 9005 | 4.5 | 4.5 | | | | | | |
| 7. Capri Sun | 5146 | 3.25 | 3.25 | | | | | | |
| 8. Cheerios Oat crunch | 26806001 | 5 | 4 | | | | | X | |
| 9. V8 Veg Juice | 0200 | 4 | 4.50 | | | X | | | |
| 10. Pet Pan Crmy pb | 5393 | 2.75 | 2.75 | | | | | | |
| 11. Hrshy Choc syrup | 0173 | 3.25 | 3.25 | | | | | | |
| 12. Miracle Whip | 6494 | 5.75 | 5.75 | | | | | | |
| 13. Hlmns mayo | 9978 | 5.50 | 5.50 | | | | | | |
| 14. Alfr Sauce | 9210 | 4 | 4 | | | | | | |
| 15. Pace 16 oz Slsa | 0067 | 3 | 3 | | | | | | |
| 16. Cmbls Chnky soup | 5270 | 2.15 | 2.15 | | | | | | |
| 17. 16 oz Crisco | 9131 | 4.50 | 4.50 | | | | | | |
| 18. Bristol Ham | 1830 | 4.20 | 4.20 | | | | | | |

TOTAL UNITS 18

Total Number: Under 1 | Cor. 16 | Over 1

Acknowledged by [signature]

Inspector [signature]

Page 1 of 3

S 18144

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. USb Cable | 3475 | 10 | 10 | | | | | | |
| 2. [illegible] | 9547 | 5.50 | 5.50 | | | | | | |
| 3. Cwg fab [illegible] | 1021 | 6.35 | 6.35 | | | | | | |
| 4. Febreze Plug [illegible] | 8762 | 7 | 7 | | | | | | |
| 5. Dawn Spng | 7631 | 3 | 3 | | | | | | |
| 6. CW Unscented | 2515 | 9.75 | 9.75 | | | | | | |
| 7. B Gallon bags | 5458 | 5.95 | 5.95 | | | | | | |
| 8. Ziploc Strg bags | 3502 | 5 | 5 | | | | | | |
| 9. Zipper snack bags | 0740 | 1.65 | 1.65 | | | | | | |
| 10. Swiffer wet jt Cloth | 4717 | 5.50 | 5.50 | | | | | | |
| 11. Puffs tissue | 7429 | 6.15 | 6.15 | | | | | | |
| 12. Scrub bubbles | 7050 | 4.25 | 4.25 | | | | | | |
| 13. Clorox bth clnr | 8033 | 5.50 | 5.50 | | | | | | |
| 14. Dawn [illegible] | 1806 | 4.29 | 4.25 | | | X | | | |
| 15. Charmin | 1568 | 11.50 | 11.50 | | | | | | |
| 16. Huggies Sng + Dry | 4347 | 10.50 | 10.50 | | | | | | |
| 17. Luvs Diapers | 2299 | 8 | 8 | | | | | | |
| 18. Dv body wsh | 6500 | 10.95 | 10.95 | | | | | | |

TOTAL UNITS 36

Total Number: 1 | 17

Acknowledged by [signature]

Inspector [signature]

Page 2 of 3

Schenectady_098

S 18145

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Biscoff | 6977. | 1.76 | 1.95 | | | | | | |
| 2. Reeses Big cup | 4054 | 1.35 | 1.35 | | | | | | |
| 3. mtos Wtr bottle | 4674. | 345 | 345 | | | | | | |
| 4. Reese cups puffs | 9154 | [illegible].35 | 1.35 | | | | | | |
| 5. Turk Caramel | 0235 | 1.35 | 1.35 | | | | | | |
| 6. Chpstck lip balm | 6346 | 395 | 395 | | | | | | |
| 7. Dg cough | 9795 | 465 | 4.65 | | | | | | |
| 8. Tyl pn relief gels | 8404 | 8.50 | 850 | | | | | | |
| 9. Dg health | 6031. | 12.75 | 16.75 | | | | | | |
| 10. LA colors E shad | 4572 | 6.35 | 6.35 | | | | | | |
| 11. Gt Shdy Nails | 0156 | 335 | 3.35 | | | | | | |
| 12. Chpstck lip balm | 6334 | 395 | 395 | | | | | | |
| 13. Depnds Lrg. | 7617. | 15.65 | 1565 | | | | | | |
| 14. Advil pn relief | 1214. | 4.50 | 450 | | | | | | |
| 15. Energ 8 ct | 7978 | 8.85 | 8.85 | | | | | | |
| 16. Lr Play Set | 0150. | 16.00 | 16.00 | | | | | | |
| 17. Ol spice Deod | 4926. | 6.25 | 6.25 | | | | | | |
| 18. Hello Deoderant | 9864 | 7.50 | 7.50 | | | | | | |

TOTAL UNITS 54

Total Number

Acknowledged by

Inspector

Page 3 of 3

3492



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | September 6, 2019 |
| Address | 3985 Hwy. 30 | Type | |
| Town | Esperance | Price Log # | |

Summary of Reports 15669 through 15672

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | 71 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☐ Scanner Accuracy | 99% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ☐ No

REMARKS: 99%

Ewing

[signature] Acknowledged

M. STRAIT Inspector

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 15669

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Broadway Lashes | 58719 | 2.00 | 2.00 | | | | x | | |
| 2. Rave Hairspray | 01076 | 2.00 | 2.00 | | | | x | | |
| 3. Old Spice Body Wash | 79342 | 5.00 | 5.00 | | | | x | | |
| 4. Conair Hairbrush | 80054 | 475 | 475 | | | | x | | |
| 5. DG Baby Shampoo | 13249 | 185 | 185 | | | | x | | |
| 6. Polident Cleanser | 03440 | 265 | 265 | | | | x | | |
| 7. Visine Eye Drops | 01067 | 650 | 650 | | | | x | | |
| 8. NyQuil LiquiCaps | 03843 | 5.00 | 5.00 | | | | x | | |
| 9. Children's Benadryl | 55320 | 565 | 565 | | | | x | | |
| 10. Skintimate Shave Gel | 00862 | 3.00 | 3.00 | | | | x | | |
| (16) 11. Duracell Batteries | 70464 | 12.95 | 11.85 | | | | | x | |
| 12. Lamp Base | 01065 | 7.00 | 7.00 | | | | x | | |
| 13. Zone Pro Socks | 79857 | 550 | 550 | | | | x | | |
| 14. Window Panels | 04025 | 12.00 | 12.00 | | | | x | | |
| 15. Hand Towel | 15198 | 325 | 325 | | | | x | | |
| 16. Duck Bubble Wrap | 11251 | 165 | 165 | | | | x | | |
| 17. Letter Stickers | 05726 | 2.00 | 2.00 | | | | x | | |
| 18. Graph Paper | 94310 | 185 | 185 | | | | x | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

Inspector M. STRAIT

Page 1 of 4

S 15670

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Odor Eliminating Candle | 58864 | 2.00 | 2.00 | | | | ✓ | | |
| 2. DG Bath Tissue | 21245 | 3.00 | 3.00 | | | | ✓ | | |
| 3. 5lb Hand Weight | 04775 | 5.00 | 5.00 | | | | ✓ | | |
| 4. Pro Jumprope | 01799 | 5.00 | 5.00 | | | | ✓ | | |
| 5. DG Ultra Plates | 43361 | 3.75 | 3.75 | | | | ✓ | | |
| 6. GE Light Bulbs | 94834 | 6.00 | 6.00 | | | | ✓ | | |
| 7. Microfiber Sponge | 94409 | 2.50 | 2.50 | | | | ✓ | | |
| 8. Peak Motor Oil | 04210 | 4.25 | 4.25 | | | | ✓ | | |
| 9. Magic Cover Shelf Liner | 08609 | 3.00 | 3.00 | | | | ✓ | | |
| 10. Pedigree Dog Food | 11116 | .85 | .85 | | | | ✓ | | |
| 11. Friskies Cat Food | 10034 | 4.50 | 4.50 | | | | ✓ | | |
| 12. Heartland Dog Biscuits | 14320 | 2.00 | 2.00 | | | | ✓ | | |
| 13. Pet Laser | 60967 | 3.25 | 3.25 | | | | ✓ | | |
| 14. Hot Shot Ant Bait | 02048 | 4.25 | 4.25 | | | | ✓ | | |
| 15. Febreze Vent Freshener | 86586 | 5.00 | 5.00 | | | | ✓ | | |
| 16. Gain Dryer Sheets | 82370 | 2.00 | 2.00 | | | | ✓ | | |
| 17. Lysol Cleaner | 89962 | 3.00 | 3.00 | | | | ✓ | | |
| 18. Cattery Tray | 15758 | 3.50 | 3.50 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector M. STRAIT

Page 2 of 4



3 15671

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Meat Thermometer | 37155 | 450 | 450 | | | | Y | | |
| 2. Coffee Mate Creamer | 69225 | 265 | 265 | | | | Y | | |
| 3. Folgers Coffee | 00265 | 395 | 395 | | | | Y | | |
| 4. DG Wax Paper | 57066 | 185 | 185 | | | | Y | | |
| 5. Gain Dish Soap | 743216 | 300 | 300 | | | | Y | | |
| 6. Mean Green Spray | 006600 | 200 | 200 | | | | Y | | |
| 7. Prego Sauce | 12911 | 200 | 200 | | | | Y | | |
| 8. CV Chunk Turkey | 16345 | 195 | 195 | | | | Y | | |
| 9. Wolf Chili | 02270 | 195 | 195 | | | | Y | | |
| 10. M&M's Bar | 53955 | 185 | 185 | | | | Y | | |
| 11. Cheez-it Crackers | 70584 | 200 | 200 | | | | Y | | |
| 12. Clover Valley Crackers | 400036 | 200 | 200 | | | | Y | | |
| 13. Imperial Cashews | 472256 | 375 | 375 | | | | Y | | |
| 14. CV Chery Pie Filling | 53310 | 275 | 275 | | | | Y | | |
| 15. Nestle Choc. Chips | 21580 | 300 | 300 | | | | Y | | |
| 16. Old El Paso Shell's | 27918 | 175 | 175 | | | | Y | | |
| 17. Pace Picante Sauce | 00024 | 275 | 275 | | | | Y | | |
| 18. Nature Valley Bars | 27855 | 300 | 300 | | | | Y | | |

TOTAL UNITS 18

Total

Number

Acknowledged by

M. STRAIT
Inspector

Page 3 of 4

S 35672

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lucky Charms Cereal | 12683 | 4.00 | 4.00 | | | | ✓ | | |
| 2. Hunt's Ketchup | 38249 | 1.25 | 1.25 | | | | ✓ | | |
| 3. Black Olives | 20012 | 1.50 | 1.50 | | | | ✓ | | |
| 4. CV Peanut Butter | 21816 | 1.50 | 1.50 | | | | ✓ | | |
| 5. Mott's Apple Juice | 00034 | 2.50 | 2.50 | | | | ✓ | | |
| 6. Tampico Punch | 02299 | 1.75 | 1.75 | | | | ✓ | | |
| 7. Cover Girl Blush | 09391 | 5.50 | 5.50 | | | | ✓ | | |
| 8. Dove Conditioner | 99810 | 5.00 | 5.00 | | | | ✓ | | |
| 9. Irish Spring Bar Soap | 14127 | 4.00 | 4.00 | | | | ✓ | | |
| 10. Disney Baby Teether | 19843 | 2.00 | 2.00 | | | | ✓ | | |
| 11. Sensodyne Toothpaste | 85078 | 6.00 | 6.00 | | | | ✓ | | |
| 12. Pampers Diapers | 71958 | 10.00 | 10.00 | | | | ✓ | | |
| 13. Ace Knee Support | 20544 | 8.50 | 8.50 | | | | ✓ | | |
| 14. Suave Deodorant | 76380 | 1.85 | 1.85 | | | | ✓ | | |
| 15. Bx Flex 5 Razors | 73231 | 6.00 | 6.00 | | | | ✓ | | |
| 16. Shower Liner | 06878 | 8.00 | 8.00 | | | | ✓ | | |
| 17. DG Jumbo Highlighters | 16353 | 1.50 | 1.50 | | | | ✓ | | |
| 18. Step Stool | 11721 | 6.50 | 6.50 | | | | ✓ | | |

TOTAL UNITS 18

Total Number

Acknowledged by

M. STRAIT
Inspector

Page 4 of 4

3906

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 9-13-22 |
| Address | 1936 Van Vranken Ave | Type | Gen Merch |
| Town | Schenectady | Price Log # | |

Summary of Reports S 17488 through S 17493

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 4 | Units Passed | |
| C. Total Correct | 64 | Units Failed | |
| D. Total Overpriced | 40 | Type of Inspection | |
| % Overpriced (d ÷ a) | 37% | ☐ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 63% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:
I would recommend closing and doing full reset on store prices. Stores must have 2 passing inspections per year to maintain Item pricing waiver

[signature] Acknowledged

[signature] Inspector

**LEVIED FINES**

| | |
|---|---|
| Item Pricing Fine Levied | — |
| Scanner Fine levied | 1500 |
| Letter / Fine Sent | — |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



S 17493

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Always Dscrt | 8046 | 14.50 | 14.5 | | | | X | | |
| 2. Dove 2 pk | 6019. | 7.75 | 7.75 | | | | X | | |
| 3. Herb essence | 7100. | 2.30 | 2.30 | | | | X | | |
| 4. Dave H spray | 6306 | 2.50 | 2.50 | | | | X | | |
| 5. Got 2B Hr Color | 5348. | 10.50 | 10.50 | | | | X | | |
| 6. Conair Curl Iron | 0827 | 17 | 17 | | | | X | | |
| 7. Conair Smth Str | 2804. | 20.75 | 20.75 | | | | X | | |
| 8. Goldie wrap scrf | 3066 | 5 | 5 | | | | X | | |
| 9. OX Disinfect | 1446 | 4.35 | 4 | | | | | X | |
| 10. Windex Mlt | 2046 | 5.75 | 5.75 | | | | X | | |
| 11. Microban Spray | 6657. | 6.75 | 6.50 | | | | | X | |
| 12. The Works | 3174. | 2.25 | 2.25 | | | | X | | |
| 13. DG Mld + Mildw | 0472 | 2.65 | 2.65 | | | | X | | |
| 14. Drano | 1097 | 8.50 | 8.50 | | | | X | | |
| 15. Viva Papertowl | 3347 | 2.25 | 2.00 | | | | | X | |
| 16. Lysol kitch pro | 8884. | 3.50 | 3.35 | | | | | X | |
| 17. A+H odor elim | 3072 | 2.25 | 2.25 | | | | X | | |
| 18. Mr Clean Vinyl Glos | 1179. | 10 | 9.50 | | | | | X | |
| | | | | | Total | | 13 | 5 | |
| | | | | | Number | | | | |

TOTAL UNITS 108

Acknowledged by

Inspector

Page 6 of 6



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cascad Pwdr | 7881 | 5 | 5 | | | | \| | | |
| 2. Dwn 507 | 2063 | 2.85 | 2.85 | | | | \| | | |
| 3. Cascad 13 pk | 0280 | 5.15 | 4.50 | | | | | X | |
| 4. SB Dshwsd Fill | 2821 | 3.50 | 3 | | | | | X | |
| 5. Tru live Wax | 2747 | 2.25 | 2.25 | | | | \| | | |
| 6. Bnc Dry Sheets | 0875 | 9.95 | 9.95 | | | | \| | | |
| 7. Gain Flings | 7208 | 7.5 | 7.5 | | | | \| | | |
| 8. Dial Hnd Soap | 1382 | 1.35 | 1.25 | | | | \| | | |
| 9. Med body Pwdr | 2570 | 4.50 | 4.25 | | | | \| | | |
| 10. Hnd Sntizer | 9748 | 4.35 | 4 | 2.50 | | X | | | |
| 11. Epsom Salt | 5024 | 6 | 5 | | | | | X | |
| 12. Neosporn | 0884 | 5 | 5 | | | | \| | | |
| 13. DG Trip Ant | 0089 | 2.85 | 2.85 | | | | \| | | |
| 14. Rexall Fire Fab | 8916 | 2 | 2 | | | | \| | | |
| 15. Cortizone 10 | 0563 | 5.85 | 5.85 | | | | \| | | |
| 16. Rx Calamine | 7160 | 1.95 | 1.95 | | | | \| | | |
| 17. Bio True | 5825 | 5.50 | 5.50 | | | | \| | | |
| 18. Fleawers Plus | 0217 | 6.25 | 6.25 | | | | \| | | |
| | | | | | Total Number | 1 | 14 | 3 | |

TOTAL UNITS 90

Acknowledged by ______

Inspector ______

Page 5 of 6



S 1749

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. VAlv Mtr oil | 1558 | 6.25 | 5.95 | | | | | X | |
| 2. Tire Repair | 5678 | 3.25 | 3.25 | | | | \| | | |
| 3. Hvy Dut oil Stab | 2121 | 8.95 | 8.95 | | | | \| | | |
| 4. Bm Anti Freez | 3270 | 11.95 | 11.95 | | | | \| | | |
| 5. Armour All tire Cn | 3209 | 5.75 | 5.75 | | | | \| | | |
| 6. Mguire Quik wax | 6645 | 7.50 | 6.75 | | | | | X | |
| 7. Lil tire Air Pr Shr | 0209 | 3 | 3 | | | | \| | | |
| 8. Xtnsion Cord | 7171 | 13 | 12.5 | | | | | X | |
| 9. Gor Glu tape | 0568 | 6.50 | 6.50 | | | | \| | | |
| 10. Applienc Lite bulb | 4667 | 4 | 3 | | | | | X | |
| 11. Griddle Pan | 2340 | 15 | 12 | | | | | X | |
| 12. Reflect bowl | 0222 | 6.35 | 5 | | | | | X | |
| 13. GC Stnr. | 1469 | 6 | 6 | | | | X | | |
| 14. Bstng spoon | 2135 | 3.50 | 3.00 | | | | | X | |
| 15. Slotted turner | 2142 | 3.50 | 3.00 | | | | | X | |
| 16. GC Pasta spoon | 1824 | 3.50 | 2.75 | | | | | X | |
| 17. Casserol Dish | 8502 | 8.95 | 8 | | | | | X | |
| 18. ~~Drop~~ Cutlry Tray | 7584 | 5.35 | 4.50 | | | | | X | |

TOTAL UNITS 72

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | 7 | 11 | |
| Number | | | | |

Acknowledged by [signature]

Inspector [signature]

Page 4 of 6



S [illegible]

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] Chs SC | 9111 | 3.65 | 3.65 | | | | ✓ | | |
| 2. [illegible] SC | 0114 | 2.25 | 2.25 | | | | ✓ | | |
| 3. Good & Smart Jc | 0400 | 3 | 3 | | | | ✓ | | |
| 4. OS Crn Grape | 6073 | 3.50 | 3.50 | | | | ✓ | | |
| 5. Wlch Jc Drink | 8006 | 3.25 | 3.25 | | | | ✓ | | |
| 6. CU Pineappl Jc | 0301 | 2.75 | 2.75 | | | | ✓ | | |
| 7. V8 Veg Juice | 8033 | 1.75 | 1.75 | | | | ✓ | | |
| 8. Kraft Easy Mc. | 5 | 5.35 | 5.00 | | | | | X | |
| 9. Cheetos 4pk | 0456 | 4.95 | 4.95 | | | | X | | |
| 10. Shrdd Whte Chz | 5454 | 3.95 | 3.95 | | | | X | | |
| 11. Swt SU Chz Dpl | 1238 | 3.00 | 3.00 | | | | X | | |
| 12. Armour Ptd Meat | 3788 | 4.75 | 4.00 | | | | | X | |
| 13. CU Bkd beans | 0318 | 2.25 | 2.00 | | | | | X | |
| 14. Mixed Vegs | 1722 | .85 | .75 | | | | | X | |
| 15. ZZ's SF [illegible] bar | 7598 | 3.50 | 3.00 | | | | | X | |
| 16. Silk Alm milk | 1695 | 2.50 | 2.50 | | | | X | | |
| 17. Nutty buddy | | 2.55 | 2.15 | | | | | X | |
| 18. Custer [illegible] | 2836 | 6.75 | 6.50 | | | | | X | |
| | | | | Total | | | 11 | 7 | |
| | | | | Number | | | | | |

