# APPENDIX

## Who to Call

* The answers to most frequently asked questions are available to store teams through **RESPOND** or **ELEVATE**
* Technical issues regarding missing, damaged, non-responsive equipment is a call to **ERC**

| Resource | Issue | Example |
|---|---|---|
| RESPOND | Pricing/ Coupon issues<br>Operator issues | KEYWORD: Registers & Self Checkout |
| ELEVATE | CBL<br>Training Videos<br>Reference Manual<br>Training Documents | DISCOVER><br><br>NextGen Point of Sale (POS) |
| ERC | Printer/ Scanner issues<br>Monitor/ Pinpad issues | 1-888-237-4114<br><br>Option 1<br><br>Option 2<br><br>Option 1 |
| Fast Track | Training questions<br>Install questions<br>Go Live questions | fasttrack@dollargeneral.com |

CONFIDENTIAL   DG_WOLF_0002793

# NEXT GENERATION POINT OF SALE
# TRAINING SCENARIOS GUIDE

**DOLLAR GENERAL**

NGPOSTS202203

CONFIDENTIAL                                                                                   DG_WOLF_0003203

# Training Agenda

**Introduction**

The Next Generation Point of Sale (NGPOS) Training Scenarios Guide is a resource for the store manager to assist with the training of their store team.

The store manager is responsible for leading store team training in their store. The store manager may delegate certain aspects of the training to the assistant store manager, or a key carrier, but must guide and monitor the training and ensure its completion.

**Store Manager Training Notes**

<u>Duration</u>
Allow appropriate time for this training, which may vary depending on the store team size.

<u>Timing</u>

- For teams in new stores, it is recommended that the store manager conduct this training during the fixture process.

- The store manager should try to schedule this training when registers are functional.

- Suggested timing for each section is provided in the agenda but will vary depending on the store team size and their familiarity with customer service processes generally and learning the NGPOS activities. Be sure to allow time for questions and follow up.

<u>STOREnet</u>
STOREnet is a resource for locating SOP policies, computer based learning modules (CBLs) and other training materials.

<u>Register Use</u>
NGPOS Registers have a training mode. While in training mode, you will see the word **TRAINING** displayed in the background. Cash sales can be completed without needing to take cash and inventory is not impacted.
**Note:** Pin pad transactions are disabled while in training mode.
Training Mode allows realistic practice for various transactions in order to effectively prepare to better serve our customers.

# Training Agenda

## Training Mode

### Action Steps

| | |
|---|---|
| Description | How to logon Training Mode |
| Step 1 | Key carrier logs into register |
| Step 2 | Select **MANAGER MENU** |
| Step 3 | Select **TRAINING MODE** |
| Step 4 | Trainee enter **EMPLOYEE ID** |
| Step 5 | Select **ENTER** |
| Step 6 | Trainee enter **CASHIER ID** as password |
| Step 7 | Select **ENTER** |
| NOTE | Screen will display "Training" in background |
| | Transactions conducted in training mode will not impact sales or Generate EBRs |
| | Card payments disable in training mode |



# Training Agenda

## Training Mode

### Action Steps

| | |
|---|---|
| Description | How to log off Training Mode |
| Step 1 | Select **MANAGER MENU** |
| Step 2 | Select **EXIT TRAINING MODE** |
| NOTE | Screen reads '**Sale Authorization Needed**' |
| Step 3 | Key Carrier enters Employee ID |
| Step 4 | Select **ENTER** |
| Step 5 | Key carrier enters Cashier ID |
| Step 6 | Select **ENTER** |



**DOLLAR GENERAL** © 2022 Dollar General

4

# Training Agenda

**Store Team Introductions**

Begin the training with introductions.

- Allow your store team members to introduce themselves to each other.
- Explain the purpose of the training is to practice customer service and the new NGPOS system for register use
- Encourage the group to ask questions
- Explain your expectations regarding customer service and register activities.

**Customer Service Policies**

When the customer arrives at the register area employees should: greet every customer, ask if customer found all the items they were looking for, offer assistance if the customer needed help finding product(s) or had questions, and thank them for choosing Dollar General.

- The key carrier should resolve customer issues
- Store employees are available and prepared to promptly assist customers throughout their shopping experience
- Customers always have a choice to use the self checkout or have an employee conduct their transaction at any available cash register
- Maintain cleanliness of the checkout lane throughout the day
- Be sure to clear any trash or debris from the checkout lanes (including products customers no longer want to purchase)
- Ensure an adequate supply of bags is readily available to use for filling customer purchases.
- Receipt paper should be checked and filled each morning before opening the checkout lanes
- Employees should smile and thank the customer for shopping at Dollar General once their purchase is complete and the receipt is printed

**Employee Point of Sale Expectations**

Review the following policies and procedures with each employee that will be training to use the NGPOS system:

- Greeting / Thanking Customers (No more than three in line)
- Telephone Policy and Procedures
- Cash Handling Procedure
    - ◊ Beginning of Shift Responsibilities
    - ◊ Counting the Till
    - ◊ Cash Accountability Counseling
- Shopping Aids: Carts and Baskets
- Suggestive Selling
- Literacy Fund
- One Item = One Scan

# Training Agenda

**Helpful Tips for Sales Associates**

Review the customer experience by walking through a basic customer scenario:

### When a customer enters the store
- Always greet customers as they enter the store. "Welcome to Dollar General!"
- Offer carts and baskets whenever possible

### On the sales floor
- Make eye contact with customers. "Hi, what can I help you find today?"
- Continue to offer carts and baskets. "Can I get a basket for you?"
- Walk customers to the merchandise they are looking for.

