# **EXHIBIT 9**



# Additional tech-enabled opportunities

Discussion document

March 2023

**Executive summary**

- Throughout M³, technology discussions were focused on supporting the point solutions, system changes, and foundational enablers that were required for solution deployment
- These discussions also raise gaps in the current technology stack that are likely impacting the business today
- As an example, on-shelf out-of-stocks (OOS) across Dollar General is currently 23% with 450 – 500 bps ($100 – 140M EBITDA impact) estimated to be driven by issues in technology, namely:
  - Manual POs which create discrepancies on product supply
  - Demand forecasting based on shipments (lagging to incorporate demand or sales and dismisses OOS / lost sales) which prevents stores from receiving adequate volumes of high-velocity items
  - Integration gaps between WMS and TMS, which have led to mis-shipments of product (e.g., sending product to the wrong stores)
- Capturing the OOS value requires collaboration across functions, and there are potentially other areas of opportunity as well; these require input and brainstorming, which will be discussed today

DOLLAR GENERAL    2

# TODAY: Gaps in tech capabilities are driving business challenges
Current tech capabilities, business challenges, and gaps *(see Appendix for full list of opportunities)*



DG comparison to best-in-class retailers: Lagging |—DG—| Best-in-class

| | Sourcing | Financial planning | Assortment planning | Space & floor planning | Demand forecast | Order management | Replenishment & allocation | Price & promos |
|---|---|---|---|---|---|---|---|---|
| **Tech / tools utilized** | Manual | JDA | Manual | BlueYonder, Intactix | Manual via GOLD | Manual via GOLD | Manual via GOLD, IP | MAPS |
| **Tech capability against best practice** (not exhaustive) | Manual vendor onboarding and limited validation of data quality | Merch planning not tied to enterprise planning | Assortment line built based on customer preferences but lacking localized assortment analytics | Floor plan data not connected to assortment / POG planning. Non-core items do not have POGs | Shipment-based, heuristic forecasts rather than sell-through; Ineffective prediction of demand for new products | Inaccurate / missing POs to suppliers driven by manual PO management and creation | Poor inventory quality and visibility; Serial, batch-driven replenishment; Lack of network-wide system driven process for loading containers; Receiving scans only at delivery/manifest level | Unreliable price execution (Revionics utilized for price strategy); execution challenges based on data availability and connectivity with POS |
| **Business impact and challenges** (not exhaustive – see appendix for more details) | Inaccurate and missing product data | No visibility into sales, margin, and inventory | Finding the right assortment for cut-ins and resets takes >4wks | Inaccurate POGs driving OOS and/or over inventory | ~30-35% of SKUs do not sell within 1 week | 80% of Purchase Orders require manual approval | Store OOS and over stock from over and under-shipments from DC | Price label changes time-consuming and disconnect with POS |

DOLLAR GENERAL   3

# These business challenges are driven by a mix of upstream technology issues – OOS and pricing examples

☐ Main technology dependencies for OOS
● Deep-dive to follow

## Process flow

Sourcing → Financial planning → Assortment planning → Space & floor planning → Demand forecast → Order management → Replenishment & allocation → Price & promos

## Tech capability against best practice *(not exhaustive)*

| Sourcing | Financial planning | Assortment planning | Space & floor planning | Demand forecast | Order management | Replenishment & allocation | Price & promos |
|---|---|---|---|---|---|---|---|
| DG | DG | DG | DG | DG | DG | DG | DG |
| Manual vendor onboarding and limited validation of data quality | Merch planning not tied to enterprise planning | Assortment line built based on customer preferences but lacking localized assortment analytics | Floor plan data not connected to assortment / POG planning. Non-core items do not have POGs | Shipment-based, heuristic forecasts rather than sell-through; Ineffective prediction of demand for new products | Inaccurate / missing POs to suppliers driven by manual PO management and creation | Poor inventory quality and visibility; Serial, batch-driven replenishment; Lack of network-wide system driven process for loading containers; Receiving scans only at delivery/manifest level | Unreliable price execution (Revionics utilized for price strategy); execution challenges based on data availability and connectivity with POS |

## Potential impact

TBD — **A** — **High (400-500 BPS of OOS)** — **B** — TBD

**DOLLAR GENERAL**    4

# A. On-shelf OOS at stores is currently 23%, and is driven by 5 root causes – three have a dependency on upstream technology

