# EXHIBIT 11

Page 1

1            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

2
                       CASE NO.:  7:23-cv-00558-PMH

3

4    JOESPH WOLF, CARMEN WOLF,
     ON BEHALF OF THEMSELVES AND THOSE
5    SIMILARLY SITUATED,
6         Plaintiffs,
7       v.
8    DOLLAR GENERAL CORPORATION,
     DOLGEN NEW YORK, LLC, D/B/A
9    DOLGEN, DOLGENCORP OF TEXAS,
     INC., INDIVIDUALLY, JOINTLY,
10   SEVERALLY, OR IN THE ALTERNATIVE,
11           Defendants.
12
     _____/
13

14            REMOTE VIDEOTAPED DEPOSITION OF
                      BRIAN HAUG
15

16   DATE:                Tuesday, December 12, 2023
17   TIME:                11:05 a.m. - 4:03 p.m. CST
18   PLACE:               Via Videoconference
19   TAKEN BEFORE:        Teresa Wynn, Court Reporter
                          and Notary Public
20

21

22

23

24

25

Page 2

1                    A P P E A R A N C E S
                    (Via Videoconference)

2

3

    APPEARING ON BEHALF OF THE PLAINTIFFS AND PUTATIVE
4   CLASS:

5          JAVIER L. MERINO, ESQUIRE
           MARC DANN, ESQUIRE
6          The Dann Law Firm, PC
           1520 U.S. Highway 130
7          Suite 101
           North Brunswick, New Jersey 08902
8          (201) 355-3440

9

10  APPEARING ON BEHALF OF THE DEFENDANTS:

11         R. TRENT TAYLOR, ESQUIRE
           McGuire Woods
12         800 East Canal Street
           Richmond, Virginia 23219
13         (804) 775-1182
           Rtaylor@mcguirewoods.com

14

15

16  ALSO PRESENT:

    JASON BATES, DOLLAR GENERAL IN-HOUSE COUNSEL
17  ANDREW BAKER, VIDEOGRAPHER

18
                              -  -  -

19

20

21

22

23

24

25

Page 3

1                       I N D E X
2     December 12, 2023
3     DEPOSITION OF:  BRIAN HAUG
4          Direct Examination By Mr. Merino...................  5
5     CERTIFICATE OF REPORTER...............................125
6     CERTIFICATE OF OATH...................................126
7     ERRATA SHEET.........................................127
8     NOTIFICATION LETTER..................................128
9
10                      * * * * *
11

                        E X H I B I T S
12
      Exhibit 1                                          53
13        Notice of Deposition...............................
      Exhibit 2                                          55
14        Internal Audit.....................................
      Exhibit 3                                          61
15        Force Print Emails.................................
      Exhibit 5                                          80
16        Super Tuesday Workload Emails......................
      Exhibit 6                                          87
17        Super Tuesday Workload Emails Part 2..............
      Exhibit 7                                          89
18        Core Blackout Summary Emails......................
      Exhibit 8                                          103
19        Pricing Compliance Process Update Email...........
      Exhibit 11                                         122
20        February 2023 Email Re Price Check................
21                      * * * * *
22
23
24
25

```
                                                    Page 4

 1               P R O C E E D I N G S

 2                     *  *  *  *

 3          THE VIDEOGRAPHER:  Good morning.  We are

 4     going on the record at 11:05 a.m., Tuesday,

 5     December 12, 2023.  This is Media Unit 1 of the

 6     videotaped depos- -- video-recorded deposition of

 7     Brian Haug, as taken by counsel for Plaintiff in

 8     the matter of Joseph Wolf, et al., vs. Dollar

 9     General Corporation, et al., filed in the United

10     States District Court of the Southern District of

11     New York, Case Number 7:23-CV-00558-PMH.

12          My name is Andrew Baker from the firm

13     Veritext Legal Solutions.  I'm the videographer.

14     The court reporter is Teresa Wynn, also from

15     Veritext Legal Solutions.

16          Will counsel now state their appearance and

17     affiliations for the record, beginning with the

18     noticing attorney.

19          MR. MERINO:  Hi.  I'm Javier Merino of the

20     Dann Law Firm, counsel for the Plaintiffs, Joseph

21     Wolf and Carmen Wolf, and the punitive class.

22          MR. TAYLOR:  Trent Taylor on behalf of

23     Defendant, Dolgen New York.

24          MR. BATES:  And I'm Jason Bates.  I'm

25     in-house counsel at Dollar General.
```

Page 5

```
 1              THE VIDEOGRAPHER:  Will the court reporter
 2         please swear in the witness, and then we may
 3         proceed.
 4              THE REPORTER:  Mr. Haug, please raise your
 5         right hand.
 6              THE WITNESS:  (Complies.)
 7              THE REPORTER:  Do you swear or affirm that
 8         the testimony you are about to give in this cause
 9         will be the truth, the whole truth, and nothing but
10         the truth?
11              THE WITNESS:  I do.
12              THE REPORTER:  Thank you.
13                        BRIAN HAUG,
14    having first been duly sworn, was examined and testified
15    as follows:
16                   DIRECT EXAMINATION
17    BY MR. MERINO:
18         Q    Good morning, Mr. Haug.  How are you today?
19         A    I'm well.  I hope you are.
20         Q    Thank you.  As you just heard, my name is
21    Javier Merino.  I'm an attorney representing Joseph and
22    Carmen Wolf.  This is a deposition in which I'll be
23    asking you questions, and you must answer them
24    truthfully unless your attorney tells you clearly and
25    directly not to answer.
```

1         Although no judge is present, this is a

2    formal legal proceeding just like testifying in court,

3    and you're under the same legal obligation to tell the

4    truth, the whole truth, and nothing but the truth.  If

5    you don't understand any of my questions, feel free to

6    say so, and I'll be happy to rephrase it.

7             If you are giving answers, yes or no answers,

8    I would just ask that you actually say "yes" or "no"

9    instead of "uh-huh" or "uh-uh" since the court reporter

10   may have difficulty picking up those -- those sounds.

11            Before the deposition can be used in court,

12   you'll have the opportunity to read over it and correct

13   any mistakes.  Do you understand this?

14        A    Yes.

15        Q    Do you understand that I'll be asking you

16   questions today based on your personal knowledge as an

17   employee of Dollar General?

18        A    Yes.

19        Q    Have you ever had your deposition taken

20   before?

21        A    I have not.

22            MR. TAYLOR:  And, Javier, real quick.  Let me

23        just put on the record that this deposition is

24        governed by protective order, and we will make the

25        appropriate confidentiality designations pursuant

Page 7

1      to the terms of that protective order.  Apologies.

2      You can go ahead.

3           MR. MERINO:  No worries.  And we agree with

4      that designation.

5  BY MR. MERINO:

6      Q    Mr. Haug, what is your -- let me strike that

7  question.

8           Mr. Haug, is there anybody in the room with

9  you right now?

10     A    Yes.  Mr. Trent Taylor and Mr. Jason Bates.

11     Q    Nobody else besides Mr. Taylor and Mr. Bates?

12     A    No one else.

13     Q    I would just ask that if anyone besides

14  Mr. Bates or Mr. Taylor enters the room, that you please

15  advise me.  Understood?

16     A    Yes.

17     Q    Okay.  Thank you.

18          Mr. Haug, what is your title at Dollar

19  General?

20     A    Vice president margin planning and analytics.

21     Q    How long have you had that title at Dollar

22  General?

23     A    I believe, four years.

24     Q    What is it that your job duties entail as the

25  vice president of margin planning and analytics?

1      A    I have a team responsible for margin planning

2   and forecasting, a team responsible for supply chain

3   finance, and a team in charge of price execution.

4      Q    Sorry.  You listed three things.  The first

5   was margin planning and forecast?  Did I say that right?

6      A    Correct.  Or merchandise planning.

7      Q    And merchandise planning, that was the

8   second?

9      A    No.  The second, supply chain finance.

10     Q    And the third is price execution?

11     A    Price execution.  Correct.

12     Q    What exactly does margin planning entail?

13     A    We work with the merchandise team to forecast

14  sales and a number of other KPIs.

15     Q    KPI, is that a key performance index?

16     A    Correct.

17     Q    What are some of the other KPIs that a

18  forecaster analyzes as part of margin planning?

19          MR. TAYLOR:  Objection.  Form.

20          You can answer.

21          THE WITNESS:  Receipts, markdowns, inventory,

22     purchase discounts.  There's a -- there's a number

23     of them.

24  BY MR. MERINO:

25     Q    So are these KPIs that you rely upon to

Page 9

1   forecast sales?

2           MR. TAYLOR:  Objection.  Form.

3           You can answer.

4           THE WITNESS:  I'm sorry.  Could you repeat

5       the question?

6   BY MR. MERINO:

7       Q    These KPIs that you just referenced,

8   receipts, markdowns, inventory, are these KPIs that you

9   rely upon in order to forecast sales?

10          MR. TAYLOR:  Same objection.

11          THE WITNESS:  They are inter- -- they are all

12      interconnected.

13  BY MR. MERINO:

14      Q    Can you describe that in a little more detail

15  to me?  What do you mean they're interconnected?

16      A    If we sell more product, then we would go out

17  and purchase more product, which would change the amount

18  of inventory we have, and so forth.

19      Q    So are there any decisions that you

20  specifically make within margin planning?

21      A    No.  Not -- not -- our job is typically to

22  report what we're seeing in the business.

23      Q    And who is it that you report these things

24  that you're seeing to?

25      A    Our chief merchant, chief financial officer.

1  There are a number of teams that we work with throughout

2  the company.

3      Q   What are some of the different topics or

4  categories or things that you may be recording?

5          MR. TAYLOR:  Objection.  Form.

6          You can answer.

7          THE WITNESS:  Again, as it relates to the

8      KPI, where do we see ourselves forecast.  And there

9      are a number of things that we have conversations

10     about as it relates to those forecasts.

11 BY MR. MERINO:

12     Q   So within margin planning, the core of your

13 job is to forecast sales; is that an accurate statement?

14         MR. TAYLOR:  Objection.  Form.

15         You can answer.

16         THE WITNESS:  Yes.  That's the leading

17     indicator.

18 BY MR. MERINO:

19     Q   Are there any -- let me strike that question.

20         As far as these KPIs, are there any that you

21 look at or review which relate to price changes?

22         MR. TAYLOR:  Objection.  Form.

23         You can answer.

24         THE WITNESS:  The outcome of the price

25     changes.

1    BY MR. MERINO:

2         Q    What are some of the outcomes that you've

3    seen as a result of price changes?

4         A    We generate markups or markdowns.

5         Q    Why would you generate a markup or a

6    markdown?

7         A    When the retail changes, if the price goes

8    up, it will generate a markup; if the price goes down,

9    it will generate a markdown.

10         Q    So let's just say the price of a gallon of

11    milk goes from $5 to $5.50.  Okay?  Would that be --

12    would that fall within this price change category that

13    -- that you analyze and look at?

14              MR. TAYLOR:  Objection.  Form.

15              You can answer.

16              THE WITNESS:  For milk specifically, no.

17    BY MR. MERINO:

18         Q    Okay.  What about more broadly?

19         A    More broadly, then yes.

20         Q    Okay.  What -- can you give an example of a

21    broader category that you'd be looking at?

22         A    It's any -- most of the rest of the products

23    that we carry.  Laundry --

24         Q    Can you give some examples?

25         A    Laundry detergent, soap.

1          Q    Okay.  So let's just say the price of a

2    particular detergent goes from $5 to $5.50, is -- you

3    would then analyze the outcome of that price change?

4                MR. TAYLOR:  Objection.  Form.

5                You can answer.

6                THE WITNESS:  We would see the -- the markup

7           generated by that price change, but that -- beyond

8           that, I'm not sure what you're asking.

9    BY MR. MERINO:

10         Q    What is a markup?

11         A    When the price on one item goes from $5 to

12   $5.50, it will generate a 50 cent markup.

13         Q    So if the price of detergent goes from $5 to

14   $5.50, you would simply write a report that says the

15   markup was 50 cents?

16               MR. TAYLOR:  Objection.  Form.

17               THE WITNESS:  I wouldn't write a report.

18          It's generated in the system.

19   BY MR. MERINO:

20         Q    And what are some of the -- strike that.

21               The report that's generated within the

22   system, what's some of the data that it contains?

23         A    That specific report would just be the

24   markup.

25         Q    You mentioned you also work within supply

```
                                                    Page 13
```

 1   chain finance, right?

 2        A    I have a team that works there, yes.

 3        Q    Can you describe what exactly supply chain

 4   finance entails?

 5        A    That team works with the leaders in the

 6   supply chain organization to understand and forecast

 7   their expenses.

 8        Q    And what is it that you do as the leader of

 9   this team?

10        A    I work to ensure the accuracy and ensure that

11   we're challenging the assumptions that are built into

12   those forecasts, and then report to various teams

13   throughout the organization on our findings.

14        Q    What exactly are you working to ensure the

15   accuracy of?

16        A    Our forecasts.

17        Q    So who is it that generates the forecast?

18        A    On supply chain finance team, it's the number

19   of people that work within supply chain.

20        Q    So what are some of the things that you do to

21   ensure accuracy within the forecast that's been

22   generated?

23        A    Largely, challenge assumptions.

24        Q    What does it mean to challenge an assumption?

25        A    If there is an assumption that the -- that

1    the teams have rolled up that is not in line with trend

2    or suggests some shift, then I'll ask them about why

3    those changes would be occurring.

4         Q    Can you give an example where an assumption

5    has been rolled up which was not in line with trend?

6              MR. TAYLOR:  Objection.  Form.

7              You can answer.

8              THE WITNESS:  Productivity, which is measured

9         as cartons per hour, may be rolled up higher than

10        what we've been trending at.

11   BY MR. MERINO:

12        Q    What is it that you mean, "cartons per hour"?

13        A    That's our productivity measure in the

14   distribution centers.

15        Q    As in how many cartons per hour are shipped

16   out of the distribution centers?

17        A    Correct.

18        Q    Are there any trends that you've noticed in

19   your four years at -- at this position with respect to

20   the frequency of price markups?

21             MR. TAYLOR:  Objection.  Form.

22             You can answer.

23             THE WITNESS:  I'm sorry.  Repeat the

24        question.

25   BY MR. MERINO:

1      Q    Are there any trends that you've noticed with

2  respect to the frequency of price markups during your

3  four years in this position?

4           MR. TAYLOR:  Same objection.

5           THE WITNESS:  Nothing -- nothing that's

6       unexpected, no.

7  BY MR. MERINO:

8      Q    Have you noticed an increase in frequency and

9  price markups within the past few years?

10          MR. TAYLOR:  Objection.  Form.

11          You can answer.

12          THE WITNESS:  Not recently.  But we did have

13      an increase in markup activity, I would say, back

14      in 2022.

15  BY MR. MERINO:

16     Q    Are there metrics maintained anywhere as to

17  the -- let me strike that question.

18          Is there data that is housed somewhere that

19  provides the quantity of markups within a particular

20  period of time?

21     A    We -- we have the retail value of the

22  markups.

23     Q    My question is more so, let's just say you

24  wanted to get the amount of markups within a particular

25  week last year.  Let's just say the first week of

1    December 22nd.  Is there -- is that data readily

2    accessible?

3                MR. TAYLOR:  Objection.  Form.

4                You can answer.

5                THE WITNESS:  Yes.

6    BY MR. MERINO:

7         Q    Where is that data stored?

8         A    In our data warehouse.

9         Q    Are there any specific metrics that you can

10   provide as far as the increase in markup activity back

11   in 2022?

12               MR. TAYLOR:  Objection.  Form.

13               THE WITNESS:  I'm -- I'm -- what are you

14      asking for specifically?

15   BY MR. MERINO:

16        Q    Let's say year over year, 2022 compared with

17   2021, are you aware by how much there was an increase in

18   markup activity?

19        A    Not off the top of my head, no.

20        Q    But is that information, likewise, readily

21   accessible?

22               MR. TAYLOR:  Objection.  Form.

23               THE WITNESS:  Yes.

24   BY MR. MERINO:

25        Q    What goes into the decision to mark up the

Page 17

1   price of a product?

2           MR. TAYLOR:  Objection.  Form.

3           You can answer.

4           THE WITNESS:  There are a number of different

5       reasons.

6   BY MR. MERINO:

7       Q    Can you identify some of them?

8       A    The most prominent is a cost increase that we

9   receive from the vendors.

10      Q    The -- the actual price increase from the

11  vendor, is that any subset of data that you analyze

12  within your -- within your job?

13          MR. TAYLOR:  Objection.  Form.

14          THE WITNESS:  Not specifically.  Again, we

15      receive a report.

16  BY MR. MERINO:

17      Q    You said you receive a report?

18      A    Correct.

19      Q    Okay.  What report is that?

20      A    LIFO.  Last in, first out.

21      Q    Can you describe to me the contents of this

22  report.

23          (Mr. Dann joins deposition via Zoom.)

24      A    It's an accounting report, so the specifics

25  would have to be deferred to them.  But, fundamentally,

1    it reflects the inflation rate of our cost structure.

2         Q    What are some of the things that you look for

3    or analyze specifically within this LIFO report?

4         A    We just roll the tally up and -- to

5    understand the financial impact to the business.

6         Q    Are there ever any suggestions or

7    recommendations -- actually, let me strike that

8    question.

9              Who is it that you report to?

10        A    Chief financial officer.

11        Q    Who is the CFO?

12        A    Kelly Dilts.

13        Q    The -- the third category of your job

14   description entails price execution, right?

15        A    Correct.

16        Q    Can you describe to me in more detail what

17   your responsibilities are within price execution?

18        A    We key the prices into the system that are

19   expected at point of sale.

20        Q    What do you mean you key the prices into the

21   system?

22        A    The team receives requests for price changes

23   or retail changes, and the team keys those into the

24   system.  And then from there, it flows out into a number

25   of IT systems.

```
 1       Q    Are you messaging with somebody right now,
 2   Mr. Haug?
 3       A    I'm getting -- I've got my Teams on and I
 4   don't know how to shut it off.  So forgive me for a
 5   moment.  I'm trying to figure out how to do it right
 6   now, so...
 7            MR. TAYLOR:  Yeah, maybe we can go off the
 8        record for just one minute to get that turned off.
 9            THE WITNESS:  Yeah.  Give -- give me just a
10        moment here.  I'm sorry.  I don't know how to shut
11        it off.
12            THE VIDEOGRAPHER:  Are you ready to -- do you
13        want to go off the record, Mr. Merino?
14            MR. MERINO:  Sure.  We can go briefly off the
15        record.
16            THE VIDEOGRAPHER:  We are off the record at
17        11:31 a.m.
18            (Recess taken.)
19            THE VIDEOGRAPHER:  We are back on the record
20        at 11:31 a.m.
21   BY MR. MERINO:
22       Q    Mr. Haug, you mentioned that you key price
23   and retail changes into the system, right, you and your
24   team?
25       A    Retail changes, yes.
```

Page 20

```
1        Q    What's the difference between a price change
2   and a retail change, or is that the same thing?
3        A    My assumption is is they're the same thing.
4   It's the retail price at the shelf.
5        Q    From when you and your team key a retail
6   change into the system, how long does it take to reflect
7   at the point of sale?
8        A    It depends.
9        Q    Can you give me a range of time frames?
10       A    It depends on when you would want the price
11   to be active.  It could be anywhere from tomorrow to
12   eight weeks from now.
13       Q    Can you give me a little more detail into the
14   actual process itself of keying the retail changes into
15   the system?
16            MR. TAYLOR:  Objection.  Form.
17            You can answer.
18            THE WITNESS:  My team receives a request to
19        make the retail change, and then they key it into
20        the system for whatever is appropriate, and it goes
21        through an approval process.  And then that's the
22        extent of our involvement.
23   BY MR. MERINO:
24       Q    Are you the one that handles this approval
25   process?
```

Page 21

1      A      Not typically, but there are certain aspects

2   in which I'm part of the approval process.

3      Q      What aspects are those?

4      A      There are a couple of different reports that

5   if it falls outside the boundary of what was forecasted,

6   then it would go to me for approval.

7      Q      So did you typically receive forecasts of the

8   retail changes ahead of time?

9              MR. TAYLOR:  Objection.  Form.

10             You can answer.

11             THE WITNESS:  As it relates to markdown

12        forecasts, yes.  And as it relates to other price

13        changes, typically.

14   BY MR. MERINO:

15     Q      Does your approval process at all entail

16   ensuring that the shelf labels at the stores accurately

17   reflect the price that is being pushed to the store?

18             MR. TAYLOR:  Objection.  Form.

19             THE WITNESS:  No.

20   BY MR. MERINO:

21     Q      Do you know who is responsible for that?

22             MR. TAYLOR:  Objection.  Form.

23             THE WITNESS:  I am not sure, no.

24   BY MR. MERINO:

25     Q      So as far as keying the price changes into

```
 1    the system, again, can you describe that a little more
 2    in detail for me?  As an example, does that involve,
 3    like, manual entry?  Can you describe what the team
 4    actually does and how those retail changes get keyed
 5    into the system?
 6                MR. TAYLOR:  Objection.  Form.
 7                You can answer.
 8                THE WITNESS:  It's largely a manual entry.
 9        We have upload sheet -- upload Excel spreadsheet
10        options.  Some of them are systemic.
11    BY MR. MERINO:
12        Q    What do you mean by "some of them are
13    systemic"?
14        A    We have some, largely due to regulatory
15    reasons, where if the cost changes, the retail
16    automatically adjusts in the system.
17        Q    When you say "the cost changes," the cost of
18    what?
19        A    The cost of the item, that we pay.
20        Q    So this is what you pay the vendor for the
21    item?
22        A    Correct.
23        Q    So do you know -- do you know how many
24    products fall within this category of automatic retail
25    changes?
```

1        A    It's largely alcohol related.

2        Q    What about nonalcoholic products?

3        A    Those would largely go through manual entry.

4        Q    So can you describe a little more to me this

5    automatic adjustment process?

6            MR. TAYLOR:  Objection.  Form.

7            You can answer.

8            THE WITNESS:  As the cost is entered into the

9        system, the new cost that we've received from the

10       vendors, the system maintains a relative gap

11       between the shelf retail and the cost that we're

12       paying for the product.

13   BY MR. MERINO:

14       Q    I'm still having a little trouble

15   understanding.  So let's just say the -- the retail

16   price of a bottle of alcohol is $10 and the cost to

17   purchase it from the vendor is $5.  Right?  So is what

18   you're saying, that in some instances when -- if the

19   vendor were to increase the cost, let's say, from $5 to

20   $7, then the retail price would automatically increase

21   as well?

22       A    Correct.

23       Q    Are you aware of what dictates that automatic

24   increase?

25            MR. TAYLOR:  Objection.  Form.

1              You can answer.

2              THE WITNESS:  It's -- it's the spread that is

3         built into the system.

4    BY MR. MERINO:

5         Q    And you said that is the spread between the

6    shelf label price and the cost of the product?

7         A    Correct.

8         Q    So when -- when that automatic adjustment

9    happens, is your team at all involved in that price

10   change?

11             MR. TAYLOR:  Objection.  Form.

12             You can answer.

13             THE WITNESS:  We key in the cost.

14   BY MR. MERINO:

15        Q    Okay.  So -- so it's your team that receives

16   reports of increase in cost of the products; is that

17   correct?

18        A    As it relates to alcohol?

19        Q    Sure.  Or other products.

20        A    Not -- well, not all other products, no.

21        Q    Okay.  But for alcohol, yes?

22        A    For alcohol, the pricing team will receive

23   the new cost structure from the vendors and input that

24   into the system.

25        Q    Are there any other categories of products

Page 25

```
 1    for which your team receives similar reports?
 2         A    From a cost perspective, no.
 3         Q    Why is it that your team only gets reports
 4    for alcoholic products?
 5              MR. TAYLOR:  Objection.  Form.
 6              You can answer.
 7              THE WITNESS:  Those are the products that are
 8         in that system.  Again, there's regulations that
 9         are built around a number of these products.
10    BY MR. MERINO:
11         Q    Are you aware of what the regulations are?
12         A    I am not.
13         Q    Do you know why those products -- let me
14    strike that question.
15              When the vendor increases -- let me strike
16    that question.
17              When the vendor of an alcoholic product
18    increases the cost of said product, is your team the
19    first team that receives that report?
20              MR. TAYLOR:  Objection.  Form.
21              You can answer.
22              THE WITNESS:  I can't answer that question.
23    BY MR. MERINO:
24         Q    Who is it that you get the report from?
25         A    We may get them from the vendor.  We may get
```

1    them from somebody on the buying side.

2        Q    So when -- when you get these reports --

3    these alcoholic product reports and enter them -- let me

4    strike that question.

5            What is the typical turnaround time frame

6    from receiving said alcoholic product report to keying

7    it into the system?

8        A    It can -- it can vary.  Again, it depends on

9    how extensive and any number of factors.

10       Q    How extensive what?

11       A    How extensive the -- how broad-based the --

12   the change is.  The number of stores impacted, as an

13   example.

14       Q    So why would that affect the turnaround time

15   from receipt to entry in the system?

16       A    It's a store SKU entry that's done manually.

17       Q    So let's say, as an example, you receive a

18   cost increase for a bottle of alcohol chain-wide.  So

19   are you saying it would take longer for you to enter

20   that into the system than if it were for five stores,

21   because it has to be manually entered?

22            MR. TAYLOR:  Objection.  Form.

23            You can answer.

24            THE WITNESS:  It's actually not possible.

25   BY MR. MERINO:

Page 27

1        Q    What do you mean it's not possible?

2        A    There are no alcoholic beverage distributors

3   that are nationwide.

4        Q    Okay.  Within New York, who is the largest

5   alcoholic beverage distributor?

6        A    I have -- I don't know.

7        Q    What's the largest -- let me strike that

8   question.

9             In terms of number of stores affected, what's

10  the -- what's the largest quantity of stores that you've

11  seen with that type of cost change?

12             MR. TAYLOR:  Objection.  Form.

13             You can answer.

14             THE WITNESS:  I don't know.  I'd have to

15       research.

16  BY MR. MERINO:

17       Q    Have you seen over a thousand?

18       A    As I said, I don't know.

19       Q    Have you seen over five?

20       A    As I said, I don't know.

21             MR. TAYLOR:  Form.

22  BY MR. MERINO:

23       Q    Okay.  But -- so, nonetheless, once the

24  manual entry is complete, at that point, it gets

25  automatically uploaded into the system for the POS

Page 28

1  change?

2            MR. TAYLOR:  Objection.  Form.

3            You can answer.

4            THE WITNESS:  It depends on when the

5       effective date is.

6  BY MR. MERINO:

7       Q    Does the effective date -- let me strike that

8  question.

9            What determines the effective date?

10      A    The date the cost change would become

11 effective.

12      Q    What's the typical notice that the change --

13 ahead of time of the cost change?

14            MR. TAYLOR:  Objection.  Form.

15            THE WITNESS:  We may get a week.

16 BY MR. MERINO:

17      Q    Okay.  Is it at least a week?  Up to a week?

18 On average a week?

19      A    I -- I -- I can't -- I don't have the

20 statistics on what's average, normal, or -- or anything

21 else.  But I believe typically we get notice in --

22 within a week.

23      Q    Once -- so once your team keys that into the

24 system, are you aware of any other checks that are in

25 place before the price of that product hits the shelves?

Page 29

1          MR. TAYLOR:  Objection.  Form.

2   BY MR. MERINO:

3       Q    I'm sorry.  Let me strike that question.

4          Once you enter that into the -- the system,

5   are you aware of any other checks or approval processes

6   before the price hits the POS?

7          MR. TAYLOR:  Objection.  Form.

8          THE WITNESS:  We make sure that the buyer for

9       that area is aware and is aligned with what the

10      impact of that is.  Past that point, it goes

11      through IT.

12  BY MR. MERINO:

13      Q    What do you mean "the buyer for that area"?

14      A    We have a buyer that's responsible for, in

15  this case, alcohol products.

16      Q    So do you have -- and this buyer, is this a

17  Dollar General employee as well?

18      A    Yes.

19          MR. MERINO:  Trent, if you want, I'm fine

20      with taking a lunch break now.  I know you

21      mentioned 11:45.

