# **EXHIBIT 12**

Message

| | |
|---|---|
| **From:** | Mia Savaloja [msavaloj@dollargeneral.com] |
| **on behalf of** | Mia Savaloja <msavaloj@dollargeneral.com> [msavaloj@dollargeneral.com] |
| **Sent:** | 3/15/2023 12:49:52 PM |
| **To:** | Aaron Richey [arichey@dollargeneral.com] |
| **CC:** | Rebecca O'Brien [robrien@dollargeneral.com] |
| **Subject:** | FW: Compliance Tuesday/Pricing Opportunities |
| **Attachments:** | Tomato Soup.jpg; Cat Food.jpg; Camel.jpg; Camel 2.jpg; Beauty.jpeg; Twizzler.jpg; Twizzler 2.jpg |

Hi Aaron,

These are additional pricing finds from the NY/PA area.

Thanks,
Mia

---

**From:** Michelle Molthu <mmolthu@dollargeneral.com>
**Sent:** Tuesday, March 14, 2023 9:24 PM
**To:** Jim Sullivan <jsulliva@dollargeneral.com>; Kelly Blankenship <kblanken@dollargeneral.com>; Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** Compliance Tuesday/Pricing Opportunities

Jim-
The following are Compliance Tuesday/pricing opportunities from the week:
▪ Camel and Winston Tobacco Pall Mall all changed price and no labels were sent (Pictures Attached)
▪ Multiple Stores reported getting 4 sheets of labels for the beauty section-duplicates for the cosmetics POG (Picture Attached)
▪ Multiple Stores received 70+ Pages of price changes in error and ERC told them the correct file would drop tomorrow
▪ Classic Coke/Diet Cooke and Sprite 8 12 Ounce Packs are ringing $7.25 and are labeled $6.80 the price increase was not in any of the DSD price batches-This is from last week however, it is an opportunity across the board and is it possible to add to next week's pricing batch?
▪ CV Tomato Soup is $1.00 and rings up $2.10 (Picture Attached)
▪ Cat Chow Cat Food price label $14.70 Rings up $16.70 (Picture Attached)
▪ Twizzlers received this week that expired 1/2023 (Picture Attached)
▪ Damage Opportunity: Stores receive the large packages of paper towels open not in cardboard boxes that are sent on top of rolltainers on trucks, and the opportunity is these packages get broken and stores cannot store use because it's blocked and it forces them to damage out the product.

Thank you

"Before you can win the fight, You've got to be in the fight." – Bill Walsh

Michelle Molthu
Regional Director Region 15
Western New York/Pennsylvania
615/454-0410

CONFIDENTIAL

Message
_____

**From**:              Steven Wilson [stwilson@dollargeneral.com]
on behalf of          Steven Wilson <stwilson@dollargeneral.com> [stwilson@dollargeneral.com]
**Sent**:              4/28/2020 6:55:26 PM
**To**:                Diane Fleshman [dfleshma@dollargeneral.com]
**CC**:                Nick Snow [nsnow@dollargeneral.com]
**Subject**:           Fwd: SUPER TUESDAY WEEK 13
**Attachments**:       image001.png

Diane, see Nicks last point below. Can you let us know if this felt heavier today?

Sent from my Steven's iPhone

Begin forwarded message:

**From:** Nick Snow <nsnow@dollargeneral.com>
**Date:** April 28, 2020 at 6:40:59 PM EDT
**To:** Steven Wilson <stwilson@dollargeneral.com>
**Cc:** Tracey Herrmann <therrman@dollargeneral.com>, Mia Savaloja <msavaloj@dollargeneral.com>
**Subject: RE: SUPER TUESDAY WEEK 13**

Steven,

I am showing price changes for 3 Laundry SKUs across the Chain today and 6 Cookie SKUs in Gray Zone.

Separately, some states saw their tobacco pass thru T-types expire (and reset) today, which explains what Diane calls out in her note. There is also store level perishable price changes that could be showing up in most stores related to eggs (and potentially other perishable products) as those costs are retails continue to fall.

If what you are seeing feels bigger than that, please let me know and we will get the IT teams that support the tag printing process to review.

Thanks
Nick

---

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 5:28 PM
**To:** Nick Snow <nsnow@dollargeneral.com>
**Cc:** Tracey Herrmann <therrman@dollargeneral.com>; Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** Re: SUPER TUESDAY WEEK 13

Here is a screenshot of what I just got back from Diane via text if it helps Nick:

DG_WOLF_0020086



6:27                                    .ıll LTE ▮▮▮

DF

Diane ›

Today 6:21 PM

Here is the answer on price
changes ended up at 4 sheets
others were old but today's
consisted of 4 for the following

They were new pricing some were
just unit changes and I had tobacco
changes too

Tobacco- Dairy- Laundry and soup,
hot sauce

And did prices actually change?

On some yes

Can you tell me which ones

Hold on

Text Message

Sent from my Steven's iPhone

CONFIDENTIAL

On Apr 28, 2020, at 6:03 PM, Nick Snow <nsnow@dollargeneral.com>wrote:

Steven,

Let me dig around a little and get back to you.

Thanks,
Nick

---

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 4:57 PM
**To:** Tracey Herrmann <therrman@dollargeneral.com>; Nick Snow <nsnow@dollargeneral.com>
**Cc:** Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13
**Importance:** High

Nick –

Just circling back here for potential clarification.  I could be overthinking too 😊

I just went into START and pulled today's activity, and it DOES show 4/28/20, while that picture does show 4/29/2019.  There were approximately 9 pages of CORE price changes that did drop today for stores, just not exactly sure if prices actually changed.  Correct me if I'm wrong here, but this does direct stores to print and place the prices per START?  It says labels are generated when the 4 components have updated or changed (below the screenshot).  I

Am I missing something?  I am also getting some details from my team on if they did see specific sku level price changes today, as I did NOT during my travels today, but I could have missed it as well.  Again, just wanting to make sure I'm not missing anything here.  See screenshots below of what I just pulled from START.
<image002.jpg>

**IMPORTANT  NOTES:**
- Updated labels are generated when any of the following elements have changed:
  - Retail price
  - Extended item description (EID)
  - Weights or measures
  - UPC
- Updated core price change labels must be displayed as they are printed to ensure compliance.

