# **EXHIBIT 14**

| Store ID | Walk ID | Survey ID | Store Walk Date | Response Date | Auditor User Name | Question Text | Answer |
|---|---|---|---|---|---|---|---|
| 14321 | SWA1362101 | 2020_QSV_Q2 | 9/25/2020 | 9/25/2020 | DM00449 | Store Priority 2 - Action Plan | Complete the remodel flawlessly!   Ensure all LTL stackouts are priced correctly after the remodel working with all vendors.   NAG execution will be crucial going forward to decrease amount of rolltainers in the backroom. |
| 14321 | SWA1477491 | 2020_HOLIDAYQSV | 2/19/2021 | 2/19/2021 | DM00449 | Store Priority 1 - Action Plan | All DSD merchandise at the front of the store needs to be priced and rotated per the MAG/AD by 2-28.  Sky shelves need to be re-visited in entire store by 3-5.  Seasonal needs to have the correct shelf strips placed for it to be "set".  Please finish the week 3-4 completely by Friday 2-26. |
| 14321 | SWA1519584 | 2021_QSV | 4/10/2021 | 4/11/2021 | DM00449 | Store Priority 2 - Action Plan | Work with DANA to create a bud display as soon as customers walk in with correct pricing by 4-23.  Candy, Food, Produce and Perishables are non-negotiables for daily recovery, PIA accuracy to drive the top sales departments!  Back stock needs to be worked weekly and scanned for accuracy to lower RR inventory levels.  Train all associates on how to navigate the self checkout! |
| 14321 | 1.6434E+12 | 2021 Q4 Quality Store Visit (QSV) | 1/28/2022 | 1/28/2022 | RYAN BUDD | Action Plan | Reset first 30 feet with plastics, taller hiring table, pricing and remove unnecessary product by 2-15.MAG execution through week 3 for endcaps, lawn and garden and Easter by 2-21.Move plastics to foam POGS by 2-10.clear aisles of all floorstands and merchandise by 2-4.Toys recovery and cap shelved by March for incoming sets. |
| 14321 | 1.64565E+12 | 2022 Q1 Store Compliance Visit - Fresh - SCV_FRE | 2/23/2022 | 2/23/2022 | RYAN BUDD | Compliance Priority #2 Comments: | ensure you print the labels correctly for price changes |

| 14321 | 1.68133E+12 | 2023 Store Compliance Visit | 4/12/2023 | 4/12/2023 | KELLY STORMS | Enter DM Actions to remove the Compliance Barriers:?? | priced g sections and pic validation for end cAPS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 14321 | 1.68133E+12 | 2023 Store Compliance Visit | 4/12/2023 | 4/12/2023 | KELLY STORMS | Compliance Priority #1 Comments: | all florr stands, g sections, and end caps need to be priced |
| 14321 | 1.68546E+12 | 2023 Store Compliance Visit | 5/30/2023 | 5/30/2023 | KELLY STORMS | Compliance Priority #1 Comments: | all g sections, floor stands, and end caps need pricing |
| 14321 | 1.69288E+12 | 2023 Store Compliance Visit | 8/24/2023 | 8/24/2023 | KELLY STORMS | Compliance Priority #2 Comments: | price bulk items |