Philip A. Goldstein, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Phone: (212) 548-2100
Fax: (212) 548-2150
*pagoldstein@mcguirewoods.com*
*Counsel for Defendant Dolgen New York, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
JOSEPH WOLF, CARMEN WOLF, : Case No. 7:23-cv-00558 (PMH)
ON BEHALF OF THEMSELVES AND THOSE :
SIMILARLY SITUATED, :
: **CERTIFICATE OF SERVICE**
Plaintiffs, :
:
v. :
:
DOLGEN NEW YORK, LLC D/B/A DOLGEN, :
:
Defendant. :
---------------------------------------------------------------- X

    I HEREBY CERTIFY that on this 15th day of January 2025, I caused a true and correct copy of:

    (1)    Dolgen New York, LLC's Reply Brief in Support of its Motion for Summary Judgment; and

    (2)    this Certificate of Service,

to be served on Plaintiffs' counsel of record via electronic mail as indicated below:

Javier L. Merino
Dann Law Firm
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Email: jmerino@dannlaw.com

Adam A. Edwards
Milberg Coleman Bryson Phillips Grossman, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Email: aedwards@milberg.com

John Hunter Bryson
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: hbryson@milberg.com

Scott C. Harris
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Email: sharris@milberg.com

Trenton R. Kashima
Milberg Coleman Bryson Phillips Grossman, PLLC
402 West Broadway, Suite 1760
San Diego, CA 92101
Email: tkashima@milberg.com

Zoe Aaron
Milberg Coleman Bryson Phillips Grossman, PLLC
405 E. 50th Street
New York, NY 10023
Email: zaaron@milberg.com

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, NY
      January 15, 2025                             */s/ Philip A. Goldstein*
                                                    Philip A. Goldstein
                                                    McGuireWoods LLP
                                                    1251 Avenue of the Americas, 20th Floor
                                                    New York, New York 10020-1104
                                                    Tele: (212) 548-2167
                                                    Email: pagoldstein@mcguirewoods.com