

Columbus   |   Cincinnati   |   Cleveland   |   New Jersey   |   New York

**Javier L. Merino, Esq.***

| 201-355-3440 | JMerino@DannLaw.com | 216-373-0536 |
| Direct Telephone | Email | Fax |

January 30, 2025

<u>**Via ECF**</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re: *Wolf, et al. v. Dolgen New York, LLC*
      Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter with a status update regarding settlement in accordance with Your Honor's order provided at the August 29, 2024 in-person hearing.

  Since the last status report, (D.E. 95), the Parties continue making progress towards a potential resolution and have separately met with the mediator.

Respectfully submitted,

**THE DANN LAW FIRM, PC**        **MCGUIREWOODS LLP**

/s/ Javier L. Merino           /s/ Philip A. Goldstein
Javier L. Merino, Esq.          Philip A. Goldstein, Esq.
Counsel *for Plaintiffs and the Putative Class*   *Counsel for Defendant Dolgen New York, LLC*

NJ Address         DannLaw.com        NY Address
1520 U.S. Highway 130, Suite 101   877-475-8100    42 Broadway, 12th Floor
North Brunswick, NJ 08902   *Licensed in NJ and NY*   New York, NY 10007
                             By Appointment Only