

Columbus  |  Cincinnati  |  Cleveland  |  New Jersey  |  New York

**Javier L. Merino, Esq.***

| 201-355-3440 | JMerino@DannLaw.com | 216-373-0536 |
| Direct Telephone | Email | Fax |

February 13, 2025

<u>**Via ECF**</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Wolf, et al. v. Dolgen New York, LLC*
      Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter with a status update regarding settlement in accordance with Your Honor's order provided at the August 29, 2024 in-person hearing.

  Since the last status report, (D.E. 96), the Parties continue making progress towards a potential resolution and separately met with the mediator.

Respectfully submitted,

| **THE DANN LAW FIRM, PC** | **MCGUIREWOODS LLP** |
| --- | --- |
| /s/ Javier L. Merino | /s/ Philip A. Goldstein |
| Javier L. Merino, Esq. | Philip A. Goldstein, Esq. |
| Counsel *for Plaintiffs and the Putative Class* | *Counsel for Defendant Dolgen New York, LLC* |

| NJ Address | DannLaw.com | NY Address |
| --- | --- | --- |
| 825 Georges Road, 2nd Floor | 877-475-8100 | 42 Broadway, 12th Floor |
| North Brunswick, NJ 08902 | *Licensed in NJ and NY | New York, NY 10007 |
| | | By Appointment Only |