Columbus | Cincinnati | Cleveland | New Jersey | New York 

**Javier L. Merino, Esq.***

201-355-3440  
Direct Telephone

JMerino@DannLaw.com  
Email

216-373-0536  
Fax

March 27, 2025

<u>Via ECF</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Wolf, et al. v. Dolgen New York, LLC*
     Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter with a status update regarding settlement in accordance with Your Honor's order provided at the August 29, 2024 in-person hearing.

  Since the last status report, (D.E. 99), the Parties have continued discussing a potential resolution with the assistance of the mediator. The Parties are currently assessing whether they should continue discussing a potential resolution or cease settlement discussions.

Respectfully submitted,

**THE DANN LAW FIRM, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
Counsel *for Plaintiffs and the Putative Class*

**MCGUIREWOODS LLP**

/s/ Philip A. Goldstein
Philip A. Goldstein, Esq.
*Counsel for Defendant Dolgen New York, LLC*

NJ Address
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only