Columbus | Cincinnati | Cleveland | New York

**Javier L. Merino, Esq.**
JMerino@DannLaw.com
*Email*

*201-355-3440*
*Direct Telephone*

> Application granted. The parties' time to file an application to restore the action is extended to January 20, 2026.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 106.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 23, 2025

October 22, 2025

<u>Via ECF</u>
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

     Re: *Wolf, et al. v. Dolgen New York, LLC*
       Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter motion to request the Court stay the case for an additional ninety (90) days, to January 20, 2026. On July 15, 2025, the Court granted the Parties' request to stay the Case based on the Parties anticipating that the settlement agreement would be finalized within the next thirty (30) to forty-five (45) days. [D.E. 105]. We are pleased to advise that as of today, the Parties have finalized a long form settlement agreement and are in the process of obtaining signatures. Thus, we anticipate filing a motion for preliminary approval in the Superior Court of New Jersey in the coming weeks.

  In light of the above, the Parties are confident that an additional ninety (90) day stay will provide sufficient time for them to report back to this Court with a decision on preliminary approval of the class action settlement.

Respectfully submitted,

**THE DANN LAW FIRM, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
Counsel *for Plaintiffs and the Putative Class*

**MCGUIREWOODS LLP**

/s/ Philip A. Goldstein
Philip A. Goldstein, Esq.
Counsel *for Defendant Dolgen New York, LLC*

NJ Address
825 Georges Rd. 2nd Floor
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only