

Columbus | Cincinnati | Cleveland | New Jersey | New York

**Dann Law**

201-355-3440
*Direct Telephone*

**Javier L. Merino, Esq.***
JMerino@DannLaw.com
*Email*

> Application granted. The parties' time to file an application to restore the action is extended to April 20, 2026.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 108.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 20, 2026

January 16, 2026

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and Courtho[...]
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Wolf, et al. v. Dolgen New York, LLC*
      Case No.: 7:23-cv-00558-PMH

Dear Judge Halpern:

  Plaintiffs Joseph Wolf, Carmen Wolf, and the putative class (collectively, the "Wolfs"), and Defendant Dolgen New York, LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint letter motion to request the Court stay the case for an additional ninety (90) days, to April 20, 2026.

  In support of this request, the Parties advise that on December 15, 2025, the Superior Court of New Jersey granted preliminary approval of the proposed class action settlement and scheduled a final fairness hearing for March 19, 2026.

  In light of the above, the Parties respectfully request the Court stay the matter for ninety (90) days to permit sufficient time for the Superior Court to decide whether to grant final approval. The Parties propose submitting a further status update to the Court on or before April 20, 2026, advising the Court of the status of the final approval.

Respectfully submitted,

**THE DANN LAW FIRM, PC**

/s/ Javier L. Merino
Javier L. Merino, Esq.
Counsel *for Plaintiffs and the Putative Class*

**MCGUIREWOODS LLP**

/s/ Philip A. Goldstein
Philip A. Goldstein, Esq.
*Counsel for Defendant Dolgen New York, LLC*

NJ Address
825 Georges Rd. 2nd Floor
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only