TOTAL UNITS 54

Acknowledged by [signature]

Inspector [signature]

Page 3 of 6



S 17289

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bud Swt bbq sauce | 9886 | 4.50 | 3.95 | | | | | X | |
| 2. Slim Jim M pack | 4412 | 3.75 | 3.15 | | | | | X | |
| 3. Planters mixed nuts | 6651 | 5.75 | 5.50 | | | | | X | |
| 4. Chi Chi Salsa | 1507 | 3.50 | 3.25 | | | | | X | |
| 5. Starbuck energy | 8496 | 3.25 | 3.00 | | | | | X | |
| 6. Snap fry Pucla | 3138 | 1.50 | 1.50 | | | | X | | |
| 7. Mnstr energ Drk | 1169 | 2.40 | 2.20 | | | | X | | |
| 8. Cin Grah Crkr | 1729 | 2.45 | 2.50 | | | X | | | |
| 9. Snack Chis | 0107 | 4 | 3.25 | | | | | X | |
| 10. French Vanilla | 5438 | 3.45 | 3.25 | | | | | X | |
| 11. Maxwell House | 1265 | 13.95 | 13.65 | | | | X | | |
| 12. Mc Cafe Cffee | 5359 | 7.95 | 7.75 | | | | X | | |
| 13. Flg Drk rst | 5166 | 7.50 | 7.25 | 6.95 | | X | | | |
| 14. Jet Puff mallow | 1447 | 1.65 | 1.65 | | | | | | |
| 15. B H Cook spry | 1315 | 3.00 | 2.65 | | | | | X | |
| 16. CV Conf Sugar | 2020 | 2.35 | 2.35 | | | | X | | |
| 17. Mort slt | 0030 | 1.25 | 1.25 | | | | X | | |
| 18. Jiffy Muffin mx | 2205 | .75 | .75 | | | | X | | |
| | | | | | Total Number | 2 | 7 | 8 | |

TOTAL UNITS 36

Acknowledged by [signature]

Inspector [signature]

Page 2 of 6



S 17488

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 20 oz coke | 0443 | 2.40 | 2.40 | | | | \| | | |
| 2. Dole lemonade | 0098 | 1.10 | 1.10 | | | | \| | | |
| 3. Red bull energy drk | 3105 | 2.75 | 2.75 | | | | \| | | |
| 4. 2% milk | 9657 | 2.80 | 2.80 | | | | \| | | |
| 5. OJ | 9805 | 3.15 | 3.15 | | | | \| | | |
| 6. Naked Juice | 4152 | 3.30 | 3.30 | | | | \| | | |
| 7. CJ Colb Jk chs | 9720 | 2.95 | 2.95 | | | | \| | | |
| 8. Bord Shrd chs | 8860 | 3.25 | 2.50 | | | | | X | |
| 9. CJ SR Crm | 9768 | 2.40 | 2.15 | | | | | X | |
| 10. Armour frtay jub | 9660 | 3.45 | 3.45 | | | | \| | | |
| 11. Pagoda egg rolls | 6526 | 4.50 | 4.25 | | | | | X | |
| 12. Hnz Ketchup | 4664 | 4.50 | 4.25 | | | | \| | | |
| 13. JF 16oz PB | 5162 | 2.75 | 2.75 | | | | \| | | |
| 14. Nutella | 5007 | 3.95 | 3.50 | | | | | X | |
| 15. Almond butter | 3210 | 4.50 | 4 | | | | | X | |
| 16. Nat Vally wAf | 9434 | 4.25 | 4.25 | | | | \| | | |
| 17. Natur Vally sct | 9448 | 3.65 | 3.50 | | | | | X | |
| 18. Rsn bran | 9738 | 3.50 | 3.65 | | | X | | | |

TOTAL UNITS 18

Total Number: Under 1 | Cor. 11 | Over 6

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

05/11/2023

Dollar General Store @
1936 Van Vranken Ave.
Schenectady, NY 12304
Attn: Jere Cowan

Inspection # 01370

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

05/05/2023

Dollar General Store @
154 Sacandaga Rd.
Scotia, NY 12302
Attn: Jere Cowan

FILE COPY

Inspection # 01367

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director

Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures (518)-357-0319

05/02/2023

Dollar General Store @
3985 NY - 30.
Esperance, NY 12066
Attn: Jere Cowan

Inspection # 01365

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356 6795
Fax- Weights & Measures-(518)-357-0319

01/24/2023

Dollar General Store @
154 Sacandaga Rd.
Scotia, NY 12302
Attn: Jere Cowan

Inspection # 01236

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518) 356-6795
Fax- Weights & Measures-(518)-357-0319

01/19/2023

Dollar General Store @
1225 Main St.
Rotterdam Jct., NY 12150
Attn: Jere Cowan

FILE COPY

Inspection # 01350

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

01/06/2023

Dollar General @
3985 State Hwy 30.
Esperance, NY 12066
Attn: Jere Cowan

Inspection # 01230

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

10/25/2022

Dollar General Store @
1936 Van Vranken.
Schenectady, NY 12308
Attn: Jere Cowan

Inspection # 01259

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

10/17/2022

Dollar General Store @
1008 State St.
Schenectady, NY 12306
Attn: Jere Cowan

Inspection # 01349

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director
Department of Consumer Affairs/ Weights & Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

09/15/2022

Dollar General @
1936 Van Vranken Ave.
Schenectady, NY 12308

Inspection # 01337

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

Dollar General Store @
1936 Van Vranken Ave.
Schenectady, NY 12308

06/08/2022

Inspection # 01326

**Second Violation Same Item**

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, 1 NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$600.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

02/0892023

Dollar General @
1936 Van Vranken Ave.
Schenectady, NY 12308
Attn: Jere Cowan

Inspection # 01267

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 10-2020, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

James J. Caputo; Director

Department of Consumer Affairs/ Weights & Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax - Weights & Measures-(518)-357-0319

03/29/2022

Dollar General Store @
1008 State St..
Schenectady, NY 12307

Inspection # 01193

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of $300.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director
Department of Consumer Affairs/
Bureau of Weights and Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

Dollar General Store @
1936 Van Vranken Ave.
Schenectady, NY 12308

03/04/2022

Inspection # 01128

SECOND VIOLATION SAME PRODUCT

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$600.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

PAID

01/26/2022

Dollar General @
1936 Van Vranken Ave.
Sch'dy, NY 12308

Inspection # 01042

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

05/04/2021

Dollar General @
3985 HWY NY 30
Esperance, NY 12066

FILE COPY

Inspection # 01120

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

05/28/2021

Dollar General @
1008 State St.
Schenectady, NY 12307

Inspection # 01018

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

07/26/2021

Dollar General @
3985 State Hwy 30
Esperance, NY 12206

Inspection # 01127

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

03/29/2021

Dollar General @
154 Sacandaga Rd.
Schenectady, NY 12302

FILE COPY

Inspection # 01115

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305**. Checks should be made payable to the **Schenectady County Commissioner of Finance**.

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

04/09/2021

Dollar General @
1936 Van Vranken Ave.
Schenectady, NY 12308

Inspection # 01011

FILE COPY

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. F) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

02/26/2020

Dollar General Store #6270
154 Sacandaga Rd.
Sch'dy, N.Y. 12302

Inspection # 01206

Store Manager/Representative:

During a recent inspection conducted at the above addressed location, this department found the above said store to be in violation of local law 9-2000, Schenectady County pricing accuracy law. This law, (Sec A, Paragraph. f) requiring that a shelf tag or sign be placed by an authorized person at each point of display of a stock keeping unit which clearly sets forth the retail price of the stock keeping items within the unit in type size no smaller than that required under Section 214-h of the New York State Agricultural and Markets Law, I NYCRR section 345.1 et seq. of the New York State Agricultural and Market Law, and any and all other relevant statutes. The Inspection conducted on the above date found an infraction of this section which is in violation of the law.

If a penalty of **$300.00** is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the Schenectady County Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to the County Finance Office located at **620 State St. Schenectady, NY 12305.** Checks should be made payable to the **Schenectady County Commissioner of Finance.**

Regards,

James J. Caputo Director

Department of Consumer Affairs/

Bureau of Weights and Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

FILE COPY

May 05, 2023

Dollar General Store @
184 Sacandaga Rd.
Glenville, NY 12302
Attn: Jere Cowan

Scanner Accuracy Inspection #4033

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 10-2020, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on May 05, 2023, showed that the store had a compliance rate of 82%, which is in violation of the law.

If a penalty of $2,000.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

March 09, 2023

FILE COPY

Dollar General @
1008 State St.
Schenectady, NY 12303
Attn: Jere Cowan

Scanner Accuracy Inspection #4006

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 10-2020, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on March 09, 2023, showed that the store had a compliance rate of 95%, which is in violation of the law.

If a penalty of $1,000.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

February 09, 2023

Dollar General Store @
1936 Van Vranken Ave.
Schenectady, NY 12308
Attn: Jere Cowan

Scanner Accuracy Inspection #3999

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 10-2020, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on February 09, 2023, showed that the store had a compliance rate of 90%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures

FILE COPY

February 03, 2023

Dollar General Store @
2001 Broadway.
Schenectady, NY 12306
Attn: Jere Cowan

Scanner Accuracy Inspection #3996

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 10-2020, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on February 03, 2023, showed that the store had a compliance rate of 84%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

January 25, 2023

FILE COPY

Dollar General Store @
154 Sacandaga Rd.
Scotia, NY 12302
Attn: Jere Cowan

Scanner Accuracy Inspection #3995

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 10-2020, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on January 25, 2023, showed that the store had a compliance rate of 70%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
620 State St. 3rd Floor, Schenectady, New York 12305
Phone- Consumer Affairs (518)-356-7473
Phone- Weights & Measures (518)-356-6795
Fax- Weights & Measures-(518)-357-0319

FILE COPY

January 06, 2023

Dollar General @
3985 State Hwy 30.
Esperance, NY 12206
Attn: Jere Cowan

Scanner Accuracy Inspection #3985

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on January 06, 2023, showed that the store had a compliance rate of 91%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director
Department of Consumer Affairs/
Bureau of Weights and Measures



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

FILE COPY

September 15, 2022

Scanner Accuracy Inspection #3906

Store Manager:

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Pricing Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on September 15, 2021 showed that the store had a compliance rate of 63%, which is in violation of the law.

If a penalty of $1500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo; Director



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

September 22, 2022

Scanner Accuracy Inspection #3909 (SECOND VIOLATION)

Store Manager: Dollar General

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Pricing Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on September 22, 2022 showed that the store had a compliance rate of 88%, which is in violation of the law.

If a penalty of $2000.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards

James J. Caputo, Director
Department of Consumer
Affairs/Bureau of Weights and
Measures



October 25, 2022

Dollar General
Attn: Regulatory Affairs
100 Mission Ridge
Goodlettsville, TN 37072

Scanner Accuracy Inspection #3935

Dear Jere Cowan:

During a recent Item Pricing Inspection conducted at the Dollar General located at 1936 Van Vranken Ave. Schenectady NY 12308, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained regarding total items checked for scanned Accuracy. The inspection conducted on October 25, 2022 showed that the store had a compliance rate of 85 %, which included 16 items overpriced. This is in violation of the law.

If a penalty of $2,000.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director

Schenectady County Bureau of Weights & Measures/Department of Consumer Affairs



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

June 08, 2022

Dollar General Store
Attn: Store Manager
1936 Van Vranken Ave.
Schenectady, NY 12308

***Scanner Accuracy Inspection #3878***

Dear Store Manager:

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on June 08, 2022 showed that the store had a compliance rate of 50%, with 55 overpriced items which is in violation of the law.

If a penalty of $2,000.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File

FILE COPY

May 12, 2022

Dollar General Store
Attn: Store Manager
2001 Broadway.
Schenectady, NY 12306

***Scanner Accuracy Inspection #3871***

Dear Store Manager:

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on May 12, 2022 showed that the store had a compliance rate of 77%, with 25 overpriced items which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

March 29, 2022

Dollar General Store
Attn: Store Manager
1008 State Street
Schenectady, NY 12307

Scanner Accuracy Inspection #3861

Store Manager:

During a recent Scanner Accuracy Pricing Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9 - 2000, Schenectady County Scanner Accuracy Pricing Law. This law requires that a minimum of 98% compliance be maintained regarding total items checked for Scanner Accuracy pricing. The inspection conducted on March 29, 2022 showed that the store had a compliance rate of 36%, with 39 total items being overpriced, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo Director
Schenectady County Department of Consumer Affairs

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

FILE COPY

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357 0319

March 04, 2022

Dollar General Store
Attn: Store Manager
1936 Van Vranken Ave.
Schenectady, NY 12304

***Scanner Accuracy Inspection #3850***

Dear Store Manager:

During a recent Scanner Accuracy Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on March 04, 2022 showed that the store had a compliance rate of 63%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

FILE COPY

November 09, 2021

Dollar General
Attn: Regulatory Affairs
100 Mission Ridge
Goodlettsville, TN 37072

Item Pricing Inspection #3804

Dear Sir or Madam:

During a recent Item Pricing Inspection conducted at the Dollar General located at 154 Sacandaga Road, Scotia NY, this department found said store to be in violation of Local Law 9-2000, Schenectady County Scanner Accuracy Law. This law requires that a minimum of 98% compliance be maintained regarding total items checked for scanned Accuracy. The inspection conducted on November 09, 2021 showed that the store had a compliance rate of 80 %, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 10 days from the date of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo, Director                    James R. D'Allaird; Inspector

Schenectady County Bureau of Weights & Measures/
Department of Consumer Affairs

FILE COPY

July 26, 2021

Dollar General Store
Attn: Store Manager
3985 State Hwy 30
Esperance, NY 12206

***Item Pricing Inspection #3763***

Dear Store Manager:

During a recent Item Pricing Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Item Pricing Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on July 26, 2021 showed that the store had a compliance rate of 84%, which is in violation of the law.

If a penalty of $3,500.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
64 Kellar Avenue, Schenectady, New York 12306

Phone - Consumer Affairs 356-7473
Phone - Weights & Measures 356-6795
Fax - Weights & Measures 357-0319

May 18, 2021

Dollar General Store
Attn: Store Manager
2001 Broadway
Schenectady, NY 12306

***Item Pricing Inspection #3749***

Dear Store Manager:

During a recent Item Pricing Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Item Pricing Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on May 18, 2021 showed that the store had a compliance rate of 97%, which is in violation of the law.

If a penalty of $500.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File



March 31, 2021

Dollar General
Attn: Store Manager
2001 Broadway
Schenectady, NY 12303

***Item Pricing Inspection #3738***

Dear Store Manager:

During a recent Item Pricing Inspection conducted at the above addressed location, this department found said store to be in violation of Local Law 9-2000, Schenectady County Item Pricing Law. This law requires that a minimum of 98% compliance be maintained. The inspection conducted on March 31, 2021 showed that the store had a compliance rate of 93%, which is in violation of the law.

If a penalty of $1,500.00 is received by this office within 15 days from receipt of this letter, and the objectionable conditions have been remedied, said amount will be accepted in full settlement of this matter. Failure to comply with this demand will result in a referral of this matter to the County of Schenectady Attorney for commencement of an action to recover the full statutory penalty, plus court costs.

Remittance should be made to this office. Checks should be made payable to the: Schenectady County Commissioner of Finance.

Regards,

James J. Caputo., Director
Department of Consumer Affairs /
Bureau of Weights & Measures

Cc: Dollar General File

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 3/4/21 |
| Address 3985 NY-30 | Type Grocery/Gen Merch |
| Town Esperance NY 12066 | Price Log # |

Summary of Reports S16780 through S16785

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 4 | Units Passed | |
| C. Total Correct | 85 | Units Failed | |
| D. Total Overpriced | 19 | Type of Inspection | |
| % Overpriced (d ÷ a) | 18% | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | Fail | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 782 | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:
82% is a very low score for scanner accuracy. Please address. County will conduct a follow up inspection

E. Bleja
Acknowledged

Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied 1500 —

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

Schenectady_149



S 16780

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 10 w 40 Motor oil | 453695 | 3.45 | 3.35 | | | | | X | |
| 2. Flea Flea | 507861 | 9.50 | 9.50 | | | | X | | |
| 3. Peak mow Flow | 047929 | 6.85 | 6.00 | | | | | X | |
| 4. 12 oz. tire Shine | 305824 | 2.25 | 2.25 | | | | X | | |
| 5. Shop towl | 751301 | 2.75 | 2.75 | | | | X | | |
| 6. Shoe organizer | 664987 | 6.50 | 6.50 | | | | X | | |
| 7. Armorall | 780041 | 5.00 | 5.00 | | | | X | | |
| 8. 1.1 tire Fisher | 220766 | 3 | 3 | | | | X | | |
| 9. Led light switch | 938810 | 4.50 | 4.50 | | | | X | | |
| 10. Tact Flsh lite | 103521 | 4.00 | 4.50 | | | X | | | |
| 11. Jb weld tube | 826558 | 5 | 5. | | | | X | | |
| 12. Metal scraper | 019389 | 3 | 3 | | | | X | | |
| 13. Pro Knife | 362652 | 1 | 1 | | | | X | | |
| 14. Fold Knife | 361419 | 6.5 | 6.5 | | | | X | | |
| 15. Mini wire brush | 361174 | 3.25 | 3 | | | | | X | |
| 16. Power brush | 570164 | 3.10 | 2.95 | | | | | X | |
| 17. Screw & Anchor Set | 270889 | 2 | 2 | | | | X | | |
| 18. Gorilla tape | 008763 | 5 | 5 | | | | X | | |

TOTAL UNITS 18

Total 1 - 13 - 4

Number

Acknowledged by E. Blija

Inspector [signature]

Page 1 of 6

S 16780

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apples to Apples | 783414 | 7.50 | 7.00 | | | | | X | |
| 2. Halo toy. | 769548 | 17. | 16. | | | | | X | |
| 3. Bkt ball. | 000507 | 8 | 8 | | | | X | | |
| 4. Jmp Rope. | 047996. | 6 | 5 | | | | | X | |
| 5. Roller bar | 047897 | 7.50 | 6. | | | | | X | |
| 6. Hw toy. | 644876 | 7 | 7. | | | | X | | |
| 7. Barbie. | 804256 | 5 | 5 | | | | X | | |
| 8. Don Ply Set | 655964 | 5.50 | 5.50 | | | | X | | |
| 9. fp toy. | 332310 | 6.25 | 6.50 | | | X | | | |
| 10. Miracl whip. | 026494 | 4 | 4. | | | | X | | |
| 11. Clov Vall Mayo | 066628 | 2.75 | 2.75 | | | | X | | |
| 12. Firman Nozzl | 421090 | 6 | 6 | | | | X | | |
| 13. Bic mrkrs | 355309. | 3.50 | 5.- | | | | X | | |
| 14. Tack Glo. | 036327 | 4.50 | 4.50 | | | | X | | |
| 15. Frlg Mokers | 056349 | 4.50 | 4.50 | | | | X | | |
| 16. Glue Gun | 067048 | 9.- | 6.50 | | | | | X | |
| 17. Craft Closs. | 048603 | 3.5 | 3.5 | | | | X | | |
| 18. Acryl pnt. | 036563 | 4 | 4 | | | | X | | |

TOTAL UNITS 36

| | Under | Cor. | Over |
|---|---|---|---|
| Total | 1 | 12 | 5 |
| Number | | | |

E. Bleja
Acknowledged by

Inspector [signature]