### During the sale
- Smile and ask, "Did you find everything you were looking for?" "Will you be using any coupons today?"
- Suggestive sell when possible. "Did you notice our Mark Down or our current Ad items today?" "Will you need a lighter for your candles?"
- Use BOB, LISA, SAL and MITCH
  - ◊ L.I.S.A. – Look In Side Always
  - ◊ B.O.B. – Bottom Of the Basket
  - ◊ S.A.L. – Scan And Look
  - ◊ M.I.T.C.H. – Merchandise In The Customer's Hand

### Ending the sale
- Once more, ask if the customer has any coupons he or she would like to use.
- Mention the Literacy program. "Would you like to donate your change to our literacy program to help our community?"
- Look at the receipt, point out coupons and circle the customer connection survey. "Could you please call this number at the bottom of the receipt and let them know how we are doing? We would love to have your feedback and you will also have a chance to be entered to win $1000.00!"
- Check the bag rack to ensure customer has his/her purchases.
- Thank the customer and ask to return again. "Thank you for shopping at Dollar General. Hope to see you again soon. Have a great day."

### Final reminder
Let the store team know that they make all the difference of the customers shopping experience. When customers think back about **Dollar General**, they will think of the experience they had with <u>your store team.</u>

# Training Agenda

**Practice Scenarios**

The following scenarios allow all employees to practice using the NGPOS system. Remember to have the SCO Register set to "TRAINING MODE" prior to beginning the practice scenarios.

The scenarios are grouped into two categories:
- ALL EMPLOYEES
- KEY CARRIERS

In each scenario, one person will play the customer and one person will be the employee. Allow for each sales associate to have a chance practicing at the register. You may choose as many scenarios as your training time allows for. Allowing more time for practice can help reduce potential register issues on your go live day.

**Set Up**

These scenarios work best with two pre-loaded shopping carts. Each cart should contain at least ten items. After each transaction scenario, return items to cart and reuse for next scenario.

* If you are a Market Store, one or two items should represent various produce items (ex: pineapples, potatoes, apples, watermelons).

Some examples of items to put in the cart (you may use your own judgment (these are only suggestions)
- Hard to locate UPC items with multiple UPCs
- Difficult to scan UPC items
- Small items put inside a larger item
- Laundry detergent or dog food on the bottom of a cart
- An item marked 50% off

CONFIDENTIAL    DG_WOLF_0003209

# Register Scenarios for ALL EMPLOYEES

**Logging In (sign on till)**

| | Action Steps |
|---|---|
| Description | How to Logon (sign on till) |
| Step 1 | Enter Employee ID |
| Step 2 | Select **ENTER** |
| Step 3 | Enter Cashier ID |
| Step 4 | Select **ENTER** |
| Step 5 | Pop up message reads **'A new till session will be created'** |
| Step 6 | Select **CONTINUE** |
| NOTE | Pop up message reads **'You are required to be clocked in before performing work. Are you clocked in?'** |
| NOTE | Exempt employees (i.e. Store Managers) do not need to clock in |
| Step 7 | Select **CONTINUE** |
| NOTE | If this applies, choose from the following options: <br><br> * **CLOCK IN** - pop up message appears **'Are you sure you want to clock in?'** <br><br> * **MEAL** –allows employee to clock in after returning from meal break <br><br> * **CONTINUE** - will allow employee to begin scanning a customer transaction <br><br> If **CLOCK** IN or **MEAL** selected, receipt prints indicating CLOCK IN or MEAL break time displayed on Screen |



# Register Scenarios for ALL EMPLOYEES

**Scenario 1**

Customer: You are purchasing 4 items, two of which are the same item. You will be paying with the exact amount of cash.

**Cash Transaction**

Sales Associate: Log into the register and scan all items being purchased using One Item = One Scan. Select "TOTAL" and use the Exact Cash 'quick key' to complete the transaction.

**Scenario 2**

Customer: You are purchasing 4 items, two of which are the same item. You will be paying with $50.00 in cash.

**Cash Transaction**

Sales Associate: Log into the register and scan all items being purchased using One Item = One Scan. Select "TOTAL" and manually type in the amount of cash ($50.00) received from "customer" to complete the transaction.

**Scenario 3**

Customer: You are purchasing a pack of cigarettes and will be paying with cash. You have your ID and are of legal age.