Deep dive to follow

| Root causes of on-shelf OOS | OOS, bps | Outs, % | Upstream technology challenges | Level of technology dependency |
|---|---|---|---|---|
| **OOS at DC/Supplier** | 900 | 40% | • Poor inventory quality and visibility<br>• Inaccurate/missing POs to suppliers | High |
| **Inaccurate visibility of stock in-store** | 700 | 30% | • Manual batched on-hand adjustments<br>• Poor in-store inventory tracking | Low – *addressed in M³* |
| **Gaps in sales forecast accuracy and replenishment execution** | 250 | 10% | • Shipment-based heuristic forecasts<br>• Serial, batch-driven replenishment<br>• Ineffective prediction of demand for new products | Medium |
| **Mis-shipments on incoming deliveries** | 250 | 10% | • Lack of system-directed container loading<br>• Ineffective digital receiving verification at store | Medium |
| **Shrink and damage** | 200 | 10% | • *Limited technology intervention opportunity* | Low |
| **Total** | **2300** | **100%** | | |

Source: DG stores visits - 16 stores across three markets (San Antonio, TX, Rockford, IL, and Nashville, TN); DG data from Stores Ops; AP and Finance teams

**DOLLAR GENERAL**   5

# A. We estimate that 450 – 500 bps of OOS is driven by technology issues ($100 – 140M EBITDA impact[1])

**PRELIMINARY AND FOR DISCUSSION**

| Root causes of on-shelf OOS | Upstream technology challenges | Technical limitations | Issues this creates | Addressable OOS, bps |
|---|---|---|---|---|
| **OOS at DC/Supplier** **~900** | Poor inventory quality and visibility | No single source of truth for perpetual inventory. No event-based integration with inventory execution systems. | Inaccurate available-to-promise inventory count | **150 – 200** (15-25%) |
| | | Poor visibility into vendor-inbound and in-transit inventory | | |
| | Inaccurate/missing POs to suppliers | POs once created in GOLD and IP are not editable leading to proliferation of reference POs which in turn leads to manual error-prone intervention by the demand chain team. | Inability to react to vendor-side supply disruptions and changes after order creation | |
| | | Inability to multi-source, determine accurate min order quantities, and incorporate supplier updates | | |
| **Gaps in sales forecast accuracy and replenishment execution** **~250** | Shipment-based heuristic forecasts | Demand forecasts are based on historical DC to store shipments and lags in accounting for OOS, sales patterns, and mis-ships | Insufficient on-hand inventory to meet demand | **225 – 250** (90-100%) |
| | | Inability to forecast into the future (e.g., 6-9mo) hamper business planning teams | | |
| | Serial, batch-driven replenishment | Replenishment executed serially in batches instead of network-level inventory allocation | Stores are over and under allocated inventory | |
| | | Replenishment plans do not extend into the future | | |
| | Ineffective prediction of demand for new products | Low accuracy algorithm used to predict potential demand for new products | | |
| **Mis-shipments on incoming deliveries** **~250** | Low system-driven outbound loading | Lack of network-wide system-directed processes for loading containers results in items being sent to wrong store | Containers loaded onto incorrect delivery route | **25 – 50** (10-20%) |
| | Ineffective digital receiving verification at store | Receiving scans only at the delivery / manifest level; no container-level scanning | Rolltainers, totes, toppers unloaded at incorrect store | |

1. Based on M3 correlation, 1 bps improvement in OOS equals $1.4M in topline revenue; 15-20% will translate to EBITDA impact
Source: Interviews with DG IT

# A. How capabilities need to change to address upstream tech challenges

**#** **Addressable OOS**, bps

| Root causes of on-shelf OOS | Where we are today | Systems impacted | What would we need to change to |
|---|---|---|---|
| **OOS at DC/Supplier**  **150 – 200** | **Poor inventory quality and visibility**; no single source of truth for perpetual inventory with only daily store updates | GOLD, IP, WMS, Project 44 | **Centralized, accurate inventory visibility platform** with event-based integration across inventory sources (e.g., store, DC, inbound) – *POC in progress* |
| | **Inaccurate/missing POs to suppliers** driven by manual PO management and creation | GOLD, IP | **Automated order management system** that connects forecasts and inventory inputs to create and manage orders  *(Active initiative to eliminate reference POs in progress)* |
| **Gaps in sales forecast accuracy and replenishment execution**  **225 – 250** | **Shipment-based, heuristic forecasts** rather than sell-through; system unable to keep pace with business complexity | GOLD (DFAI) | **Sales +3rd party data, predictive forecasting** based on sell through data (existing GOLD system lacks capability)  *(POC in progress)* |
| | **Serial, batch-driven replenishment** resulting in over/under-allocation of inventory to stores | GOLD / IP | **Automated inventory management with dynamic inventory allocation** that optimizes across the network  **Supply chain control tower interface** that simultaneously coordinates across all core supply chain systems |
| **Mis-shipments on incoming deliveries to store**  **25 – 50** | **Lack of network-wide system-directed processes** for loading containers | Catalyst WMS + BY TMS | **Network-wide enforcement of directed loading process** to ensure cases and totes are scanned to the right destinations |
| | **Receiving scans only at the delivery / manifest level** | WMS / TMS / GOLD / HHT Inv. Mgmt | **Container-level digitized receiving process** to validate full shipment and update real-time inventory system |