22          MR. TAYLOR:  Yeah, it was actually 12:45.

23      So, I mean, it's up to you.  Remember, we're on

24      Central.

25          MR. MERINO:  Oh.  Oh, I'm sorry.  I got the

```
 1        -- I got the -- the time frame mixed up.  Okay.
 2        No, no.  We can -- we can keep going.  Sorry about
 3        that.
 4   BY MR. MERINO:
 5        Q    Okay.  So are you aware of any -- any checks
 6   that are in place to ensure that the shelf label for
 7   that alcoholic product is in place before the price is
 8   updated at the POS system?
 9             MR. TAYLOR:  Objection.  Form.
10             THE WITNESS:  I'm not aware of that, no.
11   BY MR. MERINO:
12        Q    When you receive price changes -- excuse me.
13   Let me strike that question.
14             When you receive a request for retail or
15   price changes, are these requests for price changes
16   chain-wide?  Are they -- does each store differ as the
17   price changes?  Is it a little bit of both?  Can you
18   give me a bit more detail as to kind of what that scope
19   is in terms of stores?
20             MR. TAYLOR:  Objection.  Form.
21             THE WITNESS:  Each store -- each store can be
22        different, I guess.
23   BY MR. MERINO:
24        Q    Are there instances where price changes are
25   rolled out chain-wide?
```

1          A      Yes.

2          Q      Are there instances where the exact same

3     price change for a particular product is rolled out

4     chain-wide?

5                 MR. TAYLOR:  Objection.  Form.

6                 THE WITNESS:  I'm sorry.  Can you repeat?

7     BY MR. MERINO:

8          Q      Are there instances where the exact same

9     price change for a particular product is rolled out

10    chain-wide?

11         A      Yes.

12                MR. TAYLOR:  Objection.  Form.

13                You can answer.

14                THE WITNESS:  Sorry.  Yes.

15    BY MR. MERINO:

16         Q      And what dictates the scope of stores that

17    the price change is to effectuate?

18         A      It's based on the request that we receive.

19         Q      Are most requests that you receive for price

20    changes chain-wide?

21                MR. TAYLOR:  Objection.  Form.

22                THE WITNESS:  I couldn't say definitively one

23         way or another.

24    BY MR. MERINO:

25         Q      How many price changes -- let me strike that

```
 1   question.
 2              How frequently does your team receive price
 3   changes?
 4              MR. TAYLOR:  Objection.  Form.
 5              You can answer.
 6              THE WITNESS:  We -- we typically roll price
 7         changes out weekly.
 8   BY MR. MERINO:
 9        Q    Are there instances where they are rolled out
10   more frequently than that?
11        A    Only in the rarest of occasions.  In other
12   words, if there is a recall.
13        Q    And what about if the price of a product was
14   marked up incorrectly?
15              MR. TAYLOR:  Objection.  Form.
16   BY MR. MERINO:
17        Q    Has your team encountered such a request
18   before?
19              MR. TAYLOR:  Same objection.
20              THE WITNESS:  When you're -- when you're
21         asking that question, what -- at what point in the
22         process are you asking?
23   BY MR. MERINO:
24        Q    At the POS.
25        A    If we key in a price and we make a mistake,
```

Page 33

```
 1   then it will -- it will flow through the system, but the

 2   shelf strip would also reflect the miskeyed price.  So

 3   there is still no discrepancy at the point of sale.

 4        Q    How is it that you know that the shelf strip

 5   would reflect the same price?

 6             MR. TAYLOR:  Objection.  Form.

 7             You can answer.

 8             THE WITNESS:  When we enter the price, if

 9        there is a change in retail, the system

10        automatically generates a new label for the

11        impacted stores.

12   BY MR. MERINO:

13        Q    At what point in the price change process is

14   -- does the system generate a new label for the impacted

15   stores?

16             MR. TAYLOR:  Objection.  Form.

17             THE WITNESS:  I don't have the specifics if

18        you're asking for timing.  That would be an IT

19        question.

20   BY MR. MERINO:

21        Q    Do you know if it happens after your team

22   inputs the price changes into the system?

23             MR. TAYLOR:  Objection.

24             THE WITNESS:  It would be after they were

25        approved.
```

```
 1   BY MR. MERINO:
 2        Q    So once the labels are generated after the
 3   price is changed, how is it that the label makes its way
 4   from the system into the store?
 5                MR. TAYLOR:  Objection.  Form.
 6                THE WITNESS:  I don't know.
 7   BY MR. MERINO:
 8        Q    If we wanted to go back and look at a
 9   particular price change for a specific product at a
10   specific store, let's say a gallon of milk at a store in
11   Queens, New York, and you wanted to look at the price
12   change around December 1st, are you aware if you could,
13   in a sense, reverse engineer and see all of the stores
14   which were impacted by that particular price change?
15                MR. TAYLOR:  Objection.  Form.
16                You can answer.
17                THE WITNESS:  I'm not sure that I could
18           reverse engineer.  I could see when we keyed the
19           price change in and when the effective date for
20           that was.
21   BY MR. MERINO:
22        Q    So -- and I may be using the wrong term here.
23   But maybe a better way to say it, if -- if someone came
24   to you and said, Mr. Haug, I want to know all of the
25   stores which were affected -- let me strike that
```

```
 1   question --
 2              -- Mr. Haug, I want to know all of the stores
 3   which had this price change to this product that we see
 4   here at this particular store, is that information that
 5   you're able to readily identify?
 6              MR. TAYLOR:  Objection.  Form.
 7              You can answer.
 8              THE WITNESS:  I'd have to research.
 9   BY MR. MERINO:
10       Q    Are there spreadsheets that you maintain
11   which provide a list of all stores which are affected by
12   any particular retail chain -- change?
13              MR. TAYLOR:  Objection.  Form.
14              THE WITNESS:  There are no spreadsheets that
15        I'm aware of where we maintain store SKU changes.
16   BY MR. MERINO:
17       Q    So your team, as part of its process, will
18   input the change as well as the affected stores for any
19   particular product, right?
20              MR. TAYLOR:  Objection.  Form.
21              THE WITNESS:  Correct.
22   BY MR. MERINO:
23       Q    And where is it that you enter that
24   information to?
25       A    The system it's keyed into is GOLD.  It's the
```

Page 36

```
 1   system name.
 2        Q    How long has Dollar General been using GOLD?
 3        A    I couldn't answer that question.
 4        Q    Have they been using GOLD as long as you've
 5   been employed there?
 6        A    I -- I'm not entirely sure, but I wouldn't be
 7   surprised.
 8        Q    Have they been using GOLD within the four
 9   years that you've been within this VP position?
10        A    Yes.
11        Q    Are you aware if one, through GOLD, can
12   access historical data and records of past price
13   changes?
14             MR. TAYLOR:  Objection.  Form.
15             THE WITNESS:  Off the top of my head, I'm not
16        sure, no.
17   BY MR. MERINO:
18        Q    So once your team inputs and approves the
19   retail change, you said from there it goes to IT, right?
20             MR. TAYLOR:  Objection.  Form.
21             THE WITNESS:  It flows through the system.
22   BY MR. MERINO:
23        Q    Do you know what happens as it flows through
24   the system?
25        A    I -- I'm not aware of the specifics, no.
```

```
                                                    Page 37

 1        Q    So in terms of once the price change leaves

 2   your team to when it hits the POS, you have no knowledge

 3   of what happens in between, right?

 4              MR. TAYLOR:  Objection.  Form.

 5              THE WITNESS:  That's correct.

 6   BY MR. MERINO:

 7        Q    Are there instances where IT may kick back a

 8   particular price change?

 9              MR. TAYLOR:  Objection.  Form.

10              THE WITNESS:  Not that I've ever seen.

11   BY MR. MERINO:

12        Q    When your team receives a request for a price

13   change, does it typically affect more than one store at

14   once?

15              MR. TAYLOR:  Objection.  Form.

16              THE WITNESS:  Typically, yes.

17   BY MR. MERINO:

18        Q    How is it that your team is provided with the

19   list of stores?

20              MR. TAYLOR:  Objection.  Form.

21              THE WITNESS:  It depends on what the -- what

22        the request is about.

23   BY MR. MERINO:

24        Q    Can you give me some examples?

25        A    If it is a price change on a core replenished
```

Page 38

```
 1   item, we'll receive a spreadsheet from the price
 2   strategy team that shows what the price in various zones
 3   should be, and then we'll key that in accordingly.
 4        Q    So are the Dollar General stores organized
 5   within different zones?
 6        A    Yes.  There are a number of different
 7   organizational structures.
 8        Q    And how many different zones are there?
 9        A    Off the top of my head, I don't have the
10   exact number, but in the neighborhood of 20 to 25.
11        Q    Are these zones organized geographically?
12             MR. TAYLOR:  Objection.  Form.
13             THE WITNESS:  Largely, no.
14   BY MR. MERINO:
15        Q    Okay.  How is it that they're generally
16   organized?
17             MR. TAYLOR:  Objection.
18             THE WITNESS:  There are a number of different
19        factors that go into the creation of the zones.
20        Competitive --
21   BY MR. MERINO:
22        Q    What are some of these -- go ahead.
23        A    Competition.  We may have a test zone.  And
24   there are a number of different factors that can go into
25   the creation of a zone.
```

1          Q    Do you know how many zones there are in New

2     York's stores?

3          A    I do not, no.

4          Q    So what you're saying is, for any -- a price

5     change on any one product, there may be different zones

6     which all receive a request for a price change, but each

7     zone has specifically a different price change within

8     that zone; is that an accurate statement?

9               MR. TAYLOR:  Objection.  Form.

10              THE WITNESS:  Not entirely, no.

11    BY MR. MERINO:

12         Q    Okay.  What's inaccurate about it?

13         A    It may be -- it may only be -- it may be the

14    same price across all the zones or it may only be one or

15    two different prices that are shared across all the zone

16    structure.

17         Q    So, typically, the most, in terms of

18    variance, that you see in price change for any

19    particular product might be one or two different price

20    changes?

21              MR. TAYLOR:  Objection.  Form.

22              THE WITNESS:  Yeah, probably in the two to

23         three range.

24    BY MR. MERINO:

25         Q    Are there instances where, in your approval

Page 40

1    process, you rejected a particular request for a price

2    change?

3            MR. TAYLOR:  Objection.  Form.

4            THE WITNESS:  Yes.

5    BY MR. MERINO:

6        Q    And what are some of the reasons why you have

7    rejected a price change?

8        A    If the item is prepriced, if the item is

9    subject to -- it's in the middle of going through a

10   planogram reset, our intent is not to disrupt and create

11   any kind of discrepancies.

12       Q    How is it that your team knows whether or not

13   a particular product for which you've received a price

14   change request is, you know, prepriced or subject to a

15   planogram reset?

16       A    Part of the process is to review for any

17   condition that would otherwise put the item in a

18   blackout.

19       Q    What is a blackout?

20       A    Where we would avoid taking the price within

21   that window.  Changing the price, rather, within that

22   window.

23       Q    So if a product is prepriced, that's one

24   reason where an item may be put in a blackout?

25       A    Correct.

1        Q    Why is that?

2        A    If the item is already prepriced at $2 and we

3    receive a price change to $1.75, then we would hold off

4    on that until that can be reconciled.

5        Q    How is it you determine if a product is

6    prepriced or not?

7        A    One moment.  I'm still getting dinged here.

8    I need to --

9              MR. TAYLOR:  Okay.

10             THE WITNESS:  I've come off.  I'm on do not

11        disturb.  I'm sorry.

12             MR. TAYLOR:  Okay.  Can we go off the record

13        for just one second?

14             MR. MERINO:  Yeah.  Yeah.  We'll go off the

15        record.

16             THE VIDEOGRAPHER:  We are off the record at

17        12:07 p.m.

18             (Recess taken.)

19             THE VIDEOGRAPHER:  We are back on the record

20        at 12:09 p.m.

21    BY MR. MERINO:

22        Q    Mr. Haug, for any particular product for

23    which you receive a price change request, how is it

24    determined, let's say, if that product is prepriced or

25    not?  Is that information provided to you?  Do you need

Page 42

```
 1    to verify that yourself?  How is it that your team finds
 2    out?
 3               MR. TAYLOR:  Objection.  Form.
 4               THE WITNESS:  It's in the item master file.
 5    BY MR. MERINO:
 6         Q    Okay.  What is an -- I'm sorry.  What is an
 7    item master file?
 8         A    It's a -- it's a file that contains all of
 9    our SKUs and attributes associated with those SKUs.
10         Q    What are some of the attributes that are
11    associated with those SKUs?
12         A    The vendor, whether it's prepriced, the item
13    description.  There's quite a number of them.
14         Q    And is that information provided to you along
15    with the price change request?
16         A    Typically, no.
17         Q    Okay.  But is that information readily
18    accessible to you and your team?
19               MR. TAYLOR:  Objection.  Form.
20               THE WITNESS:  We research.  Yes.
21    BY MR. MERINO:
22         Q    And is that information stored within Dollar
23    General's systems?
24         A    Yes.
25         Q    And what ultimately determines how long a
```

1    product is in a blackout?

2         A    It depends on what the reason is.  If it's --

3         Q    Let's say it's because a product is

4    prepriced.

5         A    Until we receive confirmation that the

6    product is either -- is not prepriced or that the price

7    change would not impact the preprice, it would remain on

8    blackout.

9         Q    So are you and your team then the individuals

10   responsible for determining whether a product is marked

11   a blackout or not?

12             MR. TAYLOR:  Objection.  Form.

13             THE WITNESS:  We notify the teams who submit

14       it for the price request.  That's it.

15   BY MR. MERINO:

16        Q    So did you actually make -- let me strike

17   that question.

18             Do you and your team actually make the

19   decision to put it in a blackout or do you simply

20   recommend that a product be put in a blackout?

21             MR. TAYLOR:  Objection.  Form.

22             THE WITNESS:  We simply note that an item

23       qualifies for being within the blackout.

24   BY MR. MERINO:

25        Q    Who decides whether or not an item is

Page 44

1  ultimately blacked out?

2            MR. TAYLOR:  Objection.  Form.

3            THE WITNESS:  The teams that submitted it

4       will either offer an explanation or delay their

5       price change.

6  BY MR. MERINO:

7       Q    When a product is prepriced, is that an

8  instance where the price of that product is the same at

9  every store which sells that product?

10            MR. TAYLOR:  Objection.  Form.

11            You can answer.

12            THE WITNESS:  I would say, by and large,

13       that's the case.

14  BY MR. MERINO:

15       Q    Have you seen examples where that's not the

16  case?

17       A    I can't think of anything specific, but I'm

18  -- there is -- yeah, I can't think of anything specific

19  at this point.

20       Q    So if you receive a price request for a

21  prepriced product, is it safe to say the stores affected

22  would and should be every store that sells that product?

23            MR. TAYLOR:  Objection.  Form.

24            THE WITNESS:  I'm sorry.  Can you rephrase?

25  BY MR. MERINO:

1      Q    Sure.  Let's say that you receive a price

2    request -- a price change request for a prepriced

3    product.  Is it safe to say that the scope of stores

4    affected are all stores which sell that prepriced

5    product?

6              MR. TAYLOR:  Same objection.

7              THE WITNESS:  Yeah.  Any -- any of the stores

8         that would have that on hand.

9    BY MR. MERINO:

10     Q    Have you seen instances where, for whatever

11   reason, a POS for a prepriced product is ringing up a

12   higher price than the actual marked price on a product?

13             MR. TAYLOR:  Objection.  Form.

14             THE WITNESS:  I'm -- I'm not familiar with

15        that, no.

16   BY MR. MERINO:

17     Q    You mentioned another potential reason to

18   reject a price change is if a product is subject to a

19   planogram reset, right?

20     A    Correct.

21     Q    Why would that be a reason to reject a price

22   change?

23             MR. TAYLOR:  Objection.  Form.

24             You can answer.

25             THE WITNESS:  If the price change would

Page 46

1          potentially conflict with the shelf strips that are

2          going up on -- for that particular planogram, we

3          wouldn't want the conflict.

4     BY MR. MERINO:

5          Q    What exactly is a planogram reset?

6          A    It's where a particular group of products are

7     -- basically, we introduce new products, discontinue old

8     ones, and a number of other activities, I guess, that

9     get associated with that.

10         Q    What goes on during a planogram reset?

11              MR. TAYLOR:  Objection.  Form.

12              THE WITNESS:  I -- I couldn't speak to that.

13    BY MR. MERINO:

14         Q    So is the concern that if a product is in the

15    middle of a reset and a price change is pushed out, that

16    the shelf label, which is part of that reset, won't

17    reflect the price that was pushed out?

18              MR. TAYLOR:  Objection.  Form.

19              You can answer.

20              THE WITNESS:  The shelf label would reflect

21         the price update.  The concern would be that if a

22         store resets after that, they could pull that shelf

23         strip.  They could pull that label down.

24    BY MR. MERINO:

25         Q    So is it -- is it typical that planogram

```
 1    resets are done in conjunction -- let me strike that
 2    question.
 3              Okay.  So the concern is that the price
 4    change would update, then there would be a planogram
 5    reset, and in conjunction with that reset, a label would
 6    be put on which does not reflect the update.  Is that an
 7    accurate statement of the concern?
 8              MR. TAYLOR:  Objection.  Form.
 9              You can answer.
10              THE WITNESS:  That's the concern, yes.
11    BY MR. MERINO:
12         Q    How long do planogram resets usually take?
13         A    It depends on the reset.
14         Q    Can you give a range of the length of time it
15    might take?
16              MR. TAYLOR:  Objection.  Form.
17              THE WITNESS:  It could be one day to three
18        weeks.
19    BY MR. MERINO:
20         Q    Why would a planogram reset take three weeks
21    to complete?
22         A    If we have a third party supporting it.
23         Q    Who would the third party be that's
24    supporting the planogram reset?
25         A    I can't speak to if there are others, but
```

Page 48

1    Driveline is the only one that comes to mind.

2         Q    Is -- so Driveline is a third-party vendor

3    hired by Dollar General to perform some of these

4    planogram resets?

5              MR. TAYLOR:  Objection.  Form.

6              You can answer.

7              THE WITNESS:  Yes.  I'm not sure how

8         extensively they're used, though.

9    BY MR. MERINO:

10        Q    Why is it that Driveline would take three

11   weeks to complete a planogram reset?

12             MR. TAYLOR:  Objection.  Form.

13             THE WITNESS:  I couldn't answer that

14        question.

15             MR. TAYLOR:  Javier, I need to use the

16        restroom.  So it doesn't have to be right this

17        second, but if you want to find a good stopping

18        spot in the next few minutes, maybe we could go

19        ahead and do that and go ahead and take our lunch

20        break as well.

21             MR. MERINO:  Yeah, you know, I'm fine if you

22        want to take a lunch break now.  We can come back

23        in half an hour.  Is that fine with you, Trent?

24             MR. TAYLOR:  Yeah.

25             MR. MERINO:  Okay.

Page 49

1          MR. TAYLOR:  That works.

2          MR. MERINO:  Okay.  So do you want to come

3      back at 1:50?  Is that enough time?

4          MR. TAYLOR:  It should be.  If -- if -- you

5      know, if we get held up in a line or something, it

6      may be a few minutes past that, but we'll try our

7      best.

8          MR. MERINO:  Okay.  All right.  Sounds good.

9      We'll do that.

10         THE VIDEOGRAPHER:  This is the end of Media

11     Unit Number 1.  We are off the record at 12:21 p.m.

12         (Recess taken from 12:21 p.m. to 1:02 p.m.)

13         THE VIDEOGRAPHER:  This is the beginning of

14     Media Unit Number 2.  We are on the record at

15     1:02 p.m.

16  BY MR. MERINO:

17     Q    Mr. Haug, when you push out price labels to

18  stores, is there any way that you verify that the labels

19  -- let me restate that question.

20         As part of your process of pushing prices out

21  to stores, is there any process that you or your team

22  undertake to make sure that the shelf labels at the

23  store accurately reflect the new price?

24         MR. TAYLOR:  Objection.  Form.

25         You can answer.

1            THE WITNESS:  Not my team specifically, but I
2       believe there are other processes on the store
3       operations side.
4  BY MR. MERINO:
5       Q    What processes are those?
6       A    I'm not familiar with that, no.
7       Q    So when you push out a price to a store, you
8  don't know for sure what the shelf label for that price
9  is reflecting at that time; is that a fair statement?
10           MR. TAYLOR:  Objection.  Form.
11           THE WITNESS:  Please clarify what you're
12       asking.
13  BY MR. MERINO:
14       Q    If you push a product -- let me -- let me
15  strike that question.
16           Before a price change of a product takes
17  effect at a store, is there any way that you or your
18  team know for sure that the shelf label in place has
19  been updated to reflect the change -- the price change?
20           MR. TAYLOR:  Objection.  Form.
21           THE WITNESS:  When the price change -- excuse
22       me.  When the price change goes live, somewhere
23       within that process, a label update is sent to the
24       stores.
25  BY MR. MERINO:

Page 51

1    Q    Now, when price changes are updated, how is

2  it that the shelf labels get updated?

3              MR. TAYLOR:  Objection.  Form.

4              THE WITNESS:  I'm not -- I'm not familiar

5      with the technical process.

6  BY MR. MERINO:

7    Q    Is it done through force prints?

8    A    When we make price changes, the -- it's

9  generated automatically.

10   Q    When you say "generated automatically," is it

11  automatically printed at the local store?

12   A    Again, I'm not familiar with what the store

13  process is.

14   Q    But I want to go back to this blackout

15  process.  You mentioned one of the reasons you may

16  notify that a product is -- qualifies for blackout is

17  that it is prepriced; is that right?

18   A    That's correct.  And when -- if -- if the

19  item at the time that we pull the data is flagged as

20  prepriced, an item master will notify the teams.

21   Q    But is it -- is it the policy then that the

22  price does not roll out until -- until the actual

23  prepriced label on the product itself is updated?

24              MR. TAYLOR:  Objection.  Form.

25              THE WITNESS:  There are any number of reasons

Page 52

```
 1       we would still roll a price out or hold it back.
 2   BY MR. MERINO:
 3       Q    Okay.  What's a reason why you would still
 4   roll it out?
 5       A    If modifications have been made to sticker
 6   over the preprice.  If -- well, that's one example,
 7   anyway.
 8       Q    When you say a modification made to the
 9   sticker over the preprice, who is implementing the
10   modification?
11       A    I can't speak to that.  Again, I don't know
12   how that process works.
13       Q    Does that involve a label being force printed
14   over the -- over the prepriced product packaging?
15       A    Again --
16            MR. TAYLOR:  Objection.  Form.
17            THE WITNESS:  -- I'm not aware of what the
18       actual process would be.
19   BY MR. MERINO:
20       Q    So who is it that makes the determination as
21   to whether a file remains in blackout or not?
22            MR. TAYLOR:  Objection.  Form.
23            THE WITNESS:  The teams that ultimately get
24       notified will make the determination whether or not
25       it warrants superseding the blackout.
```

Page 53

1    BY MR. MERINO:

2        Q    And what team is that -- or what teams?

3        A    It may be the price strategy team, as an

4    example.

5        Q    Who has that team?

6        A    Nick Snow.

7        Q    So if Nick Snow comes back to you and says

8    that your blackout notification is rejected, do you at

9    that point then push the price out to the store?

10            MR. TAYLOR:  Objection.  Form.

11            You can answer.

12            THE WITNESS:  At that point we would execute

13        on whatever day they've asked for execution.

14            MR. MERINO:  I'd like to introduce what's

15        been premarked as Exhibit 1.

16            (Exhibit 1 was marked for identification.)

17    BY MR. MERINO:

18        Q    I'm using the same Exhibit Share software.

19    Let me know once you -- once you see it.

20        A    I can see it.

21        Q    Did you review this document before today's

22    deposition?

23        A    I've seen it before, but I did not read it in

24    depth.

25        Q    How much time did you spend preparing for

Page 54

1    today's deposition?

2         A    I don't know exactly, but give or take six or

3    seven hours.

4         Q    Was that over one day?  Was that over two

5    days?  More?

6         A    One day.

7         Q    What day was that?

8         A    Yesterday.

9         Q    Was that preparation with your counsel?

10        A    Excuse me.  Yes, it was with my counsel.

11        Q    Was there anybody else at Dollar General that

12   you had discussions with in preparation for today's

13   deposition?

14        A    No.

15        Q    What documents did you review in preparation

16   for today's deposition?

17        A    I -- we went -- we went over a number of

18   documents.  I -- it was a little bit of drinking through

19   a fire hose.

20        Q    Okay.  Do you recall what some of those

21   documents were?

22        A    No, not -- not specifically.  No, I don't.

23        Q    So you don't remember any of the documents

24   that you reviewed preparing for today?

25        A    All I can do is say -- tell you whether

Page 55

1    something looked familiar or not.  And so the document

2    that you're showing looks familiar.  But beyond that, I

3    couldn't address the specific...

4          Q    Did you review any pricing audits for today?

5                MR. TAYLOR:  Objection.  Form.

6                THE WITNESS:  I'm -- you'd have to be

7          specific as far -- I'm not sure what you mean by

8          "pricing audits."

9    BY MR. MERINO:

10          Q    Did you review any government pricing audits

11    in preparation for today?

12          A    There -- there may have been one or two.  I

13    don't -- I don't recall specifically.

14          Q    Mr. Haug, did you have a discussion with your

15    counsel while we were on break?

16          A    About this deposition?

17          Q    Yes.

18          A    No.

19                MR. MERINO:  Okay.  I'm introducing what's

20          been premarked as Exhibit 2.

21                (Exhibit 2 was marked for identification.)

22    BY MR. MERINO:

23          Q    Mr. Haug, let me know once you have it up.

24          A    I have it up.

25          Q    Do you see there on the first page,

Page 56

1    Bates-stamped 2950, the reference to ERM high risk

2    dashboard?

3         A    Yes.

4         Q    Okay.  Can you describe what the ERM high

5    risk dashboard is?

6         A    I'm not familiar with what the dashboard is.

7    I've not -- I've not seen it.

8         Q    Are you aware that you were one of the direct

9    recipients of this email?

10        A    Yes.

11        Q    And your testimony today is that you are not

12   aware of what that dashboard is?

13        A    I have not seen the dashboard.  I -- I know

14   what this was in reference to, but not specifically with

15   regards to the dashboard, no.

16        Q    Okay.  And what was this in reference to?

17        A    On a quarterly basis, I meet with the

18   internal audit team to discuss -- you can see some of

19   the bullets there around -- again, based on forecasts

20   and risks and opportunities to the business.

21        Q    Who else participates in your meeting with

22   the quarterly audit team?

23        A    The five that you see there.

24        Q    Do you discuss the pricing audits during

25   those meetings?

Page 57

1              MR. TAYLOR:  Objection.  Form.

2              You can answer.

3              THE WITNESS:  No, I do not.

4    BY MR. MERINO:

5        Q    Does anybody discuss pricing audits during

6    those meetings?

7              MR. TAYLOR:  Same objection.

8              THE WITNESS:  Not that I recall.

9    BY MR. MERINO:

10       Q    Mr. Haug, can you scroll to page 16 of the

11   PDF?  It's Bates-stamped 2965.  Let me know once you're

12   there.

13       A    I'm sorry.  Is this a new file?

14       Q    It's the same one, so just keep scrolling

15   down.  When in the Exhibit Share, if you scroll to

16   page 16, you'll see it there.  The Bates stamp on the

17   bottom is 2964.

18       A    2964?

19       Q    Yes.  Do you see that there where it --

20       A    Looking at this directly, it says 2964 is

21   showing as redacted, nonresponsive.

22       Q    I apologize.  2965.

23       A    Okay.  I'm there.

24       Q    Okay.  So this is the dashboard that was

25   attached to that email from Lindsay to you, right?

```
1            MR. TAYLOR:  Objection.  Form.
2            THE WITNESS:  I -- I -- I can't answer.
3       Yeah, if that's what you're saying.  I did not look
4       at the attachments to the email.
5  BY MR. MERINO:
6       Q    You see where it says there, under general
7  compliance, "Outlook:  Neutral/Negative"?
8       A    Yes.
9       Q    And it says, "Risk:  Noncompliance with
10 applicable laws and regulations could result in
11 significant fines and negative brand perception"?
12      A    I see where it reads that, yes.
13      Q    Do you know why that would be highlighted on
14 this ERM risk -- high risk dashboard?
15           MR. TAYLOR:  Objection.  Form.
16           Sorry, Javier.  When you say "highlighted,"
17      do you mean, like, with yellow ink?  Because that's
18      not on the copy we have.
19           MR. MERINO:  I just mean -- I'll rephrase the
20      question.
21 BY MR. MERINO:
22      Q    Do you know why this was specifically denoted
23 with this dashboard?
24      A    No, I do not know.
25      Q    Do you know why you were included on the
```

Page 59

1    email?