<image003.jpg>

---

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 5:24 PM
**To:** Steven Wilson <stwilson@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

DG_WOLF_0020088

Hi Steven,

Thanks for sending, just may want to clarify the core price changes component.

Thanks!
Tracey

**From:** Mia Savaloja <msavaloj@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:58 PM
**To:** Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13

Tracey – I spoke to Nick and I magnified the image below.
The image below shows 2019 not 4/28/2020.
Nick confirmed no core changes this week.

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:44 PM
**To:** Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

How many core price changes do we have this week on average across the chain?

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:13 AM
**To:** Kaushik Paul <kpaul@dollargeneral.com>; Mo Ramadan <mramadan@dollargeneral.com>; Yavia Gipson <ygipson@dollargeneral.com>; Julie Joseph <jjoseph@dollargeneral.com>; Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

FYI...

**From:** Diane Fleshman <dfleshma@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:45 AM
**To:** '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a2043b93b1cc4b459469591d86e16760-Lisa Owens'; Todd Vieu <tvieu@dollargeneral.com>; Jason Dilorenzo <jdiloren@dollargeneral.com>; Steven Wilson <stwilson@dollargeneral.com>; Dominique Lauture <dlauture@dollargeneral.com>; Brad Larson <blarson@dollargeneral.com>; '/O=DGC/OU=CORP/cn=Recipients/cn=kchishol'; Tangela Griffin <tgriffin@dollargeneral.com>; Justin Bowen <jubowen@dollargeneral.com>; Thomas Gordon <thgordon@dollargeneral.com>; Carrie Cousins <ccousins@dollargeneral.com>; Stockton Young <syoung@dollargeneral.com>; Jordan Harmon <jharmon@dollargeneral.com>; Robert Gordon <rogordon@dollargeneral.com>; Eric Smith - District Manager <erismith@dollargeneral.com>; John Ducom <jducom@dollargeneral.com>; Colleen Pullin <cpullin@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c74a894a371e4b24bdd4159fd094a082-Kathleen Harney'; Naeem Uddin <nuddin@dollargeneral.com>; Jeremy Hunter <jehunter@dollargeneral.com>; JC Tabor <jtabor@dollargeneral.com>; Michael Mason <mmason@dollargeneral.com>; Michelle Romanac <mromanac@dollargeneral.com>; Diane Minter <dminter@dollargeneral.com>; Lynn King <lyking@dollargeneral.com>; Greg Gee <ggee@dollargeneral.com>; David Creed <dcreed@dollargeneral.com>; Justin Bullington <jbulling@dollargeneral.com>; Michelle Neighbors-Acoff <mneighbo@dollargeneral.com>; Carol Utsman <cutsman@dollargeneral.com>; Eric Theibert <etheiber@dollargeneral.com>; Leeann Perez <lperez@dollargeneral.com>; Trenton Homiller

    DG_WOLF_0020089

<thomille@dollargeneral.com>; Tracy Grant <tgrant@dollargeneral.com>; Kendall Phillips
<kphillip@dollargeneral.com>; Paul Caruso <pcaruso@dollargeneral.com>; Barry Killian <bkillian@dollargeneral.com>;
Richard Fillgrove <rfillgro@dollargeneral.com>; Kevin Adkins <kadkins@dollargeneral.com>; Steve Jumper
<sjumper@dollargeneral.com>; Chris King <cking@dollargeneral.com>; Michael Largen <mlargen@dollargeneral.com>;
Scott Horton <shorton@dollargeneral.com>; Diane Fleshman <dfleshma@dollargeneral.com>; Lee Lowe
<llowe@dollargeneral.com>; Randy Baggett <rbaggett@dollargeneral.com>; Kyle Watkins
<kwatkins@dollargeneral.com>; Timothy Smith - DM <timsmith@dollargeneral.com>; Samantha Jones
<sajones@dollargeneral.com>; Donna Kiser <dkiser@dollargeneral.com>; April Nelson <anelson@dollargeneral.com>;
Jason Grice <jgrice@dollargeneral.com>; Andrew Combs <acombs@dollargeneral.com>; Tim Harris
<tharris@dollargeneral.com>; Amber Goss <agoss@dollargeneral.com>; Jeff Schielke <jschielk@dollargeneral.com>;
Cassandra Liggins <cliggins@dollargeneral.com>; Darnel Lewis <dalewis@dollargeneral.com>; Jerry Thomason
<jthomaso@dollargeneral.com>; Stewart Roberts <sroberts@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative
Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ee877912c1c94eddbcd2adad8f79c69c-Rick Demicco'; Brandy Massey
<bmassey@dollargeneral.com>; Tammy Pribble <tpribble@dollargeneral.com>; Greg Heacox
<gheacox@dollargeneral.com>; Bruce Thomson <bthomson@dollargeneral.com>; Tina Williamson
<tiwillia@dollargeneral.com>; Terrence Matthews <tematthe@dollargeneral.com>; Terri Bond
<tbond@dollargeneral.com>; Michael Moore <mmoore@dollargeneral.com>; Tim Martin
<tmartin@dollargeneral.com>; Tori Ellis <tellis@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0c1a995f05af4e4ab114e63abac297f6-Chad Kagawa'; Keith Anolick
<kanolick@dollargeneral.com>; Gus King <gking@dollargeneral.com>; Richard Overton <roverton@dollargeneral.com>;
Brian Hammonds <bhammond@dollargeneral.com>; Omar Dawkins <odawkins@dollargeneral.com>; Burt Mabra
<bmabra@dollargeneral.com>; Ray Guy <rguy@dollargeneral.com>; Misty Williams Vernon
<miwillia@dollargeneral.com>; Glenn Meadows <gmeadows@dollargeneral.com>; Steve Call
<scall@dollargeneral.com>; Gina Giacomini <ggiacomi@dollargeneral.com>; Fred Gillespie
<fgillesp@dollargeneral.com>; Megan Latourneau <mlatourn@dollargeneral.com>; Randy Fort - District Manager
<rfort@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=350e440c57364c51b0f539bb8808392d-Roger Ellinghausen'; Joseph Kitchens
<jkitchen@dollargeneral.com>; Tina Bohanon <tbohanon@dollargeneral.com>; Anthony Childress
<achildre@dollargeneral.com>; Melody Walsh <mwalsh@dollargeneral.com>; Connie Calaway
<ccalaway@dollargeneral.com>; Howard Jones <hojones@dollargeneral.com>; Guy Peshek
<gpeshek@dollargeneral.com>; Jason Baril <jbaril@dollargeneral.com>; Stanley Wilson <stawilso@dollargeneral.com>;
Crystal Gleich <cgleich@dollargeneral.com>; Donna Mcintyre <dmcintyr@dollargeneral.com>; Michael Lafontaine
<mlafonta@dollargeneral.com>; Mike Rock <mrock@dollargeneral.com>; Jim Smith <jsmith@dollargeneral.com>;
Glorisel Lugo <glugo@dollargeneral.com>; Tonya Jackson <tjackson@dollargeneral.com>; Tim Lester
<TLester@dollargeneral.com>; Mark Smoyak <msmoyak@dollargeneral.com>; Chris Tipton
<ctipton@dollargeneral.com>; Reggie Chapman <rechapma@dollargeneral.com>; Charles Kuykendall
<ckuykend@dollargeneral.com>; Kim Eaton <keaton@dollargeneral.com>; Alicia Dixon <aldixon@dollargeneral.com>;
Claud Henry <chenry@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=df46c3e8a7574bfe9f9df90adcdc7166-Christy Goforth'; Troy Jamison
<tjamison@dollargeneral.com>; Randy Young <ryoung@dollargeneral.com>; David Bowser
<dbowser@dollargeneral.com>
**Cc:** Mike Ladd <mladd@dollargeneral.com>; Candyce Mondaine <cmondain@dollargeneral.com>; Holly Felock
<hfelock@dollargeneral.com>; Auggie Moothedan <amoothed@dollargeneral.com>; Tim Barnes
<tbarnes@dollargeneral.com>; Kevin Sigmon <ksigmon@dollargeneral.com>
**Subject:** SUPER TUESDAY WEEK 13