Page 2 of 6



S 16182

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vien saus | 925022 | .55 | .55 | | | | x | | |
| 2. Stark tuna | 515841. | 2.95 | 2.95 | | | | x | | |
| 3. Clu vall R blf | 165249. | 2.95 | 2.95 | | | | x | | |
| 4. Velveeta 2 pk | 051533 | 4.95 | 4.95 | | | | x | | |
| 5. Deluxe bowl. | 070459. | 2.50 | 2.50 | | | | x | | |
| 6. Cmbls bn w/bacon | 224705 | 1.65 | 1.50 | | | | | X | |
| 7. D.S crm of bacon | 253002 | 1.65 | 1.50. | | | | | X | |
| 8. Cv veg broth | 105056 | 1.50 | 1.25 | | | | | X | |
| 9. Rice kris trts | 350559. | 3.75 | 3.75 | | | | x | | |
| 10. Knd brkfst brs | 201059. | 2.95 | 2.95 | | | | x | | |
| 11. Ricos Prem Chdr | 231008 | 2.25 | 2.25 | | | | x | | |
| 12. Seasoned salt. | 000529. | 2.45 | 2.45 | | | | x | | |
| 13. Snack Pack | 419823 | 2.50 | 2.50 | | | | x | | |
| 14. Lucky Chrms | 126831 | 4 | 4 | | | | x | | |
| 15. Maruchan Chk's | 670009. | 2 | 2 | | | | x | | |
| 16. Pie crust. | 569206 | 1.95 | 1.95 | | | | x | | |
| 17. Clu vally. | 021800 | 4 | 4 | | | | x | | |
| 18. Brtlli olive oil | 004205 | 5.95 | 5.95 | | | | x | | |

TOTAL UNITS 54

Total 15 - 3

Number

E. Blija
Acknowledged by

Inspector [signature]

Page 3 of 6

S 16783

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bf & Chs Cmb Pk | 008831 | 6.25 | 5.95 | | | | X | X | |
| 2. 6oz Sausage Sticks | 017442 | 3.45 | 3.95 | | | | X | | |
| 3. Cl. Vlly bar mix | 751836 | 2.25 | 2.75 | | | | X | | |
| 4. Imp Mxd nuts | 471495 | 2 | 2 | | | | X | | |
| 5. 8 oz easy Chs | 045517 | 4 | 4 | | | | X | | |
| 6. Chips Ahoy | 024567 | 2.75 | 2.75 | | | | X | | |
| 7. Biscoff Cookies | 916291 | 2.50 | 2.50 | | | | X | | |
| 8. Pringles | 745534 | 1.55 | 1.55 | | | | X | | |
| 9. V8 smoothie | 143310 | 2 | 2 | | | | X | | |
| 10. Prune Juice | 102587 | 3.75 | 3.95 | | | X | | | |
| 11. Smoky Sausage | 001114 | 3.25 | 3.25 | | | | X | | |
| 12. Body Armour | 002959 | 1.25 | 1.25 | | | | X | | |
| 13. Peter Pan PB | 002767 | 3.65 | 3.75 | | | X | | | |
| 14. CV Ranch | 104387 | 1.25 | 1.25 | | | | X | | |
| 15. Totinos Pizza | 114006 | 1.75 | 1.75 | | | | X | | |
| 16. Hot Pockets | 927474 | 2.75 | 2.75 | | | | X | | |
| 17. Mich Ultra | 006918 | 12.35 | 12.35 | | | | X | | |
| 18. Keystone 6pk | 480080 | 4.35 | 4.35 | | | | X | | |

TOTAL UNITS 72

Total 2-15-1

Number

E. Blija
Acknowledged by

Inspector [signature]

Page 4 of 6

S 16784

JAMES J. CAPUTO
DIRECTOR

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, New York 12306

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Kitchen towel | 014065 | 2 | 2 | | | | X | | |
| 2. 4 Pc. Kit Set | 008821 | 5 | 4.95 | | | | | X | |
| 3. Fabric Tbl cloth | 034318 | 9 | 8.50 | | | | | X | |
| 4. true living sauce Pan | 970529 | 9.50 | 8 | | | | | X | |
| 5. Cutting board | 541640 | 3 | 3 | | | | X | | |
| 6. Flatware set | 541671 | 5 | 5 | | | | X | | |
| 7. Rnd Cake Pan | 014681 | 4.5 | 4.5 | | | | X | | |
| 8. 6inch Mesh strainer | 970123 | 3 | 3 | | | | X | | |
| 9. Chop N More | 541510 | 2 | 2 | | | | X | | |
| 10. Food store SNAP | 013226 | 2.50 | 2.50 | | | | X | | |
| 11. Folger CAP. | 068480 | 4 | 4 | | | | X | | |
| 12. Lipton tea | 002878 | 3.5 | 3.5 | | | | X | | |
| 13. Gn Mnt brkfst blnd | 085204 | 7.35 | 7.35 | | | | X | | |
| 14. Alumnum foil | 105781 | 2 | 2 | | | | X | | |
| 15. Wax paper | 570663 | 1.95 | 1.95 | | | | X | | |
| 16. Hfty 38ct bags | 015946 | 7 | 7 | | | | X | | |
| 17. Plstic Cutlry | 620202 | 5 | 5 | | | | X | | |
| 18. Ppr Plates | | 3.95 | 3.95 | | | | X | | |

TOTAL UNITS 90

| | Price Cor. | Price Over |
|---|---|---|
| Total | 15 | 3 |
| Number | | |

E Bleja
Acknowledged by

[signature]
Inspector

Page 5 of 6

S 06785

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tie out Stake | 361087 | 3. | 2.85 | | | | | X | |
| 2. Sargs Float tick | 033825 | 6 | 6 | | | | X | | |
| 3. Cat nip | 005506 | 2.25 | 2.25 | | | | X | | |
| 4. Gd N Fn Dog trts | 822433 | 4.25 | 3.95 | | | | | X | |
| 5. Pork chops | 976840 | 2 | 2 | | | | X | | |
| 6. Gd N Fun twists | 822402 | 5.75 | 5.50 | | | | | X | |
| 7. AN M Uch CM | 030543 | 1 | 1 | | | | X | | |
| 8. Colgate | 444332 | 1 | 1 | | | | X | | |
| 9. Anti bac Hnd sp | 005647 | 1 | 1 | | | | X | | |
| 10. Clorox Hnd SP. | 872513 | 1 | 1 | | | | X | | |
| 11. DAWN Apple Blossom | 149590 | 6.75 | 6.75 | | | | X | | |
| 12. Snuggle. | 451159 | 4.50 | 4.50 | | | | X | | |
| 13. OXY Clean. 21.5oz | 516935 | 3 | 3 | | | | X | | |
| 14. Lysol Laundry Sani | 958714 | 6 | 6 | | | | X | | |
| 15. tide oxy cln | 975250 | 6.95 | 6.95 | | | | X | | |
| 16. DG Disinfect. | 212062 | 2.25 | 2.25 | | | | X | | |
| 17. Febreze. 1/2. 9. | 909026 | 4 | 4 | | | | X | | |
| 18. OFF 2.5 oz. | 775802 | 5.95 | 5.95 | | | | X | | |

TOTAL UNITS 108

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | 15 | 3 | |
| Number | | | | |

E. Bleja
Acknowledged by

Inspector [signature]

Page 6 of 6

3786

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 10-14-21 |
| Address 3985 NY-30 | Type |
| Town Esperance | Price Log # |

Summary of Reports S 16941 through S 16944

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | 1 | Units Passed | |
| C. Total Correct | 70 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1% | ☐ 1st Inspection | |
| Shelf Tag Violations | | ☐ 2nd Inspection | |
| Status of Inspection | Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 99% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ☐ No

REMARKS:
Great Job bringing Scanner Accuracy Score up – OutStanding!! Thank you.

[signature] Acknowledged

[signature] Inspector

**LEVIED FINES**

| | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Grnd black | 5712 | 3 | 3 | | | | ↓ | | |
| 2. Almond extract | 1198 | 2.50 | 2.50 | | | | | | |
| 3. Acens Flav salt | 0588 | 2.95 | 2.95 | | | | | | |
| 4. PB Brownie Mix. | 3359 | 2.50 | 2.50 | | | | | | |
| 5. Evap milk. | 0110 | 1.65 | 1.65 | | | | | | |
| 6. Clover valley | 0136 | 3.50 | 3.50 | | | | | | |
| 7. CV stk SC | 2058 | 2.65 | 2.65 | | | | | | |
| 8. Taquitos | 3190 | 4.25 | 4.25 | | | | | | |
| 9. Queso Blanco SC. | 1888 | 2.75 | 2.75 | | | | | | |
| 10. iS oz Prem chds. | 1008 | 2.25 (5.01 crossed out) | 2.25 (5 crossed out) | | | | | | |
| 11. Dollar Gen smthie | 3310 | 2.25 | 2.25 | | | | | | |
| 12. Cran Rsberry. | 8929 | 1.00 | 1.00 | | | | | | |
| 13. Cocoa Pebbs | 2464 | 4. | 4 | | | | | | |
| 14. Armour Vienna smked | 9394 | 3.50 | 3.00 | | | | | X | |
| 15. Bmb bee leg. | 4029 | 1.45 | 1.45 | | | | ↓ | | |
| 16. Suddenly salad | 9456 | 3.25 | 3.25 | | | | | | |
| 17. Prog Soup. | 4030 | 2.00 | 2.00 | | | | | | |
| 18. Baked beans | 9725 | 1.80 | 1.80 | | | | ↓ | | |
| Total | | | | | | | 17 | 1 | |
| Number | | | | | | | | | |

TOTAL UNITS 18

[signature]
Acknowledged by

[signature]
Inspector

Page 1 of 46

SCHEDULE A OF THE SUBPOENA TO
SCHENECTADY COUNTY DEPARTMENT OF CONSUMER AFFAIRS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs JOSEPH WOLF and CARMEN WOLF ("Plaintiffs") in *Wolf, et al. v. Dolgen of New York, LLC*, Case No. 7:23-cv-0558-PMH (S.D.N.Y.) through counsel, hereby request that **SCHENECTADY COUNTY DEPARTMENT OF CONSUMER AFFAIRS** answer the separately numbered document requests propounded below and produce the documents described herein which are, as of the date of service hereof, in the possession or custody of, or in any way subject to the control of **SCHENECTADY COUNTY DEPARTMENT OF CONSUMER AFFAIRS**, on ***January 15*, 2022,** at the law offices of **Milberg Coleman Bryson Phillips Grossman PLLC, 450 East 50th Street, New York, NY 10022,** unless such other date or place is mutually agreed upon.

**DEFINITIONS**

1. "Documents" or "Materials" are used in the broadest possible sense and include all "writings and recordings" as that phrase is defined in Rule 1001 of the Federal Rules of Evidence and Rule 34 of the Federal Rules of Civil Procedure, as well as any depositions, paper media, phonographic media, photographic media (including pictures, films, slides, videotape, motion pictures and microfilm) and electronic, mechanical or electronic records, magnetic media (including hard disks, floppy disks, compact disks and magnetic tapes of any kind), and any other form of physical media, including, but not limited to, tapes, cassettes, magnetic, optical or other disks, magnetic cards and records, all electronic data materials and electronic mail, computer memory, optical media and magneto-optical media. The terms "Document" and "Documents" include all forms of Communication recorded in tangible form which are capable of being produced in tangible form.

2. "Dollar General" means Dolgen of New York, LLC., individually or in any combination, of its corporations, businesses, subsidiaries, divisions, parents, and their respective officers, directors, , employees, representatives, agents, or other persons occupying similar positions or performing similar functions. Dollar General includes all Dollar General branded

S 16542

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518 356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 2 ct kit twl. | 3999 | 4.50 | 4.50 | | | | ↓ | | |
| 2. Sct wfl cloth | 7761 | 5 - | 5 - | | | | | | |
| 3. Tru livn cst Iron | 4905 | 10 | 10 | | | | | | |
| 4. G.d clc SC Pan. | 1879 | 8 | 8 | | | | | | |
| 5. Mesh strainer | 0123 | 4 | 4 | | | | | | |
| 6. Masher | 1503 | 2 | 2 | | | | | | |
| 7. 3 in 1 opener | 0116 | 2 | 2 | | | | | | |
| 8. Sheet Pan. | 4699 | 4.75 | 4.75 | | | | | | |
| 9. Sct strg cornr | 3665 | 2.25 | 2.25 | | | | | | |
| 10. HDty bags 20ct | 5134. | 3 | 3 | | | | | | |
| 11. Hvy Duty Stp stool | 7216. | 9 | 9 | | | | | | |
| 12. trsh cn swng top | 3899 | 14 | 14 | | | | | | |
| 13. sprayMop refill | 6449 | 6 | 6 | | | | | | |
| 14. Swiffer Dry cloth | 1361 | 8 | 8. | | | | | | |
| 15. Dawn Powerwash | 3666. | 3.95 | 3.95 | | | | | | |
| 16. Cleaner Gain 45oz | 4180. | 3.25 | 3.25 | | | | | | |
| 17. 38 ct Auto fish | 6372 | 5.65 | 5.65 | | | | | | |
| 18. Airwick essent oil | 5513 | 7.25 | 7.25 | | | | ↓ | | |

TOTAL UNITS 36

Total 18

Number

S.S.
Acknowledged by

Inspector [signature]

Page 2 of 4

Schenectady_159

S 15643

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 50 ct Pt Ho Bag | 0684 | 4.95 | 4.95 | | | | ✓ | | |
| 2. Glade 2 Pk | 1992 | 5.00 | 5.00 | | | | | | |
| 3. Boric Acid | 0215 | 3 | 3 | | | | | | |
| 4. Febreze Plug | 0104 | 9.75 | 9.75 | | | | | | |
| 5. Furniture Sliders | 1228 | 5.25 | 5.25 | | | | | | |
| 6. Gorilla Glue | 0022 | 5.00 | 5.00 | | | | | | |
| 7. Motion Activated | 7727 | 7.50 | 7.50 | | | | | | |
| 8. Sb aut underhead | 9886 | 20 | 20 | | | | | | |
| 9. SUN OF a GUN | 2386 | 4.25 | 4.25 | | | | | | |
| 10. 16 oz Arm All Protect | 1600 | 5.75 | 5.75 | | | | | | |
| 11. Castrol Mtr oil | 0823 | 5.45 | 5.45 | | | | | | |
| 12. Sheba wet fd 6ct | 1284 | 5.25 | 5.25 | | | | | | |
| 13. KIWI kiwis | 0965 | 5- | 5- | | | | | | |
| 14. walking tokens | 0041 | 6.75 | 6.75 | | | | | | |
| 15. YOGA mat | 7804 | 9 | 9 | | | | | | |
| 16. 10 lb kettle bell | 2760 | 13 | 13. | | | | | | |
| 17. Door Guard Chn | 1358 | 3.50 | 3.50 | | | | | | |
| 18. entry lockset | 2317 | 10.50 | 10.50 | | | | ✓ | | |

TOTAL UNITS 54

Total Number: 18

S.S.
Acknowledged by

Inspector

Page 3 of 4

Schenectady_160

S 10544

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 8oz Gry Prmr. | 0043 | 3.65 | 3.65 | | | | | | |
| 2. open trails 2ct (ed | 8011 | 6.75 | 6.75 | | | | | | |
| 3. Micro Fiber wsh mat | 3818 | 5.50 | 5.50 | | | | | | |
| 4. Shoe 24 Packet | 4987 | 7 | 7 | | | | | | |
| 5. Fix a Flat 16 oz | 2962 | 8.25 | 8.25 | | | | | | |
| 6. Halloween | 4056 | 1 | 1 | | | | | | |
| 7. 6ft cable | 7087 | 8 | 8. | | | | | | |
| 8. Mrs brets 5ct | 4612 | 9.45 | 9.45 | | | | | | |
| 9. Bath towell | 1087 | 3.50 | 3.50 | | | | | | |
| 10. Tub mat | 3330 | 7 | 7 | | | | | | |
| 11. Jste Lounge 3ct | 6715 | 7.25 | 7.25 | | | | | | |
| 12. Socks LDS lurct | 2951 | 5 | 5 | | | | | | |
| 13. Twin Sheet Set | 5772 | 12.50 | 12.50 | | | | | | |
| 14. Lampbase | 1643 | 7 | 7 | | | | | | |
| 15. Accent Rug | 6248 | 6.25 | 6.25 | | | | | | |
| 16. PmPrs easy ups | 4649 | 10.95 | 10.95 | | | | | | |
| 17. Scrunchi Asstd | 0913 | 2 | 3 | | | X | | | |
| 18. Bell vent brush | 7285 | 2 | 2 | | | | 1 | | |
| | | | | | Total | 1 | 17 | | |
| | | | | | Number | | | | |

TOTAL UNITS 72

S.S.
Acknowledged by

Inspector

Page 4 of 4

Schenectady_161

3763

County of Schenectady

**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**

130 Princetown Plaza, Schenectady, NY 12306

**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 7-26-21 |
| Address | 3985 NY-30 | Type | Grocery / Gen Merch |
| Town | Esperance, NY 12066 | Price Log # | |

Summary of Reports S16848 through S16853

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 3 | Units Passed | |
| C. Total Correct | 87 | Units Failed | |
| D. Total Overpriced | 18 | Type of Inspection | |
| % Overpriced (d ÷ a) | 16% | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 84% Fail. | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Below 95% Accuracy $1,500.
2 consecutive inspections below 95% $2000
1 shelf tag violation $300 -

[signature] Acknowledged

[signature] Inspector

**LEVIED FINES**

Item Pricing Fine Levied ____

Scanner Fine levied MAX Fin $3,800 -

Letter / Fine Sent ____

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

Schenectady_162





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gnzo Dis Clnr | 0437 | 3.5 | 3.5 | | | | X | | |
| 2. Clorox Splshlss | 3374 | 2.75 | 2.75 | | | | X | | |
| 3. Clorox Blch 77oz | 3473 | 4.25 | 4.25 | | | | X | | |
| 4. Glade 3 wick | 8054 | 5 | 5 | | | | X | | |
| 5. Raid Ant & Rch | 7176 | 4.25 | 4.25 | | | | X | | |
| 6. Ht Shot Fogger | 5479 | 10.50 | 10.50 | | | | X | | |
| 7. A&H Oxy Cln | 4468 | 9 | 9 | | | | X | | |
| 8. DG Hm Compact trys | 0279 | 2.75 | 2.75 | | | | X | | |
| 9. Flea & tick | 1797 | 6 | 6 | | | | X | | |
| 10. Dog toys | 0950 | 4.50 | 4.50 | | | | X | | |
| 11. Tams 3lb Dog Fd | 5204 | 6.5 | 6.5 | | | | X | | |
| 12. Purina beneful | 7740 | 6.25 | 5.95 | | | | | X | |
| 13. Tidy cats litter | 8627 | 14.5 | 14.5 | | | | X | | |
| 14. Ceaser Wt Food | 2957 | 10.65 | 10.65 | | | | X | | |
| 15. Valvoline 10W 30 | 1497 | 4.80 | 4.65 | | | | | X | |
| 16. True living Cloth line | 7148 | 4.65 | 4.15 | | | | | X | |
| 17. Sterlite Hmpr | 6256 | 12.5 | 12.5 | | | | X | | |
| 18. Pop up Hamper | 5014 | 6 | 6 | | | | X | | |
| | | | | | | Total | 15 | 3 | |
| | | | | | | Number | | | |

TOTAL UNITS 36

Acknowledged by [signature]

Inspector [signature]

Page 2 of 6



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 5 Gallon Storage tt | 0170 | 6 | 6 | | | | X | | |
| 2. Utility Knife | 1419 | 6.5 | 6.5 | | | | X | | |
| 3. 6 oz Goof Off | 6619. | 4.25 | 4.25 | | | | X | | |
| 4. LED Flashlight | 9572 | 3.50 | 3.25 | | | | | X | |
| 5. 8 ct Cord Clips | 1298 | 5 | 5 | | | | X | | |
| 6. Hot Glue Gun | 2464 | 3 | 3 | | | | X | | |
| 7. DG Paper towel | 1250 | 6.75 | 6.75 | | | | X | | |
| 8. Ass Call of Duty 1ct | 2565 | 10 | 8.5 | | | | | X | |
| 9. Pro Strength waist | 7880. | 6 | 7 | | | | | X | |
| 10. Licensed Baby Fig | 6775 | 8 | 7 | | | | | X | |
| 11. Toy Instrument | 7629 | 5 | 5 | | | | X | | |
| 12. Sunkist Mini Cans | 2096 | 2.35 | 2.35 | | | | X | | |
| 13. Foam Plates | 0156 | 1 | 1 | | | | X | | |
| 14. Orange 8 pk wtr | 0824 | 2.75 | 2.75 | | | | X | | |
| 15. Perrier Jc. | 3948 | 1.10 | 1.35 | | | X | | | |
| 16. Bway Hera | 6196 | 1.50 | 2.50 | | | X | | | |
| 17. Cake topper | 0411 | 2 | 2 | | | | X | | |
| 18. Mr Horn | 9684 | 7.5 | 7.50 | | | | X | | |
| | | | | Total Number | | 2 | 12 | 4 | |