**Age Restricted**

Sales Associate: Complete the transaction by following the DG Age Restricted purchase policies and procedures. If the customer is legally allowed to purchase the item(s), complete the transaction by manually typing in the amount of cash ($50.00) received from "customer".



# Register Scenarios for ALL EMPLOYEES

**Scenario 4**

Customer: You are purchasing a case of beer and will be paying with cash. You have your ID but forgot it outside in your vehicle.

**Age Restricted**

Sales Associate: Be respectful and understanding. Complete the transaction by following the DG Age Restricted purchase policies and procedures. If the customer is legally allowed to purchase the item(s), complete the transaction by selecting "TOTAL" and use the Exact Cash 'quick key' to complete the transaction.



**Scenario 5**

Customer: You have two items that you are not sure you want. You need the price checked on these two items. You decide you only want one of the items for purchase once you know the price.

**Price Inquiry**

Sales Associate: Press the Price Inquiry key and scan the item. Tell the customer the price and ask if the customer would like to buy the item. If the customer says yes, select the "✓". If the customer does not want to buy the item, select the "X".



# Register Scenarios for ALL EMPLOYEES

## End Session (sign off till)

| | Action Steps |
|---|---|
| Description | How to End Session (sign off till) |
| Step 1 | Select **MANAGER MENU** |
| Step 2 | Select **CASH OFFICE** |
| Step 3 | Select **END SESSION** |
| NOTE | Screen reads '**Sale Authorization Needed**' |
| Step 4 | Key Carrier enters Employee ID |
| Step 5 | Select **ENTER** |
| Step 6 | Key carrier enters Cashier ID |
| Step 7 | Select **ENTER** |
| Step 8 | Register till pops open |
| NOTE | Selecting **LOG OFF** does not sign the employee off the till. Employee must select **END SESSION** to sign off the till |



# Register Scenarios for KEY CARRIERS

**Scenario 1**

Customer: You bring three items to the register and allow the employee to scan all of the items. Prior to paying for the items, you decide that you no longer wish to purchase any of the items.

**Transaction Abort**

Key Carrier: After scanning all items being purchased and selecting "TOTAL", the customer decides they do not want any of the items.
You will need to select "CANCEL", then " ADVANCED FUNCTIONS", then "TRANSACTION ABORT". A pop-up message will appear that reads "Are you sure you wish to abort this transaction?" You will select "YES", then the reason code, and finally click the "✓" Place the Transaction Void slip in the register drawer.



**Scenario 2**

Customer: You bring four items to the register and after the employee scans them, you decide that you do not wish to purchase one of the items.

**Line Void**

Key Carrier: A customer does not wish to purchase one of the items you have scanned. You will need to void a line in the transaction.
You will need to select the item to be voided on the screen and then select "VOID SELECTED ITEM". A pop-up message will appear that reads "Are you sure you wish to void this line?" You will select "YES", then the reason code, and finally click the "✓" You can now proceed to the payment and complete the transaction.



# Register Scenarios for KEY CARRIERS

**Scenario 3**

<u>Customer:</u> You have selected two items and notice that the price that the cashier rings up is incorrect. You tell him/her as each item is scanned. You are concerned you are going to have to pay more for the items than they are priced.

**Price Override**

<u>Key Carrier:</u> Apologize to the customer and verify the price shown on the shelf is correct and begin a price override correction on the items.
Select "PRICE OVERRIDE", enter the new price, then select "ENTER".
Select the reason code, and finally click the "✓"



**Scenario 4**

<u>Customer:</u> You bring a seasonal item and a produce item to the register for purchase. Neither item's price rings up.

**Department Sale**

<u>Key Carrier:</u> Select the "DEPARTMENT SALE" key. Use the arrows to scroll through to find the correct department fo the item being purchased. Select the "✓" to add. Enter the price of the item on the keypad. Select "ENTER" Complete this process for the second item and then proceed to the payment.

# Review in NGPOS Reference Manual

**All Employees**

Please take a moment to review the following processes:

- Clocking in/out (Pg 5 - 12)
- Tax Exempt transaction existing customer (Pg 42 - 44 )
- Tax Exempt transaction new customer (Pg 45 - 46)

**Key Carriers**

Please take a moment to review the following processes:

- Start of Day Activities (Pg 4)
- Counting Change Fund (Pg 47 - 50)
- Refunds with a receipt (Pg 64 - 65)
- Refunds without a receipt (Pg 66 - 67)
- Paid In (Pg 57 - 58)
- Paid Out (Pg 59 - 60)
- Pick Up (Pg 55 - 56)
- Spot Check (Pg 53 - 54)
- End of Day Activities Pg 81 – 82)
- End Session (Pg 83)
- Reconcile Till (Pg 84 - 85)
- Prepare Banking (Pg 86 - 87)
- End of Day Paperwork (Pg 88 - 89)

**Additional Reference**

- Reconcile Till $0 Cash Balance (Pg 93)
- Negative Cash Balance (Pg 94)
- Prior Day Unreconciled Till (Pg 95)