**DOLLAR GENERAL**

7

# B. Significant potential value at stake to solve wide-range of pricing execution challenges

| Pricing execution challenges | Impact | Upstream technology challenges | Level of technology dependency |
|---|---|---|---|
| **Fragmented pricing data across multiple systems** (price data integrity) | *To be sized* | • No single source for pricing data<br>• Legacy integration between AS/400 Island Pacific and GOLD Pricing<br>• Differences across banners (e.g., pOpshelf) | High |
| **Prices not updated in in-store systems** | | • Multiple points of failure distributed across systems<br>• Lack of system synchronization<br>• Existing mechanism to push price updates requires batch processing over multiple days | High |
| **Unreliable pricing compliance** | | • Manual scheduling of price updates with lack of tools to track dependencies and active changes<br>• Lack of pricing audit capabilities and alerting to notify of pricing issues<br>• Multiple paths to print updated price labels (e.g. Westcom, in-store printer) | High |

**DOLLAR GENERAL**

8

# B. How capabilities need to change to address upstream pricing execution challenges

| Pricing execution challenges | Where we are today | Systems impacted | What would we need to change to |
|---|---|---|---|
| **Fragmented pricing data across multiple systems** (price data integrity) | • No single source for pricing data<br>• Legacy integration between AS/400 Island Pacific and GOLD Pricing<br>• Differences across banners (e.g., pOpshelf) | Island Pacific, GOLD | **Develop unified price platform as single source of truth for pricing data** (e.g., migrate alcohol retail pricing from Island Pacific to GOLD) |
| **Prices not updated in in-store systems** | • Multiple points of failure distributed across systems<br>• Lack of system synchronization<br>• Existing mechanism to push price updates requires batch processing over multiple days | GOLD, NextGen / Legacy POS, DGC, ODS, Flooid | **Develop reliable, real-time price delivery integration** between upstream and in-store systems (e.g, personalization offer management system and NextGen POS)<br><br>**Deploy active monitoring and alerting solution** to identify break-downs in the price delivery process |
| **Unreliable pricing compliance** | • Manual scheduling of price updates with lack of tools to track dependencies and active changes<br>• Lack of pricing audit capabilities and alerting to notify of pricing issues<br>• Multiple paths to print updated price labels (e.g. Westcom, in-store printer) | Island Pacific, GOLD, NextGen / Legacy POS | **Develop audit capability** to identify errors in pricing data and alerts to fix store pricing data quickly<br><br>**Develop centralized workflow module** to track progress of pricing updates and ensure processes are executed in-sync |

**DOLLAR GENERAL**

9

# TOMORROW: Greater tech maturity and use of data & analytics can unlock new business capabilities

**Proposed target and near-term solutions** – *preliminary view*



**Target state tech / tools**

←—————— Full automated and interconnected platform ——————→

**Tech best-in-class capability**

| Sourcing | Financial planning / Assortment planning | Space & floor planning | Demand forecast | Order management | Replenishment & allocation | Price & promos |
|---|---|---|---|---|---|---|
| Automated vendor onboarding and data management | Automated, customer-backed, localized assortment tailored by and forecast planning and analytics | Digitalized space and floor plans, integrated with POG planning | Predictive forecasting based on POS and 3rd party data | Automated, intelligent order management (dynamically manage POs) | Optimized replenishment utilizing near real-time inventory single source of truth | Single source of truth for pricing data with synchronized, real-time updates to store systems |

**Business capability impact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Enhanced planning and execution based on up-to-date vendor data | Product offerings in each store optimized for local customer preferences | Efficient POG execution and enablement of store-friendly replenishment at shelf-level | Optimized on-hand inventory to meet customer demand | Accurate, efficient order updates and tracking with visibility into order fulfillment | Optimized store inventory minimizing OOS and efficiently utilizing in-store storage | Reduced store labor and operationalization of pricing analytics insights |