2              MR. TAYLOR:  Objection.  Form.

3              THE WITNESS:  Because in my role of

4         forecasting the sales and margin for the business,

5         I have a perspective, I suppose, to offer.

6    BY MR. MERINO:

7         Q    Would that perspective at all be related to

8    the on-shelf price matching the register price?

9         A    No.

10             MR. TAYLOR:  Objection.  Form.

11             THE WITNESS:  It would not.

12   BY MR. MERINO:

13        Q    What about the frequency of price changes?

14             MR. TAYLOR:  Same objection.

15             THE WITNESS:  I'm sorry.  What about?  What's

16        -- what's the question?

17   BY MR. MERINO:

18        Q    I'll strike that question.  Do you see that

19   statement there that starts with -- it's under "Outlook:

20   Neutral/Negative?"  It's the last sentence in that

21   paragraph.  Do you see there where it says:  "Given

22   inflationary pressures" -- sentence?

23        A    Yes, I see that sentence.

24        Q    Why is it that the frequency of price changes

25   would have any effect on there being a price

```
                                                   Page 60
 1   discrepancy?
 2              MR. TAYLOR:  Objection.  Form.
 3              You can answer.
 4              THE WITNESS:  I'm not sure that I can speak
 5         to why that would be the case.
 6   BY MR. MERINO:
 7         Q    Do you know who could speak to that?
 8         A    No, I don't.
 9         Q    Do you know if any of the -- one of the five
10   individuals on that email would be someone that could
11   speak to that?
12              MR. TAYLOR:  Objection.  Form.
13              THE WITNESS:  Again, I'm -- I -- I'm not -- I
14         didn't write this, so I'm not sure where that
15         statement came from.
16   BY MR. MERINO
17         Q    But you were asked for your input in response
18   to this dashboard that was put together, right?
19              MR. TAYLOR:  Objection.  Form.
20              THE WITNESS:  I was asked for input with
21         regards to the areas -- my -- I guess my area of
22         expertise or my area of focus.
23   BY MR. MERINO:
24         Q    And what areas would that be?
25         A    Sales and margin forecasting.
```

Page 61

1      Q    But you identified one of your areas of work

2   as price execution, right?

3      A    Yes.  Price execution goals for me.

4      Q    And your -- is it -- it's accurate to say

5   that you are the last stop before IT, before the price

6   hits -- before there is a price change at the POS?

7           MR. TAYLOR:  Objection.  Form.

8           THE WITNESS:  I guess I'm not sure what

9       you're asking specifically.

10  BY MR. MERINO:

11     Q    I'll strike that question.

12          MR. MERINO:  I'm sharing here what's been

13      premarked as Exhibit 3.

14          (Exhibit 3 was marked for identification.)

15          THE WITNESS:  Okay.

16  BY MR. MERINO:

17     Q    Do you see this document?

18     A    I see it, yes.

19     Q    Can you scroll to the last page, Bates-stamp

20  9494?

21     A    I'm there.

22     Q    Whose -- whose -- do you see the email from

23  you to Philip Trentle dated June 20th?

24     A    I do.

25     Q    Sorry.  If you could just give me one quick

Page 62

```
 1   second.
 2           Sorry about that.  Can you describe to me
 3   what it is that you're emailing Mr. Trentle about?
 4       A    I believe a request was made to look at the
 5   potential of force printing labels to ensure price
 6   integrity as the perishables reset was underway.
 7       Q    So what was your involvement in the
 8   perishables reset?
 9       A    My -- well, I -- I'm not involved in the
10   perishables reset.
11       Q    Then why is it that you're emailing
12   Mr. Trentle about the perishables reset if you're not
13   involved in the reset?
14       A    As if, in this case, Mr. Miller requested a
15   forced print of labels associated with his reset, again,
16   to ensure price integrity.  And so that would be where
17   my team's involvement would be, at that request.
18       Q    So Mr. Miller emailed you requesting a force
19   print?
20           MR. TAYLOR:  Objection.  Form.
21           THE WITNESS:  My guess is he called me,
22      because I don't have an earlier email to this.
23   BY MR. MERINO:
24       Q    Okay.  But why is that he would call you
25   about a force print when your responsibilities are only
```

Page 63

1    with price execution?

2              MR. TAYLOR:  Objection.  Form.

3              You can answer.

4              THE WITNESS:  We can force print labels in

5        select instances, particularly -- and it happens

6        occasionally around resets to ensure the integrity

7        of the pricing as a planogram is resetting.

8    BY MR. MERINO:

9         Q    When you say "we can force print," are you

10   the one actually printing the labels?

11        A    No.

12        Q    Or your team?

13        A    No.

14        Q    Who is the one that's printing the labels?

15        A    That would happen at the store.

16        Q    Can you describe to me what the -- the

17   perishables reset?  What does that mean exactly?

18        A    As we discussed earlier, around planogram

19   resets, perishables is just one of the departments that

20   would be going through a planogram reset.

21        Q    When you receive a request for price changes,

22   are they ever categorized by a planogram?

23        A    Not that I recall.

24        Q    I guess, right -- and help me try to

25   understand, though.  Right?  I'm confused about why --

Page 64

```
 1    why you, on -- on price execution, right -- your team

 2    pushes prices out.  Why is it that you would be getting

 3    involved in terms of force printing labels?  Because

 4    that wasn't any of the -- the job descriptions that you

 5    provided to me earlier.

 6               MR. TAYLOR:  Objection.  Form.

 7               You can answer.

 8               THE WITNESS:  The team, upon request, can

 9          generate an Excel file that will create a force

10          print.  And so that's where the request would come

11          through.

12    BY MR. MERINO:

13          Q    When you say "team," that's your team?

14          A    That's --

15          Q    Price execution team?

16          A    That's my price execution team, yes.

17          Q    Who -- who submits that request to the price

18    execution team?

19          A    In this case, Will Miller did.

20          Q    And who is Will Miller?

21          A    Senior director of perishables.

22          Q    So do you know if at this point the -- the

23    price changes were already in effect for the perishables

24    reset?

25               MR. TAYLOR:  Objection.  Form.
```

1           THE WITNESS:  I -- I can't speak to when the
2       price changes actually went into effect.
3   BY MR. MERINO:
4       Q    Do you see there where it says, "since the
5   reset occurred over a long period"?  How long of a
6   period was that?
7       A    Let me -- I -- let me see if it's in the
8   email.  Yeah.  I can't speak to the specifics.  There is
9   a -- there is a note in there, in which I was not on,
10  that speaks to the completion.
11      Q    So why would there be an association between
12  a reset occurring over a long period and the stores
13  having the correct pricing shown?
14          MR. TAYLOR:  Objection.  Form.
15          THE WITNESS:  I believe I mentioned earlier
16      that if there is a potential for a gap in terms of
17      when a price change went into effect and when
18      labels -- when shelf strips were printed -- in this
19      case it was in the favor of the customer -- we
20      wanted to ensure that we had continuity in our
21      pricing to the best of our ability.
22  BY MR. MERINO:
23      Q    What would end up being the alternative if
24  the force labels weren't printed?
25          MR. TAYLOR:  Objection.  Form.

1          THE WITNESS:  I -- I can't speak to that.

2     BY MR. MERINO:

3          Q    Okay.  But then how is that forcing the

4     labels would ensure that the correct pricing is shown?

5               MR. TAYLOR:  Objection.  Form.

6               THE WITNESS:  In the event -- as long as we

7          are printing the labels and the stores hang that

8          label, then it ensures that the prices -- the price

9          on shelf would match the price at the point of

10         sale.

11    BY MR. MERINO:

12         Q    So when your team generates the Excel file

13    for the force prints, does that Excel file contain data

14    as to when the price went or is going into effect at the

15    store?

16         A    No, it does not.

17         Q    Are there instances where your team is asked

18    to force print labels for prices that have not gone into

19    effect yet?

20         A    There's always a price on an item.

21         Q    Are there instances where your team is asked

22    to generate a force print -- let me strike that

23    question.

24              Are there instances where your team is asked

25    to generate a force print where the price change has not

Page 67

1   gone into effect yet?

2        A    I guess, are you implying that we could

3   create a force print with a different price than is

4   actually in the system?

5        Q    I'm just trying to figure out the timing of

6   the force print versus the price change hitting the POS.

7   Maybe more simply put is, in scenarios where your team

8   is asked to do force prints, has the price change

9   already hit the POS or is the force print done in

10  anticipation of a price change at the POS?

11            MR. TAYLOR:  Objection.  Form.

12            You can answer.

13            THE WITNESS:  When we issue a force print,

14       the system is going to pull the current price at

15       that point in time that's at point of sale.

16  BY MR. MERINO:

17       Q    In terms of a planogram reset, what are some

18  of the things that happen during a planogram reset at

19  the store?

20       A    I -- I don't know.  It's not my area.

21       Q    Are shelf labels updated in conjunction with

22  the planogram reset?

23       A    Again, I'd defer to somebody in the store's

24  operation side.

25       Q    So you have no knowledge of whether planogram

Page 68

1    resets are done in conjunction with price changes?

2            MR. TAYLOR:  Objection.  Form.

3            THE WITNESS:  Again, I'm -- I'm not sure I

4        understand what you're -- I mean, there are price

5        changes that occur at any given time, whether

6        there's a planogram reset or whether it's related

7        to a planogram reset or not.

8    BY MR. MERINO:

9        Q    I guess I'm confused.  I'm still confused as

10   to why the length of a reset would be affected to price

11   accuracy.  Because one of the blackouts that you

12   described to me before was if you receive a price change

13   request in anticipation of a planogram reset.  Right?

14           And this is a little different, at least the

15   way that I read it.  This is in the middle of a

16   planogram reset.  So I'm still having trouble

17   understanding why the length of a planogram reset would

18   be af- -- be correlated with pricing accuracy.

19           MR. TAYLOR:  Objection.  Form.

20           You can answer.

21           THE WITNESS:  In -- are you -- are you

22       speaking specifically to this email?

23   BY MR. MERINO:

24       Q    Sure.

25       A    Specifically to this email, it says that the

1  price changes occurred earlier in the year.  And so what

2  we were doing is trying to ensure that those price

3  reductions that went into effect main- -- are maintained

4  in the event that shelf labels get accidentally or

5  purposely, whatever that may be, pulled off during a

6  planogram reset.  Our intent is to maintain the price

7  integrity through that cycle.

8      Q    So during -- during the course of a planogram

9  reset, it is, I guess, customary that pricing labels get

10 replaced for whatever products are in the reset; is that

11 -- is that an accurate statement?

12          MR. TAYLOR:  Objection.  Form.

13          THE WITNESS:  There may be shelf strips put

14    in.  I'm not sure that I would refer to them all as

15    labels.

16 BY MR. MERINO:

17     Q    Okay.  So is your concern here, with respect

18 to this email, that due to the length of time that this

19 planogram reset is taking, that by the time the shelf

20 strip is implemented, it's replacing a label that's

21 accurate with an inaccurate label?  Is that the concern?

22          MR. TAYLOR:  Objection.  Form.

23          You can answer.

24          THE WITNESS:  I would defer to Will.  Again,

25    the request came from Will.

Page 70

1    BY MR. MERINO:

2        Q    Do you know if this was one of the resets

3    that were implemented through Driveline?

4        A    It appears to be so, based on the email.

5        Q    So in terms of an example of this potential

6    pricing discrepancy, would a fair example be that, let's

7    say, January 1st, Dollar General rolled out a new price

8    change in shelf label, which was put on the shelf, and

9    then -- or, actually, let me strike that question.

10           As an example of this, you know, reset

11    concern, would a fair example be that on January 1st,

12    Driveline is tasked with implementing a new reset, so,

13    you know, they're given -- they're given the labels,

14    they're given the prices of the products, that process

15    might take a few weeks; in the interim, there is another

16    price change which Dollar General itself implements, and

17    then the concern is that by the time Driveline gets

18    around to it, they would actually remove the updated

19    price label and put their own label in?  Is that -- is

20    that an accurate kind of recitation of the sequence of

21    events that outlines the concern here?

22           MR. TAYLOR:  Objection.  Form.

23           THE WITNESS:  I -- I think the way that I

24       would probably phrase it is, as the planograms are

25       getting touched, if there is a price change that

```
1         has occurred at some point in time along the way,
2         our -- our goal is to ensure that there is no gap
3         between what is on shelf and what is in the point
4         of sale.  And so we'll go through duplic- --
5         duplicate efforts to ensure the integrity of that
6         consistency between shelf and POS.
7    BY MR. MERINO:
8         Q   So there are instances, then, where by the
9    time -- because of the length of time of a Driveline
10   reset, that by the time the reset is complete, the price
11   has already been updated beyond the shelf label that
12   Driveline has been provided with; is that fair?
13             MR. TAYLOR:  Objection.
14             THE WITNESS:  No, I don't think that's fair.
15        Again, as the price -- as the labels go out --
16        again, you'll have to speak to the operators on the
17        process, but the intent is to get those prices out
18        and keep those prices on there.  I don't conduct
19        audits, so I can't tell you that there is an
20        instance that that hasn't happened.
21   BY MR. MERINO:
22        Q   Are there instances where you rolled out --
23   actually, I'll strike that question.
24             Okay.  Scroll up to Bates-stamp 9493, just
25   one page above.
```

Page 72

1         A     Okay.

2         Q     Do you see the email from Will Miller to you

3    and Philip Trentle June 20th at 11:33?

4         A     I do.

5         Q     What is it that Mr. Miller's referring to as

6    far as "the first date of our investment in pricing"?

7              MR. TAYLOR:  Objection.  Form.

8              THE WITNESS:  I believe, in this case, he was

9         referring to reduction in our retails.

10   BY MR. MERINO:

11        Q     When you say "reduction in retails," that's

12   the reduction of the price at the POS?

13        A     Reduction in price at shelf and POS, yes.

14        Q     So what is it that Mr. Miller is telling you

15   here?  Right?  He says, "Started on 5/15.  This is the

16   reason for the force print."  Why is the fact that it

17   started on 5/15 -- why would that be a reason for a

18   force print?

19              MR. TAYLOR:  Objection.  Form.

20              THE WITNESS:  Again, Will wrote this.  I

21        didn't ask him the specifics behind why he was

22        requesting this.

23   BY MR. MERINO:

24        Q     So he sent you this email, but you don't --

25   you don't know why he sent you this email?

1      A    He -- again, he's asked for the force print

2    in here, is what he's asked for.  And then he's

3    explaining that, yes, the -- the reset started on 5/15,

4    the same as the first date of our investment for

5    pricing, which we started changing retails.  This is the

6    reason for the force print.  Beyond that, I didn't go

7    into further depth.

8      Q    Okay.  So he's telling you this is the reason

9    for the force print, but you don't understand what he's

10   talking about; is that your testimony?

11           MR. TAYLOR:  Objection.  Form.  Objection.

12       Misstates testimony.  Objection.  Asked and

13       answered.

14           You can answer again.

15           THE WITNESS:  Again, if you -- if I'm reading

16       his request, he's -- Will Miller has stated that

17       this is the reason that he's requested that.

18   BY MR. MERINO:

19      Q    But you don't know why the correlation in the

20   start date of the reset would be related to the reason

21   for the force print?

22           MR. TAYLOR:  Objection.  Asked and answered.

23       Objection.  Form.

24           You can answer again.

25           THE WITNESS:  Again, what Will asked for was

Page 74

1      a force print, and then the exchange is what we can

2      do to support him as the price execution team.

3  BY MR. MERINO:

4      Q    Right.  But that's not really answering my

5  question.  Right?  I understand that he asked for -- for

6  the force print.  Right?  I'm trying to get your

7  understanding -- why the fact that the reset started on

8  5/15 has anything to do with requesting a force print.

9          MR. TAYLOR:  Objection.  Form.  Objection.

10     Asked and answered.  I think he has answered it.

11     And you can answer it again.

12         THE WITNESS:  Again, that's what Will Miller

13     has stated.  Specifically, it reads, "This is the

14     reason for the force print."  I can't speculate

15     beyond that.

16  BY MR. MERINO:

17     Q    Do you see the email above from Mr. Trentle

18  to you?

19     A    I do.

20     Q    Okay.  Do you see where it says, "The last

21  wave of force print for the reset was on 6/5"?

22     A    I do.

23     Q    Is it standard for force prints to occur in

24  waves for any particular reset?

25         MR. TAYLOR:  Objection.  Form.

```
 1              You can answer.
 2              THE WITNESS:  It is -- it depends on, again,
 3         what the requests are.
 4    BY MR. MERINO:
 5         Q    Was this the only instance where you've
 6    implemented force prints in waves?
 7         A    I -- I couldn't recollect whether this was
 8    the only one or not.
 9         Q    Have you implemented any force prints in
10    waves within the last 30 days?
11         A    Not to my knowledge.
12         Q    Do you see your email above responding to
13    Mr. Trentle?
14         A    I do.
15         Q    Do you see the last line there, "We can
16    either look at items that don't seem to have responded
17    to lower retails"?  Do you see that first part?
18         A    Yes.
19         Q    What is it you mean by that statement?
20         A    I think it was an -- an attempt to try and
21    determine if we needed to look at select printing or if
22    we needed to print the entirety of the planogram.
23         Q    Right.  But what does it mean to -- for an
24    item to respond to a lower retail?
25         A    In this case, it would have been, are we
```

Page 76

1  seeing an uptick of sales on an item that we may have

2  lowered retails on.

3      Q    And when you say, "if we go the full monte,"

4  would that be force printing the entire planogram?

5      A    That's correct.  And that's where we talk

6  about the efficiency of potentially getting with Scott

7  Miller and the store planning team, potentially being

8  more efficient for shelf strips.

9      Q    So how does Scott Miller's team's shelf

10  strips print different from your force label print

11  requests?

12      A    He would go through a third party, and we

13  would get the shelf strips versus individual labels.

14      Q    Who is the third party that he goes through?

15      A    I'm not entirely sure.  I'm not sure.

16      Q    Going back to that, you said -- that first

17  part of the statement, you know, "we can either look at

18  items that don't seem to have responded to lower

19  retails, your explanation was seeing whether there was

20  an uptick in sales in response to a decreased price,

21  right?

22      A    That's -- yes.  We were looking at evaluating

23  sales velocity of -- of some of the items that we've

24  moved on retail.

25      Q    Why would that be correlated or why would

1   that affect the decision of whether to print specific

2   labels or the whole planogram?

3            MR. TAYLOR:  Objection.  Form.

4            THE WITNESS:  Our intent is to always

5        maintain price integrity and -- but we know that

6        perfection is not attainable.  So this could be a

7        signal that something happened in a store where the

8        prices did not get hung for whatever reason.

9   BY MR. MERINO:

10       Q    So is the anticipation that if the retail is

11  lowered, that the sales of the item would increase?

12           MR. TAYLOR:  Objection.  Form.

13           You can answer.

14           THE WITNESS:  We're always looking at the

15       individual sales of an item.  And, generally

16       speaking, that would be our belief.  But that does

17       not necessarily imply that that's actually what

18       would happen.  And there is -- again, that's where

19       Nick's team is more suited to be able to address

20       that kind of question.

21  BY MR. MERINO:

22       Q    So it's -- to you, it's just a potential

23  indicator of -- of whether the product has the updated

24  shelf label; is that a fair statement?

25           MR. TAYLOR:  Objection.  Form.

Page 78

1            THE WITNESS:  My assumption is, is that all

2       -- all the items have the correct shelf labels on

3       them.  Again, as we work for backstops, we

4       scrutinize every way possible to ensure the

5       integrity.

6   BY MR. MERINO:

7       Q    Okay.  That doesn't quite answer my question,

8   though.  Specifically, is it fair to say that you look

9   into whether an item responded to retail, is that just a

10  potential -- to you, is that a potential indicator of

11  whether the shelf label accurately reflects the price or

12  whether the shelf label has --

13           (Parties simultaneously speaking.)

14      A    No.

15           MR. TAYLOR:  Wait till he finishes.

16           THE WITNESS:  I'm sorry.

17           MR. TAYLOR:  Go ahead and finish the

18      question, Javier.

19           MR. MERINO:  No.  That's it.  My question is

20      done.

21           MR. TAYLOR:  Okay.  Objection.  Form.

22           You can answer.

23           THE WITNESS:  I would not say that they're

24      correlative.

25  BY MR. MERINO:

1      Q    So according to Philip's email, by going back

2   down below, there was already a force print wave on

3   June 5th, right?

4      A    Based on what he's written, yes.  It was

5   written -- it was sent on June 5th.

6      Q    Why is it that there would need to be another

7   force print for the same planogram reset?

8              MR. TAYLOR:  Objection.  Form.

9              You can answer.

10             THE WITNESS:  I -- I -- I don't -- for this

11         particular instance, I -- I have no idea what --

12         what went into this.  Again, there is nothing

13         between -- there is nothing in there that indicates

14         why.

15   BY MR. MERINO:

16     Q    What is Scott Miller's position within Dollar

17   General?

18     A    I don't know his exact title.

19     Q    Do you know what team he works within?

20     A    Space planning.

21     Q    Is it accurate to say that any time your team

22   is asked to generate a force print of labels, that the

23   price at the POS already reflects the labels that are

24   being force printed?

25             MR. TAYLOR:  Objection.

Page 80

1           THE WITNESS:  When we generate a force print

2      file, the system will pull the current price in the

3      -- in the system for that store/SKU combination

4      that is force printed.  And that would tie to the

5      point of sale.

6           MR. MERINO:  I'm introducing what's been

7      premarked as Exhibit 5.  I just dropped it in the

8      Share folder.

9           (Exhibit 5 was marked for identification.)

10           MR. TAYLOR:  Exhibit 4 or 5?

11           MR. MERINO:  5.

12           MR. TAYLOR:  Okay.  Are we skipping -- is

13      there a 4 or no?

14           MR. MERINO:  We didn't do 4.  We didn't do a

15      4.

16           MR. TAYLOR:  Okay.  Cool.

17           THE WITNESS:  I have it open.

18  BY MR. MERINO:

19      Q    Do you see the email from Mia to you on

20  Bates-stamp 10716, "Hi Brian and Will, is Nick looking

21  for more to land on Friday"?

22      A    Yes.

23      Q    What is it that Mia is referring to here?

24           MR. TAYLOR:  Objection.  Form.

25           THE WITNESS:  I believe it's in reference to

Page 81

1          the prior email asking are there additional price

2          changes expected.

3    BY MR. MERINO:

4          Q    What does she mean, "to land on Friday"?

5               MR. TAYLOR:  Objection.  Form.

6               THE WITNESS:  My -- again, I can't speak

7          specifically, but my assumption would be those

8          price changes would be effective on Friday.

9    BY MR. MERINO:

10         Q    So does Nick head the team that sends the

11   price change requests to your team?

12         A    Yes.  Nick leads price strategy.

13         Q    Do you see below, Caleb's email, same

14   Bates-stamp, 12:14 p.m.?

15         A    I do.

16         Q    Okay.  Do you see where it says, "Chain," and

17   then below there it has some SKUs and some indicators?

18         A    I see that, yes.

19         Q    Is this an indication of the number of

20   products which are being changed -- let me rephrase the

21   question.

22              Is this an indicator of the number of

23   products which are being price changed chain-wide as

24   part of this Super Tuesday?

25              MR. TAYLOR:  Objection.  Form.

1          You can answer.

2          THE WITNESS:  This would indicate that there

3      are 276 items that would have a retail change on a

4      store/SKU basis for at least 18,000 locations.

5  BY MR. MERINO:

6      Q    And when it says "chain," is that for the

7  entire Dollar General chain?

8      A    That refers to a threshold of 18,000 stores.

9      Q    Do you know how many total Dollar General

10 stores there are?

11     A    At the time of this email?

12     Q    Sure.

13     A    I have no idea.

14     Q    Do you know why that's the threshold that was

15 chosen, 18,000?

16     A    Because it was disproportionately that the --

17 the bulk of the store count for the -- for the network

18 at that time.  But, again, not all 276 are in all

19 stores, and that's what the second line in that speaks

20 to.  This gets back to our zone structure, and that

21 there are varying prices for these items across the

22 network.

23     Q    What's SPA?

24     A    That's space planning.

25     Q    And that's the team that Nick heads?

Page 83

1          MR. TAYLOR:  Objection.  Form.

2          THE WITNESS:  Nick heads the price strategy

3     team.

4          THE VIDEOGRAPHER:  I think we lost

5     Mr. Merino.  Should we go off the -- should we go

6     off the record?

7          MR. TAYLOR:  Yes.

8          THE VIDEOGRAPHER:  Oh, wait.  He's --

9          MR. MERINO:  Sorry about that?  My internet

10    briefly went out.  But I'm actually -- I -- I think

11    I'm ready for a bathroom break if that's fine with

12    you guys.  Maybe we can take five and come back at

13    3:15?

14         MR. TAYLOR:  Yeah, that sounds good.

15         MR. MERINO:  Okay.  See you in a few.

16         THE VIDEOGRAPHER:  This is the end of Media

17    Unit Number 2.  We are off the record at 2:08 p.m.

18         (Recess taken.)

19         THE VIDEOGRAPHER:  This is the beginning of

20    Media Unit Number 3.  We are on the record at

21    2:20 p.m.

22    BY MR. MERINO:

23    Q    Mr. Haug, I want to get back to where we were

24    before, Exhibit 5, the same Bates-stamp 10716.  Do you

25    still have that open?

Page 84

1          A    I do, yes.

2          Q    So under the chain category, do you see where

3    it says 401?

4          A    I do.

5          Q    What does that number represent?

6          A    Caleb or Mia would have to confirm.  I

7    believe that's in reference to the 276 plus the 124 --

8    or 125.

9          Q    You mean -- okay.  What about 13 pages?  What

10   does that reference?

11         A    I'm assuming that means 13 pages of labels.

12         Q    Do you see right below where he mentions blue

13   zone?

14         A    I do.

15         Q    The 1,052, do you see that?

16         A    I do.

17         Q    Are these prices that are taking effect

18   within the blue zone?

19              MR. TAYLOR:  Objection.  Form.

20              You can answer.

21              THE WITNESS:  Again, right now, from what I

22         can read, 927 SKUs plus -- I'm not sure what the --

23         what the SPA number is, but that would suggest

24         that, yes, 1,052 price changes or 35 pages of

25         labels for the blue zone.

Page 85

```
 1   BY MR. MERINO:
 2        Q    So all of these price changes, they flow
 3   through you and your team, right, before hitting IT and
 4   before hitting the POS?
 5             MR. TAYLOR:  Objection.  Form.
 6             You can answer.
 7             THE WITNESS:  My team receives requests to
 8        change the retails on the items.  We execute those
 9        changes for an effective date, and then I guess it
10        flows out from there.
11   BY MR. MERINO:
12        Q    Do you see that note, 81 SKUs force printing?
13        A    Yes, I see that.
14        Q    Are all 81 SKUs force printed through you and
15   your team?
16        A    We would have received the request for --
17   from Mike -- Mike, Haley, and Brandon, which are the two
18   bullet points above.  And then we would have generated
19   the file that would have created the force print.
20        Q    Is there anybody else at Dollar General that
21   also generates files for force prints?
22             MR. TAYLOR:  Objection.  Form.
23             You can answer.
24             THE WITNESS:  There are system-generated
25        force prints as well.
```

1    BY MR. MERINO:

2         Q    In what instance is a force print system

3    generated?

4         A    I'd defer to IT, but there is more

5    information on a price label than just retail.  And so

6    if any information on that label needs to be updated,

7    the system will automatically generate the label, just

8    as it does when there is change on the retail.  But I'm

9    sure there are other reasons that generate -- that --

10   that force prints can be generated.