Good Morning Teams,

Here is todays Super Tuesday info for this week and some other follow up items and best practices across the
board to help your teams navigate through the upsales.

1.     Product rotations should be performed in the following areas:
<image004.jpg>

DG_WOLF_0020090

<image005.jpg>

2.    The following items are MOS let's make sure our teams get the product out of the building and boxed up with a pink label and sent out on their next truck.
<image006.jpg>

3.    Party goods get clearance cadence at 10% there are 4 different groups depending on which one the store falls in.
<image007.jpg>
<image008.jpg>
<image009.jpg>
<image010.jpg>

4.    The following baby items get clearance cadence this week:
<image011.jpg>


5.    Clearance signs need to be put on the following items including the list of the ASOTV items below.
<image012.jpg>

6.    Lots of core price changes this week.  Please follow up and make sure they are signed off as you visit your stores.
<image013.jpg>


7.    Magic table should be set to Mother's Day and Graduation
<image014.jpg>

8.    Make sure your teams do the paper pogs and put the strips behind the seasonal strips that way we can turn those sections in 24 hours when needed.  Best practice here print labels for these sections and hang them in the office that way when all paper items have sold for the week your managers can scan all upc's easily and zero any and all items out.

9.    The Candy POG is arriving in stores this week!!!  Remember candy is a backfill item for clip strips and in order to have more saleable space backfill the empty ones here with clearance candy.

<image015.jpg>
<image016.jpg>
<image017.jpg>

10.    Remind your teams about the EXTRA 50% OFF SALE!  This weekend!
<image018.png>

11.    For those in North Carolina sneeze guards should start being installed the two weeks of May!
<image019.jpg>

Hope you all Have a Super Tuesday!
Diane Fleshman
<image020.jpg>

DG_WOLF_0020091

*Diane Fleshman*

*1-336-334-2707*

*District 191*

<image021.png>

DG_WOLF_0020092

Message

| | |
|---|---|
| **From:** | Mia Savaloja [msavaloj@dollargeneral.com] |
| **on behalf of** | Mia Savaloja <msavaloj@dollargeneral.com> [msavaloj@dollargeneral.com] |
| **Sent:** | 3/8/2023 1:41:27 PM |
| **To:** | Rebecca O'Brien [robrien@dollargeneral.com] |
| **Subject:** | FW: Compliance Tuesday/Pricing Opportunities |
| **Attachments:** | 123_1(2).jpeg; 20230304_194854.jpg; 20230304_194845.jpg; 20230304_194858.jpg; 20230304_195243.jpg; 20230304_200713.jpg; 20230304_200743.jpg; 20230304_203813.jpg; 20230304_204206.jpg; 20230304_204954.jpg; Twix.jpg |

Good Morning,

> **Redacted - Non-Responsive**

**From:** Michelle Molthu <mmolthu@dollargeneral.com>
**Sent:** Tuesday, March 7, 2023 8:39 PM
**To:** Jim Sullivan <jsulliva@dollargeneral.com>; Kelly Blankenship <kblanken@dollargeneral.com>; Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** Compliance Tuesday/Pricing Opportunities

Jim-
The following are Compliance Tuesday/pricing opportunities from the week:
- Multiple 3.4 AD pricing opportunities (Pictures Attached)
- Classic Coke/Diet Cooke and Sprite 8 12 Ounce Packs are ringing $7.25 and are labeled $6.80 the price increase was not in any of the DSD price batches-This is from last week however, it is an opportunity across the board and is it possible to add to next week's pricing batch?
- Twix PDQ priced $1.95 actual price $2.15 (Picture Attached)
- Valentine's Day Clothing PDQs T-shirts/Leggings $5 not ringing a discounted price and not part of PRP
There were not any issues with this week's price changes-I reviewed in 6 stores today.
Thank you

"Before you can win the fight, You've got to be in the fight." – Bill Walsh

Michelle Molthu
Regional Director Region 15
Western New York/Pennsylvania
615/454-0410

CONFIDENTIAL

Message
_____

| | |
|---|---|
| **From:** | Mia Savaloja [msavaloj@dollargeneral.com] |
| **on behalf of** | Mia Savaloja <msavaloj@dollargeneral.com> [msavaloj@dollargeneral.com] |
| **Sent:** | 4/30/2020 4:48:12 PM |
| **To:** | Zak Brining [zbrining@dollargeneral.com] |
| **Subject:** | FW: SUPER TUESDAY WEEK 13 |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg; image005.jpg; image006.jpg; image007.jpg; image008.jpg; image009.jpg; image010.jpg; image011.jpg; image012.jpg; image013.jpg; image014.jpg; image015.png; image016.jpg; image017.jpg; image018.png |

I know you are beyond swamped...any additional thoughts on Tracey's OSA myth busting?