TOTAL UNITS 54

Acknowledged by

Inspector

Page 3 of 6

S 16051

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bic pens | 1224 | 1.65 | 1.65 | | | | X | | |
| 2. DG Grp office Pack | 6783 | 2.25 | 2.25 | | | | X | | |
| 3. Perm markers 8ct | 0049. | 2.50 | 2.50 | | | | X | | |
| 4. Dsktop Stapler | 1263 | 3.75 | 3.25 | | | | | X | |
| 5. Premium markers | 6349. | 4.50 | 4.50 | | | | X | | |
| 6. Elmer Glitter Glue | | | | | | | X | | |
| 7. Hanes tagless bxr | 5632 | 9.25 | 9.25 | | | | X | | |
| 8. Silver Curtain. | 4648 | ~~8.50~~ 9.00 | ~~9.00~~ 8.50 | | | | | X | |
| 9. Mens Socks | 8496 | 5.50 | 5.50 | | | | X | | |
| 10. Queen Sheet Set | 1478 | 24 | 24 | | | | X | | |
| 11. Hns ladies socks | 0953 | 7 | 7 | | | | X | | |
| 12. Lamp | 0653 | 7 | 7 | | | | X | | |
| 13. Mssy oak Hat. | 6548 | 8.5 | 8.5 | | | | X | | |
| 14. Ms oak sndls | 6312 | 10.5 | 10.5 | | | | X | | |
| 15. Bev Hills wallet | 8663 | 8 | 8 | | | | X | | |
| 16. Runer. | 8087 | 14 | 14 | | | | X | | |
| 17. Dr Scholls Cmft | 9954 | 8 | 8 | | | | X | | |
| 18. DG Cold + Flu | 2331 | 8.25 | 8.25 | | | | X | | |

TOTAL UNITS 72

Total: Cor. 16, Over 2

Number

Acknowledged by [signature]

Inspector [signature]

Page 4 of 6

Schenectady_165





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Nstle Fdg bar | 8001 | 3.85 | 3.85 | | | | X | | |
| 2. Hellmans MAYO | 3487 | 3.85 | 3.85 | | | | X | | |
| 3. Kraft MAY 30z | 6791 | 3.25 | 3.25 | | | | X | | |
| 4. " " original | 6326 | 3.25 | 3.25 | | | | X | | |
| 5. Hidden val Rnch | 5516 | 3.25 | 3.25 | | | | X | | |
| 6. Fnks Rd Hot | 2639. | 1.50 | 1.50 | | | | X | | |
| 7. Heinz 57 SAUCE | 2691 | 1 | 1 | | | | X | | |
| 8. Lea & Per Worcst | 0037 | 2.50 | 2.50 | | | | X | | |
| 9. CHK breast | 9707 | 3.50 | 3.50 | | | | X | | |
| 10. SmithField Bacon | 1469. | 5.75 | 4.95 | | | | | X | |
| 11. Cheddar links | 0033 | 3.65 | 3.65 | | | | X | | |
| 12. 10 z whichs Jc | 6006 | .65 | .65 | | | | X | | |
| 13. ½ Gal Alm milk | 0988. | 3.50 | 3.50 | | | | X | | |
| 14. Prego Alfredo | 2121 | 2.95 | 2.95 | | | | X | | |
| 15. twisted tea 24 oz | 2317 | 2.90 | 2.90 | | | | X | | |
| 16. USB Chrger | 3730. | 5 | 5 | | | | X | | |
| 17. Potting mix. | 2206 | 3.5 | 3.5 | | | | X | | |
| 18. G zilla vs Kg | 1346. | 19.95 | 19.95 | | | | X | | |
| | | | | | Total | | 17 | 1 | |
| | | | | | Number | | | | |

TOTAL UNITS 90

Acknowledged by [signature]

Inspector [signature]

Page 5 of 6

S 16052

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Salsa Verd. | 8627. | 1.50 | 1.50 | | | | X | | |
| 2. Salsa Casera | 8618 | 1.50 | 1.50 | | | | X | | |
| 3. T.B.I Mild Sauce | 7208 | 1.50 | 1.50 | | | | X | | |
| 4. Salsa con Queso | 4086. | 2.65 | 2.56 | | | | X | | |
| 5. Rico Gor Nach | 1109 | 2.25 | 2.25 | | | | X | | |
| 6. Rico Queso Blanco | 1888 | 2.75 | 2.70 | | | | | X | |
| 7. Splenda sweetnr | 0018. | 2.75 | 2.75 | | | | X | | |
| 8. CU Coco Crs Rice | 9343 | 2.25 | 2.75 | | | | X | | |
| 9. Fruity pebbles. | 9710. | 2.85 | 2.85 | | | | X | | |
| 10. CU Crisp Rice. | 9305 | 2 | 2 | | | | X | | |
| 11. Honey Smacks | 1033 | 3 | 3. | | | | X | | |
| 12. Honey Comb. | 1715. | 2.85 | 2.85 | | | | X | | |
| 13. Bertoli olive oil | 4205 | 5.35 | 5.95 | | | X | | | |
| 14. CU Canola oil | 4381. | 3 | 2.75 | | | | | X | |
| 15. CU Cook spray | 1154. | 2.25 | 2.25 | | | | X | | |
| 16. CU Coconut oil | 0136 | 3.50 | 3 | | | | | X | |
| 17. V8 Smoothie. | 3310 | 2 | 2 | | | | X | | |
| 18. Kool aid Mix. | 3501 | 2.65 | 2.65 | | | | X | | |
| | | | | | Total | 1 | 14 | 3 | |
| | | | | | Number | | | | |

TOTAL UNITS 108

Acknowledged by

Inspector

Page 6 of 6

Schenectady_167



S 10546

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Good Ck Nfe 3PC. | 1695 | 4.50 | 4.00 | | | | | X | |
| 2. 4ct Stle WiF | 1701 | 4 | 4 | | | | X | | |
| 3. Kitchn Shears. | 1770 | 3 | 3 | | | | X | | |
| 4. Ice cream Scop. | 1688. | 3 | 3 | | | | X | | |
| 5. Pizza Cutter | 1756. | 3 | 3 | | | | X | | |
| 6. Rolling Pin. | 1763 | 5 | 5 | | | | X | | |
| 7. Slotted turner | 1831 | 2.75 | 2.50. | | | | | X | |
| 8. Pasta spoon | 1824. | 2.50 | 2.50 | | | | X | | |
| 9. SNAP container | 3226 | 2.50 | 2.50 | | | | X | | |
| 10. 11 cup Glass Strg | 9140. | 5.00 | 5.00 | | | | X | | |
| 11. 6 pk Containers | 3599 | 2.25 | 2.25 | | | | X | | |
| 12. 18 Quart DShpan | 22545 | 4.50 | 3.50 | | | | | X | |
| 13. Hfty trsh can | 8773 | 17.00 | 16.00 | | | | | X | |
| 14. Mr Clean gloves 40ct | 1254. | 10 | 10. | | | | X | | |
| 15. Mop Refill | 0156 | 4 | 4 | | | | X | | |
| 16. Swiffer wt Jet. | 6508 | 25 | 25 | | | | X | | |
| 17. DG Home Duster | 7950. | 6 | 6 | | | | X | | |
| 18. Slok Caddy | 6464 | 3.75 | 3.50 | | | | | X | |
| | | | | Total | | | 13 | 5 | |
| | | | | Number | | | | | |

TOTAL UNITS 18

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6



County of Schenectady

**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**

**130 Princetown Plaza, Schenectady, NY 12306**

**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | |
|---|---|
| Firm Dollar General | Date 3-29-21. |
| Address 154 Saratoga Rd | Type Grocery. |
| Town Scotia | Price Log # |

Summary of Reports S16719 through S16724

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 108 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☑ Scanner Accuracy | 100% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:
Please have customer use scanner repaired.

Howard Kessler
Acknowledged

[signature]
Inspector

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Magic eraser | 51108 | 3.5 | 3.5 | | | | | | |
| 2. Boric Acid 16oz | 4215 | 3 | 3. | | | | | | |
| 3. Raid 17.5 Wsp | 4794 | 5.25 | 5.25 | | | | | | |
| 4. Hot Shot wsp | 4185 | 3.75 | 3.75 | | | | | | |
| 5. Raid & Bug | 2782 | 3.25 | 3.25 | | | | | | |
| 6. Raid Fly ins. | 4800 | 5.25 | 5.25 | | | | | | |
| 7. Hotshot Fly | 4183 | 3.75 | 3.75 | | | | | | |
| 8. Raid Multi ins. | 8885 | 5.50 | 5.50 | | | | | | |
| 9. Cutter Skin 7.5 | 0119 | 4.25 | 4.25 | | | | | | |
| 10. Bonus Cutter 7.5 | 2812 | 4.25 | 4.25 | | | | | | |
| 11. Repel 6.5 | 3387 | 4.50 | 4.50 | | | | | | |
| 12. Off Botanicals | 2380 | 5.98 | 5.75 | | | | | | |
| 13. Off Family Care | 1545 | 5.75 | 5.75 | | | | | | |
| 14. Off Active | 5802 | 5.85 | 5.75 | | | | | | |
| 15. Raid Ant | 4138 | 4.25 | 4.25 | | | | | | |
| 16. Raid Roach | 7674 | 3.5 | 3.5 | | | | | | |
| 17. Swiffer Wet Jet | 8102 | 23 | 23. | | | | | | |
| 18. Clearwy bleach | 0033 | 4.25 | 4.25 | | | | ✓ | | |

TOTAL UNITS 108

Total ______

Number ______

Howard Kessler
Acknowledged by

Inspector [signature]

Page 6 of 6

Schenectady_170

S 16723

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. SMUCK SAZ. | 7223 | 2.55 | 2.55 | | | | | | |
| 2. Stra Preser 18oz | 0019. | 2.40 | 2.40 | | | | | | |
| 3. Wlchs Grape | 0197. | 2.15 | 2.15 | | | | | | |
| 4. Clu Vlly. | 0026 | 1.65 | 1.65 | | | | | | |
| 5. Nutella | 5007. | 3.5 | 3.5 | | | | | | |
| 6. Clu Vlly. | 3951. | 2 | 2 | | | | | | |
| 7. SMck Straw | 1639. | 3 5 | 3.5 | | | | | | |
| 8. Wlchs Jelly. | 1502. | 2 | 2. | | | | | | |
| 9. Clu Vlly Stripes | 9183. | 2 .5 | 2.5. | | | | | | |
| 10. Clu Vll Honey. | 2891 | 3 5 | 3.5. | | | | | | |
| 11. JF 16 oz. | 5162 | 2.5 | 2.5 | | | | | | |
| 12. Clu Vll 16oz | 1160. | 1.5 | 1.5 | | | | | | |
| 13. Pet Pcs 16oz. | 5362 | 2.20 | 2.20 | | | | | | |
| 14. CU Pb + Honey | 8165. | 1.50 | 1.50. | | | | | | |
| 15. CU Crnchy PB. | 2167. | 1.50 | 1.50. | | | | | | |
| 16. JF 28 OZ. | 1776 | 4.20 | 4.20 | | | | | | |
| 17. CU Crmy PB. | 1415. | 3.5 | 3.5. | | | | | | |
| 18. PB Pan 28oz | 2767. | 3.75 | 3.75 | | | | | | |

TOTAL UNITS 90

Total Number

Acknowledged by

Inspector [signature]

Page 5 of 6

S 16722

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Duck Jerky | 5904 | 5 | 5- | | | | | | |
| 2. Duck sausage | 1137 | 3 | 3 | | | | | | |
| 3. Sweet potato. | 5617 | 2.25 | 2.25 | | | | | | |
| 4. Pay Day Sop bN | 6684 | 3.25 | 3.25 | | | | | | |
| 5. Durura bonz | 0905 | 1 | 1- | | | | | | |
| 6. Hngland Farms | 3181 | 1.65 | 1.65 | | | | | | |
| 7. Beef tips. | 3211 | .85 | .85 | | | | | | |
| 8. Prk Chomps | 6840 | 2 | 2- | | | | | | |
| 9. Prk Chomps SRt. | 6857 | 2.25 | 2.25 | | | | | | |
| 10. Hot Forms trip Kbb | 8806 | 2.5 | 2.5 | | | | | | |
| 11. Good N Fun. | 2056 | 3 | 3. | | | | | | |
| 12. Beef eaters | 4674. | 2.25 | 2.25 | | | | | | |
| 13. Good NFun | 2433 | 3.95 | 3.95 | | | | | | |
| 14. Pronyl otc- | 1157. | 6 | 6.- | | | | | | |
| 15. Mesh Herness | 1681 | 7 | 7- | | | | | | |
| 16. Lrg retract 15h | 1148 | 7.75 | 7.75. | | | | | | |
| 17. Hvy Duty tie out | 1100 | 7.95 | 7.95 | | | | | | |
| 18. A + H Dog pols | 6604 | 3.75 | 3.75 | | | | | | |

TOTAL UNITS 72

Total 18

Number

Howard Kessler
Acknowledged by

Inspector [signature]

Page 4 of 6

S 16721

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356 7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 6 outlet tap | 0218. | 3 | 3. | | | | | | |
| 2. 6 w 1 Driver | 4547 | 3.5 | 3.50 | | | | | | |
| 3. Plier | 7191 | 2.75 | 2.75 | | | | | | |
| 4. Needle NS Plier | 9701. | 2.75 | 2.75 | | | | | | |
| 5. 25 Ft tape | 8950 | 5 | 5 - | | | | | | |
| 6. Mug Hooks | 4488 | 1 | 1. | | | | | | |
| 7. Cmnd Hooks | 5333 | 3 | 3. | | | | | | |
| 8. Lil trees | 7318 | 3 | 3 | | | | | | |
| 9. Febreze Auto. | 7632. | 4 | 4 | | | | | | |
| 10. Wash mit. | 3818 | 5.5 | 5.5 | | | | | | |
| 11. Spot lifter | 2247 | 4 | 4. | | | | | | |
| 12. Gum out. | 0758 | 3.85 | 3.85 | | | | | | |
| 13. Pk Pwr Str Fl | 8087 | 4.75 | 4.75 | | | | | | |
| 14. 10 w 30 | 7683 | 3.35 | 3.35 | | | | | | |
| 15. Valvoline 10 w 30 | 1497. | 4.5 | 4.50 | | | | | | |
| 16. WD - 40 | 0241 | 4.25 | 4.25 | | | | | | |
| 17. Castor gtx | 4500 | 4.95 | 4.95 | | | | | | |
| 18. DG Auto 5W 30 | 2234 | 5.35 | 5.35 | | | | ↓ | | |

TOTAL UNITS 54

Total 18

Number

Howard Kessler
Acknowledged by

[signature]
Inspector

Page 3 of 6

S 16720

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vasr Coc Bor. | 2518. | 2 | 2 - | | | | ↓ | | |
| 2. Vasr lip therapy | 0003 | 1.25 | 1 25 | | | | | | |
| 3. Cosmwe balm | 3142 | 2 85 | 2 85 | | | | | | |
| 4. Blistex | 0486 | 3 | 3 | | | | | | |
| 5. Herpecin | 7326 | 4.50 | 4.50 | | | | | | |
| 6. 7 day pill box | 4199 | 1 | 1 - | | | | | | |
| 7. Rexall pill box | 3758 | 2.75 | 2 75 | | | | | | |
| 8. Docusanol | 2081 | 13 | 13 - | | | | | | |
| 9. Releeu | 9017. | 4.85 | 4.85 | | | | | | |
| 10. Blistex Hemp. | 9711 | 3.5 | 3.50 | | | | | | |
| 11. Okeefs lip. | 1010 | 3 5 | 3.50 | | | | | | |
| 12. Campho | 7007 | 4 | 4 - | | | | | | |
| 13. Digi. Flex therm | 3591 | 7 | 7 | | | | | | |
| 14. Digi therm | 5015. | 3.5 | 3.5. | | | | | | |
| 15. Mentholatum | 1197 | 4.5 | 4.5. | | | | | | |
| 16. LAN Vop Rub | 9209. | 5.5 | 5.50 | | | | | | |
| 17. Vicks Vap rub | 3620 | 8 5 | 8.50 | | | | | | |
| 18. Digi therm | 3300 | 11.75 | 11.75 | | | | ↓ | | |

TOTAL UNITS 36

Total 18

Number ✓

Howard Kessler
Acknowledged by

[signature]
Inspector

Page 2 of 6



S 16716

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356 6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cyl ... Drops | 2308 | 6 | 6 | | | | ✓ | | |
| 2. DG High DN Stur | 7957 | 2.75 | 2.75 | | | | | | |
| 3. DG High DN inF. | 7809 | 4.5 | 4.5 | | | | | | |
| 4. DG High Grape | 4148 | 2.5 | 2.50 | | | | | | |
| 5. Child Cld CGH NS | 1048 | 7 | 7- | | | | | | |
| 6. DG Childrens Plus | 2243 | 3 | 3 | | | | | | |
| 7. Child Tylenol | 6042 | 6.75 | 6.75 | | | | | | |
| 8. DG Child triacin | 0305 | 2.5 | 2.50 | | | | | | |
| 9. Dimetap | 4132 | 6 | 6 | | | | | | |
| 10. Robitussin | 7134 | 6.25 | 6.25 | | | | | | |
| 11. Mucinex - | 0727 | 10 | 10- | | | | | | |
| 12. Mucinex Chl Flu | 0710 | 12.5 | 12.5 | | | | | | |
| 13. Muci Multi | 0649 | 9 | 9. | | | | | | |
| 14. DG Muc Relief | 8961 | 4 | 4 | | | | | | |
| 15. DG " " Kids | 8057 | 3.75 | 3.75 | | | | | | |
| 16. Pepcid AC 8ct | 5088 | 4.75 | 4.75 | | | | | | |
| 17. DG Hot brn. | 8122 | 2 | 2. | | | | | | |
| 18. Pepcid 25 ct. | 5323 | 9 | 9. | | | | ↓ | | |
| | | | | | Total | | 18 | | |
| | | | | | Number | | | | |

TOTAL UNITS 18

Howard Kessler
Acknowledged by

[signature]
Inspector

Page 1 of 6

3804

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 7-9-21 |
| Address | 154 Sacandaga Rd. | Type | General Merchandise |
| Town | Scotia | Price Log # | N/A |

Summary of Reports S17010 through S17025.