**DOLLAR GENERAL**

10

## Next steps

- Identify other major value levers in conjunction with cross-functional partners
- Continue refining the potential across the major value levers
- Prioritize technology areas based on potential value unlock, and create a roadmap to modernize the technology stack
- Identify "quick win" areas to start unlocking value

**DOLLAR GENERAL**    11

# APPENDIX



# Detailed assessment and challenges (1/2)

## Current tech capabilities, business challenges, and gaps

**DG comparison to best-in-class retailers**

Lagging ├──── DG ────┤ Best-in-class

| Current capability<br>Gap to best practice | Tech / tools | Business challenges | Root cause |
|---|---|---|---|
| **Sourcing**<br>DG ├─●────────┤ | Manual | Inaccurate and missing product data (driving inefficiency, extra labor, and delays)<br>Lost sales due to human error (e.g., face masks with no expiry date during COVID)<br>Domain knowledge lost or unknown | Vendor onboarding manual and limited validation of data quality<br>No enterprise visibility to the process and state of item negotiations and compliance |
| **Financial planning**<br>DG ├─●────────┤ | Anaplan | No consistent understanding of forecast accuracy<br>inaccurate category investment decision (e.g, some POs not received in timely manner; inaccurate forecast)<br>Inaccurate forecasts due to siloed assortment and financial planning | No common definition and measurement of forecast accuracy<br>Incorrect IMU calculations driving data inaccuracies into planning tool<br>Enterprise and financial planning not integrated with core assortment platform |
| **Assortment planning**<br>DG ├─●────────┤ | Manual | >50% of assortment changes for cut-ins | Assortment decided based on DC inventory rather than customer preferences and feedback (sales forecasts not fed into assortment and financial planning. Therefore, assortment choices made de-coupled from category targets)<br>Planning also based on manual analysis of forecast, space, and Nielsen data<br>No integration with financial planning and no governance to re-assess assortment impact |
| **Space & floor planning**<br>DG ├─●────────┤ | BlueYonder, Intactix | Inaccurate POGs driving OOS and/or over inventory | Manual processes – CAD drawings manually managed and updated<br>CAD drawing recommendation and space planning not integrated (therefore missing feedback loop to update space plans)<br>No proper floor planning tool in place with no feedback on performance (CAD diagram directly fed into space planning) |

**DOLLAR GENERAL** 13

# Detailed assessment and challenges (1/2)

Current tech capabilities, business challenges, and gaps

**DG comparison to best-in-class retailers**

Lagging ├──**DG**──┤ Best-in-class

| Current capability / Gap to best practice | Tech / tools | Business challenges | Root cause |
|---|---|---|---|
| **Demand forecast** (DG lagging) | *Manual via GOLD* | ~30-35% of SKUs do not sell within 1 week<br>Inaccurate demand forecast<br>Inability to conduct forecasts frequently and iteratively due to lack of scalability | Forecast based on DC forecast (rather than customer sales pattern, lost sales, and mis-ships) - this is a constrained demand and can easily be error prone given many supply chain constraints<br>Based on hierarchical models which require years of data with every run and rather than deltas<br>Forecast complexity due to new item forecasts, stores added every 2-3 weeks |
| **Order management** (DG lagging) | *Manual via GOLD* | Invalid POs and limited PO visibility by DCs<br>Inaccurate projection of orders at DC level<br>80% of Purchase Orders require manual approval<br>Inefficiency created due to significant use of reference POs | POs manually created with no proper governance<br>Non-standard PO creation and orchestration<br>Lack of order traceability<br>Inability to multi-source, recognize MOQs, consider when an order will arrive, and supplier factory changes |
| **Replenishment & allocation** (DG lagging) | *Manual via GOLD, IP* | Store OOS and over stock from over and under-shipments from DC | No single source of truth for inventory and lack of accurate, real-time inventory<br>Replenishment conducted in batches<br>No long-term planning<br>Based on DC inventory and forecast rather than a rollup from Store Replenishment |
| **Price** (DG lagging) | MAPS | Legal and compliance risks<br>Long lead times between price change and label updates (and therefore stores not having the right price at time of store opening)<br>Items occasionally sell at lower price than expected | No single source for pricing data (complex and convoluted pricing system with multiple points of failures)<br>Lack of a price audit process and collection<br>Lack of visibility to markdown prices on discontinued items |

**DOLLAR GENERAL**  14