11        Q    What's -- what's a price change for MAG?

12   What does that mean?

13             MR. TAYLOR:  Objection.  Form.

14             You can answer.

15             THE WITNESS:  It's -- it's a price change for

16        monthly activity set, so I'm not -- I don't know

17        specifically what it was in reference to.

18   BY MR. MERINO:

19        Q    What's a -- a cut-in?  You can see it in the

20   line below.

21        A    If we are within -- the normal planogram

22   window is a year long.  If we're somewhere within that

23   window and there is a decision to add or remove an item,

24   then cut-in is the process to put a new item into the

25   planogram reset -- or into the planogram set.

Page 87

```
 1        Q    Is that -- is one -- let me strike that
 2   question.
 3             Are planograms typically reset on an annual
 4   basis?
 5             MR. TAYLOR:  Objection.  Form.
 6             THE WITNESS:  Yeah.  Plan- -- planograms are
 7        -- planograms run for a year, but they run on --
 8        not all planogram set on the same time frame or in
 9        the same -- we don't set all of our planograms on
10        February 1st, as an example.
11   BY MR. MERINO:
12        Q    But if a planogram is set for February 1st,
13   then that planogram would run until the following year,
14   until -- until February 1st or January --
15        A    Not nec- -- not necessarily.
16        Q    Okay.  What would cause it to not run for a
17   year?
18        A    I -- I can't answer that question.  I'm not
19   -- I'm not involved in the planogram process.
20        Q    For the 81 SKUs which were force printed, as
21   referenced in that email, as of that Monday -- I'll
22   strike that question.
23             MR. MERINO:  I dropped in what's been
24        premarked as Exhibit 6.
25             (Exhibit 6 was marked for identification.)
```

Page 88

```
 1              THE WITNESS:  I have it up.
 2    BY MR. MERINO:
 3        Q    Okay.  Does this appear to be the same email
 4    chain that we discussed in Exhibit 5?
 5              MR. TAYLOR:  Objection.  Form.
 6              THE WITNESS:  I'd have to pull them up side
 7         by side, but it looks like it's in reference to the
 8         same things.
 9    BY MR. MERINO:
10        Q    Do you see Philip's email October 24th on
11    Bates-stamp 10718?
12        A    I do.
13        Q    He says -- see where he says, "the force
14    print was already dropped in the folder around
15    12:00 p.m."?
16        A    Yes, I see that.
17        Q    Is he talking about you and/or your team
18    dropping the force print into the folder?
19              MR. TAYLOR:  Objection.  Form.
20              You can answer.
21              THE WITNESS:  He's speaking about the Excel
22         file that gets loaded into the systems folder that
23         is where the system then retrieves the direct- --
24         the direction to create the force print.
25    BY MR. MERINO:
```

Page 89

1          Q    The force print file, does it have -- does

2    the force print Excel sheet contain the date that the

3    price change went into effect, or that at least the

4    current price went into effect?

5               MR. TAYLOR:  Objection.  Form.

6               THE WITNESS:  I -- I -- I'd have to confirm,

7          but I don't believe there's anything related to

8          price in that file at all.

9               Just as a reminder, the price lives at the

10         point of sale, store/SKU combination.

11   BY MR. MERINO:

12         Q    Who is Sobhan Kakumani?

13         A    I believe he works in IT.

14         Q    (Indiscernible.)

15         A    I'm sorry.  That wasn't clear.

16         Q    Do you know what he does within IT?

17         A    I do not know what his responsibilities are,

18   no.

19              MR. MERINO:  I'm pulling up what's been

20         premarked as Exhibit 7.

21              (Exhibit 7 was marked for identification.)

22              THE WITNESS:  I have it up.

23   BY MR. MERINO:

24         Q    Do you see Philip Trentle's email to you and

25   several others dated February 17, Bates-stamp 16724?

Page 90

1      A    I do.

2      Q    Can you describe to me what a blackout

3  summary file is?

4      A    It's a list of the SKUs that we've received

5  or a request for a retail change on that are flagged

6  somewhere between those four tabs of either being

7  prepriced with -- somewhere within a planogram reset

8  window, part of a MAG, or ad activity.

9      Q    When he says "Week 03.23," what does that

10  mean?

11      A    Fiscal week -- well, I'd have to -- it looks

12  like fiscal week three of the -- of fiscal year 2023.

13      Q    What does he mean by "compiled with all the

14  SKUs that we held from 2/14 and 2/21"?

15          MR. TAYLOR:  Objection.  Form.

16          THE WITNESS:  I'd have to ask him to confirm,

17      but it may be in reference to SKUs that we chose

18      not to take a retail adjustment on.  And those are

19      included in his assessment.

20  BY MR. MERINO:

21      Q    What does it mean to -- do you see the next

22  sentence, "We will be watching and running the blackout

23  summary later this weekend"?  What does it mean to run a

24  blackout summary?

25      A    They -- the team would research any new items

Page 91

1   that were added so that they can be assessed by the

2   other -- by the price strategy team for inclusion or

3   exclusion of the blackout.

4       Q    Do you see the second paragraph there -- do

5   you see that line, "On the ad activity"?  Do you see

6   that line there?

7       A    Yes, I see it.

8       Q    What does it -- what is Mr. Trentle saying

9   here, if you could explain in laymen's terms, "We have

10  to remember that the ad signs will have the retail that

11  were in the system about three weeks prior to the ad"?

12          MR. TAYLOR:  Objection.  Form.

13          You can answer.

14          THE WITNESS:  Because our ad signs are

15      printed in advance of the go live date for the ad

16      itself, what he's calling out is that there is a

17      three-week lag, and so be aware of that just as we

18      make determinations around the blackout.

19  BY MR. MERINO:

20      Q    You said that term was "gold live"?

21      A    Go live.  In other words, the day the ad

22  becomes effective.

23      Q    So you see the next -- the next sentence

24  there, "If we change within the blackout of the ad, we

25  could have label issues at stores"?  What change is he

Page 92

1    referencing there?

2              MR. TAYLOR:  Objection.  Form.

3              You can answer.

4              THE WITNESS:  If the decision by the folks

5          that this email has been sent to is to change -- to

6          proceed with the retail request change, can -- then

7          it could create an issue at stores if they don't

8          adjust their labels -- the ad labels, specifically.

9    BY MR. MERINO:

10        Q    So the files that have been identified in the

11   blackout summary in the ad category, are these products

12   for which a price change was requested while an ad was

13   being implemented?

14             MR. TAYLOR:  Objection.  Form.

15             You can answer.

16             THE WITNESS:  That -- that's what that fourth

17         -- I guess the fourth tab is at the beginning of

18         the paragraph that he would be referencing.

19   BY MR. MERINO:

20        Q    Do you know if the Driveline implements the

21   ad signs?

22        A    I'm -- I'm not aware of -- of what

23   Driveline's activities are or aren't beyond what we've

24   kind of talked about as far as the planograms.

25        Q    So is -- is -- with respect to the ads, is

Page 93

1    the concern that the price change would be implemented,

2    which, in conjunction, a new label would be generated,

3    but then the ad would be -- or the ad would finish

4    setting up, and through that, it would remove the label

5    that was just generated in conjunction with the price

6    change?

7              MR. TAYLOR:  Objection.  Form.

8              THE WITNESS:  No, that's not the case.

9    BY MR. MERINO:

10        Q    So what does -- what does he mean that "we

11   could have label issues at stores" with respect to the

12   ad?

13             MR. TAYLOR:  Objection form.

14             You can answer.

15             THE WITNESS:  If we change the retail and the

16        shelf strip changes and the store leaves the ad

17        label up, the ad label may be off.  The ad price

18        would still be effective, but there may be other

19        components within the ad label that are in

20        conflict.

21   BY MR. MERINO:

22        Q    Okay.  So -- so then the concern here is that

23   there is an ad that's up, the ad is supposed to last X

24   amount of time, and before that time runs, the price

25   change is updated, and then the concern is that the

Page 94

1    updated price change would not correlate with the ad; is

2    that -- is that a better statement?

3            MR. TAYLOR:  Objection.  Form.

4            THE WITNESS:  What Philip's doing is calling

5        out that a request has been made to change the

6        retail on these items and that they conflict with

7        either a preprice, a planogram reset, a MAG, or an

8        ad.  And he's letting the team that's responsible,

9        that submitted those price changes, know that those

10       conflicts exist.

11   BY MR. MERINO:

12       Q    What team is he notifying?  What team is

13   that?

14       A    He is notifying Haley, Michael, and Brandon,

15   who are a part of Nick Snow's team.

16       Q    And that's price strategy, right?

17       A    Price strategy reports to Nick.  Yes.

18       Q    So would price strategy then respond and

19   ultimately make the decision of whether to implement the

20   change to blackout (indiscernible)?

21           THE REPORTER:  I'm sorry.  You broke up,

22       Mr. Merino.

23   BY MR. MERINO:

24       Q    Would -- once this email is sent, right -- so

25   we have Mr. Trentle outlining this blackout summary,

Page 95

1    providing it to the price strategy team.  Is the price
2    strategy team then going to respond and ultimately make
3    the decision of whether to push those prices through?
4              MR. TAYLOR:  Objection.  Form.
5              You can answer.
6              THE WITNESS:  That's correct.  That's what
7         his closing -- Philip's closing statements are in
8         reference to.
9    BY MR. MERINO:
10        Q    So -- so the blackout summary itself, in what
11   format is that generated?
12        A    In Excel form.
13        Q    So once the blackout summary is provided to
14   the price strategy and price strategy gives their
15   instruction, is there a notation made somewhere as to
16   the fact that a product in the blackout summary was
17   still pushed through with a price change?
18             MR. TAYLOR:  Objection.  Form.
19             THE WITNESS:  There is no notation made in --
20        in the file, that I'm aware of.
21   BY MR. MERINO:
22        Q    Okay.  So if I were to -- or if somebody
23   asked you, you know, can you -- Mr. Haug, can you, you
24   know, pull up a list of the instances where a price
25   change was pushed through for a product on the blackout

1  file, you know, for the past six months, is that

2  something -- is that information you'd be able to

3  collect?

4           MR. TAYLOR:  Objection.  Form.

5           THE WITNESS:  I'd have to research that.

6  BY MR. MERINO:

7      Q    How often do you prepare blackout summaries?

8           MR. TAYLOR:  Objection.  Form.

9           THE WITNESS:  We repair -- we -- we prepare

10       them whenever we receive price change requests.  If

11       there are no items that qualify, then a blackout

12       summary wouldn't be produced.

13  BY MR. MERINO:

14      Q    And is the same process followed every time

15  with each blackout summary that's prepared, in that your

16  team prepares it and then you send it to pricing

17  strategy for their, you know, review, comment and

18  decision-making?

19           MR. TAYLOR:  Objection.  Form.

20           THE WITNESS:  To the best of my recollection,

21       yes.

22  BY MR. MERINO:

23      Q    So when Haley responds -- you see the email

24  above -- sorry, I should be a little clearer.  Back to

25  Exhibit 7, Bates-stamp 16724, you see Haley's response

Page 97

1    up top?

2         A    I do.

3         Q    Okay.  So when she says, "Please proceed with

4    my ad items," is -- is she indicating that the ad items

5    that are notated on the blackout summary are still to be

6    pushed through?  Let me rephrase that question.

7              When Haley says, "Please proceed with my ad

8    items," is she saying that items in an ad bucket -- the

9    ad category are still to be pushed through with respect

10   to the price change?

11             MR. TAYLOR:  Objection.  Form.

12             THE WITNESS:  She is saying that the items

13        that she has in conflict on the ad tab can proceed

14        with the price change at -- at whatever associated

15        effective date they had.

16   BY MR. MERINO:

17        Q    You see there the next line, "We have added

18   the New Chain/Blue Retail columns on the MAG tab"?  I'm

19   sorry.  Going back down to Philip Trentle's email right

20   below in the third paragraph.

21        A    Yes, I see that.

22        Q    Blue, does that refer to blue zone?

23        A    Yes.

24        Q    Do you know why the blue zone is singled out

25   as opposed to other zones?

1          MR. TAYLOR:  Objection.  I didn't -- Javier,

2      you're breaking up a little bit.  Could you repeat

3      that question?

4          MR. MERINO:  Oh, sure.  Am I coming in

5      clearer now?

6          MR. TAYLOR:  Yes.

7  BY MR. MERINO:

8      Q    Do you know why the blue zone was singled out

9  -- or is being singled out on this summary as opposed to

10 other zones?

11     A    The blue zone typically has a different

12 retail structure in general, and so for distinction

13 purposes, that allows us to gain different levels of

14 visibility.

15     Q    Can you elaborate more by what you mean by

16 different retail structure?

17     A    In the case of blue zone, it is further away

18 from competition, which is one of the key structures of

19 that, and retails are adjusted based on competitive

20 landscapes.

21     Q    When you say "competition," would those be --

22 could that involve other stores in the geographical

23 vicinity of a Dollar General store?

24         MR. TAYLOR:  Objection.  Form.

25         THE WITNESS:  Can you be more specific on

Page 99

```
 1        what you mean by "other retail stores"?
 2   BY MR. MERINO:
 3        Q    Other Dollar Stores, such as Family Dollar or
 4   Dollar Tree.
 5        A    Yes.  That would play a factor.  That would
 6   be a factor in the decision.
 7        Q    What's DGX?  You can see it in the second
 8   sentence in the third paragraph.  What does that mean?
 9        A    A store format.
10        Q    Is that a new store format that Dollar
11   General rolled out?
12        A    I don't know that I would say that it's a new
13   store format that we rolled out.  I don't recall when
14   the format was rolled out.
15        Q    What's different about that store format, the
16   DGX store format, versus other store formats?
17        A    I would have to defer to the store planning
18   team to tell you the specifics about what distinguishes
19   that.
20        Q    You see the next line, "Disco SKU," the
21   fourth paragraph?
22        A    I do.
23        Q    What does Disco stand for?
24        A    Discontinued items.
25             MR. TAYLOR:  Well, in some context.  Also a
```

Page 100

1      form of music.

2              MR. MERINO:  Objection.

3      BY MR. MERINO:

4          Q    Okay.  I'd like to scroll a page up, 16723,

5      an email from you dated February 17.  Do you see that?

6          A    I do.

7          Q    Okay.  Who are Chad and Angela, as referenced

8      in the email?

9          A    Chad is our chief marketing officer, and

10     Angela is, I believe, the vice president in the

11     marketing department.

12         Q    Do you regularly have meetings with them?

13         A    Not regularly, no.

14         Q    How often do you meet with them?

15         A    Rarely, actually.

16         Q    What prompted your meeting with them as

17     referenced in this email?

18         A    I believe they were asking about the shelf

19     talkers and about the blackout process.

20         Q    What's a shelf talker?

21         A    It's the ad sign that would hang off the

22     shelf.

23         Q    And when you say "ad sign," are we referring

24     to the same ad as we talked about before in the blackout

25     summary?

Page 101

1      A    Yes.  It would be a promotional price label.

2      Q    What is it that you -- that you are referring

3  to here, you know, when you say "why they could have

4  issues with shelf tags/talkers"?

5      A    The items that Haley had on there that

6  conflicted in the blackout as it related to the ad, she

7  approved to move forward.  And so what I was asking her

8  is the reason behind that, in which she's explaining is

9  the items themselves are actually not sellable items, so

10  it has no impact on the consumer.

11      Q    What does it mean for an item not to be

12  sellable?

13      A    It means that we don't sell an item -- the

14  item is not sellable.  I'm not sure how much more clear

15  that I can be with that.

16      Q    But the product is listed for sale at the

17  store, right?

18      A    No.

19          MR. TAYLOR:  Object to form.

20          You can answer.

21          THE WITNESS:  There is a SKU associated, but

22      the item itself in this case is not for sale.

23  BY MR. MERINO:

24      Q    I'm -- I'm sorry.  I'm having trouble

25  wrapping my -- my head around that.  Can you repeat that

Page 102

1  statement again?  I'm going to try to -- try to think it

2  through.

3          I guess I'm having trouble kind of wrapping

4  my head around an item being approved for an ad that's

5  not sellable at a -- at a store.

6      A   The item is getting captured as part of the

7  ad check process, but as it turns out, in this instance,

8  it is not actually a sellable item.

9      Q   You see that next line, the VT team checks?

10     A   I do.

11     Q   What is that referencing?

12     A   I'm not sure what it's actually referencing.

13 I'm assuming it's -- it says, "They appeared in the

14 Vermont team checks this week."  I don't know what the

15 Vermont team checks are.

16     Q   So she's telling you, "To meet compliance, we

17 need to get these updated ASAP."  Do you see that?

18     A   I do.

19     Q   Okay.  So how would pushing through her price

20 requests assist in meeting compliance?

21          MR. TAYLOR:  Objection.  Form.

22          THE WITNESS:  I'm -- again, I'm not familiar

23     with that process.

24 BY MR. MERINO:

25     Q   Okay.  So you don't really understand what

Page 103

1    she's explaining to you as far as her request to push

2    the price through and -- and the explanation to meet

3    compliance?

4            MR. TAYLOR:  Objection.  Form.

5            THE WITNESS:  Correct.  I read it as these

6        are not sellable items and that the sellable SKUs

7        that are associated have already moved on price

8        and, therefore, are compliant.

9    BY MR. MERINO:

10       Q    Say that again.  The sellable SKUs which are

11   associated have what?

12       A    I'm simply reading the email.  "All the

13   sellable SKUs that are associated with the below MS SKUs

14   have already moved to the new retail."

15           MR. MERINO:  I'm bringing up what's been

16       premarked as Exhibit 8.

17           (Exhibit 8 was marked for identification.)

18   BY MR. MERINO:

19       Q    Mr. Haug, let me know once you've opened it.

20       A    I have it open.

21       Q    Do you see this price execution process

22   review that starts on Bates-stamp 17805?

23       A    I do.

24       Q    Did you prepare this document?

25       A    I did not.

Page 104

1          Q     Who prepared this document?

2          A     I believe, Nick Snow.

3          Q     So you are asking Nick Snow and others to

4    review a document that Nick Snow prepared?

5          A     Yes.  This is a process document, and I was

6    soliciting feedback to make sure that nothing had

7    changed in what our processes are.

8          Q     Do you know if anybody responded to this

9    email?

10         A     Not that I recall.

11         Q     Do you see starting with 17806, page 3 of the

12   PDF?

13         A     Yes.

14         Q     What does this mean, "All DG chain SKUs

15   submitted run through the blackout summary file"?

16         A     This is in reference to the email we just got

17   done discussing.

18         Q     Okay.  Under prepriced, you see "based on

19   flag in 1010."  What's 1010?

20         A     1010 data is our data warehouse.

21         Q     (Indiscernible) in 1010?

22         A     I'm sorry.  Can you repeat?

23         Q     What data is maintained in 1010?

24         A     I don't have a comprehensive list.

25         Q     What flag is being referenced here?

```
 1      A    If the item is flagged in the item master as
 2   prepriced.
 3      Q    At the end of the line in parenthesis, no --
 4   do you see where it says "no change"?
 5      A    I do.
 6      Q    Okay.  What does that mean, "no change"?
 7           MR. TAYLOR:  Objection.  Form.
 8           THE WITNESS:  I can't speak -- I -- I can't
 9        speak to that.
10   BY MR. MERINO:
11      Q    Okay.  Do you see the next line there, "POG
12   resets"?
13      A    I do.
14      Q    "If a change is submitted after the reset
15   submission but before reset," do you see that line?
16      A    I do.
17      Q    Can you describe to me what's trying to be
18   explained in this line here?
19           MR. TAYLOR:  Objection.  Form.
20           THE WITNESS:  If a request to change the
21        retail has been submitted within this window of
22        time that's called out, the price strategy team
23        will notify the buyers -- the impacted buyers that
24        they will not be able to make a price change until
25        either a week after the reset or up to four weeks
```

Page 106

1         later if it is a Driveline set.
2    BY MR. MERINO:
3         Q    Is this the -- the standard policy that has
4    been in place for Dollar General?
5             MR. TAYLOR:  Objection.  Form.
6             THE WITNESS:  This is the policy that we've
7         been following for as -- at least for the time that
8         I've had the team.
9    BY MR. MERINO:
10        Q    So if a price change is implemented, after
11   the reset but before -- or after the reset submission
12   but before the reset, does that create a scenario for a
13   potential price discrepancy?
14            MR. TAYLOR:  Objection.  Form.
15            THE WITNESS:  If that occurs, then we will
16        generate the blackout file and then you can -- and
17        then, as you can see on this policy, we would avoid
18        making any changes until whatever time is
19        appropriate.
20   BY MR. MERINO:
21        Q    Right.  But is -- is the concern that if the
22   price change is implemented in this lag period, that
23   there would be a price discrepancy between the label and
24   what's at the POS?
25            MR. TAYLOR:  Objection.  Form.

```
 1              THE WITNESS:  There'd be no concern because,
 2         again, the policy would preclude that from being
 3         anywhere near an issue.
 4    BY MR. MERINO:
 5         Q    When this says "chain initiated reset" -- do
 6    you see that there under POG resets?
 7         A    I do.
 8         Q    Is that -- does that mean -- strike that
 9    question.
10              What does that mean, chain initiated reset?
11         A    Store labor would do -- would be responsible
12    for resetting the planogram.
13         Q    Do you ever have any communication with
14    Driveline?
15         A    I do not.
16         Q    Does anybody on your team have any
17    communication with Driveline?
18         A    Not generally speaking, no.
19         Q    Why is there a distinction here between the
20    week and (indiscernible) in the four-weeks for the
21    Driveline set?
22              MR. TAYLOR:  Objection.  Form.
23              THE WITNESS:  The -- if we're using store
24         labor to change out a planogram, they have one week
25         to execute that change out, whereas Driveline, we
```

Page 108

```
 1        provide an extended time frame.  And even though
 2        they're supposed to get it done within a one-week
 3        window, it could take -- it could take longer.  And
 4        so we provide an extra buffer to ensure that we
 5        don't run into any issues where the shelf price
 6        would not match point of sale.
 7   BY MR. MERINO:
 8        Q    Okay.  Do you see the next line there, "MAG
 9   activity"?
10        A    I do.
11        Q    Okay.  Can you describe what this -- this
12   "notify buying team," what's happening here?
13        A    Simply that, once again, if an item has
14   conflict as it relates to the monthly activity guide,
15   then we would notify the buying team that we will have
16   to postpone -- we will have to postpone the active --
17   the go live date on the retail change until it qualifies
18   here.
19        Q    Now, each of these are still subject to the
20   price strategy instructing you to push through the price
21   anyways, right?
22             MR. TAYLOR:  Objection.  Form.
23             THE WITNESS:  We'll notify the price strategy
24        team, and if we're told that we need to execute,
25        then we will proceed with executing the price
```

Page 109

1    change as directed.

2    BY MR. MERINO:

3         Q    Okay.  The next line, "Ad activity," do you

4    see that first line there?  Excuse me.

5         A    The next slide?  I'm sorry.

6         Q    I'm sorry.  The next line, ad activity?

7         A    Yes.

8         Q    The first line there.

9         A    Yes.

10        Q    Can you describe what that line means?

11             MR. TAYLOR:  Objection.  Form.

12             THE WITNESS:  Just as it says, if the regular

13        price is printed within the advertisement, we will

14        wait to change the retail until one week post the

15        ad.

16   BY MR. MERINO:

17        Q    So it says "until a week after the ad."  Is

18   that after the ad is complete?

19        A    In this case, this would be until after the

20   ad ends, yes.

21        Q    The third line down, "1 blocks," what does

22   that mean?

23             MR. TAYLOR:  Objection.  Form.

24             THE WITNESS:  It looks like it's in relation

25        to an -- an ad block, which is just a -- an image

Page 110

1         within the advertisement itself.

2     BY MR. MERINO:

3         Q    What's -- do you see the next line there,

4     "switch n save"?  What's switch n save?

5         A    Switch n save would be something where if you

6     go with a Dollar General brand, you can save more money

7     than going with a branded product.

8         Q    Okay.  And the last category, cut-in, is this

9     what you described before, a -- a change in price during

10    a POG reset or -- or while a MAG set is in effect?

11        A    No.  A cut-in would be swapping out a core

12    replenished product in -- in the middle of that one-year

13    planogram window.

14        Q    Okay.  So when this says, "The change will

15    move to the week after the cut-in," what exactly is the

16    cut-in?  Is that the implementation of the price label?

17        A    The cut-in would be the implementation of the

18    new product.  Similar to a planogram reset.

19        Q    Okay.  I'd like to go to the next page,

20    17807.

21        A    Okay.

22        Q    Okay.  Do you see there, "Nothing systemic to

23    flag qualification as a blackout item -- this is a

24    purely manual process"?  Can you describe what that

25    means?

1      A    It means that as the items are submitted, the

2    price execution team is responsible for the research on

3    whether those items are flagged for -- for the bullets

4    that we just got done talking through.

5      Q    So what -- what's the manual process that you

6    undertake, then, to identify an item as a -- as a

7    blackout item?

8      A    We have to go through advertising, all the

9    1010 data on the item master to see if it's a prepriced

10    item, look up if the items are on an upcoming planogram

11    reset, et cetera.

12      Q    Okay.  That next line there, "Linked items

13    can create invisible gaps," can you describe what that

14    means?

15          MR. TAYLOR:  Objection.  Form.

16          THE WITNESS:  In the event that two SKUs are

17        linked, we have visibility to -- we largely have

18        visibility to what we call the primary SKU, which

19        is the SKU that -- where inventory is held.

20    BY MR. MERINO:

21      Q    Okay.  And so you said you have visibility to

22    the primary (indiscernible) to the primary SKU as

23    opposed to the secondary SKU?

24          THE REPORTER:  I'm sorry.  You broke up

25        again.

Page 112

1    BY MR. MERINO:

2         Q    So you're saying you have visibility to the

3    primary SKU as opposed to the second SKU of the -- of

4    the two linked products?

5         A    Primary SKUs are what are submitted for the

6    price change.  So if there is an issue with the

7    secondary SKU, that's what this is in reference to.

8         Q    So let's say that there are two linked items,

9    and we'll call them the primary item and the secondary

10   item.  So what this is saying is that what you see and

11   are able to look into is the primary item as opposed to

12   the secondary item; is that -- is that accurate?

13              MR. TAYLOR:  Objection.  Form.

14              THE WITNESS:  What I'm saying is, is it

15         requires extra diligence.  Again, this is a -- it's

16         a risk.  It's not an absolute.  So as an example,

17         in a prepriced fashion item, it may be a 14-ounce

18         bottle of shampoo linked to a 12-ounce bottle of

19         shampoo.  It requires due diligence on our -- my

20         team's part to ensure that we capture any potential

21         conflict.

22   BY MR. MERINO:

23         Q    And what does that due diligence entail to

24   catch these invisible gaps?

25         A    Again, the entirety of this is a manual

Page 113

1   process, so it's pulling the reports that I just

2   described.

3        Q    Right.  But more specifically, right, what

4   other processes do you have in place to catch these

5   invisible gaps?

6             MR. TAYLOR:  Objection.  Form.

7             You can answer.

8             THE WITNESS:  As I stated, we will go to the

9        1010 data table, we will review the ads that are

10       currently in process, or potentially overlap with

11       the timing that they want to make the price change,

12       we will look for the planogram resets, and so

13       forth.

14   BY MR. MERINO:

15       Q    Do you see the third line there, "Zone

16   pricing adds additional layers of complexity"?

17       A    Yes.

18       Q    Okay.  How is it that the zone pricing adds

19   additional layers of complexity?

20       A    Because the pricing lives at a store SKU

21   level, the price change that is submitted may not

22   necessarily recognize a zone correctly.

23       Q    The fifth line there, "All price changes run

24   through the same system and the volume is capped to

25   ensure timely PLU delivery," can you explain what that

Page 114

 1  means?

 2       A    It means that all price changes that we make

 3  are subject to volume limits that could impact our

 4  ability to deliver the price when we expect to.  And so

 5  we manage the volume of price changes that we push

 6  through at any given time to ensure that doesn't happen.

 7       Q    All right.  I'd like to skip to 17808.  Do

 8  you see where it says, "Pricing process update, POG

 9  resets"?

10       A    I do.

11       Q    Do you see under the challenge, "Price

12  inaccuracy guaranteed, though generally in favor of

13  consumer" -- "customer"?  Do you see that?