_____

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 4:24 PM
**To:** Mia Savaloja <msavaloj@dollargeneral.com>; Zak Brining <zbrining@dollargeneral.com>
**Cc:** Connie Droge <cdroge@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13

Great idea.  Also can we add 3 slides:

OSA – myth busting, meaning bullets like warehouse outs are counted in the count, etc.  Zak can someone on the team help with this?  And then also let's add a few bullets on where we should focus our energy – empty RR, empty sky shelves, no totes!  Also accurate PIA/counts.
QSC update to launch on Saturday with POG included
Pegged/Bagged Candy slide from Merch/Ops discussion

Thanks,
Tracey

_____

**From:** Mia Savaloja <msavaloj@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:50 PM
**To:** Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13

The Pricing Memo showed 4.
Sending a message to Nick now to validate what went.
Recommend that we add the FMG back to the DM Call deck this week.

_____

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:44 PM
**To:** Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

How many core price changes do we have this week on average across the chain?

_____

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:13 AM
**To:** Kaushik Paul <kpaul@dollargeneral.com>; Mo Ramadan <mramadan@dollargeneral.com>; Yavia Gipson <ygipson@dollargeneral.com>; Julie Joseph <jjoseph@dollargeneral.com>; Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

CONFIDENTIAL

FYI…

**From:** Diane Fleshman <dfleshma@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:45 AM
**To:** '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a2043b93b1cc4b459469591d86e16760-Lisa  Owens'; Todd Vieu
<tvieu@dollargeneral.com>; Jason Dilorenzo <jdiloren@dollargeneral.com>; Steven Wilson
<stwilson@dollargeneral.com>; Dominique Lauture <dlauture@dollargeneral.com>; Brad Larson
<blarson@dollargeneral.com>; '/O=DGC/OU=CORP/cn=Recipients/cn=kchishol'; Tangela Griffin
<tgriffin@dollargeneral.com>; Justin Bowen <jubowen@dollargeneral.com>; Thomas Gordon
<thgordon@dollargeneral.com>; Carrie Cousins <ccousins@dollargeneral.com>; Stockton Young
<syoung@dollargeneral.com>; Jordan Harmon <jharmon@dollargeneral.com>; Robert Gordon
<rogordon@dollargeneral.com>; Eric Smith - District Manager <erismith@dollargeneral.com>; John Ducom
<jducom@dollargeneral.com>; Colleen Pullin <cpullin@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative
Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c74a894a371e4b24bdd4159fd094a082-Kathleen Harney'; Naeem Uddin
<nuddin@dollargeneral.com>; Jeremy Hunter <jehunter@dollargeneral.com>; JC Tabor <jtabor@dollargeneral.com>;
Michael Mason <mmason@dollargeneral.com>; Michelle Romanac <mromanac@dollargeneral.com>; Diane Minter
<dminter@dollargeneral.com>; Lynn King <lyking@dollargeneral.com>; Greg Gee <ggee@dollargeneral.com>; David
Creed <dcreed@dollargeneral.com>; Justin Bullington <jbulling@dollargeneral.com>; Michelle Neighbors-Acoff
<mneighbo@dollargeneral.com>; Carol Utsman <cutsman@dollargeneral.com>; Eric Theibert
<etheiber@dollargeneral.com>; Leeann Perez <lperez@dollargeneral.com>; Trenton Homiller
<thomile@dollargeneral.com>; Tracy Grant <tgrant@dollargeneral.com>; Kendall Phillips
<kphillip@dollargeneral.com>; Paul Caruso <pcaruso@dollargeneral.com>; Barry Killian <bkillian@dollargeneral.com>;
Richard Fillgrove <rfillgro@dollargeneral.com>; Kevin Adkins <kadkins@dollargeneral.com>; Steve Jumper
<sjumper@dollargeneral.com>; Chris King <cking@dollargeneral.com>; Michael Largen <mlargen@dollargeneral.com>;
Scott Horton <shorton@dollargeneral.com>; Diane Fleshman <dfleshma@dollargeneral.com>; Lee Lowe
<llowe@dollargeneral.com>; Randy Baggett <rbaggett@dollargeneral.com>; Kyle Watkins
<kwatkins@dollargeneral.com>; Timothy Smith - DM <timsmith@dollargeneral.com>; Samantha Jones
<sajones@dollargeneral.com>; Donna Kiser <dkiser@dollargeneral.com>; April Nelson <anelson@dollargeneral.com>;
Jason Grice <jgrice@dollargeneral.com>; Andrew Combs <acombs@dollargeneral.com>; Tim Harris
<tharris@dollargeneral.com>; Amber Goss <agoss@dollargeneral.com>; Jeff Schielke <jschielk@dollargeneral.com>;
Cassandra Liggins <cliggins@dollargeneral.com>; Darnel Lewis <dalewis@dollargeneral.com>; Jerry Thomason
<jthomaso@dollargeneral.com>; Stewart Roberts <sroberts@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative
Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ee877912c1c94eddbcd2adad8f79c69c-Rick Demicco'; Brandy Massey
<bmassey@dollargeneral.com>; Tammy Pribble <tpribble@dollargeneral.com>; Greg Heacox
<gheacox@dollargeneral.com>; Bruce Thomson <bthomson@dollargeneral.com>; Tina Williamson
<tiwillia@dollargeneral.com>; Terrence Matthews <tematthe@dollargeneral.com>; Terri Bond
<tbond@dollargeneral.com>; Michael Moore <mmoore@dollargeneral.com>; Tim Martin
<tmartin@dollargeneral.com>; Tori Ellis <tellis@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0c1a995f05af4e4ab114e63abac297f6-Chad Kagawa'; Keith Anolick
<kanolick@dollargeneral.com>; Gus King <gking@dollargeneral.com>; Richard Overton <roverton@dollargeneral.com>;
Brian Hammonds <bhammond@dollargeneral.com>; Omar Dawkins <odawkins@dollargeneral.com>; Burt Mabra
<bmabra@dollargeneral.com>; Ray Guy <rguy@dollargeneral.com>; Misty Williams Vernon
<miwillia@dollargeneral.com>; Glenn Meadows <gmeadows@dollargeneral.com>; Steve Call
<scall@dollargeneral.com>; Gina Giacomini <ggiacomi@dollargeneral.com>; Fred Gillespie
<fgillesp@dollargeneral.com>; Megan Latourneau <mlatourn@dollargeneral.com>; Randy Fort - District Manager
<rfort@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=350e440c57364c51b0f539bb8808392d-Roger  Ellinghausen'; Joseph Kitchens
<jkitchen@dollargeneral.com>; Tina Bohanon <tbohanon@dollargeneral.com>; Anthony Childress
<achildre@dollargeneral.com>; Melody Walsh <mwalsh@dollargeneral.com>; Connie Calaway
<ccalaway@dollargeneral.com>; Howard Jones <hojones@dollargeneral.com>; Guy Peshek
<gpeshek@dollargeneral.com>; Jason Baril <jbaril@dollargeneral.com>; Stanley Wilson <stawilso@dollargeneral.com>;
Crystal Gleich <cgleich@dollargeneral.com>; Donna Mcintyre <dmcintyr@dollargeneral.com>; Michael Lafontaine