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 3 | Units Passed | |
| C. Total Correct | 83 | Units Failed | |
| D. Total Overpriced | 22 | Type of Inspection | |
| % Overpriced (d ÷ a) | 20% | ☐ 1st Inspection | |
| Shelf Tag Violations | 0 | ☐ 2nd Inspection | |
| Status of Inspection | NO Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 80% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

Acknowledged Howard Kessler

Inspector [signature]

**LEVIED FINES**

| | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | 1500 – |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 17025

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Marsh Fruity Pebbles | 006721. | 2.85 | 3 | | | X | | | |
| 2. Lil Healthy Rees Puffs | 12222. | 3 | 3 | | | | X | | |
| 3. Raw bran | 199875. | 3.25 | 3.25 | | | | X | | |
| 4. Kellogs Frost Min whts | 245664. | 3.25 | 3 | | | | | X | |
| 5. Poland Spring wtr. | 000616. | 1 | 1 | | | | X | | |
| 6. Smart water | 338006. | 1.70 | 1.70 | | | | X | | |
| 7. Aquafina wtr. | 001574. | 1 | 1 | | | | X | | |
| 8. Coconut wtr. | 135753 | 1 | 1 | | | | X | | |
| 9. Pur. Food Dr wtr. | 009923. | 3 | 3 | | | | X | | |
| 10. Clover valley wtr. | 528020 | 2.25 | 2 | | | | | X | |
| 11. True liv Rnd Pan | 014681. | 4.50 | 4.50 | | | | X | | |
| 12. Nylon Pasta spoon | 541824. | 3. | 2.75 | | | | | X | |
| 13. 3pc Kitchn Snaks | 541695 | 6 | 4 | | | | | X | |
| 14. Wooden Spoon set | 970345 | 2.50 | 2 | | | | | X | |
| 15. All-Purpos Disp | 000703 | 5 | 3.75 | | | | | X | |
| 16. Ster lite plstc bowl | 095220 | 2.50 | 2.50 | | | | X | | |
| 17. Storage container | 419769 | 3.50 | 3 | | | | | X | |
| 18. Paper towel | 193810. | 2 | 2 | | | | X | | |
| Total | | | | | | 1 | 10 | 7 | |
| Number | | | | | | | | | |

TOTAL UNITS 108

Acknowledged by [signature]

Inspector [signature]

Page 6 of 6

Schenectady_177

S 17024

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Clover valley | 600318. | 1.45 | 1.45 | | | | X | | |
| 2. xtra long Aspar SPRS | 059286 | 2.70 | 2.50 | | | | | X | |
| 3. Strbcks 10 oz | 888112. | 8.5 | 8.5 | | | | X | | |
| 4. 24 oz Creamer | 025903 | 2.65 | 2.65 | | | | X | | |
| 5. vienna Sausage. | 939029 | .60 | .60 | | | | X | | |
| 6. CV olive oil | 301117 | 2.50 | 2.50 | | | | X | | |
| 7. Jelly belly Cndy | 840001. | 2.25 | 2.25 | | | | X | | |
| 8. Nut rages bar. | 412013 | 1.65 | 1.65 | | | | X | | |
| 9. lighter Fluid | 711751 | 4.5 | 4.5 | | | | X | | |
| 10. Kwg Char col | 320632. | 6.75 | 6.75 | | | | X | | |
| 11. Almond milk | 000988 | 3.50 | 3.50 | | | | X | | |
| 12. 7 oz Wavy Dm | 179684. | 3.25 | 3.50 | | | X | | | |
| 13. Roll sausage | 182121. | 4.25 | 4.25 | | | | X | | |
| 14. Bttr Finger Ice crm | 510972 | 4 | 4 | | | | X | | |
| 15. Heineken 12 oz 6pk | 020118. | 9.45 | 9.45 | | | | X | | |
| 16. taco kit. | 287348. | 2.80 | 2.80 | | | | X | | |
| 17. Fruit Cocktail | 200087. | 1.35 | 1.35 | | | | X | | |
| 18. CoCoa Pepples | 002464. | 3.85 | 3.50 | | | | | X | |

TOTAL UNITS 90

| | Under | Cor. | Over | |
|---|---|---|---|---|
| Total | 1 | 15 | 2 | |
| Number | | | | |

[signature] Acknowledged by

[signature] Inspector

Page 5 of 6

S 17023

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Nuby Nibbler | 053971 | 3.50 | 3 | | | | | X | |
| 2. electrolyte solution | 220013 | 3.75 | 3.75 | | | | X | | |
| 3. Clinical DDS | 002108. | 7 | 7 | | | | X | | |
| 4. CmFtr bay | 504402 | 14 | 12 | | | | | X | |
| 5. Huggies Pull ups | 513356 | 10.95 | 10.95 | | | | X | | |
| 6. Hfty 2.3 Gallon | 067213 | 6 | 6 | | | | X | | |
| 7. CmFt bay Shwr Hks | 248857 | 7 | 6 | | | | | X | |
| 8. Wheeled bkt | 224804 | 18 | 18 | | | | X | | |
| 9. Mtl Scraper | 362591 | 3 | 3 | | | | X | | |
| 10. Led flashlight. | 240160 | 4.5 | 4.5 | | | | X | | |
| 11. 3 ply Hose. | 144852 | 10 | 10 | | | | X | | |
| 12. DG Auto mtr oil | 453596 | 4.25 | 3.95 | | | | X | | |
| 13. Runner Medallions | 554465 | 14 | 14 | | | | X | | |
| 14. tru live broom | 326541 | 5.5 | 5.5 | | | | X | | |
| 15. 25 ct frzr bags | 105590 | 2.35 | 2.25 | | | | X | | |
| 16. tall ktchn bags | 105699. | 4.5 | 4.5. | | | | X | | |
| 17. Wizard spry | 008625. | 1 | 1 | | | | X | | |
| 18. Cascade Original | 981244. | 6.35 | 6 | | | | | X | |
| | | | | Total | | | 14 | 4 | |
| | | | | Number | | | | | |

TOTAL UNITS 72

Acknowledged by

Inspector

Page 4 of 6

S 17022

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Iron pills | 413831 | 4.50 | 4.50 | | | | X | | |
| 2. Rexall Niacin | 293372 | 5 | 5 | | | | X | | |
| 3. Cinn Caps | 140164 | 5 | 5 | | | | X | | |
| 4. 2 oz. Melatonin | 074029 | 5 | 5 | | | | X | | |
| 5. Mens Gummies | 443857 | 5 | 5 | | | | X | | |
| 6. Immune Chews 140- | 100304 | 6.5 | 6.5 | | | | X | | |
| 7. 10 oz Bio tru. | 035863 | 9.5 | 9.5 | | | | X | | |
| 8. 70% Isoprop | 138476 | 1.75 | 1.75 | | | | X | | |
| 9. 2ct Body Rolls | 718992 | 4.5 | 4.5 | | | | X | | |
| 10. Dove Advanced | 352972 | 5.25 | 5.25 | | | | X | | |
| 11. Bic Hybrid 4 | 726550 | 6 | 6 | | | | X | | |
| 12. Cu Grl Foun | 009909 | 8.5 | 8.5 | | | | X | | |
| 13. 13 oz Biotin | 916709 | 6 | 6 | | | | X | | |
| 14. Tweezers Mirror | 010461 | 2.95 | 2.95 | | | | X | | |
| 15. Wall Clipper | 106595 | 16 | 16 | | | | X | | |
| 16. Straight Brush | 352804 | 20 | 20 | | | | X | | |
| 17. Con air bby pins | | 1.75 | 2 | | | X | | | |
| 18. Scunci 17751 | 588831 | 2.95 | 2.75 | | | | | X | |
| | | | | | Total | 1 | 16 | 1 | |
| | | | | | Number | | | | |

TOTAL UNITS 54

HK
Acknowledged by

[signature]
Inspector

Page 3 of 6

S 57025

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 518 356 7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Clamp & Seal | 73546 | 10.25 | 10.25 | | | | X | | |
| 2. 9 lives | 18042 | 9.95 | 9.95 | | | | X | | |
| 3. 20 Ft Pet cable | 61070. | 8 | 6.75 | | | | | X | |
| 4. Puppy Pads | 105927. | 9 | 9 | | | | X. | | |
| 5. Milk Bone. | 222902 | 3.25 | 3.25 | | | | X | | |
| 6. 1000 pc Puzzle. | 910257 | 5 | 5 | | | | X | | |
| 7. True living tote. | 122497 | 4 | 4 | | | | X | | |
| 8. 10 lb kettle ball | 062760 | 13 | 11.5 | | | | | X | |
| 9. BoP Bag. | 401958 | 4 | 4 | | | | X | | |
| 10. Licensed Batman | 779844 | 8.5 | 8.5 | | | | X | | |
| 11. Lego Creator | 336505 | 20 | 20 | | | | X | | |
| 12. Party table cover | 338993 | 1.5 | 1.5 | | | | X | | |
| 13. Cotton Candle. | 449728 | 5 | 5 | | | | X | | |
| 14. B-day kit. | 360932 | 8 | 8 | | | | X | | |
| 15. HD Clear Pcking tape | 358856 | 4.15 | 4 | | | | | X | |
| 16. 1ct super Glu. | 653726 | 2 | 2 | | | | X | | |
| 17. Rexall Foot Powdr | 012563 | 4 | 4 | | | | X | | |
| 18. All Night Pad | 534711 | 7.50 | 7.50 | | | | X | | |
| | | | | | Total | | 15 | 3 | |
| | | | | | Number | | | | |

TOTAL UNITS 36

Acknowledged by [signature]

Inspector [signature]

Page 2 of 6

Schenectady_181

S 17020

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gurls Winger Mesh | 56648 | 5 | 5 | | | | X | | |
| 2. Microban Spry. | 487746 | 5.5 | 5.5 | | | | X | | |
| 3. Glad refill | 30888 | 5 | 5 | | | | X | | |
| 4. 6 Ct Wax Cubes | 27027701 | 2.15 | 2.00 | | | | | X | |
| 5. 35 ct Clorox wipes | 15934 | 2.65 | 2.65 | | | | X | | |
| 6. Pet Lint Roller | 166000 | 3 | 3 | | | | X | | |
| 7. Scotchbrite Sponge. | 20433 | 5 | 4.5 | | | | | X | |
| 8. Mr Clean Brush | 227196 | 3 | 3 | | | | X | | |
| 9. Spout bucket | 380116 | 4 | 3.75 | | | | | X | |
| 10. 8 ct sup eraser | 101549 | 5 | 5 | | | | X | | |
| 11. Charmin 48 Pal | 605980 | 10.5 | 10.5 | | | | X | | |
| 12. Raid Fogger | 119743 | 9 | 8.25 | | | | | X | |
| 13. Swiffer Wt Cloth | 830511 | 5 | 4.50 | | | | | X | |
| 14. A + H Deterg | 000730 | 9 | 9. | | | | X | | |
| 15. BNC Pt Guard | 70875 | 8.95 | 8.95 | | | | X | | |
| 16. Gain Deterg 90 oz | 12512 | 6.95 | 6.95 | | | | X | | |
| 17. Dentastix | 133065 | 3.95 | 3.95 | | | | X | | |
| 18. Temptations ct tsts | 10813 | 8.5 | 8.5 | | | | X | | |
| | | | | | Total | | 13 | 5 | |
| | | | | | Number | | | | |

TOTAL UNITS 18

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6

Schenectady_182

3833

County of Schenectady
**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**
130 Princetown Plaza, Schenectady, NY 12306
**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 12-15-21 |
| Address | 154 Sacandaga Rd. | Type | |
| Town | Scotia | Price Log # | |

Summary of Reports S17146 through S17148

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 54 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ☐ 1st Inspection | |
| Shelf Tag Violations | 0 | ☐ 2nd Inspection | |
| Status of Inspection | Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☑ Scanner Accuracy | 100% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☑ Yes ☐ No

REMARKS:

Acknowledged [signature] Inspector [signature]

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 17165

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Red bird Mints | 6189 | 3 | 3 | | | | ↓ | | |
| 2. Holiday Cookies | 2610 | 1 | 1 | | | | | | |
| 3. Holiday Pretzels | 9495 | 1 | 1 | | | | | | |
| 4. Choc McConnell | 6586 | 1 | 1 | | | | | | |
| 5. Strbrst Candy CNS | 7000 | 2.50 | 2.50 | | | | | | |
| 6. Oreo Candy Cns | 7001 | 2.25 | 2.25 | | | | | | |
| 7. Popcorn balls | 0660 | 1 | 1 | | | | | | |
| 8. Zoo Min bars | 6693 | 2 | 2 | | | | | | |
| 9. M&MS | 7273 | 3.25 | 3.25 | | | | | | |
| 10. Swt tarts | 0740 | 1 | 1 | | | | | | |
| 11. Reeses trees | 5161 | 3 | 3 | | | ✓ | | | |
| 12. Xmas Nougets | 0441 | 2 | 2 | | | | | | |
| 13. Zach thin Mints | 7704 | 1 | 1 | | | | | | |
| 14. Zoo Min bars | 6693 | 2 | 2 | | | | | | |
| 15. Cstw Cndy bnks | 0889 | 2 | 2 | | | | | | |
| 16. Here Comes Santa Cl. | 1074 | 1 | 1 | | | | | | |
| 17. Hs chocolate bomb | 9681 | 1 | 1 | | | | | | |
| 18. Pmint xs Noug | 0441 | 2 | 2 | | | | ↓ | | |
| | | | | | Total Number | | 18 | | |

TOTAL UNITS 18

Howard Kessler
Acknowledged by

Inspector

Page 1 of 3

S 17347

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Kinder Joy | 0041 | 5 | 5 | | | | | | |
| 2. Kinder | 0060 | 3 | 3 | | | | | | |
| 3. Coal | 3849 | 1 | 1 | | | | | | |
| 4. Qn anne cordials | 0012 | 1 | 1 | | | | | | |
| 5. Ghirardel SQRS | 1151 | 3.5 | 3.5 | | | | | | |
| 6. Kool aid candy | 3402 | 1 | 1 | | | | | | |
| 7. Hrshys bar | 0626 | 2.95 | 2.95 | | | | | | |
| 8. Trop Frt Roll | 5853 | 3 | 3 | | | | | | |
| 9. Andes Crem de Mnth | 2402 | 2 | 2 | | | | | | |
| 10. Hrshys MIN | 1210 | 3 | 3 | | | | | | |
| 11. Gld coins | 9271 | 1 | 1 | | | | | | |
| 12. Pb cups | 1319 | 3 | 3 | | | | | | |
| 13. Rolo | 8554 | 3 | 3 | | | | | | |
| 14. Holiday mix | 3892 | 5 | 5 | | | | | | |
| 15. Wht Fdg ckies | 4976 | 2 | 2 | | | | | | |
| 16. Holiday tags | 9972 | 1 | 1 | | | | | | |
| 17. Gft tags | 5910 | 1 | 1 | | | | | | |
| 18. Ferrero collection | 0306 | 625 | 625 | | | | | | |
| | | | | | Total | | 18 | | |
| | | | | | Number | | | | |

TOTAL UNITS 36

Howard Kessler
Acknowledged by

Inspector [signature]

Page 2 of 3

S 67368

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bkake Bel cakes | 3114 | 5 | 5 | | | | | | |
| 2. Pecan Swirls | 5217 | 1.5 | 1.5 | | | | | | |
| 3. Choco Juniors | 5057 | 3 | 3 | | | | | | |
| 4. Herrs Pretzles | 1103 | 5 | 5 | | | | | | |
| 5. 24 Bow Pack | 6016 | 1 | 1 | | | | | | |
| 6. 30 Premium Bows | 6009 | 3 | 3 | | | | | | |
| 7. Merci | 5570 | 5 | 5 | | | | | | |
| 8. Whitman Sampler | 2137 | 5 | 5 | | | | | | |
| 9. Pirouline | 8037 | 1 | 1 | | | | | | |
| 10. Pmint Ckies | 1928 | 2 | 2 | | | | | | |
| 11. Swirly Pop | 1439 | 1 | 1 | | | | | | |
| 12. Dial soap | 6182 | 3 | 3 | | | | | | |
| 13. Dorall Collection | 3049 | 6 | 6 | | | | | | |
| 14. Old spice | 8269 | 10 | 10 | | | | | | |
| 15. LA Colors | 1532 | 5 | 5 | | | | | | |
| 16. Mani leo | 3725 | 3 | 3 | | | | | | |
| 17. Renew & relax | 6714 | 10 | 10 | | | | | | |
| 18. Dorall Collection | 2363 | 6 | 6 | | | | | | |

TOTAL UNITS 59

Total 8

Number

Howard Kessler
Acknowledged by

Inspector

Page 3 of 3

Schenectady_186





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
# SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 4-9-21 |
| Address 1936 Van Vranken Ave | Type Dollar retailer / Grocery |
| Town Schenectady NY | Price Log # |

Summary of Reports 516738 through 516741

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 72 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 72 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | Pass. | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☑ Scanner Accuracy | 100% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:
Customer use. Scanner must be installed. please schedule installation

Kristina Schultz
Acknowledged

Inspector

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



S 16733

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Broc chs soup | 2770 | 1 | 1 | | | | | | |
| 2. Dry SP mix | 3622 | 1.5 | 1.5 | | | | | | |
| 3. BF Boulin | 6321 | 1.85 | 1.85 | | | | | | |
| 4. Raid aerosol | 4794 | 5.25 | 5.25 | | | | | | |
| 5. Hot Shot | 4185 | 3.75 | 3.75 | | | | | | |
| 6. Rid a bug | 2782 | 3.25 | 3.25 | | | | | | |
| 7. Ht Sht Fly wsp | 3107 | 3.75 | 3.75 | | | | | | |
| 8. Raid aerosol | 8685 | 5.50 | 5.50 | | | | | | |
| 9. Cast 10w 40 | 4609 | 4.95 | 4.95 | | | | | | |
| 10. Cast trans max | 4623 | 4.75 | 4.75 | | | | | | |
| 11. Valu mal life | 3248 | 5.50 | 5.50 | | | | | | |
| 12. Dy Auto | 2227 | 4 | 4 | | | | | | |
| 13. WD-40 Lub | 0241 | 4.25 | 4.25 | | | | | | |
| 14. Auto lub spry | 2626 | 2 | 2 | | | | | | |
| 15. STP oil trtmnt | 5953 | 4.75 | 4.75 | | | | | | |
| 16. Pk Strng Flood | 7905 | 2.85 | 2.85 | | | | | | |
| 17. Dot 3 Brk Fluid | 0431 | 2.5 | 2.5 | | | | | | |
| 18. Pk bl Mntn | 7943 | 2.85 | 2.85 | | | | | | |

TOTAL UNITS 36

Total 18

Number

Acknowledged by

Inspector

Page 2 of 4

S 16758

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. HRM Cnnd bf. | 9370 | 2 | 2 | | | | ↓ | | |
| 2. Horm Crnd bf | 7449. | 2.5 | 2.5 | | | | | | |
| 3. Libs Gray | 0200. | | 1.5. | | | | | | |
| 4. Van Cmps Bn Wny | 2454 | | 1 | | | | | | |
| 5. Brst Ham | 2005 | 2.95 | 2.95 | | | | | | |
| 6. Brst Hck Ham. | 4223 | 3 | 3 | | | | | | |
| 7. Unow Dov Hm | 0131 | 1.75 | 1.75 | | | | | | |
| 8. Armour treet. | 3237 | 1.65 | 1.65 | | | | | | |
| 9. Clo Vlly. 12 oz mt. | 8738 | 2 | 2 | | | | | | |
| 10. Clo Vlly Rst bf. | 2268. | 2.95 | 2.95 | | | | | | |
| 11. Cnd Chkn. | 7243 | 1.95 | 1.95 | | | | | | |
| 12. Kft easy Mac. | 2534. | 3.95 | 3.95 | | | | | | |
| 13. Devour bowl. | 0442 | 2.5 | 2.5. | | | | | | |
| 14. Hmb Hlpr. | 6284 | 1.5 | 1.5. | | | | | | |
| 15. Swd Salad | 9405 | 2.25 | 2.25. | | | | | | |
| 16. Stv top. | 5213. | 1.95 | 1.95. | | | | | | |
| 17. Cmplls Soup. 14.4 | 4705. | 1.5 | 1.5. | | | | | | |
| 18. Vpg beef sp. | 2010 | 1 | 1. | | | | ↓ | | |

TOTAL UNITS 18

Total 18

Number

Acknowledged by [signature]

Inspector [signature]