14       A    I do.

15       Q    Okay.  Why is the price inaccuracy guaranteed

16  under this current process?

17       A    If you read the first bullet in that column,

18  in the week of the reset, price decreases would be

19  effective on Monday, the stores would have five days to

20  reset the planogram, and then price increases would be

21  on Friday.  That's what that's in reference to.

22       Q    But I guess I still don't understand why that

23  would guarantee a price inaccuracy.  Is five days not

24  enough to implement the planogram before the price

25  change?

Page 115

1            MR. TAYLOR:  Objection.  Form.

2            You can answer.

3            THE WITNESS:  Because we make the price

4        decrease effective on Monday, if the store resets

5        the planogram on Tuesday, increases aren't

6        effective until Friday.  So there is a gap between

7        the prices that we would have in place, again, in

8        favor of the customer.

9    BY MR. MERINO:

10        Q    Okay.  Do you see there, "the challenge does

11    not account for four weeks needed for Driveline reset"?

12    Can you describe that to me?

13        A    If the Driveline reset extends beyond Monday

14    -- or extends beyond Friday, that we would have

15    additional challenges that we need to compensate for.

16    It doesn't mean we can't compensate for them, but it

17    does mean that we have to be aware and compensate

18    accordingly.

19        Q    Is the concern here that between the decrease

20    going into effect on Monday and the increase on Friday,

21    that the four weeks that it takes for the Driveline

22    reset to complete, that there would be a roughly three-

23    to four-week gap before the label catches up with the

24    price change?

25            MR. TAYLOR:  Objection.  Form.

1          THE WITNESS:  If we're unable to -- if -- if

2       we didn't make compensation, then we could run into

3       an issue with a discrepancy between shelf and point

4       of sale.

5   BY MR. MERINO:

6       Q    What do you mean when you say "compensation"?

7       A    There are -- there are different avenues that

8   we can take to ensure the price integrity.

9       Q    Like what?

10      A    We can either hold off on the price changes

11  if it's a Driveline set.  We can run things as if we

12  need to run a promotion to ensure that we keep the

13  prices active.  Then we would -- inconsistent, then we

14  could do that as well.  I'm sure there are other

15  opportunities for us as well.

16      Q    Do you see that the benefit there, "minimizes

17  store labor impact of label changes"?

18      A    I do.

19      Q    Can you explain to me what that means in

20  laymen's terms?

21      A    I think it compares to the second bullet and

22  our current process.

23      Q    "Compares to the second bullet and our

24  current process."  Can you -- I'm sorry.  I may be

25  missing that.

1      A    So under the proposed process, which is our

2  current process --

3      Q    Okay.

4      A    -- it's a -- it's a distinction between that

5  -- between the two processes.

6      Q    Okay.  Well, maybe comparing it to another --

7  the current process isn't helping, at least described to

8  me, too much.  When it says "minimize store labor impact

9  of label change" as a benefit, are they -- is that a

10  discussion of the amount of hours that are needed to

11  implement the store labels?

12              MR. TAYLOR:  Objection.  Form.

13              THE WITNESS:  It's in comparison to pushing

14        the price changes to the stores one week prior to

15        reset.

16  BY MR. MERINO:

17      Q    Right.  I understand what it's being compared

18  to, but I want to understand specifically, right, what

19  is being discussed here as far as the benefit minimizes

20  store labor impact of -- of label change.  Is it -- is

21  it accurate to say that this is discussing the labor --

22  the hours that are needed to put the labels in place?

23              MR. TAYLOR:  Objection.  Form.

24              You can answer.

25              THE WITNESS:  It's in relation to push --

Page 118

1          when we push the price changes to the stores one
2          week prior to reset, that requires the stores to go
3          touch those SKUs.  Then as the planogram goes
4          through and resets the following week, store labor
5          again is used.  So the distinction between the two
6          is that additional touch.
7                  So in this case, our current process spends
8          more labor to ensure price integrity on the shelf
9          regardless of the length of time the reset activity
10         takes.
11  BY MR. MERINO:
12         Q    When did this process get implemented?
13              MR. TAYLOR:  Objection.  Form.
14              THE WITNESS:  I -- I don't know.
15  BY MR. MERINO:
16         Q    Was it after this document was generated
17  February 2023?
18         A    I -- I can't say.  I'd have to research it.
19              MR. TAYLOR:  Javier, when you get to a good
20         stopping point, can we maybe take a break soon?
21              MR. MERINO:  Sure.  Yeah.  I think I have
22         just a few more questions on this, and then I'm
23         fine with a break.
24  BY MR. MERINO:
25         Q    So under the proposed process, which now I

Page 119

1  understand to be the current process, when you say "push

2  price changes to stores one week prior to reset," is --

3  is the idea that the labels would be set a whole week

4  before the price changes are implemented?

5        A    No.

6             MR. TAYLOR:  Objection.  Form.

7             THE WITNESS:  The price changes would be

8        effective one week prior to the reset.

9  BY MR. MERINO:

10       Q    Okay.  So how is it that that would ensure

11  the integrity of pricing on the shelf if -- if the price

12  change is pushed before the reset is implemented?

13       A    I just want to be clear.  There's no push.

14  What we would do is we would create the price changes to

15  be effective, let's -- if we pretend that March 15th is

16  the reset date, we would make any price changes

17  associated with that planogram effective on March 8th.

18  That would automatically generate the labels.

19            The stores, as the -- as the labels are

20  printed by the third party, when they come in, they'll

21  already have the pricing that was effective on March 8th

22  as -- as part of their printing.  And so as the stores

23  pull off the old and put the new on, there's no change

24  in any pricing for any associated products on that

25  planogram.

1          MR. MERINO:  I'm fine with taking five

2     minutes here.  We can -- we can come back at 4:45.

3          MR. TAYLOR:  Okay.

4          THE VIDEOGRAPHER:  This is the end of Media

5     Unit Number 3.  We are off the record at 3:39 p.m.

6          (Recess taken.)

7          THE VIDEOGRAPHER:  This is the beginning of

8     Media Unit Number 4.  We are on the record at

9     3:51 p.m.

10   BY MR. MERINO:

11        Q    Mr. Haug, I want to go back to our previous

12   line of questioning.  And I apologize.  I'm having a

13   little trouble understanding the new POG pricing

14   process.

15             So the way that I understood how you

16   described it to me is -- is a price change is

17   implemented and made effective a week before the POG is

18   -- is reset, right?

19        A    Yes.  We would make it effective whenever --

20   the Tuesday prior to the reset week.

21        Q    So how is it that implementing it

22   retroactively a week before would increase pricing

23   integrity?

24             MR. TAYLOR:  Objection.  Form.

25             THE WITNESS:  I'm not sure how you're getting

Page 121

1          retroactive out of it.

2     BY MR. MERINO:

3          Q    Okay.  So let's go back to your example of

4     the March 15 reset date.  Right?

5          A    Yes.

6          Q    Okay.  So on March 8th, that's when you would

7     push the price changes to the store, right?

8          A    We would be notified about any retail changes

9     8 to 13 weeks in advance of that planogram resetting.

10    And so we would set those prices to go live one week or

11    the Tuesday prior to the reset.

12         Q    But isn't -- isn't the reset when the labels

13    are implemented in the stores as well?

14              MR. TAYLOR:  Objection.  Form.

15              THE WITNESS:  That's when shelf strips would

16         be set, but the labels would be automatically

17         generated the date that we made the price change

18         effective.

19    BY MR. MERINO:

20         Q    Okay.  So is the idea here that by the price

21    change being pushed a week before, is that the price

22    label would also be pushed the week before the PO- --

23    the POG is set?

24              MR. TAYLOR:  Objection.  Form.

25              THE WITNESS:  Yeah.  The price label is

Page 122

1      automatically generated the day that the price

2      change would be active.

3              MR. MERINO:  All right.  I'm introducing

4      what's been premarked as Exhibit 11.

5              (Exhibit 11 was marked for identification.)

6              MR. TAYLOR:  And just to be clear, is that --

7      you skipped a couple of numbers?

8              MR. MERINO:  Correct.

9              MR. TAYLOR:  Okay.  I wanted to make sure I

10     didn't miss anything.

11             MR. MERINO:  Sure.

12             THE WITNESS:  I have it open.

13     BY MR. MERINO:

14         Q    Okay.  Do you see your email there -- so

15     we're on Bates-stamp 25282 -- "Please review the price

16     of this item ASAP"?  Do you see that?

17         A    I do.

18         Q    And then your second email, "It had a

19     substantial zone retail adjustment."

20         A    Yes.

21         Q    What do you mean by "a zone retail

22     adjustment"?

23         A    Because we have multiple zones, we receive an

24     item at a single price.  As that item moves out of the

25     distribution centers and into the stores, a retail -- a

Page 123

1    financial adjustment is made to adjust the value of that
2    inventory based on the inventory in each specific zone.
3        Q    Okay.  Are you talking about the price that
4    it's sold at?
5        A    Yeah.  The price that it's on shelf in -- in
6    each individual store.  So in combination.
7        Q    Okay.  So what did you mean by "a substantial
8    zone retail adjustment"?
9        A    In this particular instance, you can see that
10   there was no retail adjustment made to the receipts in
11   week 52, 51, 50, or 49.  In week 53, there was a
12   $391,000 receipt retail adjustment made as the product
13   moved from the DCs into the stores, which suggested a
14   larger price variance between what we received the
15   product at and what it was priced in the stores.  This
16   is not a customer facing thing.
17           MR. MERINO:  I don't have any further
18       questions.
19           MR. TAYLOR:  Okay.  We don't have any
20       questions either.
21           MR. MERINO:  Okay.
22           MR. TAYLOR:  All right.  I guess we can go
23       off the record then.
24           THE VIDEOGRAPHER:  This is the end of Media
25       Unit Number 4.  We are off the record at 4:03 p.m.,

Page 124

1    and this concludes today's testimony given by Brian

2    Haug.

3              THE REPORTER:  Are we ordering at this time,

4    Mr. Merino?

5              MR. MERINO:  Not yet.  I'll circle back to

6    you on that.

7              MR. TAYLOR:  We will order and we will read

8    and sign.

9              THE REPORTER:  Mr. Bates, did you need a

10   copy?

11             MR. BATES:  No, I'm fine.

12             MR. MERINO:  Oh, I'm sorry.  I thought that

13   was for the video.  Yes, we'll order a copy of the

14   transcript, please.

15             (Witness excused.)

16             (Deposition concluded at 4:03 p.m.)

17                        - - -

18

19

20

21

22

23

24

25

Page 125

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA       )

4    COUNTY OF FLAGLER      )

5

6            I, TERESA WYNN, Court Reporter, do hereby
     certify that I was authorized to and did
7    stenographically report the remote deposition of BRIAN
     HAUG; that a review of the transcript WAS requested; and
8    that the foregoing transcript, pages 4 through 124, is a
     true record of my stenographic notes.

9

             I FURTHER CERTIFY that I am not a relative,
10   employee, or attorney, or counsel of any of the parties,
     nor am I a relative or employee of any of the parties'
11   attorney or counsel connected with the action, nor am I
     financially interested in the action.

12

             DATED this 28th day of December, 2023.

13

14

15

     _____

16            Teresa Wynn, Court Reporter

17

18

19

20

21

22

23

24

25

Page 126

1                        CERTIFICATE OF OATH
2                   (VIDEOCONFERENCE PROCEEDINGS)
3
4    STATE OF FLORIDA       )
5    COUNTY OF FLAGLER      )
6
7            I, Teresa Wynn, Court Reporter and Notary
8    Public, State of Florida, certify that the witness,
9    BRIAN HAUG, appeared before me via videoconference on
10   the 12th day of December, 2023, and was duly sworn.
11
12           WITNESS my hand and official seal this 28th
13   day of December, 2023.
14
15                   _____
16                   TERESA WYNN, Court Reporter
                     Notary Public, State of Florida
17                   MY COMMISSION NO. HH042443
                     Expires:  January 13, 2025
18
19   Personally Known_____
20   Or Produced Identification__X__
21   Type of Identification Produced_____Employment ID___
22
23
24
25

1          E R R A T A   S H E E T

2    IN RE:  JOESPH WOLF, CARMEN WOLF, ON BEHALF OF
     THEMSELVES AND THOSE SIMILARLY SITUATED v. DOLLAR
3    GENERAL CORPORATION,DOLGEN NEW YORK, LLC, D/B/A DOLGEN,
     DOLGENCORP OF TEXAS, INC., INDIVIDUALLY, JOINTLY,
4    SEVERALLY, OR IN THE ALTERNATIVE
5    DEPOSITION OF:  BRIAN HAUG
     TAKEN:  DECEMBER 12, 2023
6
     DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES HERE
7
     Please sign, date, and return this sheet to our office.
8    If additional lines are required for corrections, attach
     additional sheets.
9
     At the time of the reading and signing of the
10   deposition, the following changes were noted:
11   PAGE     LINE     CHANGE          REASON
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   Under penalty of perjury, I declare that I have read my
     deposition and that it is true and correct subject to
21   any changes in form or substance entered here.
22   SIGNATURE OF DEPONENT:_____
23   DATE:_____
24
25

Page 128

1

2   IN RE:  JOESPH WOLF, CARMEN WOLF, ON BEHALF OF
     THEMSELVES AND THOSE SIMILARLY SITUATED v. DOLLAR
3   GENERAL CORPORATION,DOLGEN NEW YORK, LLC, D/B/A
     DOLGEN, DOLGENCORP OF TEXAS, INC., INDIVIDUALLY,
4   JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE
5   Rtaylor@mcguirewoods.com
6   The above-referenced transcript is available for review.
7   The witness should read the testimony to verify its
     accuracy.  If there are changes, the witness should note
8   those with the reason on the attached Errata Sheet.
9   The witness should, please, date and sign the Errata
     Sheet and email it to the deposing attorney as well as
10  to Veritext at Transcripts-fl@veritext.com, and copies
     will be emailed to all ordering parties.

11

     It is suggested that the completed errata be returned 30
12  days from receipt of transcript, as considered
     reasonable under Federal rules*, however, there is no
13  Florida statute to this regard.
14  If the witness fails to do so, the transcript may be
     used as if signed.

15

     Yours,

16

     Veritext Legal Solutions

17

18  *Federal Civil Procedure Rule 30(e)/Florida Civil
     Procedure Rule 1.310(e)

19

20

21

22

23

24

25

**[00558 - 6/5]**

| 0 |
|---|

**00558** 1:2 4:11
**03.23** 90:9
**08902** 2:7

| 1 |
|---|

**1** 3:12 4:5 49:11
   53:15,16 109:21
**1,052** 84:15,24
**1.310** 128:18
**1.75** 41:3
**10** 23:16
**101** 2:7
**1010** 104:19,19
   104:20,21,23
   111:9 113:9
**103** 3:18
**10716** 80:20
   83:24
**10718** 88:11
**11** 3:19 122:4,5
**11:05** 1:17 4:4
**11:31** 19:17,20
**11:33** 72:3
**11:45** 29:21
**12** 1:16 3:2 4:5
   112:18 127:5
**122** 3:19
**124** 84:7 125:8
**125** 3:5 84:8
**126** 3:6
**127** 3:7
**128** 3:8
**12:00** 88:15
**12:07** 41:17

**12:09** 41:20
**12:14** 81:14
**12:21** 49:11,12
**12:45** 29:22
**12th** 126:10
**13** 84:9,11 121:9
   126:17
**130** 2:6
**14** 112:17
**15** 121:4
**1520** 2:6
**15th** 119:15
**16** 57:10,16
**16723** 100:4
**16724** 89:25
   96:25
**17** 89:25 100:5
**17805** 103:22
**17806** 104:11
**17807** 110:20
**17808** 114:7
**18,000** 82:4,8,15
**1:02** 49:12,15
**1:50** 49:3
**1st** 34:12 70:7
   70:11 87:10,12
   87:14

| 2 |
|---|

**2** 3:13,17 41:2
   49:14 55:20,21
   83:17
**2/14** 90:14
**2/21** 90:14
**20** 38:10

**201** 2:8
**2021** 16:17
**2022** 15:14
   16:11,16
**2023** 1:16 3:2,20
   4:5 90:12
   118:17 125:12
   126:10,13 127:5
**2025** 126:17
**20th** 61:23 72:3
**22688** 125:15
   126:15
**22nd** 16:1
**23219** 2:12
**24th** 88:10
**25** 38:10
**25282** 122:15
**276** 82:3,18 84:7
**28th** 125:12
   126:12
**2950** 56:1
**2964** 57:17,18
   57:20
**2965** 57:11,22
**2:08** 83:17
**2:20** 83:21

| 3 |
|---|

**3** 3:14 61:13,14
   83:20 104:11
   120:5
**30** 75:10 128:11
   128:18
**35** 84:24
**355-3440** 2:8

**391,000** 123:12
**3:15** 83:13
**3:39** 120:5
**3:51** 120:9

| 4 |
|---|

**4** 80:10,13,14,15
   120:8 123:25
   125:8
**401** 84:3
**49** 123:11
**4:03** 1:17
   123:25 124:16
**4:45** 120:2

| 5 |
|---|

**5** 3:4,15 11:11
   12:2,11,13
   23:17,19 80:7,9
   80:10,11 83:24
   88:4
**5.50** 12:2,12,14
**5.50.** 11:11
**5/15** 72:15,17
   73:3 74:8
**50** 12:12,15
   123:11
**51** 123:11
**52** 123:11
**53** 3:12 123:11
**55** 3:13
**5th** 79:3,5

| 6 |
|---|

**6** 3:16 87:24,25
**6/5** 74:21

**[61 - alternative]**

| | | | |
|---|---|---|---|
| **61**  3:14 | **absolute**  112:16 | **actually**  6:8 | 122:19,22 123:1 |
| **7** | **access**  36:12 | 18:7 22:4 26:24 | 123:8,10,12 |
| **7**  3:17 23:20 | **accessible**  16:2 | 29:22 43:16,18 | **adjusts**  22:16 |
| 89:20,21 96:25 | 16:21 42:18 | 63:10 65:2 67:4 | **ads**  92:25 113:9 |
| **775-1182**  2:13 | **accidentally** | 70:9,18 71:23 | **advance**  91:15 |
| **7:23**  1:2 4:11 | 69:4 | 77:17 83:10 | 121:9 |
| **8** | **account**  115:11 | 100:15 101:9 | **advertisement** |
| **8**  3:18 103:16,17 | **accounting** | 102:8,12 | 109:13 110:1 |
| 121:9 | 17:24 | **ad**  90:8 91:5,10 | **advertising** |
| **80**  3:15 | **accuracy**  13:10 | 91:11,14,15,21 | 111:8 |
| **800**  2:12 | 13:15,21 68:11 | 91:24 92:8,11 | **advise**  7:15 |
| **804**  2:13 | 68:18 128:7 | 92:12,21 93:3,3 | **af**  68:18 |
| **81**  85:12,14 | **accurate**  10:13 | 93:12,16,17,17 | **affect**  26:14 |
| 87:20 | 39:8 47:7 61:4 | 93:19,23,23 | 37:13 77:1 |
| **87**  3:16 | 69:11,21 70:20 | 94:1,8 97:4,4,7 | **affected**  27:9 |
| **89**  3:17 | 79:21 112:12 | 97:8,9,13 | 34:25 35:11,18 |
| **8th**  119:17,21 | 117:21 | 100:21,23,24 | 44:21 45:4 |
| 121:6 | **accurately** | 101:6 102:4,7 | 68:10 |
| **9** | 21:16 49:23 | 109:3,6,15,17 | **affiliations**  4:17 |
| **927**  84:22 | 78:11 | 109:18,20,25 | **affirm**  5:7 |
| **9493**  71:24 | **action**  125:11 | **add**  86:23 | **agree**  7:3 |
| **9494**  61:20 | 125:11 | **added**  91:1 | **ahead**  7:2 21:8 |
| **a** | **active**  20:11 | 97:17 | 28:13 38:22 |
| **a.m.**  1:17 4:4 | 108:16 116:13 | **additional**  81:1 | 48:19,19 78:17 |
| 19:17,20 | 122:2 | 113:16,19 | **al**  4:8,9 |
| **ability**  65:21 | **activities**  46:8 | 115:15 118:6 | **alcohol**  23:1,16 |
| 114:4 | 92:23 | 127:8,8 | 24:18,21,22 |
| **able**  35:5 77:19 | **activity**  15:13 | **address**  55:3 | 26:18 29:15 |
| 96:2 105:24 | 16:10,18 86:16 | 77:19 | **alcoholic**  25:4 |
| 112:11 | 90:8 91:5 108:9 | **adds**  113:16,18 | 25:17 26:3,6 |
| **above**  71:25 | 108:14 109:3,6 | **adjust**  92:8 | 27:2,5 30:7 |
| 74:17 75:12 | 118:9 | 123:1 | **aligned**  29:9 |
| 85:18 96:24 | **actual**  17:10 | **adjusted**  98:19 | **allows**  98:13 |
| 128:6 | 20:14 45:12 | **adjustment**  23:5 | **alternative**  1:10 |
| | 51:22 52:18 | 24:8 90:18 | 65:23 127:4 |

128:4
**amount** 9:17
15:24 93:24
117:10
**analytics** 7:20
7:25
**analyze** 11:13
12:3 17:11 18:3
**analyzes** 8:18
**andrew** 2:17
4:12
**angela** 100:7,10
**annual** 87:3
**answer** 5:23,25
8:20 9:3 10:6,15
10:23 11:15
12:5 14:7,22
15:11 16:4 17:3
20:17 21:10
22:7 23:7 24:1
24:12 25:6,21
25:22 26:23
27:13 28:3
31:13 32:5 33:7
34:16 35:7 36:3
44:11 45:24
46:19 47:9 48:6
48:13 49:25
53:11 57:2 58:2
60:3 63:3 64:7
67:12 68:20
69:23 73:14,24
74:11 75:1
77:13 78:7,22
79:9 82:1 84:20

85:6,23 86:14
87:18 88:20
91:13 92:3,15
93:14 95:5
101:20 113:7
115:2 117:24
**answered** 73:13
73:22 74:10,10
**answering** 74:4
**answers** 6:7,7
**anticipation**
67:10 68:13
77:10
**anybody** 7:8
54:11 57:5
85:20 104:8
107:16
**anyway** 52:7
**anyways** 108:21
**apologies** 7:1
**apologize** 57:22
120:12
**appear** 88:3
**appearance**
4:16
**appeared**
102:13 126:9
**appearing** 2:3
2:10
**appears** 70:4
**applicable**
58:10
**appropriate**
6:25 20:20
106:19

**approval** 20:21
20:24 21:2,6,15
29:5 39:25
**approved** 33:25
101:7 102:4
**approves** 36:18
**area** 29:9,13
60:21,22 67:20
**areas** 60:21,24
61:1
**asap** 102:17
122:16
**asked** 53:13
60:17,20 66:17
66:21,24 67:8
73:1,2,12,22,25
74:5,10 79:22
95:23
**asking** 5:23 6:15
12:8 16:14
32:21,22 33:18
50:12 61:9 81:1
100:18 101:7
104:3
**aspects** 21:1,3
**assessed** 91:1
**assessment**
90:19
**assist** 102:20
**associated** 42:9
42:11 46:9
62:15 97:14
101:21 103:7,11
103:13 119:17
119:24

**association**
65:11
**assuming** 84:11
102:13
**assumption**
13:24,25 14:4
20:3 78:1 81:7
**assumptions**
13:11,23
**attach** 127:8
**attached** 57:25
128:8
**attachments**
58:4
**attainable** 77:6
**attempt** 75:20
**attorney** 4:18
5:21,24 125:10
125:11 128:9
**attributes** 42:9
42:10
**audit** 3:14 56:18
56:22
**audits** 55:4,8,10
56:24 57:5
71:19
**authorized**
125:6
**automatic** 22:24
23:5,23 24:8
**automatically**
22:16 23:20
27:25 33:10
51:9,10,11 86:7
119:18 121:16

122:1

**available** 128:6

**avenues** 116:7

**average** 28:18
28:20

**avoid** 40:20
106:17

**aware** 16:17
23:23 25:11
28:24 29:5,9
30:5,10 34:12
35:15 36:11,25
52:17 56:8,12
91:17 92:22
95:20 115:17

**b**

**b** 1:8 3:11 127:3
128:3

**back** 15:13
16:10 19:19
34:8 37:7 41:19
48:22 49:3
51:14 52:1 53:7
76:16 79:1
82:20 83:12,23
96:24 97:19
120:2,11 121:3
124:5

**backstops** 78:3

**baker** 2:17 4:12

**based** 6:16
26:11 31:18
56:19 70:4 79:4
98:19 104:18
123:2

**basically** 46:7

**basis** 56:17 82:4
87:4

**bates** 2:16 4:24
4:24 7:10,11,14
56:1 57:11,16
61:19 71:24
80:20 81:14
83:24 88:11
89:25 96:25
103:22 122:15
124:9,11

**bathroom** 83:11

**beginning** 4:17
49:13 83:19
92:17 120:7

**behalf** 1:4 2:3
2:10 4:22 127:2
128:2

**belief** 77:16

**believe** 7:23
28:21 50:2 62:4
65:15 72:8
80:25 84:7 89:7
89:13 100:10,18
104:2

**benefit** 116:16
117:9,19

**best** 49:7 65:21
96:20

**better** 34:23
94:2

**beverage** 27:2,5

**beyond** 12:7
55:2 71:11 73:6

74:15 92:23
115:13,14

**bit** 30:17,18
54:18 98:2

**blacked** 44:1

**blackout** 3:18
40:18,19,24
43:1,8,11,19,20
43:23 51:14,16
52:21,25 53:8
90:2,22,24 91:3
91:18,24 92:11
94:20,25 95:10
95:13,16,25
96:7,11,15 97:5
100:19,24 101:6
104:15 106:16
110:23 111:7

**blackouts** 68:11

**block** 109:25

**blocks** 109:21

**blue** 84:12,18
84:25 97:18,22
97:22,24 98:8
98:11,17

**bottle** 23:16
26:18 112:18,18

**bottom** 57:17

**boundary** 21:5

**brand** 58:11
110:6

**branded** 110:7

**brandon** 85:17
94:14

**break** 29:20
48:20,22 55:15
83:11 118:20,23

**breaking** 98:2

**brian** 1:14 3:3
4:7 5:13 80:20
124:1 125:7
126:9 127:5

**briefly** 19:14
83:10

**bringing** 103:15

**broad** 26:11

**broader** 11:21

**broadly** 11:18
11:19

**broke** 94:21
111:24

**brunswick** 2:7

**bucket** 97:8

**buffer** 108:4

**built** 13:11 24:3
25:9

**bulk** 82:17

**bullet** 85:18
114:17 116:21
116:23

**bullets** 56:19
111:3

**business** 9:22
18:5 56:20 59:4

**buyer** 29:8,13
29:14,16

**buyers** 105:23
105:23

**buying** 26:1
  108:12,15

**c**

**c** 2:1 4:1
**caleb** 84:6
**caleb's** 81:13
**call** 62:24
  111:18 112:9
**called** 62:21
  105:22
**calling** 91:16
  94:4
**canal** 2:12
**capped** 113:24
**capture** 112:20
**captured** 102:6
**carmen** 1:4 4:21
  5:22 127:2
  128:2
**carry** 11:23
**cartons** 14:9,12
  14:15
**case** 1:2 4:11
  29:15 44:13,16
  60:5 62:14
  64:19 65:19
  72:8 75:25 93:8
  98:17 101:22
  109:19 118:7
**catch** 112:24
  113:4
**catches** 115:23
**categories** 10:4
  24:25

**categorized**
  63:22
**category** 11:12
  11:21 18:13
  22:24 84:2
  92:11 97:9
  110:8
**cause** 5:8 87:16
**cent** 12:12
**centers** 14:14,16
  122:25
**central** 29:24
**cents** 12:15
**certain** 21:1
**certificate** 3:5,6
  125:1 126:1
**certify** 125:6,9
  126:8
**cetera** 111:11
**cfo** 18:11
**chad** 100:7,9
**chain** 8:2,9 13:1
  13:3,6,18,19
  26:18 30:16,25
  31:4,10,20
  35:12 81:16,23
  82:6,7 84:2 88:4
  97:18 104:14
  107:5,10
**challenge** 13:23
  13:24 114:11
  115:10
**challenges**
  115:15