DG_WOLF_0020125

<mlafonta@dollargeneral.com>; Mike Rock <mrock@dollargeneral.com>; Jim Smith <jsmith@dollargeneral.com>; Glorisel Lugo <glugo@dollargeneral.com>; Tonya Jackson <tjackson@dollargeneral.com>; Tim Lester <TLester@dollargeneral.com>; Mark Smoyak <msmoyak@dollargeneral.com>; Chris Tipton <ctipton@dollargeneral.com>; Reggie Chapman <rechapma@dollargeneral.com>; Charles Kuykendall <ckuykend@dollargeneral.com>; Kim Eaton <keaton@dollargeneral.com>; Alicia Dixon <aldixon@dollargeneral.com>; Claud Henry <chenry@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=df46c3e8a7574bfe9f9df90adcdc7166-Christy Goforth'; Troy Jamison <tjamison@dollargeneral.com>; Randy Young <ryoung@dollargeneral.com>; David Bowser <dbowser@dollargeneral.com>

**Cc:** Mike Ladd <miladd@dollargeneral.com>; Candyce Mondaine <cmondain@dollargeneral.com>; Holly Felock <hfelock@dollargeneral.com>; Auggie Moothedan <amoothed@dollargeneral.com>; Tim Barnes <tbarnes@dollargeneral.com>; Kevin Sigmon <ksigmon@dollargeneral.com>

**Subject:** SUPER TUESDAY WEEK 13

Good Morning Teams,

Here is todays Super Tuesday info for this week and some other follow up items and best practices across the board to help your teams navigate through the upsales.

1.    Product rotations should be performed in the following areas:




2.    The following items are MOS let's make sure our teams get the product out of the building and boxed up with a pink label and sent out on their next truck.

| Item Description | UPC |
| --- | --- |
| Conair 64501N Rollers SelfGrip-Sm 6ct | 4600290344954 |
| Wet n Wild Foun #17 CA Light 1ct | 77802581716 |
| Wet n Wild Foun 818 CA Light/Medium 1ct | 77802581815 |
| Covergirl LStick 035 CC Smokey Rose 1ct | 22700574957 |
| Covergirl LStick 540 CC Midnight Mauve 1ct | 22700574908 |
| Sounci 67403-A Bobby Pins NoSlip-Blends 48ct | 43194674035 |
| Sounci Girl 23064G Ponytail Knotted-Neon 6ct | 43194230648 |
| Sounci 20837-G Headbands Thin 3ct | 43194208373 |
| Sounci 20393-A Headwraps Multi Knotted 3ct | 43194203932 |
| Belle-K HW103 Headwrap Twisted 1ct | 34576236626 |
| Sounci Girl 30282G Polyfond w/Beads 75ct | 43194302826 |
| Sounci Girl 33381G Elastic w/Twin Beads 10ct | 43194233816 |
| DG Body (M) B0216 Razor 3B Cartridge-5Ft 2ct | 24500302280 |
| DG Body (M) B0217 Razor 3B Cartridge-5Ft 3ct | 24500302297 |

3.    Party goods get clearance cadence at 10% there are 4 different groups depending on which one the store falls in.

| Item Description | UPC |
|---|---|
| TABLE COVER LOL | 11179791378 |
| TABLE COVER PAW PATROL | 11179484386 |
| TISSUE DECOR KIT BOY 3CT | 11179348442 |
| TABLE COVER ROUND LIME | 11179348075 |
| TABLE COVER LIME | 11179303434 |
| LUNCH NAPKIN LOL SURPRISE | 11179780429 |
| CHALKBOARD CLIPS | 11179621736 |
| TABLE COVER ROUND LAV | 11179348091 |
| 8PK BALLOONS CONFETTI | 11179623075 |
| 7IN PLATE LOL SURPRISE | 11179789443 |
| BALLOONS DIPPED 6CT | 11179346233 |
| 9IN PLATE LOL SURPRISE | 11179780450 |
| 7IN PLATE PAW PATROL | 11179473434 |
| 9IN PLATE PAW PATROL | 11179473441 |
| LUNCH NAPKIN PAW PATROL | 11179473427 |
| 7IN PLATES SWEETS | 11179347544 |
| 9IN PLATES SWEETS | 11179347520 |
| CREPE STREAMER LIME | 11179625879 |
| LUNCH NAPKIN SWEETS | 11179347520 |
| CREPE STREAMER YELLOW | 11179630929 |
| CREPE STREAMER PURPLE | 11179615773 |
| CREPE STREAMER ORANGE | 11179370870 |
| CUPS HOT PINK 10CT | 11179301362 |
| CUPS TEAL 10CT | 11179305261 |

| Item Description | UPC |
|---|---|
| PINATA PAW PATROL/MINIONS | 11179429899 |
| FLUTTER BALL RED | 11179348411 |
| FLUTTER BALL PINK | 11179348435 |
| FLUTTER BALL YELLOW | 11179348428 |
| TABLE COVER PRINTED 1 | 11179347537 |
| FLUTTER BALL WHITE | 11179346004 |
| FLAG PARTY PICKS | 11179348718 |
| TREAT BAGS PINK | 11179620531 |
| CANDLE CUPCAKE | 11179346318 |
| CONFETTI BIRTHDAY GOLD | 11179346110 |
| UNICORN PUFFY STICKERS | 11179348497 |
| CUPS RED 10CT | 11179300662 |