Page 1 of 4



S 16747

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fams Dg Food | 0193 | 14.95 | 14.95 | | | | | | |
| 2. Hanes ZX | 5157 | 10.5 | 10.5 | | | | | | |
| 3. Hns + Shorts | 2186 | 9.95 | 9.95 | | | | | | |
| 4. Hns briefs | 0912 | 8.95 | 8.95 | | | | | | |
| 5. Hns cool dri | 9514 | 9.95 | 9.95 | | | | | | |
| 6. Hns 6 crw Sks | 2829 | 6.5 | 6.5 | | | | | | |
| 7. ZT Shrts | 4137 | 5.95 | 5.95 | | | | | | |
| 8. Hns Wmn n Shw | 0894 | 7 | 7. | | | | | | |
| 9. Hns Hpstrs | 8200 | 5.95 | 5.95 | | | | | | |
| 10. RxAll Pwdr | 2583 | 3.5 | 3.5 | | | | | | |
| 11. odor eaters Pwdr | 4116 | 4.65 | 4.65 | | | | | | |
| 12. Dr Sholls spry | 2904 | 4.75 | 4.75 | | | | | | |
| 13. Lotrimin | 0233 | 6.95 | 6.95 | | | | | | |
| 14. Athletes Ft crm | 5027 | 3.5 | 3.5 | | | | | | |
| 15. Rexall Ath Foot | 3056 | 3.5 | 3.5 | | | | | | |
| 16. Biotin 900 | 4288 | 5 | 5. | | | | | | |
| 17. Calcium 1200 mg | 2120 | 4 | 4. | | | | | | |
| 18. Cal Mag | 2511 | 2 | 2 | | | | | | |

TOTAL UNITS 72

Total ______

Number ______

Acknowledged by [signature]

Inspector [signature]

Page 4 of 4

S 16740

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 356-7473
Weights & Measures 356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Arm All wps 30 ct | 4983 | 4.35 | 4.35 | | | | | | |
| 2. Stp wipes | 1033 | 3.25 | 3.25 | | | | | | |
| 3. Arm All Gls wipes | 5402 | 2.75 | 2.75 | | | | | | |
| 4. Arm All Protect | 5299 | 5.25 | 5.25 | | | | | | |
| 5. Arm All Orig. | 1600 | 5 | 5 | | | | | | |
| 6. Bl Mag Spr 1Ft | 0120 | 4 | 4 | | | | | | |
| 7. T Wze Carpt | 3442 | 5.35 | 5.35 | | | | | | |
| 8. Carn X Clear | 1388 | 5 | 5 | | | | | | |
| 9. Carn x wtr repel. | 8558 | 5.50 | 5.50 | | | | | | |
| 10. Glass Cleaner | 1668 | 3.95 | 3.95 | | | | | | |
| 11. ol Glry 12.75lb | 2979 | 5 | 5 | | | | | | |
| 12. Kbs n bts | 6710 | 9.95 | 9.95 | | | | | | |
| 13. Hrtwd 15lb | 3075 | 7 | 7 | | | | | | |
| 14. " " stk & Veg | 3600 | 8.5 | 8.5 | | | | | | |
| 15. Dg chw 13.5 | 6407 | 9.5 | 9.5 | | | | | | |
| 16. Purina | 4388 | 12.95 | 12.95 | | | | | | |
| 17. Pedigree | 5602 | 10.95 | 10.95 | | | | | | |
| 18. Natures Men | 3648 | 15 | 15 | | | | ↓ | | |
| | | | | Total | | | 18 | | |
| | | | | Number | | | | | |

TOTAL UNITS 54

Acknowledged by

Inspector

Page 3 of 4





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 12-8-21 |
| Address 1936 Van Vranken | Type General Merch / Groc |
| Town Sch'dy | Price Log # |

Summary of Reports ________ ______ through ________ x S 17094, S 17098, S 17099

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 53 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 2% | ❑ 1st Inspection | |
| Shelf Tag Violations | 0 | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 98% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ❑ No

REMARKS:

Kristina Schultz
Acknowledged

[signature]
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______________

Scanner Fine levied ______________

Letter / Fine Sent ______________

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

S 17084

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ravx Repel. | 1675. | 5.5 | 5.5 | | | | | | |
| 2. Rix Class. | 1168 | 4 | 4 | | | | | | |
| 3. Cavx Glss Clnr. | 9558 | 5.75 | 5.75 | | | | | | |
| 4. DG Auto Gls clnr. | 5407 | 2.75 | 2.75 | | | | | | |
| 5. Turt Wax. | 2442. | 4.75 | 4.75 | | | | | | |
| 6. STP. Son of Gun | 2545. | 2.95 | 2.95 | | | | | | |
| 7. AA Dis infect. | 4688. | 3.45 | 3.45 | | | | | | |
| 8. Pwr Str Flu. | 0054. | 4.50 | 4.50 | | | | | | |
| 9. blu Mnt Pwr Str. | 8082. | 5.75 | 5.75 | | | | | | |
| 10. Peak Flow. | 7929. | 5.95 | 5.95 | | | | | | |
| 11. Pk blk Flu. | 792 | 7.35 | 7.35 | | | | | | |
| 12. Ant mkrs. | 9464. | 2.50 | 2.50 | | | | | | |
| 13. Craftor Closet | 5006. | 2.25 | 2.25 | | | | | | |
| 14. Artist Pns. | 8959. | 3 | 3 | | | | | | |
| 15. Prem brsh tip | 5328. | 4.5 | 4.5. | | | | | | |
| 16. Crftrs Closet. | 4917. | 5.5 | 5.5 | | | | | | |
| 17. Metal mkrs. | 4955. | 5 | 5 | | | | | | |
| 18. Oven bake Clay | 5785 | 4.5 | 4.5 | | | | | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector

Page 1 of 3

S 17098

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Colgate | 7123 | 6.65 | 6.65 | | | | | | |
| 2. Colgate Chg Chst | 9107 | 3.75 | 3.75 | | | | | | |
| 3. " " Honey | | 7.45 | 7.45 | | | | | | |
| 4. Dint Moor Bf Stw | 5831 | 2.85 | 2.50 | | | | | X | |
| 5. DU Care | 3395 | 3.5 | 3.5 | | | | | | |
| 6. Dove Cln Comfort | 8718 | 5.25 | 5.25 | | | | | | |
| 7. Dve Frsh | 3809 | 3.5 | 3.5 | | | | | | |
| 8. Dve Care | 6725 | 5.25 | 5.25 | | | | | | |
| 9. Dove Care Cl mFt | | 6.5 | 6.5 | | | | | | |
| 10. Degree | 3703 | 5 | 5 | | | | | | |
| 11. Men Degree | 3887 | 5 | 5 | | | | | | |
| 12. LAX Sage | 2418 | 4.75 | 4.75 | | | | | | |
| 13. Toms Simply Nat | 2255 | 3.75 | 3.75 | | | | | | |
| 14. Hello Deod | 1278 | 6 | 6 | | | | | | |
| 15. Essent oil Secr | 0308 | 7.95 | 7.95 | | | | | | |
| 16. Twin Pack | 4545 | 6.5 | 6.5 | | | | | | |
| 17. Secret nectarine | 0731 | 5 | 5 | | | | | | |
| 18. A+H Max | 7249 | 2.25 | 2.25 | | | | | | |
| TOTAL UNITS 54. | | | | Total | | | 17 | 1 | |
| | | | | Number | | | | | |

KS
Acknowledged by

Inspector

Page ____ of ____

S 17098

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 3m Cmnd Strips | 4412 | 2 | 2 | | | | ✓ | | |
| 2. Hk n loop. | 1258 | 1.5 | 1.5 | | | | ✓ | | |
| 3. Cyber Shot. | 6954. | 5 | 5. | | | | ✓ | | |
| 4. Toy Story 4. | 2391. | 5 | 5. | | | | ✓ | | |
| 5. NerF toy | 5771. | 4.5 | 4.5 | | | | ✓ | | |
| 6. All bek & Fire | 9853 | 5 | 5. | | | | ✓ | | |
| 7. Zuru x Shot. | 1373 | 9 | 9. | | | | ✓ | | |
| 8. Mr Pot Chips. | 3054. | 2.5 | 2.5. | | | | ✓ | | |
| 9. Kiddy Dough | 5895. | 2 | 2 | | | | ✓ | | |
| 10. Pop Glus. | 3663 | 3 | 3. | | | | ✓ | | |
| 11. Swt Prncss | 7805. | 4 | 4. | | | | ✓ | | |
| 12. Trolls wrld tr. | 2824. | 4 | 4. | | | | ✓ | | |
| 13. Disney Doorables | 5378. | 7 | 7. | | | | ✓ | | |
| 14. Toppling timber. | 9055 | 5 | 5 | | | | ✓ | | |
| 15. Scotch tape. | 6483. | 3 | 3. | | | | ✓ | | |
| 16. Melatonin. | 5307. | 7 | 7. | | | | ✓ | | |
| 17. B-12. | 4731 | 8 | 8. | | | | ✓ | | |
| 18. Vit C 500. | 8812 | 7 | 7. | | | | ✓ | | |

TOTAL UNITS 36

Total 18

Number

Acknowledged by [signature]

Inspector [signature]

Page 2 of 3

Stewart's Shops

3828

County of Schenectady
**DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES**
130 Princetown Plaza, Schenectady, NY 12306
**SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT**

| | |
|---|---|
| Firm Dollar General | Date 12-10-21 |
| Address 1008 State St | Type |
| Town Sch'dy | Price Log # |

Summary of Reports ______ through ______

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | ____ |
| B. Total Under Prices | 0 | Units Passed | ____ |
| C. Total Correct | 54 | Units Failed | ____ |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ❑ 1st Inspection | |
| Shelf Tag Violations | 0 | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | ____ |
| ❑ Waiver Application | ____ | ❑ 1st Inspection | ____ |
| ☑ Scanner Accuracy | 100% | ❑ Other | ____ |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Steven Rood [signature]
Acknowledged

[signature]
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______________

Scanner Fine levied ______________

Letter / Fine Sent ______________

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rssl Stuf. | 0561. | 5 | 5 | | | | | | |
| 2. Turtles | 5675 | 3.85 | 3.85 | | | | | | |
| 3. Mellow Doles | 5127. | 1 | 1. | | | | | | |
| 4. Merci | 5570. | 5 | 5. | | | | | | |
| 5. Spiderman Art | 8267. | 20 | 20. | | | | | | |
| 6. G brand clues | 3509. | 2 | 2 | | | | | | |
| 7. Dec Ribbon | 0066 | 5 | 5 | | | | | | |
| 8. Dec Ribbon | 0011 | 2 | 2 | | | | | | |
| 9. Antle Pick | 0154. | 1 | 1. | | | | | | |
| 10. Rssl Stou | 0527. | 5 | 5. | | | | | | |
| 11. Coconut Haystcks | 0056. | 2 | 2. | | | | | | |
| 12. Light bulb lolly | | 1 | 1 | | | | | | |
| 13. Twr Heating | C2488. | 40 | 40 | | | | | | |
| 14. Assorted Meal | 7053 | 6.5 | 6.5. | | | | | | |
| 15. Everywar | 7013 | 14 | 14.- | | | | | | |
| 16. Tstmaster | 1007. | 10 | 10. | | | | | | |
| 17. Pamper | 7701 | 5 | 5. | | | | | | |
| 18. Duo Baby cre set | 0598. | 2 | 2. | | | | | | |

TOTAL UNITS 54

Total ______

Number ______

Acknowledged by

Inspector

Page 3 of 3

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Scratch [illegible] | 1185. | 1 | 1 | | | | | | |
| 2. Herrs Chs ball | 7697. | 5 | 5. | | | | | | |
| 3. M+M's | 2802. | 2 | 2 | | | | | | |
| 4. Herrs Sour Dough | 1103. | 5 | 5 | | | | | | |
| 5. Cndy Canes | 7007. | 1 | 1 | | | | | | |
| 6. Sweet tarts | 9112. | 2.5 | 2.5. | | | | | | |
| 7. Hawaii Pach. | 8007. | 2.25 | 2.25 | | | | | | |
| 8. Dn't bottle. | 8422. | 1 | 1. | | | | | | |
| 9. Dem cook tin | 3826 | 1.25 | 1.25. | | | | | | |
| 10. Reeses Candy | 8934 | 5 | 5 | | | | | | |
| 11. Mellow Snoas. | 0586. | 1 | 1. | | | | | | |
| 12. 20 ct Mini bars | 6933 | 2 | 2 | | | | | | |
| 13. Cella's | 0918. | 5 | 5. | | | | | | |
| 14. Cndy Canes. | 7069. | 1 | 1 | | | | | | |
| 15. Cocoa Cone. | 3015 | 2 | 2 | | | | | | |
| 16. PPmt Ptties. | 9339 | 2 | 2 | | | | | | |
| 17. PB Cups. | 1104. | 2 | 2. | | | | | | |
| 18. Hrshy med. | 8873 | 5 | 5 | | | | | | |

TOTAL UNITS 18

Total Number

Acknowledged by

Inspector

Page 1 of 3



County of Schenectady

# DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

## SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm | Date |
| Address | Type |
| Town | Price Log # |

Summary of Reports ______________ through __________

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | | Total Units | |
| B. Total Under Prices | | Units Passed | |
| C. Total Correct | | Units Failed | |
| D. Total Overpriced | | Type of Inspection | |
| % Overpriced (d ÷ a) | | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ❑ Scanner Accuracy | | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Acknowledged

Inspector

**LEVIED FINES**

| | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | 1500 |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102

Schenectady_200



S

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

Acknowledged by

Inspector

Page ______ of ______



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ______

Total ______

Number ______

Acknowledged by

Inspector

Page ______ of ______

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 12. [illegible] | | [illegible] | [illegible] | | | | | [illegible] | |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 14. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 17. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 18. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |

TOTAL UNITS [illegible]

Total Number

Acknowledged by

Inspector

Page [illegible] of [illegible]



S

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total ________

Number ________

Acknowledged by ________

Inspector ________

Page ____ of ____



S [illegible]

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 2. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 3. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 4. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 5. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 6. [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | | | |
| 7. [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |
| 8. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 9. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 10. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 11. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 12. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 13. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 14. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 15. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 16. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |
| 17. [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | |
| 18. [illegible] | [illegible] | [illegible] | [illegible] | | | | | [illegible] | |

TOTAL UNITS [illegible]

Total [illegible] [illegible] [illegible]

Number

[illegible]
Acknowledged by

Inspector

Page [illegible] of [illegible]

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

TOTAL UNITS ________

Total ________
Number ________

Acknowledged by ________

Inspector ________

Page ____ of ____

3878

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 6-8-22 |
| Address 1936 Van Vranken Ave. | Type |
| Town Schenectady | Price Log # |

Summary of Reports S17350 through S17355

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 4 | Units Passed | |
| C. Total Correct | 49 | Units Failed | |
| D. Total Overpriced | 55 | Type of Inspection | |
| % Overpriced (d ÷ a) | 50% | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | No Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 50% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ☒ No

REMARKS:

Acknowledged [signature]

Inspector [signature]

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | $2000 |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pretty woman nails | 06225 | 4.80 | 4.80 | | | | X | | |
| 2. Foot Lotions | 72156 | 5 | 5 | | | | X | | |
| 3. Stw safety 1 ct | 10270 | 1.95 | 1.95 | | | | X | | |
| 4. 14 colors eye shad | 34572 | 6 | 6 | | | | X | | |
| 5. Gilliat claw 2 PK | 22077 | 8.35 | 8 | | | | | X | |
| 6. Old spice 2 PK | 23358 | 10 | 10 | | | | X | | |
| 7. Click 4 Rzr syst | 39925 | 6.25 | 6.00 | | | | | X | |
| 8. Fire Skin crm | 29747 | 4.25 | 4.25 | | | | X | | |
| 9. [illegible] Lotion | 29609 | 5 | 5 | | | | X | | |
| 10. Drk tnning oil | 36847 | 5.50 | 5 | | | | | X | |
| 11. Electrolyte solution | 20013 | 3.95 | 3.75 | | | | | X | |
| 12. Bwl aw Skn Flx | 83494 | 4.10 | 3.75 | | | | | X | |
| 13. Citrus Suns b/y sch | 39451 | 3 | 3 | | | | X | | |
| 14. Dial 32 oz sp. | 92157 | 4 | 3.75 | | | | | X | |
| 15. Detangle set. | 53445 | 7 | 6 | | | | | X | |
| 16. Bth tis xtr strng | 01182 | 9.25 | 9.25 | | | | X | | |
| 17. Ceram curl wand. | 87165 | 14 | 13.95 | | | | | X | |
| 18. Loreal Color crm | 21628 | 9 | 9 | | | | X | | |

TOTAL UNITS 18

Total: Cor. 10, Over 8

Number

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6

Schenectady_208



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. DJ [illegible] Depew | 05579 | 6.25 | 6 | | | | | X | |
| 2. Organ [illegible] | 01292 | 6.95 | 6.25 | | | | | X | |
| 3. Kotex liners | 24848 | 3.45 | 3.45 | | | | X | | |
| 4. Girls socks | 61068 | 5 | 4.5 | | | | | X | |
| 5. Tinactin | 10059 | 6 | 6 | | | | X | | |
| 6. [illegible] | 03899 | 7.55 | 6 | | | | | X | |
| 7. 1 size Brw [illegible] | 06327 | 8.50 | 8.5 | | | | X | | |
| 8. [illegible] Gummy | 96002 | 10.25 | 10. | | | | | X | |
| 9. Cheetos curls | 29453 | 2.15 | 1.75 | | | | | X | |
| 10. Gatorade Drink | 28677 | 1.80 | 1.65 | | | | | X | |
| 11. Blu Moon 6PK | 95116 | 10.35 | 10.35 | | | | X | | |
| 12. Tostitos Queso | 15732 | 4.75 | 4.25 | | | | | X | |
| 13. Lays Dip Pouch | 70959 | 4.75 | 4.25 | | | | | X | |
| 14. 2 Gallon Milk | 02202 | 4.05 | 3.40 | | | | | X | |
| 15. OJ 64 oz | 04805 | 2.95 | 2.65 | | | | | X | |
| 16. Town delight | 09552 | 3.50 | 3.50 | | | | X | | |
| 17. CU Chg Chs | 09775 | 2.40 | 2.15 | | | | | X | |
| 18. Eckrich SSG. | 00507 | 4.25 | 4 | | | | | X | |
| Total | | | | | | | 5 | 13 | |
| Number | | | | | | | | | |

TOTAL UNITS 36

Acknowledged by [signature]

Inspector [signature]

Page 2 of 6



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Smithfield bacon | 41480 | 6.25 | 4.50 | | | | | X | |
| 2. Oscar Meyer turkey | 01957 | 4.95 | 3.45 | | | | | X | |
| 3. eggo waffles | 40457. | 3 | 2.75 | | | | | X | |
| 4. Totinos pza rolls | 09156 | 5 | 4.5 | | | | | X | |
| 5. Bush mega balls | 26100 | 3.50 | 3.25 | | | | | X | |
| 6. 16 oz Grnd beef | | 4.95 | 4.50 | 4.50 | | | X | | |
| 7. Welchs Jelly. | 01502 | 2.75 | 2.15 | | | | | | |
| 8. Almond butter | 23210 | 4.25 | 4 | | | | | X | |
| 9. CV Steak SC | 02058 | 2.65 | 2.50 | | | | | | |
| 10. CW Grhm Ckr Crust | 64206 | 2 | 1.75 | | | | | X | |
| 11. GW Grhm treats | 67590 | 3.50 | 3.25 | | | | | X | |
| 12. Grn Mntn Cfee Pods | 89998 | 9 | 8.5 | | | | | X | |
| 13. Ws Sny 24oz Syrup. | 03129. | 2.65 | 2.65 | | | | X | | |
| 14. Apple Jacks | 98496 | 3.50 | 3.25 | | | | X | | |
| 15. Dwnad Grape. | 079401 | 1.00 | .95 | | | | | X | |
| 16. Bm Chick Pop | 11938 | 3.25 | 3.25 | | | | X | | |
| 17. Prtzle Crisps | 06008 | 2.85 | 2.75 | | | | | X | |
| 18. Chi Chi Slsa | | 3.25 | 3.25 | | | | X | | |
| Total | | | | | | | 5 | 13 | |
| Number | | | | | | | | | |

TOTAL UNITS 54

Acknowledged by [signature]

Inspector [signature]