**challenging**
  13:11
**change** 9:17
  11:12 12:3,7
  20:1,2,6,19
  24:10 26:12
  27:11 28:1,10
  28:12,13 31:3,9
  31:17 33:9,13
  34:9,12,14,19
  35:3,12,18
  36:19 37:1,8,13
  37:25 39:5,6,7
  39:18 40:2,7,14
  41:3,23 42:15
  43:7 44:5 45:2
  45:18,22,25
  46:15 47:4
  50:16,19,19,21
  50:22 61:6
  65:17 66:25
  67:6,8,10 68:12
  70:8,16,25
  81:11 82:3 85:8
  86:8,11,15 89:3
  90:5 91:24,25
  92:5,6,12 93:1,6
  93:15,25 94:1,5
  94:20 95:17,25
  96:10 97:10,14
  105:4,6,14,20
  105:24 106:10
  106:22 107:24
  107:25 108:17
  109:1,14 110:9

  110:14 112:6
  113:11,21
  114:25 115:24
  117:9,20 119:12
  119:23 120:16
  121:17,21 122:2
  127:11
**changed** 34:3
  81:20,23 104:7
**changes** 10:21
  10:25 11:3,7
  14:3 18:22,23
  19:23,25 20:14
  21:8,13,25 22:4
  22:15,17,25
  30:12,15,15,17
  30:24 31:20,25
  32:3,7 33:22
  35:15 36:13
  39:20 51:1,8
  59:13,24 63:21
  64:23 65:2 68:1
  68:5 69:1 81:2,8
  84:24 85:2,9
  93:16 94:9
  106:18 113:23
  114:2,5 116:10
  116:17 117:14
  118:1 119:2,4,7
  119:14,16 121:7
  121:8 127:6,10
  127:21 128:7
**changing** 40:21
  73:5

charge 8:3
check 3:20
  102:7
checks 28:24
  29:5 30:5 102:9
  102:14,15
chief 9:25,25
  18:10 100:9
chose 90:17
chosen 82:15
circle 124:5
civil 128:18,18
clarify 50:11
class 2:4 4:21
clear 89:15
  101:14 119:13
  122:6
clearer 96:24
  98:5
clearly 5:24
closing 95:7,7
collect 96:3
column 114:17
columns 97:18
combination
  80:3 89:10
  123:6
come 41:10
  48:22 49:2
  64:10 83:12
  119:20 120:2
comes 48:1 53:7
coming 98:4
comment 96:17

commission
  126:17
communication
  107:13,17
company 10:2
compared 16:16
  117:17
compares
  116:21,23
comparing
  117:6
comparison
  117:13
compensate
  115:15,16,17
compensation
  116:2,6
competition
  38:23 98:18,21
competitive
  38:20 98:19
compiled 90:13
complete 27:24
  47:21 48:11
  71:10 109:18
  115:22
completed
  128:11
completion
  65:10
complexity
  113:16,19
compliance 3:19
  58:7 102:16,20
  103:3

compliant 103:8
complies 5:6
components
  93:19
comprehensive
  104:24
concern 46:14
  46:21 47:3,7,10
  69:17,21 70:11
  70:17,21 93:1
  93:22,25 106:21
  107:1 115:19
concluded
  124:16
concludes 124:1
condition 40:17
conduct 71:18
confidentiality
  6:25
confirm 84:6
  89:6 90:16
confirmation
  43:5
conflict 46:1,3
  93:20 94:6
  97:13 108:14
  112:21
conflicted 101:6
conflicts 94:10
confused 63:25
  68:9,9
conjunction
  47:1,5 67:21
  68:1 93:2,5

connected
  125:11
considered
  128:12
consistency
  71:6
consumer
  101:10 114:13
contain 66:13
  89:2
contains 12:22
  42:8
contents 17:21
context 99:25
continuity
  65:20
conversations
  10:9
cool 80:16
copies 128:10
copy 58:18
  124:10,13
core 3:18 10:12
  37:25 110:11
corporation 1:8
  4:9 127:3 128:3
correct 6:12 8:6
  8:11,16 14:17
  17:18 18:15
  22:22 23:22
  24:7,17 35:21
  37:5 40:25
  45:20 51:18
  65:13 66:4 76:5
  78:2 95:6 103:5

122:8 127:20
**corrections**
  127:8
**correctly** 113:22
**correlate** 94:1
**correlated**
  68:18 76:25
**correlation**
  73:19
**correlative**
  78:24
**cost** 17:8 18:1
  22:15,17,17,19
  23:8,9,11,16,19
  24:6,13,16,23
  25:2,18 26:18
  27:11 28:10,13
**counsel** 2:16 4:7
  4:16,20,25 54:9
  54:10 55:15
  125:10,11
**count** 82:17
**county** 125:4
  126:5
**couple** 21:4
  122:7
**course** 69:8
**court** 1:1,19
  4:10,14 5:1 6:2
  6:9,11 125:6,16
  126:7,16
**create** 40:10
  64:9 67:3 88:24
  92:7 106:12
  111:13 119:14

**created** 85:19
**creation** 38:19
  38:25
**cst** 1:17
**current** 67:14
  80:2 89:4
  114:16 116:22
  116:24 117:2,7
  118:7 119:1
**currently**
  113:10
**customary** 69:9
**customer** 65:19
  114:13 115:8
  123:16
**cut** 86:19,24
  110:8,11,15,16
  110:17
**cv** 1:2 4:11
**cycle** 69:7

**d**

**d** 1:8 3:1 4:1
  127:3 128:3
**dann** 2:5,6 4:20
  17:23
**dashboard** 56:2
  56:5,6,12,13,15
  57:24 58:14,23
  60:18
**data** 12:22
  15:18 16:1,7,8
  17:11 36:12
  51:19 66:13
  104:20,20,23
  111:9 113:9

**date** 1:16 28:5,7
  28:9,10 34:19
  72:6 73:4,20
  85:9 89:2 91:15
  97:15 108:17
  119:16 121:4,17
  127:7,23 128:9
**dated** 61:23
  89:25 100:5
  125:12
**day** 47:17 53:13
  54:4,6,7 91:21
  122:1 125:12
  126:10,13
**days** 54:5 75:10
  114:19,23
  128:12
**dcs** 123:13
**december** 1:16
  3:2 4:5 16:1
  34:12 125:12
  126:10,13 127:5
**decides** 43:25
**decision** 16:25
  43:19 77:1
  86:23 92:4
  94:19 95:3
  96:18 99:6
**decisions** 9:19
**declare** 127:20
**decrease** 115:4
  115:19
**decreased** 76:20
**decreases**
  114:18

**defendant** 4:23
**defendants** 1:11
  2:10
**defer** 67:23
  69:24 86:4
  99:17
**deferred** 17:25
**definitively**
  31:22
**delay** 44:4
**deliver** 114:4
**delivery** 113:25
**denoted** 58:22
**department**
  100:11
**departments**
  63:19
**depends** 20:8,10
  26:8 28:4 37:21
  43:2 47:13 75:2
**deponent**
  127:22
**depos** 4:6
**deposing** 128:9
**deposition** 1:14
  3:3,13 4:6 5:22
  6:11,19,23
  17:23 53:22
  54:1,13,16
  55:16 124:16
  125:7 127:5,10
  127:20
**depth** 53:24
  73:7

**describe** 9:14
13:3 17:21
18:16 22:1,3
23:4 56:4 62:2
63:16 90:2
105:17 108:11
109:10 110:24
111:13 115:12
**described** 68:12
110:9 113:2
117:7 120:16
**description**
18:14 42:13
**descriptions**
64:4
**designation** 7:4
**designations**
6:25
**detail** 9:14
18:16 20:13
22:2 30:18
**detergent** 11:25
12:2,13
**determination**
52:20,24
**determinations**
91:18
**determine** 41:5
75:21
**determined**
41:24
**determines** 28:9
42:25
**determining**
43:10

**dg** 104:14
**dgx** 99:7,16
**dictates** 23:23
31:16
**differ** 30:16
**difference** 20:1
**different** 10:3
17:4 21:4 30:22
38:5,6,8,18,24
39:5,7,15,19
67:3 68:14
76:10 98:11,13
98:16 99:15
116:7
**difficulty** 6:10
**diligence** 112:15
112:19,23
**dilts** 18:12
**dinged** 41:7
**direct** 3:4 5:16
56:8 88:23
**directed** 109:1
**direction** 88:24
**directly** 5:25
57:20
**director** 64:21
**disco** 99:20,23
**discontinue**
46:7
**discontinued**
99:24
**discounts** 8:22
**discrepancies**
40:11

**discrepancy**
33:3 60:1 70:6
106:13,23 116:3
**discuss** 56:18,24
57:5
**discussed** 63:18
88:4 117:19
**discussing**
104:17 117:21
**discussion**
55:14 117:10
**discussions**
54:12
**disproportion...**
82:16
**disrupt** 40:10
**distinction**
98:12 107:19
117:4 118:5
**distinguishes**
99:18
**distribution**
14:14,16 122:25
**distributor** 27:5
**distributors**
27:2
**district** 1:1,1
4:10,10
**disturb** 41:11
**document** 53:21
55:1 61:17
103:24 104:1,4
104:5 118:16
**documents**
54:15,18,21,23

**doing** 69:2 94:4
**dolgen** 1:8,9
4:23 127:3,3
128:3,3
**dolgencorp** 1:9
127:3 128:3
**dollar** 1:8 2:16
4:8,25 6:17 7:18
7:21 29:17 36:2
38:4 42:22 48:3
54:11 70:7,16
79:16 82:7,9
85:20 98:23
99:3,3,4,10
106:4 110:6
127:2 128:2
**drinking** 54:18
**driveline** 48:1,2
48:10 70:3,12
70:17 71:9,12
92:20 106:1
107:14,17,21,25
115:11,13,21
116:11
**driveline's**
92:23
**dropped** 80:7
87:23 88:14
**dropping** 88:18
**due** 22:14 69:18
112:19,23
**duly** 5:14
126:10
**duplic** 71:4

**[duplicate - executing]**                                    Page 137

**duplicate** 71:5
**duties** 7:24

**e**

**e** 2:1,1 3:1,11
  4:1,1 127:1,1,1
  128:18,18
**earlier** 62:22
  63:18 64:5
  65:15 69:1
**east** 2:12
**effect** 50:17
  59:25 64:23
  65:2,17 66:14
  66:19 67:1 69:3
  84:17 89:3,4
  110:10 115:20
**effective** 28:5,7
  28:9,11 34:19
  81:8 85:9 91:22
  93:18 97:15
  114:19 115:4,6
  119:8,15,17,21
  120:17,19
  121:18
**effectuate** 31:17
**efficiency** 76:6
**efficient** 76:8
**efforts** 71:5
**eight** 20:12
**either** 43:6 44:4
  75:16 76:17
  90:6 94:7
  105:25 116:10
  123:20

**elaborate** 98:15
**email** 3:19,20
  56:9 57:25 58:4
  59:1 60:10
  61:22 62:22
  65:8 68:22,25
  69:18 70:4 72:2
  72:24,25 74:17
  75:12 79:1
  80:19 81:1,13
  82:11 87:21
  88:3,10 89:24
  92:5 94:24
  96:23 97:19
  100:5,8,17
  103:12 104:9,16
  122:14,18 128:9
**emailed** 62:18
  128:10
**emailing** 62:3
  62:11
**emails** 3:15,16
  3:17,18
**employed** 36:5
**employee** 6:17
  29:17 125:10,10
**employment**
  126:21
**encountered**
  32:17
**ends** 109:20
**engineer** 34:13
  34:18
**ensure** 13:10,10
  13:14,21 30:6

  62:5,16 63:6
  65:20 66:4 69:2
  71:2,5 78:4
  108:4 112:20
  113:25 114:6
  116:8,12 118:8
  119:10
**ensures** 66:8
**ensuring** 21:16
**entail** 7:24 8:12
  21:15 112:23
**entails** 13:4
  18:14
**enter** 26:3,19
  29:4 33:8 35:23
  127:6
**entered** 23:8
  26:21 127:21
**enters** 7:14
**entire** 76:4 82:7
**entirely** 36:6
  39:10 76:15
**entirety** 75:22
  112:25
**entry** 22:3,8
  23:3 26:15,16
  27:24
**erm** 56:1,4
  58:14
**errata** 3:7 128:8
  128:9,11
**esquire** 2:5,5,11
**et** 4:8,9 111:11
**evaluating**
  76:22

**event** 66:6 69:4
  111:16
**events** 70:21
**exact** 31:2,8
  38:10 79:18
**exactly** 8:12
  13:3,14 46:5
  54:2 63:17
  110:15
**examination** 3:4
  5:16
**examined** 5:14
**example** 11:20
  14:4 22:2 26:13
  26:17 52:6 53:4
  70:5,6,10,11
  87:10 112:16
  121:3
**examples** 11:24
  37:24 44:15
**excel** 22:9 64:9
  66:12,13 88:21
  89:2 95:12
**exchange** 74:1
**exclusion** 91:3
**excuse** 30:12
  50:21 54:10
  109:4
**excused** 124:15
**execute** 53:12
  85:8 107:25
  108:24
**executing**
  108:25

**execution** 8:3,10 8:11 18:14,17 53:13 61:2,3 63:1 64:1,15,16 64:18 74:2 103:21 111:2
**exhibit** 3:12,13 3:14,15,16,17 3:18,19 53:15 53:16,18 55:20 55:21 57:15 61:13,14 80:7,9 80:10 83:24 87:24,25 88:4 89:20,21 96:25 103:16,17 122:4 122:5
**exist** 94:10
**expect** 114:4
**expected** 18:19 81:2
**expenses** 13:7
**expertise** 60:22
**expires** 126:17
**explain** 91:9 113:25 116:19
**explained** 105:18
**explaining** 73:3 101:8 103:1
**explanation** 44:4 76:19 103:2
**extended** 108:1

**extends** 115:13 115:14
**extensive** 26:9 26:10,11
**extensively** 48:8
**extent** 20:22
**extra** 108:4 112:15

**f**

**facing** 123:16
**fact** 72:16 74:7 95:16
**factor** 99:5,6
**factors** 26:9 38:19,24
**fails** 128:14
**fair** 50:9 70:6 70:11 71:12,14 77:24 78:8
**fall** 11:12 22:24
**falls** 21:5
**familiar** 45:14 50:6 51:4,12 55:1,2 56:6 102:22
**family** 99:3
**far** 10:20 16:10 21:25 55:7 72:6 92:24 103:1 117:19
**fashion** 112:17
**favor** 65:19 114:12 115:8
**february** 3:20 87:10,12,14

89:25 100:5 118:17
**federal** 128:12 128:18
**feedback** 104:6
**feel** 6:5
**fifth** 113:23
**figure** 19:5 67:5
**file** 42:4,7,8 52:21 57:13 64:9 66:12,13 80:2 85:19 88:22 89:1,8 90:3 95:20 96:1 104:15 106:16
**filed** 4:9
**files** 85:21 92:10
**finance** 8:3,9 13:1,4,18
**financial** 9:25 18:5,10 123:1
**financially** 125:11
**find** 48:17
**findings** 13:13
**finds** 42:1
**fine** 29:19 48:21 48:23 83:11 118:23 120:1 124:11
**fines** 58:11
**finish** 78:17 93:3
**finishes** 78:15

**fire** 54:19
**firm** 2:6 4:12,20
**first** 5:14 8:4 15:25 17:20 25:19 55:25 72:6 73:4 75:17 76:16 109:4,8 114:17
**fiscal** 90:11,12 90:12
**five** 26:20 27:19 56:23 60:9 83:12 114:19,23 120:1
**fl** 128:10
**flag** 104:19,25 110:23
**flagged** 51:19 90:5 105:1 111:3
**flagler** 125:4 126:5
**florida** 125:3 126:4,8,16 128:13,18
**flow** 33:1 85:2
**flows** 18:24 36:21,23 85:10
**focus** 60:22
**folder** 80:8 88:14,18,22
**folks** 92:4
**followed** 96:14
**following** 87:13 106:7 118:4

127:10
**follows** 5:15
**force** 3:15 51:7
  52:13 62:5,18
  62:25 63:4,9
  64:3,9 65:24
  66:13,18,22,25
  67:3,6,8,9,13
  72:16,18 73:1,6
  73:9,21 74:1,6,8
  74:14,21,23
  75:6,9 76:4,10
  79:2,7,22,24
  80:1,4 85:12,14
  85:19,21,25
  86:2,10 87:20
  88:13,18,24
  89:1,2
**forced** 62:15
**forcing** 66:3
**forecast** 8:5,13
  9:1,9 10:8,13
  13:6,17,21
**forecasted** 21:5
**forecaster** 8:18
**forecasting** 8:2
  59:4 60:25
**forecasts** 10:10
  13:12,16 21:7
  21:12 56:19
**foregoing** 125:8
**forgive** 19:4
**form** 8:19 9:2
  10:5,14,22
  11:14 12:4,16

14:6,21 15:10
16:3,12,22 17:2
17:13 20:16
21:9,18,22 22:6
23:6,25 24:11
25:5,20 26:22
27:12,21 28:2
28:14 29:1,7
30:9,20 31:5,12
31:21 32:4,15
33:6,16 34:5,15
35:6,13,20
36:14,20 37:4,9
37:15,20 38:12
39:9,21 40:3
42:3,19 43:12
43:21 44:2,10
44:23 45:13,23
46:11,18 47:8
47:16 48:5,12
49:24 50:10,20
51:3,24 52:16
52:22 53:10
55:5 57:1 58:1
58:15 59:2,10
60:2,12,19 61:7
62:20 63:2 64:6
64:25 65:14,25
66:5 67:11 68:2
68:19 69:12,22
70:22 72:7,19
73:11,23 74:9
74:25 77:3,12
77:25 78:21
79:8 80:24 81:5

81:25 83:1
84:19 85:5,22
86:13 87:5 88:5
88:19 89:5
90:15 91:12
92:2,14 93:7,13
94:3 95:4,12,18
96:4,8,19 97:11
98:24 100:1
101:19 102:21
103:4 105:7,19
106:5,14,25
107:22 108:22
109:11,23
111:15 112:13
113:6 115:1,25
117:12,23
118:13 119:6
120:24 121:14
121:24 127:21
**formal** 6:2
**format** 95:11
  99:9,10,13,14
  99:15,16
**formats** 99:16
**forth** 9:18
  113:13
**forward** 101:7
**four** 7:23 14:19
  15:3 36:8 90:6
  105:25 107:20
  115:11,21,23
**fourth** 92:16,17
  99:21

**frame** 26:5 30:1
  87:8 108:1
**frames** 20:9
**free** 6:5
**frequency** 14:20
  15:2,8 59:13,24
**frequently** 32:2
  32:10
**friday** 80:21
  81:4,8 114:21
  115:6,14,20
**full** 76:3
**fundamentally**
  17:25
**further** 73:7
  98:17 123:17
  125:9

**g**

**g** 4:1
**gain** 98:13
**gallon** 11:10
  34:10
**gap** 23:10 65:16
  71:2 115:6,23
**gaps** 111:13
  112:24 113:5
**general** 1:8 2:16
  4:9,25 6:17 7:19
  7:22 29:17 36:2
  38:4 48:3 54:11
  58:6 70:7,16
  79:17 82:7,9
  85:20 98:12,23
  99:11 106:4
  110:6 127:3

128:3
**general's** 42:23
**generally** 38:15
77:15 107:18
114:12
**generate** 11:4,5
11:8,9 12:12
33:14 64:9
66:22,25 79:22
80:1 86:7,9
106:16 119:18
**generated** 12:7
12:18,21 13:22
34:2 51:9,10
85:18,24 86:3
86:10 93:2,5
95:11 118:16
121:17 122:1
**generates** 13:17
33:10 66:12
85:21
**geographical**
98:22
**geographically**
38:11
**getting** 19:3
41:7 64:2 70:25
76:6 102:6
120:25
**give** 5:8 11:20
11:24 14:4 19:9
19:9 20:9,13
30:18 37:24
47:14 54:2
61:25

**given** 59:21 68:5
70:13,13,14
114:6 124:1
**gives** 95:14
**giving** 6:7
**go** 7:2 9:16 19:7
19:13,14 21:6
23:3 34:8 38:19
38:22,24 41:12
41:14 48:18,19
51:14 71:4,15
73:6 76:3,12
78:17 83:5,5
91:15,21 108:17
110:6,19 111:8
113:8 118:2
120:11 121:3,10
123:22
**goal** 71:2
**goals** 61:3
**goes** 11:7,8,11
12:2,11,13
16:25 20:20
29:10 36:19
46:10 50:22
76:14 118:3
**going** 4:4 30:2
40:9 46:2 63:20
66:14 67:14
76:16 79:1 95:2
97:19 102:1
110:7 115:20
**gold** 35:25 36:2
36:4,8,11 91:20

**good** 4:3 5:18
48:17 49:8
83:14 118:19
**governed** 6:24
**government**
55:10
**group** 46:6
**guarantee**
114:23
**guaranteed**
114:12,15
**guess** 30:22 46:8
60:21 61:8
62:21 63:24
67:2 68:9 69:9
85:9 92:17
102:3 114:22
123:22
**guide** 108:14
**guys** 83:12

**h**

**h** 3:11 127:1
**haley** 85:17
94:14 96:23
97:7 101:5
**haley's** 96:25
**half** 48:23
**hand** 5:5 45:8
126:12
**handles** 20:24
**hang** 66:7
100:21
**happen** 63:15
67:18 77:18
114:6

**happened** 71:20
77:7
**happening**
108:12
**happens** 24:9
33:21 36:23
37:3 63:5
**happy** 6:6
**haug** 1:14 3:3
4:7 5:4,13,18
7:6,8,18 19:2,22
34:24 35:2
41:22 49:17
55:14,23 57:10
83:23 95:23
103:19 120:11
124:2 125:7
126:9 127:5
**head** 16:19
36:15 38:9
81:10 101:25
102:4
**heads** 82:25
83:2
**heard** 5:20
**held** 49:5 90:14
111:19
**help** 63:24
**helping** 117:7
**hh042443**
126:17
**hi** 4:19 80:20
**high** 56:1,4
58:14

**higher** 14:9
  45:12
**highlighted**
  58:13,16
**highway** 2:6
**hired** 48:3
**historical** 36:12
**hit** 67:9
**hits** 28:25 29:6
  37:2 61:6
**hitting** 67:6
  85:3,4
**hold** 41:3 52:1
  116:10
**hope** 5:19
**hose** 54:19
**hour** 14:9,12,15
  48:23
**hours** 54:3
  117:10,22
**house** 2:16 4:25
**housed** 15:18
**huh** 6:9
**hung** 77:8

**i**

**idea** 79:11 82:13
  119:3 121:20
**identification**
  53:16 55:21
  61:14 80:9
  87:25 89:21
  103:17 122:5
  126:20,21
**identified** 61:1
  92:10

**identify** 17:7
  35:5 111:6
**image** 109:25
**impact** 18:5
  29:10 43:7
  101:10 114:3
  116:17 117:8,20
**impacted** 26:12
  33:11,14 34:14
  105:23
**implement**
  94:19 114:24
  117:11
**implementation**
  110:16,17
**implemented**
  69:20 70:3 75:6
  75:9 92:13 93:1
  106:10,22
  118:12 119:4,12
  120:17 121:13
**implementing**
  52:9 70:12
  120:21
**implements**
  70:16 92:20
**imply** 77:17
**implying** 67:2
**inaccuracy**
  114:12,15,23
**inaccurate**
  39:12 69:21
**included** 58:25
  90:19

**inclusion** 91:2
**inconsistent**
  116:13
**incorrectly**
  32:14
**increase** 15:8,13
  16:10,17 17:8
  17:10 23:19,20
  23:24 24:16
  26:18 77:11
  115:20 120:22
**increases** 25:15
  25:18 114:20
  115:5
**index** 8:15
**indicate** 82:2
**indicates** 79:13
**indicating** 97:4
**indication** 81:19
**indicator** 10:17
  77:23 78:10
  81:22
**indicators** 81:17
**indiscernible**
  89:14 94:20
  104:21 107:20
  111:22
**individual**
  76:13 77:15
  123:6
**individually** 1:9
  127:3 128:3
**individuals** 43:9
  60:10

**inflation** 18:1
**inflationary**
  59:22
**information**
  16:20 35:4,24
  41:25 42:14,17
  42:22 86:5,6
  96:2
**initiated** 107:5
  107:10
**ink** 58:17
**input** 24:23
  35:18 60:17,20
**inputs** 33:22
  36:18
**instance** 44:8
  71:20 75:5
  79:11 86:2
  102:7 123:9
**instances** 23:18
  30:24 31:2,8
  32:9 37:7 39:25
  45:10 63:5
  66:17,21,24
  71:8,22 95:24
**instructing**
  108:20
**instruction**
  95:15
**integrity** 62:6
  62:16 63:6 69:7
  71:5 77:5 78:5
  116:8 118:8
  119:11 120:23

**intent** 40:10 69:6 71:17 77:4
**inter** 9:11
**interconnected** 9:12,15
**interested** 125:11
**interim** 70:15
**internal** 3:14 56:18
**internet** 83:9
**introduce** 46:7 53:14
**introducing** 55:19 80:6 122:3
**inventory** 8:21 9:8,18 111:19 123:2,2
**investment** 72:6 73:4
**invisible** 111:13 112:24 113:5
**involve** 22:2 52:13 98:22
**involved** 24:9 62:9,13 64:3 87:19
**involvement** 20:22 62:7,17
**issue** 67:13 92:7 107:3 112:6 116:3
**issues** 91:25 93:11 101:4

108:5
**item** 12:11 22:19,21 38:1 40:8,8,17,24 41:2 42:4,7,12 43:22,25 51:19 51:20 66:20 75:24 76:1 77:11,15 78:9 86:23,24 101:11 101:13,14,22 102:4,6,8 105:1 105:1 108:13 110:23 111:6,7 111:9,10 112:9 112:10,11,12,17 122:16,24,24
**items** 75:16 76:18,23 78:2 82:3,21 85:8 90:25 94:6 96:11 97:4,4,8,8 97:12 99:24 101:5,9,9 103:6 111:1,3,10,12 112:8

### j

**january** 70:7,11 87:14 126:17
**jason** 2:16 4:24 7:10
**javier** 2:5 4:19 5:21 6:22 48:15 58:16 78:18 98:1 118:19

**jersey** 2:7
**job** 7:24 9:21 10:13 17:12 18:13 64:4
**joesph** 1:4 127:2 128:2
**joins** 17:23
**jointly** 1:9 127:3 128:4
**joseph** 4:8,20 5:21
**judge** 6:1
**june** 61:23 72:3 79:3,5

### k

**kakumani** 89:12
**keep** 30:2 57:14 71:18 116:12
**kelly** 18:12
**key** 8:15 18:18 18:20 19:22 20:5,19 24:13 32:25 38:3 98:18
**keyed** 22:4 34:18 35:25
**keying** 20:14 21:25 26:6
**keys** 18:23 28:23
**kick** 37:7
**kind** 30:18 40:11 70:20 77:20 92:24 102:3

**know** 19:4,10 21:21 22:23,23 25:13 27:6,14 27:18,20 29:20 33:4,21 34:6,24 35:2 36:23 39:1 40:14 48:21 49:5 50:8,18 52:11 53:19 54:2 55:23 56:13 57:11 58:13,22,24,25 60:7,9 64:22 67:20 70:2,10 70:13 72:25 73:19 76:17 77:5 79:18,19 82:9,14 86:16 89:16,17 92:20 94:9 95:23,24 96:1,17 97:24 98:8 99:12 101:3 102:14 103:19 104:8 118:14
**knowledge** 6:16 37:2 67:25 75:11
**known** 126:19
**knows** 40:12
**kpi** 8:15 10:8
**kpis** 8:14,17,25 9:7,8 10:20