| Item Description | UPC |
|---|---|
| CREPE STREAMER BLACK | 11179615780 |

| Item Description | UPC |
|---|---|
| UNICORN FAVORS | 11179346288 |
| TABLECOVER UNICORN | 11179368532 |
| 6PK SPRING SHAPES BAG | 11179741304 |
| 3 LICNSE BRCLTS LOL | 11179791088 |
| BALLOONS GLOW CONFETTI | 11179511952 |
| LAVENDER TABLE COVER | 11179348039 |
| BOUNCE BALLS IRIDESCENT | 11179346295 |
| RAFFLE TICKETS | 11179901777 |
| TWIST POPPERS 2CT | 11179348725 |
| 24CT CUTLERY HOT PINK | 11179301379 |
| 7IN PLATE UNICORN | 11179368549 |
| 7IN PLATES LIME 16CT | 400024367071 |
| 24CT CUTLERY BLUE | 11179301478 |
| 9 IN PLATES LIME 16CT | 11179301898 |
| 7IN PLATES LAVENDER | 11179348046 |
| 4PK NOVELTY GLASSES | 11179348619 |
| LUNCH NAPKIN LIME 20CT | 11179301829 |
| MINI DISC SHOOTERS 6CT | 11179348480 |
| BEV NAPKIN LAVENDER | 11179348015 |
| LAVENDER 9IN PLATE | 11179348053 |
| 9IN PLATE UNICORN | 11179368556 |
| CREPE STREAMER RED | 11179625048 |
| LAVENDER LUNCH NAP | 11179348022 |
| LUNCH NAPKIN UNICORN | 11179368525 |

4. The following baby items get clearance cadence this week:

| Item Description | UPC | Clearance Sticker |
|---|---|---|
| Gerber Lil Mixers App Blue Puff 3.6oz | 15009978549 | 25% |
| Gerber Lil Mixers Ap Str Ban Puf 3.6oz | 15009978501 | 25% |
| Gerber Lil Mixers Veg Chik Grain 3.6oz | 15009978631 | 10% |
| Gerber Cereal Multi Grain 8oz | 15000070038 | 10% |
| Gerbr Steps 09193 Pant Overnite XS 16ct | 908919518644 | 10% |
| Pedialyte Electrolyte Straw/Lmn Pwdr 3ct | 70074869656 | 10% |
| OG Baby A1096 Saline Saline 3oz | 854954002470 | 10% |
| Johnsons Detangle Spray 10oz | 381371175738 | 10% |
| OG Baby A1202 Baby Oil Creamy Aloe 8oz | 72785135956 | 10% |
| Johnsons Baby Lotion Bedtime 13.6oz | 381371174614 | 10% |
| Vaseline P/Jelly Tube Baby 2.89oz | 305210042872 | 10% |
| Licensed 00112 Rattle Toy Disney 1ct | 632878198400 | 10% |
| Licensed 00100 Bib Disney 1ct | 632878198482 | 10% |
| Swiggles Brush/Comb Health 2pc 1ct | 632878266365 | 10% |

5. Clearance signs need to be put on the following items including the list of the ASOTV items below.

CONFIDENTIAL



| SELECT ASOTV | UPC |
|---|---|
| As Seen On Tv Rocket Copter Patriotic 1ct | 754502041404 |
| As Seen On Tv Knife Set Granite 10pc 1ct | 814382025767 |
| As Seen On Tv Mixer Stretch 1ct | 814382025842 |
| As Seen On Tv Bags Green 6ct | 740275050314 |
| As Seen On Tv Piggy Pops 1ct | 735541640263 |
| As Seen On Tv Knife Set Diamond Star 1ct | 856770005853 |
| As Seen On Tv Turbo Flex 360 1ct | 852604006298 |
| As Seen On Tv Secure Stitch 1ct | 746275051366 |
| As Seen On Tv Silicon Lid Stretch 3ct | 752356828158 |
| As Seen On Tv Pillow Pad Tablet Stand 1ct | 735541804274 |
| As Seen On Tv Wallet Quick Card 1ct | 674886029088 |
| As Seen On Tv Vacuum Pack Deluxe 1ct | 810025090173 |
| As Seen On Tv Sleep Mask Weight 1ct | 674986030694 |

6.    Lots of core price changes this week.  Please follow up and make sure they are signed off as you visit your stores.



7.    Magic table should be set to Mother's Day and Graduation



8.    Make sure your teams do the paper pogs and put the strips behind the seasonal strips that way we can turn those sections in 24 hours when needed.  Best practice here print labels for these sections and hang them in the office that way when all paper items have sold for the week your managers can scan all upc's easily and zero any and all items out.

9.    The Candy POG is arriving in stores this week!!!  Remember candy is a backfill item for clip strips and in order to have more saleable space backfill the empty ones here with clearance candy.

CONFIDENTIAL

  

10.    Remind your teams about the EXTRA 50% OFF SALE!  This weekend!



**5/1-5/4 Seasonal Additional 50% OFF**

From 5/1-5/4, the following seasonal categories will ring
at an additional 50% off the already reduced price!!

- Blue/Gray Dot Apparel, Shoes & Accessories
- Brown Dot Home
- Easter Candy & Seasonal

*Refer to START for signs.*

11.    For those in North Carolina sneeze guards should start being installed the two weeks of May!



Hope you all Have a Super Tuesday!
Diane Fleshman

CONFIDENTIAL



*Diane Fleshman*
*1-336-334-2707*
*District 191*

**DOLLAR GENERAL**

DG_WOLF_0020130

Message

---

| | |
|---|---|
| **From**: | Nick Snow [nsnow@dollargeneral.com] |
| on behalf of | Nick Snow <nsnow@dollargeneral.com> [nsnow@dollargeneral.com] |
| **Sent**: | 4/28/2020 6:40:58 PM |
| **To**: | Steven Wilson [stwilson@dollargeneral.com] |
| **CC**: | Tracey Herrmann [therrman@dollargeneral.com]; Mia Savaloja [msavaloj@dollargeneral.com] |
| **Subject**: | RE: SUPER TUESDAY WEEK 13 |
| **Attachments**: | image001.png |

Steven,

I am showing price changes for 3 Laundry SKUs across the Chain today and 6 Cookie SKUs in Gray Zone.