Page 3 of 6

Schenectady_210



S 1/3

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tostido Scoops | 64088 | 4.60 | 3.90 | | | | | X | |
| 2. 3 Drt USb Chy | 86233 | 10 | 10 | | | | X | | |
| 3. Rayovac mercuris | 23425 | 10 | 10 | | | | X | | |
| 4. Ball Pck buns | 39420 | 3 | 2.65 | | | | | X | |
| 5. Wals Gummy clost | 60688 | 2.85 | 2.85 | | | | X | | |
| 6. Lfe Suts orung | 03291 | 2.25 | 2.25 | | | | X | | |
| 7. Sexton Frms Mxd Nts | 53793 | 3 | 3 | | | | | | |
| 8. Skinny Pop Colos | 004247 | 3 | 3 | | | | | | |
| 9. Motts Apple Sc | 000825 | 2.65 | 2.35 | | | | | X | |
| 10. C Mnd oranges | 410493 | 2 | 2 | | | | X | | |
| 11. Snack Pack Super | 19830 | 2.95 | 2.85 | | | | | | |
| 12. Armour Ptd Meat | 03788 | 3.85 | 3.25 | | | | | | |
| 13. ~~Armor trt~~ Starkist Orig tuna | | 1.35 | 1.25 | 1.15 | | X | | | |
| 14. Armor trt orig | 13257 | 2 | 1.75 | | | | | X | |
| 15. Hormel trky Chili | 07433 | 2.25 | 2.05 | | | | | | |
| 16. 14.3oz Oreo | 32029 | 3.75 | 3.50 | | | | | X | |
| 17. Sun / sdw 2 pk | 64456 | 3.45 | 3.25 | | | | | X | |
| 18. Popeye IF Spin | 65106 | 1.45 | 1.15 | | | | | X | |

TOTAL UNITS 72

Total 1 5 7

Number

Acknowledged by [signature]

Inspector [signature]

Page 4 of 4

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. CU Spaghetti | 01461 | 1.95 | 1.95 | | | | X | | |
| 2. Old el paso taco ki | 87324 | 2.85 | 2.85 | | | | X | | |
| 3. Classico Alfredo | 77634 | 2.30 | 2.30 | | | | X | | |
| 4. Klondike 6 Bar Pck | 01105 | 4.25 | 3.85 | | | | | X | |
| 5. GC Cut board | 42364 | 7 | 5 | | | | | X | |
| 6. Silicone mat | 70758 | 4 | 4 | | | | X | | |
| 7. GC Splatt Screen | 42319 | 7 | 6 | | | | | X | |
| 8. Shoe org Pocket | 64987 | 7 | 6.50 | | | | | X | |
| 9. Gar bra bag | 96037 | 2.25 | 2.75 | | | X | | | |
| 10. Fabuloso | 31155 | 1 | 1 | | | | X | | |
| 11. Rnd table cvr. | 01477 | 1.50 | 1.50 | | | | X | | |
| 12. Pty candle | | 1.50 | 2 | | | X | | | |
| 13. Pty surprise balls | 55693 | 3 | 3 | | | | X | | |
| 14. Mundo Hw bowl | 783403 | 4 | 4 | | | | X | | |
| 15. Bkd w lv Ck: spat | 68007 | 5 | 4 | | | | | X | |
| 16. Donut Cutter | 64448 | 5 | 3 | | | | | X | |
| 17. Unicorn pan | 7442 | 6 | 5 | | | | | X | |
| 18. Hands Free Screen Pr | 93174 | 8.5 | 8 | | | | | X | |
| | | | | | Total | 2 | 8 | 8 | |
| | | | | | Number | | | | |

TOTAL UNITS 90

Acknowledged by [signature]

Inspector [signature]

Page 5 of 6



County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

# SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 7-13-23 |
| Address | 1008 State St | Type | Variety Multiple |
| Town | Schenectady NY | Price Log # | |

Summary of Reports S18170 through S18172

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 4 | Units Passed | |
| C. Total Correct | 50 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 100% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

100% Fantastic, Big turnaround here, Thank you

Acknowledged [signature]

Inspector [signature]

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Blue Diam Alms | 9186 | 2.95 | 2.95 | | | | ✓ | | |
| 2. Ritz Crkrs 20 oz | 8241 | 4.65 | 4.85 | | | X | | | |
| 3. Ritz btr crkrs | 1509 | 3.85 | 3.85 | | | | X | | |
| 4. GW Fish crkrs | 5478 | 2.50 | 2.75 | | | X | | | |
| 5. Fun size Chz Os | 0702 | 5.70 | 5.70 | | | | | | |
| 6. 10 oz tapatio SC | 2002 | 3.65 | 3.65 | | | | | | |
| 7. Menudo. | 2005. | 5.50 | 5.50 | | | | | | |
| 8. Gya Soup | 0671 | 2 | 2 | | | | | | |
| 9. Cu vally bns | 6274 | 1.35 | 1.35 | | | | | | |
| 10. Good n Smrt Crn | 4491. | 0.67 | .85 | | | X | | | |
| 11. Lawrys SSN Salt | 0529. | 3.25 | 3.25 | | | | | | |
| 12. Progresso soup. | 0886. | 2.50 | 2.50 | | | | | | |
| 13. Jello chscake | 7108 | 3 | 3 | | | | | | |
| 14. Pm Ckng Spry | 0217. | 4 | 4 | | | | | | |
| 15. Velveeta Shells Nchs | 1533 | 6 | 6 | | | | | | |
| 16. Dnty Moore bf | 0607. | 2.65 | 2.65 | | | | | | |
| 17. Armour treat | 3237. | 2.25 | 2.25 | | | | | | |
| 18. Arm Crn bf Hsh | 9370 | 2.50 | 2.50 | | | | | | |

TOTAL UNITS 18

Total Number 3

Acknowledged by

Inspector

Page 1 of 3





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. True living | 5343 | 695 | 695 | | | | | | |
| 2. Chinet ppr plate | 2262 | 730 | 730 | | | | | | |
| 3. Hefty plstc cups | 0812 | 495 | 495 | | | | | | |
| 4. Brawny ppr twls | 7020 | 5 | 5 | | | | | | |
| 5. Glad 13 Gallon | 3680 | 5.95 | 5.95 | | | | | | |
| 6. Hefty 13 Gallon bags | 5458 | 5.95 | 5.95 | | | | | | |
| 7. Ziploc Frzr bags | 3892 | 5 | 5 | | | | | | |
| 8. Hefty 39 Gallon | 3110 | 5.95 | 5.95 | | | | | | |
| 9. Good cook | 1640 | 450 | 450 | | | | | | |
| 10. Good Cook Knife | 1701 | 6 | 6 | | | | | | |
| 11. Rubbermaid cntr | 1828 | 650 | 650 | | | | | | |
| 12. Shea Moisture | 1530 | 11 | 11 | | | | | | |
| 13. Cantu Shea | 0176 | 650 | 650 | | | | | | |
| 14. Herb essense | 5366 | 730 | 730 | | | | | | |
| 15. Liq Hnd soap | 9425 | 2025 | 2025 | | | | | | |
| 16. Scent Hpy bdybth | 9437 | 335 | 335 | | | | | | |
| 17. Dial mns bdywsh | 9644 | 495 | 495 | | | | | | |
| 18. Nuby teether Banana | 7820 | 6 | 6 | | | | | | |

TOTAL UNITS 36

Total ______
Number ______

Acknowledged by ______

Inspector ______

Page 2 of 3



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Boogie wipes | 1731. | 2.85 | 2.85 | | | | | | |
| 2. Pedialyte. | 3161. | 5.50 | 5.50 | | | | | | |
| 3. Studio bristol brsh | 5953 | 1.75 | 1.75 | | | | | | |
| 4. Galaxy Nails | 9214 | 6 | 6 | | | | | | |
| 5. Bic soleil razor | 7845 | 7 | 7 | | | | | | |
| 6. Harrys Anti peos | 2783 | 5.50 | 5.50 | | | | | | |
| 7. Ol Spc Vista Vrd | 8054. | 6.25 | 6.25 | | | | | | |
| 8. Hello Deodorant | 1278 | 7.50 | 7.50 | | | | | | |
| 9. Sport | 7935 | 6.25 | 6.25 | | | | | | |
| 10. Utz Cho Dips | 0020 | 2.50 | 2.50 | | | | | | |
| 11. Mich Ultra | 9918 | 13.70 | 13.70 | | | | | | |
| 12. Tostitos Salsa | 5987. | 3.80 | 3.80 | | | | | | |
| 13. CV Vally | 0061. | 3.50 | 3.50 | | | | | | |
| 14. BradFord ssgstcks | 9941 | 4.50 | 4.75 | | | X | | | |
| 15. Marie Calenders | 8701. | 3.75 | 3.75 | | | | | | |
| 16. JF Xtra crunchy | 1639. | 4.95 | 4.95 | | | | | | |
| 17. CV Mayo | 2987. | 3.25 | 3.25 | | | | | | |
| 18. Oreo bars. | 6569. | 4.95 | 4.95 | | | | | | |
| | | | | | Total | 1 | 17 | | |
| | | | | | Number | | | | |

TOTAL UNITS 54

Acknowledged by ____________

Inspector ____________

Page 3 of 3



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rand Ant-J Rds | 64798 | 4.75 | 4.75 | | | | X | | |
| 2. Rand Arroso | 513671 | 5.75 | 5.75 | | | | X | | |
| 3. Rand mubi wspot | 38685 | 6 | 6 | | | | X | | |
| 4. Air wick 3pk | 29491 | 7.75 | 7.65 | | | | | X | |
| 5. 10 Pc tool set (kws) | 40182 | 3 | 3 | | | | X | | |
| 6. Dolk poly env. | 47436 | 2.50 | 2.50 | | | | X | | |
| 7. Pnt by numbers | 70066 | 4.25 | 4 | | | | | X | |
| 8. Legs Hosiery | 61245 | 1.50 | 1.50 | | | | X | | |
| 9. Lds nylon briefs | 74434 | 7.25 | 7.25 | | | | X | | |
| 10. 2 T 3 T unwear | 76015 | 7.25 | 7.25 | | | | X | | |
| 11. Kys Heat 05 Fm | 75320 | 10 | 8 | | | | | X | |
| 12. Mns Polo tee | 50643 | 5.95 | 5.50 | | | | | X | |
| 13. Mns Jans | 60016 | 12.50 | 12.50 | | | | X | | |
| 14. Leather Palm Gloves | 24164 | 7 | 6 | | | | | X | |
| 15. Brwn Jrsy Glvs | | 2 | 2.75 | | | | | X | |
| 16. Sfty Pins | 70042 | 1 | 2.75 | | | X | | | |
| 17. Up & elderberry Gum | 10026 | 9 | 8.50 | | | | | X | |
| 18. energize 10h batts | 6614 | 5.95 | 4.75 | | | | | X | |

TOTAL UNITS 108

Total: Under 1 | Cor. 9 | Over 8

Number

Acknowledged by [signature]

Inspector [signature]

Page 6 of 6

4080

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 9-5-23 |
| Address | 1936 Van Vranken | Type | Variety Multiple |
| Town | Schenectady | Price Log # | |

Summary of Reports S 18237 through S 18238

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 53 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 2% | ☐ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☐ Scanner Accuracy | | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☒ Yes ☐ No

REMARKS:

Acknowledged [signature]

Inspector [signature]

| LEVIED FINES | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



S [illegible]

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pringles chips | 1234 | | | | | | | | |
| 2. Hts Donuts | 9219 | 250 | 250 | | | | | | |
| 3. Tostitos Slsa | 5900 | 380 | 380 | | | | | | |
| 4. Sun Chips | 2242 | 4 | 4 | | | | | | |
| 5. Cu vlly 2% milk | 9652 | 2.60 | 260 | | | | | | |
| 6. Cu Frnch van | 9965 | 345 | 345 | | | | | | |
| 7. Buff Mnchs | 6117 | 325 | 325 | | | | | | |
| 8. Klondik bar | 1105 | 450 | 450 | | | | | | |
| 9. ol spc stk [illegible] | 5770 | 625 | 625 | | | | | | |
| 10. Studio selection 30 | 5281 | 5 | 5 | | | | | | |
| 11. ol spce bd spry | 9844 | 7 | 7 | | | | | | |
| 12. Spce Shavr Frsh | 4357 | 7.75 | 7.75 | | | | | | |
| 13. Maybelline | 2308 | 5.85 | 525 | | | | | | |
| 14. Studio selct sprts | 6885 | 5.25 | 5.25 | | | | | | |
| 15. Poise Pads | 5934 | 1565 | 15.65 | | | | | | |
| 16. Always | 7362 | 1495 | 1495 | | | | | | |
| 17. Chapstck | 5408 | 395 | 395 | | | | | | |
| 18. Believe Nail Stckr | 7080 | 5.35 | 5.35 | | | | | | |

TOTAL UNITS ______________

Total ______
Number ______

Acknowledged by ______________ Inspector ______________

Page ________ of ________





County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sh br Xtra Strength | 3921 | 345 | 345 | | | | | | |
| 2. Energizer | 1431 | 5 | 5 | | | | | | |
| 3. Razors kng size | 9074 | 2.25 | 2.25 | | | | | | |
| 4. Claritin Junior | 3672 | 17 | 17 | | | | | | |
| 5. benadryl Allergy | 0215 | 6.50 | 6.50 | | | | | | |
| 6. Mentholatum | 1197 | 5 | 5 | | | | | | |
| 7. Alrur | 3475 | 5.50 | 5.50 | | | | | | |
| 8. Apple Cider Vinegr | 8201 | 6 | 6 | | | | | | |
| 9. Dvinty CS Fnsh | 9152 | 6.45 | 6.45 | | | | | | |
| 10. Tru liv Dry Sheets | 9894 | 325 | 3.25 | | | | | | |
| 11. Cascad Plat pcks | 1657 | 5.15 | 5.15 | | | | | | |
| 12. Hfty Cln brst bg. | 5578 | 850 | 8.50 | | | | | | |
| 13. Crptcolr elim | 3218. | 2.25 | 2.25 | | | | | | |
| 14. Clr remover | 4196 | 350 | 350 | | | | | | |
| 15. All purp Clnr | 5579. | 2.75 | 2.75 | | | | | | |
| 16. Microbn Scn spry | 7746 | 6 | 6 | | | | | | |
| 17. Tdy cats ltr. | 3410 | 12.95 | 12.95 | | | | | | |
| 18. milk bn chcks | 0182 | 4.65 | 4.65 | | | | | | |

TOTAL UNITS ____________

Total ____

Number ____

Acknowledged by [signature]

Inspector [signature]

Page ______ of ______



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Kibbles n bits | 6374 | 13.50 | 13.50 | | | | | | |
| 2. Purina beneful | 4434 | 16.25 | 16.25 | | | | | | |
| 3. Rub Maid the cassn | 9782 | 4.50 | 4.50 | | | | | | |
| 4. Good Cook Peeler. | 1749. | 3.50 | 3.50 | | | | | | |
| 5. Cu Chees Parm | 0023 | 3.65 | 3.65 | | | | | | |
| 6. Bagu classic | 3694. | 2.65 | 2.65 | | | | | | |
| 7. Barilla Pasta | 7388. | 1.50 | 1.50 | | | | | | |
| 8. Cmpls crm mshrm | 0075. | 1.95 | 1.95 | | | | | | |
| 9. Motts White Grape Jc | 2300 | 3.95 | 3.65 | | | | | X | |
| 10. oreo cookies. | 0114. | 3.75 | 3.75 | | | | | | |
| 11. Starkist tuna | 4882 | 1.50 | 1.50 | | | | | | |
| 12. Bristol cond Hm | 2005 | 3.95 | 4.20 | | | X | | | |
| 13. Miracle Whip. | 1622 | 5.25 | 5.25 | | | | | | |
| 14. Life Saver Gummies | 3425 | 2.75 | 2.75 | | | | | | |
| 15. Caramel crm.s | 2623 | 2.25 | 2.25 | | | | | | |
| 16. Moores Wing sc | | 2.25 | 2.25. | | | | | | |
| 17. Cinn ts crunch spm | 1684. | 3.95 | 3.95. | | | | | | |
| 18. Godiva Asst Choc | 9509 | 5 | 5 | | | | | | |

TOTAL UNITS ______ Total ______ Number ______

Acknowledged by [signature]

Inspector [signature]

Page ______ of ______

Schenectady_221



4028

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 5-11-23 |
| Address | 1936 Van Vranken | Type | Variety/Multiple |
| Town | | Price Log # | |

Summary of Reports S18015 through S18017

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 0 | Units Passed | |
| C. Total Correct | 54 | Units Failed | |
| D. Total Overpriced | 0 | Type of Inspection | |
| % Overpriced (d ÷ a) | 0 | ❑ 1st Inspection | |
| Shelf Tag Violations | 1 | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☒ Scanner Accuracy | 100% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ☒ No

REMARKS:
100% Scanner Accuracy. Outstanding. Huge Improvement at this store, Thank you

[signature] Acknowledged

[signature] Inspector

**LEVIED FINES**

| | |
|---|---|
| Item Pricing Fine Levied | |
| Scanner Fine levied | N/A |
| Letter / Fine Sent | |

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

SEE BUSINESS FORMS B-102



S 18P.1L

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 5 hr energy | 6007 | 245 | 245 | | | | | | |
| 2. Chz it Sticks | 7190 | 150 | 150 | | | | | | |
| 3. Fire C Pick ssg | 2001 | 2 | 2 | | | | | | |
| 4. Energizer Max | 9767 | 9.35 | 9.35 | | | | | | |
| 5. energ AA 4pk | 1329 | 5.10 | 5.10 | | | | | | |
| 6. Neutra fac clnsr | 4238 | 6.50 | 6.50 | | | | | | |
| 7. Icy Hot | 1035 | 6.55 | 6.55 | | | | | | |
| 8. Duco kids chews | 5904 | 6.60 | 6.60 | | | | | | |
| 9. Mucinex mlti sym | 0649 | 11 | 11 | | | | | | |
| 10. Rexall Wrt stops | 1864 | 5 | 5 | | | | | | |
| 11. LA Looks Gel | 2370 | 3 | 3 | | | | | | |
| 12. Hd Shlrs Smooo | 4306 | 6.50 | 6.50 | | | | | | |
| 13. Creme Nature Shine | 1991 | 5.50 | 5.50 | | | | | | |
| 14. Tru liv bth tis | 1182 | 10.50 | 10.50 | | | | | | |
| 15. Gain flings | 4815 | 9.95 | 9.95 | | | | | | |
| 16. Ziplock Strgbgs | 1469 | 3.95 | 3.95 | | | | | | |
| 17. SO SAF Rbyn wrp | 3562 | 4 | 4 | | | | | | |
| 18. Dix ppr plate | 3354 | 7.50 | 7.50 | | | | | | |

TOTAL UNITS 18

Total Number: 18 (Cor.)