**[l - made]**

**l**

**l**  2:5
**label**  24:6 30:6
  33:10,14 34:3
  46:16,20,23
  47:5 50:8,18,23
  51:23 52:13
  66:8 69:20,21
  70:8,19,19
  71:11 76:10
  77:24 78:11,12
  86:5,6,7 91:25
  93:2,4,11,17,17
  93:19 101:1
  106:23 110:16
  115:23 116:17
  117:9,20 121:22
  121:25
**labels**  21:16
  34:2 49:17,18
  49:22 51:2 62:5
  62:15 63:4,10
  63:14 64:3
  65:18,24 66:4,7
  66:18 67:21
  69:4,9,15 70:13
  71:15 76:13
  77:2 78:2 79:22
  79:23 84:11,25
  92:8,8 117:11
  117:22 119:3,18
  119:19 121:12
  121:16
**labor**  107:11,24
  116:17 117:8,20

117:21 118:4,8
**lag**  91:17 106:22
**land**  80:21 81:4
**landscapes**
  98:20
**large**  44:12
**largely**  13:23
  22:8,14 23:1,3
  38:13 111:17
**larger**  123:14
**largest**  27:4,7
  27:10
**laundry**  11:23
  11:25
**law**  2:6 4:20
**laws**  58:10
**layers**  113:16,19
**laymen's**  91:9
  116:20
**leader**  13:8
**leaders**  13:5
**leading**  10:16
**leads**  81:12
**leaves**  37:1
  93:16
**legal**  4:13,15 6:2
  6:3 128:16
**length**  47:14
  68:10,17 69:18
  71:9 118:9
**letter**  3:8
**letting**  94:8
**level**  113:21
**levels**  98:13

**lifo**  17:20 18:3
**likewise**  16:20
**limits**  114:3
**lindsay**  57:25
**line**  14:1,5 49:5
  75:15 82:19
  86:20 91:5,6
  97:17 99:20
  102:9 105:3,11
  105:15,18 108:8
  109:3,4,6,8,10
  109:21 110:3
  111:12 113:15
  113:23 120:12
  127:11
**lines**  127:8
**linked**  111:12
  111:17 112:4,8
  112:18
**list**  35:11 37:19
  90:4 95:24
  104:24
**listed**  8:4 101:16
**little**  9:14 20:13
  22:1 23:4,14
  30:17 54:18
  68:14 96:24
  98:2 120:13
**live**  50:22 91:15
  91:20,21 108:17
  121:10
**lives**  89:9
  113:20
**llc**  1:8 127:3
  128:3

**loaded**  88:22
**local**  51:11
**locations**  82:4
**long**  7:21 20:6
  36:2,4 42:25
  47:12 65:5,5,12
  66:6 86:22
**longer**  26:19
  108:3
**look**  10:21
  11:13 18:2 34:8
  34:11 58:3 62:4
  75:16,21 76:17
  78:8 111:10
  112:11 113:12
**looked**  55:1
**looking**  11:21
  57:20 76:22
  77:14 80:20
**looks**  55:2 88:7
  90:11 109:24
**lost**  83:4
**lower**  75:17,24
  76:18
**lowered**  76:2
  77:11
**lunch**  29:20
  48:19,22

**m**

**made**  52:5,8
  62:4 94:5 95:15
  95:19 120:17
  121:17 123:1,10
  123:12

**[mag - merino]**

**mag**  86:11 90:8
  94:7 97:18
  108:8 110:10
**main**  69:3
**maintain**  35:10
  35:15 69:6 77:5
**maintained**
  15:16 69:3
  104:23
**maintains**  23:10
**make**  6:24 9:20
  20:19 29:8
  32:25 43:16,18
  49:22 51:8
  52:24 91:18
  94:19 95:2
  104:6 105:24
  113:11 114:2
  115:3 116:2
  119:16 120:19
  122:9
**makes**  34:3
  52:20
**making**  96:18
  106:18
**manage**  114:5
**manual**  22:3,8
  23:3 27:24
  110:24 111:5
  112:25
**manually**  26:16
  26:21
**marc**  2:5
**march**  119:15
  119:17,21 121:4

121:6
**margin**  7:20,25
  8:1,5,12,18 9:20
  10:12 59:4
  60:25
**mark**  16:25
**markdown**  11:6
  11:9 21:11
**markdowns**
  8:21 9:8 11:4
**marked**  32:14
  43:10 45:12
  53:16 55:21
  61:14 80:9
  87:25 89:21
  103:17 122:5
**marketing**
  100:9,11
**markup**  11:5,8
  12:6,10,12,15
  12:24 15:13
  16:10,18
**markups**  11:4
  14:20 15:2,9,19
  15:22,24
**master**  42:4,7
  51:20 105:1
  111:9
**match**  66:9
  108:6
**matching**  59:8
**matter**  4:8
**mcguire**  2:11
**mcguirewood...**
  2:13 128:5

**mean**  9:15
  13:24 14:12
  18:20 22:12
  27:1 29:13,23
  55:7 58:17,19
  63:17 68:4
  75:19,23 81:4
  84:9 86:12
  90:10,13,21,23
  93:10 98:15
  99:1,8 101:11
  104:14 105:6
  107:8,10 109:22
  115:16,17 116:6
  122:21 123:7
**means**  84:11
  101:13 109:10
  110:25 111:1,14
  114:1,2 116:19
**measure**  14:13
**measured**  14:8
**media**  4:5 49:10
  49:14 83:16,20
  120:4,8 123:24
**meet**  56:17
  100:14 102:16
  103:2
**meeting**  56:21
  100:16 102:20
**meetings**  56:25
  57:6 100:12
**mentioned**
  12:25 19:22
  29:21 45:17
  51:15 65:15

**mentions**  84:12
**merchandise**
  8:6,7,13
**merchant**  9:25
**merino**  2:5 3:4
  4:19,19 5:17,21
  7:3,5 8:24 9:6
  9:13 10:11,18
  11:1,17 12:9,19
  14:11,25 15:7
  15:15 16:6,15
  16:24 17:6,16
  19:13,14,21
  20:23 21:14,20
  21:24 22:11
  23:13 24:4,14
  25:10,23 26:25
  27:16,22 28:6
  28:16 29:2,12
  29:19,25 30:4
  30:11,23 31:7
  31:15,24 32:8
  32:16,23 33:12
  33:20 34:1,7,21
  35:9,16,22
  36:17,22 37:6
  37:11,17,23
  38:14,21 39:11
  39:24 40:5
  41:14,21 42:5
  42:21 43:15,24
  44:6,14,25 45:9
  45:16 46:4,13
  46:24 47:11,19
  48:9,21,25 49:2

**[merino - new]**                                                    Page 145

| | | | |
|---|---|---|---|
| 49:8,16 50:4,13 | 109:2,16 110:2 | **miskeyed** 33:2 | **nationwide** 27:3 |
| 50:25 51:6 52:2 | 111:20 112:1,22 | **missing** 116:25 | **near** 107:3 |
| 52:19 53:1,14 | 113:14 115:9 | **misstates** 73:12 | **nec** 87:15 |
| 53:17 55:9,19 | 116:5 117:16 | **mistake** 32:25 | **necessarily** |
| 55:22 57:4,9 | 118:11,15,21,24 | **mistakes** 6:13 | 77:17 87:15 |
| 58:5,19,21 59:6 | 119:9 120:1,10 | **mixed** 30:1 | 113:22 |
| 59:12,17 60:6 | 121:2,19 122:3 | **modification** | **need** 41:8,25 |
| 60:16,23 61:10 | 122:8,11,13 | 52:8,10 | 48:15 79:6 |
| 61:12,16 62:23 | 123:17,21 124:4 | **modifications** | 102:17 108:24 |
| 63:8 64:12 65:3 | 124:5,12 | 52:5 | 115:15 116:12 |
| 65:22 66:2,11 | **messaging** 19:1 | **moment** 19:5,10 | 124:9 |
| 67:16 68:8,23 | **metrics** 15:16 | 41:7 | **needed** 75:21,22 |
| 69:16 70:1 71:7 | 16:9 | **monday** 87:21 | 115:11 117:10 |
| 71:21 72:10,23 | **mia** 80:19,23 | 114:19 115:4,13 | 117:22 |
| 73:18 74:3,16 | 84:6 | 115:20 | **needs** 86:6 |
| 75:4 77:9,21 | **michael** 94:14 | **money** 110:6 | **negative** 58:7,11 |
| 78:6,19,25 | **middle** 40:9 | **monte** 76:3 | 59:20 |
| 79:15 80:6,11 | 46:15 68:15 | **monthly** 86:16 | **neighborhood** |
| 80:14,18 81:3,9 | 110:12 | 108:14 | 38:10 |
| 82:5 83:5,9,15 | **mike** 85:17,17 | **months** 96:1 | **network** 82:17 |
| 83:22 85:1,11 | **milk** 11:11,16 | **morning** 4:3 | 82:22 |
| 86:1,18 87:11 | 34:10 | 5:18 | **neutral** 58:7 |
| 87:23 88:2,9,25 | **miller** 62:14,18 | **move** 101:7 | 59:20 |
| 89:11,19,23 | 64:19,20 72:2 | 110:15 | **new** 1:1,8 2:7 |
| 90:20 91:19 | 72:14 73:16 | **moved** 76:24 | 4:11,23 23:9 |
| 92:9,19 93:9,21 | 74:12 76:7 | 103:7,14 123:13 | 24:23 27:4 |
| 94:11,22,23 | **miller's** 72:5 | **moves** 122:24 | 33:10,14 34:11 |
| 95:9,21 96:6,13 | 76:9 79:16 | **multiple** 122:23 | 39:1 46:7 49:23 |
| 96:22 97:16 | **mind** 48:1 | **music** 100:1 | 57:13 70:7,12 |
| 98:4,7 99:2 | **minimize** 117:8 | | 86:24 90:25 |
| 100:2,3 101:23 | **minimizes** | **n** | 93:2 97:18 |
| 102:24 103:9,15 | 116:16 117:19 | | 99:10,12 103:14 |
| 103:18 105:10 | **minute** 19:8 | **n** 2:1 3:1 4:1 | 110:18 119:23 |
| 106:2,9,20 | **minutes** 48:18 | 110:4,4,5 | 120:13 127:3 |
| 107:4 108:7 | 49:6 120:2 | **name** 4:12 5:20 | 128:3 |
| | | 36:1 | |

**nick** 53:6,7
  80:20 81:10,12
  82:25 83:2
  94:15,17 104:2
  104:3,4
**nick's** 77:19
**nonalcoholic**
  23:2
**noncompliance**
  58:9
**nonresponsive**
  57:21
**normal** 28:20
  86:21
**north** 2:7
**notary** 1:19
  126:7,16
**notated** 97:5
**notation** 95:15
  95:19
**note** 43:22 65:9
  85:12 128:7
**noted** 127:10
**notes** 125:8
**notice** 3:13
  28:12,21
**noticed** 14:18
  15:1,8
**noticing** 4:18
**notification** 3:8
  53:8
**notified** 52:24
  121:8
**notify** 43:13
  51:16,20 105:23

108:12,15,23
**notifying** 94:12
  94:14
**number** 4:11
  8:14,22 10:1,9
  13:18 17:4
  18:24 25:9 26:9
  26:12 27:9 38:6
  38:10,18,24
  42:13 46:8
  49:11,14 51:25
  54:17 81:19,22
  83:17,20 84:5
  84:23 120:5,8
  123:25
**numbers** 122:7

### o

**o** 4:1
**oath** 3:6 126:1
**object** 101:19
**objection** 8:19
  9:2,10 10:5,14
  10:22 11:14
  12:4,16 14:6,21
  15:4,10 16:3,12
  16:22 17:2,13
  20:16 21:9,18
  21:22 22:6 23:6
  23:25 24:11
  25:5,20 26:22
  27:12 28:2,14
  29:1,7 30:9,20
  31:5,12,21 32:4
  32:15,19 33:6
  33:16,23 34:5

34:15 35:6,13
35:20 36:14,20
37:4,9,15,20
38:12,17 39:9
39:21 40:3 42:3
42:19 43:12,21
44:2,10,23 45:6
45:13,23 46:11
46:18 47:8,16
48:5,12 49:24
50:10,20 51:3
51:24 52:16,22
53:10 55:5 57:1
57:7 58:1,15
59:2,10,14 60:2
60:12,19 61:7
62:20 63:2 64:6
64:25 65:14,25
66:5 67:11 68:2
68:19 69:12,22
70:22 71:13
72:7,19 73:11
73:11,12,22,23
74:9,9,25 77:3
77:12,25 78:21
79:8,25 80:24
81:5,25 83:1
84:19 85:5,22
86:13 87:5 88:5
88:19 89:5
90:15 91:12
92:2,14 93:7,13
94:3 95:4,18
96:4,8,19 97:11
98:1,24 100:2

102:21 103:4
105:7,19 106:5
106:14,25
107:22 108:22
109:11,23
111:15 112:13
113:6 115:1,25
117:12,23
118:13 119:6
120:24 121:14
121:24
**obligation** 6:3
**occasionally**
  63:6
**occasions** 32:11
**occur** 68:5
  74:23
**occurred** 65:5
  69:1 71:1
**occurring** 14:3
  65:12
**occurs** 106:15
**october** 88:10
**offer** 44:4 59:5
**office** 127:7
**officer** 9:25
  18:10 100:9
**official** 126:12
**oh** 29:25,25
  83:8 98:4
  124:12
**okay** 7:17 11:11
  11:18,20 12:1
  17:19 24:15,21
  27:4,23 28:17

30:1,5 38:15
39:12 41:9,12
42:6,17 47:3
48:25 49:2,8
52:3 54:20
55:19 56:4,16
57:23,24 61:15
62:24 66:3
69:17 71:24
72:1 73:8 74:20
78:7,21 80:12
80:16 81:16
83:15 84:9
87:16 88:3
93:22 95:22
97:3 100:4,7
102:19,25
104:18 105:6,11
108:8,11 109:3
110:8,14,19,21
110:22 111:12
111:21 113:18
114:15 115:10
117:3,6 119:10
120:3 121:3,6
121:20 122:9,14
123:3,7,19,21
**old** 46:7 119:23
**once** 27:23
28:23,23 29:4
34:2 36:18 37:1
37:14 53:19,19
55:23 57:11
94:24 95:13
103:19 108:13

**ones** 46:8
**open** 80:17
83:25 103:20
122:12
**opened** 103:19
**operation** 67:24
**operations** 50:3
**operators** 71:16
**opportunities**
56:20 116:15
**opportunity**
6:12
**opposed** 97:25
98:9 111:23
112:3,11
**options** 22:10
**order** 6:24 7:1
9:9 124:7,13
**ordering** 124:3
128:10
**organization**
13:6,13
**organizational**
38:7
**organized** 38:4
38:11,16
**ounce** 112:17,18
**outcome** 10:24
12:3
**outcomes** 11:2
**outlines** 70:21
**outlining** 94:25
**outlook** 58:7
59:19

**outside** 21:5
**overlap** 113:10
**own** 70:19

**p**

**p** 2:1,1 4:1
**p.m.** 1:17 41:17
41:20 49:11,12
49:12,15 81:14
83:17,21 88:15
120:5,9 123:25
124:16
**packaging**
52:14
**page** 55:25
57:10,16 61:19
71:25 100:4
104:11 110:19
127:11
**pages** 84:9,11
84:24 125:8
**paragraph**
59:21 91:4
92:18 97:20
99:8,21
**parenthesis**
105:3
**part** 3:17 8:18
21:2 35:17
40:16 46:16
49:20 75:17
76:17 81:24
90:8 94:15
102:6 112:20
119:22

**participates**
56:21
**particular** 12:2
15:19,24 31:3,9
34:9,14 35:4,12
35:19 37:8
39:19 40:1,13
41:22 46:2,6
74:24 79:11
123:9
**particularly**
63:5
**parties** 78:13
125:10,10
128:10
**party** 47:22,23
48:2 76:12,14
119:20
**past** 15:9 29:10
36:12 49:6 96:1
**pay** 22:19,20
**paying** 23:12
**pc** 2:6
**pdf** 57:11
104:12
**penalty** 127:20
**people** 13:19
**perception**
58:11
**perfection** 77:6
**perform** 48:3
**performance**
8:15
**period** 15:20
65:5,6,12

106:22
**perishables**
62:6,8,10,12
63:17,19 64:21
64:23
**perjury** 127:20
**personal** 6:16
**personally**
126:19
**perspective** 25:2
59:5,7
**philip** 61:23
72:3 89:24
97:19
**philip's** 79:1
88:10 94:4 95:7
**phrase** 70:24
**picking** 6:10
**place** 1:18 28:25
30:6,7 50:18
106:4 113:4
115:7 117:22
**plaintiff** 4:7
**plaintiffs** 1:6
2:3 4:20
**plan** 87:6
**planning** 7:20
7:25 8:1,5,6,7
8:12,18 9:20
10:12 76:7
79:20 82:24
99:17
**planogram**
40:10,15 45:19
46:2,5,10,25

47:4,12,20,24
48:4,11 63:7,18
63:20,22 67:17
67:18,22,25
68:6,7,13,16,17
69:6,8,19 75:22
76:4 77:2 79:7
86:21,25,25
87:8,12,13,19
90:7 94:7
107:12,24
110:13,18
111:10 113:12
114:20,24 115:5
118:3 119:17,25
121:9
**planograms**
70:24 87:3,6,7,9
92:24
**play** 99:5
**please** 5:2,4
7:14 50:11 97:3
97:7 122:15
124:14 127:7
128:9
**plu** 113:25
**plus** 84:7,22
**pmh** 1:2 4:11
**po** 121:22
**pog** 105:11
107:6 110:10
114:8 120:13,17
121:23
**point** 18:19 20:7
27:24 29:10

32:21 33:3,13
44:19 53:9,12
64:22 66:9
67:15,15 71:1,3
80:5 89:10
108:6 116:3
118:20
**points** 85:18
**policy** 51:21
106:3,6,17
107:2
**pos** 27:25 29:6
30:8 32:24 37:2
45:11 61:6 67:6
67:9,10 71:6
72:12,13 79:23
85:4 106:24
**position** 14:19
15:3 36:9 79:16
**possible** 26:24
27:1 78:4
**post** 109:14
**postpone**
108:16,16
**potential** 45:17
62:5 65:16 70:5
77:22 78:10,10
106:13 112:20
**potentially** 46:1
76:6,7 113:10
**preclude** 107:2
**premarked**
53:15 55:20
61:13 80:7
87:24 89:20

103:16 122:4
**preparation**
54:9,12,15
55:11
**prepare** 96:7,9
103:24
**prepared** 96:15
104:1,4
**prepares** 96:16
**preparing** 53:25
54:24
**preprice** 43:7
52:6,9 94:7
**prepriced** 40:8
40:14,23 41:2,6
41:24 42:12
43:4,6 44:7,21
45:2,4,11 51:17
51:20,23 52:14
90:7 104:18
105:2 111:9
112:17
**present** 2:16 6:1
**president** 7:20
7:25 100:10
**pressures** 59:22
**pretend** 119:15
**previous** 120:11
**price** 3:20 8:3
8:10,11 10:21
10:24 11:3,7,8
11:10,12 12:1,3
12:7,11,13
14:20 15:2,9
17:1,10 18:14

18:17,22 19:22
20:1,4,10 21:12
21:17,25 23:16
23:20 24:6,9
28:25 29:6 30:7
30:12,15,15,17
30:24 31:3,9,17
31:19,25 32:2,6
32:13,25 33:2,5
33:8,13,22 34:3
34:9,11,14,19
35:3 36:12 37:1
37:8,12,25 38:1
38:2 39:4,6,7,14
39:18,19 40:1,7
40:13,20,21
41:3,23 42:15
43:6,14 44:5,8
44:20 45:1,2,12
45:12,18,21,25
46:15,17,21
47:3 49:17,23
50:7,8,16,19,21
50:22 51:1,8,22
52:1 53:3,9 59:8
59:8,13,24,25
61:2,3,5,6 62:5
62:16 63:1,21
64:1,15,16,17
64:23 65:2,17
66:8,9,14,20,25
67:3,6,8,10,14
68:1,4,10,12
69:1,2,6 70:7,16
70:19,25 71:10

71:15 72:12,13
74:2 76:20 77:5
78:11 79:23
80:2 81:1,8,11
81:12,23 83:2
84:24 85:2 86:5
86:11,15 89:3,4
89:8,9 91:2
92:12 93:1,5,17
93:24 94:1,9,16
94:17,18 95:1,1
95:14,14,17,24
96:10 97:10,14
101:1 102:19
103:2,7,21
105:22,24
106:10,13,22,23
108:5,20,20,23
108:25 109:13
110:9,16 111:2
112:6 113:11,21
113:23 114:2,4
114:5,11,15,18
114:20,23,24
115:3,24 116:8
116:10 117:14
118:1,8 119:2,4
119:7,11,14,16
120:16 121:7,17
121:20,21,25
122:1,15,24
123:3,5,14
**priced** 123:15
**prices** 18:18,20
39:15 49:20

64:2 66:8,18
70:14 71:17,18
77:8 82:21
84:17 95:3
115:7 116:13
121:10
**pricing** 3:19
24:22 55:4,8,10
56:24 57:5 63:7
65:13,21 66:4
68:18 69:9 70:6
72:6 73:5 96:16
113:16,18,20
114:8 119:11,21
119:24 120:13
120:22
**primary** 111:18
111:22,22 112:3
112:5,9,11
**print** 3:15 62:15
62:19,25 63:4,9
64:10 66:18,22
66:25 67:3,6,9
67:13 72:16,18
73:1,6,9,21 74:1
74:6,8,14,21
75:22 76:10,10
77:1 79:2,7,22
80:1 85:19 86:2
88:14,18,24
89:1,2
**printed** 51:11
52:13 65:18,24
79:24 80:4
85:14 87:20

91:15 109:13
119:20
**printing** 62:5
63:10,14 64:3
66:7 75:21 76:4
85:12 119:22
**prints** 51:7
66:13 67:8
74:23 75:6,9
85:21,25 86:10
**prior** 81:1 91:11
117:14 118:2
119:2,8 120:20
121:11
**probably** 39:22
70:24
**procedure**
128:18,18
**proceed** 5:3
92:6 97:3,7,13
108:25
**proceeding** 6:2
**proceedings**
126:2
**process** 3:19
20:14,21,25
21:2,15 23:5
32:22 33:13
35:17 40:1,16
49:20,21 50:23
51:5,13,15
52:12,18 70:14
71:17 86:24
87:19 96:14
100:19 102:7,23

103:21 104:5
110:24 111:5
113:1,10 114:8
114:16 116:22
116:24 117:1,2
117:7 118:7,12
118:25 119:1
120:14
**processes** 29:5
50:2,5 104:7
113:4 117:5
**produced** 96:12
126:20,21
**product** 9:16,17
17:1 23:12 24:6
25:17,18 26:3,6
28:25 30:7 31:3
31:9 32:13 34:9
35:3,19 39:5,19
40:13,23 41:5
41:22,24 43:1,3
43:6,10,20 44:7
44:8,9,21,22
45:3,5,11,12,18
46:14 50:14,16
51:16,23 52:14
77:23 95:16,25
101:16 110:7,12
110:18 123:12
123:15
**productivity**
14:8,13
**products** 11:22
22:24 23:2
24:16,19,20,25

25:4,7,9,13
29:15 46:6,7
69:10 70:14
81:20,23 92:11
112:4 119:24
**prominent** 17:8
**promotion**
116:12
**promotional**
101:1
**prompted**
100:16
**proposed** 117:1
118:25
**protective** 6:24
7:1
**provide** 16:10
35:11 108:1,4
**provided** 37:18
41:25 42:14
64:5 71:12
95:13
**provides** 15:19
**providing** 95:1
**public** 1:19
126:8,16
**pull** 46:22,23
51:19 67:14
80:2 88:6 95:24
119:23
**pulled** 69:5
**pulling** 89:19
113:1
**punitive** 4:21

**purchase** 8:22
9:17 23:17
**purely** 110:24
**purposely** 69:5
**purposes** 98:13
**pursuant** 6:25
**push** 49:17 50:7
50:14 53:9 95:3
103:1 108:20
114:5 117:25
118:1 119:1,13
121:7
**pushed** 21:17
46:15,17 95:17
95:25 97:6,9
119:12 121:21
121:22
**pushes** 64:2
**pushing** 49:20
102:19 117:13
**put** 6:23 40:17
40:24 43:19,20
47:6 60:18 67:7
69:13 70:8,19
86:24 117:22
119:23
**putative** 2:3

**q**

**qualification**
110:23
**qualifies** 43:23
51:16 108:17
**qualify** 96:11
**quantity** 15:19
27:10

**quarterly** 56:17
56:22
**queens** 34:11
**question** 7:7 9:5
10:19 14:24
15:17,23 18:8
25:14,16,22
26:4 27:8 28:8
29:3 30:13 32:1
32:21 33:19
35:1 36:3 43:17
47:2 48:14
49:19 50:15
58:20 59:16,18
61:11 66:23
70:9 71:23 74:5
77:20 78:7,18
78:19 81:21
87:2,18,22 97:6
98:3 107:9
**questioning**
120:12
**questions** 5:23
6:5,16 118:22
123:18,20
**quick** 6:22
61:25
**quite** 42:13 78:7

**r**

**r** 2:1,11 4:1
127:1,1
**raise** 5:4
**range** 20:9
39:23 47:14

rarely  100:15
rarest  32:11
rate  18:1
rather  40:21
read  6:12 53:23
  68:15 84:22
  103:5 114:17
  124:7 127:20
  128:7
readily  16:1,20
  35:5 42:17
reading  73:15
  103:12 127:9
reads  58:12
  74:13
ready  19:12
  83:11
real  6:22
really  74:4
  102:25
reason  40:24
  43:2 45:11,17
  45:21 52:3
  72:16,17 73:6,8
  73:17,20 74:14
  77:8 101:8
  127:11 128:8
reasonable
  128:12
reasons  17:5
  22:15 40:6
  51:15,25 86:9
recall  32:12
  54:20 55:13
  57:8 63:23

99:13 104:10
receipt  26:15
  123:12 128:12
receipts  8:21
  9:8 123:10
receive  17:9,15
  17:17 21:7
  24:22 26:17
  30:12,14 31:18
  31:19 32:2 38:1
  39:6 41:3,23
  43:5 44:20 45:1
  63:21 68:12
  96:10 122:23
received  23:9
  40:13 85:16
  90:4 123:14
receives  18:22
  20:18 24:15
  25:1,19 37:12
  85:7
receiving  26:6
recently  15:12
recess  19:18
  41:18 49:12
  83:18 120:6
recipients  56:9
recitation  70:20
recognize
  113:22
recollect  75:7
recollection
  96:20
recommend
  43:20

recommendati...
  18:7
reconciled  41:4
record  4:4,17
  6:23 19:8,13,15
  19:16,19 41:12
  41:15,16,19
  49:11,14 83:6
  83:17,20 120:5
  120:8 123:23,25
  125:8
recorded  4:6
recording  10:4
records  36:12
redacted  57:21
reduction  72:9
  72:11,12,13
reductions  69:3
refer  69:14
  97:22
reference  56:1
  56:14,16 80:25
  84:7,10 86:17
  88:7 90:17 95:8
  104:16 112:7
  114:21
referenced  9:7
  87:21 100:7,17
  104:25 128:6
referencing
  92:1,18 102:11
  102:12
referring  72:5,9
  80:23 100:23
  101:2

refers  82:8
reflect  20:6
  21:17 33:2,5
  46:17,20 47:6
  49:23 50:19
reflecting  50:9
reflects  18:1
  78:11 79:23
regard  128:13
regardless
  118:9
regards  56:15
  60:21
register  59:8
regular  109:12
regularly
  100:12,13
regulations  25:8
  25:11 58:10
regulatory
  22:14
reject  45:18,21
rejected  40:1,7
  53:8
relate  10:21
related  23:1
  59:7 68:6 73:20
  89:7 101:6
relates  10:7,10
  21:11,12 24:18
  108:14
relation  109:24
  117:25
relative  23:10
  125:9,10

**[rely - retail]**

**rely** 8:25 9:9
**remain** 43:7
**remains** 52:21
**remember**
  29:23 54:23
  91:10
**reminder** 89:9
**remote** 1:14
  125:7
**remove** 70:18
  86:23 93:4
**repair** 96:9
**repeat** 9:4 14:23
  31:6 98:2
  101:25 104:22
**rephrase** 6:6
  44:24 58:19
  81:20 97:6
**replaced** 69:10
**replacing** 69:20
**replenished**
  37:25 110:12
**report** 9:22,23
  12:14,17,21,23
  13:12 17:15,17
  17:19,22,24
  18:3,9 25:19,24
  26:6 125:7
**reporter** 1:19
  3:5 4:14 5:1,4,7
  5:12 6:9 94:21
  111:24 124:3,9
  125:1,6,16
  126:7,16