Separately, some states saw their tobacco pass thru T-types expire (and reset) today, which explains what Diane calls out in her note. There is also store level perishable price changes that could be showing up in most stores related to eggs (and potentially other perishable products) as those costs are retails continue to fall.

If what you are seeing feels bigger than that, please let me know and we will get the IT teams that support the tag printing process to review.

Thanks
Nick

---

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 5:28 PM
**To:** Nick Snow <nsnow@dollargeneral.com>
**Cc:** Tracey Herrmann <therrman@dollargeneral.com>; Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** Re: SUPER TUESDAY WEEK 13

Here is a screenshot of what I just got back from Diane via text if it helps Nick:

                                                                 DG_WOLF_0020079



6:27                    LTE

DF
Diane ›

Today 6:21 PM

Here is the answer on price
changes ended up at 4 sheets
others were old but today's
consisted of 4 for the following

They were new pricing some were
just unit changes and I had tobacco
changes too

Tobacco- Dairy- Laundry and soup,
hot sauce

And did prices actually change?

On some yes

Can you tell me which ones

Hold on

Text Message

Sent from my Steven's iPhone

DG_WOLF_0020080

On Apr 28, 2020, at 6:03 PM, Nick Snow <nsnow@dollargeneral.com> wrote:


Steven,

Let me dig around a little and get back to you.

Thanks,
Nick


**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 4:57 PM
**To:** Tracey Herrmann <therrman@dollargeneral.com>; Nick Snow <nsnow@dollargeneral.com>
**Cc:** Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13
**Importance:** High


Nick –

Just circling back here for potential clarification.  I could be overthinking too 😊

I just went into START and pulled today's activity, and it DOES show 4/28/20, while that picture does show 4/29/2019.  There were approximately 9 pages of CORE price changes that did drop today for stores, just not exactly sure if prices actually changed.  Correct me if I'm wrong here, but this does direct stores to print and place the prices per START?  It says labels are generated when the 4 components have updated or changed (below the screenshot).  I

Am I missing something?  I am also getting some details from my team on if they did see specific sku level price changes today, as I did NOT during my travels today, but I could have missed it as well.  Again, just wanting to make sure I'm not missing anything here.  See screenshots below of what I just pulled from START. <image002.jpg>

**IMPORTANT  NOTES:**
- Updated labels are generated when any of the following elements have changed:
  - Retail price
  - Extended item description (EID)
  - Weights or measures
  - UPC
- Updated core price change labels must be displayed as they are printed to ensure compliance.
<image003.jpg>

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 5:24 PM
**To:** Steven Wilson <stwilson@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

Hi Steven,

Thanks for sending, just may want to clarify the core price changes component.

CONFIDENTIAL

Thanks!
Tracey

**From:** Mia Savaloja <msavaloj@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:58 PM
**To:** Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** RE: SUPER TUESDAY WEEK 13

Tracey – I spoke to Nick and I magnified the image below.
The image below shows 2019 not 4/28/2020.
Nick confirmed no core changes this week.

**From:** Tracey Herrmann <therrman@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 3:44 PM
**To:** Mia Savaloja <msavaloj@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

How many core price changes do we have this week on average across the chain?

**From:** Steven Wilson <stwilson@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:13 AM
**To:** Kaushik Paul <kpaul@dollargeneral.com>; Mo Ramadan <mramadan@dollargeneral.com>; Yavia Gipson <ygipson@dollargeneral.com>; Julie Joseph <jjoseph@dollargeneral.com>; Tracey Herrmann <therrman@dollargeneral.com>
**Subject:** FW: SUPER TUESDAY WEEK 13

FYI...

**From:** Diane Fleshman <dfleshma@dollargeneral.com>
**Sent:** Tuesday, April 28, 2020 8:45 AM
**To:** '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a2043b93b1cc4b459469591d86e16760-Lisa Owens'; Todd Vieu <tvieu@dollargeneral.com>; Jason Dilorenzo <jdiloren@dollargeneral.com>; Steven Wilson <stwilson@dollargeneral.com>; Dominique Lauture <dlauture@dollargeneral.com>; Brad Larson <blarson@dollargeneral.com>; '/O=DGC/OU=CORP/cn=Recipients/cn=kchishol'; Tangela Griffin <tgriffin@dollargeneral.com>; Justin Bowen <jubowen@dollargeneral.com>; Thomas Gordon <thgordon@dollargeneral.com>; Carrie Cousins <ccousins@dollargeneral.com>; Stockton Young <syoung@dollargeneral.com>; Jordan Harmon <jharmon@dollargeneral.com>; Robert Gordon <rogordon@dollargeneral.com>; Eric Smith - District Manager <erismith@dollargeneral.com>; John Ducom <jducom@dollargeneral.com>; Colleen Pullin <cpullin@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c74a894a371e4b24bdd4159fd094a082-Kathleen Harney'; Naeem Uddin <nuddin@dollargeneral.com>; Jeremy Hunter <jehunter@dollargeneral.com>; JC Tabor <jtabor@dollargeneral.com>; Michael Mason <mmason@dollargeneral.com>; Michelle Romanac <mromanac@dollargeneral.com>; Diane Minter <dminter@dollargeneral.com>; Lynn King <lyking@dollargeneral.com>; Greg Gee <ggee@dollargeneral.com>; David Creed <dcreed@dollargeneral.com>; Justin Bullington <jbulling@dollargeneral.com>; Michelle Neighbors-Acoff <mneighbo@dollargeneral.com>; Carol Utsman <cutsman@dollargeneral.com>; Eric Theibert <etheiber@dollargeneral.com>; Leeann Perez <lperez@dollargeneral.com>; Trenton Homiller <thomille@dollargeneral.com>; Tracy Grant <tgrant@dollargeneral.com>; Kendall Phillips <kphillip@dollargeneral.com>; Paul Caruso <pcaruso@dollargeneral.com>; Barry Killian <bkillian@dollargeneral.com>; Richard Fillgrove <rfillgro@dollargeneral.com>; Kevin Adkins <kadkins@dollargeneral.com>; Steve Jumper <sjumper@dollargeneral.com>; Chris King <cking@dollargeneral.com>; Michael Largen <mlargen@dollargeneral.com>;