Acknowledged by [signature]

Inspector [signature]

Page 1 of 3

Schenectady_223



S 1801 k

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. K.D. 22 oz mango | 6791 | 4.50 | 4.50 | | | | | | |
| 2. 14 oz mustard oil | 0251 | 2.20 | 2.20 | | | | | | |
| 3. Rst pnc Gruy Pckt | 9945 | 1.25 | 1.25 | | | | | | |
| 4. Vlassic Dill Chips | 1602 | 2.20 | 2.20 | | | | | | |
| 5. Whole pepperoni | 5253 | 2.25 | 2.25 | | | | | | |
| 6. Rice Krisp trts | 6038 | 5.45 | 5.45 | | | | | | |
| 7. Flgrs Coffee | 4014 | 5.50 | 5.50 | | | | | | |
| 8. 12 oz chex | 3884 | 3.65 | 3.65 | | | | | | |
| 9. Cheerios XL | 0032 | 5 | 5 | | | | | | |
| 10. Hnycomb Post cereal | 1715 | 3.65 | 3.65 | | | | | | |
| 11. Cu snck chs | 0107 | 4 | 4 | | | | | | |
| 12. GldFsh crkrs | 9401 | 4.50 | 4.50 | | | | | | |
| 13. Jck links bf | 1138 | 3.95 | 3.95 | | | | | | |
| 14. 10 oz trail mix | 1836 | 3.25 | 3.25 | | | | | | |
| 15. Pringles Chi chs | 8577 | 2.25 | 2.25 | | | | | | |
| 16. Lays rnch Dip | 0959 | 4.95 | 4.95 | | | | | | |
| 17. Fairlife milk | 2771 | 4.25 | 4.25 | | | | | | |
| 18. Tzt delight icew | 8271 | 4.85 | 4.85 | | | | | | |

TOTAL UNITS 36

Total

Number

Acknowledged by

Inspector

Page 2 of 3

Schenectady_224



S 1803

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Reeses Colloders | 8423 | 3 | 3 | | | | | | |
| 2. Cu Chees bar | 2300 | 3 | 3 | | | | | | |
| 3. ssg bulong brks | 3536 | 1.65 | 1.65 | | | | | | |
| 4. Armour Um pouch | 1450 | 4.50 | 4.50 | | | | | | |
| 5. Arm smk ssg | 0504 | 1.35 | 1.35 | | | | | | |
| 6. Gortons Fish Fle | 3508. | 7.95 | 7.95 | | | | | | |
| 7. Chx crispy | 2317. | 9.95 | 9.95 | | | | | | |
| 8. Red baron stf crust | 1707. | 9.75 | 9.75 | | | | | | |
| 9. Totinos Pzza Rolls | 9521 | 5.75 | 5.75 | | | | | | |
| 10. Pagoda egg rolls | 7747. | 7.50 | 7.50 | | | | | | |
| 11. Chkss Fam Fries | 5818. | 6.25 | 6.25 | | | | | | |
| 12. Bn Ow ssg. | 7448 | 2.50 | 2.50 | | | | | | |
| 13. Oreo bar | 6564. | 4.95 | 4.95 | | | | | | |
| 14. Flgrs Fr Roast | 4298. | 5.50 | 5.50 | | | | | | |
| 15. Cmbls Cnds soup | 2616. | 1.50 | 1.50 | | | | | | |
| 16. Velveeta Shells | 6431. | 4 | 4 | | | | | | |
| 17. Cu Figbars | 0210. | 3.50 | 3.50 | | | | | | |
| 18. TL vanilla crml | 0443 | 6 | 6 | | | | | | |

TOTAL UNITS 54.

Total 18

Number

Acknowledged by [signature]

Inspector [signature]

Page 3 of 3

Schenectady_225

3999

County of Schenectady

DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES

130 Princetown Plaza, Schenectady, NY 12306

SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | |
|---|---|
| Firm Dollar General | Date 2-9-23 |
| Address 1436 Van Vranken | Type Multiple/Variety |
| Town Schenectady | Price Log # |

Summary of Reports S17879 through ~~S17883~~ S17884

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 108 | Total Units | |
| B. Total Under Prices | 3 | Units Passed | |
| C. Total Correct | 93 | Units Failed | |
| D. Total Overpriced | 12 | Type of Inspection | |
| % Overpriced (d ÷ a) | 10% | ☐ 1st Inspection | |
| Shelf Tag Violations | 1 | ☐ 2nd Inspection | |
| Status of Inspection | NO Pass | ☐ Complaint | |
| ☐ Waiver Application | | ☐ 1st Inspection | |
| ☒ Scanner Accuracy | 90% | ☐ Other | |
| ☐ Item Pricing | | | |

Violations were Corrected During Inspection ☐ Yes ☒ No

REMARKS:

Acknowledged [signature]

Inspector [signature]

**LEVIED FINES**

Item Pricing Fine Levied

Scanner Fine levied 1500-

Letter / Fine Sent

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



S 17879

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wiggles DJ'S | 14130 | 5 | 5 | | | | X | | |
| 2. Ziploc sandwich bags | 135 224 294 oz | 6 95 | 6 | | | | | X | |
| 3. True live Dbl Zipper | 00999105 | 5 | 4.40 [illegible] | | | | | X | |
| 4. True living 8x clear | 29201001 | 6.25 | 6.45 | | | | | X | |
| 5. True live fab fresh | 29641 | 2 50 | 2.50 | | | | | | |
| 6. Xtra 97.7 oz | 07020 | 6 | 6 | | | | | | |
| 7. TL Clo bleach | 60033 | 6 75 | 6.75 | | | | | | |
| 8. Gain Dryer Sheets | 54284 | 7.50 | 7.50 | | | | | | |
| 9. DG Baby Powdr | 12570 | 4 50 | 4.50 | | | | | | |
| 10. Rexall calcium | 00623401 | 5.75 | 5 | | | | | X | |
| 11. Quest protein chips | 006632 | 3.15 | 3.15 | | | | | | |
| 12. ArtiFrsh Air Mst | 361040 | 10.50 | 10.50 | | | | | | |
| 13. ZZZ Dual 2pk. | 24434 | 13 50 | 13.50 | | | | | | |
| 14. Astepro Allerg spry | 89958 | 6.25 | 6.25 | | | | | | |
| 15. Icy Hot Max lido | 171530 | 6.50 | 6.50 | | | | | | |
| 16. Huggies lil movers | 96802 | 11 | 11 | | | | | | |
| 17. Luvs Diapers | 59239 | 8 | 8 | | | | | | |
| 18. NASAL ASPir | 63176 | 2 75 | 2.75 | | | | | | |

TOTAL UNITS 18

Total: Cor. 14, Over 4

Number

Acknowledged by [signature]

Inspector [signature]

Page 1 of 6

S 17880

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hns Apstrs | 816079 | 9 | 9 | | | | │ | | |
| 2. Active leggings | 365094 | 10 | 10 | | | | │ | | |
| 3. Fresh Step cat litter | 20495 | 12.75 | 12.75 | | | | │ | | |
| 4. 75 cnt puppy pads | 105934 | 20 | 20 | | | | │ | | |
| 5. Moist N Meat Dg Fd | 23741201 | 4.95 | 4.75 | | | | | X | |
| 6. Mega temptations | 24418501 | 4.25 | 4 | | | | | X | |
| 7. One Wt Dg Fd | 25994 | 2 | 2 | | | | │ | | |
| 8. 78 ct Cutlery | 393960 | 3.15 | 3.15 | | | | │ | | |
| 9. GE 40 wt bulb | 22666501 | 1.80 | 3.00 | 1.80 | | X | | | |
| 10. Office Hub mrkrs | 273064 | 3 | 3 | | | | │ | | |
| 11. Raw X cline | 301668 | 5 | 5 | | | | │ | | |
| 12. Craft Closet Paint | 066928 | 8.50 | 8.50 | | | | │ | | |
| 13. Blue mist antifreeze | 073263 | 15.95 | 17.50 | | | X | | | |
| 14. Valvoline High mile | 001695 | 6.95 | 6.95 | | | | X | | |
| 15. Stem insct kllr | 32783 | 7 | 7 | | | | │ | | |
| 16. Reeses easter candy | 482092 | 3.25 | 3.25 | | | | │ | | |
| 17. 5 Hr energy | 500016 | 3.35 | 3.35 | | | | │ | | |
| 18. Flex Hose | 893101 | 25 | 25 | | | | │ | | |
| | | | | | Total Number | 2 | 14 | 2 | |

TOTAL UNITS 36

Acknowledged by [signature]

Inspector [signature]

Page 2 of 6

Schenectady_228

S 17881

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Mini Gard Hmmrk | 900286 | 1 | 1 | | | | | | |
| 2. Wolf brnd Plsr | 662653 | 14 | 14 | | | | | | |
| 3. Tru living Tea light | 182014 | 2 | 2 | | | | | | |
| 4. GC Cutting board | 542500 | 8 | 8 | | | | | | |
| 5. Jiffy Foil Pans | 20022 | 3 | 3 | | | | | | |
| 6. Ragu Alfredo | 013694 | 2.65 | 265 | | | | | | |
| 7. Red enchilada SC | 860114 | 2.25 | 2.25 | | | | | | |
| 8. CV Chk broth | 900006 | 195 | 195 | | | | | | |
| 9. CV PineApple Juice | 300084 | 3 25 | 3 25 | | | | | | |
| 10. Knorr psta Sides | 022869 | 1.35 | 1.35 | | | | | | |
| 11. CV Van Wafers | 71963 | 3.10 | 3.10 | | | | | | |
| 12. Chnky Chips Ahoy | 00914301 | 3.95 | 3.65 | | | | | X | |
| 13. CV Premium Shlls | 884045 | 4.50 | 4.50 | | | | | | |
| 14. Hormel cmplts | 085298 | 2.65 | 2.65 | | | | | | |
| 15. Spagetti O'S | 232830 | 1.50 | 1.50 | | | | | | |
| 16. Armour bf Stew | 338518 | 3 | 3 | | | | | | |
| 17. CV Strawb bars | 210449 | 3 50 | 3 50 | | | | | | |
| 18. CV black beans | 15529 | 1.35 | 1.35 | | | | | | |
| | | | | | Total Number | | 17 | 1 | |

TOTAL UNITS 54

Acknowledged by

Inspector

Page 3 of 6

Schenectady_229

817882

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cu Cinn mini | 389828 | 2.25 | 2.25 | | | | | | |
| 2. Krft Mallow Crm | 661447 | 1.65 | 1.65 | | | | | | |
| 3. 28 oz Pt Rav | 002767 | 4 | 4 | | | | | | |
| 4. Pinn Gruy Pckt | 399945 | 1.65 | 1.65 | | | | | | |
| 5. 8 oz ssg bowl | 471322 | 3.75 | 3.75 | | | | | | |
| 6. Gin JO 28oz tots | 611636 | 5.75 | 5.75 | | | | | | |
| 7. Frnks Chx bites | 11486 | 6.25 | 6.50 | | 6.25 | X | | | |
| 8. Body Armour Wtr | 002157 | 1.75 | 1.50 | | | | | X | |
| 9. Propel Fit Wtr | 506402 | 4.25 | 4.25 | | | | | | |
| 10. Fndrs 4lb bf Balls | 005148 | 10 | 10 | | | | | | |
| 11. PPsi 2 liter | 172526 | 2.50 | 2.50 | | | | | | |
| 12. Oscar Meyr Chs Dg | 000533 | 5 | 5 | | | | | | |
| 13. Osc May Salam | 009895 | 3.50 | 3.50 | | | | | | |
| 14. Borden Chs mlss | 001363 | 3.25 | 3.25 | | | | | | |
| 15. Orange Fnta | 050257 | 1.65 | 1.65 | | | | | | |
| * 16. Naked Grn Machine | 720153 | 3.35 | 3.30 | | | | | X | |
| 17. Cu Choc milk | 009942 | 2.95 | 2.95 | | | | | | |
| 18. 15 oz Spinach Dip | 071031 | 4.75 | 4.75 | | | | | | |
| | | | | | Total | 1 | 15 | 2 | |
| | | | | | Number | | | | |

TOTAL UNITS 77

Acknowledged by [signature]

Inspector [signature]

Page 4 of 6

* pSku #16 18322301

Schenectady_230



S 17883

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hsts Donuts | 50044 | 2.50 | 2.50 | | | | \| | | |
| 2. 8 ct energ AAA | 08050 | 8.85 | 8.85 | | | | \| | | |
| 3. 3 ct Chpstick | 49214 | 3.45 | 345 | | | | \| | | |
| 4. Shavlys bid wsh | 347722 | 3.35 | 3.35 | | | | \| | | |
| 5. Aspercreme lidocain | 56868 | 6.50 | 6.50 | | | | \| | | |
| 6. Poise Pads 66 ct | 18214003 | 15.65 | 14.50 [illegible] | | | | | X | |
| 7. Depends 19 ct. | 00705604 | 15.65 | 14.50 | | | | | X | |
| 8. Brz org tmpns | 001353 | 7.65 | 7.65. | | | | \| | | |
| 9. Ol spice Captain | 733881 | 6 | 6 | | | | \| | | |
| 10. Skin Select 10 ct | 05304 | 2.50 | 2.50 | | | | \| | | |
| 11. Ol spice Aftr Shv | 10693 | 7.25 | 7.25 | | | | \| | | |
| 12. Cvr Girl lip blast | 48619 | 10 | 10 | | | | \| | | |
| 13. Du Spry Sheer Frsh | 34283 | 795 | 795 | | | | \| | | |
| 14. LA Colors Shdw | 742010 | 4.05 | 4.05 | | | | \| | | |
| 15. Dgree cln Shwr cln | 16490 | 10 | 10 | | | | \| | | |
| 16. Royall therm | 773300 | 12.50 | 12.50 | | | | \| | | |
| 17. Zicam Drc cold | 01700 | 7 | 7. | | | | \| | | |
| 18. Afrin Kids NASAL | 96673 | 8.75 | 8.75 | | | | \| | | |

TOTAL UNITS 90

| | Under | Cor. | Over | |
|---|---|---|---|---|
| Total | | 16 | 2 | |
| Number | | | | |

Acknowledged by [signature]

Inspector [signature]

Page 5 of 6



S 1/33884

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. 4 ct Snack pk | 419057 | 1.35 | 1.35 | | | | \| | | |
| 2. Poles Mkd Fruit | 190025 | 2.50 | 2.50 | | | | \| | | |
| 3. CU peach slices | 200100 | 3 | 3 | | | | \| | | |
| 4. 2-2 Apple sauce | 007277 | 3 | 3 | | | | \| | | |
| 5. 4.5 oz Red Hots | 36231 | 1 | 1 | | | | \| | | |
| 6. Pirate booty crnpuff | 601004 | 2.75 | 2.75 | | | | \| | | |
| 7. Churro snack | 225147 | 2.75 | 2.75 | | | | \| | | |
| 8. 10 oz Swedish fish | 001969 | 3.75 | 3.65 | | | | | X | |
| 9. Hstess twinkies | 250447 | 4.50 | 4.50 | | | | \| | | |
| 10. Hrshy nug truffles | 019090 | 4.25 | 4.25 | | | | \| | | |
| 11. Pringles | 138577 | 2 | 2 | | | | \| | | |
| 12. Utz Ripple Chips | 271877 | 3.25 | 3.25 | | | | \| | | |
| 13. Sltd Drk choc Alms | 800054 | 2.65 | 2.65 | | | | \| | | |
| 14. Sweet baby ray | 019880 | 4.75 | 4.75 | | | | \| | | |
| 15. Gld fish crkrs | 051855 | 4.50 | 4.50 | | | | \| | | |
| 16. Cu Fruity bites | 211877 | 3.50 | 3.50 | | | | \| | | |
| 17. Berner spry chs | 000114 | 4 | 4 | | | | \| | | |
| 18. Ritz crkrs | 31121 | 3.85 | 3.85 | | | | \| | | |

TOTAL UNITS 108

| | Under | Cor. | Over | Shelf Tag |
|---|---|---|---|---|
| Total | | 17 | 1 | |
| Number | | | | |

Acknowledged by [signature]

Inspector [signature]

Page 6 of 6

Schenectady_232

3974

County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, NY 12306
SCANNER ACCURACY / ITEM PRICING SUMMARY REPORT

| | | | |
|---|---|---|---|
| Firm | Dollar General | Date | 12/9/22 |
| Address | 1936 Van Vranken | Type | Grocery / Gen Merch |
| Town | Schenectady | Price Log # | |

Summary of Reports S17769 through S17771

| Scanner Accuracy | | Item Pricing | |
|---|---|---|---|
| A. Total Units | 54 | Total Units | |
| B. Total Under Prices | 1 | Units Passed | |
| C. Total Correct | 52 | Units Failed | |
| D. Total Overpriced | 1 | Type of Inspection | |
| % Overpriced (d ÷ a) | 1% | ❑ 1st Inspection | |
| Shelf Tag Violations | | ❑ 2nd Inspection | |
| Status of Inspection | Pass | ❑ Complaint | |
| ❑ Waiver Application | | ❑ 1st Inspection | |
| ☑ Scanner Accuracy | 99% | ❑ Other | |
| ❑ Item Pricing | | | |

Violations were Corrected During Inspection ❑ Yes ❑ No

REMARKS:

Amy Roberts
Acknowledged

[signature]
Inspector

**LEVIED FINES**

Item Pricing Fine Levied ______

Scanner Fine levied ______

Letter / Fine Sent ______

**Checks or money orders shall be made payable to: Schenectady County Commissioner of Finance, 620 State St., Schenectady, NY 12305. Inquiries can be made to Commissioner of Finance, (518) 388-4260.**

BEE BUSINESS FORMS B-102



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. EU beef burger | 0421 | 1095 | 1095 | | | | / | | |
| 2. Yummy Dz Chx | 1887 | 6.25 | 625 | | | | | | |
| 3. CU Chz Strp | 2317 | 995 | 995 | | | | | | |
| 4. br be shrmp | 3508 | 795 | 795 | | | | | | |
| 5. Collid Pudding | 8423 | 3 | 3 | | | | | | |
| 6. Eck smal ssg | 2319 | 450 | 450 | | | | | | |
| 7. CU Dip | 9782 | 2.50 | 2.50 | | | | | | |
| 8. Daisy SR Crm | 6142 | 3.15 | 3.15 | | | | | | |
| 9. 8oz Lol bttr | 2211 | 3.45 | 3.45 | | | | | | |
| 10. Cl.b.k Chs | 4961 | 3.25 | 3.25 | | | | | | |
| 11. orange Fnta | 0257 | 1.65 | 1.65 | | | | | | |
| 12. CU Crmr | 9965 | 3.25 | 3.25 | | | | | | |
| 13. Lil Halfn Half | 2027 | 4 | 4 | | | | | | |
| 14. Bol breaks | 3530 | 1.65 | 1.65 | | | | | | |
| 15. CU Whip topping | 9959 | 3.15 | 3.15 | | | | | | |
| 16. Nk Juic Gwme | 0153 | 3.35 | 3.30 | | | | | X | |
| 17. Min MMD Pnch | 7725 | 2 | 2 | | | | / | | |
| 18. Fair 1F Cho mlk | 2795 | 3.45 | 345 | | | | | | |

TOTAL UNITS 36

Total

Number

Amy Roberts
Acknowledged by

Inspector

Page 2 of 3



County of Schenectady
DEPARTMENT OF CONSUMER AFFAIRS & WEIGHTS AND MEASURES
130 Princetown Plaza, Schenectady, New York 12306

JAMES J. CAPUTO
DIRECTOR

Phone - Consumer Affairs 518-356-7473
Weights & Measures 518-356-6795

| Stock Keeping Unit Item, Brand, Size, Variety | UPC Code | Price Scanned | Shelf Price | Sale Price | Ad Price | Price Under | Price Cor. | Price Over | Shelf Tag |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gx Cut board | 1640 | 4 | 4 | | | | | | |
| 2. M Whip Steamer | 1469 | 6 | 6 | | | | | | |
| 3. 8 inch Fry pan | 1653 | 6 | 6 | | | | | | |
| 4. Toms Dry Dog Fd | 5327 | 20.95 | 20.95 | | | | | | |
| 5. Toms Mt Dog Fd | 5211 | 20.95 | 20.95 | | | | | | |
| 6. Natures Menu. | 3655 | 14.85 | 16.50 | | | X | | | |
| 7. Purina Dog chw | 2133 | 13.25 | 13.25 | | | | | | |
| 8. Purina Pup Chw | 8365 | 6.75 | 6.75 | | | | | | |
| 9. Purina Dog Strips | 0444 | 5 | 5 | | | | | | |
| 10. Puperoni Dog trt | 9574 | 6.35 | 6.35 | | | | | | |
| 11. Kibble Dry Dog Fd | 6374 | 11.50 | 11.50 | | | | | | |
| 12. Nine lives | 8583 | 5.85 | 5.85 | | | | | | |
| 13. Pedigree Dnt-stx | 3099 | 4.65 | 4.65 | | | | | | |
| 14. Forever Pals Cst | 2016 | 8.95 | 8.95 | | | | | | |
| 15. Fresh step. | 0013 | 5.25 | 5.25 | | | | | | |
| 16. Downy Ctn | 8240 | 5.75 | 5.75 | | | | | | |
| 17. Clor Fabsorni | 1509 | 5.25 | 5.25 | | | | | | |
| 18. Tide bleach Alt | 7004 | 12.75 | 12.75 | | | | | | |

TOTAL UNITS 54

Total: Under 1, Cor. 17

Number

Amy Roberts
Acknowledged by

Inspector [signature]

Page 3 of 3