**reports** 21:4
  24:16 25:1,3
  26:2,3 94:17
  113:1
**represent** 84:5
**representing**
  5:21
**request** 20:18
  30:14 31:18
  32:17 37:12,22
  39:6 40:1,14
  41:23 42:15
  43:14 44:20
  45:2,2 62:4,17
  63:21 64:8,10
  64:17 68:13
  69:25 73:16
  85:16 90:5 92:6
  94:5 103:1
  105:20
**requested** 62:14
  73:17 92:12
  125:7
**requesting**
  62:18 72:22
  74:8
**requests** 18:22
  30:15 31:19
  75:3 76:11
  81:11 85:7
  96:10 102:20
**required** 127:8
**requires** 112:15
  112:19 118:2

**research** 27:15
  35:8 42:20
  90:25 96:5
  111:2 118:18
**reset** 40:10,15
  45:19 46:5,10
  46:15,16 47:5,5
  47:13,20,24
  48:11 62:6,8,10
  62:12,13,15
  63:17,20 64:24
  65:5,12 67:17
  67:18,22 68:6,7
  68:10,13,16,17
  69:6,9,10,19
  70:10,12 71:10
  71:10 73:3,20
  74:7,21,24 79:7
  86:25 87:3 90:7
  94:7 105:14,15
  105:25 106:11
  106:11,12 107:5
  107:10 110:10
  110:18 111:11
  114:18,20
  115:11,13,22
  117:15 118:2,9
  119:2,8,12,16
  120:18,20 121:4
  121:11,12
**resets** 46:22
  47:1,12 48:4
  63:6,19 68:1
  70:2 105:12
  107:6 113:12

  114:9 115:4
  118:4
**resetting** 63:7
  107:12 121:9
**respect** 14:19
  15:2 69:17
  92:25 93:11
  97:9
**respond** 75:24
  94:18 95:2
**responded**
  75:16 76:18
  78:9 104:8
**responding**
  75:12
**responds** 96:23
**response** 60:17
  76:20 96:25
**responsibilities**
  18:17 62:25
  89:17
**responsible** 8:1
  8:2 21:21 29:14
  43:10 94:8
  107:11 111:2
**rest** 11:22
**restate** 49:19
**restroom** 48:16
**result** 11:3
  58:10
**retail** 11:7 15:21
  18:23 19:23,25
  20:2,4,5,14,19
  21:8 22:4,15,24
  23:11,15,20

30:14 33:9
35:12 36:19
75:24 76:24
77:10 78:9 82:3
86:5,8 90:5,18
91:10 92:6
93:15 94:6
97:18 98:12,16
99:1 103:14
105:21 108:17
109:14 121:8
122:19,21,25
123:8,10,12
**retails** 72:9,11
73:5 75:17 76:2
76:19 85:8
98:19
**retrieves** 88:23
**retroactive**
121:1
**retroactively**
120:22
**return** 127:7
**returned** 128:11
**reverse** 34:13
34:18
**review** 10:21
40:16 53:21
54:15 55:4,10
96:17 103:22
104:4 113:9
122:15 125:7
128:6
**reviewed** 54:24

**richmond** 2:12
**right** 5:5 7:9 8:5
13:1 18:14 19:1
19:5,23 23:17
35:19 36:19
37:3 45:19
48:16 49:8
51:17 57:25
60:18 61:2
63:24,25 64:1
68:13 72:15
74:4,5,6 75:23
76:21 79:3
84:12,21 85:3
94:16,24 97:19
101:17 106:21
108:21 113:3,3
114:7 117:17,18
120:18 121:4,7
122:3 123:22
**ringing** 45:11
**risk** 56:1,5 58:9
58:14,14 112:16
**risks** 56:20
**role** 59:3
**roll** 18:4 32:6
51:22 52:1,4
**rolled** 14:1,5,9
30:25 31:3,9
32:9 70:7 71:22
99:11,13,14
**room** 7:8,14
**roughly** 115:22
**rtaylor** 2:13
128:5

**rule** 128:18,18
**rules** 128:12
**run** 87:7,7,13,16
90:23 104:15
108:5 113:23
116:2,11,12
**running** 90:22
**runs** 93:24

**s**

**s** 2:1 3:11 4:1
127:1
**safe** 44:21 45:3
**sale** 18:19 20:7
33:3 66:10
67:15 71:4 80:5
89:10 101:16,22
108:6 116:4
**sales** 8:14 9:1,9
10:13 59:4
60:25 76:1,20
76:23 77:11,15
**save** 110:4,4,5,6
**saying** 23:18
26:19 39:4 58:3
91:8 97:8,12
112:2,10,14
**says** 12:14 53:7
57:20 58:6,9
59:21 65:4
68:25 72:15
74:20 81:16
82:6 84:3 88:13
88:13 90:9 97:3
97:7 102:13
105:4 107:5

109:12,17
110:14 114:8
117:8
**scenario** 106:12
**scenarios** 67:7
**scope** 30:18
31:16 45:3
**scott** 76:6,9
79:16
**scroll** 57:10,15
61:19 71:24
100:4
**scrolling** 57:14
**scrutinize** 78:4
**seal** 126:12
**second** 8:8,9
41:13 48:17
62:1 82:19 91:4
99:7 112:3
116:21,23
122:18
**secondary**
111:23 112:7,9
112:12
**see** 10:8 12:6
34:13,18 35:3
39:18 53:19,20
55:25 56:18,23
57:16,19 58:6
58:12 59:18,21
59:23 61:17,18
61:22 65:4,7
72:2 74:17,20
75:12,15,17
80:19 81:13,16

81:18 83:15
84:2,12,15
85:12,13 86:19
88:10,13,16
89:24 90:21
91:4,5,5,7,23
96:23,25 97:17
97:21 99:7,20
100:5 102:9,17
103:21 104:11
104:18 105:4,11
105:15 106:17
107:6 108:8
109:4 110:3,22
111:9 112:10
113:15 114:8,11
114:13 115:10
116:16 122:14
122:16 123:9
**seeing** 9:22,24
76:1,19
**seem** 75:16
76:18
**seen** 11:3 27:11
27:17,19 37:10
44:15 45:10
53:23 56:7,13
**select** 63:5
75:21
**sell** 9:16 45:4
101:13
**sellable** 101:9
101:12,14 102:5
102:8 103:6,6
103:10,13

**sells** 44:9,22
**send** 96:16
**sends** 81:10
**senior** 64:21
**sense** 34:13
**sent** 50:23 72:24
72:25 79:5 92:5
94:24
**sentence** 59:20
59:22,23 90:22
91:23 99:8
**sequence** 70:20
**set** 86:16,25
87:8,9,12 106:1
107:21 110:10
116:11 119:3
121:10,16,23
**setting** 93:4
**seven** 54:3
**several** 89:25
**severally** 1:10
127:4 128:4
**shampoo**
112:18,19
**share** 53:18
57:15 80:8
**shared** 39:15
**sharing** 61:12
**sheet** 3:7 22:9
89:2 127:7
128:8,9
**sheets** 127:8
**shelf** 20:4 21:16
23:11 24:6 30:6
33:2,4 46:1,16

46:20,22 49:22
50:8,18 51:2
59:8 65:18 66:9
67:21 69:4,13
69:19 70:8,8
71:3,6,11 72:13
76:8,9,13 77:24
78:2,11,12
93:16 100:18,20
100:22 101:4
108:5 116:3
118:8 119:11
121:15 123:5
**shelves** 28:25
**shift** 14:2
**shipped** 14:15
**showing** 55:2
57:21
**shown** 65:13
66:4
**shows** 38:2
**shut** 19:4,10
**side** 26:1 50:3
67:24 88:6,7
**sign** 100:21,23
124:8 127:7
128:9
**signal** 77:7
**signature**
125:15 126:15
127:22
**signed** 128:14
**significant**
58:11

**signing** 127:9
**signs** 91:10,14
92:21
**similar** 25:1
110:18
**similarly** 1:5
127:2 128:2
**simply** 12:14
43:19,22 67:7
103:12 108:13
**simultaneously**
78:13
**single** 122:24
**singled** 97:24
98:8,9
**situated** 1:5
127:2 128:2
**six** 54:2 96:1
**skip** 114:7
**skipped** 122:7
**skipping** 80:12
**sku** 26:16 35:15
80:3 82:4 89:10
99:20 101:21
111:18,19,22,23
112:3,3,7
113:20
**skus** 42:9,9,11
81:17 84:22
85:12,14 87:20
90:4,14,17
103:6,10,13,13
104:14 111:16
112:5 118:3

**[slide - stores]**

| | | | |
|---|---|---|---|
| **slide**  109:5 | **speak**  46:12 | **spreadsheet** | **statute**  128:13 |
| **snow**  53:6,7 | 47:25 52:11 | 22:9 38:1 | **stenographic** |
| 104:2,3,4 | 60:4,7,11 65:1,8 | **spreadsheets** | 125:8 |
| **snow's**  94:15 | 66:1 71:16 81:6 | 35:10,14 | **stenographica...** |
| **soap**  11:25 | 105:8,9 | **stamp**  57:16 | 125:7 |
| **sobhan**  89:12 | **speaking**  68:22 | 61:19 71:24 | **sticker**  52:5,9 |
| **software**  53:18 | 77:16 78:13 | 80:20 81:14 | **stop**  61:5 |
| **sold**  123:4 | 88:21 107:18 | 83:24 88:11 | **stopping**  48:17 |
| **soliciting**  104:6 | **speaks**  65:10 | 89:25 96:25 | 118:20 |
| **solutions**  4:13 | 82:19 | 103:22 122:15 | **store**  21:17 |
| 4:15 128:16 | **specific**  12:23 | **stamped**  56:1 | 26:16 30:16,21 |
| **somebody**  19:1 | 16:9 34:9,10 | 57:11 | 30:21 34:4,10 |
| 26:1 67:23 | 44:17,18 55:3,7 | **stand**  99:23 | 34:10 35:4,15 |
| 95:22 | 77:1 98:25 | **standard**  74:23 | 37:13 44:9,22 |
| **soon**  118:20 | 123:2 | 106:3 | 46:22 49:23 |
| **sorry**  8:4 9:4 | **specifically**  9:20 | **start**  73:20 | 50:2,7,17 51:11 |
| 14:23 19:10 | 11:16 16:14 | **started**  72:15,17 | 51:12 53:9 |
| 29:3,25 30:2 | 17:14 18:3 39:7 | 73:3,5 74:7 | 63:15 66:15 |
| 31:6,14 41:11 | 50:1 54:22 | **starting**  104:11 | 67:19 76:7 77:7 |
| 42:6 44:24 | 55:13 56:14 | **starts**  59:19 | 80:3 82:4,17 |
| 57:13 58:16 | 58:22 61:9 | 103:22 | 89:10 93:16 |
| 59:15 61:25 | 68:22,25 74:13 | **state**  4:16 125:3 | 98:23 99:9,10 |
| 62:2 78:16 83:9 | 78:8 81:7 86:17 | 126:4,8,16 | 99:13,15,16,16 |
| 89:15 94:21 | 92:8 113:3 | **stated**  73:16 | 99:17 101:17 |
| 96:24 97:19 | 117:18 | 74:13 113:8 | 102:5 107:11,23 |
| 101:24 104:22 | **specifics**  17:24 | **statement**  10:13 | 113:20 115:4 |
| 109:5,6 111:24 | 33:17 36:25 | 39:8 47:7 50:9 | 116:17 117:8,11 |
| 116:24 124:12 | 65:8 72:21 | 59:19 60:15 | 117:20 118:4 |
| **sounds**  6:10 | 99:18 | 69:11 75:19 | 121:7 123:6 |
| 49:8 83:14 | **speculate**  74:14 | 76:17 77:24 | **store's**  67:23 |
| **southern**  1:1 | **spend**  53:25 | 94:2 102:1 | **stored**  16:7 |
| 4:10 | **spends**  118:7 | **statements**  95:7 | 42:22 |
| **spa**  82:23 84:23 | **spot**  48:18 | **states**  1:1 4:10 | **stores**  21:16 |
| **space**  79:20 | **spread**  24:2,5 | **statistics**  28:20 | 26:12,20 27:9 |
| 82:24 | | | 27:10 30:19 |

31:16 33:11,15
34:13,25 35:2
35:11,18 37:19
38:4 39:2 44:21
45:3,4,7 49:18
49:21 50:24
65:12 66:7 82:8
82:10,19 91:25
92:7 93:11
98:22 99:1,3
114:19 117:14
118:1,2 119:2
119:19,22
121:13 122:25
123:13,15
**strategy** 38:2
53:3 81:12 83:2
91:2 94:16,17
94:18 95:1,2,14
95:14 96:17
105:22 108:20
108:23
**street** 2:12
**strike** 7:6 10:19
12:20 15:17
18:7 25:14,15
26:4 27:7 28:7
29:3 30:13
31:25 34:25
43:16 47:1
50:15 59:18
61:11 66:22
70:9 71:23 87:1
87:22 107:8

**strip** 33:2,4
46:23 69:20
93:16
**strips** 46:1
65:18 69:13
76:8,10,13
121:15
**structure** 18:1
24:23 39:16
82:20 98:12,16
**structures** 38:7
98:18
**subject** 40:9,14
45:18 108:19
114:3 127:20
**submission**
105:15 106:11
**submit** 43:13
**submits** 64:17
**submitted** 44:3
94:9 104:15
105:14,21 111:1
112:5 113:21
**subset** 17:11
**substance**
127:21
**substantial**
122:19 123:7
**suggest** 84:23
**suggested**
123:13 128:11
**suggestions**
18:6
**suggests** 14:2

**suite** 2:7
**suited** 77:19
**summaries** 96:7
**summary** 3:18
90:3,23,24
92:11 94:25
95:10,13,16
96:12,15 97:5
98:9 100:25
104:15
**super** 3:16,17
81:24
**superseding**
52:25
**supply** 8:2,9
12:25 13:3,6,18
13:19
**support** 74:2
**supporting**
47:22,24
**suppose** 59:5
**supposed** 93:23
108:2
**sure** 12:8 19:14
21:23 24:19
29:8 34:17 36:6
36:16 45:1 48:7
49:22 50:8,18
55:7 60:4,14
61:8 68:3,24
69:14 76:15,15
82:12 84:22
86:9 98:4
101:14 102:12
104:6 116:14

118:21 120:25
122:9,11
**surprised** 36:7
**swapping**
110:11
**swear** 5:2,7
**switch** 110:4,4,5
**sworn** 5:14
126:10
**system** 12:18,22
18:18,21,24
19:23 20:6,15
20:20 22:1,5,16
23:9,10 24:3,24
25:8 26:7,15,20
27:25 28:24
29:4 30:8 33:1,9
33:14,22 34:4
35:25 36:1,21
36:24 67:4,14
80:2,3 85:24
86:2,7 88:23
91:11 113:24
**systemic** 22:10
22:13 110:22
**systems** 18:25
42:23 88:22

**t**

**t** 3:11 127:1,1
**tab** 92:17 97:13
97:18
**table** 113:9
**tabs** 90:6
**tags** 101:4

**take** 20:6 26:19
  47:12,15,20
  48:10,19,22
  54:2 70:15
  108:3,3 116:8
  118:20
**taken** 1:19 4:7
  6:19 19:18
  41:18 49:12
  83:18 120:6
  127:5
**takes** 50:16
  115:21 118:10
**talk** 76:5
**talked** 92:24
  100:24
**talker** 100:20
**talkers** 100:19
  101:4
**talking** 73:10
  88:17 111:4
  123:3
**tally** 18:4
**tasked** 70:12
**taylor** 2:11 4:22
  4:22 6:22 7:10
  7:11,14 8:19 9:2
  9:10 10:5,14,22
  11:14 12:4,16
  14:6,21 15:4,10
  16:3,12,22 17:2
  17:13 19:7
  20:16 21:9,18
  21:22 22:6 23:6

23:25 24:11
  25:5,20 26:22
  27:12,21 28:2
  28:14 29:1,7,22
  30:9,20 31:5,12
  31:21 32:4,15
  32:19 33:6,16
  33:23 34:5,15
  35:6,13,20
  36:14,20 37:4,9
  37:15,20 38:12
  38:17 39:9,21
  40:3 41:9,12
  42:3,19 43:12
  43:21 44:2,10
  44:23 45:6,13
  45:23 46:11,18
  47:8,16 48:5,12
  48:15,24 49:1,4
  49:24 50:10,20
  51:3,24 52:16
  52:22 53:10
  55:5 57:1,7 58:1
  58:15 59:2,10
  59:14 60:2,12
  60:19 61:7
  62:20 63:2 64:6
  64:25 65:14,25
  66:5 67:11 68:2
  68:19 69:12,22
  70:22 71:13
  72:7,19 73:11
  73:22 74:9,25
  77:3,12,25
  78:15,17,21

79:8,25 80:10
  80:12,16,24
  81:5,25 83:1,7
  83:14 84:19
  85:5,22 86:13
  87:5 88:5,19
  89:5 90:15
  91:12 92:2,14
  93:7,13 94:3
  95:4,18 96:4,8
  96:19 97:11
  98:1,6,24 99:25
  101:19 102:21
  103:4 105:7,19
  106:5,14,25
  107:22 108:22
  109:11,23
  111:15 112:13
  113:6 115:1,25
  117:12,23
  118:13,19 119:6
  120:3,24 121:14
  121:24 122:6,9
  123:19,22 124:7
**team** 8:1,2,3,13
  13:2,5,9,18
  18:22,23 19:24
  20:5,18 22:3
  24:9,15,22 25:1
  25:3,18,19
  28:23 32:2,17
  33:21 35:17
  36:18 37:2,12
  37:18 38:2
  40:12 42:1,18

43:9,18 49:21
  50:1,18 53:2,3,5
  56:18,22 63:12
  64:1,8,13,13,15
  64:16,18 66:12
  66:17,21,24
  67:7 74:2 76:7
  77:19 79:19,21
  81:10,11 82:25
  83:3 85:3,7,15
  88:17 90:25
  91:2 94:8,12,12
  94:15 95:1,2
  96:16 99:18
  102:9,14,15
  105:22 106:8
  107:16 108:12
  108:15,24 111:2
**team's** 62:17
  76:9 112:20
**teams** 10:1
  13:12 14:1 19:3
  43:13 44:3
  51:20 52:23
  53:2
**technical** 51:5
**tell** 6:3 54:25
  71:19 99:18
**telling** 72:14
  73:8 102:16
**tells** 5:24
**teresa** 1:19 4:14
  125:6,16 126:7
  126:16

**term** 34:22
  91:20
**terms** 7:1 27:9
  30:19 37:1
  39:17 64:3
  65:16 67:17
  70:5 91:9
  116:20
**test** 38:23
**testified** 5:14
**testifying** 6:2
**testimony** 5:8
  56:11 73:10,12
  124:1 128:7
**texas** 1:9 127:3
  128:3
**thank** 5:12,20
  7:17
**thing** 20:2,3
  123:16
**things** 8:4 9:23
  10:4,9 13:20
  18:2 67:18 88:8
  116:11
**think** 44:17,18
  70:23 71:14
  74:10 75:20
  83:4,10 102:1
  116:21 118:21
**third** 8:10 18:13
  47:22,23 48:2
  76:12,14 97:20
  99:8 109:21
  113:15 119:20

**thought** 124:12
**thousand** 27:17
**three** 8:4 39:23
  47:17,20 48:10
  90:12 91:11,17
  115:22
**threshold** 82:8
  82:14
**tie** 80:4
**till** 78:15
**time** 1:17 15:20
  20:9 21:8 26:5
  26:14 28:13
  30:1 47:14 49:3
  50:9 51:19
  53:25 67:15
  68:5 69:18,19
  70:17 71:1,9,9
  71:10 79:21
  82:11,18 87:8
  93:24,24 96:14
  105:22 106:7,18
  108:1 114:6
  118:9 124:3
  127:9
**timely** 113:25
**timing** 33:18
  67:5 113:11
**title** 7:18,21
  79:18
**today** 5:18 6:16
  54:24 55:4,11
  56:11
**today's** 53:21
  54:1,12,16

  124:1
**together** 60:18
**told** 108:24
**tomorrow** 20:11
**top** 16:19 36:15
  38:9 97:1
**topics** 10:3
**total** 82:9
**touch** 118:3,6
**touched** 70:25
**transcript**
  124:14 125:7,8
  127:6 128:6,12
  128:14
**transcripts**
  128:10
**tree** 99:4
**trend** 14:1,5
**trending** 14:10
**trends** 14:18
  15:1
**trent** 2:11 4:22
  7:10 29:19
  48:23
**trentle** 61:23
  62:3,12 72:3
  74:17 75:13
  91:8 94:25
**trentle's** 89:24
  97:19
**trouble** 23:14
  68:16 101:24
  102:3 120:13
**true** 125:8
  127:20

**truth** 5:9,9,10
  6:4,4,4
**truthfully** 5:24
**try** 49:6 63:24
  75:20 102:1,1
**trying** 19:5 67:5
  69:2 74:6
  105:17
**tuesday** 1:16
  3:16,17 4:4
  81:24 115:5
  120:20 121:11
**turnaround**
  26:5,14
**turned** 19:8
**turns** 102:7
**two** 39:15,19,22
  54:4 55:12
  85:17 111:16
  112:4,8 117:5
  118:5
**type** 27:11
  126:21
**typical** 26:5
  28:12 46:25
**typically** 9:21
  21:1,7,13 28:21
  32:6 37:13,16
  39:17 42:16
  87:3 98:11

**u**

**u.s.** 2:6
**uh** 6:9,9,9
**ultimately** 42:25
  44:1 52:23

94:19 95:2
**unable**  116:1
**under**  6:3 58:6
59:19 84:2
104:18 107:6
114:11,16 117:1
118:25 127:20
128:12
**understand**  6:5
6:13,15 13:6
18:5 63:25 68:4
73:9 74:5
102:25 114:22
117:17,18 119:1
**understanding**
23:15 68:17
74:7 120:13
**understood**
7:15 120:15
**undertake**
49:22 111:6
**underway**  62:6
**unexpected**  15:6
**unit**  4:5 49:11
49:14 83:17,20
120:5,8 123:25
**united**  1:1 4:9
**upcoming**
111:10
**update**  3:19
46:21 47:4,6
50:23 114:8
**updated**  30:8
50:19 51:1,2,23
67:21 70:18

71:11 77:23
86:6 93:25 94:1
102:17
**upload**  22:9,9
**uploaded**  27:25
**uptick**  76:1,20
**use**  48:15
**used**  6:11 48:8
118:5 128:14
**using**  34:22 36:2
36:4,8 53:18
107:23
**usually**  47:12

## v

**v**  1:7 127:2
128:2
**value**  15:21
123:1
**variance**  39:18
123:14
**various**  13:12
38:2
**vary**  26:8
**varying**  82:21
**velocity**  76:23
**vendor**  17:11
22:20 23:17,19
25:15,17,25
42:12 48:2
**vendors**  17:9
23:10 24:23
**verify**  42:1
49:18 128:7
**veritext**  4:13,15
128:10,16

**veritext.com**
128:10
**vermont**  102:14
102:15
**versus**  67:6
76:13 99:16
**vice**  7:20,25
100:10
**vicinity**  98:23
**video**  4:6 124:13
**videoconferen...**
1:18 2:1 126:2,9
**videographer**
2:17 4:3,13 5:1
19:12,16,19
41:16,19 49:10
49:13 83:4,8,16
83:19 120:4,7
123:24
**videotaped**  1:14
4:6
**virginia**  2:12
**visibility**  98:14
111:17,18,21
112:2
**volume**  113:24
114:3,5
**vp**  36:9
**vs**  4:8
**vt**  102:9

## w

**wait**  78:15 83:8
109:14
**want**  19:13
20:10 29:19

34:24 35:2 46:3
48:17,22 49:2
51:14 83:23
113:11 117:18
119:13 120:11
**wanted**  15:24
34:8,11 65:20
122:9
**warehouse**  16:8
104:20
**warrants**  52:25
**watching**  90:22
**wave**  74:21 79:2
**waves**  74:24
75:6,10
**way**  31:23 34:3
34:23 49:18
50:17 68:15
70:23 71:1 78:4
120:15
**we've**  14:10
23:9 76:23 90:4
92:23 106:6
**week**  15:25,25
28:15,17,17,18
28:22 90:9,11
90:12 91:17
102:14 105:25
107:20,24 108:2
109:14,17
110:15 114:18
115:23 117:14
118:2,4 119:2,3
119:8 120:17,20
120:22 121:10

121:21,22
123:11,11
**weekend** 90:23
**weekly** 32:7
**weeks** 20:12
47:18,20 48:11
70:15 91:11
105:25 107:20
115:11,21 121:9
**went** 54:17,17
65:2,17 66:14
69:3 79:12
83:10 89:3,4
**wide** 26:18
30:16,25 31:4
31:10,20 81:23
**window** 40:21
40:22 86:22,23
90:8 105:21
108:3 110:13
**witness** 5:2,6,11
8:21 9:4,11 10:7
10:16,24 11:16
12:6,17 14:8,23
15:5,12 16:5,13
16:23 17:4,14
19:9 20:18
21:11,19,23
22:8 23:8 24:2
24:13 25:7,22
26:24 27:14
28:4,15 29:8
30:10,21 31:6
31:14,22 32:6
32:20 33:8,17

33:24 34:6,17
35:8,14,21
36:15,21 37:5
37:10,16,21
38:13,18 39:10
39:22 40:4
41:10 42:4,20
43:13,22 44:3
44:12,24 45:7
45:14,25 46:12
46:20 47:10,17
48:7,13 50:1,11
50:21 51:4,25
52:17,23 53:12
55:6 57:3,8 58:2
59:3,11,15 60:4
60:13,20 61:8
61:15 62:21
63:4 64:8 65:1
65:15 66:1,6
67:13 68:3,21
69:13,24 70:23
71:14 72:8,20
73:15,25 74:12
75:2 77:4,14
78:1,16,23
79:10 80:1,17
80:25 81:6 82:2
83:2 84:21 85:7
85:24 86:15
87:6 88:1,6,21
89:6,22 90:16
91:14 92:4,16
93:8,15 94:4
95:6,19 96:5,9

96:20 97:12
98:25 101:21
102:22 103:5
105:8,20 106:6
106:15 107:1,23
108:23 109:12
109:24 111:16
112:14 113:8
115:3 116:1
117:13,25
118:14 119:7
120:25 121:15
121:25 122:12
124:15 126:8,12
128:7,7,9,14
**wolf** 1:4,4 4:8
4:21,21 5:22
127:2,2 128:2,2
**woods** 2:11
**words** 32:12
91:21
**work** 8:13 10:1
12:25 13:10,19
61:1 78:3
**working** 13:14
**workload** 3:16
3:17
**works** 13:2,5
49:1 52:12
79:19 89:13
**worries** 7:3
**wrapping**
101:25 102:3
**write** 12:14,17
60:14 127:6

**written** 79:4,5
**wrong** 34:22
**wrote** 72:20
**wynn** 1:19 4:14
125:6,16 126:7
126:16

| **x** |
|---|

**x** 3:1,11 93:23
126:20

| **y** |
|---|

**yeah** 19:7,9
29:22 39:22
41:14,14 44:18
45:7 48:21,24
58:3 65:8 83:14
87:6 118:21
121:25 123:5
**year** 15:25
16:16,16 69:1
86:22 87:7,13
87:17 90:12
110:12
**years** 7:23 14:19
15:3,9 36:9
**yellow** 58:17
**yesterday** 54:8
**york** 1:1,8 4:11
4:23 27:4 34:11
127:3 128:3
**york's** 39:2

| **z** |
|---|

**zone** 38:23,25
39:7,8,15 82:20
84:13,18,25

97:22,24 98:8
98:11,17 113:15
113:18,22
122:19,21 123:2
123:8
**zones** 38:2,5,8
38:11,19 39:1,5
39:14 97:25
98:10 122:23
**zoom** 17:23

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.