DG_WOLF_0020082

Scott Horton <shorton@dollargeneral.com>; Diane Fleshman <dfleshma@dollargeneral.com>; Lee Lowe <llowe@dollargeneral.com>; Randy Baggett <rbaggett@dollargeneral.com>; Kyle Watkins <kwatkins@dollargeneral.com>; Timothy Smith - DM <timsmith@dollargeneral.com>; Samantha Jones <sajones@dollargeneral.com>; Donna Kiser <dkiser@dollargeneral.com>; April Nelson <anelson@dollargeneral.com>; Jason Grice <jgrice@dollargeneral.com>; Andrew Combs <acombs@dollargeneral.com>; Tim Harris <tharris@dollargeneral.com>; Amber Goss <agoss@dollargeneral.com>; Jeff Schielke <jschielk@dollargeneral.com>; Cassandra Liggins <cliggins@dollargeneral.com>; Darnel Lewis <dalewis@dollargeneral.com>; Jerry Thomason <jthomaso@dollargeneral.com>; Stewart Roberts <sroberts@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ee877912c1c94eddbcd2adad8f79c69c-Rick Demicco'; Brandy Massey <bmassey@dollargeneral.com>; Tammy Pribble <tpribble@dollargeneral.com>; Greg Heacox <gheacox@dollargeneral.com>; Bruce Thomson <bthomson@dollargeneral.com>; Tina Williamson <tiwillia@dollargeneral.com>; Terrence Matthews <tematthe@dollargeneral.com>; Terri Bond <tbond@dollargeneral.com>; Michael Moore <mmoore@dollargeneral.com>; Tim Martin <tmartin@dollargeneral.com>; Tori Ellis <tellis@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0c1a995f05af4e4ab114e63abac297f6-Chad Kagawa'; Keith Anolick <kanolick@dollargeneral.com>; Gus King <gking@dollargeneral.com>; Richard Overton <roverton@dollargeneral.com>; Brian Hammonds <bhammond@dollargeneral.com>; Omar Dawkins <odawkins@dollargeneral.com>; Burt Mabra <bmabra@dollargeneral.com>; Ray Guy <rguy@dollargeneral.com>; Misty Williams Vernon <miwillia@dollargeneral.com>; Glenn Meadows <gmeadows@dollargeneral.com>; Steve Call <scall@dollargeneral.com>; Gina Giacomini <ggiacomi@dollargeneral.com>; Fred Gillespie <fgillesp@dollargeneral.com>; Megan Latourneau <mlatourn@dollargeneral.com>; Randy Fort - District Manager <rfort@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=350e440c57364c51b0f539bb8808392d-Roger Ellinghausen'; Joseph Kitchens <jkitchen@dollargeneral.com>; Tina Bohanon <tbohanon@dollargeneral.com>; Anthony Childress <achildre@dollargeneral.com>; Melody Walsh <mwalsh@dollargeneral.com>; Connie Calaway <ccalaway@dollargeneral.com>; Howard Jones <hojones@dollargeneral.com>; Guy Peshek <gpeshek@dollargeneral.com>; Jason Baril <jbaril@dollargeneral.com>; Stanley Wilson <stawilso@dollargeneral.com>; Crystal Gleich <cgleich@dollargeneral.com>; Donna Mcintyre <dmcintyr@dollargeneral.com>; Michael Lafontaine <mlafonta@dollargeneral.com>; Mike Rock <mrock@dollargeneral.com>; Jim Smith <jsmith@dollargeneral.com>; Glorisel Lugo <glugo@dollargeneral.com>; Tonya Jackson <tjackson@dollargeneral.com>; Tim Lester <TLester@dollargeneral.com>; Mark Smoyak <msmoyak@dollargeneral.com>; Chris Tipton <ctipton@dollargeneral.com>; Reggie Chapman <rechapma@dollargeneral.com>; Charles Kuykendall <ckuykend@dollargeneral.com>; Kim Eaton <keaton@dollargeneral.com>; Alicia Dixon <aldixon@dollargeneral.com>; Claud Henry <chenry@dollargeneral.com>; '/o=DGC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=df46c3e8a7574bfe9f9df90adcdc7166-Christy Goforth'; Troy Jamison <tjamison@dollargeneral.com>; Randy Young <ryoung@dollargeneral.com>; David Bowser <dbowser@dollargeneral.com>

**Cc:** Mike Ladd <miladd@dollargeneral.com>; Candyce Mondaine <cmondain@dollargeneral.com>; Holly Felock <hfelock@dollargeneral.com>; Auggie Moothedan <amoothed@dollargeneral.com>; Tim Barnes <tbarnes@dollargeneral.com>; Kevin Sigmon <ksigmon@dollargeneral.com>

**Subject:** SUPER TUESDAY WEEK 13

Good Morning Teams,

Here is todays Super Tuesday info for this week and some other follow up items and best practices across the board to help your teams navigate through the upsales.

1.      Product rotations should be performed in the following areas:
<image004.jpg>
<image005.jpg>

2.      The following items are MOS let's make sure our teams get the product out of the building and boxed up with a pink label and sent out on their next truck.
<image006.jpg>

3.      Party goods get clearance cadence at 10% there are 4 different groups depending on which one the store falls in.
<image007.jpg>
<image008.jpg>
<image009.jpg>
<image010.jpg>

4.      The following baby items get clearance cadence this week:
<image011.jpg>

5.      Clearance signs need to be put on the following items including the list of the ASOTV items below.
<image012.jpg>

6.      Lots of core price changes this week.  Please follow up and make sure they are signed off as you visit your stores.
<image013.jpg>

7.      Magic table should be set to Mother's Day and Graduation
<image014.jpg>

8.      Make sure your teams do the paper pogs and put the strips behind the seasonal strips that way we can turn those sections in 24 hours when needed.  Best practice here print labels for these sections and hang them in the office that way when all paper items have sold for the week your managers can scan all upc's easily and zero any and all items out.

9.      The Candy POG is arriving in stores this week!!!  Remember candy is a backfill item for clip strips and in order to have more saleable space backfill the empty ones here with clearance candy.

<image015.jpg>
<image016.jpg>
<image017.jpg>

10.      Remind your teams about the EXTRA 50% OFF SALE!  This weekend!
<image018.png>

11.      For those in North Carolina sneeze guards should start being installed the two weeks of May!
<image019.jpg>

Hope you all Have a Super Tuesday!
Diane Fleshman
<image020.jpg>

DG_WOLF_0020084

*Diane Fleshman*

*1-336-334-2707*

*District 191*

DG_WOLF_0020085